**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **LTGF Business Trust** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **2:23-bk-01538** |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration    **Statement of Financial Affairs**
    **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    1/17/2024    x *Gerard A. McHale*
    Signature of individual signing on behalf of debtor

    **Gerard A. McHale**
    Printed name

    **Chief Liquidating Officer**
    Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name   **LTGF Business Trust**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **2:23-bk-01538**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*................................................................................. $     **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*............................................................................. $     **361,395.13**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*............................................................................... $     **361,395.13**

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **0.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................ $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **5,677,976.41**

4.   **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b              $     **5,677,976.41**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **LTGF Business Trust**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)     **2:23-bk-01538**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Citibank - operating account** | **Checking** | **7061** | $25,503.16 |
| 3.2. | **Citibank** | **Savings** | **7074** | $318,181.97 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.            **$343,685.13**

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| 8.1. | **Prepaid insurance** | $17,710.00 |
| --- | --- | --- |

Debtor    **LTGF Business Trust**                                        Case number *(If known)*  **2:23-bk-01538**
          Name

9.    **Total of Part 2.**                                                                              | $17,710.00 |

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

Debtor  **LTGF Business Trust**                          Case number *(If known)*  **2:23-bk-01538**
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**Domain names:  www.ATIF.com and**<br>**www.ATIFBT.com** | **$0.00** | **N/A** | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>**Dropbox account wiht records and**<br>**membership information** | **$0.00** | **N/A** | **Unknown** |
| 64. **Other intangibles, or intellectual property**<br>**Any right to certain trade names, including**<br>**Attorneys' Title Insurance Fund or ATIF** | **$0.00** | **N/A** | **Unknown** |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **LTGF Business Trust**                                    Case number *(If known)*  **2:23-bk-01538**
_____                          _____
Name

**Part 12:**  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $343,685.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $17,710.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $361,395.13 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $361,395.13 |

**Fill in this information to identify the case:**

Debtor name **LTGF Business Trust**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **2:23-bk-01538**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **LTGF Business Trust**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **2:23-bk-01538**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

 ■ No. Go to Part 2.

 ☐ Yes. Go to line 2.

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**3 GATORS LAW LLLP**
**601 21st Street**
**Suite 401**
**Vero Beach, FL 32960**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **6849**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**A ALAN MANNING**
**125 W Romana Street Suite 800**
**Pensacola, FL 32501**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **3315**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**A BARRY G HOFFMAN LAW OFFICE**
**9045 La Fontana Boulevard**
**Suite 106**
**Boca Raton, FL 33434**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **8537**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $164.16 |
|---|---|---|---|

**A CLARK FLETCHER**
**2602 W 11th Street**
**Panama City, FL 32401-6502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **6600**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **LTGF Business Trust**
Name

Case number *(if known)* **2:23-bk-01538**

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**A CLIFTON BLACK PA**
104 S Clyde Avenue
Kissimmee, FL 34741-5614

Date(s) debt was incurred _

Last 4 digits of account number **7953**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |

**A DOUGLAS GRACE JR PA**
11741 Palm Beach Boulevard Suite 201
Ft Myers, FL 33905-5920

Date(s) debt was incurred _

Last 4 digits of account number **4829**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**A FAXON HENDERSON JR**
P.O. Box 3208
West Palm Beach, FL 33480

Date(s) debt was incurred _

Last 4 digits of account number **305**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**A J MUSIAL JR**
1211 W Fletcher Avenue
Tampa, FL 33612-3363

Date(s) debt was incurred _

Last 4 digits of account number **8294**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $262.50 |

**A J RYAN JR**
700 E Dania Beach Boulevard Suite 200
Dania, FL 33004-3031

Date(s) debt was incurred _

Last 4 digits of account number **1988**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**A JOHN HUGHES JR**
P.O. Box 1910
Ft Myers, FL 33902-1910

Date(s) debt was incurred _

Last 4 digits of account number **1275**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**A KENNETH PINCOURT JR**
P.O. Box 4057
West Palm Beach, FL 33402-4057

Date(s) debt was incurred _

Last 4 digits of account number **1328**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**           Case number (*if known*)     **2:23-bk-01538**
_____
Name

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$100.00** |

**A LEO JACKSON**
**2834 Ahern Drive**
**Orlando, FL 32817-2806**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3850**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$4,219.69** |

**A P GIBBS**
**P.O. Box 618**
**Dade City, FL 33526-0618**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$200.00** |

**A R CLONTS**
**2055 Southwest Kanner Highway**
**Stuart, FL 34997-2606**

**Date(s) debt was incurred** _

**Last 4 digits of account number  922**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$100.00** |

**A R MORSILLO**
**P.O. Box 295**
**Glenville, NC 28736-0295**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3440**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$4,291.85** |

**A S ROSENTHAL**
**C/O Rosenthal Rosenthal Rasco**
**20900 Northeast 30th Avenue Suite 600**
**Aventura, FL 33180**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3588**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,371.75** |

**A V BETHENCOURT**
**1117 Southwest 13th Street**
**Miami, FL 33129-1836**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1419**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$25.00** |

**A V O LAW GROUP PA**
**169 E Flagler Street Suite 1125**
**Miami, FL 33131-1205**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1795**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**                                    Case number (*if known*)   **2:23-bk-01538**
_____
Name

| | |
|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** |

**3.19**

**Nonpriority creditor's name and mailing address**
**A W NICHOLS III**
**P.O. Box 26**
**Palatka, FL 32178-0026**

Date(s) debt was incurred  _

Last 4 digits of account number  **6354**

As of the petition filing date, the claim is: *Check all that apply.*                **$200.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**
**A WAYNE RICH**
**P.O. Box 4961**
**Orlando, FL 32802-1911**

Date(s) debt was incurred  _

Last 4 digits of account number  **6612**

As of the petition filing date, the claim is: *Check all that apply.*                **$200.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**
**A. ALFRED SCHREIBER**
**5600 Sheridan Street**
**Hollywood, FL 33021-3240**

Date(s) debt was incurred  _

Last 4 digits of account number  **5325**

As of the petition filing date, the claim is: *Check all that apply.*                **$75.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**
**A. Leigh Cangelosi, Esquire**
**1310 N Main Street**
**Bell, FL 32619**

Date(s) debt was incurred  _

Last 4 digits of account number  **0386**

As of the petition filing date, the claim is: *Check all that apply.*                **$25.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**
**A. THOMAS CONNICK**
**P.O. Box Ad**
**Deerfield Beach, FL 33443-1186**

Date(s) debt was incurred  _

Last 4 digits of account number  **6173**

As of the petition filing date, the claim is: *Check all that apply.*                **$100.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24**

**Nonpriority creditor's name and mailing address**
**AARON B WENTZ PA**
**814-A Shadow Lane**
**Ft Walton Beach, FL 32547**

Date(s) debt was incurred  _

Last 4 digits of account number  **4866**

As of the petition filing date, the claim is: *Check all that apply.*                **$25.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Aaron Rokosz, Attorney at Law**
**1108 Kane Concourse Suite 309**
**Bay Harbor Islands, FL 33154-0049**

Date(s) debt was incurred  _

Last 4 digits of account number  **7766**

As of the petition filing date, the claim is: *Check all that apply.*                **$25.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|

Name

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

**ABADIN COOK**
**Dadeland Centre Suite 1208**
**9155 S Dadeland Boulevard**
**Miami, FL 33156**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4525**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ABBIE R SALT**
**710 NE 126th Street**
**North Miami, FL 33161**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3950**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ABBY FROMANG MILON**
**2790 Northwest 43rd Street Suite 200**
**Gainesville, FL 32606**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8374**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ABBY L STEINBERG**
**4300 N University Drive Suite B-104**
**Lauderhill, FL 33351**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5020**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Abecassis Foad, P.A.**
**1161 Holland Drive**
**Boca Raton, FL 33487**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0619**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,262.39**

**ABEL BAND CHARTERED**
**P.O. Box 49948**
**Sarasota, FL 34230-6948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2071**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**ABELES BALDWIN & ASSOCIATES**
**5 W Highbanks Road**
**Debary, FL 32713**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6712**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$375.00**

**ABRAHAM A GALBUT PA**
**4770 Biscayne Boulevard**
**Suite 1400**
**Miami, FL 33137**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1482**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**ABRAHAM B ROSENBERG**
**3876 Sheridan Street**
**Emerald Village Professional Plaza**
**Hollywood, FL 33021-3634**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4679**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**ABRAMOWITZ & POMERANTZ**
**7800 W Oakland Park Boulevard Suite 101**
**Sunrise, FL 33351**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5580**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,533.09**

**ABRAMS ANTON PA**
**C/Ogreenspoon Marder/Schneider**
**18851 Northeast 29th Avenue Suite 406**
**Aventura, FL 33180-2824**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3433**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Accelerated Title, LLC**
**5707 S. Dixie Highway**
**Suite D**
**West Palm Beach, FL 33405**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0949**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Acevedo Law Firm**
**7211 N. Dale Mabry Highway**
**Suite 211**
**Tampa, FL 33614**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0636**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

**ACKERMAN LINK & SARTORY**
**2001 Palm Beach Lakes Boulevard**
**Suite 502-H**
**West Palm Beach, FL 33409**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2255**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ADA M ARIAS**
**16112 Kilmarnock Drive**
**Hialeah, FL 33014-6518**

Date(s) debt was incurred _

Last 4 digits of account number  **0212**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ADA M BARRETTO PA**
**782 Northwest Le Jeune Road Suite 643**
**Miami, FL 33126-5547**

Date(s) debt was incurred _

Last 4 digits of account number  **7708**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ADAM C MISHCON**
**Adam C. Mishcon P.A.**
**4010 Kumquat Avenue**
**Coconut Grove, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number  **8326**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ADAM F GEORGE**
**2203 Mariner Court**
**Ft Lauderdale, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number  **0485**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ADAM GITTELMACHER**
**209 S Atlantic Drive**
**Lake Worth, FL 33462-1901**

Date(s) debt was incurred _

Last 4 digits of account number  **6673**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ADAM K MCGINNIS PL**
**P.O. Box 3364**
**Orlando, FL 32802**

Date(s) debt was incurred _

Last 4 digits of account number  **2387**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ADAM L BESSEN**
**20283 State Road 7**
**Suite 300**
**Boca Raton, FL 33498-6741**

Date(s) debt was incurred _

Last 4 digits of account number  **9874**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**                                    Case number (*if known*)   **2:23-bk-01538**
_____
Name

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Adam Law Group, P.A.**
**2258 Riverside Avenue**
**Jacksonville, FL 32204**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0094**

**Basis for the claim:  Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**ADAM R MILLER**
**218 Harbor Drive S**
**Venice, FL 34285**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5927**

**Basis for the claim:  Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**ADAM R SCHIFFMAN**
**Gateway Centre**
**2750 Northeast 185th Street 2nd Floor**
**Aventura, FL 33180**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5000**

**Basis for the claim:  Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65.00** |

**ADAM S DONER**
**Gordon & Doner P.A.**
**4114 Northlake Boulevard Suite 200**
**Palm Beach Gardens, FL 33410**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2162**

**Basis for the claim:  Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**ADAM S ZIPPER**
**1500 San Remo Avenue Suite 248**
**Coral Gables, FL 33146**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2137**

**Basis for the claim:  Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**ADAMS & BRIGGS**
**121 E International Boulevard**
**Daytona Beach, FL 32118-4648**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7970**

**Basis for the claim:  Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$525.00** |

**ADAMS & SPEARS PA**
**4236 Willow Bay**
**Winter Garden, FL 34787**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7390**

**Basis for the claim:  Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.54** | **Nonpriority creditor's name and mailing address**

**ADAMS AND REESE LLP**
**100 North Tampa Street**
**Suite 4000**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number  **6392**

As of the petition filing date, the claim is: *Check all that apply.*      **$225.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**

**ADAMS COOGLER WATSON & MERKLE**
**P.O. Box 2069**
**West Palm Beach, FL 33402-2069**

Date(s) debt was incurred _

Last 4 digits of account number  **3881**

As of the petition filing date, the claim is: *Check all that apply.*      **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address**

**ADAMS GALLINAR PA**
**1000 Brickell Avenue**
**Suite 300**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **0968**

As of the petition filing date, the claim is: *Check all that apply.*      **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address**

**ADAMS ROTHSTEIN & SIEGEL**
**4417 Beach Boulevard Suite 104**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number  **129**

As of the petition filing date, the claim is: *Check all that apply.*      **$275.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address**

**ADDICOTT & ADDICOTT PA**
**900 N Federal Highway Suite 201**
**Hallandale Beach, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number  **6469**

As of the petition filing date, the claim is: *Check all that apply.*      **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address**

**Adler Wellikoff, P.L.L.C.**
**1900 Glades Road**
**Suite 270**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **0054**

As of the petition filing date, the claim is: *Check all that apply.*      **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address**

**ADORNO & YOSS LLP**
**P.O. Box 144008**
**Coral Gables, FL 33114-4008**

Date(s) debt was incurred _

Last 4 digits of account number  **8549**

As of the petition filing date, the claim is: *Check all that apply.*      **$125.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**ADRIAN GABALDON**
P.O. Box 1303
Auburndale, FL 33823-1303

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4492**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ADRIAN WINTERFIELD**
P.O. Box 2839
Palm Beach, FL 33480

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2634**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**ADRIANO R GONZALEZ**
P.O. Box 7095
Port St Lucie, FL 34985

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7292**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ADRIENNE F PROMOFF**
150 W Flagler Street Suite 2950
Miami, FL 33130

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0124**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**ADRIENNE L IVES**
6441 Southwest 134th Drive
Miami, FL 33156-7046

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7153**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ADRIENNE V SCHMITZ**
810 Silverbell Lane
West Palm Beach, FL 33414-8185

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7641**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |

**Advocate Law Groups of Florida, P.A.**
95 Merrick Way
Suite 310
Coral Gables, FL 33134

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9169**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**

Name

Case number *(if known)*  **2:23-bk-01538**

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

**Advocates Title & Escrow, PLLC**
**2424 N. Federal Highway**
**Suite 411**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **0793**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Aerolaw Offices, P.L.L.C.**
**101 Northeast Third Avenue Suite 1500**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **8800**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Affinia Title, L.L.C.**
**711 N Orlando Avenue**
**Suite 101**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number  **7756**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**AGNES S HOLLINGSHEAD**
**4781 N Congress Avenue Suite 281**
**Boynton Beach, FL 33426**

Date(s) debt was incurred _

Last 4 digits of account number  **9145**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**AGUDO LAW PA**
**1635 Southwest 27th Avenue**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number  **8701**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**AGUSTIN A PEREZ-CERVERA**
**815 Ponce De Leon Boulevard Suite 301**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **8332**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**AGUSTIN DE GOYTISOLO**
**P.O. Box 348038**
**Coral Gables, FL 33234-8038**

Date(s) debt was incurred _

Last 4 digits of account number  **3909**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

AHIZA HERNANDEZ JOHNSON
5701 Sheridan Street
Hollywood, FL 33021

Date(s) debt was incurred _

Last 4 digits of account number  **8535**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

AIDA L CABELLO-COLON LLC
P.O. Box 781269
Orlando, FL 32878-1269

Date(s) debt was incurred _

Last 4 digits of account number  **1557**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

AILEEN FRANKLIN
8181 Miami Lakes Drive
Suite 120
Miami Lakes, FL 33016

Date(s) debt was incurred _

Last 4 digits of account number  **9849**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

AILEEN ORTEGA
2420 Coral Way
Miami, FL 33145

Date(s) debt was incurred _

Last 4 digits of account number  **3774**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

AIMEE JUVIER PA
11125 Southwest 174th Terrace
Miami, FL 33157

Date(s) debt was incurred _

Last 4 digits of account number  **9932**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

AIMEE L NUNEZ
6303 Blue Lagoon Drive Suite 390
Miami, FL 33126-6005

Date(s) debt was incurred _

Last 4 digits of account number  **4249**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,156.61**

AINSLEE R FERDIE
717 Ponce De Leon Boulevard
Suite 223
Coral Gables, FL 33134-2048

Date(s) debt was incurred _

Last 4 digits of account number  **1832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|--------|-------------------------|--|--------------------------|-------------------|
| | Name | | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Akerman LLP**
**777 S. Flagler Drive**
**Suite 1100**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **25**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**AKERMAN SENTERFITT**
**401 E. Jackson Street**
**Suite 1700**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number  **25**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,532.10** |
|------|--------------------------------------------------|----------------------------------------------------------------------|----------------|

**AKERMAN SENTERFITT**
**P.O. Box 231**
**Orlando, FL 32802-0231**

Date(s) debt was incurred _

Last 4 digits of account number  **25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**AKERMAN SENTERFITT & EIDSON**
**Suntrust Building**
**401 E Jackson Street Suite 1700**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number  **6267**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**AKERMAN, BAKST, GUNDLACH,**
**P.O. Drawer 3948**
**West Palm Beach, FL 33402-3948**

Date(s) debt was incurred _

Last 4 digits of account number  **4046**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**AKSELL & VARGO PA**
**P.O. Box 607794**
**Orlando, FL 32860-7734**

Date(s) debt was incurred _

Last 4 digits of account number  **2402**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Aktas Law, P.A.**
**1180 Spring Centre S Boulevard**
**Suite 201**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred _

Last 4 digits of account number  **9746**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**                                   Case number (*if known*)   **2:23-bk-01538**
_____
Name

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**AKW Title Group, LLC**
**1302 E. Robinson Street**
**Orlando, FL 32801**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **1044**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**AL A CHENELER PA**
**Office Of General Counsel**
**7813 Thornhill Lane**
**Tallahassee, FL 32312**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **4810**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**AL A DICALVO**
**11261 Shady Lane**
**Plantation, FL 33325**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **4007**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**AL R LOPEZ JR**
**Lopez Kelly & Bible P.A.**
**4100 W Kennedy Boulevard Suite 114**
**Tampa, FL 33609-2243**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **4832**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ALAN B BRODY PA**
**3961 Biscayne Drive**
**Winter Springs, FL 32708-4630**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **8257**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ALAN B FIELDS**
**1129 Venetian Harbor Drive Northeast**
**St Petersburg, FL 33702**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **4011**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ALAN B FISHMAN**
**4045 Sheridan Avenue**
**Suite 398**
**Miami Beach, FL 33140**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **7297**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**ALAN B ROSENFELD**
**4301 Military Road Northwest Apt 303**
**Washington, DC 20015**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7541**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**ALAN B SCHNEIDER**
**Alan B. Schneider P.A.**
**633 S Federal Highway 8th Floor**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2575**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**ALAN B TARR**
**112 Sunset Bay Drive**
**Palm Beach Gardens, FL 33418**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5117**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,223.29** |
|---|---|---|---|

**ALAN B. KESSLER**
**5263 Central Avenue**
**St. Petersburg, FL 33710-8141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2413**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** |
|---|---|---|---|

**ALAN BERNSTEIN PA**
**2875 PGA Boulevard Suite 100**
**Palm Beach Gardens, FL 33410-2903**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5269**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**ALAN BRYCE GROSSMAN**
**312 Southeast 17th Street 2nd Floor**
**Ft Lauderdale, FL 33316-2524**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7800**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**ALAN C KAUFFMAN & ASSSOCIATES**
**Suite 200e East Building**
**1900 Northwest Corporate Boulevard**
**Boca Raton, FL 33431**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5682**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.103** | Nonpriority creditor's name and mailing address

**ALAN D GORDON**
**2255 Glades Road Suite 340w**
**Boca Raton, FL 33431-7383**

Date(s) debt was incurred _

Last 4 digits of account number **8743**

As of the petition filing date, the claim is: *Check all that apply.*    **$75.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address

**ALAN D REESE**
**21 Lake Marie Lane**
**New York, NY 10507-1231**

Date(s) debt was incurred _

Last 4 digits of account number **4022**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address

**ALAN E BRADY**
**608 Southeast 6th Street Suite 7**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **2406**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address

**ALAN E FEARNS**
**1031 N Carney Avenue**
**Lecanto, FL 34461**

Date(s) debt was incurred _

Last 4 digits of account number **2410**

As of the petition filing date, the claim is: *Check all that apply.*    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address

**ALAN E KRINZMAN**
**2601 S Bayshore Drive Suite 1600**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **2339**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address

**ALAN FRANCIS RUF**
**International Building**
**2455 E. Sunrise Boulevard**
**Ft Lauderdale, FL 33304-3118**

Date(s) debt was incurred _

Last 4 digits of account number **5074**

As of the petition filing date, the claim is: *Check all that apply.*    **$125.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address

**ALAN H LUBITZ PA**
**1280 S Alahambra Circle Suite 2305**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **6485**

As of the petition filing date, the claim is: *Check all that apply.*    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.110** | **Nonpriority creditor's name and mailing address**

**ALAN H PRATHER**
C/O Dye Deitrich Prather Et Al
P.O. Box 9480
Bradenton, FL 34206-9480

Date(s) debt was incurred _

Last 4 digits of account number **7787**

**As of the petition filing date, the claim is:** *Check all that apply.*          **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address**

**ALAN J CIKLIN**
Boose Casey Ciklin Et Al
P.O. Box 4626
West Palm Beach, FL 33402-4626

Date(s) debt was incurred _

Last 4 digits of account number **6010**

**As of the petition filing date, the claim is:** *Check all that apply.*          **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address**

**ALAN J CLARK**
1989 S Federal Highway One Suite 204
Stuart, FL 34994

Date(s) debt was incurred _

Last 4 digits of account number **9937**

**As of the petition filing date, the claim is:** *Check all that apply.*          **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address**

**ALAN J FISHER**
Suite 305-C
7301-A W Palmetto Park Road
Boca Raton, FL 33433

Date(s) debt was incurred _

Last 4 digits of account number **0564**

**As of the petition filing date, the claim is:** *Check all that apply.*          **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address**

**ALAN J JACOBSON**
600 Southwest 4th Avenue
Ft Lauderdale, FL 33315

Date(s) debt was incurred _

Last 4 digits of account number **4904**

**As of the petition filing date, the claim is:** *Check all that apply.*          **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address**

**ALAN J MILLER**
100 S Dixie Highway
Suite 201 Blackstone Building
West Palm Beach, FL 33401-5421

Date(s) debt was incurred _

Last 4 digits of account number **6943**

**As of the petition filing date, the claim is:** *Check all that apply.*          **$125.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address**

**ALAN J POLIN**
One Lincoln Place
1900 Glades Road Suite 355
Boca Raton, FL 33431

Date(s) debt was incurred _

Last 4 digits of account number **7476**

**As of the petition filing date, the claim is:** *Check all that apply.*          **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
      Name

Case number (if known)  **2:23-bk-01538**

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**ALAN J SHUMINER**
Alan J. Shuminer P.A.
1200 Brickell Avenue Suite 1230
Miami, FL 33131-3255

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4000**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$319.79** |
|---|---|---|---|

**ALAN J WERKSMAN**
23419 Water Circle
Boca Raton, FL 33486

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6332**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**ALAN JAMES POLLEY**
212 N Federal Highway
Deerfield Beach, FL 33441-3612

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4550**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**ALAN JAY MARCUS**
Aventura Corporate Center
20803 Biscayne Boulevard, Suite 301
North Miami Beach, FL 33180

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6114**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**ALAN L ARONS**
21346 Street Andrews Boulevard Suite 145
Boca Raton, FL 33433-2432

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6373**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**ALAN L GABRIEL**
2455 E Sunrise Boulevard Ph East
Ft Lauderdale, FL 33304-3118

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **5248**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**ALAN L SANDLER**
225 S. Westmonte Drive
Suite 1100
Altamonte Springs, FL 32714

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7879**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.124** | **Nonpriority creditor's name and mailing address**

**ALAN M BURGER**
**8603 S Dixie Highway Suite 303**
**Miami, FL 33143**

Date(s) debt was incurred _
Last 4 digits of account number  **6670**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.125** | **Nonpriority creditor's name and mailing address**

**ALAN M FISHER**
**6401 Southwest 87th Avenue Suite 200**
**Miami, FL 33173-2520**

Date(s) debt was incurred _
Last 4 digits of account number  **338**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.126** | **Nonpriority creditor's name and mailing address**

**ALAN M KORNBLUH**
**1428 Northeast 105th Street**
**Miami Shores, FL 33138-2114**

Date(s) debt was incurred _
Last 4 digits of account number  **2359**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.127** | **Nonpriority creditor's name and mailing address**

**ALAN M MEDOF**
**5301 N Federal Highway Suite 360**
**Boca Raton, FL 33487**

Date(s) debt was incurred _
Last 4 digits of account number  **5264**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.128** | **Nonpriority creditor's name and mailing address**

**ALAN M SMITH**
**6065 Southwest 109th Street**
**Miami, FL 33156**

Date(s) debt was incurred _
Last 4 digits of account number  **2644**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.129** | **Nonpriority creditor's name and mailing address**

**ALAN N BERG**
**8035 Tennyson Drive**
**Tallahassee, FL 32309**

Date(s) debt was incurred _
Last 4 digits of account number  **6549**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.130** | **Nonpriority creditor's name and mailing address**

**ALAN P BYRD**
**1031 Ives Dairy Road Suite 228**
**North Miami Beach, FL 33179**

Date(s) debt was incurred _
Last 4 digits of account number  **4273**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.131**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,480.93 |
|---|---|---|
| **ALAN PINKWASSER**<br>**8231 Muirhead Circle**<br>**Boynton Beach, FL 33437** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **5849** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.132**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **ALAN POWELL**<br>**P.O. Box 6043**<br>**Palm Harbor, FL 34684** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **9104** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.133**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **ALAN R BURTON**<br>**1600 W Commercial Boulevard Suite 103**<br>**Ft Lauderdale, FL 33309** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **7460** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.134**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **ALAN R HECHT**<br>**2670 Northeast 215 Street**<br>**Miami, FL 33180-1127** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **2602** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.135**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **ALAN R LORBER**<br>**Alan R. Lorber P.A.**<br>**3650 N 36 Avenue Villa Apt 42**<br>**Hollywood, FL 33021** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **3443** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.136**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **ALAN R MARKS**<br>**1222 N University Drive**<br>**Plantation, FL 33322-4724** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **5534** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.137**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **ALAN R. WILLIAMS**<br>**6424 Central Ave.**<br>**St. Petersburg, FL 33707-1329** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **2234** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor **LTGF Business Trust** _____   Case number (*if known*)   **2:23-bk-01538**
Name

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**ALAN S BERNSTEIN**
**2131 Hollywood Boulevard Suite 303**
**Hollywood, FL 33020-6751**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **7951**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ALAN S LEVINE**
**409 Southeast 7th Street**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **6369**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ALAN S MARSHALL**
**7617 Little Road**
**New Port Richey, FL 34654**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **2181**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,899.51** |

**ALAN S WEISSMAN PA**
**280 Northeast 200 Terrace**
**Miami, FL 33179-2947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **5573**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**ALAN S ZANGEN PA**
**1200 Corporate Center Way**
**Suite 200**
**Wellington, FL 33414-6283**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **7212**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ALAN SAKOWITZ**
**1111 Kane Concourse Suite 401**
**Bay Harbor Islands, FL 33154**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **1434**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ALAN SILVERSTEIN**
**4521 PGA Boulevard**
**Suite 600**
**Palm Beach Gardens, FL 33410**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **8436**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**                              Case number *(if known)*   **2:23-bk-01538**

Name

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Alan Sorota**
**7901 SW 6th Court**
**Suite 305**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **0713**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Alan Workman, P.L.**
**3501 Del Prado Boulevard**
**Suite 211**
**Cape Coral, FL 33904**

Date(s) debt was incurred _

Last 4 digits of account number **9554**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**ALAYON & ASSOCIATES PA**
**Attn: Martha Alayon**
**135 San Lorenzo Avenue, Suite 820**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **0120**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**ALBAN E BROOKE**
**4723 Prince Edward Road**
**Jacksonville, FL 32210**

Date(s) debt was incurred _

Last 4 digits of account number **5698**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**ALBAREDA ROSSO & MALUJE PA**
**Attn: Adelaida A. Albareda**
**330 Southwest 27th Avenue Suite 202**
**Miami, FL 33135-2957**

Date(s) debt was incurred _

Last 4 digits of account number **9743**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ALBERT & ASSOCIATES PL**
**2847 Northeast 34th Court**
**Lighthouse Point, FL 33064**

Date(s) debt was incurred _

Last 4 digits of account number **1553**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ALBERT BYRNE LITSCHGI JR PA**
**P.O. Box 10103**
**Tampa, FL 33679-8583**

Date(s) debt was incurred _

Last 4 digits of account number **4300**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**                                     Case number (if known)    **2:23-bk-01538**
_____
Name

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ALBERT C EATON**
**1516 E Colonial Drive Suite 100-E**
**Orlando, FL 32803-4730**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __2162__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ALBERT C GALLOWAY JR**
**P.O. Box 3339**
**Lake Wales, FL 33859-3339**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __2243__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**ALBERT CAZIN**
**501 E Kennedy Boulevard Suite 711**
**Tampa, FL 33602-5200**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __2499__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ALBERT D REY**
**12955 SW 42nd Street**
**Suite 6**
**Miami, FL 33175**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __6588__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,054.35 |

**ALBERT E BUSCHMAN JR**
**101 Castle Hill Lane**
**Beech Mountain, NC 28604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __6678__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ALBERT E FORD II PA**
**740 Florida Central Parkway Suite 2008**
**Longwood, FL 32750**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __4445__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**ALBERT G HARTOG**
**6068 S Apopka-Vineland Road Suite 1**
**Orlando, FL 32819**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __586__

Is the claim subject to offset? ☑ No ☐ Yes

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$848.38**
---

**ALBERT H. STEPHENS**
P.O. Box 14042
St Petersburg, FL 33733-4042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6483**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**ALBERT J GAMOT JR**
315 5th Street
West Palm Beach, FL 33401

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4520**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**ALBERT J VIDAL PA**
421 S Pine Avenue
Ocala, FL 34474

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6687**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**ALBERT L KELLEY**
926 Truman Avenue
Key West, FL 33040

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6354**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,218.66**

**ALBERT L. ROGERO, JR.**
P.O. Box 2946
Clearwater, FL 34617-2946

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3877**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$149.20**

**ALBERT M LEHRMAN**
2323 Agusta Drive Suite 31
Houston, TX 77057-4710

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2611**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**ALBERT P ROSILLO**
2246 Southwest 1st Street
Miami, FL 33135

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2435**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |

**ALBERT PEACOCK**
**8554 Congressional Drive**
**Tallahassee, FL 32312-4018**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6457**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |

**ALBERT SALEM & ASSOCIATES PA**
**Attn: Albert Salem**
**P.O. Box 18607**
**Tampa, FL 33679-8607**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4815**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |

**ALBERT THARIN COOPER III**
**1230 Myrtle Avenue S**
**Suite 102**
**Clearwater, FL 33756**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4752**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**ALBERT W GUFFANTI**
**P.O. Box 160027**
**Miami, FL 33116-0027**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4957**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$275.00** |

**ALBERTELLI LAW**
**208 N Laura Street**
**Jacksonville, FL 32202**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9163**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**ALBERTO A RODRIGUEZ**
**1200 Brickell Avenue Suite 1230**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0519**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,235.82** |

**ALBERTO GARCIA-NAVARRO**
**717 Ponce Deleon Boulevard Suite 329**
**Coral Gables, FL 33134-2050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5646**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ALBERTO J XIQUES PA**
**1825 Ponce De Leon Boulevard Suite 432**
**Coral Gables, FL 33134**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1996**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**ALBERTO N MORIS PA**
**3650 NW 82nd Avenue**
**Suite 401**
**Doral, FL 33166**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6291**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ALBERTO V BATISTA**
**11900 Biscayne Boulevard Suite 292**
**Miami, FL 33181**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5023**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00**

**ALBRITTON & ASSOCIATES**
**100 Madison Street Suite 302**
**Tampa, FL 33602-4703**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2373**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Alcoba & Associates, P.A.**
**3399 Northwest 72nd Avenue Suite 211**
**Miami, FL 33122**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6459**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ALDEN A RUMFELT**
**P.O. Box 1137**
**Clewiston, FL 33430**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3753**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ALDERMAN & GERAGHTY PA**
**P.O. Box 1530**
**Ft Myers, FL 33902**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6858**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ALDIS ROIG LOPEZ**
**Nineteen Hundred Building Suite 5**
**1900 W Commercial Boulevard**
**Ft Lauderdale, FL 33309-3018**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3843**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Aldo Beltrano, P.A.**
**4495 Military Trail**
**Suite 107**
**Jupiter, FL 33458**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9557**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**

**ALDO J BUSOT PA**
**4840 Biltmore Drive**
**Coral Gables, FL 33146-1722**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4723**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ALEC S WALLACE**
**547 Plaza Del Sol**
**Ft Myers, FL 33917-2945**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8608**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ALECO HARALAMBIDES PA**
**3135 SW 3rd Avenue**
**Miami, FL 33129**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7208**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ALEIDA ORS WALDMAN**
**Aleida Ors Waldman P.A.**
**440 S Andrews Avenue**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2318**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**ALEJANDRO J VAZQUEZ III**
**Apex Law Offices L.L.C.**
**3061 Northwest 7th Street Suite 201**
**Miami, FL 33125**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2403**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ALEJANDRO MUELLE**
**2100 Coral Way Suite 502**
**Miami, FL 33145**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6087**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ALEJANDRO NUNEZ**
**250 Giralda Avenue 2nd Floor**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2076**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**ALEX A DOW**
**2780 E Oakland Park Boulevard**
**Ft Lauderdale, FL 33306**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3437**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Alex A. Martinez, P.A.**
**8950 SW 74th Court**
**Suite 2272**
**Miami, FL 33156**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8121**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ALEX ARREAZA**
**320 W Oakland Park**
**Wilton Manor, FL 33311**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5786**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**ALEX E CARLSON**
**145 Curtiss Parkway**
**Miami Springs, FL 33166**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **791**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ALEX KURKIN**
**One Biscayne Tower Suite 3660**
**Two S Biscayne Boulevard**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0491**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.194** | **Nonpriority creditor's name and mailing address**

**ALEXANDER B ROTBART**
21845 Powerline Road Suite 201
Boca Raton, FL 33433

Date(s) debt was incurred _

Last 4 digits of account number **0470**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.195** | **Nonpriority creditor's name and mailing address**

**Alexander C. Peterson, P.A.**
5621 Strand Boulevard Suite 306
Naples, FL 34110

Date(s) debt was incurred _

Last 4 digits of account number **8108**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.196** | **Nonpriority creditor's name and mailing address**

**ALEXANDER DAMBRA & DUHL PA**
5737 Okeechobee Boulevard Suite 201
West Palm Beach, FL 33417-4319

Date(s) debt was incurred _

Last 4 digits of account number **4537**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.197** | **Nonpriority creditor's name and mailing address**

**ALEXANDER E BORELL**
9220 Sunset Drive Suite 201
Miami, FL 33173

Date(s) debt was incurred _

Last 4 digits of account number **9098**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.198** | **Nonpriority creditor's name and mailing address**

**Alexander E. Borell, Attorney at Law**
319 Clematis Street
Suite 200
West Palm Beach, FL 33401

Date(s) debt was incurred _

Last 4 digits of account number **9911**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.199** | **Nonpriority creditor's name and mailing address**

**ALEXANDER EYNIS**
19111 Collins Avenue
Suite 1801
Sunny Isles Beach, FL 33160

Date(s) debt was incurred _

Last 4 digits of account number **6792**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.200** | **Nonpriority creditor's name and mailing address**

**ALEXANDER G CUBAS**
3105 NW 107th Avenue
Suite 602A
Doral, FL 33172

Date(s) debt was incurred _

Last 4 digits of account number **4990**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

3.201 | **Nonpriority creditor's name and mailing address**

**ALEXANDER G PADEREWSKI**
**1834 Main Street**
**Sarasota, FL 34236-5912**

Date(s) debt was incurred _

Last 4 digits of account number **6924**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

3.202 | **Nonpriority creditor's name and mailing address**

**ALEXANDER HERNANDEZ**
**Palm Springs Center**
**1840 W 49 Street Suite 100**
**Hialeah, FL 33012**

Date(s) debt was incurred _

Last 4 digits of account number **5327**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

3.203 | **Nonpriority creditor's name and mailing address**

**ALEXANDER I TACHMES**
**One Biscayne Tower**
**2 S Biscayne Boulevard Suite 2475**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **2390**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

3.204 | **Nonpriority creditor's name and mailing address**

**ALEXANDER J ALFANO**
**2655 S Lejeune Road Suite 403**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **0543**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

3.205 | **Nonpriority creditor's name and mailing address**

**ALEXANDER J HERSHA**
**Courtland Plaza Suite 215**
**2500 Airport Road**
**Naples, FL 34112**

Date(s) debt was incurred _

Last 4 digits of account number **4974**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

3.206 | **Nonpriority creditor's name and mailing address**

**ALEXANDER L DOMB**
**11199 Polo Club Road Suite 1**
**Wellington, FL 33414-6000**

Date(s) debt was incurred _

Last 4 digits of account number **2396**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

3.207 | **Nonpriority creditor's name and mailing address**

**ALEXANDER L MARTONE**
**30 Southeast 7th Street**
**Boca Raton, FL 33432-6102**

Date(s) debt was incurred _

Last 4 digits of account number **6964**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**ALEXANDER LAUFER**
4041 University Drive Suite 100
Fairfax, VA 22030-3410

Date(s) debt was incurred _

Last 4 digits of account number  **7056**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |

**ALEXANDER M SIEGEL**
939 Southwest 40th Avenue
Plantation, FL 33317-4522

Date(s) debt was incurred _

Last 4 digits of account number  **4452**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |

**ALEXANDER P ALMAZAN PA**
7901 Ludlam Road
Suite 100
Miami, FL 33143

Date(s) debt was incurred _

Last 4 digits of account number  **6070**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ALEXANDER P JOHNSON**
800 Southeast 3rd Avenue Suite 300
Ft Lauderdale, FL 33316

Date(s) debt was incurred _

Last 4 digits of account number  **3188**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**ALEXANDER REUS PA**
100 Southeast 2nd Street Suite 2610
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number  **9891**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ALEXANDER ZOUZOULAS**
P.O. Box 830955
Ocala, FL 34483-0955

Date(s) debt was incurred _

Last 4 digits of account number  **4761**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ALEXANDRA DE LA ASUNCION**
2525 Ponce De Leon Boulevard Suite 1225
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **8915**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**                                          Case number *(if known)*  **2:23-bk-01538**
_____
Name

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Alexandra L. Deas, P.A.**
**2215 River Boulevard**
**Jacksonville, FL 32204**

Date(s) debt was incurred _

Last 4 digits of account number  **7304**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Alexandrakis Law PLLC**
**55 Merrick Way**
**Suite 202A**
**Coral Gables, FL 33134-5125**

Date(s) debt was incurred _

Last 4 digits of account number  **0965**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Alexandre Ballerini, P.A.**
**927 Lincoln Road**
**Suite 200**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number  **8331**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**ALEXANDRE M MESTDAGH PA**
**280 W. Canton Avenue**
**Suite 110**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number  **4223**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Alexis Garcia, P.A.**
**10271 Sunset Drive**
**Suite 103**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number  **9775**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ALFARO & FERNANDEZ PA**
**5801 Northwest 151st Street Suite 305**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number  **6153**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**ALFONSO J PEREZ**
**100 S Biscayne Boulevard Suite 1300**
**Miami, FL 33131-2029**

Date(s) debt was incurred _

Last 4 digits of account number  **7026**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ALFRED A COLBY PA**
Bank of America Plaza
101 E Kennedy Boulevard Suite 3140
Tampa, FL 33602

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6921**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Alfred F. Andreu, P.A.**
700 Biltmore Way
Suite C-1
Coral Gables, FL 33134

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8843**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ALFRED H HAWORTH PA**
2357 Haddon Hall Place Suite B
Clearwater, FL 34624-7509

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **365**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $112.50 |
|---|---|---|---|

**ALFRED J TIRELLA**
639 Northeast 125th Street
North Miami, FL 33161

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1546**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ALFRED L MILLER**
P.O. Box 832937
Miami, FL 33283-2937

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1538**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**ALFRED P DENOWITZ**
1776 N Pine Island Road Suite 224
Plantation, FL 33322

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Alfredo A. Izaguirre, P.A.**
338 Minorca Avenue
Coral Gables, FL 33134

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8786**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.229**

**Nonpriority creditor's name and mailing address**

**ALFREDO J PEREZ PA**
**5805 Blue Lagoon Drive Suite 145**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number  **9704**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.230**

**Nonpriority creditor's name and mailing address**

**ALFREDO M GARCIA-MENOCAL PA**
**350 Sevilla Avenue**
**Suite 200**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **7892**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.231**

**Nonpriority creditor's name and mailing address**

**ALFREDO R JURADO PA**
**8725 Northwest 18th Terrace Suite 401**
**Doral, FL 33172**

Date(s) debt was incurred _

Last 4 digits of account number  **7292**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.232**

**Nonpriority creditor's name and mailing address**

**ALGO Law Firm, LLP**
**815 Ponce De Leon Blvd**
**Suite 101**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **0967**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.233**

**Nonpriority creditor's name and mailing address**

**ALIA ADHAL PA**
**P.O. Box 920**
**Panama City, FL 32402**

Date(s) debt was incurred _

Last 4 digits of account number  **3927**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.234**

**Nonpriority creditor's name and mailing address**

**ALICE REITER FELD**
**Cinnamon Tree Plaza**
**5701 N Pine Island Road Suite 260**
**Tamarac, FL 33321**

Date(s) debt was incurred _

Last 4 digits of account number  **5426**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.235**

**Nonpriority creditor's name and mailing address**

**ALICE W WEINSTEIN**
**7305 Bay Club Court Suite 7305**
**Tampa, FL 33607-5957**

Date(s) debt was incurred _

Last 4 digits of account number  **0941**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**

Case number (*if known*)    **2:23-bk-01538**

Name

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ALICIA M TORRES**
**250 Northeast 121st Terrace**
**North Miami, FL 33161-5321**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8621**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ALICIA TRUJILLO**
**3634 Southwest 150th Court**
**Miami, FL 33185**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8260**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ALICIA V GONZALEZ**
**4880 Bay Herron Pl Apt 219**
**Tampa, FL 33616-2925**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7071**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**ALINA ANTONETTI**
**817 Almeria Avenue**
**Coral Gables, FL 33134-4838**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7548**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Alison E. Hickman, Attorney at Law**
**1543 Kingsley Avenue Building 5**
**Orange Park, FL 32073**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8026**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ALISON LEIGH COX**
**5517 Southwest 69th Terrace**
**Gainesville, FL 32608**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6416**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**All In One Title Services A. Law Firm**
**9350 S Dixie Highway Suite 1550**
**Miami, FL 33156**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8926**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**                                      Case number (if known)    **2:23-bk-01538**
_____
Name

| | |
|---|---|
| 3.243 | **Nonpriority creditor's name and mailing address** |

**3.243**

**Nonpriority creditor's name and mailing address**
**All Property Title & Escrow, L.L.C.**
**5561 N. University Drive**
**Suite 102**
**Coral Springs, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number  **7776**

As of the petition filing date, the claim is: Check all that apply.                    **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.244**

**Nonpriority creditor's name and mailing address**
**All Sure Title Insurance Agency, L.L.C.**
**3138 3rd Avenue North**
**St Petersburg, FL 33713**

Date(s) debt was incurred _

Last 4 digits of account number  **6762**

As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.245**

**Nonpriority creditor's name and mailing address**
**ALLAN & SHIPP PA**
**6675 Thirteenth Avenue N Suite 2 C**
**St Petersburg, FL 33710**

Date(s) debt was incurred _

Last 4 digits of account number  **9886**

As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.246**

**Nonpriority creditor's name and mailing address**
**ALLAN B DAVIS**
**P.O. Box 3542**
**St Petersburg, FL 33731-3542**

Date(s) debt was incurred _

Last 4 digits of account number  **0115**

As of the petition filing date, the claim is: Check all that apply.                    **$118.74**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.247**

**Nonpriority creditor's name and mailing address**
**ALLAN C DRAVES**
**P.O. Box 4**
**Orlando, FL 32802-0004**

Date(s) debt was incurred _

Last 4 digits of account number  **225**

As of the petition filing date, the claim is: Check all that apply.                    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.248**

**Nonpriority creditor's name and mailing address**
**ALLAN GOLDFARB**
**524 N Avenue**
**New Rochelle, NY 10801-3400**

Date(s) debt was incurred _

Last 4 digits of account number  **621**

As of the petition filing date, the claim is: Check all that apply.                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.249**

**Nonpriority creditor's name and mailing address**
**ALLAN L CASEY**
**395 Avenue C NW**
**Winter Haven, FL 33881-4617**

Date(s) debt was incurred _

Last 4 digits of account number  **7326**

As of the petition filing date, the claim is: Check all that apply.                    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**ALLAN L HOFFMAN**
**1610 Southern Boulevard**
**West Palm Beach, FL 33406-3242**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4549**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**ALLAN L MCPEAK**
**1011 McCay Avenue**
**Mobile, AL 36609**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3663**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**ALLAN R KNIGHT**
**2050 Coral Way Suite 204**
**Miami, FL 33145**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5379**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**ALLAN T GRIFFITH**
**2100 McGregor Boulevard**
**Ft Myers, FL 33901-9199**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5895**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17.31**

**ALLAN TAYLOR**
**457 Normandy J**
**Delray Beach, FL 33484-4876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6390**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00**

**ALLEN & GALEGO (USE BR #2)**
**604 Crandon Boulevard Suite 205**
**Miami, FL 33149**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1752**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**ALLEN & HILL**
**801 Brickell Avenue Suite 1401**
**Miami, FL 33131-4945**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8139**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.257**

**Nonpriority creditor's name and mailing address**

**ALLEN BOSWORTH**
**507 Southeast 11th Court**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number **9125**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.258**

**Nonpriority creditor's name and mailing address**

**ALLEN BRINTON & SIMMONS PA**
**841 Prudential Drive Suite 140**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number **9752**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.259**

**Nonpriority creditor's name and mailing address**

**ALLEN C JACOBSON**
**P.O. Box 708**
**State College, PA 16804-0708**

Date(s) debt was incurred _

Last 4 digits of account number **5303**

As of the petition filing date, the claim is: *Check all that apply.*    **$200.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.260**

**Nonpriority creditor's name and mailing address**

**ALLEN D BRUFSKY**
**1520 Lafayette Street**
**Cape Coral, FL 33904**

Date(s) debt was incurred _

Last 4 digits of account number **4344**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.261**

**Nonpriority creditor's name and mailing address**

**ALLEN D STOLAR**
**21301 Powerline Road**
**Boca Raton, FL 33433-6500**

Date(s) debt was incurred _

Last 4 digits of account number **702**

As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.262**

**Nonpriority creditor's name and mailing address**

**ALLEN DELL PA**
**202 S Rome Avenue Suite 100**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number **4236**

As of the petition filing date, the claim is: *Check all that apply.*    **$550.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.263**

**Nonpriority creditor's name and mailing address**

**ALLEN FALK**
**Allen Falk P.A.**
**507 N Dixie Highway**
**Lake Worth, FL 33460**

Date(s) debt was incurred _

Last 4 digits of account number **5873**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**                                    Case number (if known) **2:23-bk-01538**
_____
Name

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**ALLEN H SHEPTOW**
**3842 Bay Club Circle Apt 104**
**Kissimmee, FL 34741-2686**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number **5751**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**ALLEN J LEVIN**
**3440 Conway Boulevard**
**Suite 1-A**
**Port Charlotte, FL 33952**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number **3851**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**ALLEN J RAPOPORT**
**999 Ponce De Leon Boulevard Suite 1110**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number **7312**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**ALLEN K MCCORMICK**
**7520 Ridgewood Avenue Suite 602**
**Cape Canaveral, FL 32920**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number **2108**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**ALLEN L POUCHER JR**
**2257 Riverside Avenue**
**Jacksonville, FL 32204**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number **0751**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.00** |

**ALLEN LANG CARPENTER & PEED PA**
**P.O. Box 3628**
**Orlando, FL 32802-3628**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number **9521**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**ALLEN LAW ASSOCIATES PA**
**2005 Southwest 75th Street Suite 20**
**Gainesville, FL 32607**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number **4232**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**                                      Case number (*if known*)   **2:23-bk-01538**
_____
Name

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ALLEN LAW PA**
**10019 Park Place Avenue**
**Riverview, FL 33578**

Date(s) debt was incurred _

Last 4 digits of account number  **6079**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ALLEN N JELKS JR**
**516 McKenzie Avenue**
**Panama City, FL 32401**

Date(s) debt was incurred _

Last 4 digits of account number  **7514**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**ALLEN P. ALLWEISS**
**550 Sandy Hook Road**
**St. Petersburg, FL 33706-1213**

Date(s) debt was incurred _

Last 4 digits of account number  **2189**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ALLEN R SMITH**
**324 4th Street Northwest**
**Winter Haven, FL 33881-4671**

Date(s) debt was incurred _

Last 4 digits of account number  **6251**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ALLEN S BROWN**
**333 W Venice Avenue**
**Venice, FL 34285-2004**

Date(s) debt was incurred _

Last 4 digits of account number  **4679**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |

**ALLEN WM MARTINCAVAGE SR ESQ**
**639 E Ocean Avenue Suite 207**
**Boynton Beach, FL 33435-5014**

Date(s) debt was incurred _

Last 4 digits of account number  **219**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |

**ALLENDER & ALLENDER**
**719 Garden Street**
**Titusville, FL 32796-3410**

Date(s) debt was incurred _

Last 4 digits of account number  **4466**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,939.91** |
|---|---|---|---|

**ALLEY MAASS ROGERS &**
**P.O. Box 431**
**Palm Beach, FL 33480-0431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1007**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**ALOIA & ROLAND LLP**
**2222 Second Street**
**Fort Myers, FL 33901**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9214**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**ALONSO AND ALONSO PA**
**999 Ponce De Leon Boulevard Suite 1040**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4921**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**ALONZO HOMER HARDESTY III**
**1750 S. Volusia Avenue**
**Suite 7**
**Orange City, FL 32763-7344**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4784**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**ALPERT JOSEY & GRILLI PA**
**P.O. Box 3270**
**Tampa, FL 33601-3270**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8745**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**ALTON A LINN JR**
**1500 E Atlantic Boulevard**
**Pompano Beach, FL 33060-6769**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5518**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**ALTON L PROVOST**
**1400 Dogwood Road**
**Snellville, GA 30278-2205**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6942**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.285**

**Nonpriority creditor's name and mailing address**
**ALTON S BEASLEY**
**101 Southwest 21st Street**
**Okeechobee, FL 34974-6131**

Date(s) debt was incurred _

Last 4 digits of account number **2973**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$268.26**

---

**3.286**

**Nonpriority creditor's name and mailing address**
**ALVAREZ & BARBARA LLP**
**1750 Coral Way**
**2nd Floor**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number **0271**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.287**

**Nonpriority creditor's name and mailing address**
**Alvarez & Diaz-Silveira, L.L.P.**
**355 Alhambra Circle**
**Suite 1450**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **8260**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.288**

**Nonpriority creditor's name and mailing address**
**Alvarez and Santi, P.A.**
**7750 SW 117 Avenue**
**Suite 203**
**Miami, FL 33183**

Date(s) debt was incurred _

Last 4 digits of account number **9124**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.289**

**Nonpriority creditor's name and mailing address**
**ALVAREZ CARBONELL & GOMEZ PL**
**2330 Ponce De Leon Boulevard Suite 201**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **5644**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.290**

**Nonpriority creditor's name and mailing address**
**ALVAREZ PAZ & BARBARA LLP**
**Coconut Grove Bank Building**
**2701 S Bayshore Drive Suite 305**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **2662**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.291**

**Nonpriority creditor's name and mailing address**
**ALVAREZ SAMBOL WINTHROP &**
**390 N. Orange Avenue**
**Suite 600**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **8386**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.292** | **Nonpriority creditor's name and mailing address**
ALVARO CASTILLO
1390 BRICKELL AVE #200
MIAMI, FL 33131-3322

**Date(s) debt was incurred** _

**Last 4 digits of account number  0549**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Member

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address**
ALVIN A LEITMAN
P.O. Box 51367
Jacksonville Beach, FL 32240-1367

**Date(s) debt was incurred** _

**Last 4 digits of account number  3378**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$200.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Member

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address**
ALVIN BLITTNER
2466 Northwest 64th Street
Boca Raton, FL 33496-3621

**Date(s) debt was incurred** _

**Last 4 digits of account number  5435**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Member

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address**
ALVIN CAPP
Nations Bank Tower
One Financial Plaza, Suite 1800
Ft Lauderdale, FL 33394

**Date(s) debt was incurred** _

**Last 4 digits of account number  3543**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$6,195.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Member

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address**
ALVIN GOODMAN
999 Ponce Deleon Boulevard Suite 500
Coral Gables, FL 33134-3746

**Date(s) debt was incurred** _

**Last 4 digits of account number  4750**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Member

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address**
AMADO ALAN ALVAREZ
5040 Northwest 7th Street Suite 490
Miami, FL 33126

**Date(s) debt was incurred** _

**Last 4 digits of account number  4591**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Member

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address**
Amanda S. Bhikhari, PL
d/b/a My Closing Agent
3933 Biscayne Blvd., Suite 1
Miami, FL 33137

**Date(s) debt was incurred** _

**Last 4 digits of account number  8470**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Member

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.299**

**Nonpriority creditor's name and mailing address**
**AMANDA STANLEY**
**2116 Northeast 64th Street**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number **0285**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.300**

**Nonpriority creditor's name and mailing address**
**AMARILIS E ADORNO**
**501 Brickell Key Drive Suite 102**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **7152**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.301**

**Nonpriority creditor's name and mailing address**
**AMBER AND AMBER PA**
**7731 Southwest 62nd Avenue Suite 202**
**South Miami, FL 33143-4908**

Date(s) debt was incurred _

Last 4 digits of account number **7001**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.302**

**Nonpriority creditor's name and mailing address**
**AMBER J VOJAK**
**P.O. Box 1899**
**Bonita Springs, FL 33959-1899**

Date(s) debt was incurred _

Last 4 digits of account number **5195**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.303**

**Nonpriority creditor's name and mailing address**
**AMERICO BORZA**
**P.O. Box 49221**
**Sarasota, FL 34230-6221**

Date(s) debt was incurred _

Last 4 digits of account number **8529**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.304**

**Nonpriority creditor's name and mailing address**
**AMOS BENJAMIN**
**5274 Beechwood Court Northeast**
**Marietta, GA 30068**

Date(s) debt was incurred _

Last 4 digits of account number **388**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$2,679.28**

---

**3.305**

**Nonpriority creditor's name and mailing address**
**AMSTER GOTTFRIED PA**
**701 W Cypress Creek Road 3rd Floor**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number **1100**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor  **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**AMY GOLDIN**
Amy H. Goldin P.A.
10097 Cleary Boulevard Suite 70
Plantation, FL 33324

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5268**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**AMY M SCHARF**
3940 10th Avenue N Suite 3
Lake Worth, FL 33461

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2781**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**AMY MCGROTTY PA**
15 Southeast 9th Avenue
Ft Lauderdale, FL 33301

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **3622**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Amy Ruiz Law, PL**
4812 N Habana Avenue Suite A
Tampa, FL 33614

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7730**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ANA DIAZ CORDERO**
P.O. Box 836705
Miami, FL 33283

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7852**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ANA FREXES VERA**
225 Alcazar Avenue
Coral Gables, FL 33134

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4464**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**ANA L SIGLER**
7345 Southwest 97th Street
Pinecrest, FL 33156

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6155**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**ANA M DAVIDE**
Ana M. Davide P.A.
2929 Southwest 3rd Avenue Suite 420
Miami, FL 33129

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **7573**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**ANA M MATO**
100 Solano Prado
Coarl Gables, FL 33156

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **4281**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**ANA M SANTISTEBAN**
2701 Southwest 3rd Avenue
Miami, FL 33129-2335

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **5154**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

Ana M. Veliz, P.A.
One Alhambra Plaza Ph Floor
Coral Gables, FL 33134

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **9805**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**ANA MARIA ANGULO**
5975 Sunset Drive
Suite 503
South Miami, FL 33143

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **7734**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**ANA MARIA GONZALEZ-GARCIA**
15810 Kingsmoor Way
Miami Lakes, FL 33014

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **6629**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**ANA MARIA POLO**
2121 Ponce Deleon Boulevard Suite 240
Coral Gables, FL 33134

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **4886**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**
_____

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ANA R CRAFT**
Ana R. Craft P.A.
14738 SW 50th Terrace
Miami, FL 33185

Date(s) debt was incurred _

Last 4 digits of account number  **1320**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ANA R GERENA**
11091 Springfield Pl
Cooper City, FL 33026

Date(s) debt was incurred _

Last 4 digits of account number  **5933**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ANABEL ESTEVEZ**
6175 Northwest 153rd Street Suite 229
Miami Lakes, FL 33014

Date(s) debt was incurred _

Last 4 digits of account number  **3931**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ANASTASIA GARCIA**
2100 Ponce De Leon Boulevard Suite 600
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **4711**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Anchor Title & Law, P.A.**
101 Rio Del Mar Road
Suite C
St Augustine, FL 32080

Date(s) debt was incurred _

Last 4 digits of account number  **8735**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |

**ANCHORS FOSTER MCINNIS & KEEFE**
909 Mar Walt Drive Suite 1014
Ft Walton Beach, FL 32547

Date(s) debt was incurred _

Last 4 digits of account number  **5622**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**AnchorsGordon, P.A.**
2113 Lewis Turner Boulevard
Suite 100
Ft Walton Beach, FL 32547

Date(s) debt was incurred _

Last 4 digits of account number  **8847**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|---|

Name

---

**3.327** | Nonpriority creditor's name and mailing address

**ANDERSON & BRODERSEN PA**
**350 Corey Avenue**
**St Pete Beach, FL 33706**

Date(s) debt was incurred _

Last 4 digits of account number **7491**

As of the petition filing date, the claim is: *Check all that apply.*        **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.328** | Nonpriority creditor's name and mailing address

**ANDERSON & ORCUTT PA**
**401 E Jackson Street Suite 2400**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number **4582**

As of the petition filing date, the claim is: *Check all that apply.*        **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.329** | Nonpriority creditor's name and mailing address

**ANDERSON C HILL II**
**429 N Ridgewood Avenue**
**Daytona Beach, FL 32114-3250**

Date(s) debt was incurred _

Last 4 digits of account number **8431**

As of the petition filing date, the claim is: *Check all that apply.*        **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.330** | Nonpriority creditor's name and mailing address

**ANDERSON CASTRO PA**
**2103 Coral Way**
**Suite 800**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number **7913**

As of the petition filing date, the claim is: *Check all that apply.*        **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.331** | Nonpriority creditor's name and mailing address

**ANDERSON E HATFIELD III**
**4114 Northwest 13th Street**
**Gainesville, FL 32609**

Date(s) debt was incurred _

Last 4 digits of account number **7013**

As of the petition filing date, the claim is: *Check all that apply.*        **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.332** | Nonpriority creditor's name and mailing address

**Anderson, Givens & Fredericks, P.A.**
**P.O. Box 12613**
**Tallahassee, FL 32308**

Date(s) debt was incurred _

Last 4 digits of account number **9712**

As of the petition filing date, the claim is: *Check all that apply.*        **$75.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.333** | Nonpriority creditor's name and mailing address

**ANDRE GIBSON CHARTERED**
**115 Northwest 167th Street Suite 201**
**North Miami Beach, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number **3038**

As of the petition filing date, the claim is: *Check all that apply.*        **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ANDRE HALL PA**
**7441 Southwest 14th Street**
**Plantation, FL 33317**

Date(s) debt was incurred  _

Last 4 digits of account number  **8450**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ANDRE J PATRONE**
**12685 New Brittany Boulevard**
**Ft Myers, FL 33907-3625**

Date(s) debt was incurred  _

Last 4 digits of account number  **4099**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**ANDRE R FOURNIER**
**P.O. Box 610277**
**North Miami, FL 33261**

Date(s) debt was incurred  _

Last 4 digits of account number  **348**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ANDREA BLACK**
**703 E Pine Street**
**Orlando, FL 32801-2962**

Date(s) debt was incurred  _

Last 4 digits of account number  **2204**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ANDREA N WRIGHT LLC**
**DBA Wright Firm**
**323 Anastasia Boulevard**
**St Augustine, FL 32080**

Date(s) debt was incurred  _

Last 4 digits of account number  **3961**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ANDRES ALOS**
**Alos & Associates P.A.**
**814 Ponce De Leon Boulevard, Suite 201**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **2630**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**ANDRES AMOEDO III PA**
**P.O. Box 566711**
**Miami, FL 33256-6711**

Date(s) debt was incurred  _

Last 4 digits of account number  **9484**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.341**

**Nonpriority creditor's name and mailing address**

**ANDRES VELEZ PA**
**Wynne Building Corporation**
**8000 S US Highway 1**
**Port St Lucie, FL 34952-2357**

Date(s) debt was incurred _

Last 4 digits of account number  **9411**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.342**

**Nonpriority creditor's name and mailing address**

**ANDREW B BLASI**
**7777 Glades Road Suite 200**
**Boca Raton, FL 33434-4150**

Date(s) debt was incurred _

Last 4 digits of account number  **2104**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.343**

**Nonpriority creditor's name and mailing address**

**ANDREW B JACKSON**
**P.O. Box 2025**
**Sebring, FL 33871-2025**

Date(s) debt was incurred _

Last 4 digits of account number  **4160**

As of the petition filing date, the claim is: *Check all that apply.*                   **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.344**

**Nonpriority creditor's name and mailing address**

**ANDREW BARON**
**1803 E Kaley Avenue**
**Orlando, FL 32806-3112**

Date(s) debt was incurred _

Last 4 digits of account number  **6276**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.345**

**Nonpriority creditor's name and mailing address**

**ANDREW D TARR**
**Andrew D. Tarr P.A.**
**18660 Collins Avenue Suite 106**
**Sunny Isles Beach, FL 33160-2485**

Date(s) debt was incurred _

Last 4 digits of account number  **2078**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.346**

**Nonpriority creditor's name and mailing address**

**ANDREW G KOLONDRA**
**2933 W. Cypress Creek Road**
**Suite 102**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number  **6107**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.347**

**Nonpriority creditor's name and mailing address**

**ANDREW H RAPPEPORT**
**1221 Kane Concourse**
**Bay Harbor Islands, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number  **5579**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**                                        Case number (if known)   **2:23-bk-01538**
_____
Name

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**3.348**   **Nonpriority creditor's name and mailing address**

**ANDREW HELGESEN**
**Suite 201 Prosperity Gardens**
**11380 Prosperity Farms Road**
**Palm Beach Gardens, FL 33410-3477**

Date(s) debt was incurred  _

Last 4 digits of account number  **1031**

As of the petition filing date, the claim is: *Check all that apply.*     **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.349**   **Nonpriority creditor's name and mailing address**

**ANDREW IGNACIO ALEMAN**
**19390 Collins Avenue Apt 307**
**Sunny Isles Beach, FL 33160**

Date(s) debt was incurred  _

Last 4 digits of account number  **5271**

As of the petition filing date, the claim is: *Check all that apply.*     **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.350**   **Nonpriority creditor's name and mailing address**

**ANDREW J BRITTON**
**871 Venetia Bay Boulevard**
**Suite 111**
**Venice, FL 34285**

Date(s) debt was incurred  _

Last 4 digits of account number  **8006**

As of the petition filing date, the claim is: *Check all that apply.*     **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.351**   **Nonpriority creditor's name and mailing address**

**ANDREW J DECKER III PA**
**P.O. Drawer 1288**
**Live Oak, FL 32060**

Date(s) debt was incurred  _

Last 4 digits of account number  **6719**

As of the petition filing date, the claim is: *Check all that apply.*     **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.352**   **Nonpriority creditor's name and mailing address**

**ANDREW J DECKER III PA**
**P.O. Drawer 1288**
**Live Oak, FL 32060**

Date(s) debt was incurred  _

Last 4 digits of account number  **6719**

As of the petition filing date, the claim is: *Check all that apply.*     **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.353**   **Nonpriority creditor's name and mailing address**

**ANDREW J KOHAN**
**5100 W Copans Road Suite 900**
**Margate, FL 33063**

Date(s) debt was incurred  _

Last 4 digits of account number  **216**

As of the petition filing date, the claim is: *Check all that apply.*     **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.354**   **Nonpriority creditor's name and mailing address**

**ANDREW J MARKUS**
**201 S Biscayne Boulevard Suite 2500**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **175**

As of the petition filing date, the claim is: *Check all that apply.*     **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **LTGF Business Trust**

Name

Case number (if known) **2:23-bk-01538**

---

**3.355**

**Nonpriority creditor's name and mailing address**
**ANDREW L REIFF**
P.O. Box 1059
Orlando, FL 32802-1059

Date(s) debt was incurred _

Last 4 digits of account number **0712**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.356**

**Nonpriority creditor's name and mailing address**
**ANDREW L SIPOS JR**
40935 Fletcher Road
Umatilla, FL 32784

Date(s) debt was incurred _

Last 4 digits of account number **6305**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.357**

**Nonpriority creditor's name and mailing address**
**ANDREW M CHANSEN**
125 Crawford Boulevard
Boca Raton, FL 33432-3728

Date(s) debt was incurred _

Last 4 digits of account number **3776**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.358**

**Nonpriority creditor's name and mailing address**
**ANDREW M JACOBSON**
20 N Orange Avenue Suite 707
Orlando, FL 32801

Date(s) debt was incurred _

Last 4 digits of account number **0131**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.359**

**Nonpriority creditor's name and mailing address**
**ANDREW M SCHWARTZ**
101 Plaza Real S Suite 218
Boca Raton, FL 33432

Date(s) debt was incurred _

Last 4 digits of account number **2094**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.360**

**Nonpriority creditor's name and mailing address**
**ANDREW M TOBIN**
P.O. Box 620
Tavernier, FL 33070

Date(s) debt was incurred _

Last 4 digits of account number **6801**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.361**

**Nonpriority creditor's name and mailing address**
**ANDREW MCCLUNG**
P.O. Box 2800
Key Largo, FL 33037

Date(s) debt was incurred _

Last 4 digits of account number **0646**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.362** | **Nonpriority creditor's name and mailing address**

**ANDREW MEYERS**
**14600 S Military Trail**
**Delray Beach, FL 33445**

Date(s) debt was incurred _

Last 4 digits of account number **0287**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address**

**ANDREW N CASSAS**
**1515 N Federal Highway Suite 300**
**Boca Raton, FL 33432-1994**

Date(s) debt was incurred _

Last 4 digits of account number **5230**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address**

**ANDREW P TRAKAS**
**P.O. Box 1151**
**Winter Haven, FL 33882-1151**

Date(s) debt was incurred _

Last 4 digits of account number **4076**

As of the petition filing date, the claim is: *Check all that apply.*    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address**

**ANDREW PONNOCK**
**10100 W Sample Road 3rd Floor**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number **5206**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address**

**ANDREW R REILLY PA**
**P.O. Box 2039**
**Haines City, FL 33845-2039**

Date(s) debt was incurred _

Last 4 digits of account number **4569**

As of the petition filing date, the claim is: *Check all that apply.*    **$275.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.367** | **Nonpriority creditor's name and mailing address**

**ANDREW S FORMAN**
**15310 Amberly Drive Suite 250**
**Tampa, FL 33647-1642**

Date(s) debt was incurred _

Last 4 digits of account number **2645**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address**

**ANDREW S YAGODA**
**2222 Ponce De Leon Boulevard Suite 500**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **2515**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.369** | Nonpriority creditor's name and mailing address

**Andrew S. Lee, P.A.**
**7900 Nova Drive**
**Suite 201**
**Davie, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **7565**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address

**ANDREW STONE**
**1499 N Palmetto Prk Road Suite 412**
**Boca Raton, FL 33486**

Date(s) debt was incurred _

Last 4 digits of account number  **4241**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address

**ANDREW T COUTANT**
**P.O. Box 2710**
**Stuart, FL 34995-2710**

Date(s) debt was incurred _

Last 4 digits of account number  **5102**

As of the petition filing date, the claim is: *Check all that apply.*    **$117.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address

**ANDREW W ROSIN PA**
**1820 Ringling Boulevard**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number  **9375**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** | Nonpriority creditor's name and mailing address

**ANETT LOPEZ PA**
**4620 Professional Loop**
**New Port Richey, FL 34652**

Date(s) debt was incurred _

Last 4 digits of account number  **2975**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.374** | Nonpriority creditor's name and mailing address

**ANGEL AVANS EIHAUSEN PA**
**1528 Broadway**
**Ft Myers, FL 33901**

Date(s) debt was incurred _

Last 4 digits of account number  **3125**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.375** | Nonpriority creditor's name and mailing address

**ANGEL FRANCISCO CONDOM PA**
**2750 NE 185th Street # 200**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number  **7428**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**  
_____  
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ANGEL M GARCIA-OLIVER PA**  
**250 Bird Road Suite 312**  
**Coral Gables, FL 33146**

■ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7418**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ANGELA A ABBOTT**  
**4420 S. Washington Avenue**  
**Titusville, FL 32780**

■ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5608**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ANGELA ABBATIELLO TIRU**  
**2600 N Andrews Avenue**  
**Ft Lauderdale, FL 33311**

■ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5188**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ANGELA E GALLOWAY PA**  
**12864 Biscayne Boulevard Suite 349**  
**Miami, FL 33181**

■ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1887**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ANGELA M ARMSTRONG PA**  
**1018 Nebraska Avenue**  
**Palm Harbor, FL 34683**

■ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9380**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**ANGELO & BANTA PA**  
**515 E Las Olas Boulevard**  
**Suite 850**  
**Ft Lauderdale, FL 33301**

■ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4190**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |

**ANGELO P DEMOS**  
**12601 SW 70th Avenue**  
**Pinecrest, FL 33156**

■ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1015**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**ANGIE ANGELIS PA**
**7855 Northwest 12th Street Suite 111**
**Doral, FL 33126**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5145**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**ANGIONE LAW FIRM LLC**
**3200 Northeast 14th Street Causeway Suit**
**Pompano Beach, FL 33062**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6744**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**ANGUS G ANDREWS**
**694 Baldwin Avenue**
**Defuniak Springs, FL 32433-0112**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **333**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**ANIBAL J DUARTE-VIERA PA**
**DBA Title America, A Law Firm**
**95 Merrick Way, 3rd Floor**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Anita L. Barber, P.A.**
**P.O. Box 1718**
**Winter Park, FL 32790**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8194**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Anitra Lanczi, P.A.**
**333 N New River Drive E Suite 2000**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8380**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**ANN G PASCHALL**
**US Labor Dept/Solicitor's Office**
**61 Forsyth Street Southwest Suite 7t10**
**Atlanta, GA 30303-8816**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6541**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.390** | **Nonpriority creditor's name and mailing address**

**ANN L SMITH PA**
**1500 Gateway Boulevard Suite 220**
**Boynton Beach, FL 33426**

Date(s) debt was incurred _

Last 4 digits of account number **6157**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address**

**ANN L VANO**
**C/O Joseph C Kempe**
**1070 E Indiantown Road Suite 400**
**Jupiter, FL 33477**

Date(s) debt was incurred _

Last 4 digits of account number **7555**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address**

**ANN MARIE G REZZONICO PA**
**1901 S. Congress Avenue**
**Suite 240**
**Boynton Beach, FL 33426**

Date(s) debt was incurred _

Last 4 digits of account number **4814**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | **Nonpriority creditor's name and mailing address**

**ANN MARIE REZZONICO**
**1903 S Congress Avenue Suite 180**
**Boynton Beach, FL 33426-6553**

Date(s) debt was incurred _

Last 4 digits of account number **1693**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$60.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address**

**ANN N RADABAUGH**
**1805 Commanche Trail**
**Lakeland, FL 33803-2124**

Date(s) debt was incurred _

Last 4 digits of account number **7268**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address**

**ANN POE ANGEL**
**1617 Hendry Street Suite 405**
**Ft Myers, FL 33901**

Date(s) debt was incurred _

Last 4 digits of account number **4640**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396** | **Nonpriority creditor's name and mailing address**

**ANN SHAW PA**
**522 Alternate 19 Suite 2**
**Palm Harbor, FL 34683**

Date(s) debt was incurred _

Last 4 digits of account number **9450**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.397** | Nonpriority creditor's name and mailing address

**ANNA M MCRAE**
**6274 Linton Boulevard Suite 100**
**Delray Beach, FL 33484**

Date(s) debt was incurred _

Last 4 digits of account number  **1414**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.398** | Nonpriority creditor's name and mailing address

**ANNA MAE WALSH BURKE**
**2409 Northeast 37th Street**
**Ft Lauderdale, FL 33339-1635**

Date(s) debt was incurred _

Last 4 digits of account number  **3938**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.399** | Nonpriority creditor's name and mailing address

**ANNE KETOVER WATKINS PA**
**P.O. Box 8184**
**Port St Lucie, FL 34985-8184**

Date(s) debt was incurred _

Last 4 digits of account number  **5245**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.400** | Nonpriority creditor's name and mailing address

**ANNE S CAMNER**
**550 Biltmore Way Suite 700**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **5954**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.401** | Nonpriority creditor's name and mailing address

**ANNI W COLLETTE**
**1128 S Main Street**
**Findlay, OH 45840-2268**

Date(s) debt was incurred _

Last 4 digits of account number  **6864**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.402** | Nonpriority creditor's name and mailing address

**ANNIE JEAN ADKINS**
**3524 Ensign Circle**
**Delray Beach, FL 33483-8024**

Date(s) debt was incurred _

Last 4 digits of account number  **9292**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.403** | Nonpriority creditor's name and mailing address

**ANSBACHER & SCHNEIDER PA**
**P.O. Box 551260**
**Jacksonville, FL 32255-1260**

Date(s) debt was incurred _

Last 4 digits of account number  **4532**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **LTGF Business Trust**                                           Case number (*if known*)   **2:23-bk-01538**
_____                          _____
          Name

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Anthony & Partners, L.L.C.**
**100 South Ashley Drive**
**Suite 1600**
**Tampa, FL 33602**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **8535**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**ANTHONY A BALASSO**
**8321 W Sahara Avenue Apt 1033**
**Las Vegas, NV 89117-1876**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **3882**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ANTHONY A YEZBICK**
**Anthony A. Yezbick P.C.**
**390 Park Street Suite 200**
**Birmingham, MI 48009**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **5967**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |

**ANTHONY A. ACCORSI**
**329 S. Commerce Avenue**
**Sebring, FL 33870-3607**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **5191**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ANTHONY C EKONOMIDES**
**Office of Public Defender**
**700 E Twiggs Street**
**Tampa, FL 33602-4019**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **5382**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ANTHONY C SOVIERO**
**824 W Indiantown Road Suite 101**
**Jupiter, FL 33458**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **5737**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |

**Anthony Casareale, P.A.**
**1000 Brickell Avenue Suite 920**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **9574**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**                                          Case number (*if known*)   **2:23-bk-01538**
_____
Name

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ANTHONY DIEGUEZ**
7950 NW 155th Street
Suite 207
Miami Lakes, FL 33016

Date(s) debt was incurred _

Last 4 digits of account number  **0051**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.412 | Nonpriority creditor's name and mailing address |

**ANTHONY E PUCILLO**
12795 Wilderness Drive
Palm Beach Gardens, FL 33418

Date(s) debt was incurred _

Last 4 digits of account number  **2631**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.413 | Nonpriority creditor's name and mailing address |

**ANTHONY G WOODWARD**
20727 Sterlington Drive
Land O Lakes, FL 34638

Date(s) debt was incurred _

Last 4 digits of account number  **1016**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.414 | Nonpriority creditor's name and mailing address |

**ANTHONY J BEISLER III**
Anthony J. Beisler III P.A.
1001 NE 26th Street
Ft Lauderdale, FL 33305-1243

Date(s) debt was incurred _

Last 4 digits of account number  **5749**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

| 3.415 | Nonpriority creditor's name and mailing address |

**ANTHONY J CADIZ**
843 Northeast 78th Street
Boca Raton, FL 33487-1740

Date(s) debt was incurred _

Last 4 digits of account number  **7692**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.416 | Nonpriority creditor's name and mailing address |

**ANTHONY J CATALANO**
4001 Tamiami Trail N Suite 250
Naples, FL 34103-3555

Date(s) debt was incurred _

Last 4 digits of account number  **6131**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$6,001.90

---

| 3.417 | Nonpriority creditor's name and mailing address |

**ANTHONY J COMPARETTO**
5340 Central Avenue
St Petersburg, FL 33707

Date(s) debt was incurred _

Last 4 digits of account number  **1797**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor     **LTGF Business Trust**
_____     Case number (if known)   **2:23-bk-01538**
Name

| | | |
|---|---|---|
| 3.418 | **Nonpriority creditor's name and mailing address** | **$100.00** |

**ANTHONY J DIAMOND**
P.O. Drawer 2590
Ft. Myers, FL 33902-2590

Date(s) debt was incurred _

Last 4 digits of account number  **4746**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.419 | **Nonpriority creditor's name and mailing address** | **$100.00** |

**ANTHONY J GARGANO PA**
8695 College Parkway
Suite 201
Fort Myers, FL 33919

Date(s) debt was incurred _

Last 4 digits of account number  **8145**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.420 | **Nonpriority creditor's name and mailing address** | **$25.00** |

**ANTHONY J MORENO**
301 Beckett Court
Winter Park, FL 32792

Date(s) debt was incurred _

Last 4 digits of account number  **5598**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.421 | **Nonpriority creditor's name and mailing address** | **$25.00** |

**ANTHONY J PETRILLO PA**
One Biscayne Tower Suite 3100
2 S Biscayne Boulevard
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number  **7872**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.422 | **Nonpriority creditor's name and mailing address** | **$25.00** |

**ANTHONY J RUSSO JR**
2843 Executive Park Drive
Weston, FL 33331-3603

Date(s) debt was incurred _

Last 4 digits of account number  **7718**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.423 | **Nonpriority creditor's name and mailing address** | **$100.00** |

**ANTHONY J TITONE**
7471 W Oakland Park Boulevard Suite 110
Lauderhill, FL 33319

Date(s) debt was incurred _

Last 4 digits of account number  **4224**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.424 | **Nonpriority creditor's name and mailing address** | **$25.00** |

**Anthony J. Messina, P.A.**
212 S Magnolia Avenue
Tampa, FL 33606

Date(s) debt was incurred _

Last 4 digits of account number  **9727**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.425** | Nonpriority creditor's name and mailing address

**ANTHONY J. ORTNER**
**111 S Maitland Avenue Suite 100**
**Maitland, FL 32751-5628**

Date(s) debt was incurred _

Last 4 digits of account number **329**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.426** | Nonpriority creditor's name and mailing address

**ANTHONY J. SALZMAN**
**P.O. Drawer 2759**
**Gainesville, FL 32602-2759**

Date(s) debt was incurred _

Last 4 digits of account number **7479**

As of the petition filing date, the claim is: *Check all that apply.*                    **$75.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address

**ANTHONY L TRULLENQUE**
**P.O. Box 41-5033**
**Miami Beach, FL 33141**

Date(s) debt was incurred _

Last 4 digits of account number **8147**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address

**ANTHONY M NARDOTTI**
**3419 W. Woolbright Road**
**Boynton Beach, FL 33436**

Date(s) debt was incurred _

Last 4 digits of account number **9317**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address

**ANTHONY MEEHAN GENOVA**
**51 Clifford**
**East Norwich, NY 11732**

Date(s) debt was incurred _

Last 4 digits of account number **3832**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.430** | Nonpriority creditor's name and mailing address

**ANTHONY ORTEGO PA**
**704 Southwest 17th Avenue**
**Miami, FL 33135-5248**

Date(s) debt was incurred _

Last 4 digits of account number **8675**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.431** | Nonpriority creditor's name and mailing address

**Anthony Pinizzotto, P.A.**
**415 Dunlawton Avenue**
**Suite 106**
**Port Orange, FL 32127**

Date(s) debt was incurred _

Last 4 digits of account number **7448**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.432** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**ANTHONY S ADELSON**
**DBA Adelson Law Firm**
**501 Golden Isles Drive**
**Hallandale Beach, FL 33009**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **0634**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.433** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ANTHONY SUAREZ**
**517 W Colonial Drive**
**Orlando, FL 32804**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **7904**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.434** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**ANTHONY T PIERNICK**
**P.O. Box 840**
**Clearwater, FL 33757-0840**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **593**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.435** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ANTHONY VILLAAMIL**
**1611 Southwest 32nd Avenue**
**Miami, FL 33145-1829**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **8447**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.436** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**ANTHONY W ALFIERI**
**1936 Jeffords**
**Clearwater, FL 34624-4732**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **7081**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.437** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,432.21**

**ANTHONY W DUVA PA**
**P.O. Box 212412**
**Augusta, GA 30917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **7378**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ANTHONY W SURBER**
**5326 Van Dyke Road**
**Lutz, FL 33558**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **1990**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**                    Case number (*if known*)  **2:23-bk-01538**
_____
Name

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**ANTON J PECORA**
**3428 Zillah Street**
**Tallahassee, FL 32311-7358**

Date(s) debt was incurred _

Last 4 digits of account number  **7342**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ANTONIO E MARIN**
**1699 Southwest 27th Avenue Suite 301**
**Miami, FL 33145-2046**

Date(s) debt was incurred _

Last 4 digits of account number  **0758**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ANTONIO G HERNANDEZ PA**
**4 SE 1st Street**
**2nd Floor**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **8488**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**ANTONIO G JIMENEZ PA**
**P.O. Box 961482**
**Miami, FL 33296**

Date(s) debt was incurred _

Last 4 digits of account number  **6618**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ANTONIO GONZALEZ**
**16234 Northwest 14th Street**
**Hollywood, FL 33028-1213**

Date(s) debt was incurred _

Last 4 digits of account number  **6902**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Antonio J. Soto IV, P.A.**
**355 Alhambra Circle**
**Suite 1205**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **0823**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ANTONIO M AGUILERA**
**Grove Forest Plaza**
**2937 Southwest 27th Avenue Suite 306**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number  **1890**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.446** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ANTONIO R PEREZ**
**417 W Sugarland Highway**
**Clewiston, FL 33440**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4109**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.447** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ANTONIO T CAROZZA**
**10730 Ember Street**
**Boca Raton, FL 33428**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7586**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.448** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Apfelbaum Law**
**451 SW Bethany Drive**
**Suite 202**
**Port St Lucie, FL 34986**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9578**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.449** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Apollo Law Group, LLC**
**905 Brickell Bay Drive**
**Suite 228**
**Miami, FL 33131-2923**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0900**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.450** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**ARAN CORREA GUARCH & SHAPIRO**
**2100 Salzedo Street**
**Suite 303**
**Coral Gables, FL 33134**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4560**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.451** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**ARAZOZA & FERNANDEZ-FRAGA PA**
**2100 Salzedo Street**
**Suite 300**
**Coral Gables, FL 33134**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8752**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.452** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ARCHIE O LOWRY JR**
**308 E 5th Avenue**
**Mt Dora, FL 32757**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2624**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |

**ARD SHIRLEY & RUDOLPH PA**
P.O. Box 1874
Tallahassee, FL 32302-1874

Date(s) debt was incurred _

Last 4 digits of account number **7570**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ARDEN DOSS JR**
3731 Northeast Pineapple Avenue
Jensen Beach, FL 34957-7275

Date(s) debt was incurred _

Last 4 digits of account number **2982**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**ARDEN M MERCKLE**
P.O. Box Zz
Plant City, FL 33564-9046

Date(s) debt was incurred _

Last 4 digits of account number **2746**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Arias Bosinger, P.L.L.C.**
1900 Hickory Street
Suite B
Melbourne, FL 32901

Date(s) debt was incurred _

Last 4 digits of account number **0101**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**ARLENE BRUMMER**
4990 S.W. 86th Street
South Miami, FL 33143-8523

Date(s) debt was incurred _

Last 4 digits of account number **7802**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ARLENE C RICHMAN**
1720 Harrison Street Suite 8 D
Hollywood, FL 33020

Date(s) debt was incurred _

Last 4 digits of account number **7285**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**ARLENE RAIJMAN**
Arlene Raijman P.A.
1111 Kane Concourse Suite 607
Bay Harbor Islands, FL 33154

Date(s) debt was incurred _

Last 4 digits of account number **6051**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.460**

**Nonpriority creditor's name and mailing address**

**ARMANDO A PARDILLO**
**2150 Coral Way Suite 7a**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number  **6091**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.461**

**Nonpriority creditor's name and mailing address**

**ARMANDO A PEREZ**
**701 Southwest 27 Avenue Suite 1205**
**Miami, FL 33135**

Date(s) debt was incurred _

Last 4 digits of account number  **7695**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.462**

**Nonpriority creditor's name and mailing address**

**ARMANDO J BUCELO JR**
**1401 Ponce De Leon Boulevard Ph-1**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **5572**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.463**

**Nonpriority creditor's name and mailing address**

**ARMANDO MARAIO**
**608 Venice Place**
**Sanford, FL 32771**

Date(s) debt was incurred _

Last 4 digits of account number  **1533**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,496.92**

---

**3.464**

**Nonpriority creditor's name and mailing address**

**ARMANDO MONTALVO**
**66 W Flagler Street 9th Floor**
**Miami, FL 33130-1807**

Date(s) debt was incurred _

Last 4 digits of account number  **8587**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$21.50**

---

**3.465**

**Nonpriority creditor's name and mailing address**

**ARMANDO OLIVEROS JR PA**
**8234 Southwest 60th Court**
**South Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number  **7738**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.466**

**Nonpriority creditor's name and mailing address**

**ARMANDO PAYAS**
**1018 E. Robinson Street**
**Orlando, FL 32801-2024**

Date(s) debt was incurred _

Last 4 digits of account number  **7447**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.467** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ARNALDO VELEZ PA**
**35 Almeria Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred _
Last 4 digits of account number  **4886**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.468** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**ARNOLD A BROWN**
**2500 First Union Financial Center**
**200 S Biscayne Boulevard**
**Miami, FL 33131-2336**

Date(s) debt was incurred _
Last 4 digits of account number  **6822**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.469** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ARNOLD D SHEVIN**
**2 Datran Center Suite 1528**
**9130 S Dadeland Boulevard**
**Miami, FL 33156**

Date(s) debt was incurred _
Last 4 digits of account number  **0432**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.470** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,466.17**

**ARNOLD D. BARR**
**9100 South Dadeland Blvd.**
**Suite 1170**
**Miami, FL 33156-7814**

Date(s) debt was incurred _
Last 4 digits of account number  **4175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.471** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**ARNOLD GREVIOR**
**100 S.E. 6th Street**
**Ft Lauderdale, FL 33301-3415**

Date(s) debt was incurred _
Last 4 digits of account number  **3254**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.472** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,067.95**

**ARNOLD HECKER**
**300 S Pine Island Road**
**Plantation, FL 33324-2673**

Date(s) debt was incurred _
Last 4 digits of account number  **3970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.473** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**

**ARNOLD J SLATER**
**5411 N University Drive Suite 201**
**Coral Springs, FL 33067**

Date(s) debt was incurred _
Last 4 digits of account number  **5386**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.474** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

ARNOLD L LIEBERMAN
1760 Southwest 68th Avenue
Plantation, FL 33317

Date(s) debt was incurred _

Last 4 digits of account number **8224**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.475** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

ARNOLD L PERLSTEIN
441 Montclaire Drive
Weston, FL 33326-3599

Date(s) debt was incurred _

Last 4 digits of account number **0390**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.476** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$475.00**

ARNOLD MATHENY & EAGAN PA
605 E. Robinson Street
Suite 730
Orlando, FL 32801

Date(s) debt was incurred _

Last 4 digits of account number **2**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.477** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

ARNOLD ROCKFORD
6625 Miami Lakes Drive E Suite 319
Miami Lakes, FL 33014

Date(s) debt was incurred _

Last 4 digits of account number **0721**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**

ARNOLD YABLIN PA
Presidential Circle Suite 265 S
4000 Hollywood Boulevard
Hollywood, FL 33021

Date(s) debt was incurred _

Last 4 digits of account number **7883**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.479** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,050.79**

ARNSTEIN & LEHR LLP
Attn: Dana Walkup
515 N. Flagler Drive, Suite 1400
West Palm Beach, FL 33401-4321

Date(s) debt was incurred _

Last 4 digits of account number **7367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.480** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

Arreaza Law Firm, L.L.C.
320 W Oakland Park Boulevard
Wilton Manors, FL 33311

Date(s) debt was incurred _

Last 4 digits of account number **5786**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.481**

**Nonpriority creditor's name and mailing address**
**Arsali, L.L.C.**
**119 North Swinton Avenue**
**Delray Beach, FL 33444**

Date(s) debt was incurred _

Last 4 digits of account number **9357**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.482**

**Nonpriority creditor's name and mailing address**
**ARTHUR B D'ALMEIDA**
**105 E Palmetto Park Road**
**Boca Raton, FL 33432-4818**

Date(s) debt was incurred _

Last 4 digits of account number **3635**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483**

**Nonpriority creditor's name and mailing address**
**ARTHUR B PARKHURST**
**P.O. Box 030337**
**Ft Lauderdale, FL 33303**

Date(s) debt was incurred _

Last 4 digits of account number **3724**

As of the petition filing date, the claim is: *Check all that apply.*    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484**

**Nonpriority creditor's name and mailing address**
**ARTHUR BARON**
**640 N Hillside Avenue**
**Orlando, FL 32803-4821**

Date(s) debt was incurred _

Last 4 digits of account number **5721**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.485**

**Nonpriority creditor's name and mailing address**
**ARTHUR C KOSKI**
**101 N Federal Highway Suite 701**
**Boca Raton, FL 33432-3924**

Date(s) debt was incurred _

Last 4 digits of account number **4279**

As of the petition filing date, the claim is: *Check all that apply.*    **$112.50**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.486**

**Nonpriority creditor's name and mailing address**
**ARTHUR E N WESTCOTT**
**2975 Southwest Brighton Way**
**Palm City, FL 34990-6089**

Date(s) debt was incurred _

Last 4 digits of account number **1299**

As of the petition filing date, the claim is: *Check all that apply.*    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.487**

**Nonpriority creditor's name and mailing address**
**ARTHUR G HALLER**
**3607 Northwest 52nd Avenue**
**Gainesville, FL 32605**

Date(s) debt was incurred _

Last 4 digits of account number **7520**

As of the petition filing date, the claim is: *Check all that apply.*    **$56.54**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|--------|-------------------------|--------------------------|-------------------|
|        | Name |  |  |

---

**3.488** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

ARTHUR G LEONHARDT JR
4712 Old Winter Garden Road
Orlando, FL 32811-1740

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Member

Last 4 digits of account number  0275

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.489** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

ARTHUR H HESS
398 Battle Creek Road
Horse Shoe, NC 28742

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Member

Last 4 digits of account number  2860

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.490** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

ARTHUR H LESTER
88 Eglin Parkway Northeast
Ft Walton Beach, FL 32548-4957

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Member

Last 4 digits of account number  4158

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.491** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

ARTHUR J GREEN
P.O. Box 193
Peacham, VT 05862-0193

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Member

Last 4 digits of account number  6562

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.492** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

ARTHUR L BERGER
605 Suwannee Street Ms-58
Tallahassee, FL 32399-0458

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Member

Last 4 digits of account number  6916

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.493** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

ARTHUR LEE WILLNER
6816 Danah Court
Ft Myers, FL 33908-2003

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Member

Last 4 digits of account number  1323

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.494** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

ARTHUR N SHEPPARD
21228 Harbor Way Suite 252
Aventura, FL 33180-3015

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Member

Last 4 digits of account number  8510

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.495** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**ARTHUR P VILLWOCK**
**517 Muirfield Drive**
**Atlantis, FL 33462-1207**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4624**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.496** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00**

**ARTHUR R ROSENBERG PA**
**6499 N. Powerline Road**
**Suite 304**
**Ft Lauderdale, FL 33309**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8335**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.497** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ARTHUR S KELLY**
**274 Sandy Run**
**Melbourne, FL 32940-7837**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2759**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.498** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**ARTHUR S WEITZNER**
**P.O. Box 18028**
**Sarasota, FL 34276**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6119**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.499** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**ARTHUR W GUNDLING**
**8211 W Broward Boulevard Suite 440**
**Plantation, FL 33324**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5927**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.500** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ARTHUR W LAMBERTUS**
**2929 E Commercial Boulevard Suite 604**
**Ft Lauderdale, FL 33308-4222**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4824**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.501** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ARTHUR W TRUFELLI**
**5253 Center Street**
**Jupiter, FL 33458-4052**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4880**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number *(if known)* **2:23-bk-01538**

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ARTURO DOPAZO III**
87 E 49th Street
Hialeah, FL 33013

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5495**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**ARTURO FERNANDEZ DE CASTRO**
12220 Southwest 2 Street
Miami, FL 33184

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7610**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ARTURO R ALFONSO**
7821 Coral Way
Suite 125
Miami, FL 33155

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7871**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ARTURO V HERNANDEZ PA**
2937 Southwest 27th Avenue Suite 101
Miami, FL 33133

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8509**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ARTURO YERO PA**
782 NW 42nd Avenue
Suite 350
Miami, FL 33126

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2170**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ARVIN LEE STEINBERG**
4280 Galt Ocean Drive Suite 8e
Ft Lauderdale, FL 33308

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7196**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**ARVIN PELTZ**
9400 S Dadeland Boulevard Suite 600
Miami, FL 33156

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6843**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **LTGF Business Trust**        Case number (*if known*)    **2:23-bk-01538**
Name

---

**3.509** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ARY CHOUEKE**
**200 S Biscayne Boulevard Suite 2500**
**Miami, FL 33131-5340**

Date(s) debt was incurred  _

Last 4 digits of account number  **2339**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.510** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,753.46**

**ASBELL & HO PA**
**365 5th Avenue Suite 202**
**Naples, FL 34102**

Date(s) debt was incurred  _

Last 4 digits of account number  **4858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.511** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**ASBURY & ASSOCIATES LLC**
**248 Congress Avenue**
**Boynton Beach, FL 33426**

Date(s) debt was incurred  _

Last 4 digits of account number  **8215**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.512** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**ASHLEY R POLLOW**
**6405 Oleander Avenue**
**Fort Pierce, FL 34982-7635**

Date(s) debt was incurred  _

Last 4 digits of account number  **7649**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00**

**ASMA & ASMA PA**
**884 S. Dillard Street**
**Winter Garden, FL 34787**

Date(s) debt was incurred  _

Last 4 digits of account number  **7898**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Assouline & Berlowe, P.A.**
**100 SE 2nd Street**
**Suite 3105**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **8022**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Assurance Legal, L.L.C.**
**6750 N. Andrews Avenue**
**Suite 200**
**Fort Lauderdale, FL 33309-2173**

Date(s) debt was incurred  _

Last 4 digits of account number  **0540**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Assured Title Solutions, L.L.C.**
**51 S. Main Street**
**Suite 319**
**Clearwater, FL 33765**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4718**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Aston Wilson, P.A.**
**2655 Le Jeune Road**
**Suite 700**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9966**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**ASTRID DE PARRY PA**
**107 E Church Street**
**Deland, FL 32724**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5714**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**ASTRID M BISMARCK**
**201 Alhambra Circle Suite 500**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1406**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**ASTRID M VELLON**
**1500 S Semoran Boulevard**
**Orlando, FL 32807**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5750**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,095.58** |
|---|---|---|---|

**ATKINSON DINER STONE**
**One Financial Plaza**
**100 Southeast 3rd Avenue Suite 1400**
**Ft Lauderdale, FL 33394-4517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3619**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Atlantic Coast Title & Escrow LLC**
**1525-B The Greens Way**
**Suite 100**
**Jacksonville Beach, FL 32250**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0630**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Atlas Law, PLLC**
**1701 N. 20th Street**
**Suite B**
**Tampa, FL 33605**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1005**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Attorney's Commercial Title and Legal Se**
**1012 Airport Road**
**Unit 1**
**Destin, FL 32541**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0642**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |

**ATTORNEYS TITLE CENTER**
**9050 Pines Boulevard Suite 300**
**Pembroke Pines, FL 33024**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8981**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ATTRIDGE COHEN & LUCAS**
**7136 Little Road**
**New Port Richey, FL 34654**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8384**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**AUBREY G RUDD ESQUIRE**
**6330 Manor Lane Suite 202**
**South Miami, FL 33143**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3310**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**AUGHTON LAW FIRM PA**
**5660 Strand Court**
**Naples, FL 34110-3343**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2715**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**AUGUSTINE & NAIL PL**
**235 S Maitland Avenue Suite 204**
**Maitland, FL 32751**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6352**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|

Name

---

**3.530**

**Nonpriority creditor's name and mailing address**

**AURA OLIVAS PA**
**Suite 470**
**4000 Ponce De Leon Boulevard**
**Coral Gables, FL 33146**

Date(s) debt was incurred  _

Last 4 digits of account number  **0352**

**As of the petition filing date, the claim is:** *Check all that apply.*          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.531**

**Nonpriority creditor's name and mailing address**

**AURELIO DURANA**
**P.O. Box 143984**
**Coral Gables, FL 33114**

Date(s) debt was incurred  _

Last 4 digits of account number  **4199**

**As of the petition filing date, the claim is:** *Check all that apply.*          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.532**

**Nonpriority creditor's name and mailing address**

**AUSLEY & MCMULLEN**
**P.O. Box 391**
**Tallahassee, FL 32302-0391**

Date(s) debt was incurred  _

Last 4 digits of account number  **318**

**As of the petition filing date, the claim is:** *Check all that apply.*          **$22,517.46**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.533**

**Nonpriority creditor's name and mailing address**

**AUSTIN O BONIDY**
**4900 Southwest 64th Avenue**
**Davie, FL 33329**

Date(s) debt was incurred  _

Last 4 digits of account number  **4591**

**As of the petition filing date, the claim is:** *Check all that apply.*          **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.534**

**Nonpriority creditor's name and mailing address**

**AVELINO J GONZALEZ PA**
**6780 Coral Way**
**Miami, FL 33155**

Date(s) debt was incurred  _

Last 4 digits of account number  **9373**

**As of the petition filing date, the claim is:** *Check all that apply.*          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.535**

**Nonpriority creditor's name and mailing address**

**AVERITT & CO PA**
**3010 S Third Street Suite B**
**Jacksonville, FL 32250**

Date(s) debt was incurred  _

Last 4 digits of account number  **6461**

**As of the petition filing date, the claim is:** *Check all that apply.*          **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.536**

**Nonpriority creditor's name and mailing address**

**AVERY B GOODMAN**
**25400 US 19 N Suite 176**
**Clearwater, FL 34623**

Date(s) debt was incurred  _

Last 4 digits of account number  **8246**

**As of the petition filing date, the claim is:** *Check all that apply.*          **$2.61**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.537** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.90**

**AVERY WHIGHAM & WINESETT PA**
P.O. Drawer 610
Ft Myers, FL 33902-0610

Date(s) debt was incurred _

Last 4 digits of account number  **2626**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.538** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**AVILA & GARCIA**
1001 S Bayshore Drive Suite 1502
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number  **0149**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.539** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**AVILA RODRIGUEZ HERNANDEZ MENA**
2525 Ponce De Leon Boulevard
Suite 1225
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **4803**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.540** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**AVIS & AVIS PA**
Colonial Bank Building
125 Worth Avenue Suite 203
Palm Beach, FL 33480

Date(s) debt was incurred _

Last 4 digits of account number  **0143**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.541** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$301.86**

**AVIVA D. NEUMAN**
551 Fifth Avenue
Squadron, Ellenoff, Et Al
New York, NY 10176-0049

Date(s) debt was incurred _

Last 4 digits of account number  **5640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**AVONELLE R MACKERELL**
Avonelle R. Mackerell P.A.
P.O. Box 717
Dunnellon, FL 34430-0717

Date(s) debt was incurred _

Last 4 digits of account number  **4562**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.543** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**AVRON C RIFKIN ATTORNEY PA**
100 Southeast Pelican Drive
Stuart, FL 34996-1217

Date(s) debt was incurred _

Last 4 digits of account number  **1550**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**AWERBACH & COHN PA**
**28100 US Highway 19 N**
**Suite 104**
**Clearwater, FL 33761**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **8544**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**AXEL HEYDASCH**
**New World Twer 30th Floor**
**100 N Biscayne Boulevard**
**Miami, FL 33132**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **6958**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Ayala Law, P.A.**
**1390 Brickell Avenue**
**Suite 335**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **9477**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Aybar Landrau & Nizio, P.L.**
**25 SE 2nd Avenue**
**Suite 220**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **8599**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,187.90** |
|---|---|---|---|

**AYRES CLUSTER CURRY MCCALL**
**21 Northeast First Avenue**
**Ocala, FL 34470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **407**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**AZRIA LAW FIRM PA**
**7900 Harbor Island Drive Suite 1209**
**North Bay Village, FL 33141-2395**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **9957**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**B DALE THOMPSON**
**3920 Northwest 29th Lane**
**Gainesville, FL 32606-6671**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **7142**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.551** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**B EDWIN JOHNSON**
**1433 S Fort Harrison Avenue Suite C**
**Clearwater, FL 34616**

Date(s) debt was incurred _

Last 4 digits of account number  **4754**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.552** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**B F GODFREY PA**
**2601 Technology Drive**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number  **6164**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.553** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**B JEANE CRIPPEN**
**P.O. Drawer 024626**
**West Palm Beach, FL 33402-4626**

Date(s) debt was incurred _

Last 4 digits of account number  **8482**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.554** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**B LESLIE SCHARFMAN**
**166 Hialeah Drive**
**Hialeah, FL 33010**

Date(s) debt was incurred _

Last 4 digits of account number  **3835**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.555** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**B RANDALL GRIFFITHS**
**305 S Boundary Avenue**
**Deland, FL 32720-5159**

Date(s) debt was incurred _

Last 4 digits of account number  **6873**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.556** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**B RICHARD YOUNG**
**309-B S Palafox Pl**
**Pensacola, FL 32501**

Date(s) debt was incurred _

Last 4 digits of account number  **9192**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.557** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**B ROBERTSON COHEN**
**P.O. Box 4560**
**Estes Park, CO 80517**

Date(s) debt was incurred _

Last 4 digits of account number  **6220**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.558** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**BACCA STEPHENSON LAW GROUP PA**
6406 Congress Street
New Port Richey, FL 34653

Date(s) debt was incurred _

Last 4 digits of account number  **4225**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.559** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**Bach, Jacobs & Byrne, P.A.**
240 S. Pineapple Avenue
Suite 700
Sarasota, FL 34236

Date(s) debt was incurred _

Last 4 digits of account number  **0365**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.560** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,083.22**

**BACON BACON & GODDARD PA**
2959 1st Avenue N
St Petersburg, FL 33713

Date(s) debt was incurred _

Last 4 digits of account number  **3172**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.561** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00**

**BAILEY & JONES PA**
3250 Mary Street Suite 301
Miami, FL 33133

Date(s) debt was incurred _

Last 4 digits of account number  **3991**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.562** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.00**

**BAILEY AND BAILEY**
2335 E Atlantic Boulevard Suite 300
Pompano Beach, FL 33062

Date(s) debt was incurred _

Last 4 digits of account number  **2758**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.563** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**BAILEY AND VAZQUEZ BAILEY PA**
2114 N Flamingo Road Suite 181
Pembroke Pines, FL 33028-3501

Date(s) debt was incurred _

Last 4 digits of account number  **5895**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.564** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**BAJANDAS & FITZGERALD LLP**
283 Catalonia Avenue
Suite 200
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **5128**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|
| | **BAKALAR & EICHNER PA** | ☑ Contingent | |
| | **Westside Corporate Center** | ☐ Unliquidated | |
| | **150 S Pine Island Road Suite 540** | ☐ Disputed | |
| | **Plantation, FL 33324** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| | Last 4 digits of account number  **6354** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|
| | **BAKALAR & TOPOUZIS PA** | ☑ Contingent | |
| | **2901 Stirling Road Suite 208** | ☐ Unliquidated | |
| | **Ft Lauderdale, FL 33312** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| | Last 4 digits of account number  **5713** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$375.00** |
|---|---|---|---|
| | **BAKER & DUKE** | ☑ Contingent | |
| | **P.O. Box 66** | ☐ Unliquidated | |
| | **Pensacola, FL 32591-0066** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| | Last 4 digits of account number  **7322** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,451.65** |
|---|---|---|---|
| | **BAKER & HOSTETLER LLP** | ☐ Contingent | |
| | **P.O. Box 112** | ☐ Unliquidated | |
| | **Orlando, FL 32802** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| | Last 4 digits of account number  **3839** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|
| | **BAKER & MCKENZIE LLP** | ☑ Contingent | |
| | **1111 Brickell Avenue 17th Floor** | ☐ Unliquidated | |
| | **Miami, FL 33131** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| | Last 4 digits of account number  **6047** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|
| | **BAKER & RECK CHARTERED** | ☑ Contingent | |
| | **2500 E Hallandale Beach Boulevard Suite** | ☐ Unliquidated | |
| | **Hallandale, FL 33009** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| | Last 4 digits of account number  **0431** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,642.79** |
|---|---|---|---|
| | **BALDWIN & MORRISON PA** | ☐ Contingent | |
| | **1431 Orange Camp Road** | ☐ Unliquidated | |
| | **Suite 110** | ☐ Disputed | |
| | **Deland, FL 32724** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| | Last 4 digits of account number  **7304** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

Debtor **LTGF Business Trust**
_____
Name

Case number *(if known)* **2:23-bk-01538**

| | | |
|---|---|---|
| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$50.00**

| 3.572 | **BALDY MARTINEZ PA** |
|---|---|

**BALDY MARTINEZ PA**
**1999 SW 27th Avenue**
**2nd Floor**
**Miami, FL 33145**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **6656**

Is the claim subject to offset? ■ No ☐ Yes

---

3.573 | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

**BALES & BALES PA**
**4000 Ponce De Leon Boulevard**
**Suite 470**
**Coral Gables, FL 33146**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **6044**

Is the claim subject to offset? ■ No ☐ Yes

---

3.574 | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

**BALLESTE & LEVY PA**
**DBA Title 24-7, A Law Firm**
**7300 N. Kendall Drive, Suite 204**
**Miami, FL 33156**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **3898**

Is the claim subject to offset? ■ No ☐ Yes

---

3.575 | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

**Baltar Law, P.A.**
**1931 Northwest 150th Avenue**
**Pembroke Pines, FL 33028**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **9629**

Is the claim subject to offset? ■ No ☐ Yes

---

3.576 | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

**Band Weintraub, PL**
**One S School Avenue Suite 500**
**Sarasota, FL 34237**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **9714**

Is the claim subject to offset? ■ No ☐ Yes

---

3.577 | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

**Barash-Schatten Law Firm, P.A.**
**2450 Hollywood Boulevard**
**CU 201**
**Hollywood, FL 33020**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **0764**

Is the claim subject to offset? ■ No ☐ Yes

---

3.578 | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

**BARBARA ARLENE FINK**
**1589 N Nova Road Suite 116**
**Holly Hill, FL 32117**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **4155**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __LTGF Business Trust_____  Case number (if known) __2:23-bk-01538__
        Name

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |

**BARBARA BRETAN**
**328 Commons Way**
**Palm Beach Gardens, FL 33418**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __684__

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**BARBARA E VENDRELL**
**P.O. Box 814477**
**Hollywood, FL 33081-4477**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9761__

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**BARBARA G BANKS PA**
**Coral Springs Professional Campus**
**5421 University Drive Suite 101**
**Coral Springs, FL 33067**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9656__

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**BARBARA J FERRER**
**Suntrust International Center**
**One Southeast Third Avenue 28th Floor**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3676__

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**BARBARA J KIRBY**
**2 First Street Northeast**
**Crosby, MN 56441**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __8445__

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**BARBARA JANE LEAGUE PA**
**3955 Riverside Avenue Suite 100**
**Jacksonville, FL 32205**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9553__

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**BARBARA K SUNSHINE**
**5237 W Broward Boulevard**
**Plantation, FL 33317**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __8763__

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.586** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**BARBARA L WOLF**
**2425 E Commercial Boulevard Suite 307**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **6777**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.587** | Nonpriority creditor's name and mailing address | **$100.00**

**BARBARA MALONE**
**851 Northwest 7th Street Road**
**Miami, FL 33136-3024**

Date(s) debt was incurred _

Last 4 digits of account number  **6982**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.588** | Nonpriority creditor's name and mailing address | **$75.00**

**BARBARA NORTH BURTON**
**Burton & Lee**
**11955 W Dixie Highway**
**Miami, FL 33161-6144**

Date(s) debt was incurred _

Last 4 digits of account number  **7321**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.589** | Nonpriority creditor's name and mailing address | **$25.00**

**BARBARA P RICHARDSON**
**P.O. Box 3555**
**West Palm Beach, FL 33402-3555**

Date(s) debt was incurred _

Last 4 digits of account number  **5200**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.590** | Nonpriority creditor's name and mailing address | **$25.00**

**BARBARA SANDERS**
**P.O. Box 157**
**Apalachicola, FL 32320-0157**

Date(s) debt was incurred _

Last 4 digits of account number  **4348**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.591** | Nonpriority creditor's name and mailing address | **$200.00**

**BARBARA T TAYLOR**
**4732 Fairview Drive**
**Cocoa Beach, FL 32931-3812**

Date(s) debt was incurred _

Last 4 digits of account number  **5131**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.592** | Nonpriority creditor's name and mailing address | **$25.00**

**BARBARA Y BOURGUIGNON**
**P.O. Box 358596**
**Gainesville, FL 32635-8596**

Date(s) debt was incurred _

Last 4 digits of account number  **197**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**                                         Case number (*if known*)   **2:23-bk-01538**
_____
Name

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Baret Law Group, P.A.**
**3999 Sheridan Street**
**2nd Floor**
**Hollywood, FL 33021**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0727**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**BARFIELD PA**
**2809 Poinsetta Avenue**
**West Palm Beach, FL 33407**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6438**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**BARGER LAW OFFICES LLC**
**P.O. Box 228654**
**Miami, FL 33222-0654**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7692**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**BARITZ & COLMAN LLP**
**1075 Broken Sound Parkway NW**
**Suite 102**
**Boca Raton, FL 33487**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5297**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**BARKER & BARKER PA**
**4244 Saint Johns Avenue**
**Jacksonville, FL 32210**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8748**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**BARNARD LAW OFFICES LP**
**9655 S Dixie Highway Suite 108**
**Miami, FL 33156**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4132**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**BARNES & JAMES PA**
**2629 Blairstone Road**
**Tallahassee, FL 32301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8635**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name
Case number *(if known)*    **2:23-bk-01538**

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**BARNES WALKER & GOETHE**
**1776 Ringling Boulevard**
**Sarasota, FL 34236**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **0046**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Barnes Walker Title, Inc.**
**3119 Manatee Avenue West**
**Bradenton, FL 34205**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **2465**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**BARNETT & ASSOCIATES PA**
**Offices at Pinecrest II Suite 210**
**7695 Southwest 104th Street**
**Miami, FL 33156**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **6175**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**BARNETT BOLT KIRKWOOD & LONG**
**601 S. Bayshore Boulevard**
**Suite 700**
**Tampa, FL 33606**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **8625**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Barnett Lerner Karsen & Frankel, P.A.**
**2860 Marina Mile Boulevard**
**Suite 105**
**Ft Lauderdale, FL 33312**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **0118**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**BARNEY B AVCHEN**
**Palm Springs Center**
**1840 W. 49th Street, Suite 226**
**Hialeah, FL 33012-2949**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **4702**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**BARON L BARTLETT**
**135 Professional Drive Suite 101**
**Ponte Vedra Beach, FL 32082-6277**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **8552**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Barreiro Law Firm, PLLC**
**1395 Brickell Avenue**
**Suite 760**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number  **0617**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**BARRETT & ASSOCIATES**
**P.O. Box 930**
**Tallahassee, FL 32302-0930**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number  **6439**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $590.38 |
|---|---|---|---|

**BARRETT N WEINBERGER**
**441 Vine Street Suite 2211**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number  **8046**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**BARRETT S LAZARUS**
**P.O. Box 25157**
**Tamarac, FL 33320-5157**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number  **0241**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**BARRETT SANDERS**
**670 S Sandlake Court**
**Mount Dora, FL 32757-6085**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number  **4165**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Barrister Law Firm, P.A.**
**2002 E. Robinson Street**
**Orlando, FL 32803**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number  **0687**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $575.00 |
|---|---|---|---|

**BARRON REDDING HUGHES FITE**
**P.O. Box 2467**
**Panama City, FL 32402-2467**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number  **1237**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.614**

**Nonpriority creditor's name and mailing address**
**BARRY A EISENSON**
**4953 Coconut Creek Parkway**
**Coconut Creek, FL 33063-3909**

Date(s) debt was incurred _

Last 4 digits of account number  **7442**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$40.63**

---

**3.615**

**Nonpriority creditor's name and mailing address**
**BARRY A STEIN**
**De Cardenas Freixas Et Al P.A.**
**25 Southeast 2nd Avenue Suite 425**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **287**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

**3.616**

**Nonpriority creditor's name and mailing address**
**BARRY ALAN WILEN**
**4600 Sheridan Street**
**Suite 300**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number  **6210**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.617**

**Nonpriority creditor's name and mailing address**
**BARRY B ANSBACHER**
**8818 Goodbys Executive Drive**
**Jacksonville, FL 32217-4692**

Date(s) debt was incurred _

Last 4 digits of account number  **4757**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.618**

**Nonpriority creditor's name and mailing address**
**BARRY B BYRD**
**4400 PGA Boulevard K Suite 900**
**Palm Beach Gardens, FL 33410-6562**

Date(s) debt was incurred _

Last 4 digits of account number  **1314**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.619**

**Nonpriority creditor's name and mailing address**
**BARRY C AVERITT**
**P.O. Box 52687**
**Jacksonville, FL 32202**

Date(s) debt was incurred _

Last 4 digits of account number  **9872**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.620**

**Nonpriority creditor's name and mailing address**
**BARRY G RODERMAN & ASSOC PA**
**888 E Las Olas Boulevard Suite 601**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **8269**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BARRY G SEGAL**
**3096 Cardinal Drive**
**Suite 2C**
**Vero Beach, FL 32963**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3887**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BARRY G SEIDEL**
**5880 Southwest 117th Street**
**Miami, FL 33156**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0547**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**BARRY J FULLER & ASSOCIATES**
**2301 Park Avenue Suite 404**
**Orange Park, FL 32073**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4432**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BARRY L CLAYTON**
**480 Maplewood Drive Suite 5**
**Jupiter, FL 33458**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0282**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BARRY L MILLER**
**11 N Summerlin Avenue**
**Orlando, FL 32801**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0364**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BARRY L SIMONS**
**7300 North Kendall Drive**
**Suite 680**
**Miami, FL 33156**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9801**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BARRY M ELKIN**
**18830 US Highway 19 N Suite 300**
**Clearwater, FL 33764**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3864**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**                                    Case number (*if known*)   **2:23-bk-01538**
_____
Name

| | | |
|---|---|---|
| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1.30 |

**3.628**

**Nonpriority creditor's name and mailing address**
**BARRY M KUCIK**
**1105 Pennsylvania Avenue**
**St Cloud, FL 34769-3749**

Date(s) debt was incurred _

Last 4 digits of account number  **8144**

As of the petition filing date, the claim is: *Check all that apply.*    **$1.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.629**

**Nonpriority creditor's name and mailing address**
**BARRY M SICKLES**
**10100 W Sample Road Suite 404**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number  **4612**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.630**

**Nonpriority creditor's name and mailing address**
**BARRY M SILVER PA**
**1200 S Rogers Circle Suite 8 2nd Floor**
**Boca Raton, FL 33487-5703**

Date(s) debt was incurred _

Last 4 digits of account number  **8687**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.631**

**Nonpriority creditor's name and mailing address**
**BARRY N NATTER**
**7596 Centurion Parkway**
**Jacksonville, FL 32256-0517**

Date(s) debt was incurred _

Last 4 digits of account number  **7744**

As of the petition filing date, the claim is: *Check all that apply.*    **$200.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.632**

**Nonpriority creditor's name and mailing address**
**BARRY R COHEN**
**260 95th Street**
**Suite 201**
**Surfside, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number  **6423**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.633**

**Nonpriority creditor's name and mailing address**
**BARRY R HILLMYER**
**P.O. Box 960**
**Ft Myers, FL 33902-0960**

Date(s) debt was incurred _

Last 4 digits of account number  **2065**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.634**

**Nonpriority creditor's name and mailing address**
**BARRY R SHAPIRO**
**800 W Oakland Park Boulevard**
**Suite K-104**
**Ft Lauderdale, FL 33311-1733**

Date(s) debt was incurred _

Last 4 digits of account number  **5712**

As of the petition filing date, the claim is: *Check all that apply.*    **$1,380.19**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **LTGF Business Trust**      Case number (*if known*) **2:23-bk-01538**
_____
Name

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**BARRY S BENDETOWIES**
**10100 W. Sample Road**
**Suite 300**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number  **6150**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.636 | Nonpriority creditor's name and mailing address |

**BARRY S MITTELBERG**
**1700 University Drive Suite 300**
**Coral Springs, FL 33071**

Date(s) debt was incurred _

Last 4 digits of account number  **4677**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.637 | Nonpriority creditor's name and mailing address |

**BARRY S YARCHIN**
**2051 NE 208th Street**
**Miami, FL 33179**

Date(s) debt was incurred _

Last 4 digits of account number  **1021**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.638 | Nonpriority creditor's name and mailing address |

**BARRY T SHEVLIN**
**1111 Kane Concourse Suite 605**
**Bay Harbour Island, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number  **6072**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.639 | Nonpriority creditor's name and mailing address |

**BART H CHEPENIK PA**
**12550 Biscayne Boulevard**
**Suite 805**
**North Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number  **8056**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.640 | Nonpriority creditor's name and mailing address |

**Barthelette Law, P.A.**
**1900 Corporate Boulevard N.W.**
**Suite 215 East**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **0787**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.641 | Nonpriority creditor's name and mailing address |

**Barton C. Mercer, P.L.L.C.**
**238 N Westmonte Drive Suite 285**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred _

Last 4 digits of account number  **8855**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.642**

**Nonpriority creditor's name and mailing address**
BARTON S STROCK
2500 Weston Road Suite 317
Weston, FL 33331

Date(s) debt was incurred _

Last 4 digits of account number **681**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.643**

**Nonpriority creditor's name and mailing address**
BARTON S UDELL
801 N VENETIAN DR #702
MIAMI, FL 33139-1068

Date(s) debt was incurred _

Last 4 digits of account number **0488**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$8,463.84**

---

**3.644**

**Nonpriority creditor's name and mailing address**
BARTON SMITH PL
138 Simonton Street
Key West, FL 33040

Date(s) debt was incurred _

Last 4 digits of account number **5689**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.645**

**Nonpriority creditor's name and mailing address**
BASKIN & STEINGUT PA
1 Mellon Bank Center 29th Floor
Pittsburg, PA 15219-2502

Date(s) debt was incurred _

Last 4 digits of account number **6505**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,029.17**

---

**3.646**

**Nonpriority creditor's name and mailing address**
BASKIN FLEECE ATTORNEYS AT LAW
13535 Feather Sound Drive
Suite 200
Clearwater, FL 33762

Date(s) debt was incurred _

Last 4 digits of account number **607**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$275.00**

---

**3.647**

**Nonpriority creditor's name and mailing address**
BASSO GROSS & FRIED PA
Building 1 Suite 306
4500 N State Road 7
Lauderdale Lakes, FL 33319

Date(s) debt was incurred _

Last 4 digits of account number **0141**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$75.00**

---

**3.648**

**Nonpriority creditor's name and mailing address**
Basulto Robbins & Associates, L.L.P.
14160 NW 77th Court
Suite 22
Miami Lakes, FL 33016

Date(s) debt was incurred _

Last 4 digits of account number **2453**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.649** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**BATEMAN HARDEN**
300 E Park Avenue
Tallahassee, FL 32301

Date(s) debt was incurred _

Last 4 digits of account number **9922**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.650** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$475.00**

**BATTAGLIA ROSS DICUS & WEIN PA**
5858 Central Avenue
Suite A
St Petersburg, FL 33707

Date(s) debt was incurred _

Last 4 digits of account number **352**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.651** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BATTLE & EDENFIELD PA**
206 Mason Street
Brandon, FL 33511-5212

Date(s) debt was incurred _

Last 4 digits of account number **4575**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.652** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BAUMAN & WILCOCK PA**
8668 Park Boulevard Suite F
Seminole, FL 33777-4348

Date(s) debt was incurred _

Last 4 digits of account number **0060**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.653** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BAUR & KLEIN PA**
1001 Brickell Bay Drive
#2719
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number **3858**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.654** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Bauza Law, P.L.L.C.**
P.O. Box 279514
Miramar, FL 33027

Date(s) debt was incurred _

Last 4 digits of account number **8427**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.655** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**BAXTER & STROHAUER PA**
1150 Cleveland Street Suite 300
Clearwater, FL 34615

Date(s) debt was incurred _

Last 4 digits of account number **5536**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.656** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BAXTER TOUBY LLP**
**One Datran Center**
**9100 S Dadeland Boulevard, Suite 700**
**Miami, FL 33156**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6608**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.657** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Bay Title Company**
**16666 NE 19th Avenue**
**Suite 113**
**North Miami Beach, FL 33162**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4297**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.658** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**BAYER LAW OFFICES**
**109 S. 6th Street**
**Suite 200**
**Flagler Beach, FL 32136**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6083**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.659** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**BAYNARD HARRELL MASCARA ET AL**
**P.O. Box 180**
**St Petersburg, FL 33731-0180**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4663**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.660** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BC Law**
**10 Southeast Central Parkway Suite 325**
**Stuart, FL 34994**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9149**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.661** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**BEARDEN ELTRINGHAM LEWIS**
**1300 North Federal Highway**
**Suite 203**
**Boca Raton, FL 33432**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0340**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.662** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**BEATRIZ M CAPOTE**
**1200 Brickell Avenue**
**Suite 507**
**Miami, FL 33131**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6812**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor __**LTGF Business Trust**_____  Case number (*if known*) __**2:23-bk-01538**__
Name

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $725.00 |

**BECKER & POLIAKOFF PA**
**1 E. Broward Boulevard**
**Suite 1800**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number __**4555**__

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Becker & Poliakoff, P.A.**
**1819 Main Street**
**Suite 905**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number __**4555**__

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**BECKY S SCHAFFER**
**2001 Northwest 107th Avenue**
**Miami, FL 33172-2507**

Date(s) debt was incurred _

Last 4 digits of account number __**7844**__

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Beetley Law**
**618 E. South Street**
**Suite 500**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number __**0368**__

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,314.38 |

**BEGGS & LANE**
**501 Commendencia Street**
**Pensacola, FL 32502**

Date(s) debt was incurred _

Last 4 digits of account number __**2337**__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |

**BEIGHLEY MYRICK & UDELL PA**
**1255 W Atlantic Boulevard**
**Suite 314**
**Pompano Beach, FL 33069**

Date(s) debt was incurred _

Last 4 digits of account number __**5507**__

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**BELFORD S LESTER III**
**201 Park Pl Suite 204**
**Altamonte Springs, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number __**4961**__

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.670** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BELINDA TAKACH FRANCE**
France Law Firm P.A.
2073 Summit Lake Drive Suite 154
Tallahassee, FL 32317

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **0113**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.671** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BELKIN & ASSOCIATES PA**
Suite 497
1489 W Palmetto Park Road
Boca Raton, FL 33486

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **5422**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.672** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**BELL & BELL**
C/O Mr. Thomas W Bell
P.O. Box 3916
Sarasota, FL 34236

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **3755**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.673** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**BELLEVILLE & PATEL PA**
237 N Westmont Drive
Altamonte Springs, FL 32714-3366

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **8425**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.674** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**BEN DANIEL JR**
101 Northwest Third Street
Ocala, FL 34475

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **2025**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.675** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BEN H DARBY JR**
P.O. Box 2971
Lakeland, FL 33806-2971

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **5517**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.676** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**BEN H WILKINSON**
P.O. Box 10095
Tallahassee, FL 32302-2095

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Member**

Last 4 digits of account number  **7376**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.677 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44.68** |

**BEN W. THOMPSON, JR.**
**3000 Pearl Street**
**Suite 100**
**Boulder, CO 80301-2431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6861**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$275.00** |

**BEN-EZRA & KATZ PA**
**2901 Stirling Road Suite 300**
**Ft Lauderdale, FL 33312**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6106**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**BENCHMARK TITLE & ABSTRACT**
**240 Fox Run**
**Los Gatos, CA 95033-7816**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4418**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00** |

**BENDER BENDER & CHANDLER PA**
**980 NW North River Drive**
**Suite 128**
**Miami, FL 33136**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6423**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**BENEDICTE MARIE PATRUNO PA**
**507 Southeast 11th Court**
**Ft Lauderdale, FL 33316**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **5594**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Benitez Law Group, P.L.**
**1223 E. Concord Street**
**Orlando, FL 32803**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8852**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Benjamin A. Winter, P.A.**
**669 1st Avenue N**
**St Petersburg, FL 33701**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8960**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**BENJAMIN F WREN III**
P.O. Box 2916
Deland, FL 32723-2916

Date(s) debt was incurred _

Last 4 digits of account number  **0595**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**BENJAMIN FELDER**
10575 68th Avenue N Suite D-2
Seminole, FL 33772

Date(s) debt was incurred _

Last 4 digits of account number  **2287**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**BENJAMIN FOGEL**
P.O. Box 595
Linville, NC 28646-0595

Date(s) debt was incurred _

Last 4 digits of account number  **2284**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**BENJAMIN G MORRIS**
202 S Rome Avenue Suite 100
Tampa, FL 33606

Date(s) debt was incurred _

Last 4 digits of account number  **6534**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,342.00 |
|---|---|---|---|

**BENJAMIN G PARKS**
865 Fifth Avenue S
Naples, FL 33940-6605

Date(s) debt was incurred _

Last 4 digits of account number  **1095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**BENJAMIN GOLDNER**
11785 Royal Palm Boulevard Suite 5101
Coral Springs, FL 33065-7366

Date(s) debt was incurred _

Last 4 digits of account number  **6081**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**BENJAMIN H HAIRE**
1125 Northwest 66th Terrace
Margate, FL 33063-3465

Date(s) debt was incurred _

Last 4 digits of account number  **7033**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.691**

**Nonpriority creditor's name and mailing address**

**BENJAMIN J COX**
**Upstairs Suite**
**9846 US Highway 441**
**Leesburg, FL 34788**

Date(s) debt was incurred _

Last 4 digits of account number **1734**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.692**

**Nonpriority creditor's name and mailing address**

**BENJAMIN L BRYAN JR**
**218 2nd Street Suite 324**
**Ft Pierce, FL 34950-4301**

Date(s) debt was incurred _

Last 4 digits of account number **5657**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.693**

**Nonpriority creditor's name and mailing address**

**BENJAMIN L NEMSER**
**12240 Northeast 14th Avenue**
**Miami, FL 33161-6521**

Date(s) debt was incurred _

Last 4 digits of account number **513**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.694**

**Nonpriority creditor's name and mailing address**

**BENJAMIN P SHENKMAN**
**12012 South Shore Boulevard Suite 107**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number **9800**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.695**

**Nonpriority creditor's name and mailing address**

**BENJAMIN R SCHULMAN**
**Schulman & Cannavan**
**4340 Sheridan Street 2nd Floor**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **2601**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.696**

**Nonpriority creditor's name and mailing address**

**BENJAMIN S KENNEDY JR**
**399 W Palmetto Park Road Suite 200**
**Boca Raton, FL 33432-3760**

Date(s) debt was incurred _

Last 4 digits of account number **8015**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.697**

**Nonpriority creditor's name and mailing address**

**BENJAMIN SCHIFF**
**1901 Harrison Street Suite 200**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number **5810**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.698** | **Nonpriority creditor's name and mailing address**
**BENNARDO & BENNARDO PA**
**1860 Northwest Boca Raton Boulevard**
**Boca Raton, FL 33432-1616**

Date(s) debt was incurred _

Last 4 digits of account number  **6519**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.699** | **Nonpriority creditor's name and mailing address**
**BENNETT BOVARNICK**
**P.O. Box 811359**
**Boca Raton, FL 33481-1359**

Date(s) debt was incurred _

Last 4 digits of account number  **6925**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.700** | **Nonpriority creditor's name and mailing address**
**BENNETT D FULTZ**
**619 Southwest 12th Avenue**
**Miami, FL 33130-3117**

Date(s) debt was incurred _

Last 4 digits of account number  **7846**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.701** | **Nonpriority creditor's name and mailing address**
**BENNETT S COHN**
**1800 Old Okeechobee Road Suite 200**
**West Palm Beach, FL 33409-5207**

Date(s) debt was incurred _

Last 4 digits of account number  **5556**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.702** | **Nonpriority creditor's name and mailing address**
**BENSON & ROSS PA**
**1301 S Andrews Avenue Suite 302**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **8931**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.703** | **Nonpriority creditor's name and mailing address**
**BENSON MUCCI & ASSOCIATES LLP**
**5561 University Drive Suite 102**
**Coral Springs, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number  **4835**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.704** | **Nonpriority creditor's name and mailing address**
**BERG & WHEELER PA**
**217 E. Robertson Street**
**Brandon, FL 33511-4937**

Date(s) debt was incurred _

Last 4 digits of account number  **4664**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

Debtor  **LTGF Business Trust**
  Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.705 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**BERGER SINGERMAN**
**201 E. Las Olas Boulevard**
**Suite 1500**
**Ft Lauderdale, FL 33301**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8374**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.706 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**BERGMAN & JACOBS PA**
**2001 Hollywood Boulevard**
**Suite 200**
**Hollywood, FL 33020**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6153**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,423.17** |
|---|---|---|---|

**BERKELL & BERKELL-RAFFERTY**
**1463 Southwest 156th Way**
**Pembroke Pines, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1589**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BERLIN LAW FIRM PA**
**1819 Main Street Suite 302**
**Sarasota, FL 34236-5936**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8526**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**BERLIN-PATTEN PLLC**
**3700 S. Tamiami Trail**
**Suite 200**
**Sarasota, FL 34239**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6525**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Berman and Berman, P.A.**
**9560 Southwest 107th Avenue Suite 208**
**Miami, FL 33176**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6932**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|---|

**BERMAN RENNERT VOGEL & MANDLER**
**Bank of America Tower**
**100 SE 2nd Street, Suite 2900**
**Miami, FL 33131-2130**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8987**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.712**

**Nonpriority creditor's name and mailing address**

BERMAN WOLFE & RENNERT
8241 Southwest 89th Street
Miami, FL 33156

Date(s) debt was incurred _

Last 4 digits of account number **4885**

**As of the petition filing date, the claim is:** Check all that apply.                          **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.713**

**Nonpriority creditor's name and mailing address**

Bernard and Auguste, P.A.
100 E Linton Boulevard
Suite 207-B
Delray Beach, FL 33483

Date(s) debt was incurred _

Last 4 digits of account number **8038**

**As of the petition filing date, the claim is:** Check all that apply.                          **$50.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.714**

**Nonpriority creditor's name and mailing address**

BERNARD C O'NEILL PA
P.O. Box 608557
Orlando, FL 32860-8557

Date(s) debt was incurred _

Last 4 digits of account number **6400**

**As of the petition filing date, the claim is:** Check all that apply.                          **$200.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.715**

**Nonpriority creditor's name and mailing address**

BERNARD D SOMMERS
1545 Mayflower Court
Winter Pak, FL 32792

Date(s) debt was incurred _

Last 4 digits of account number **5522**

**As of the petition filing date, the claim is:** Check all that apply.                          **$200.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.716**

**Nonpriority creditor's name and mailing address**

BERNARD D STEIN
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3200
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number **4926**

**As of the petition filing date, the claim is:** Check all that apply.                          **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.717**

**Nonpriority creditor's name and mailing address**

BERNARD E. KAYWELL
20 Yacht Club Drive Suite 104
North Palm Beach, FL 33408-3974

Date(s) debt was incurred _

Last 4 digits of account number **2760**

**As of the petition filing date, the claim is:** Check all that apply.                          **$200.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.718**

**Nonpriority creditor's name and mailing address**

BERNARD F SUPERSTEIN
P.O. Box 190203
Miami Beach, FL 33119

Date(s) debt was incurred _

Last 4 digits of account number **7310**

**As of the petition filing date, the claim is:** Check all that apply.                          **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.719** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**BERNARD H BUTTS JR**
**1790 W 49th Street Suite 210**
**Hialeah, FL 33012-2916**

Date(s) debt was incurred _
Last 4 digits of account number **3740**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.720** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**BERNARD H STRASSER**
**116 E Granada Boulevard**
**Ormond Beach, FL 32176-6630**

Date(s) debt was incurred _
Last 4 digits of account number **2106**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.721** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BERNARD J KESSLER**
**P.O. Box 880107**
**Boca Raton, FL 33488-0107**

Date(s) debt was incurred _
Last 4 digits of account number **8797**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.722** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BERNARD J MARTIN**
**2645 Beverly Avenue**
**Winter Park, FL 32789-2806**

Date(s) debt was incurred _
Last 4 digits of account number **0115**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.723** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**BERNARD L. JAFFE**
**9480 S.W. 89th St.**
**Miami, FL 33176-1963**

Date(s) debt was incurred _
Last 4 digits of account number **4537**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.724** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**BERNARD MARCUS**
**10301 S Glen Road**
**Potomac, MD 20854-4111**

Date(s) debt was incurred _
Last 4 digits of account number **6684**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.725** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**BERNARD NACHMAN**
**1719 Blanding Boulevard**
**Jacksonville, FL 32210-1946**

Date(s) debt was incurred _
Last 4 digits of account number **2940**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**

Name

Case number (*if known*)    **2:2:3-bk-01538**

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**BERNARD STERNBERG**
**11555 Heron Bay Boulevard**
**Suite 200**
**Coral Springs, FL 33076**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5254**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**BERNSTEIN HODSDON TANNEN &**
**2700 N. Military Trail**
**Suite 100**
**Boca Raton, FL 33431**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6170**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**BERNSTEIN SHERR ET AL**
**Attn: Sy Sherr**
**523 S Washington Boulevard**
**Sarasota, FL 34236-7104**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2890**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475.00 |
|---|---|---|---|

**BERNTSSON ITTERSAGEN GUNDERSON**
**1861 Placida Road**
**Manor Pointe Professional Center Suite 2**
**Englewood, FL 34223-4900**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7748**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,523.30 |
|---|---|---|---|

**BERRIEN H BECKS SR**
**Berrien H. Becks SR P.A.**
**P.O. Drawer 2140**
**Daytona Beach, FL 32115-2140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0032**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**BERRIO & BERRIO PA**
**Berrio & Berrio P.A.**
**2333 Brickell Avenue Suite A1**
**Miami, FL 33129**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2570**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**BERROCAL & WILKINS**
**106 Carmela Court**
**Jupiter, FL 33478**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4263**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.733** | **Nonpriority creditor's name and mailing address**

**BERT R OLIVER PA**
**1191 E Newport Center Drive**
**Suite Ph-C**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number  **0020**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.734** | **Nonpriority creditor's name and mailing address**

**BERTLEY SAGER**
**P.O. Box 43-1495**
**Miami, FL 33243-1495**

Date(s) debt was incurred _

Last 4 digits of account number  **895**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.735** | **Nonpriority creditor's name and mailing address**

**BETANCOURT MENA & ASSOCIATES**
**19 W Flagler Street Suite 720**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number  **9559**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.736** | **Nonpriority creditor's name and mailing address**

**BETH B WILLIAMS PA**
**1306 Cormorant Road**
**Delray Beach, FL 33444**

Date(s) debt was incurred _

Last 4 digits of account number  **7690**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.737** | **Nonpriority creditor's name and mailing address**

**BETH E LINZNER**
**2295 Northwest Corporate Boulevard Suite**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **8421**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.738** | **Nonpriority creditor's name and mailing address**

**BETH S SCHICK**
**538 E Washington Street**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number  **7972**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.739** | **Nonpriority creditor's name and mailing address**

**BETH S WILSON PA**
**2674 West Lake Road**
**Palm Harbor, FL 34684**

Date(s) debt was incurred _

Last 4 digits of account number  **8234**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.740**

**Nonpriority creditor's name and mailing address**
**BETH W MILLER**
**645 Vassar Street**
**Orlando, FL 32804**

Date(s) debt was incurred  _

Last 4 digits of account number  **3626**

As of the petition filing date, the claim is: *Check all that apply.*                                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.741**

**Nonpriority creditor's name and mailing address**
**BETH-ANN SCHULMAN LLC**
**921 Powhatan Drive**
**Sanford, FL 32771-7023**

Date(s) debt was incurred  _

Last 4 digits of account number  **3638**

As of the petition filing date, the claim is: *Check all that apply.*                                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.742**

**Nonpriority creditor's name and mailing address**
**BETHONY BRENMAN**
**P.O. Box 561168**
**Miami, FL 33256-1168**

Date(s) debt was incurred  _

Last 4 digits of account number  **8706**

As of the petition filing date, the claim is: *Check all that apply.*                                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.743**

**Nonpriority creditor's name and mailing address**
**BETSY L RUFF**
**4010 Newberry Road Suite G**
**Gainesville, FL 32607**

Date(s) debt was incurred  _

Last 4 digits of account number  **6792**

As of the petition filing date, the claim is: *Check all that apply.*                                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.744**

**Nonpriority creditor's name and mailing address**
**BETSY S HOLTON PA**
**24322 Lanning Drive**
**Katy, TX 77493-2335**

Date(s) debt was incurred  _

Last 4 digits of account number  **1907**

As of the petition filing date, the claim is: *Check all that apply.*                                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.745**

**Nonpriority creditor's name and mailing address**
**BETTE BARON**
**11615 Northeast 21st Drive**
**North Miami, FL 33181-3209**

Date(s) debt was incurred  _

Last 4 digits of account number  **2589**

As of the petition filing date, the claim is: *Check all that apply.*                                $100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.746**

**Nonpriority creditor's name and mailing address**
**BETTERTON TYLER & SUMMONTE PL**
**735 E. Venice Avenue**
**Suite 200**
**Venice, FL 34285**

Date(s) debt was incurred  _

Last 4 digits of account number  **7614**

As of the petition filing date, the claim is: *Check all that apply.*                                $50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.747** | Nonpriority creditor's name and mailing address
**BETTY HYMAN**
80 Southwest 8th Street Suite 2000
Miami, FL 33130

Date(s) debt was incurred _
Last 4 digits of account number **6187**

As of the petition filing date, the claim is: *Check all that apply.*                **$25.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.748** | Nonpriority creditor's name and mailing address
**BEVERLEY A LINTON-DAVIS**
5921 Hollywood Boulevard Suite 1
Hollywood, FL 33021-6328

Date(s) debt was incurred _
Last 4 digits of account number **0604**

As of the petition filing date, the claim is: *Check all that apply.*                **$25.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.749** | Nonpriority creditor's name and mailing address
**BEVERLY A MORRIS**
Suite B
2603 Southeast 17th Street
Ocala, FL 34471

Date(s) debt was incurred _
Last 4 digits of account number **1764**

As of the petition filing date, the claim is: *Check all that apply.*                **$25.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.750** | Nonpriority creditor's name and mailing address
**BEVIN G RITCH**
P.O. Box 1025
Gainesville, FL 32602-1025

Date(s) debt was incurred _
Last 4 digits of account number **2980**

As of the petition filing date, the claim is: *Check all that apply.*                **$350.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.751** | Nonpriority creditor's name and mailing address
**BIANCA ANN SHOUCAIR**
290 Northwest 165th Street Suite M-600
North Miami Beach, FL 33169

Date(s) debt was incurred _
Last 4 digits of account number **8633**

As of the petition filing date, the claim is: *Check all that apply.*                **$25.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.752** | Nonpriority creditor's name and mailing address
**BILIRAKIS LAW GROUP LLC**
33715 US Highway 19 N
Palm Harbor, FL 34684

Date(s) debt was incurred _
Last 4 digits of account number **2531**

As of the petition filing date, the claim is: *Check all that apply.*                **$100.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.753** | Nonpriority creditor's name and mailing address
**BILL A CORBIN**
P.O. Box 432
Blountstown, FL 32424-0432

Date(s) debt was incurred _
Last 4 digits of account number **4490**

As of the petition filing date, the claim is: *Check all that apply.*                **$100.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**                              Case number (*if known*)   **2:23-bk-01538**
_____
Name

---

**3.754** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.50**
**BILL A. FLEMING**
P.O. Box 3
St. Augustine, FL 32085-0003

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7079**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.755** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**
**BILL MCFARLAND PA**
P.O. Box 101612
Cape Coral, FL 33910

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6606**

Basis for the claim:  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.756** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.66**
**BILL NELSON**
4083 Walnut Cove Circle
Fairfax, VA 22033

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7460**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.757** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**
**BILL T SMITH JR PA**
980 N. Federal Highway
Suite 402
Boca Raton, FL 33432

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6823**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.758** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**
**BILLS-REDON PA**
4947 Palm Avenue N
Winter Park, FL 32792

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4538**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.759** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00**
**BILLY R READY PA**
P.O. Box 1399
Auburndale, FL 33823-1363

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7469**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.760** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00**
**BILZIN SUMBERG BAENA PRICE**
Attn: Carlos Ramirez - Accounting Depart
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9715**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.761** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**BIRD & SPARKMAN PL**
**170 N. Waukeenah Street**
**Monticello, FL 32344**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3581**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.762** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00**

**BIRR & GRIFFITH PA**
**Birr & Griffith P.A.**
**2881 E. Oakland Park Boulevard, Suite 21**
**Ft Lauderdale, FL 33306**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4920**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.763** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BISORDI & BISORDI PA**
**20 Cherokee Road**
**Shalimar, FL 32579-1292**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6006**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.764** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**BIVINS & HEMENWAY PA**
**1060 Bloomingdale Avenue**
**Valrico, FL 33596**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4105**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.765** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Blackbird Law, P.A.**
**390 N. Orange Avenue**
**Suite 2300**
**Orlando, FL 32801**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9174**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.766** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BlackRock Title Group, LLC**
**6750 North Andrews Avenue**
**Suite 200**
**Ft. Lauderdale, FL 33309**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1473**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.767** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BLACKWELL & WALKER PA**
**One E Broward Boulevard Suite 910**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **371**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**BLACKWELL SANDERS PEPER MARTIN**
Attn: Martin L. Hecht
720 Olive Street Suite 2400
St Louis, MI 63101

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7939**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Blackwell Vishio & Fisher, P.L.L.C.**
801 Anchor Rode Drive
Suite 203A
Naples, FL 34103

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **9987**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$175.00** |
|---|---|---|---|

**BLADE & BLADE PA**
515 S. Federal Hwy.
Deerfield Beach, FL 33441

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5655**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Blade Title Company**
210 SW Natura Avenue
Deerfield Beach, FL 33441

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5064**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**BLAIR A RAFFEL**
2600 S Kanner Highway Apt F-7
Stuart, FL 34994

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4860**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,442.53** |
|---|---|---|---|

**BLAIR I ZIMMETT PA**
9200 S Dadeland Boulevard Suite 308
Miami, FL 33156-2703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **1508**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**BLAIR M JOHNSON PA**
425 S. Dillard Street
Winter Garden, FL 34787

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7631**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**BLAKE M CARLTON**
**3045 N Federal Highway**
**Ft Lauderdale, FL 33306-1415**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5246**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,486.75 |

**BLALOCK WALTERS HELD & JOHNSON**
**Attn: Linda Taylor**
**P.O. Box 469**
**Bradenton, FL 34206-0469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3700**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**BLANCHARD MERRIAM ADEL &**
**P.O. Box 1869**
**Ocala, FL 34478-1869**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5008**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**BLANCK & PERRY PA**
**5730 Southwest 74th Street Suite 700**
**Miami, FL 33143**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8442**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**BLANCO DE VERA LLC**
**2103 Coral Way**
**Suite 815**
**Miami, FL 33145**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2080**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**BLANCO LAW PA**
**11160 N Kendall Drive**
**Suite 102**
**Miami, FL 33176**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3999**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.00 |

**BLANK ROME COMISKY & MCCAULEY**
**500 East Broward Boulevard**
**Suite 2100**
**Ft. Lauderdale, FL 33394**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6573**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**                                    Case number *(if known)*   **2:23-bk-01538**

---

**3.782** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Blankenship Jordan, P.A.**
**1138 Main Street**
**Chipley, FL 32428**

Date(s) debt was incurred _

Last 4 digits of account number  **0551**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.783** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BLANKENSHIP LAW FIRM PA**
**Suite 108**
**1300 Marsh Landing Parkway**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred _

Last 4 digits of account number  **6012**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.784** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00**

**BLASS & FRANKEL PA**
**SunTrust International Center**
**1 SE 3rd Avenue, Suite 1210**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **6495**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.785** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**BLAXBERG & ASSOCIATES**
**2047 5th Avenue N.**
**St Petersburg, FL 33713**

Date(s) debt was incurred _

Last 4 digits of account number  **3030**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.786** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

**BLAXBERG GRAYSON KUKOFF &**
**SUITE 730 INGRAHAM BLDG**
**25 SE 2ND AVE**
**MIAMI, FL 33131-1506**

Date(s) debt was incurred _

Last 4 digits of account number  **8659**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.787** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**BLOCK & COLUCCI PA**
**4425 Military Trail**
**Suite 200**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number  **7422**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.788** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BLOOM & MINSKER PL**
**1110 Brickell Avenue Suite 700**
**Miami, FL 33131-3136**

Date(s) debt was incurred _

Last 4 digits of account number  **3318**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|

Name

---

| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**BLOOMGARDEN GOUDREAU & ROSEN**
**151 N Nob Hill Road Suite 305**
**Plantation, FL 33322-4007**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4181**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**BLUCHER LAW GROUP**
**7300 Delainey Court**
**Sarasota, FL 34240**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8485**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Blue-Chip Title, L.L.C.**
**3106 Alt US 19 N Suite B**
**Palm Harbor, FL 34683**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9466**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**BOB BURKHALTER**
**5255 S Atlantic Suite 204**
**New Smyrna Beach, FL 32169-4559**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3071**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BOB J HOWELL**
**8551 W. Sunrise Boulevard**
**Suite 207**
**Plantation, FL 33322**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8720**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**BOBBY G WOMBLES**
**200 W Vine Street Suite 620**
**Lexington, KY 40507**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5444**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**BOBO SPICER CIOTOLI & FULFORD**
**1555 Palm Beach Lakes Boulevard**
**Suite 910**
**West Palm Beach, FL 33401-2328**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4223**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.796** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**BODZIN & BODZIN**
**1031 Ives Dairy Road Suite 228**
**North Miami Beach, FL 33179**

Date(s) debt was incurred _

Last 4 digits of account number **7329**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.797** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

**Bogani & Robes, P.L.L.C.**
**117 Northeast 5th Avenue Suite A**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number **6600**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.798** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$375.00**

**BOGIN MUNNS & MUNNS PA**
**Gateway Center**
**1000 Legion Place, Suite 1000**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **5637**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.799** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

**BOGOSIAN & POWER CHARTERED**
**1413 21st Street Suite A**
**Vero Beach, FL 32960**

Date(s) debt was incurred _

Last 4 digits of account number **3529**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.800** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

**BOIES SCHILLER & FLEXNER LLP**
**100 Southeast 2nd Street Suite 2800**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **6154**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.801** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,648.32**

**BOIES SCHILLER & FLEXNER LLP**
**2435 Hollywood Boulevard**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number **3398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.802** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BOLANOS TRUXTON PA**
**2121 PONCE DELEON BLVD #950**
**CORAL GABLES, FL 33134-5218**

Date(s) debt was incurred _

Last 4 digits of account number **0664**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **LTGF Business Trust**                                          Case number (*if known*)    **2:23-bk-01538**
_____
Name

| | | |
|---|---|---|
| 3.803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**BOLZ & BOLZ**
**5 Harvard Circle**
**Suite 100**
**West Palm Beach, FL 33409**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **2424**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |

**BOND & DOMB PA**
**Suite 200 Realtor Building**
**701 Promenade Drive**
**Pembroke Pines, FL 33026-3999**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7777**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |

**BOND ARNETT PHELAN SMITH &**
**1309 SE 25th Loop**
**Suite 101**
**Ocala, FL 34471**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7147**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |

**BOND SCHOENECK & KING**
**2 E Camino Real Suite 250**
**Boca Raton, FL 33432**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7694**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**BOND SCHOENECK & KING PLLC**
**4001 Tamiami Trail N.**
**Suite 105**
**Naples, FL 34103-3555**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8308**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |

**BOND SCHOENECK & KING PLLC**
**Northern Building Suite 150**
**4001 Tamiami Trail N**
**Naples, FL 34103**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8308**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**BONDURANT & FUQUA PA**
**P.O. Box 1508**
**Marianna, FL 32447**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **0122**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.810** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Bonner & Bonner, P.A.**
**280 Crystal Grove Boulevard**
**Lutz, FL 33548**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7790**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.811** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BONNEY & SMALLWOOD PA**
**P.O. Box 737**
**Panama City, FL 32402**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6020**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.812** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**BONNIE BLAIRE**
**2801 Ponce De Leon Blvd.**
**Suite 550**
**Coral Gables, FL 33134-6920**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7235**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.813** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**BONNIE L RODDENBERRY**
**285 Rada Court**
**Coral Gables, FL 33143**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7590**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.814** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BONNIE MAHON MARTIN**
**5425 Theresa Road Suite B**
**Tampa, FL 33615**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2171**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.815** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**BOOKER & ASSOCIATES PA**
**1019 Town Center Drive**
**Suite 201**
**Orange City, FL 32763**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6122**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.816** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,502.89**

**BOONE BOONE BOONE KODA & FROOK**
**P.O. Box 1596**
**Venice, FL 34284-1596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1216**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**                                    Case number (if known)    **2:23-bk-01538**
_____
Name

| | |
|---|---|
| 3.817 | **Nonpriority creditor's name and mailing address** |
| | **BOOTH & COOK PA** |
| | **3030 Starkey Boulevard** |
| | **Suite 100** |
| | **Trinity, FL 34655** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number  **7389** |

**As of the petition filing date, the claim is:** Check all that apply.                    **$5,089.27**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.818 | **Nonpriority creditor's name and mailing address** |
| | **BORBOLLA & FERNANDEZ PA** |
| | **7700 N Kendall Drive Suite 705** |
| | **Miami, FL 33156** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number  **8940** |

**As of the petition filing date, the claim is:** Check all that apply.                    **$50.00**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.819 | **Nonpriority creditor's name and mailing address** |
| | **BORBON & ASSOCIATES PA** |
| | **814 Ponce De Leon Boulevard Suite 300** |
| | **Coral Gables, FL 33134** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number  **6410** |

**As of the petition filing date, the claim is:** Check all that apply.                    **$50.00**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.820 | **Nonpriority creditor's name and mailing address** |
| | **BORDELON GREENE & LYNCHARD PL** |
| | **Bordelon Law Firm PL** |
| | **2721 Gulf Breeze Parkway** |
| | **Gulf Breeze, FL 32563** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number  **4218** |

**As of the petition filing date, the claim is:** Check all that apply.                    **$50.00**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.821 | **Nonpriority creditor's name and mailing address** |
| | **Borders Title Agency Fl, Inc.** |
| | **601 S Federal Highway Suite 303** |
| | **Boca Raton, FL 33432** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number  **9971** |

**As of the petition filing date, the claim is:** Check all that apply.                    **$25.00**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.822 | **Nonpriority creditor's name and mailing address** |
| | **BORNSTEIN & PETREE PA** |
| | **501 N Magnolia Avenue Suite A** |
| | **Orlando, FL 32801** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number  **345** |

**As of the petition filing date, the claim is:** Check all that apply.                    **$5,195.43**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.823 | **Nonpriority creditor's name and mailing address** |
| | **BOSSO BOSSO & PARDO** |
| | **2428 Broadway Avenue** |
| | **Riviera Beach, FL 33404** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number  **773** |

**As of the petition filing date, the claim is:** Check all that apply.                    **$9,624.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.824**

**Nonpriority creditor's name and mailing address**
**BOSWELL & DUNLAP LLP**
P.O. Drawer 30
Bartow, FL 33831-0030

Date(s) debt was incurred _

Last 4 digits of account number  **3169**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$841.35**

---

**3.825**

**Nonpriority creditor's name and mailing address**
**BOULDIN & ASSOCIATES PA**
6424 Central Avenue
St Petersburg, FL 33707

Date(s) debt was incurred _

Last 4 digits of account number  **4003**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.826**

**Nonpriority creditor's name and mailing address**
**Boutique Concierge Title, LLC**
5846 S. Flamingo Road,
Suite 335
Cooper City, FL 33330

Date(s) debt was incurred _

Last 4 digits of account number  **0836**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.827**

**Nonpriority creditor's name and mailing address**
**Bowen & Schroth, P.A.**
600 Jennings Avenue
Eustis, FL 32726

Date(s) debt was incurred _

Last 4 digits of account number  **8807**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.828**

**Nonpriority creditor's name and mailing address**
**BOWEN RADSON SCHROTH PA**
501 E. 5th Avenue
Mount Dora, FL 32757

Date(s) debt was incurred _

Last 4 digits of account number  **5156**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

**3.829**

**Nonpriority creditor's name and mailing address**
**BOWER LAW FIRM PA**
11828 Southwest 77th Terrace
Miami, FL 33183-3830

Date(s) debt was incurred _

Last 4 digits of account number  **8167**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.830**

**Nonpriority creditor's name and mailing address**
**BOWMAN GEORGE SCHEB & TOALE PA**
2750 Ringling Boulevard
Suite 3
Sarasota, FL 34237

Date(s) debt was incurred _

Last 4 digits of account number  **1326**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,899.53**

---

| Debtor | **LTGF Business Trust** | | | Case number (*if known*) | **2:23-bk-01538** |
|--------|-------------------------|---|---|---------------------------|------------------|
| | Name | | | | |

**3.831**

**Nonpriority creditor's name and mailing address**

**BOWMAN LAW FIRM LLC**
**P.O. Box 6944**
**Miramar Beach, FL 32550**

Date(s) debt was incurred _

Last 4 digits of account number  **8593**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.832**

**Nonpriority creditor's name and mailing address**

**Boyd & Jenerette, P.A.**
**801 Brickell Avenue Suite 1440**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **7714**

As of the petition filing date, the claim is: *Check all that apply.*                    **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.833**

**Nonpriority creditor's name and mailing address**

**BOYD DURANT & SLIGER PL**
**1407 Piedmont Drive E**
**Suite C**
**Tallahassee, FL 32308**

Date(s) debt was incurred _

Last 4 digits of account number  **5107**

As of the petition filing date, the claim is: *Check all that apply.*                   **$250.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.834**

**Nonpriority creditor's name and mailing address**

**BOYER LAW OFFICE PLLC**
**9471 Baymeadows Road Suite 404**
**Jacksonville, FL 32256**

Date(s) debt was incurred _

Last 4 digits of account number  **6342**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.835**

**Nonpriority creditor's name and mailing address**

**BOYES & FARINA PA**
**Centurion Plaza**
**1601 Forum Pl Suite 900**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **8944**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.836**

**Nonpriority creditor's name and mailing address**

**BOYETTE CUMMINS & NAILOS PA**
**1635 E Highway 50 Suite 300**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number  **6114**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.837**

**Nonpriority creditor's name and mailing address**

**BOYETTE CUMMINS & NAILOS PA**
**1635 E. Highway 50**
**Suite 300**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number  **6114**

As of the petition filing date, the claim is: *Check all that apply.*                 **$8,214.31**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.838**

**Nonpriority creditor's name and mailing address**
**Bozanic & Robinson, L.L.C.**
**2847 Hollywood Boulevard Suite 101**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number  **9493**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.839**

**Nonpriority creditor's name and mailing address**
**BOZANIC DOUGLAS PA**
**2331 N State Road 7**
**Suite 106**
**Lauderdale Lakes, FL 33313**

Date(s) debt was incurred _

Last 4 digits of account number  **3986**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.840**

**Nonpriority creditor's name and mailing address**
**BOZEMAN JENKINS & MATHEWS PA**
**114 E Gregory Street**
**Pensacola, FL 32502**

Date(s) debt was incurred _

Last 4 digits of account number  **7356**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$75.00**

---

**3.841**

**Nonpriority creditor's name and mailing address**
**BRAD I SCHANDLER**
**6701 SUNSET DR STE 104**
**SOUTH MIAMI, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number  **4997**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.842**

**Nonpriority creditor's name and mailing address**
**Bradham Benson Lindley Blevins Bayliss &**
**4141 Central Avenue**
**St Petersberg, FL 33713**

Date(s) debt was incurred _

Last 4 digits of account number  **9918**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.843**

**Nonpriority creditor's name and mailing address**
**BRADLEY & BRADLEY**
**700 S Andrews Avenue Suite 200**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **8085**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.844**

**Nonpriority creditor's name and mailing address**
**BRADLEY B EAVENSON PL**
**2000 PGA Boulevard**
**Suite 3200A**
**Palm Beach Gardens, FL 33408-2722**

Date(s) debt was incurred _

Last 4 digits of account number  **7271**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**                                    Case number (if known)    **2:23-bk-01538**
_____
Name

| 3.845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**BRADLEY D BRYANT**
**4851 Tamiami Trail N.**
**Suite 300**
**Naples, FL 34103**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0546**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.846 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**BRADLEY E ESSMAN**
**136 4th Street N.**
**Suite 207**
**St. Petersburg, FL 33701**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4490**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.847 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**BRADLEY J WOOD PA**
**The Sterling Square Building**
**600 First Avenue N Suite 302**
**St Petersburg, FL 33701**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0139**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**BRADLEY K ALLEY**
**Marlowe & Weatherford P.A.**
**1150 Louisiana Avenue Suite 4**
**Winter Park, FL 32789-2354**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4812**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**BRADLEY K HANAFOURDE**
**10691 N Kendall Drive Suite 307**
**Miami, FL 33176**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1067**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**BRADLEY W HOGREVE**
**100 Wallace Avenue Suite 310**
**Sarasota, FL 34237-6043**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2453**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**BRADLEY W HOGREVE**
**950 S. Tamiami Trail**
**Suite 103**
**Sarasota, FL 34236**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2453**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.852**

**Nonpriority creditor's name and mailing address**
**Brammer, PLLC**
**4400 N. Federal Highway**
**Suite 210**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **0879**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.853**

**Nonpriority creditor's name and mailing address**
**BRANDON J RAFOOL**
**1519 3rd Street SE**
**Winter Haven, FL 33880**

Date(s) debt was incurred _

Last 4 digits of account number  **9916**

As of the petition filing date, the claim is: *Check all that apply.*                    **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.854**

**Nonpriority creditor's name and mailing address**
**BRANDT W DAVIS**
**2928 Columbiana Court Apt C**
**Birmingham, AL 35216**

Date(s) debt was incurred _

Last 4 digits of account number  **2255**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.855**

**Nonpriority creditor's name and mailing address**
**BRANDY C GONZALEZ-ABREU**
**10743 SW 104th Street**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number  **2486**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.856**

**Nonpriority creditor's name and mailing address**
**BRANDY C HILL PA**
**P.O. Box 951121**
**Lake Mary, FL 32795-1121**

Date(s) debt was incurred _

Last 4 digits of account number  **7688**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.857**

**Nonpriority creditor's name and mailing address**
**BRANNON BROWN HALEY & BULLOCK**
**P.O. Box 1029**
**Lake City, FL 32056-1029**

Date(s) debt was incurred _

Last 4 digits of account number  **446**

As of the petition filing date, the claim is: *Check all that apply.*                    **$375.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.858**

**Nonpriority creditor's name and mailing address**
**BRANT & BALDWIN**
**330 Federal Highway**
**Lake Park, FL 33403-3554**

Date(s) debt was incurred _

Last 4 digits of account number  **4047**

As of the petition filing date, the claim is: *Check all that apply.*                    **$9,011.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.859** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**BRASFIELD FULLER FREEMAN**
**2553 1st Avenue N.**
**St Petersburg, FL 33713**

Date(s) debt was incurred _

Last 4 digits of account number **6365**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.860** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Brasilio Fucci Machado, PL**
**14 Northeast 1st Avenue Suite 700**
**Miami, FL 33132-2411**

Date(s) debt was incurred _

Last 4 digits of account number **8552**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.861** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00**

**BRAVERMAN & BOGEN**
**625 N.E. Third Avenue**
**Ft Lauderdale, FL 33304-2673**

Date(s) debt was incurred _

Last 4 digits of account number **6512**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.862** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BRAVERMAN HODES PL**
**1451 W Cypress Creek Road Suite 300**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number **9677**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.863** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**BRAXTON R EZELL**
**1017 Manatee Avenue W**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number **4371**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.864** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**BREED & NUNNALLEE PA**
**325 N. Commerce Avenue**
**Sebring, FL 33870-3206**

Date(s) debt was incurred _

Last 4 digits of account number **2402**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.865** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BREEZI K STANISLAUS PA**
**364 Pasco Court**
**Winter Haven, FL 33884**

Date(s) debt was incurred _

Last 4 digits of account number **1755**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.866**

**Nonpriority creditor's name and mailing address**
**BRENDA COKER WILSON GARRETSON**
P.O. Box 887
Marco Island, FL 34146-0887

Date(s) debt was incurred _

Last 4 digits of account number **7049**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.867**

**Nonpriority creditor's name and mailing address**
**BRENDA DIIOIA PA**
4301 S Flamingo Suite 103-151
Davie, FL 33330-1902

Date(s) debt was incurred _

Last 4 digits of account number **4031**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.868**

**Nonpriority creditor's name and mailing address**
**BRENDA LEE HAMILTON**
555 S Federal Highway Suite 270
Boca Raton, FL 33432-5504

Date(s) debt was incurred _

Last 4 digits of account number **2377**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.869**

**Nonpriority creditor's name and mailing address**
**BRENDAN HENEGHAN**
800 Village Square Crossing
Palm Beach Gardens, FL 33410

Date(s) debt was incurred _

Last 4 digits of account number **7297**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.870**

**Nonpriority creditor's name and mailing address**
**BRENT BARIS**
212 N. Marion Avenue
Lake City, FL 32055

Date(s) debt was incurred _

Last 4 digits of account number **5196**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.871**

**Nonpriority creditor's name and mailing address**
**BRENT D. ARMSTRONG**
1345 Missouri Avenue So.
Clearwater, FL 34616-3559

Date(s) debt was incurred _

Last 4 digits of account number **4021**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.872**

**Nonpriority creditor's name and mailing address**
**BRETON LYNCH EUBANKS &**
605 N. Olive Avenue
2nd Floor
West Palm Beach, FL 33401

Date(s) debt was incurred _

Last 4 digits of account number **6231**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

Debtor   **LTGF Business Trust**                                          Case number (if known)   **2:23-bk-01538**
_____
Name

| | | |
|---|---|---|
| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$25.00** |

**BRETT LEWIS SWIGERT**
P.O. Box 680
Eustis, FL 32727-0680

Date(s) debt was incurred _

Last 4 digits of account number **8957**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$25.00** |

**BREWER LAW LLC**
P.O. Box 568923
Orlando, FL 32856

Date(s) debt was incurred _

Last 4 digits of account number **6569**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$25.00** |

**BREWER PEROTTI**
400 N Tampa Street Suite 2600
Tampa, FL 33602

Date(s) debt was incurred _

Last 4 digits of account number **2300**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$9,737.20** |

**BRIAN C DEUSCHLE CHARTERED**
888 Southeast 3rd Avenue Suite 300
Ft Lauderdale, FL 33316

Date(s) debt was incurred _

Last 4 digits of account number **3859**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$25.00** |

**BRIAN C PERLIN**
201 Alhambra Circle Suite 503
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number **3942**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$100.00** |

**BRIAN C POWERS**
2328 10th Avenue N Suite 6a
Lake Worth, FL 33461-6617

Date(s) debt was incurred _

Last 4 digits of account number **7039**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$25.00** |

**BRIAN DAVID SMITH**
420 Lincoln Road
Suite 248
Miami Beach, FL 33139-3015

Date(s) debt was incurred _

Last 4 digits of account number **8589**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**

| | |
|---|---|
| 3.880 | **Nonpriority creditor's name and mailing address** |

**BRIAN DAVIS ESQUIRE**
**777 Brickell Avenue Suite 400**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **1713**

**As of the petition filing date, the claim is:** *Check all that apply.*                                   **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.881 | **Nonpriority creditor's name and mailing address** |

**BRIAN E PORT**
**12000 Biscayne Boulevard Suite 500**
**Miami, FL 33101**

Date(s) debt was incurred  _

Last 4 digits of account number  **7777**

**As of the petition filing date, the claim is:** *Check all that apply.*                                   **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.882 | **Nonpriority creditor's name and mailing address** |

**BRIAN E. JOHNSON**
**7190 Seminole Boulevard**
**Seminole, FL 34642-5935**

Date(s) debt was incurred  _

Last 4 digits of account number  **7148**

**As of the petition filing date, the claim is:** *Check all that apply.*                                   **$200.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.883 | **Nonpriority creditor's name and mailing address** |

**BRIAN F LEARY**
**2870 Northeast 28th Street**
**Ft Lauderdale, FL 33306**

Date(s) debt was incurred  _

Last 4 digits of account number  **1409**

**As of the petition filing date, the claim is:** *Check all that apply.*                                   **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.884 | **Nonpriority creditor's name and mailing address** |

**BRIAN H BIBEAU**
**P.O. Box 6526**
**Tallahassee, FL 32314-6526**

Date(s) debt was incurred  _

Last 4 digits of account number  **5126**

**As of the petition filing date, the claim is:** *Check all that apply.*                                   **$200.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.885 | **Nonpriority creditor's name and mailing address** |

**BRIAN J CABREY**
**4869 Ashley Manor Way W**
**Jacksonville, FL 32225-4040**

Date(s) debt was incurred  _

Last 4 digits of account number  **9917**

**As of the petition filing date, the claim is:** *Check all that apply.*                                   **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.886 | **Nonpriority creditor's name and mailing address** |

**BRIAN J DITTHARDT**
**495 Grand Boulevard**
**Suite 206**
**Miramar Beach, FL 32550**

Date(s) debt was incurred  _

Last 4 digits of account number  **7836**

**As of the petition filing date, the claim is:** *Check all that apply.*                                   **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$483.16** |
|---|---|---|---|

**BRIAN J. FOGARTY**
**2919 E. Commercial Blvd.**
**2nd Floor**
**Ft Lauderdale, FL 33308-4207**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member**

Last 4 digits of account number  **6370**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BRIAN K DUFFEY**
**7601 North Federal Highway**
**Boca Raton, FL 33487**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member**

Last 4 digits of account number  **6832**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BRIAN K GILROY PA**
**5308-B Gulfport Boulevard**
**Gulfport, FL 33707**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member**

Last 4 digits of account number  **2329**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**BRIAN L KIMBER**
**120 S Olive Avenue Suite 311**
**West Palm Beach, FL 33401-5549**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member**

Last 4 digits of account number  **7405**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BRIAN M JONES**
**20 N Orange Avenue Suite 1000**
**Orlando, FL 32801**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member**

Last 4 digits of account number  **4947**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.892 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BRIAN M MARK**
**104 N Church Street**
**Kissimmee, FL 34741**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member**

Last 4 digits of account number  **5772**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.893 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Brian M. Walsh, Esquire P.A.**
**P.O. Box 2271**
**Orlando, FL 32802**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member**

Last 4 digits of account number  **8768**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**  
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**BRIAN MICHAEL MARK PA**
**104 N Church Street**
**Kissimmee, FL 34741**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3930**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**BRIAN P O'SULLIVAN**
**1401 Southeast 8 Street**
**Deerfield Beach, FL 33441**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6128**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**BRIAN R HANSON**
**P.O. Box 1886**
**Ormond Beach, FL 32175-1886**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8154**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**BRIAN R HERSH**
**1541 Brickell Avenue Suite C-1407**
**Miami, FL 33129**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4142**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**BRIAN R LOE**
**3074 W Lake Mary Boulevard Suite 136**
**Lake Mary, FL 32746**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2172**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**BRIAN R TOUNG**
**947 Beville Road Suite 14**
**South Daytona, FL 32119-1765**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9179**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**BRIAN S FREEMAN PA**
**4245 Fowler Street**
**Ft Myers, FL 33901**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6628**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number *(if known)*    **2:23-bk-01538**

---

| 3.901 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**BRIAN S KEIF**
**600 Allendale Road**
**Key Biscayne, FL 33149**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2198**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.902 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**BRIAN T HAYES**
**400 Willow Street**
**Monticello, FL 32344**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3899**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**BRIAN T LOWER**
**Orange Lake Country Club**
**8505 W Irlo Bronson Memorl Parkway**
**Kissimmee, FL 34747-8201**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8280**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**BRIAN W BROAD**
**55 NE 5th Avenue**
**Suite 400**
**Boca Raton, FL 33432**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8556**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |

**BRIAN Y MILLER**
**2477 Stickney Point Road**
**Suite 107B**
**Sarasota, FL 34231-4069**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8126**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**BRIBRIESCO LAW OFFICES**
**1928 Del Prado Boulevard**
**Cape Coral, FL 33990**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0135**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Brickell Law Group**
**1395 Brickell Avenue**
**Suite 800**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0653**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.908**

**Nonpriority creditor's name and mailing address**
**BRICKLEMYER SMOLKER & BOLVES**
**100 N Tampa Street Suite 2050**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number **9257**

As of the petition filing date, the claim is: *Check all that apply.*                    **$175.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.909**

**Nonpriority creditor's name and mailing address**
**BRIGHAM MOORE LLP**
**2525 Ponce De Leon Boulevard Suite 625**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **6177**

As of the petition filing date, the claim is: *Check all that apply.*                    **$475.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.910**

**Nonpriority creditor's name and mailing address**
**BRIGHT & CHIMERA PA**
**135 Southeast 5th Avenue Suite 200**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number **4116**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.911**

**Nonpriority creditor's name and mailing address**
**BRINKLEY MORGAN SOLOMON TATUM**
**One Financial Plaza**
**100 SE 3rd Avenue, Suite 2300**
**Ft Lauderdale, FL 33394**

Date(s) debt was incurred _

Last 4 digits of account number **5201**

As of the petition filing date, the claim is: *Check all that apply.*                    **$9,134.30**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.912**

**Nonpriority creditor's name and mailing address**
**Brionez + Brionez, P.A.**
**322 W. Burleigh Blvd.**
**Tavares, FL 32778**

Date(s) debt was incurred _

Last 4 digits of account number **0577**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.913**

**Nonpriority creditor's name and mailing address**
**BRITO LAW GROUP PLC**
**2722 Southwest 64th Avenue**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number **6244**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.914**

**Nonpriority creditor's name and mailing address**
**BROAD AND CASSEL**
**Lynn Financial Center**
**1905 NW Corporate Boulevard, Suite 310**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **4210**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.915** | Nonpriority creditor's name and mailing address

**BROAD AND CASSEL**
**One Biscayne Tower 21st Floor**
**2 S Biscayne Boulevard**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **4210**

As of the petition filing date, the claim is: *Check all that apply.*                     **$138,998.84**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.916** | Nonpriority creditor's name and mailing address

**Broad and Cassel, L.L.P.**
**390 N Orange Avenue Suite 1100**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **4210**

As of the petition filing date, the claim is: *Check all that apply.*                     **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.917** | Nonpriority creditor's name and mailing address

**Brock & Scott, P.L.L.C.**
**1315 Westbrook Plaza Dr.**
**Suite 100**
**Winston-Salem, NC 27103**

Date(s) debt was incurred _

Last 4 digits of account number **6999**

As of the petition filing date, the claim is: *Check all that apply.*                     **$175.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.918** | Nonpriority creditor's name and mailing address

**BROD GOLDFARB & ASSOCIATES**
**50 Alhambra Circle Suite 106**
**Coral Gables, FL 33134-4698**

Date(s) debt was incurred _

Last 4 digits of account number **4547**

As of the petition filing date, the claim is: *Check all that apply.*                     **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.919** | Nonpriority creditor's name and mailing address

**BRODY & OBEIDY PA**
**11098 Biscayne Boulevard Suite 300**
**Miami, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number **9869**

As of the petition filing date, the claim is: *Check all that apply.*                     **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.920** | Nonpriority creditor's name and mailing address

**BROOKMYER HOCHMAN PROBST**
**500 S. Australian Avenue**
**Suite 650**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **0265**

As of the petition filing date, the claim is: *Check all that apply.*                     **$75.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.921** | Nonpriority creditor's name and mailing address

**BROOKS LAW FIRM PA**
**999 Brickell Avenue Suite 700**
**Miami, FL 33131-3043**

Date(s) debt was incurred _

Last 4 digits of account number **8789**

As of the petition filing date, the claim is: *Check all that apply.*                     **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Brown & Associates Law & Title, P.A.**
**11373 Country Way Boulevard**
**Tampa, FL 33626**

Date(s) debt was incurred _

Last 4 digits of account number **0131**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 | Nonpriority creditor's name and mailing address | | **$75.00** |
|---|---|---|---|

**BROWN CLARK PA**
**P.O. Drawer 49887**
**Sarasota, FL 34230-6887**

Date(s) debt was incurred _

Last 4 digits of account number **7245**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 | Nonpriority creditor's name and mailing address | | **$25.00** |
|---|---|---|---|

**Brown Law Firm, PL**
**1540 International Parkway**
**Suite 2000**
**Lake Mary, FL 32746**

Date(s) debt was incurred _

Last 4 digits of account number **1008**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 | Nonpriority creditor's name and mailing address | | **$50.00** |
|---|---|---|---|

**BROWN SUAREZ RIOS & RUHL PA**
**Attn: Michael J. Bakalar**
**265 E Marion Avenue Suite 114**
**Punta Gorda, FL 33950-3715**

Date(s) debt was incurred _

Last 4 digits of account number **1662**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 | Nonpriority creditor's name and mailing address | | **$50.00** |
|---|---|---|---|

**BROWN VAN HORN & ASSOCIATES PA**
**330 N Andrews Avenue Suite 450**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **6161**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 | Nonpriority creditor's name and mailing address | | **$125.00** |
|---|---|---|---|

**BROWNING & SIRECI PA**
**529 Whitehead Street**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number **8429**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 | Nonpriority creditor's name and mailing address | | **$25.00** |
|---|---|---|---|

**Browning Law Firm, P.A.**
**418 Racetrack Road NE**
**Suite B**
**Fort Walton Beach, FL 32547**

Date(s) debt was incurred _

Last 4 digits of account number **0355**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.929**

**Nonpriority creditor's name and mailing address**
**BROWNSTONE PA**
P.O. Box 2047
Winter Park, FL 32790-2047

Date(s) debt was incurred _

Last 4 digits of account number **6319**

**As of the petition filing date, the claim is:** *Check all that apply.*  **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.930**

**Nonpriority creditor's name and mailing address**
**BRUCE A KOEBE**
2477 Northeast Dixie Highway
Jensen Beach, FL 34957-5959

Date(s) debt was incurred _

Last 4 digits of account number **5078**

**As of the petition filing date, the claim is:** *Check all that apply.*  **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.931**

**Nonpriority creditor's name and mailing address**
**BRUCE A. BEIHL**
P.O. Box 5805
Sun City Center, FL 33571-5805

Date(s) debt was incurred _

Last 4 digits of account number **3205**

**As of the petition filing date, the claim is:** *Check all that apply.*  **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.932**

**Nonpriority creditor's name and mailing address**
**BRUCE BRASHEAR**
926 Northwest 13th Street
Gainesville, FL 32601

Date(s) debt was incurred _

Last 4 digits of account number **7940**

**As of the petition filing date, the claim is:** *Check all that apply.*  **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.933**

**Nonpriority creditor's name and mailing address**
**BRUCE CULPEPPER**
P.O. Box 10095
Tallahassee, FL 32302-2095

Date(s) debt was incurred _

Last 4 digits of account number **2444**

**As of the petition filing date, the claim is:** *Check all that apply.*  **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.934**

**Nonpriority creditor's name and mailing address**
**BRUCE D FRANKE**
849 7th Avenue S Suite 101
Naples, FL 33940-6766

Date(s) debt was incurred _

Last 4 digits of account number **4040**

**As of the petition filing date, the claim is:** *Check all that apply.*  **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.935**

**Nonpriority creditor's name and mailing address**
**BRUCE D. LINCOLN**
2701 East Sunrise Boulevard Suite 212
Ft. Lauderdale, FL 33304-3218

Date(s) debt was incurred _

Last 4 digits of account number **8517**

**As of the petition filing date, the claim is:** *Check all that apply.*  **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.936**

**Nonpriority creditor's name and mailing address**
**BRUCE E WAGNER**
**2800 W Cypress Creek Road Suite 100**
**Ft Lauderdale, FL 33309-1706**

Date(s) debt was incurred _

Last 4 digits of account number **7334**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.937**

**Nonpriority creditor's name and mailing address**
**BRUCE E WINTER**
**2300 Corporate Boulevard Northwest Suite**
**Boca Raton, FL 33431-7359**

Date(s) debt was incurred _

Last 4 digits of account number **7611**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.938**

**Nonpriority creditor's name and mailing address**
**BRUCE E. CLARY**
**Rt. 1, Box 120**
**Hot Springs, NC 28743-9710**

Date(s) debt was incurred _

Last 4 digits of account number **3692**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$422.14**

---

**3.939**

**Nonpriority creditor's name and mailing address**
**Bruce E. Loren, P.A.**
**DBA Loren & Kean Law**
**7111 Fairway Drive**
**Palm Beach Gardens, FL 33418**

Date(s) debt was incurred _

Last 4 digits of account number **0226**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.940**

**Nonpriority creditor's name and mailing address**
**BRUCE F IDEN PA**
**500 Sawgrass Corporate Parkway**
**Suite 100**
**Sunrise, FL 33325**

Date(s) debt was incurred _

Last 4 digits of account number **8753**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.941**

**Nonpriority creditor's name and mailing address**
**BRUCE FRANKLIN SILVER**
**6100 Glades Road Suite 201**
**Boca Raton, FL 33434**

Date(s) debt was incurred _

Last 4 digits of account number **3362**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.942**

**Nonpriority creditor's name and mailing address**
**BRUCE G KALEITA**
**1615 Forum Pl Suite 500**
**West Palm Beach, FL 33401-2318**

Date(s) debt was incurred _

Last 4 digits of account number **4999**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**                                   Case number (if known)    **2:23-bk-01538**
_____
Name

| | |
|---|---|
| 3.943 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**BRUCE G KASSMAN**
**C/O Florida East Coast Realty**
**100 S Biscayne Boulevard Suite 1100**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **2187**

As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.944 | **Nonpriority creditor's name and mailing address** |

**BRUCE H HEST**
**7777 Glades Road Suite 207b**
**Boca Raton, FL 33434-4150**

Date(s) debt was incurred _

Last 4 digits of account number  **4521**

As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** |

**Bruce Hornstein, P.A.**
**6961 Indian Creek Drive**
**Miami Beach, FL 33141**

Date(s) debt was incurred _

Last 4 digits of account number  **7380**

As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.946 | **Nonpriority creditor's name and mailing address** |

**BRUCE I KAMELHAIR**
**2130 Northwest 45th Avenue**
**Coconut Creek, FL 33066**

Date(s) debt was incurred _

Last 4 digits of account number  **6406**

As of the petition filing date, the claim is: Check all that apply.                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.947 | **Nonpriority creditor's name and mailing address** |

**BRUCE J BENENFELD**
**1625 N Commerce Parkway Suite 207**
**Weston, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number  **6137**

As of the petition filing date, the claim is: Check all that apply.                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.948 | **Nonpriority creditor's name and mailing address** |

**BRUCE J GOLDMAN**
**11042 Paradela Street**
**Coral Gables, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **3925**

As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.949 | **Nonpriority creditor's name and mailing address** |

**BRUCE J KIRSCH**
**3800 S Ocean Drive Suite 217**
**Hollywood, FL 33019**

Date(s) debt was incurred _

Last 4 digits of account number  **5650**

As of the petition filing date, the claim is: Check all that apply.                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.950 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**BRUCE J ROBBINS**
**509 S Martin Luther King Jr.**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number  **0381**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.951 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**BRUCE J SMOLER**
**Smoler Lerman Bente Et Al P.A.**
**2611 Hollywood Boulevard**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number  **9772**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.952 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**BRUCE J SPERRY**
**1607 S Alexander Street Suite 101**
**Plant City, FL 33563**

Date(s) debt was incurred _

Last 4 digits of account number  **5801**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.953 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**Bruce J. Benenfeld**
**12829 Cariboo Ridge Road**
**Boynton Beach, FL 33473**

Date(s) debt was incurred _

Last 4 digits of account number  **6137**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.954 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**BRUCE JONAS**
**P.O. Box 341253**
**Tampa, FL 33694**

Date(s) debt was incurred _

Last 4 digits of account number  **4868**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.955 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**BRUCE L FINEMAN**
**P.O. Box 741653**
**Boynton Beach, FL 33474-1653**

Date(s) debt was incurred _

Last 4 digits of account number  **6358**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.956 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**BRUCE L GLASKIN**
**9500 Park Lane**
**Plantation, FL 33324-3506**

Date(s) debt was incurred _

Last 4 digits of account number  **5326**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**BRUCE L. SCHEINER**
P.O. Box 06049
Fort Myers, FL 33906-6049

Date(s) debt was incurred _

Last 4 digits of account number **4114**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**BRUCE LAMCHICK PA**
9200 S Dadeland Boulevard Suite 518
Miami, FL 33156

Date(s) debt was incurred _

Last 4 digits of account number **5400**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BRUCE M BOUNDS**
Law Offices of Bruce M Bounds
1401 Brickell Avenue Suite 825
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number **8696**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BRUCE M GOTTLIEB**
Gottlieb & Gottlieb P.A.
125 N 46th Avenue
Hollywood, FL 33021-6601

Date(s) debt was incurred _

Last 4 digits of account number **7415**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**BRUCE M LEVINE PA**
One Lincoln Place Suite 205
1900 Glades Road
Boca Raton, FL 33431

Date(s) debt was incurred _

Last 4 digits of account number **7434**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**BRUCE M. GOLDBERG, P.A.**
2100 Ponce De Leon Blvd.
Suite 1160
Coral Gables, FL 33134-5200

Date(s) debt was incurred _

Last 4 digits of account number **7952**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$118.75** |
|---|---|---|---|

**BRUCE MARGER**
P.O. Box 3542
St Petersburg, FL 33701

Date(s) debt was incurred _

Last 4 digits of account number **0298**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**BRUCE P ANDERSON**
Bruce P. Anderson P.A.
P.O. Box 10512
Tallahassee, FL 32302-2512

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7825**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BRUCE R ABERNETHY JR**
**Professional Center**
**900 Virginia Avenue Suite 6**
**Ft Pierce, FL 34982**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2455**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BRUCE R GLASSMAN**
**11442 Saxon Court**
**Jacksonville, FL 32223-1361**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8954**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BRUCE S GOLDSTEIN**
**500 E Kennedy Boulevard Suite 101 A**
**Tampa, FL 33602-4990**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4697**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**BRUCE S KAUFMAN**
**2012 Twelve Oaks Trail**
**Ormond Beach, FL 32174**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4896**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BRUCE S ROSENWATER**
**1601 Forum Place**
**Suite 602**
**West Palm Beach, FL 33401**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8288**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**BRUCE S. BOYER**
**P O Box 4726**
**Seminole, FL 34642-1726**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6240**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.971** | Nonpriority creditor's name and mailing address

**BRUCE W FLOWER**
**511 N Maitland Avenue**
**Maitland, FL 32751-4421**

Date(s) debt was incurred _

Last 4 digits of account number **4674**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.972** | Nonpriority creditor's name and mailing address

**BRUCE W PARRISH JR PA**
**1870 Forrest Hill Boulevard**
**Suite 203**
**West Palm Beach, FL 33406**

Date(s) debt was incurred _

Last 4 digits of account number **8265**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.973** | Nonpriority creditor's name and mailing address

**BRUNO DI GIULIAN & ASSOCIATES**
**12045 Northwest 62nd Court**
**Coral Springs, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number **4668**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,088.24**

---

**3.974** | Nonpriority creditor's name and mailing address

**BRUNO F DE ZAYAS**
**P.O. Box 6069**
**Lakeland, FL 33807-6069**

Date(s) debt was incurred _

Last 4 digits of account number **2604**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.975** | Nonpriority creditor's name and mailing address

**BRUNOFORTE LAW OFFICES PA**
**10506 Spring Hill Drive**
**Spring Hill, FL 34608**

Date(s) debt was incurred _

Last 4 digits of account number **2648**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.976** | Nonpriority creditor's name and mailing address

**BRYAN C GOODE III**
**320 1st Street N.**
**Suite 613**
**Jacksonville Beach, FL 32250-6947**

Date(s) debt was incurred _

Last 4 digits of account number **5726**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.977** | Nonpriority creditor's name and mailing address

**BRYAN L ALBERS**
**11125 Park Boulevard Suite 104-101**
**Seminole, FL 33772-4876**

Date(s) debt was incurred _

Last 4 digits of account number **1679**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.978** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**BRYAN S ADELINE PA**
10018 W. McNab Road
Tamarac, FL 33321

Date(s) debt was incurred _

Last 4 digits of account number **9781**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.979** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**BRYANT & HIGBY CHARTERED**
P.O. Box 860
Panama City, FL 32402-0860

Date(s) debt was incurred _

Last 4 digits of account number **9272**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.980** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.00**

**BRYANT MILLER & OLIVE PA**
1545 Raymond Diehl Road
suite 300
Tallahassee, FL 32308

Date(s) debt was incurred _

Last 4 digits of account number **5009**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.981** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**BUBLEY & BUBLEY PA**
3820 Northdale Boulevard Suite 312-B
Tampa, FL 33624

Date(s) debt was incurred _

Last 4 digits of account number **7935**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.982** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**Bucelo Law Group**
6303 Blue Lagoon Drive
Suite 390
Miami, FL 33126

Date(s) debt was incurred _

Last 4 digits of account number **9504**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.983** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00**

**BUCHANAN INGERSOLL PC**
Attn: Idays Guallar (Invoices)
401 E. Las Olas Boulevard, Suite 2250
Ft Lauderdale, FL 33301

Date(s) debt was incurred _

Last 4 digits of account number **6503**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.984** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**BUCHBINDER & ELEGANT, P.A.**
46 S.W. First Street
4th Floor
Miami, FL 33130-1610

Date(s) debt was incurred _

Last 4 digits of account number **6162**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**BUCKINGHAM DOOLITTLE**
**5355 Town Center Road Suite 900**
**Boca Raton, FL 33486-1069**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0447**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Buckley Madole, P.A.**
**4300 W Cypress Street Suite 160**
**Tampa, FL 33607**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9198**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BUCKMASTER & DUPONT PLC**
**912 S Ridgewood Avenue Suite D**
**Daytona Beach, FL 32114**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5695**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**BUDD BENNETT & MACIA**
**3033 Riviera Drive Suite 201**
**Naples, FL 34103**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7854**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**BUETENS & BUETENS**
**Hobe Sound Building**
**8965 Bridge Road**
**Hobe Sound, FL 33455-5325**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8498**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**BULL MORLAN SIMPSON &**
**111 N Orange Avenue Suite 1200**
**Orlando, FL 32801**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0982**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Burandt, Adamski, Feichthaler & Sanchez,**
**1714 Cape Coral Parkway E.**
**Cape Coral, FL 33904-9659**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7860**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|

---

**3.992** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Burg Law Firm, P.A.**
**215 Harrison Avenue**
**Panama City Beach, FL 32401**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0600**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.993** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**BURGESS HARRELL MANCUSO**
**1776 Ringling Boulevard**
**Sarasota, FL 34236**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7682**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.994** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BURKARD LAW FIRM PA**
**World Plaza North Park Building 28**
**12535 New Britany Boulevard**
**Ft Myers, FL 33907**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6384**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.995** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**BURKE L RANDA PA**
**100 East Pine Street**
**Suite 110**
**Orlando, FL 32801**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6208**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.996** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**BURNS & SEVERSON PA**
**Burns & Severson P.A.**
**400 Columbia Drive, Suite 100**
**West Palm Beach, FL 33409**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9999**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.997** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$616.63**

**BURR & FORMAN LLP**
**200 S. Orange Avenue**
**Suite 800**
**Orlando, FL 32801**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7323**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.998** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**BURROWS & JESTER PA**
**P.O. Box 541196**
**Merritt Island, FL 32954-1196**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7466**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**        Case number (*if known*)    **2:23-bk-01538**

Name

---

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**BURT & BURT**
**220 S Ridgewood Avenue Suite 270**
**Daytona Beach, FL 32114-4300**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __4057__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1000 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**BURT E EISENBERG**
**7935 Airport Pulling Road N Suite 210**
**Naples, FL 34109**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __6886__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1001 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**BURT SREBRENIK**
**8787 Southside Boulevard Suite 2016**
**Jacksonville, FL 32256**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __5609__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1002 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$375.00** |

**BURTON & BURTON PA**
**P.O. Drawer 1729**
**Wauchula, FL 33873-1729**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __5436__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1003 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**BURTON & LEE**
**12555 Orange Drive**
**Suite 4025**
**Davie, FL 33330**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __6146__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1004 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.09** |

**BURTON B LOEBL**
**P.O. Drawer L**
**N Miami Beach, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __2894__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1005 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,893.83** |

**BURTON D GREENFIELD**
**1699 Coral Way Suite 315**
**Coral Gables, FL 33145-2860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __3313__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**                                    Case number (if known)    **2:23-bk-01538**
_____
Name

---

| 3.100 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$175.00** |
|---|---|---|---|

**BURTON G SHARFF PA**
**2315 S Congress Avenue**
**West Palm Beach, FL 33406-7607**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6364**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**BURTON H MARS**
**1995 E Oakland Park Boulevard Suite 310**
**Ft Lauderdale, FL 33306**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4808**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**BURTON LAW AND TITLE PL**
**151 Mary Esther Boulevard**
**Suite 502-A**
**Mary Esther, FL 32569**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **2756**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**BURZYNSKI LAW OFFICE PA**
**1124 Goodlette Road**
**Naples, FL 34102**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4425**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|

**Busbin Law Firm, P.A.**
**2295 S. Hiawassee Road**
**Suite 207**
**Orlando, FL 32835**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **0841**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**Busch White Norton, L.L.P.**
**3330 Cumberland Bvld Southeast Suite 300**
**Atlanta, GA 30339**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8763**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.00** |
|---|---|---|---|

**BUSCHMAN AHERN PERSONS**
**2215 S Third Street Suite 101**
**Jacksonville, FL 32250-4054**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8320**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.101 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**BUSH ROSS PA**
1801 N. Highland Avenue
Tampa, FL 33602

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __7311__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**BUTLER & HOSCH PA**
3185 S Conway Road Suite E
Orlando, FL 32812

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __4990__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**BUTLER & PRIMEAU LLP**
121 South 61 Terrace
Suite A
Hollywood, FL 33023

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __5706__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Butler Title Florida, LLC**
1840 SE 1st Avenue
Ft. Lauderdale, FL 33316

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __0796__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $575.00 |
|---|---|---|---|

**BUTZEL LONG PC**
2424 N Federal Highway Suite 410
Boca Raton, FL 33431-7746

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __7467__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Buyer's Title, Inc.**
3323 W. Commercial Boulevard
Suite 100
Ft. Lauderdale, FL 33309

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __4773__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.1019**

**Nonpriority creditor's name and mailing address**
**BYRD & BARNHILL PL**
**206 N Collins Street**
**Plant City, FL 33563**

Date(s) debt was incurred _

Last 4 digits of account number  **0538**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.1020**

**Nonpriority creditor's name and mailing address**
**BYRON S CAMP**
**2435 Oakdale Street**
**Tallahassee, FL 32312**

Date(s) debt was incurred _

Last 4 digits of account number  **7399**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.1021**

**Nonpriority creditor's name and mailing address**
**C ANNELIES MOURING**
**4276 Pine Hollow Circle**
**Greenacres, FL 33463**

Date(s) debt was incurred _

Last 4 digits of account number  **0092**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.1022**

**Nonpriority creditor's name and mailing address**
**C B MYERS III**
**202 E. Stuart Avenue**
**Lake Wales, FL 33853**

Date(s) debt was incurred _

Last 4 digits of account number  **1547**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.1023**

**Nonpriority creditor's name and mailing address**
**C BYRON STOUT III**
**7601 38th Avenue N**
**St Petersburg, FL 33710**

Date(s) debt was incurred _

Last 4 digits of account number  **9930**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.1024**

**Nonpriority creditor's name and mailing address**
**C CHRISTIAN SAUTTER**
**2900 E Oakland Park Boulevard Suite 200**
**Ft Lauderdale, FL 33306-1804**

Date(s) debt was incurred _

Last 4 digits of account number  **4701**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.1025**

**Nonpriority creditor's name and mailing address**
**C D LEWIS JR**
**P.O. Box 701654**
**St Cloud, FL 34770-1654**

Date(s) debt was incurred _

Last 4 digits of account number  **8291**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|--------------------------|------------------------|-------------------|
|        | Name |  |  |

---

**3.102 6**

Nonpriority creditor's name and mailing address
**C DANIEL AKES**
P.O. Box 5986
Lakeland, FL 33807-5986

Date(s) debt was incurred __

Last 4 digits of account number **6670**

As of the petition filing date, the claim is: *Check all that apply.*     **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102 7**

Nonpriority creditor's name and mailing address
**C DONALD MACLEAN JR**
3636 Julington Creek Road
Jacksonville, FL 32223

Date(s) debt was incurred __

Last 4 digits of account number **1406**

As of the petition filing date, the claim is: *Check all that apply.*     **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102 8**

Nonpriority creditor's name and mailing address
**C EDWARD PORCH**
1273 Northwest Spruce Ridge Drive
Stuart, FL 34994-9517

Date(s) debt was incurred __

Last 4 digits of account number **3753**

As of the petition filing date, the claim is: *Check all that apply.*     **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102 9**

Nonpriority creditor's name and mailing address
**C GARY MOODY**
2770 NW 43rd Street
Suite A
Gainesville, FL 32606

Date(s) debt was incurred __

Last 4 digits of account number **4471**

As of the petition filing date, the claim is: *Check all that apply.*     **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 0**

Nonpriority creditor's name and mailing address
**C GEOFFREY VINING**
1611 Harden Boulevard
Lakeland, FL 33803

Date(s) debt was incurred __

Last 4 digits of account number **5226**

As of the petition filing date, the claim is: *Check all that apply.*     **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 1**

Nonpriority creditor's name and mailing address
**C J BENEFIELD**
321 N Kentucky Avenue Suite 9
Lakeland, FL 33801

Date(s) debt was incurred __

Last 4 digits of account number **9570**

As of the petition filing date, the claim is: *Check all that apply.*     **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.103 2**

**Nonpriority creditor's name and mailing address**

**C J KEEL JR**
**4045 Henderson Boulevard**
**Tampa, FL 33629**

Date(s) debt was incurred _

Last 4 digits of account number  **0253**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.103 3**

**Nonpriority creditor's name and mailing address**

**C KENNON HENDRIX PA**
**256 10th Avenue**
**Vero Beach, FL 32962**

Date(s) debt was incurred _

Last 4 digits of account number  **4495**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.103 4**

**Nonpriority creditor's name and mailing address**

**C LAVON WARD**
**18 Claude Harbor Isle**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **3280**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.103 5**

**Nonpriority creditor's name and mailing address**

**C LEDON ANCHORS**
**909 Mar Walt Drive Suite 1014**
**Ft Walton Beach, FL 32547**

Date(s) debt was incurred _

Last 4 digits of account number  **8044**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.103 6**

**Nonpriority creditor's name and mailing address**

**C M SALAS**
**2829 Bird Avenue Suite 272**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number  **3976**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

**3.103 7**

**Nonpriority creditor's name and mailing address**

**C MARIE BREVITT-SCHOOP**
**C Marie Brevitt-Schoop P.A.**
**20401 Northwest 2nd Avenue Suite 220**
**Miami, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number  **3392**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

**C MICHAEL CONTER**
**25035 Acorn Drive**
**Land O Lakes, FL 34639-5523**

Date(s) debt was incurred _

Last 4 digits of account number  **8523**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**
_____

| 3.103<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**C MICHAEL DUNCAN**
**3292 Seven Seas Drive**
**Tavares, FL 32778-9285**

Date(s) debt was incurred _

Last 4 digits of account number  **3082**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.104<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,983.11 |
|---|---|---|---|

**C MICHAEL JACKSON**
**P.O. Box 2509**
**Ft Myers, FL 33902**

Date(s) debt was incurred _

Last 4 digits of account number  **27**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.104<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,386.31 |
|---|---|---|---|

**C NORRIS TILTON PA**
**1935 NE Ricou Terrace**
**Jensen Beach, FL 34957**

Date(s) debt was incurred _

Last 4 digits of account number  **5066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.104<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**C RICHARD BENNETT JR**
**1200 Anastasia Avenue Suite 360**
**Coral Gables, FL 33134-6340**

Date(s) debt was incurred _

Last 4 digits of account number  **7095**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.104<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**C SAMUEL WHITEHEAD**
**17757 US Highway 19 N Suite 500**
**Clearwater, FL 33764**

Date(s) debt was incurred _

Last 4 digits of account number  **7531**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.104<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**C THOMAS COWNE**
**2650 Tampa Road Suite B**
**Palm Harbor, FL 34684-3108**

Date(s) debt was incurred _

Last 4 digits of account number  **2328**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.104<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**C V KESSEL JR**
**P.O. Box 321225**
**Cocoa Beach, FL 32932-1225**

Date(s) debt was incurred _

Last 4 digits of account number  **5857**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.104
6**

**Nonpriority creditor's name and mailing address**

**C VALENTINE BATES**
**234 S Main Street**
**Gainesville, FL 32601**

Date(s) debt was incurred  _

Last 4 digits of account number  **7681**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.104
7**

**Nonpriority creditor's name and mailing address**

**C WILLIAM LAYSTROM JR**
**1177 Southeast 3rd Avenue**
**Ft Lauderdale, FL 33316-1109**

Date(s) debt was incurred  _

Last 4 digits of account number  **507**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.104
8**

**Nonpriority creditor's name and mailing address**

**C. Byron Law, P.L.L.C.**
**376 Macy Street**
**West Palm Beach, FL 33405**

Date(s) debt was incurred  _

Last 4 digits of account number  **0527**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.104
9**

**Nonpriority creditor's name and mailing address**

**C. David Coffey, P.A.**
**5055 SW 91st Terrace**
**Suite 101**
**Gainesville, FL 32608**

Date(s) debt was incurred  _

Last 4 digits of account number  **8965**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.105
0**

**Nonpriority creditor's name and mailing address**

**C. GILBERT PIERCE**
**P.O. Box 172312**
**Tampa, FL 33672-0312**

Date(s) debt was incurred  _

Last 4 digits of account number  **3483**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$564.39

---

**3.105
1**

**Nonpriority creditor's name and mailing address**

**C. J. VAN DELINDER**
**1701 Tigertail Ave.**
**Miami, FL 33133-3324**

Date(s) debt was incurred  _

Last 4 digits of account number  **4211**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

Debtor   **LTGF Business Trust**
_____   Case number (if known)   **2:23-bk-01538**
Name

| 3.105 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**C. Moody, P.A.**
**37 N Orange Avenue**
**Suite 500**
**Orlando, FL 32801**

Date(s) debt was incurred  _

Last 4 digits of account number  **8326**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**C. Rene Rogers, P.A.**
**501 Darby Creek Road**
**Unit 27**
**Lexington, KY 40509**

Date(s) debt was incurred  _

Last 4 digits of account number  **9023**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Cabrera Law Group, P.A.**
**7640 NW 25th Street**
**Suite 115**
**Miami, FL 33122**

Date(s) debt was incurred  _

Last 4 digits of account number  **0274**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**CADWALADER WICKERSHAM & TAFT**
**C/O Mitchell Wollsh**
**100 Maiden Lane**
**New York, NY 10038**

Date(s) debt was incurred  _

Last 4 digits of account number  **6882**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**CAHILL LAW FIRM PA**
**5290 Seminole Boulevard Suite D**
**St Petersburg, FL 33708**

Date(s) debt was incurred  _

Last 4 digits of account number  **0089**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Calandrino Law Firm, P.A.**
**P.O. Box 530**
**Winter Park, FL 32790**

Date(s) debt was incurred  _

Last 4 digits of account number  **7293**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

**3.1058**

**Nonpriority creditor's name and mailing address**
**CALDWELL PACETTI EDWARDS**
**1555 Palm Beach Lakes Boulevard**
**Suite 1200**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **398**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$7,023.77**

---

**3.1059**

**Nonpriority creditor's name and mailing address**
**CAMDEN T FRENCH**
**2033 Main Street Suite 304**
**Sarasota, FL 34237**

Date(s) debt was incurred _

Last 4 digits of account number **5932**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.1060**

**Nonpriority creditor's name and mailing address**
**CAMELIA A MARCELINO**
**289 Nepperhan Avenue Apt 11f**
**Yonkers, NY 10701-3454**

Date(s) debt was incurred _

Last 4 digits of account number **4038**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.1061**

**Nonpriority creditor's name and mailing address**
**CAMERON & SANTIAGO PLLC**
**306 N. US Highway 41**
**Ruskin, FL 33570**

Date(s) debt was incurred _

Last 4 digits of account number **3960**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.1062**

**Nonpriority creditor's name and mailing address**
**CAMNER LIPSITZ & POLLER PA**
**2665 S Bayshore Drive Suite 100**
**Miami, FL 33133-5402**

Date(s) debt was incurred _

Last 4 digits of account number **3401**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.1063**

**Nonpriority creditor's name and mailing address**
**CAMP & CAMP PA**
**111 SE 12th Street (Davie Blvd)**
**Ft Lauderdale, FL 33316-1813**

Date(s) debt was incurred _

Last 4 digits of account number **1946**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.1064**

**Nonpriority creditor's name and mailing address**
**CAMPBELL & KARLIK PA**
**3450 Northlake Boulevard Suite 200**
**Palm Beach Gardens, FL 33403**

Date(s) debt was incurred _

Last 4 digits of account number **3996**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor __**LTGF Business Trust**_____    Case number (if known) __**2:23-bk-01538**__
　　　　　Name

| 3.106 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
| **CAMPBELL & MURRAY PA** | ■ Contingent | |
| **406 N 2nd Street** | ☐ Unliquidated | |
| **Ft Pierce, FL 34950-3002** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **4956** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
| **CAMPIONE & CAMPIONE PA** | ■ Contingent | |
| **4445 Highway A1A** | ☐ Unliquidated | |
| **Suite 110** | ☐ Disputed | |
| **Vero Beach, FL 32963** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **9119** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
| **CAMPIONE & HACKNEY PA** | ■ Contingent | |
| **2750 Dora Avenue** | ☐ Unliquidated | |
| **Tavares, FL 32778** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **5873** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
| **CAMPOS & AZARNIA LLP** | ■ Contingent | |
| **7901 Southwest 6th Court Suite 120** | ☐ Unliquidated | |
| **Plantation, FL 33324** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **2452** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
| **Cancio Johnson & Echarte, PL** | ■ Contingent | |
| **Norma F. Echarte P.A.** | ☐ Unliquidated | |
| **1395 Brickell Avenue Suite 800** | ☐ Disputed | |
| **Miami, FL 33131** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **7136** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
| **CANDIDA A COBB** | ■ Contingent | |
| **2832 Fillmore Street Apt 18** | ☐ Unliquidated | |
| **Hollywood, FL 33020-4250** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **6001** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.107**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **Cannizzaro Law Firm, PL**
3350 Southwest 148th Avenue Suite 110
Miramar, FL 33027 | ■ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **8101** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.107**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|
| **CANTOR & CANTOR PA**
2526 Jardin Drive
Ft Lauderdale, FL 33327 | ■ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **3506** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.107**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|
| **Capital Abstract & Title of Coral Spring**
10101 W. Sample Road
Coral Springs, FL 33065-3937 | ■ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **5064** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.107**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **Capital Title, Inc.**
441 S. State Road 7
Suite 19D
Margate, FL 33068 | ■ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **9759** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.107**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|
| **CAPPA & CAPPA PA**
1229 Central Avenue
St Petersburg, FL 33705-1652 | ■ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **3209** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.107**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **CARA SANSONIA**
The Sansonia Law Firm PL
350 Camino Grdns Boulevard Suite 301
Boca Raton, FL 33432-5825 | ■ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **5439** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.107**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,942.77** |
|---|---|---|
| **CARDILLO KEITH & BONAQUIST**
3550 E Tamiami Trail
Naples, FL 34112 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **5086** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.107 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,234.56 |
|---|---|---|---|

**CAREY DWYER ET AL**
**2180 Southwest 12th Avenue**
**Miami, FL 33129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **741**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**CAREY LAW GROUP PA**
**1711 Worthington Road Suite 107**
**West Palm Beach, FL 33409**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **6474**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CAREY O'MALLEY WHITAKER &**
**Carey O'malley Whitaker Et Al**
**712 S. Oregon Avenue**
**Tampa, FL 33606**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **5684**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CARI A PODESTA**
**Suite 228**
**11382 Prosperity Farms Road**
**Palm Beach Gardens, FL 33410**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **7170**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CARIDAD AMORES**
**Law Offices of Caridad Amores P.A.**
**20801 Biscayne Boulevard Suite 403**
**Miami, FL 33180**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **9700**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CARL A CASCIO**
**525 NE 3rd Avenue**
**Suite 102**
**Delray Beach, FL 33444**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **0492**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

| 3.108 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**CARL G ROBERTS PA**
**6570 30th Avenue N**
**St Petersburg, FL 33710**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **4719**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**CARL G SANTANGELO**
**3300 N Federal Highway Suite 200**
**Ft Lauderdale, FL 33306**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **1401**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**CARL H. WIENBERG**
**4305 Vineland Road Suite G-15a**
**Orlando, FL 32811-7373**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **1810**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**CARL HANSON**
**48 Northeast 15th Street**
**Homestead, FL 33030**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **8422**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**CARL J MOORE**
**P.O. Box 1099**
**Palatka, FL 32178-1099**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **6694**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**CARL J ROBIE III**
**1800 2nd Street Suite 735**
**Sarasota, FL 34236-5903**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **5083**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**CARL L LAKS**
**P.O. Box 566509**
**Miami, FL 33256-6509**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **2038**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**
_____

| 3.109 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**CARL L THOMPSON JR**
**4007 Kasper Drive**
**Orlando, FL 32806-2023**

Date(s) debt was incurred  _

Last 4 digits of account number  **1324**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☐ No ☐ Yes

$100.00

---

| 3.109 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**CARL M COLLIER**
**2945 S Congress Avenue Suite A**
**Lake Worth, FL 33461-2168**

Date(s) debt was incurred  _

Last 4 digits of account number  **2763**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☐ No ☐ Yes

$100.00

---

| 3.109 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**CARL M SUGARMAN**
**7700 N. Kendall Drive**
**Suite 406**
**Miami, FL 33156**

Date(s) debt was incurred  _

Last 4 digits of account number  **5490**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☐ No ☐ Yes

$150.00

---

| 3.109 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**CARL R PENNINGTON JR**
**P.O. Box 10095**
**Tallahassee, FL 32302-2095**

Date(s) debt was incurred  _

Last 4 digits of account number  **1834**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☐ No ☐ Yes

$200.00

---

| 3.109 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**CARLA T REECE**
**8811 Northwest 16th Street**
**Pembroke Pines, FL 33024**

Date(s) debt was incurred  _

Last 4 digits of account number  **8359**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☐ No ☐ Yes

$25.00

---

| 3.109 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**CARLOS A ENRIQUEZ**
**13903 Northwest 67th Avenue Suite 340**
**Miami Lakes, FL 33014**

Date(s) debt was incurred  _

Last 4 digits of account number  **7996**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☐ No ☐ Yes

$100.00

---

Debtor  **LTGF Business Trust**                                    Case number (if known)  **2:23-bk-01538**
_____
Name

---

**3.1097**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

**CARLOS A GIL**                                              ■ Contingent
**3910 W Flagler Street Suite 100**                          ☐ Unliquidated
**Miami, FL 33134**                                          ☐ Disputed

Date(s) debt was incurred  _                                 **Basis for the claim:  Member**

Last 4 digits of account number  **6498**                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1098**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

**CARLOS A MARIN**                                            ■ Contingent
**255 Alhambra Circle Suite 701**                            ☐ Unliquidated
**Coral Gables, FL 33134**                                   ☐ Disputed

Date(s) debt was incurred  _                                 **Basis for the claim:  Member**

Last 4 digits of account number  **5991**                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1099**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

**CARLOS A MUNOZ**                                            ■ Contingent
**CARLOS A MUNOZ PA**                                         ☐ Unliquidated
**10691 N KENDALL DR STE 207**                               ☐ Disputed
**MIAMI, FL 33176**

Date(s) debt was incurred  _                                 **Basis for the claim:  Member**

Last 4 digits of account number  **5974**                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1100**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$59.79**

**CARLOS A RODRIGUEZ**                                        ☐ Contingent
**1455 Southwest 27th Avenue**                               ☐ Unliquidated
**Miami, FL 33145-1234**                                     ☐ Disputed

Date(s) debt was incurred  _                                 **Basis for the claim:  Member**

Last 4 digits of account number  **7570**                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1101**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$100.00**

**CARLOS A TRIAY**                                            ■ Contingent
**2301 NW 87th Avenue**                                       ☐ Unliquidated
**Suite 501**                                                ☐ Disputed
**Doral, FL 33172**

Date(s) debt was incurred  _                                 **Basis for the claim:  Member**

Last 4 digits of account number  **8009**                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1102**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

**CARLOS A ZIEGENHIRT**                                       ■ Contingent
**150 Alhambra Circle Suite 1240**                           ☐ Unliquidated
**Coral Gables, FL 33134**                                   ☐ Disputed

Date(s) debt was incurred  _                                 **Basis for the claim:  Member**

Last 4 digits of account number  **5511**                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1103**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

**CARLOS C DEL AMO**                                          ■ Contingent
**3211 Ponce De Leon Boulevard**                             ☐ Unliquidated
**Suite 200**                                                ☐ Disputed
**Coral Gables, FL 33134**

Date(s) debt was incurred  _                                 **Basis for the claim:  Member**

Last 4 digits of account number  **4687**                    Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.110 4**

**Nonpriority creditor's name and mailing address**

**CARLOS C LOPEZ-AGUIAR**
Carlos C. Lopez-Aguiar P.A.
2300 Coral Way Suite 1
Miami, FL 33145-3511

Date(s) debt was incurred _

Last 4 digits of account number **7907**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

**CARLOS E CASUSO**
Suite 1129 Two Datran Center
9130 S Dadeland Boulevard
Miami, FL 33156

Date(s) debt was incurred _

Last 4 digits of account number **6497**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

**CARLOS GARCIA PA**
500 S. Dixie Highway
Suite 202
Coral Gables, FL 33146

Date(s) debt was incurred _

Last 4 digits of account number **7969**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.110 7**

**Nonpriority creditor's name and mailing address**

**CARLOS J ARBOLEYA JR PA**
2550 S Dixie Highway
Coconut Grove, FL 33133-3137

Date(s) debt was incurred _

Last 4 digits of account number **5013**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

**CARLOS J VILLANUEVA**
Law Offces Carlos J Villanueva
2100 Ponce De Leon Boulevard Suite 600
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number **9148**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

**CARLOS L FERNANDEZ**
9485 Southwest 72nd Street Suite A204
Miami, FL 33173-3228

Date(s) debt was incurred _

Last 4 digits of account number **8721**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.111 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
|---|---|---|---|

**Carlos Luis Hernandez, P.A.**
P.O. Box 565367
Miami, FL 33256

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **9232**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $75.00 |
|---|---|---|---|

**CARLOS M MACHADO PA**
1200 Brickell Avenue
Suite 950
Miami, FL 33131

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **1544**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18.26 |
|---|---|---|---|

**CARLOS M RIPPES**
24 East 5th Street Suite 2-E
Hialeah, FL 33010

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7769**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
|---|---|---|---|

**CARLOS M TORNERO**
P O Box 025752
Miami, FL 33102

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4856**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
|---|---|---|---|

**CARLOS MARIN-ROSA**
13743 Dornoch Drive
Orlando, FL 32828-8815

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8747**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
|---|---|---|---|

**CARLOS R CASO**
2525 Ponce De Leon Boulevard
Suite 300
Coral Gables, FL 33134

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6551**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
|---|---|---|---|

**Carlos Santisteban, Jr. P.A.**
3127 Ponce De Leon Boulevard
Coral Gables, FL 33134

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7218**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

| 3.111 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CARLOS SANTOS**
**3970 W Flagler Street Suite 203**
**Miami, FL 33134**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7097**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CARLOS ZALDIVAR PA**
**2701 S Bayshore Drive Suite 315**
**Miami, FL 33133**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **9641**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CARLSON & SASADU PA**
**5421 Northeast 16 Terrace**
**Ft Lauderdale, FL 33334**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5038**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CARLTON FIELDS PA**
**Barnett Tower 23rd Floor**
**200 Central Avenue**
**St Petersburg, FL 33701**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2032**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,566.74 |
|---|---|---|---|

**CARLTON FIELDS PA**
**4221 W. Boyscout Blvd.**
**Suite 1000**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2032**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**CARLTON R REICHERT**
**P.O. Box 61627**
**Orlando, FL 32861-6277**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5675**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

**CARLY R VAN DOX**
**3964 E Paradise View Drive**
**Paradise Valley, AZ 85253**

Date(s) debt was incurred _

Last 4 digits of account number  **0999**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

**CARMEN COELLO HARDEN**
**3600 S SR Suite 7 Suite 234**
**Miramar, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number  **7850**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

**CARMEN CUADRADO FERREIRA**
**6262 Bird Road Suite 2b**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number  **9070**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

**CARMEN L SANTAMARIA ESQ**
**10250 Southwest 56th Street Suite C102**
**Miami, FL 33165**

Date(s) debt was incurred _

Last 4 digits of account number  **4053**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112 7**

**Nonpriority creditor's name and mailing address**

**CARMEN LUBBECKE PA**
**715 N. Washington Boulevard**
**Suite B**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number  **8286**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112 8**

**Nonpriority creditor's name and mailing address**

**CARNAL & MANSFIELD PA**
**6528 Central Avenue**
**Suite B**
**St Petersburg, FL 33707**

Date(s) debt was incurred _

Last 4 digits of account number  **9632**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112 9**

**Nonpriority creditor's name and mailing address**

**Carnright Velasquez, P.A.**
**12150 Southwest 128 Court Suite 209**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number  **9677**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**
_____

| 3.113 0 | **Nonpriority creditor's name and mailing address** **CAROL A PERANTIE** 12811 Spice Box Way Hudson, FL 34667-4911 Date(s) debt was incurred _ Last 4 digits of account number **8208** | **As of the petition filing date, the claim is:** *Check all that apply.* ■ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Member** Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |

| 3.113 1 | **Nonpriority creditor's name and mailing address** **CAROL A. MCNAMARA** 8329 Gandy Way Orlando, FL 32810-2858 Date(s) debt was incurred _ Last 4 digits of account number **7524** | **As of the petition filing date, the claim is:** *Check all that apply.* ■ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Member** Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |

| 3.113 2 | **Nonpriority creditor's name and mailing address** **CAROL B HAIGHT** 4744 Socean Boulevard Th#9 Boca Raton, FL 33487 Date(s) debt was incurred _ Last 4 digits of account number **6831** | **As of the petition filing date, the claim is:** *Check all that apply.* ■ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Member** Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

| 3.113 3 | **Nonpriority creditor's name and mailing address** **CAROL C MURPHY** P.O. Box 1084 Lakeland, FL 33802-1084 Date(s) debt was incurred _ Last 4 digits of account number **4615** | **As of the petition filing date, the claim is:** *Check all that apply.* ■ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Member** Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

| 3.113 4 | **Nonpriority creditor's name and mailing address** **CAROL CAPRI KALLICHE** 3111 Stirling Road 2nd Floor Ft Lauderdale, FL 33312 Date(s) debt was incurred _ Last 4 digits of account number **429** | **As of the petition filing date, the claim is:** *Check all that apply.* ■ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Member** Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |

| 3.113 5 | **Nonpriority creditor's name and mailing address** **CAROL CROSSWELL** 5200 N. Ocean Drive, Apt 101 Singer Island, FL 33404-2615 Date(s) debt was incurred _ Last 4 digits of account number **5796** | **As of the petition filing date, the claim is:** *Check all that apply.* ■ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Member** Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**
_____

---

| 3.113 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**CAROL F KEYS**
**2321 Laguna Circle**
**#1009**
**North Miami Beach, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number  **6858**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

| 3.113 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**CAROL H SLOANE**
**30 Anasazi Trails Loop**
**Placitas, NM 87043-8760**

Date(s) debt was incurred _

Last 4 digits of account number  **9377**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| 3.113 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**CAROL M BAST**
**310 W Reading Way**
**Winter Park, FL 32789-6054**

Date(s) debt was incurred _

Last 4 digits of account number  **2320**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| 3.113 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**CAROL MACMILLAN STANLEY**
**Macmillan & Stanley P.L.L.C.**
**29 Northeast 4th Avenue**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number  **3318**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,155.06**

---

| 3.114 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**CAROL N DAVIS**
**104 S Old Dixie Highway**
**Lady Lake, FL 32159-4349**

Date(s) debt was incurred _

Last 4 digits of account number  **6094**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

| 3.114 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**CAROL S WAXLER**
**518 Southwest 3rd Street Suite 101**
**Stuart, FL 34994-2026**

Date(s) debt was incurred _

Last 4 digits of account number  **3547**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| 3.114 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**CAROL W JONES**
**106 Avenue F Southwest**
**Winter Haven, FL 33880**

Date(s) debt was incurred _

Last 4 digits of account number  **7160**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.114 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**CAROL-LEE KAPLAN**
**7704 Cedarwood Circle**
**Boca Raton, FL 33434**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **2445**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**CAROLANN MAZZA PA**
**12 Southeast 7th Street Suite 704**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **1749**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**CAROLE ARONSON PA**
**1500 Gateway Boulevard**
**Suite 220**
**Boynton Beach, FL 33426**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **5916**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**CAROLINA A COLLADO PA**
**5200 Southwest 8th Street Suite 250**
**Miami, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6522**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**CAROLINA GORMAN**
**2500 N Federal Highway Suite 201a**
**Ft Lauderdale, FL 33305**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **5589**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**CAROLINE WHITE**
**1995 E Oakland Park Boulevard Suite 300**
**Ft Lauderdale, FL 33306**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **9353**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.114
9**

**Nonpriority creditor's name and mailing address**

**CAROLYN A SMITH SAKOLSKY**
**5233 Fisher Island Drive**
**Fisher Island, FL 33109**

Date(s) debt was incurred _

Last 4 digits of account number  **4747**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.115
0**

**Nonpriority creditor's name and mailing address**

**CAROLYN J B LAWRENCE PA**
**690 Deltona Boulevard**
**Deltona, FL 32725-8020**

Date(s) debt was incurred _

Last 4 digits of account number  **8404**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.115
1**

**Nonpriority creditor's name and mailing address**

**CAROLYN J KAHRS**
**7801 Mitchell Boulevard**
**Trinity, FL 34655**

Date(s) debt was incurred _

Last 4 digits of account number  **7749**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.115
2**

**Nonpriority creditor's name and mailing address**

**CAROLYN MYERS-SIMMONDS**
**100 2nd Avenue S Suite 1100 Nt-41**
**Stpetersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number  **5868**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.115
3**

**Nonpriority creditor's name and mailing address**

**CAROLYNE J ADAMS**
**104 Brookhollow Drive**
**Flat Rock, NC 28731-8519**

Date(s) debt was incurred _

Last 4 digits of account number  **7668**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.115
4**

**Nonpriority creditor's name and mailing address**

**CARR & SCHNELL**
**2889 51st Avenue S**
**St Petersburg, FL 33712**

Date(s) debt was incurred _

Last 4 digits of account number  **3682**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.115
5**

**Nonpriority creditor's name and mailing address**

**CARRIE S LAVARGNA**
**401 Southeast Osceola Street Suite 101**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number  **2375**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.115 6**

**Nonpriority creditor's name and mailing address**

**CARROL F DILLON**
**6200 S Tamiami Trail**
**Sarasota, FL 34231-3933**

Date(s) debt was incurred _

Last 4 digits of account number **2855**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,293.63**

---

**3.115 7**

**Nonpriority creditor's name and mailing address**

**CARROLL S BARCO**
**P.O. Box 5411**
**Winter Park, FL 32793-5411**

Date(s) debt was incurred _

Last 4 digits of account number **6241**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.115 8**

**Nonpriority creditor's name and mailing address**

**CARRY & CARRY PA**
**644 Southeast 4th Avenue**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **5085**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.115 9**

**Nonpriority creditor's name and mailing address**

**CARTER & CARTER PA**
**P.O. Box 121**
**Debary, FL 32713-0121**

Date(s) debt was incurred _

Last 4 digits of account number **13**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

**CARTER & CLENDENIN**
**7419 US Highway 19**
**New Port Richey, FL 34652-1240**

Date(s) debt was incurred _

Last 4 digits of account number **7684**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.116 1**

**Nonpriority creditor's name and mailing address**

**CARTER A BRADFORD**
**304 E Colonial Drive**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **3832**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.116 2**

**Nonpriority creditor's name and mailing address**

**CARTER H PARRY JR**
**1001 3rd Avenue West**
**Suite 350 Barnett Bank Center**
**Bradenton, FL 34205-7841**

Date(s) debt was incurred _

Last 4 digits of account number **5356**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor   **LTGF Business Trust**                                  Case number (if known)   **2:23-bk-01538**
         Name

---

| 3.116 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**CARVER & POPE**
**5340 Central Avenue**
**St Petersburg, FL 33707-6130**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __4033__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |

**CARVER DARDEN KORETZKY**
**151 W. Main Street**
**Suite 200**
**Pensacola, FL 32502**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __4313__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**CARY & CARY**
**138 W Palmetto Park Road**
**Boca Raton, FL 33432**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __7446__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**CARY A HARDEE II**
**P.O. Drawer 450**
**Madison, FL 32341-0450**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __8728__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**CARY D GLICKSTEIN**
**277 Southeast 5th Avenue**
**Delray Beach, FL 33483-5206**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __3907__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Cary Law Firm, L.L.C.**
**5536 Hansel Avenue**
**Orlando, FL 32809**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __0092__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

**CASAGRANDE & ASSOCIATES PA**
**100 Second Avenue N Suite 240**
**St Peterwburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number  **5347**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

**CASANOVA & KUCERA PLLC**
**1108 Kane Concourse**
**Suite 206**
**Miami Beach, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number  **6144**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

**CASEY & MOLCHAN PA**
**3601 Northeast 17th Avenue**
**Oakland Park, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number  **4572**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117 2**

**Nonpriority creditor's name and mailing address**

**CASEY CIKLIN LUBITZ MARTENS**
**Attn: Bob Crane R E Department**
**515 N. Flagler Drive, 20th Floor**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **6501**

As of the petition filing date, the claim is: *Check all that apply.*

$275.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117 3**

**Nonpriority creditor's name and mailing address**

**CASEY W MILLS**
**600 S Andrews Avenue Suite 600**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **2615**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117 4**

**Nonpriority creditor's name and mailing address**

**CASEY WILLIAM COUGHLIN PA**
**2350 Northwest 95th Avenue**
**Coral Springs, FL 33065-4978**

Date(s) debt was incurred _

Last 4 digits of account number  **8406**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117 5**

**Nonpriority creditor's name and mailing address**

**CASEY WOLFF**
**Parkway Financial Center**
**2150 Goodlette Road 6th Floor**
**Naples, FL 33940**

Date(s) debt was incurred _

Last 4 digits of account number  **7201**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **LTGF Business Trust**                                          Case number (if known)    **2:23-bk-01538**
_____Name

| 3.117 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 |

**CASORIA & GOFF PA**
**1040 Bayview Drive Suite 600**
**Ft Lauderdale, FL 33304-2532**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __3854__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**CASSANDRA RACINE RIGAUD PA**
**9090 NW 16 Street**
**Plantation, FL 33322**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __0066__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**CASTANEDA & SCHUTT PL**
**760 W Sample Road Suite 10**
**Pompano Beach, FL 33064**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __2949__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Castillo Law, P.L.L.C.**
**4300 S. Jog Road**
**#540463**
**Greenacres, FL 33454**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __0153__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |

**CASTRO & RAMIREZ LLC**
**1805 Ponce De Leon Boulevard**
**Penthouse 1 , Suite 500**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __7794__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Cathcart Law Group, P.A.**
**225 S. Westmonte Drive**
**Suite 1160**
**Altamonte Springs, FL 32714**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __6715__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number *(if known)* **2:23-bk-01538**

---

| 3.118 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**CATHERINE B PALUMBO**
Huddleston & Palumbo P.A.
112 W New Haven Avenue
Melbourne, FL 32901

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0756**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Catherine Blackburn**
Blackburn Law Firm P.L.L.C.
5210 1st Avenue N.
St Petersburg, FL 33710

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8426**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**CATHERINE CATLETT COLLINS**
14070 Gleneagle Drive
Colorado Springs, CO 80921

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**CATHERINE E GOUZE**
700 Dockview Way Apt 1424
Tampa, FL 33602-6734

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0388**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**CATHERINE HOMA ARTHER**
200 S Orange Avenue 10th Floor Legal
Orlando, FL 32801

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1769**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**CATHI C WILKINSON PL**
2940 Kerry Forest Parkway Suite 103
Tallahassee, FL 32309

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5654**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**CATHLEEN SCOTT**
Cathleen Scott P.A.
250 S Central Boulevard Suite 104a
Jupiter, FL 33458

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8974**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.118 9**

**Nonpriority creditor's name and mailing address**
**CATLIN SAXON EVANS FINK KOLSKI**
**2600 Douglas Road Suite 1003**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **8146**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.119 0**

**Nonpriority creditor's name and mailing address**
**CAUTHEN OLDHAM & ASSOCIATES PA**
**131 W. Main Street**
**Tavares, FL 32778-3809**

Date(s) debt was incurred  _

Last 4 digits of account number  **6302**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$162.50

---

**3.119 1**

**Nonpriority creditor's name and mailing address**
**Cava Law, L.L.C.**
**1390 S. Dixie Highway**
**Suite 1107**
**Coral Gables, FL 33146**

Date(s) debt was incurred  _

Last 4 digits of account number  **0538**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.119 2**

**Nonpriority creditor's name and mailing address**
**CAVERO & ASSOCIATES PA**
**50 Menores Avenue Suite 506**
**Coral Gables, FL 33134-4034**

Date(s) debt was incurred  _

Last 4 digits of account number  **8607**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.119 3**

**Nonpriority creditor's name and mailing address**
**CAZEAU LINTON BARNES LLC**
**633 Northeast 167th Street Suite 1025**
**N Miami Beach, FL 33162**

Date(s) debt was incurred  _

Last 4 digits of account number  **3117**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.119 4**

**Nonpriority creditor's name and mailing address**
**CELIA E DEIFIK**
**1100 Fifth Avenue South**
**Suite 308**
**Naples, FL 34102**

Date(s) debt was incurred  _

Last 4 digits of account number  **7852**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.119 5**

**Nonpriority creditor's name and mailing address**

**CELIA GORE PA**
**250 Catalonia Avenue Suite 501**
**Coral Gables, FL 33134**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2164**

**As of the petition filing date, the claim is:** *Check all that apply.*                                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119 6**

**Nonpriority creditor's name and mailing address**

**Central Florida Title Group, LLC**
**d/b/a Waterfront Title & Escrow**
**7380 W. Sand Lake Road, Suite 500**
**Orlando, FL 32819**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1698**

**As of the petition filing date, the claim is:** *Check all that apply.*                                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119 7**

**Nonpriority creditor's name and mailing address**

**CESAR GOMEZ**
**12001 SW 119th Street**
**Miami, FL 33186**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8255**

**As of the petition filing date, the claim is:** *Check all that apply.*                                $1.72

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119 8**

**Nonpriority creditor's name and mailing address**

**CESAR R CAMACHO**
**Attn: Legal Department - Cont Bk Buildin**
**1801 SW 1st Street**
**Miami, FL 33135**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6428**

**As of the petition filing date, the claim is:** *Check all that apply.*                                $200.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119 9**

**Nonpriority creditor's name and mailing address**

**CESAR RAFAEL SORDO**
**3191 Coral Way 3rd Floor**
**Miami, FL 33145**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8051**

**As of the petition filing date, the claim is:** *Check all that apply.*                                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120 0**

**Nonpriority creditor's name and mailing address**

**CHAD L GATES**
**Band Law Group PL**
**1 South School Avenue Suite 500**
**Sarasota, FL 34237**

**Date(s) debt was incurred** _

**Last 4 digits of account number  9714**

**As of the petition filing date, the claim is:** *Check all that apply.*                                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120 1**

**Nonpriority creditor's name and mailing address**

**CHAD M ALTIERI**
**28th Flr-Mrngside Entertainmnt**
**201 S Biscayne Boulevard**
**Miami, FL 33131**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4839**

**As of the petition filing date, the claim is:** *Check all that apply.*                                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor      **LTGF Business Trust**
_____      Case number (*if known*)    **2:23-bk-01538**
Name

---

**3.120 2**

**Nonpriority creditor's name and mailing address**
**CHAD M MCCLENATHEN**
Chad M. McClenathen P.A.
1820 Ringling Boulevard
Sarasota, FL 34236

**Date(s) debt was incurred** _

**Last 4 digits of account number  7977**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.120 3**

**Nonpriority creditor's name and mailing address**
**Champions Title Services, L.L.C.**
1248 Seven Springs Boulevard
Unit A
New Port Richey, FL 34655

**Date(s) debt was incurred** _

**Last 4 digits of account number  7477**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.120 4**

**Nonpriority creditor's name and mailing address**
**CHANDLER LANG HASWELL & COLE**
P.O. Box 5877
Gainesville, FL 32627-5877

**Date(s) debt was incurred** _

**Last 4 digits of account number  283**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$450.00

---

**3.120 5**

**Nonpriority creditor's name and mailing address**
**Channell Law Group**
1306 York Circle
Melbourne, FL 32904

**Date(s) debt was incurred** _

**Last 4 digits of account number  8714**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.120 6**

**Nonpriority creditor's name and mailing address**
**CHAPIN BALLERANO & CHESLACK PL**
Boca Village Corporate Center
4855 Technology Way, Suite 530
Boca Raton, FL 33431

**Date(s) debt was incurred** _

**Last 4 digits of account number  6856**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$375.00

---

**3.120 7**

**Nonpriority creditor's name and mailing address**
**CHAPMAN CHAPMAN & CHAPMAN PA**
1920 Golf Street
Sarasota, FL 34236-6908

**Date(s) debt was incurred** _

**Last 4 digits of account number  4080**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$375.00

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.120 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**CHAPMAN GALLE PLC**
13501 Southshore Boulevard
Suite 103
Wellington, FL 33414

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4805**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**CHARLENE D KELLEY**
833 Northeast 19th Terrace
Ft Lauderdale, FL 33304-3033

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7928**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**CHARLES A COOMES**
4106 Lillian Hall Lane
Orlando, FL 32812

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4064**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**CHARLES A CURRAN PA**
P.O. Box 549
Carrabelle, FL 32322-0549

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6786**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**CHARLES A DEHLINGER PA**
260 Maitland Avenue Suite 1500
Altamonte Springs, FL 32701-5510

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5555**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,652.48 |
|---|---|---|---|

**CHARLES A FINKEL**
1125 Groveland Hills Drive
Tallahassee, FL 32317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1278**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**CHARLES A GOULD JR**
P.O. Box 40-3573
Miami Beach, FL 33140-1573

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **838**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.121 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**CHARLES A HALL**
P.O. Box 1617
Tryon, NC 28782

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __3274__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**CHARLES A HOUNCHELL PA**
607 W Bay Street
Tampa, FL 33606

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __6075__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**CHARLES A MCMURRY**
910 N Duval Street
Tallahassee, FL 32303-4932

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __8296__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**CHARLES A WILLIAMS JR**
1701 Northwest 80th Boulevard Suite 102
Gainesville, FL 32606

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __358__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Charles A. Kohler, Esquire**
476 N. State Road A1A
Suite 2A
Satellite Beach, FL 32937

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __9162__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,062.17** |
|---|---|---|---|

**CHARLES B BUTMAN**
8551 W. Sunrise Boulevard
Suite 300
Plantation, FL 33322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __5930__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**CHARLES B LEWIS**
Rt 1 Box 190
Saluda, NC 28773-9734

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __4526__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**LTGF Business Trust**_____    Case number (if known) __**2:23-bk-01538**__
　　　　　Name

---

| 3.122<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**CHARLES B P SELLAR**
**P O Box 492722**
**Leesburg, FL 34749-2722**

Date(s) debt was incurred _

Last 4 digits of account number __**2054**__

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122<br>3 | Nonpriority creditor's name and mailing address | | $100.00 |
|---|---|---|---|

**CHARLES B RICH**
**100 Charles Park Road**
**West Roxbury, MA 02132**

Date(s) debt was incurred _

Last 4 digits of account number __**6606**__

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122<br>4 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**CHARLES B. GOLDMAN**
**2308 N.E. 7th Street**
**Hallandale, FL 33009-2875**

Date(s) debt was incurred _

Last 4 digits of account number __**8373**__

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122<br>5 | Nonpriority creditor's name and mailing address | | $200.00 |
|---|---|---|---|

**CHARLES C HOFFMAN**
**1115 Southwest 75th Way**
**Gainesville, FL 32607-4914**

Date(s) debt was incurred _

Last 4 digits of account number __**2102**__

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122<br>6 | Nonpriority creditor's name and mailing address | | $75.00 |
|---|---|---|---|

**CHARLES C LEHMAN PA**
**5455 Jaeger Road Suite B**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number __**7172**__

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122<br>7 | Nonpriority creditor's name and mailing address | | $225.00 |
|---|---|---|---|

**CHARLES C SHERRILL PA**
**P.O. Box 12316**
**Pensacola, FL 32591-2316**

Date(s) debt was incurred _

Last 4 digits of account number __**7945**__

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name                                          Case number (if known)    **2:23-bk-01538**

---

| 3.122 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**

**CHARLES D BARNARD**
**Charles D. Barnard P.A.**
**2370 Wilton Drive**
**Wilton Manors, FL 33305**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6639**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

**CHARLES D FRANKEN**
**California Federal Building**
**8181 W Broward Boulevard Suite 360**
**Plantation, FL 33324**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4858**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*    **$200.00**

**CHARLES D GEORGE**
**2346 Haddob Hall Pl**
**Clearwater, FL 33764-7510**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3284**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

**CHARLES D MINER PA**
**5120 Curry Ford Road**
**Orlando, FL 32812**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7552**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

**CHARLES D ROBBINS JR**
**98 Golden Gate Drive**
**Pooler, GA 31322-9427**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6019**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*    **$200.00**

**CHARLES D WILDER**
**159 Lookout Pl Suite 101**
**Maitland, FL 32751**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7683**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*    **$6,434.96**

**CHARLES E BERK**
**1485 SE 59th Street**
**Ocala, FL 34480-5056**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7062**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

**CHARLES E BUTLER III**
**6574 N. State Road 7**
**Suite 384**
**Coconut Creek, FL 33073**

Date(s) debt was incurred _

Last 4 digits of account number **6408**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.123 6**

**Nonpriority creditor's name and mailing address**

**CHARLES E GARRIS**
**819 Beachland Boulevard**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number **1247**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.123 7**

**Nonpriority creditor's name and mailing address**

**CHARLES E GEARY**
**27 E Ocean Boulevard**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number **1570**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.123 8**

**Nonpriority creditor's name and mailing address**

**CHARLES E H BECK**
**4265 Central Avenue Suite 65**
**St Petersburg, FL 33713-8230**

Date(s) debt was incurred _

Last 4 digits of account number **5019**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.123 9**

**Nonpriority creditor's name and mailing address**

**CHARLES E HEIM JR**
**2040 Highway A1A Suite 201**
**Indian Harbour Beach, FL 32937-3566**

Date(s) debt was incurred _

Last 4 digits of account number **3541**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.124 0**

**Nonpriority creditor's name and mailing address**

**CHARLES E PAOLI JR**
**4720 N 35th Street**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **22**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$14,156.89

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.124 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,389.06 |

**CHARLES E PELLICER**
**1510 N. Ponce de Leon Blvd.**
**Suite B**
**St Augustine, FL 32084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1142**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**CHARLES E PETTIT**
**408 Southeast 17th Street Suite 228**
**Ft Lauderdale, FL 33316**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7239**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**CHARLES E SAMMONS**
**600 Northeast 98th Street**
**Miami Shores, FL 33138**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0939**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**CHARLES E. SCHUH**
**248 Mirror Lake Drive N.**
**St. Petersburg, FL 33701-3224**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  3649**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**CHARLES EVANS DAVIS**
**P.O. Box 568984**
**Orlando, FL 32856-8984**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  56**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**CHARLES F ATWOOD III**
**111 Southwest 3rd Street Suite 102**
**Miami, FL 33130-1924**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4361**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**CHARLES F DECKER**
**10209 Gulf Boulevard Suite B**
**Treasure Island, FL 33706-4810**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1233**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.124 8**

**Nonpriority creditor's name and mailing address**

**CHARLES F MILLS**
**13008 Lawson Road**
**Little Rock, AR 72210-2719**

Date(s) debt was incurred _

Last 4 digits of account number **7226**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.124 9**

**Nonpriority creditor's name and mailing address**

**CHARLES F ROBINSON**
**410 S Lincoln Avenue**
**Clearwater, FL 33756-5826**

Date(s) debt was incurred _

Last 4 digits of account number **3780**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.125 0**

**Nonpriority creditor's name and mailing address**

**CHARLES F WHEELER**
**P.O. Box 1744**
**Venice, FL 34284-1744**

Date(s) debt was incurred _

Last 4 digits of account number **6215**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,611.71**

---

**3.125 1**

**Nonpriority creditor's name and mailing address**

**CHARLES G BRACKINS**
**11990 San Vicente Boulevard Suite 240**
**Los Angeles, CA 90049**

Date(s) debt was incurred _

Last 4 digits of account number **8151**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$127.61**

---

**3.125 2**

**Nonpriority creditor's name and mailing address**

**CHARLES G DEMARCO PA**
**P.O. Box 8531**
**Reno, NV 89507-8531**

Date(s) debt was incurred _

Last 4 digits of account number **4098**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.125 3**

**Nonpriority creditor's name and mailing address**

**CHARLES G EDWARDS**
**7920 US Highway 19**
**Port Richey, FL 34668-3404**

Date(s) debt was incurred _

Last 4 digits of account number **7505**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$23,727.32**

---

**3.125 4**

**Nonpriority creditor's name and mailing address**

**CHARLES GENER**
**701 Southwest 36th Avenue**
**Miami, FL 33125**

Date(s) debt was incurred _

Last 4 digits of account number **5178**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,871.20**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

| 3.125 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CHARLES H BALL AND ASSOCIATES**
**1444 1st Street**
**Sarasota, FL 34236-5705**

Date(s) debt was incurred _

Last 4 digits of account number **3836**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,678.45**

---

| 3.125 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CHARLES H DAMSEL JR PA**
**601 N Dixie Highway Suite B**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **8742**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.125 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CHARLES H GELMAN**
**25 SE 2nd Avenue**
**Suite 1025**
**Miami, FL 33131-1604**

Date(s) debt was incurred _

Last 4 digits of account number **7370**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.125 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CHARLES H MONAST**
**6860 Southwest 10th Street**
**Plantation, FL 33317-4201**

Date(s) debt was incurred _

Last 4 digits of account number **2353**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.125 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CHARLES H SANFORD**
**3003 Cardinal Drive**
**Suite B**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number **9105**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.126 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CHARLES H WEBB**
**P.O. Box 1849**
**Anna Maria, FL 34216**

Date(s) debt was incurred _

Last 4 digits of account number **6149**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.126 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CHARLES H. OATES**
**1308 Depaul Way**
**Virginia Beach, VA 23464-4612**

Date(s) debt was incurred _

Last 4 digits of account number **4447**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.126 2**

**Nonpriority creditor's name and mailing address**

**CHARLES HAGAN JR**
**15664 Bromeliad Road**
**Bokeelia, FL 33922-1819**

Date(s) debt was incurred _

Last 4 digits of account number **6677**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

**CHARLES I HOLDEN JR**
**2772 Northwest 43th Street Suite S**
**Gainesville, FL 32603**

Date(s) debt was incurred _

Last 4 digits of account number **6385**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

**CHARLES IRWIN KAPLAN**
**1300 Eden Drive**
**Ft. Worth, TX 76117-6115**

Date(s) debt was incurred _

Last 4 digits of account number **4816**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

**CHARLES J CHEVES**
**120 Castile Street**
**Venice, FL 34285**

Date(s) debt was incurred _

Last 4 digits of account number **4390**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

**CHARLES J FOSCHINI**
**777 Brickell Avenue Suite 1000**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **3834**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.126 7**

**Nonpriority creditor's name and mailing address**

**CHARLES J GOLDMAN**
**601 S Federal Highway**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number **4287**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.126 8**

**Nonpriority creditor's name and mailing address**
**CHARLES J HARDEE III**
**1117 Harbert Street**
**Tallahassee, FL 32303-6418**

Date(s) debt was incurred _

Last 4 digits of account number  **6315**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.126 9**

**Nonpriority creditor's name and mailing address**
**CHARLES J KALETA JR**
**721 Tibidabo Avenue**
**Coral Gables, FL 33143-6226**

Date(s) debt was incurred _

Last 4 digits of account number  **9683**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.127 0**

**Nonpriority creditor's name and mailing address**
**CHARLES J KANE**
**301 Yamato Road Suite 3160**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **5813**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.127 1**

**Nonpriority creditor's name and mailing address**
**CHARLES J SAVIO**
**12300 US Highway 19 N**
**Hudson, FL 34667**

Date(s) debt was incurred _

Last 4 digits of account number  **8262**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.127 2**

**Nonpriority creditor's name and mailing address**
**CHARLES J. CRIST, JR.**
**P.O. Box 391**
**St. Petersburg, FL 33731-0391**

Date(s) debt was incurred _

Last 4 digits of account number  **7677**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.127 3**

**Nonpriority creditor's name and mailing address**
**CHARLES K RUSE JR**
**500 Northeast 8th Avenue**
**Ocala, FL 34470**

Date(s) debt was incurred _

Last 4 digits of account number  **236**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.127 4**

**Nonpriority creditor's name and mailing address**
**CHARLES L BIGELOW JR**
**P.O. Box 938**
**Ft Myers, FL 33902-0938**

Date(s) debt was incurred _

Last 4 digits of account number  **3369**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$8,793.61**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.127
5**

**Nonpriority creditor's name and mailing address**

**CHARLES L JAFFEE
7301-A W. Palmetto Park Road
Suite 305C
Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number **6263**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.127
6**

**Nonpriority creditor's name and mailing address**

**CHARLES L SIECK
1700 S Dixie Highway Suite 203
Boca Raton, FL 33432-7406**

Date(s) debt was incurred _

Last 4 digits of account number **635**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.127
7**

**Nonpriority creditor's name and mailing address**

**CHARLES LEA HUME
Suite 1600 Barnett Tower
701 Brickell Avenue
Miami, FL 33131-2827**

Date(s) debt was incurred _

Last 4 digits of account number **1259**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.127
8**

**Nonpriority creditor's name and mailing address**

**CHARLES M DEMOS
16211 Northeast 12th Avenue Suite 2
North Miami Beach, FL 33162-4522**

Date(s) debt was incurred _

Last 4 digits of account number **1779**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.127
9**

**Nonpriority creditor's name and mailing address**

**CHARLES M FAHLBUSCH
3443 Oak Drive
Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **6180**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.128
0**

**Nonpriority creditor's name and mailing address**

**CHARLES M HILL III
7911 Northwest 72nd Avenue Suite 115
Medley, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number **6155**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.128
1**

**Nonpriority creditor's name and mailing address**

**CHARLES M JONES
8119 Almeria Road
Fort Myers, FL 33967**

Date(s) debt was incurred _

Last 4 digits of account number **2599**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.128 2**

Nonpriority creditor's name and mailing address

**CHARLES M MILLIGAN**
P.O. Box 596
Williston, FL 32696-0596

Date(s) debt was incurred _

Last 4 digits of account number  **5492**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$175.00**

---

**3.128 3**

Nonpriority creditor's name and mailing address

**CHARLES M PIGOTT**
330 US Highway One Suite 2
Lake Park, FL 33403

Date(s) debt was incurred _

Last 4 digits of account number  **8478**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.128 4**

Nonpriority creditor's name and mailing address

**CHARLES O MORGAN JR**
1300 Northwest 167th Street
Miami, FL 33169-5738

Date(s) debt was incurred _

Last 4 digits of account number  **8160**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.128 5**

Nonpriority creditor's name and mailing address

**CHARLES O. PARKS, JR.**
P.O. Box 40011
St. Petersburg, FL 33743-0011

Date(s) debt was incurred _

Last 4 digits of account number  **2773**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$690.72**

---

**3.128 6**

Nonpriority creditor's name and mailing address

**CHARLES P HOSKIN**
445 E Government Street
Pensacola, FL 32501

Date(s) debt was incurred _

Last 4 digits of account number  **7856**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$175.00**

---

**3.128 7**

Nonpriority creditor's name and mailing address

**CHARLES P JOHNSON JR**
P.O. Box 460639
Ft Lauderdale, FL 33346-0639

Date(s) debt was incurred _

Last 4 digits of account number  **4844**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.128 8**

Nonpriority creditor's name and mailing address

**Charles P. Castellon, P.A.**
8810 Commodity Circle Suite 27
Orlando, FL 32819

Date(s) debt was incurred _

Last 4 digits of account number  **6830**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.1289**

**Nonpriority creditor's name and mailing address**
**CHARLES PERRY**
**1100 Cleveland Street Suite 900**
**Clearwater, FL 34615**

Date(s) debt was incurred _

Last 4 digits of account number **4129**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.1290**

**Nonpriority creditor's name and mailing address**
**CHARLES R BURNETT**
**701 W Cypress Creek Road Suite 302**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number **5672**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.1291**

**Nonpriority creditor's name and mailing address**
**CHARLES R FORMAN**
**P.O. Box 159**
**Ocala, FL 32678-0159**

Date(s) debt was incurred _

Last 4 digits of account number **7060**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.1292**

**Nonpriority creditor's name and mailing address**
**CHARLES R L WHITE**
**941 N Highway A1A**
**Jupiter, FL 33477**

Date(s) debt was incurred _

Last 4 digits of account number **5666**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.1293**

**Nonpriority creditor's name and mailing address**
**CHARLES R MAYER**
**P.O. Box 267**
**Highland City, FL 33846-0267**

Date(s) debt was incurred _

Last 4 digits of account number **3492**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.1294**

**Nonpriority creditor's name and mailing address**
**CHARLES R MEADOR JR**
**50 Fairview Boulevard**
**Ft Myers Beach, FL 33931**

Date(s) debt was incurred _

Last 4 digits of account number **6687**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.129 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**CHARLES R MORGENSTEIN**
**1761 W Hillsboro Boulevard Suite 328**
**Deerfield Beach, FL 33442**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **1675**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**CHARLES R ROWE**
**1310 N Krome Avenue**
**Homestead, FL 33030-4207**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **4386**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Charles R. Hayes, P.A.**
**2590 Northbrooke Plaza Drive**
**Suite 303**
**Naples, FL 34119**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **7734**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**CHARLES R. SILVERS**
**2430 30th Avenue N**
**St Petersburg, FL 33713**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **6057**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**CHARLES RESTREPO**
**1327 SE 2nd Avenue**
**Ft Lauderdale, FL 33316**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **5742**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**CHARLES RYAN HICKMAN**
**240 10th Street**
**West Palm Beach, FL 33401-3502**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **7325**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**CHARLES S DALE JR**
**414 NE 4th Street**
**Ft Lauderdale, FL 33301**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **8520**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **LTGF Business Trust** |
| | Name |

Case number (*if known*)   **2:23-bk-01538**

---

**3.130 2**

**Nonpriority creditor's name and mailing address**

**CHARLES S WHITE PA**
**104 N. Evers Street**
**Suite 201**
**Plant City, FL 33563**

Date(s) debt was incurred _

Last 4 digits of account number  **3088**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$4,664.61

---

**3.130 3**

**Nonpriority creditor's name and mailing address**

**CHARLES T DILLON**
**P.O. Box 277**
**Scottville, MI 49454-0277**

Date(s) debt was incurred _

Last 4 digits of account number  **6164**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.130 4**

**Nonpriority creditor's name and mailing address**

**CHARLES T MOORE**
**2570 W Int'L Speedway Boulevard**
**Daytona Beach, FL 32114**

Date(s) debt was incurred _

Last 4 digits of account number  **546**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.130 5**

**Nonpriority creditor's name and mailing address**

**Charles T. Douglas, Jr., PA**
**DBA The Douglas Law Firm**
**1301 St. Johns Avenue**
**Palatka, FL 32177**

Date(s) debt was incurred _

Last 4 digits of account number  **8667**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.130 6**

**Nonpriority creditor's name and mailing address**

**CHARLES TINDELL PA**
**406 N Wild Olive Avenue**
**Daytona Beach, FL 32118-3938**

Date(s) debt was incurred _

Last 4 digits of account number  **3135**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.130 7**

**Nonpriority creditor's name and mailing address**

**CHARLES W BATTISTI**
**250 Catalonia Avenue Suite 304**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **3339**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$14,500.29

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.130 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**CHARLES W KELLER**
P.O. Box 3061
Orlando, FL 32802-3061

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4661**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**CHARLES W LITTELL**
4041 Northwest 37th Pl Suite B
Gainesville, FL 32606-6177

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **531**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**CHARLES W WEBB**
5285 Riverwood Avenue
Sarasota, FL 34231-4241

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4756**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**CHARLES Z KALCHMAN**
323 Sunny Isles Boulevard
Suite 700
Sunny Isles Beach, FL 33160

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0554**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**CHARLIE LUCKIE JR PA**
P.O. Box 69
Dade City, FL 33526-0069

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4729**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**CHARLOTTE E. KARLAN**
7700 N. Kendall Dr.
Miami, FL 33156-7564

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8158**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**CHARLOTTE F ABINGTON**
305 Edgewater Drive
Dunedin, FL 34698

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0969**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

**CHARLOTTE H DANCIU**
**202 N Swinton Avenue**
**Delray Beach, FL 33444**

Date(s) debt was incurred _

Last 4 digits of account number **7061**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.131 6**

**Nonpriority creditor's name and mailing address**

**CHARLOTTE J BARKAN**
**16750 Northeast 10th Avenue Apt 201**
**North Miami Beach, FL 33162-2669**

Date(s) debt was incurred _

Last 4 digits of account number **1086**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.131 7**

**Nonpriority creditor's name and mailing address**

**CHARLOTTE ROSITA ADDERLEY**
**123 N Kentucky Avenue Suite 219**
**Lakeland, FL 33801**

Date(s) debt was incurred _

Last 4 digits of account number **7996**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.131 8**

**Nonpriority creditor's name and mailing address**

**CHARMAINE C POWELL**
**20401 Northwest 2nd Avenue Suite 201**
**Miami, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number **4989**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.131 9**

**Nonpriority creditor's name and mailing address**

**CHARMAINE J COMPROSKY PA**
**2310 E Atlantic Boulevard Suite 204**
**Pompano Beach, FL 33062**

Date(s) debt was incurred _

Last 4 digits of account number **4628**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.132 0**

**Nonpriority creditor's name and mailing address**

**CHARNELLE H SUMMERS JR**
**P.O. Box 1026**
**Key Largo, FL 33037-1026**

Date(s) debt was incurred _

Last 4 digits of account number **7731**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.132
1**

**Nonpriority creditor's name and mailing address**

**CHASE FREEMAN PA**
**250 Colonial Center Parkway Suite 250**
**Lake Mary, FL 32746**

Date(s) debt was incurred _

Last 4 digits of account number **9659**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132
2**

**Nonpriority creditor's name and mailing address**

**CHASE LAW PA**
**700 71st Street**
**Miami Beach, FL 33141**

Date(s) debt was incurred _

Last 4 digits of account number **6528**

As of the petition filing date, the claim is: *Check all that apply.*    **$75.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132
3**

**Nonpriority creditor's name and mailing address**

**CHAVI F HERTZ**
**4340 N Bay Road**
**Miami Beach, FL 33140-2855**

Date(s) debt was incurred _

Last 4 digits of account number **5070**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132
4**

**Nonpriority creditor's name and mailing address**

**CHEFFY PASSIDOMO**
**821 5th Avenue S.**
**Suite 201**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number **8515**

As of the petition filing date, the claim is: *Check all that apply.*    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132
5**

**Nonpriority creditor's name and mailing address**

**CHENG-SHOU WANG**
**6122 Katella Avenue**
**Cypress, CA 90630**

Date(s) debt was incurred _

Last 4 digits of account number **0288**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132
6**

**Nonpriority creditor's name and mailing address**

**CHENLAW PA**
**2719 S Maguire Road**
**Ocoee, FL 34761**

Date(s) debt was incurred _

Last 4 digits of account number **6722**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132
7**

**Nonpriority creditor's name and mailing address**

**CHERI JOHNSON WRIGHT**
**154 Avenue H SE**
**Suite 2**
**Winter Haven, FL 33880-3271**

Date(s) debt was incurred _

Last 4 digits of account number **8339**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.132 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$350.00** |
|---|---|---|---|

**CHERN & SEVIN**
Chern & Sevin
1313 Ponce De Leon Boulevard, Suite 301
Coral Gables, FL 33134-3433

**Date(s) debt was incurred** _

**Last 4 digits of account number** **691**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**Cherry Edgar & Smith, P.A.**
8409 N. Military Trail
Suite 123
Palm Beach Gardens, FL 33410

**Date(s) debt was incurred** _

**Last 4 digits of account number** **8701**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**CHERYL K LAING**
P.O. Box 28355
Panama City Beach, FL 32411-8355

**Date(s) debt was incurred** _

**Last 4 digits of account number** **3460**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|

**CHERYL S. SCHREIBER**
5600 Sheridan Street
Hollywood, FL 33021-3240

**Date(s) debt was incurred** _

**Last 4 digits of account number** **6363**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.00** |
|---|---|---|---|

**Chesser & Barr, P.A.**
D Michael Chesser
1201 Eglin Parkway, Suite A
Shalimar, FL 32579-1206

**Date(s) debt was incurred** _

**Last 4 digits of account number** **6015**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**CHESTER CLEM PA**
2145 15th Avenue
Vero Beach, FL 32960-3435

**Date(s) debt was incurred** _

**Last 4 digits of account number** **6484**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | | Case number (*if known*) | **2:23-bk-01538** |
| | Name | | | | |

---

**3.133 4**

**Nonpriority creditor's name and mailing address**

**CHESTER E CLEM PA**
**C/O Clem Polackwich Et Al**
**3333 20th Street**
**Vero Beach, FL 32960-4230**

Date(s) debt was incurred _

Last 4 digits of account number **7440**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$4,909.82

---

**3.133 5**

**Nonpriority creditor's name and mailing address**

**CHESTER J TROW**
**1301 Northeast 14th Street**
**Ocala, FL 34470-4541**

Date(s) debt was incurred _

Last 4 digits of account number **8086**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$175.00

---

**3.133 6**

**Nonpriority creditor's name and mailing address**

**CHESTER J TROW PA**
**1301 NE 14th Street**
**Ocala, FL 34470-4641**

Date(s) debt was incurred _

Last 4 digits of account number **9268**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.133 7**

**Nonpriority creditor's name and mailing address**

**CHET A. THARPE**
**302 N. Michigan Avenue Suite 10**
**Plant City, FL 33566-3459**

Date(s) debt was incurred _

Last 4 digits of account number **8400**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.133 8**

**Nonpriority creditor's name and mailing address**

**CHILLDON & CHILLDON**
**309 Rubens Drive**
**Nokomis, FL 34275**

Date(s) debt was incurred _

Last 4 digits of account number **1460**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$275.00

---

**3.133 9**

**Nonpriority creditor's name and mailing address**

**CHILLINGWORTH & CONWAY PA**
**Brandywine Center One**
**580 Village Boulevard Suite 160**
**West Palm Beach, FL 33409**

Date(s) debt was incurred _

Last 4 digits of account number **6531**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.134 0**

**Nonpriority creditor's name and mailing address**

**CHIUMENTO & GUNTHARP PA**
**145 City Place**
**Suite 301**
**Palm Coast, FL 32164-2481**

Date(s) debt was incurred _

Last 4 digits of account number **5003**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$325.00

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.134 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **Chluski Law** | ■ Contingent | |
| **1200 N. Federal Highway** | ☐ Unliquidated | |
| **Suite 200** | ☐ Disputed | |
| **Boca Raton, FL 33432** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number **0456** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.134 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **CHRIS CADENHEAD** | ■ Contingent | |
| **P.O. Box 727** | ☐ Unliquidated | |
| **Crestview, FL 32536-0727** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number **8210** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.134 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **CHRIS G MCEWAN** | ■ Contingent | |
| **4395 Stillwater Drive** | ☐ Unliquidated | |
| **Merritt Island, FL 32952-6321** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number **8000** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.134 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **CHRIS KEITH** | ■ Contingent | |
| **7301a W Palmetto Park Road Suite 305c** | ☐ Unliquidated | |
| **Boca Raton, FL 33433** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number **4609** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.134 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|
| **CHRIS M VORBECK** | ■ Contingent | |
| **4470 Northgate Court** | ☐ Unliquidated | |
| **Sarasota, FL 34234** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number **9325** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.134 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **CHRIS M. LIMBEROPOULOS** | ■ Contingent | |
| **14310 North Dale Mabry Highway** | ☐ Unliquidated | |
| **Suite 260** | ☐ Disputed | |
| **Tampa, FL 33618-2059** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number **8514** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **LTGF Business Trust**                                            Case number (if known)    **2:23-bk-01538**
_____
Name

| | |
|---|---|

**3.134 7**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

**CHRIS S EGAN**
**P.O. Box 1794**                                                                      ☑ Contingent
**Silver Springs, FL 34489-1794**                                                      ☐ Unliquidated
                                                                                       ☐ Disputed
Date(s) debt was incurred  _

Last 4 digits of account number  **8115**                                              Basis for the claim:  **Member**

                                                                                       Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.134 8**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

**CHRISTI R ROMERO PA**
**2518 Burnsed Boulevard**                                                             ☑ Contingent
**Suite 325**                                                                          ☐ Unliquidated
**The Villages, FL 32163**                                                             ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0609**                                              Basis for the claim:  **Member**

                                                                                       Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.134 9**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*          **$50.00**

**CHRISTIAN B FELDEN**
**3838 Tamiami Trail N Suite 416**                                                     ☑ Contingent
**Naples, FL 34103**                                                                   ☐ Unliquidated
                                                                                       ☐ Disputed
Date(s) debt was incurred  _

Last 4 digits of account number  **8524**                                              Basis for the claim:  **Member**

                                                                                       Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.135 0**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

**Christian Carrazana, P.A.**
**P.O. Box 700130**                                                                    ☑ Contingent
**Miami, FL 33170-0130**                                                               ☐ Unliquidated
                                                                                       ☐ Disputed
Date(s) debt was incurred  _

Last 4 digits of account number  **9201**                                              Basis for the claim:  **Member**

                                                                                       Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.135 1**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

**Christian Cruz, P.A.**
**225 Southeast 15th Terrace**                                                         ☑ Contingent
**Deerfield Beach, FL 33441**                                                          ☐ Unliquidated
                                                                                       ☐ Disputed
Date(s) debt was incurred  _

Last 4 digits of account number  **7566**                                              Basis for the claim:  **Member**

                                                                                       Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.135 2**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

**Christian Marcelli, P.A.**
**146 2nd Street North**                                                               ☑ Contingent
**St Petersburg, FL 33701**                                                            ☐ Unliquidated
                                                                                       ☐ Disputed
Date(s) debt was incurred  _

Last 4 digits of account number  **7417**                                              Basis for the claim:  **Member**

                                                                                       Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.135 3**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

**CHRISTIAN N FOLLAND**
**940 Lincoln Road Suite 319**                                                         ☑ Contingent
**Miami Beach, FL 33139**                                                              ☐ Unliquidated
                                                                                       ☐ Disputed
Date(s) debt was incurred  _

Last 4 digits of account number  **4299**                                              Basis for the claim:  **Member**

                                                                                       Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **LTGF Business Trust**
　　　　　　Name

Case number (*if known*)    **2:23-bk-01538**

---

**3.135 4**

Nonpriority creditor's name and mailing address
**CHRISTIAN N SCHOLIN**
**477 S Rosemary Avenue Suite 319**
**West Palm Beach, FL 33401-5798**

Date(s) debt was incurred _

Last 4 digits of account number  **6820**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.135 5**

Nonpriority creditor's name and mailing address
**CHRISTIANE G MENDE**
**P O Box 212164**
**Royal Palm Beach, FL 33421**

Date(s) debt was incurred _

Last 4 digits of account number  **0191**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.135 6**

Nonpriority creditor's name and mailing address
**CHRISTIANE PITTALUGA**
**P.O. Box 6143**
**Delray Beach, FL 33482**

Date(s) debt was incurred _

Last 4 digits of account number  **7529**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.135 7**

Nonpriority creditor's name and mailing address
**CHRISTIANSEN & DEHNER PA**
**63 Sarasota Center Boulevard Suite 107**
**Sarasota, FL 34240**

Date(s) debt was incurred _

Last 4 digits of account number  **6571**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.135 8**

Nonpriority creditor's name and mailing address
**CHRISTIANSEN JACKNIN &**
**P.O. Box 3346**
**West Palm Beach, FL 33402-3346**

Date(s) debt was incurred _

Last 4 digits of account number  **5369**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.135 9**

Nonpriority creditor's name and mailing address
**CHRISTIE S JONES**
**P.O. Box 41100**
**St Petersburg, FL 33743-1100**

Date(s) debt was incurred _

Last 4 digits of account number  **2316**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.136 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**CHRISTIN M OLIVIE**
**537 S Dearborn Street Apt 13b**
**Chicago, IL 60605**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7048**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**CHRISTINE A CROUSILLAT PA**
**841 Northeast 95th Street**
**Miami Shores, FL 33138**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2516**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**CHRISTINE LONG POTTER**
**1st American Title Insurance Company**
**11 N Summerlin Avenue**
**Orlando, FL 32801**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8528**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**CHRISTINE M HORN**
**3469 W Boynton Beach Boulevard Suite 15**
**Boynton Beach, FL 33436-4639**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2505**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**CHRISTINE M MORENO**
**4450 Southeast Federal Highway**
**Stuart, FL 34997-4131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5389**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Christman Law, P.L.**
**44 Dolphin Place**
**Freeport, FL 32439**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7142**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**CHRISTOPHER A ANSELMO**
**2901 W State Road 434 Suite 131**
**Longwood, FL 32779**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7284**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.136 7**

Nonpriority creditor's name and mailing address

**CHRISTOPHER A ROCHE**
**229 N. Collier Boulevard**
**Suite 8**
**Marco Island, FL 34145**

Date(s) debt was incurred _

Last 4 digits of account number  **8575**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.136 8**

Nonpriority creditor's name and mailing address

**CHRISTOPHER B KNOX**
**300 S. Pine Island Road**
**Suite 201**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **6462**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.136 9**

Nonpriority creditor's name and mailing address

**CHRISTOPHER B WALDERA**
**5800 Overseas Highway**
**Suite 7**
**Marathon, FL 33050**

Date(s) debt was incurred _

Last 4 digits of account number  **6050**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.137 0**

Nonpriority creditor's name and mailing address

**CHRISTOPHER D HALE PA**
**2821 E. Commercial Boulevard**
**Suite 213**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **5182**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.137 1**

Nonpriority creditor's name and mailing address

**CHRISTOPHER D JOHNSTON**
**P.O. Box 14121**
**Tallahassee, FL 32317-4121**

Date(s) debt was incurred _

Last 4 digits of account number  **6124**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.137 2**

Nonpriority creditor's name and mailing address

**CHRISTOPHER D MORRISSEY**
**P.O. Box 50757**
**Jacksonville Beach, FL 32240**

Date(s) debt was incurred _

Last 4 digits of account number  **3978**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.137 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CHRISTOPHER D NILES**
**2400 E Commercial Boulevard Suite 208**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **8140**

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$7,175.10**

---

| 3.137 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CHRISTOPHER D PATTERSON**
**6030 Hollywood Boulevard Suite 110**
**Hollywood, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number  **4964**

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.137 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CHRISTOPHER D SMITH PA**
**1561 Lakefront Drive**
**Suite 204**
**Sarasota, FL 34240**

Date(s) debt was incurred _

Last 4 digits of account number  **0304**

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.137 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CHRISTOPHER D VASALLO**
**12394 Southwest 82nd Avenue**
**Pinecrest Postal Store, FL 33156-5255**

Date(s) debt was incurred _

Last 4 digits of account number  **8064**

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.137 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CHRISTOPHER DESROCHERS**
**2504 Avenue G NW**
**Winter Haven, FL 33880**

Date(s) debt was incurred _

Last 4 digits of account number  **5222**

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.137 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CHRISTOPHER E BROOME**
**P.O. Box 729**
**Titusville, FL 32781-0729**

Date(s) debt was incurred _

Last 4 digits of account number  **8453**

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.137 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CHRISTOPHER F TODD**
**6865 Southwest 18th Street Suite 110**
**Boca Raton, FL 33433-7056**

Date(s) debt was incurred _

Last 4 digits of account number  **5235**

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **LTGF Business Trust** | | |
|---|---|---|---|
| | Name | | |

Case number (if known)    **2:23-bk-01538**

---

**3.138 0**

**Nonpriority creditor's name and mailing address**
**CHRISTOPHER H COOK**
**107 Thornton Drive**
**Palm Beach Gardens, FL 33418**

Date(s) debt was incurred  _

Last 4 digits of account number  **374**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,916.65**

---

**3.138 1**

**Nonpriority creditor's name and mailing address**
**CHRISTOPHER H SAIA PA**
**1031 Ives Dairy Road Suite 218**
**Miami, FL 33179**

Date(s) debt was incurred  _

Last 4 digits of account number  **0167**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.138 2**

**Nonpriority creditor's name and mailing address**
**CHRISTOPHER J CONA PA**
**3080 Tamiami Trail E**
**Naples, FL 34112**

Date(s) debt was incurred  _

Last 4 digits of account number  **1583**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.138 3**

**Nonpriority creditor's name and mailing address**
**CHRISTOPHER J GERTZ PA**
**888 S Andrews Avenue Suite 204**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred  _

Last 4 digits of account number  **2433**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.138 4**

**Nonpriority creditor's name and mailing address**
**CHRISTOPHER J RYAN PA**
**700 E Dania Beach Boulevard 3rd Floor**
**Dania Beach, FL 33004-3090**

Date(s) debt was incurred  _

Last 4 digits of account number  **6799**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.138 5**

**Nonpriority creditor's name and mailing address**
**CHRISTOPHER J SCHILLING**
**12765 Forest Hill Boulevard Suite 1302**
**Wellington, FL 33414**

Date(s) debt was incurred  _

Last 4 digits of account number  **7561**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.138 6**

**Nonpriority creditor's name and mailing address**
**CHRISTOPHER J THIEL**
**7821 Little Road**
**New Port Richey, FL 34654-5404**

Date(s) debt was incurred  _

Last 4 digits of account number  **7034**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.138 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**CHRISTOPHER J TWOHEY**
844 Southeast Ocean Boulevard Suite A
Stuart, FL 34994

Date(s) debt was incurred _

Last 4 digits of account number  **2173**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CHRISTOPHER JAMES KEITH**
1500 Northwest 49th Street Suite 500
Spectrum 1500 Building
Ft Lauderdale, FL 33309-3779

Date(s) debt was incurred _

Last 4 digits of account number  **3656**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CHRISTOPHER K CASWELL PA**
3700 S Tamiami Trail Stuite 200
Sarasota, FL 34239

Date(s) debt was incurred _

Last 4 digits of account number  **1897**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CHRISTOPHER M HUNTER**
111 Second Avenue Northeast Suite 202
St Petersburg, FL 33701

Date(s) debt was incurred _

Last 4 digits of account number  **7997**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Christopher M. Galeta, P.A.**
631 US Highway One
Suite 300
North Palm Beach, FL 33408

Date(s) debt was incurred _

Last 4 digits of account number  **0635**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CHRISTOPHER N DAVIES**
2375 Tamiami Trail N Suite 308
Naples, FL 34103-4439

Date(s) debt was incurred _

Last 4 digits of account number  **3862**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**CHRISTOPHER P KELLEY**
11098 Biscayne Boulevard
Suite 205
Miami, FL 33161

Date(s) debt was incurred _

Last 4 digits of account number  **8266**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**
_____

| 3.139 4 | **Nonpriority creditor's name and mailing address**<br>**CHRISTOPHER RANIERI**<br>**10900 Northwest 14th Street**<br>**Coral Springs, FL 33071-8222**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **4032** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |
|---|---|---|---|
| 3.139 5 | **Nonpriority creditor's name and mailing address**<br>**CHRISTOPHER W HAYES**<br>**Kilgore Pearlman Et Al P.A.**<br>**2 South Orange Avenue 5th Floor**<br>**Orlando, FL 32801**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **5918** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |
| 3.139 6 | **Nonpriority creditor's name and mailing address**<br>**Christopher W. Adamec, P.A.**<br>**46 Tuscan Way Suite 304**<br>**St Augustine, FL 32092**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **7890** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |
| 3.139 7 | **Nonpriority creditor's name and mailing address**<br>**CHRISTY BRADY JANSSEN PA**<br>**120 S Olive Avenue Suite 504**<br>**West Palm Beach, FL 33401**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **7499** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |
| 3.139 8 | **Nonpriority creditor's name and mailing address**<br>**CIBRAN ELJAIEK & LOPEZ PL**<br>**2601 S Bayshore Drive Suite 700**<br>**Coconut Grove, FL 33133**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **7216** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$50.00** |
| 3.139 9 | **Nonpriority creditor's name and mailing address**<br>**CINDY A BARWELL**<br>**1300 Southwest 20th Street**<br>**Boca Raton, FL 33486**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **5601** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.140 0**

**Nonpriority creditor's name and mailing address**

**Cintron & Hogan, P.A.**
**317 Whitehead Street**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number  **9112**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.140 1**

**Nonpriority creditor's name and mailing address**

**CIVIL TRIAL PRACTICE PA**
**152 Northeast 167th Street Suite 300**
**Miami, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number  **9708**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.140 2**

**Nonpriority creditor's name and mailing address**

**CJ Law, L.L.C.**
**303 Banyan Boulevard**
**Suite 303**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **0133**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.140 3**

**Nonpriority creditor's name and mailing address**

**CJ National Title, L.L.C.**
**2803 Gulf To Bay Boulevard**
**Suite 431**
**Clearwater, FL 33759-4014**

Date(s) debt was incurred _

Last 4 digits of account number  **9185**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.140 4**

**Nonpriority creditor's name and mailing address**

**CLARA DEL RISCO**
**10620 Griffin Road**
**Suite 102**
**Cooper City, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number  **5597**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.140 5**

**Nonpriority creditor's name and mailing address**

**Clara Vertes**
**12384 SW 82nd Avenue**
**Pinecrest, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **7060**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.140 6**

**Nonpriority creditor's name and mailing address**

**CLARDY LAW FIRM PA**
**P.O. Box 2410**
**Crystal River, FL 34423-2410**

Date(s) debt was incurred _

Last 4 digits of account number  **3678**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.140 7**

**Nonpriority creditor's name and mailing address**
**CLARE COLLERAN-MCKENRY**
**1140 S Alhambra Circle**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **8557**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.140 8**

**Nonpriority creditor's name and mailing address**
**CLARENCE STEINER**
**2509 Swanson Avenue**
**Coconut Grove, FL 33131-3850**

Date(s) debt was incurred _

Last 4 digits of account number **3463**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.140 9**

**Nonpriority creditor's name and mailing address**
**CLARFIELD & OKON PA**
**500 S. Australian Avenue**
**Suite 700**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **5722**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.141 0**

**Nonpriority creditor's name and mailing address**
**CLARK CAMPBELL MAWHINNEY**
**500 S. Florida Avenue**
**Suite 800**
**Lakeland, FL 33801**

Date(s) debt was incurred _

Last 4 digits of account number **7772**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.141 1**

**Nonpriority creditor's name and mailing address**
**CLARK PARTINGTON HART LARRY**
**P.O. Box 13010**
**Pensacola, FL 32591-3010**

Date(s) debt was incurred _

Last 4 digits of account number **5599**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,340.40**

---

**3.141 2**

**Nonpriority creditor's name and mailing address**
**CLAUDE B. ARRINGTON**
**3070 Hawks Glen**
**Tallahassee, FL 32312-1747**

Date(s) debt was incurred _

Last 4 digits of account number **7365**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Debtor **LTGF Business Trust**                                    Case number (if known) **2:23-bk-01538**
      Name

---

**3.141 3**

**Nonpriority creditor's name and mailing address**
**CLAUDE DORSY**
**7740 Southwest 104th Street Suite 200**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **8060**

As of the petition filing date, the claim is: *Check all that apply.*                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141 4**

**Nonpriority creditor's name and mailing address**
**CLAUDE R MOULTON PA**
**2014 N Laura Street**
**Jacksonville, FL 32206**

Date(s) debt was incurred _

Last 4 digits of account number **6914**

As of the petition filing date, the claim is: *Check all that apply.*                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141 5**

**Nonpriority creditor's name and mailing address**
**CLAUDE R WALKER**
**Guilday Tucker Schwartz Et Al**
**P.O. Box 12500**
**Tallahassee, FL 32317-2500**

Date(s) debt was incurred _

Last 4 digits of account number **5983**

As of the petition filing date, the claim is: *Check all that apply.*                $50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141 6**

**Nonpriority creditor's name and mailing address**
**CLAUDETTE A PELLETIER**
**P.O. Box 644041**
**Vero Beach, FL 32964-4041**

Date(s) debt was incurred _

Last 4 digits of account number **4638**

As of the petition filing date, the claim is: *Check all that apply.*                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141 7**

**Nonpriority creditor's name and mailing address**
**CLAUDIA C CARRILLO**
**1560 Lyndale Boulevard**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number **7258**

As of the petition filing date, the claim is: *Check all that apply.*                $50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141 8**

**Nonpriority creditor's name and mailing address**
**CLAUDIA H DUFFEY**
**The Atrium Suite 300**
**1515 N Federal Highway**
**Boca Raton, FL 33432-1994**

Date(s) debt was incurred _

Last 4 digits of account number **7689**

As of the petition filing date, the claim is: *Check all that apply.*                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141 9**

**Nonpriority creditor's name and mailing address**
**CLAUDIO RIVERA**
**Claudio Rivera P.A.**
**P.O. Box 166018**
**Miami, FL 33116**

Date(s) debt was incurred _

Last 4 digits of account number **4023**

As of the petition filing date, the claim is: *Check all that apply.*                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**
_____   Case number (if known)   **2:23-bk-01538**
Name

---

| 3.142 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**Clavelo Law L.L.C.**
**900 West 49th Street Suite 204**
**Hialeah, FL 33012**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member **

Last 4 digits of account number  **9040**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |

**CLAYTON & MCCULLOH**
**1065 Maitland Center Commons Boulevard**
**Maitland, FL 32751**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member **

Last 4 digits of account number  **6300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**CLAYTON H BLANCHARD JR PA**
**35 E. Pinehurst Boulevard**
**Eustis, FL 32726-6338**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member **

Last 4 digits of account number  **2156**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |

**CLAYTON J M ADKINSON**
**P.O. Box 1207**
**Defuniak Springs, FL 32435-1207**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member **

Last 4 digits of account number  **456**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**CLAYTON J MYNARD PL**
**202 S Rome Avenue Suite 100**
**Tampa, FL 33606**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member **

Last 4 digits of account number  **7142**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,591.76** |

**CLAYTON-JOHNSTON PA**
**18 Northwest 33rd Court**
**Gainesville, FL 32607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member **

Last 4 digits of account number  **48**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**Clear Harbor Title, LLC**
**1112 Channelside Drive**
**Suite 6**
**Tampa, FL 33602**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member **

Last 4 digits of account number  **1596**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.142 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Clear Title Partners dba Clear Title**
324 N. Dale Mabry Hwy
Suite 300
Tampa, FL 33609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __0985__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Clear2Close Title & Escrow, L.L.C.**
814 W. Lantana Road
Suite 2B
Lantana, FL 33462

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __0233__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Clerge Law Office, P.L.L.C.**
1451 W. Cypress Creek Road
Suite 300
Ft Lauderdale, FL 33309

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __0344__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**CLIFFORD KING**
P.O. Box 2704
Sarasota, FL 34236

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __0870__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**CLIFFORD M ABLES III PA**
551 S Commerce Avenue
Sebring, FL 33870

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __7182__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**CLIFFORD M STEIN**
5345 Pine Tree Drive
Miami Beach, FL 33140

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __6905__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.143 3**

**Nonpriority creditor's name and mailing address**

**CLIFFORD R OPP JR**
**1001 E Baker Street Suite 201**
**Plant City, FL 33539**

Date(s) debt was incurred _

Last 4 digits of account number **7419**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.143 4**

**Nonpriority creditor's name and mailing address**

**CLIFFORD R RHOADES PA**
**2141 Lakeview Drive**
**Sebring, FL 33870**

Date(s) debt was incurred _

Last 4 digits of account number **7386**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$275.00**

---

**3.143 5**

**Nonpriority creditor's name and mailing address**

**CLIFTON A LIVINGSTON PA**
**201 E Davis Boulevard**
**Tampa, FL 33606-3728**

Date(s) debt was incurred _

Last 4 digits of account number **7240**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.143 6**

**Nonpriority creditor's name and mailing address**

**CLIFTON L HOWELL JR**
**532 Sandy Hook Road**
**Treasure Island, FL 33706-1213**

Date(s) debt was incurred _

Last 4 digits of account number **2574**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.143 7**

**Nonpriority creditor's name and mailing address**

**CLINTON E FOSTER**
**P.O. Box 2236**
**Panama City, FL 32402-2236**

Date(s) debt was incurred _

Last 4 digits of account number **4440**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.143 8**

**Nonpriority creditor's name and mailing address**

**CLIVE M RYAN PA**
**13615 S Dixie Highway Suite 114-567**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number **7108**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.143 9**

**Nonpriority creditor's name and mailing address**

**Closings.Com, Inc.**
**1124 Kane Concourse**
**Bay Harbor Islands, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number **5065**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.1440**

**Nonpriority creditor's name and mailing address**

**CLYDE N WELLS JR**
P.O. Box 56530
Jacksonville, FL 32241-6530

Date(s) debt was incurred _

Last 4 digits of account number  **8451**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.1441**

**Nonpriority creditor's name and mailing address**

**CLYNE & SELF PA**
**Famu Office of The Gerl Counsel**
**1601 S Mlk Jr Boulevard**
Tallahassee, FL 32307-3100

Date(s) debt was incurred _

Last 4 digits of account number  **5380**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.1442**

**Nonpriority creditor's name and mailing address**

**CMO Law Group, L.L.C.**
P.O. Box 78
Ft Lauderdale, FL 33302

Date(s) debt was incurred _

Last 4 digits of account number  **8516**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.1443**

**Nonpriority creditor's name and mailing address**

**Coastal Land Title, L.L.C.**
**14620 Perdido Key Drive**
**Suite 100**
Pensacola, FL 32507

Date(s) debt was incurred _

Last 4 digits of account number  **9646**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.1444**

**Nonpriority creditor's name and mailing address**

**COBB & COLE**
**149 S. Ridgewood Avenue**
**Suite 700**
Daytona Beach, FL 32114-2491

Date(s) debt was incurred _

Last 4 digits of account number  **6**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25,556.85**

---

**3.1445**

**Nonpriority creditor's name and mailing address**

**COBLE WOODS WEBSTER BUSH**
**595 W Granada Boulevard Suite A**
Ormond Beach, FL 32174

Date(s) debt was incurred _

Last 4 digits of account number  **1164**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$6,373.53**

---

| | |
|---|---|
| Debtor | **LTGF Business Trust** |
| | Name |

Case number (if known)   **2:23-bk-01538**

---

**3.144 6**

**Nonpriority creditor's name and mailing address**
**CODILIS & STAWIARSKI PA**
**4010 Boy Scout Boulevard Suite 450**
**Tampa, FL 33607**

Date(s) debt was incurred _

Last 4 digits of account number  **7296**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.144 7**

**Nonpriority creditor's name and mailing address**
**COE & BROBERG**
**223 Peruvian Avenue**
**Palm Beach, FL 33480-4635**

Date(s) debt was incurred _

Last 4 digits of account number  **2975**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.144 8**

**Nonpriority creditor's name and mailing address**
**COE BROBERG & AUSTIN LLP**
**223 Peruvian Avenue**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number  **7982**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.144 9**

**Nonpriority creditor's name and mailing address**
**COHEN & BOBOTAS**
**Mellon Financial Center**
**1111 Brickell Avenue Suite 2920**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **9066**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.145 0**

**Nonpriority creditor's name and mailing address**
**COHEN & DEPAUL PA**
**Attn: Wedny J. Depaul**
**8875 Hidden River Parkway Suite 300**
**Tampa, FL 33637-2087**

Date(s) debt was incurred _

Last 4 digits of account number  **3089**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.145 1**

**Nonpriority creditor's name and mailing address**
**COHEN & GREENBERG LLC**
**2883 Executive Park Drive**
**Suite 200**
**Weston, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number  **9127**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.145 2**

**Nonpriority creditor's name and mailing address**
**COHEN & GRIGSBY PC**
**Mercato**
**9110 Strada Place, Suite 6200**
**Naples, FL 34108-2938**

Date(s) debt was incurred _

Last 4 digits of account number **7545**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.145 3**

**Nonpriority creditor's name and mailing address**
**COHEN & MAZZARANTANI PA**
**C/O Martin Cohen**
**15751 Sheridan Street Suite 124**
**Ft Lauderdale, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number **6826**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.145 4**

**Nonpriority creditor's name and mailing address**
**COHEN & OWENS PA**
**Broward Financial Center**
**500 E. Broward Boulevard, Suite 1400**
**Ft Lauderdale, FL 33394**

Date(s) debt was incurred _

Last 4 digits of account number **1698**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.145 5**

**Nonpriority creditor's name and mailing address**
**COHEN BERKE BERNSTEIN BRODIE**
**2601 S Bayshore Drive 19th Floor**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **7830**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.145 6**

**Nonpriority creditor's name and mailing address**
**COHEN BERKE BERNSTEIN BRODIE**
**C/O Michael A Berke**
**200 S Biscayne Boulevard Suite 4000**
**Miami, FL 33131-2398**

Date(s) debt was incurred _

Last 4 digits of account number **7978**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.145 7**

**Nonpriority creditor's name and mailing address**
**COHEN CONWAY COPELAND KLETT**
**3399 PGA Boulevard Suite 480**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number **7085**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.145 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,306.07** |
|---|---|---|---|

**COHEN FOX PA**
**201 S Biscayne Boulevard**
**Suite 850**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4527**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Cohen Legal Group of Florida, PLLC**
**1250 S. Pine Island Road**
**Suite 375**
**Plantation, FL 33324**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0736**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**COHEN NORRIS SCHERER**
**712 US Highway 1**
**Suite 400**
**North Palm Beach, FL 33408-7146**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7159**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$931.45** |
|---|---|---|---|

**COHEN SHAPIRO POLISHER ET AL**
**22nd Floor Psfs Building**
**12 S 12th Street**
**Philadelphia, PA 19107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5362**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**COHN & COHN PA**
**P.O. Box 3424**
**Tampa, FL 33601**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4651**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**COHRS MCQUEEN & FORD PA**
**800 Second Avenue S Suite 380**
**St Petersburg, FL 33701**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3885**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.146 4**

Nonpriority creditor's name and mailing address
**Cole, Scott & Kissane, P.A.**
**9150 S. Dadeland Boulevard**
**Suite 1400**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **0740**

As of the petition filing date, the claim is: Check all that apply.                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146 5**

Nonpriority creditor's name and mailing address
**COLEEN O HENDERSON**
**1836 Southwest 22nd Terrace**
**Miami, FL 33145-3822**

Date(s) debt was incurred _

Last 4 digits of account number **8131**

As of the petition filing date, the claim is: Check all that apply.                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146 6**

Nonpriority creditor's name and mailing address
**COLEMAN YOVANOVICH & KOESTER**
**4001 Tamiami Trail N.**
**Suite 300**
**Naples, FL 34103**

Date(s) debt was incurred _

Last 4 digits of account number **0590**

As of the petition filing date, the claim is: Check all that apply.                                    **$150.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146 7**

Nonpriority creditor's name and mailing address
**COLETTE K MEYER**
**1070 E. Indiantown Road**
**Suite 312**
**Jupiter, FL 33477**

Date(s) debt was incurred _

Last 4 digits of account number **4091**

As of the petition filing date, the claim is: Check all that apply.                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146 8**

Nonpriority creditor's name and mailing address
**COLL DAVIDSON SMITH SLATER**
**201 S Biscayne Boulevard**
**3200 Miami Center**
**Miami, FL 33131-4332**

Date(s) debt was incurred _

Last 4 digits of account number **5249**

As of the petition filing date, the claim is: Check all that apply.                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146 9**

Nonpriority creditor's name and mailing address
**COLLEEN COFFIELD SACHS**
**Old South Centre Suite 7102**
**36468 Emerald Coast Parkway**
**Destin, FL 32541-0712**

Date(s) debt was incurred _

Last 4 digits of account number **8067**

As of the petition filing date, the claim is: Check all that apply.                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.147 0**

**Nonpriority creditor's name and mailing address**
**COLLEEN MARY STIGER PA**
7300 W Camino Real
Boca Raton, FL 33433

Date(s) debt was incurred _

Last 4 digits of account number **7822**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147 1**

**Nonpriority creditor's name and mailing address**
**COLLEEN NEWHALL**
120 N US Highway One Suite 200
Tequesta, FL 33469

Date(s) debt was incurred _

Last 4 digits of account number **9049**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147 2**

**Nonpriority creditor's name and mailing address**
**COLLING & BEATTIE PA**
20 N Orange Avenue Suite 1107
Orlando, FL 32801-4641

Date(s) debt was incurred _

Last 4 digits of account number **8537**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147 3**

**Nonpriority creditor's name and mailing address**
**COLLINS BROWN CALDWELL BARKETT**
P.O. Box 64-3686
Vero Beach, FL 32964-3686

Date(s) debt was incurred _

Last 4 digits of account number **3956**

**As of the petition filing date, the claim is:** *Check all that apply.*

$17,507.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147 4**

**Nonpriority creditor's name and mailing address**
**COLLINS SHIPMAN & LUCAS PA**
P.O. Drawer 12429
Tallahassee, FL 32317

Date(s) debt was incurred _

Last 4 digits of account number **8467**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147 5**

**Nonpriority creditor's name and mailing address**
**COMERFORD LAW FIRM PA**
350 Camino Gdns Boulevard Suite 303
Boca Raton, FL 33432

Date(s) debt was incurred _

Last 4 digits of account number **5659**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147 6**

**Nonpriority creditor's name and mailing address**
**Community Law & Title, P.A.**
6601 Memorial Highway
Suite 219
Tampa, FL 33615

Date(s) debt was incurred _

Last 4 digits of account number **7782**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.147 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**CONCEPCION SEXTON & URDANETA**
Attn: Carlos Concepcion
999 Ponce Deleon Boulevard Suite 1015
Coral Gables, FL 33134

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2683**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**CONDE & COHEN PL**
445 N Andrews Avenue Suite 2
Ft Lauderdale, FL 33301-3359

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2785**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Conerly Bowman & Dykes, L.L.P.**
4477 Legendary Drive
Suite 201
Destin, FL 39982

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9982**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**CONKLIN STANLEY AND PROBST PA**
1465 S Fort Harrison Avenue
Clearwater, FL 34616

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7352**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**CONLEY MALLEY & GOLSON PA**
36739 State Road 52
Suite 213
Dade City, FL 33525

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4242**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**CONRAD S KULATZ**
633 Southeast 3rd Avenue Suite 4r
Ft Lauderdale, FL 33301

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5005**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
         Name

Case number (*if known*)   **2:23-bk-01538**
_____

---

| 3.148 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00** |

**CONROY CONROY & DURANT PA**
**Suite 1201**
**2210 Vanderbilt Beach Road**
**Naples, FL 34109**

Date(s) debt was incurred  _

Last 4 digits of account number  **7000**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**CONSTANCE L BRANDENBURG**
**851 Falcon Avenue**
**Miami Springs, FL 33166**

Date(s) debt was incurred  _

Last 4 digits of account number  **3851**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**CONSUELO C FERNANDEZ**
**9360 Sunset Drive Suite 256**
**Miami, FL 33173**

Date(s) debt was incurred  _

Last 4 digits of account number  **8658**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**CONTRERAS JONASZ & CAMACHO PA**
**141 Almeria Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **9782**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**COOPER & BYRNE**
**101 N Monroe Street Suite 900**
**Tallahassee, FL 32301-1546**

Date(s) debt was incurred  _

Last 4 digits of account number  **2166**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**COOPER LAW PA**
**P.O. Box 3735**
**Orlando, FL 32802**

Date(s) debt was incurred  _

Last 4 digits of account number  **9418**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$175.00** |

**COPELAND & CHAMBLISS**
**707 S.E. 3rd. Ave., Suite 401**
**Ft. Lauderdale, FL 33316-1155**

Date(s) debt was incurred  _

Last 4 digits of account number  **7074**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1490**

**Nonpriority creditor's name and mailing address**

**CORADIN LAW GROUP**
**7330 Belle Meade Boulevard**
**Miami, FL 33138-5244**

Date(s) debt was incurred  _

Last 4 digits of account number  **2742**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1491**

**Nonpriority creditor's name and mailing address**

**CORD C MELLOR PA**
**13801 S Tamiami Trail Suite D**
**North Port, FL 34287-2017**

Date(s) debt was incurred  _

Last 4 digits of account number  **5455**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1492**

**Nonpriority creditor's name and mailing address**

**CORDERO & ASSOCIATES PA**
**200 S. Biscayne Boulevard**
**Suite 2700**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **6457**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1493**

**Nonpriority creditor's name and mailing address**

**COREY E HOFFMAN**
**3250 Mary Street Suite 303**
**Coconut Grove, FL 33133**

Date(s) debt was incurred  _

Last 4 digits of account number  **7557**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1494**

**Nonpriority creditor's name and mailing address**

**CORMAC C CONAHAN**
**P.O. Box 502**
**Boca Raton, FL 33429-0502**

Date(s) debt was incurred  _

Last 4 digits of account number  **6759**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1495**

**Nonpriority creditor's name and mailing address**

**CORNETT GOOGE & ASSOCIATES PA**
**P.O. Box 66**
**Stuart, FL 34995**

Date(s) debt was incurred  _

Last 4 digits of account number  **4496**

As of the petition filing date, the claim is: *Check all that apply.*

$75.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.1496**

**Nonpriority creditor's name and mailing address**
**Corona Law Firm, P.A.**
**6700 SW 38 Street**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number **1023**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.1497**

**Nonpriority creditor's name and mailing address**
**CORPORATE TITLE INC**
**5820 N. Federal Highway**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number **3366**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.1498**

**Nonpriority creditor's name and mailing address**
**CORT A NEIMARK**
**800 Corporate Drive Suite 420**
**Ft Lauderdale, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number **8319**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$17.50**

---

**3.1499**

**Nonpriority creditor's name and mailing address**
**CORY KING**
**846 Lincoln Road 4th Floor**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number **0283**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.1500**

**Nonpriority creditor's name and mailing address**
**CORY S ROBINS PA**
**3999 Sheridan Street**
**2nd Floor**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **6304**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.1501**

**Nonpriority creditor's name and mailing address**
**Costello Law, LLC**
**One West Las Olas Boulevard**
**Suite 600**
**Ft. Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **0773**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.1502**

**Nonpriority creditor's name and mailing address**
**COSTELLO ROYSTON & WICKER**
**12670 New Brittany Boulevard**
**Suite 101**
**Ft Myers, FL 33907**

Date(s) debt was incurred _

Last 4 digits of account number **4434**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor  **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.150 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |

**COSTIN & COSTIN CHARTERED**
**P.O. Box 98**
**Port St Joe, FL 32457**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **868**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Coto Law Firm, P.A.**
**1390 South Dixie Hwy.**
**Suite 1108**
**Coral Gables, FL 33146**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6992**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Counselors Title Company, L.L.C.**
**941 N. Highway State Road A1A**
**Jupiter, FL 33477**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8663**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Courtney W. Gatesman, P.A.**
**2227 S. Babcock Street**
**Melbourne, FL 32901**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0744**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |

**COX & NICI**
**1185 Immokalee Road Suite 110**
**Naples, FL 34110**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6727**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Cox & Sanchez**
**P.O. Box 21351**
**St Petersburg, FL 33742**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8491**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.150 9**

**Nonpriority creditor's name and mailing address**
**Cox & Schick, P.A.**
**4550 Cherry Creek Drive S 1203**
**Glendale, CO 80246**

Date(s) debt was incurred _

Last 4 digits of account number **8839**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.151 0**

**Nonpriority creditor's name and mailing address**
**CRABTREE SANCHEZ & PARKER PA**
**2033 Main Street Suite 100**
**Sarasota, FL 34237**

Date(s) debt was incurred _

Last 4 digits of account number **6859**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$8,499.78

---

**3.151 1**

**Nonpriority creditor's name and mailing address**
**CRAIG 'RED' HOLLAND**
**Suite 5 Camargo House**
**1207 Third Street S**
**Naples, FL 33940-7232**

Date(s) debt was incurred _

Last 4 digits of account number **4590**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.151 2**

**Nonpriority creditor's name and mailing address**
**CRAIG A JASLOW**
**Suite B-307**
**9351 Fontainebleau Boulevard**
**Miami, FL 33172**

Date(s) debt was incurred _

Last 4 digits of account number **1529**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.151 3**

**Nonpriority creditor's name and mailing address**
**CRAIG A MINEGAR**
**P.O. Box 4923**
**Orlando, FL 32802-4923**

Date(s) debt was incurred _

Last 4 digits of account number **1935**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.151 4**

**Nonpriority creditor's name and mailing address**
**CRAIG B COTLER**
**8751 W Broward Boulevard Suite 305**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **7684**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.151 5**

**Nonpriority creditor's name and mailing address**
**CRAIG C. KELLER**
**224 Datura Street**
**Suite 1205**
**West Palm Beach, FL 33401-5640**

Date(s) debt was incurred _

Last 4 digits of account number **5703**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.151 6**

**Nonpriority creditor's name and mailing address**

**CRAIG CORBETT**
**P.O. Box 2071**
**Apopka, FL 32704-2071**

Date(s) debt was incurred  _

Last 4 digits of account number  **4027**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.151 7**

**Nonpriority creditor's name and mailing address**

**CRAIG D SAVAGE PA**
**801 Northeast 167th Street Suite 302**
**North Miami Beach, FL 33162-3729**

Date(s) debt was incurred  _

Last 4 digits of account number  **1134**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$7,458.70**

---

**3.151 8**

**Nonpriority creditor's name and mailing address**

**CRAIG DONOFF PA**
**6100 Glades Road Suite 204**
**Boca Raton, FL 33434**

Date(s) debt was incurred  _

Last 4 digits of account number  **2125**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.151 9**

**Nonpriority creditor's name and mailing address**

**CRAIG M HAVERFIELD PA**
**2826 E Oakland Park Boulevard Suite 200**
**Ft Lauderdale, FL 33306**

Date(s) debt was incurred  _

Last 4 digits of account number  **5302**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.152 0**

**Nonpriority creditor's name and mailing address**

**CRAIG M NASH**
**6262 Sunset Drive Suite P-1**
**South Miami, FL 33143-4843**

Date(s) debt was incurred  _

Last 4 digits of account number  **7480**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.152 1**

**Nonpriority creditor's name and mailing address**

**Craig M. Dorne, P.A.**
**2655 Le Jeune Road**
**Penthouse 2C**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **0521**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.152 2**

**Nonpriority creditor's name and mailing address**

**CRAIG R STONE**
**8751 W Broward Boulevard Suite 305**
**Plantation, FL 33324**

Date(s) debt was incurred  _

Last 4 digits of account number  **8403**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust** _____  Case number (*if known*)  **2:23-bk-01538**
Name

---

| 3.152 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**CRAIG STEIN PA**
**4988 Garden Drive**
**Delray Beach, FL 33445-5301**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **8071**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**CRAIG TURTZO**
**930 Florida Avenue**
**Palm Harbor, FL 34683**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **4707**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**CRAIG W TURNER**
**618 Southeast 17th Street**
**Ocala, FL 34471-4429**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **7421**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |

**CRAMER PRICE & DE ARMAS PA**
**1420 Edgewater Drive**
**Suite 200**
**Orlando, FL 32804-6300**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **7300**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$475.00** |

**CRARY BUCHANAN BOWDISH BOVIE**
**Attn: Lisa Gable**
**759 SW Federal Highway, Suite 106**
**Stuart, FL 34994**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **1920**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Crena, P.A.**
**600 N Rio Vista Boulevard Apt A**
**Ft Lauderdale, FL 33301**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **8159**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.152 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CREW & CREW PA**
Michael H. Crew
25 Beal Parkway Northeast Suite 210
Ft Walton Beach, FL 32548

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6263**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CRIMELLA & HAMILTON PA**
P.O. Box 500938
Marathon, FL 33050

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0134**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CRISTINA BAEZ FREYRE**
5825 Sunset Drive Suite 210
South Miami, FL 33155

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8393**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CRISTINA GOMEZ**
5722 S Flamingo Road Suite 170
Ft Lauderdale, FL 33330

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0502**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CRISTINA SAMMATARO**
111 Harbor Drive
Key Biscayne, FL 33149-1303

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9137**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CROCKETT & CHASEN PA**
1000 Venetian Way Suite 801
Miami, FL 33139

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**CROMWELL PFAFFENBERGER BARNER**
P.O. Box 14036
North Palm Beach, FL 33408-0036

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **479**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.153 6**

**Nonpriority creditor's name and mailing address**

**CROUCH & MINER PA**
**Attn: Jeffrey R. Miner**
**9061 Astonia Way**
**Ft Myers, FL 33967**

Date(s) debt was incurred _

Last 4 digits of account number **3784**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$18,701.55**

---

**3.153 7**

**Nonpriority creditor's name and mailing address**

**CRUMLEY & WOLFE PA**
**2114 Oak Street**
**Jacksonville, FL 32204**

Date(s) debt was incurred _

Last 4 digits of account number **4905**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.153 8**

**Nonpriority creditor's name and mailing address**

**CS HANSLEY LAW FIRM LLC**
**283 Cranes Roost Boulevard Suite 111**
**Altamonte Springs, FL 32701**

Date(s) debt was incurred _

Last 4 digits of account number **2326**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.153 9**

**Nonpriority creditor's name and mailing address**

**CUBIT & CUBIT**
**727 Northeast 3rd Avenue Suite 201**
**Ft Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number **3377**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.154 0**

**Nonpriority creditor's name and mailing address**

**CUENANT & MCCARVILLE PL**
**5040 Northwest 7th Street Suite 635**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number **6406**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.154 1**

**Nonpriority creditor's name and mailing address**

**CUEVAS & ORTIZ PA**
**7480 Bird Road Suite 600**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number **7641**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.154 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$675.00** |
|---|---|---|---|

**CUMMINGS & LOCKWOOD LLC**
**3001 Tamiami Trail N.**
**Suite 400**
**Naples, FL 34103**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7497**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,569.83** |
|---|---|---|---|

**CUNNINGHAM MILLER & WILLIAMS**
**P.O. Box 500938**
**Marathon, FL 33050-0938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **781**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**CURRAN K PORTO PA**
**410 S. Ware Boulevard**
**Suite 105**
**Tampa, FL 33619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5406**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**CURRY & ASSOCIATES PA**
**P.O. Box 1143**
**Brandon, FL 33509-1143**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5606**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**CURRY PL**
**601 Heritage Drive Suite 203a**
**Jupiter, FL 33458-2777**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6515**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**CURTIN R COLEMAN**
**P.O. Box 423**
**Earlysville, VA 22936**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7897**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.56** |
|---|---|---|---|

**CURTIS L JONES JR**
**4770 Biscayne Boulevard Suite 970**
**Miami, FL 33137-3252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7503**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**                                    Case number (if known)    **2:23-bk-01538**
_____
Name

| | |
|---|---|
| **3.154 9** | |

**Nonpriority creditor's name and mailing address**

**CURTIS LAW FIRM LLC**
**175 Northwest 138th Terrace Suite 100**
**Jonesville, FL 32669-2091**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8591**

**As of the petition filing date, the claim is:** Check all that apply.                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.155 0** | |

**Nonpriority creditor's name and mailing address**

**Cynthia A. Reed, P.A.**
**621 NW 53rd Street**
**Suite 125**
**Boca Raton, FL 33487**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8033**

**As of the petition filing date, the claim is:** Check all that apply.                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.155 1** | |

**Nonpriority creditor's name and mailing address**

**CYNTHIA C SLACK**
**P.O. Box 1027**
**Ocala, FL 34478**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1520**

**As of the petition filing date, the claim is:** Check all that apply.                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.155 2** | |

**Nonpriority creditor's name and mailing address**

**CYNTHIA I RICE PA**
**1744 N Belcher Road Suite 150**
**Clearwater, FL 33765**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8137**

**As of the petition filing date, the claim is:** Check all that apply.                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.155 3** | |

**Nonpriority creditor's name and mailing address**

**CYNTHIA M BRIGGS**
**102 NE 2nd Street**
**Suite 277**
**Boca Raton, FL 33432-3908**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6421**

**As of the petition filing date, the claim is:** Check all that apply.                                    **$125.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.155 4** | |

**Nonpriority creditor's name and mailing address**

**CYNTHIA S SWANSON PA**
**2830 Northwest 41st Street Building M**
**Gainesville, FL 32606**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8616**

**As of the petition filing date, the claim is:** Check all that apply.                                    **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.155 5** | |

**Nonpriority creditor's name and mailing address**

**CYNTHIA SHERR**
**3389 Sheridan Street Suite 301**
**Hollywood, FL 33021**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3659**

**As of the petition filing date, the claim is:** Check all that apply.                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.155 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**D JUSTIN NILES**
**200 W Palmetto Park Road Suite 301**
**Boca Raton, FL 33432**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8568**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**D KATHLEEN CHRISTOFF-FOX**
**1901 W Colonial Drive**
**Orlando, FL 32804**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4232**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**D MARK PAYNE**
**9040 Town Center Parkway**
**Lakewood Ranch, FL 34202**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8755**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**D MICHAEL CHESSER**
**1201 Eglin Parkway**
**Shalimar, FL 32579-1206**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6015**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**D REEL TALBOTT**
**P.O. Box 7362**
**Delray Beach, FL 33482**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7724**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**D ROBERT HOYLE PA**
**1001 Third Avenue W Suite 260**
**Bradenton, FL 34205**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6850**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.156
2**

**Nonpriority creditor's name and mailing address**

**D ROSS BRIDGER**
**D Ross Bridger P.L.L.C.**
**80 Southwest 8th Street Suite 2000**
**Miami, FL 33130**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6937**

As of the petition filing date, the claim is: *Check all that apply.*                                **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.156
3**

**Nonpriority creditor's name and mailing address**

**D TURNER MATTHEWS**
**Matthews & Lambrecht**
**1720 Manatee Avenue West**
**Bradenton, FL 34205-5925**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4900**

As of the petition filing date, the claim is: *Check all that apply.*                                **$200.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.156
4**

**Nonpriority creditor's name and mailing address**

**D. Jefferson Davis**
**The Jd Law Firm**
**P.O. Box 696**
**Winter Park, FL 32790**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6970**

As of the petition filing date, the claim is: *Check all that apply.*                                **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.156
5**

**Nonpriority creditor's name and mailing address**

**D. RICHARD HOLMES**
**224 Datura Street, Suite 412**
**West Palm Beach, FL 33401-5632**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7098**

As of the petition filing date, the claim is: *Check all that apply.*                                **$44.92**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.156
6**

**Nonpriority creditor's name and mailing address**

**DACIA MARIE RILEY**
**1000 N Hiatus Road Suite 104**
**Pembroke Pines, FL 33026**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5475**

As of the petition filing date, the claim is: *Check all that apply.*                                **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.156
7**

**Nonpriority creditor's name and mailing address**

**DAGMAR LLAUDY PA**
**770 Ponce De Leon Boulevard**
**Suite 303**
**Coral Gables, FL 33134**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1545**

As of the petition filing date, the claim is: *Check all that apply.*                                **$50.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.1568**

**Nonpriority creditor's name and mailing address**

**DAISE & CARMENATES LLC**
**3905 NW 107 Avenue**
**#304**
**Doral, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number  **2630**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.1569**

**Nonpriority creditor's name and mailing address**

**DAISY B. SAMMONS**
**909 North Dixie Highway**
**West Palm Beach, FL 33401-3329**

Date(s) debt was incurred _

Last 4 digits of account number  **8071**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.1570**

**Nonpriority creditor's name and mailing address**

**DALE A BEARDSLEY**
**12 E Bay Street**
**Jacksonville, FL 32202**

Date(s) debt was incurred _

Last 4 digits of account number  **4101**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.1571**

**Nonpriority creditor's name and mailing address**

**DALE A DETTMER**
**304 S Harbor City Boulevard Suite 201**
**Melbourne, FL 32901**

Date(s) debt was incurred _

Last 4 digits of account number  **1869**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$41.66**

---

**3.1572**

**Nonpriority creditor's name and mailing address**

**DALE A HECKERLING**
**14625 Southwest 74th Court**
**Miami, FL 33158-1615**

Date(s) debt was incurred _

Last 4 digits of account number  **4685**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.1573**

**Nonpriority creditor's name and mailing address**

**DALE BALD SHOWALTER MERCIER**
**7077 Bonneval Road Suite 390**
**Jacksonville, FL 32216-4046**

Date(s) debt was incurred _

Last 4 digits of account number  **7078**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.1574**

**Nonpriority creditor's name and mailing address**

**DALE C GLASSFORD**
**12908 SW 133rd Court**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number  **3707**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

**DALE K BOHNER**
**2713 W Price Avenue**
**Tampa, FL 33611-3833**

Date(s) debt was incurred _

Last 4 digits of account number **7257**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

**DALE L BERNSTEIN**
**7637 State Road 52**
**Bayonet Point, FL 34667**

Date(s) debt was incurred _

Last 4 digits of account number **0211**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.157 7**

**Nonpriority creditor's name and mailing address**

**DALE L PRICE**
**2400 Manatee Avenue W**
**Bradenton, FL 34205-4934**

Date(s) debt was incurred _

Last 4 digits of account number **6459**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.157 8**

**Nonpriority creditor's name and mailing address**

**DALE M. SWOPE, P A**
**777 South Harbour Island Blvd.**
**Suite 850**
**Tampa, FL 33602-5746**

Date(s) debt was incurred _

Last 4 digits of account number **8411**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.157 9**

**Nonpriority creditor's name and mailing address**

**Daley Law Firm, P.L.L.C.**
**1776 N Pine Island Road Suite 308**
**Plantation, FL 33322**

Date(s) debt was incurred _

Last 4 digits of account number **9530**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.158 0**

**Nonpriority creditor's name and mailing address**

**Dalmida Law Group, L.L.C.**
**7401 Wiles Road**
**Coral Springs, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number **7913**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**

Name

Case number (if known)   **2:23-bk-01538**

---

| 3.158 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**DAMASO SAAVEDRA PA**
**DBA Saavedra-Goodwin**
**888 SE 3rd Avenue, Suite 500**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **2483**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**DAMIANI & WEISSMAN PA**
**902 NE 1st Street**
**Suite 9**
**Pompano Beach, FL 33060**

Date(s) debt was incurred _

Last 4 digits of account number  **0574**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**DAN BAILEY**
**5910 Taylor Road**
**Suite 105**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number  **0414**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**DAN V ILEANA PA**
**1107 Northeast 8th Street**
**Hallandale, FL 33009-2629**

Date(s) debt was incurred _

Last 4 digits of account number  **9934**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**DANA ADLER ESQ**
**7405 Via Luria**
**Lake Worth, FL 33467-5225**

Date(s) debt was incurred _

Last 4 digits of account number  **7921**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**DANA EDMISTEN HILL**
**230 Court Street Southeast**
**Live Oak, FL 32064**

Date(s) debt was incurred _

Last 4 digits of account number  **8577**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.158 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DANA F CHARLES**
**7777 Glades Road**
**Suite 100**
**Boca Raton, FL 33434**

Date(s) debt was incurred _

Last 4 digits of account number **0455**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DANA KENNEDY SADAKA**
**8551 W Sunrise Boulevard Suite 102**
**Plantation, FL 33322**

Date(s) debt was incurred _

Last 4 digits of account number **4580**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DANA M SCHEER**
**50 Southeast Sample Road Suite 400**
**Pompano Beach, FL 33064-3552**

Date(s) debt was incurred _

Last 4 digits of account number **6826**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DANAHER & HAGGLUND PA**
**12000 N Dale Mabry Highway Suite 222**
**Tampa, FL 33618**

Date(s) debt was incurred _

Last 4 digits of account number **6188**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DANE THOMAS STANISH**
**1911 Harrison Street**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number **7442**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DANIEL A HESS**
**830 Northwest 135th Way**
**Sunrise, FL 33325**

Date(s) debt was incurred _

Last 4 digits of account number **3971**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DANIEL A JACOBSON**
**901 S Federal Highway**
**Suite 201**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number **4644**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.159 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22.48 |

**DANIEL A SUCHMAN PA**
P.O. Box 11378
Bainbridge Island, WA 98110-5378

Date(s) debt was incurred  _

Last 4 digits of account number  **7870**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**DANIEL B BASS**
1215 Southeast 2nd Avenue Suite 102
Ft Lauderdale, FL 33316-1831

Date(s) debt was incurred  _

Last 4 digits of account number  **4395**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**DANIEL B FOX**
1521 Alton Road Suite 315
Miami Beach, FL 33139

Date(s) debt was incurred  _

Last 4 digits of account number  **0811**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |

**DANIEL C GEORGE**
3780 Northeast 167th Street
North Miami Beach, FL 33160-3538

Date(s) debt was incurred  _

Last 4 digits of account number  **2986**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**DANIEL C MCCORMIC**
P.O. Box 1000
Wildwood, FL 34785-1000

Date(s) debt was incurred  _

Last 4 digits of account number  **4748**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**DANIEL C STUMP**
2770 Indian River Boulevard
Suite 327
Vero Beach, FL 32960

Date(s) debt was incurred  _

Last 4 digits of account number  **7500**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.160 0**

**Nonpriority creditor's name and mailing address**
**Daniel C. Campbell Attorney**
**420 E Pine Avenue**
**Crestview, FL 32539**

Date(s) debt was incurred _

Last 4 digits of account number  **7377**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.160 1**

**Nonpriority creditor's name and mailing address**
**DANIEL D MOODY**
**575 N Broadway Avenue**
**Bartow, FL 33830-3919**

Date(s) debt was incurred _

Last 4 digits of account number  **7401**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.160 2**

**Nonpriority creditor's name and mailing address**
**DANIEL DOSCHER**
**9703 S. Dixie Highway**
**Suite 15**
**Miami, FL 33156-2821**

Date(s) debt was incurred _

Last 4 digits of account number  **7495**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.160 3**

**Nonpriority creditor's name and mailing address**
**DANIEL E GALLAGHER**
**County Attorneys Office**
**18500 Murdock Circle**
**Pt Charlotte, FL 33948-1068**

Date(s) debt was incurred _

Last 4 digits of account number  **8990**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.160 4**

**Nonpriority creditor's name and mailing address**
**DANIEL E SCOTT**
**Bank of Boston Building**
**2033 Main Street Suite 408**
**Sarasota, FL 34237-6024**

Date(s) debt was incurred _

Last 4 digits of account number  **5661**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.160 5**

**Nonpriority creditor's name and mailing address**
**DANIEL F CARBONE**
**840 US Highway One**
**Suite 435**
**North Palm Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number  **5159**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.160**
**6**

**Nonpriority creditor's name and mailing address**
**DANIEL F MARTINEZ II**
**P.O. Box 20523**
**Tampa, FL 33622-0523**

Date(s) debt was incurred _

Last 4 digits of account number  **2491**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.160**
**7**

**Nonpriority creditor's name and mailing address**
**DANIEL G DRAKE**
**P.O. Box 2327**
**Brandon, FL 33509-2327**

Date(s) debt was incurred _

Last 4 digits of account number  **6442**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.160**
**8**

**Nonpriority creditor's name and mailing address**
**DANIEL G GASS**
**9000 Northwest 44th Street 2nd Floor**
**Sunrise, FL 33351**

Date(s) debt was incurred _

Last 4 digits of account number  **0471**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.160**
**9**

**Nonpriority creditor's name and mailing address**
**DANIEL GUERRIERI**
**6302 Southwest 41 Street**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number  **7820**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.161**
**0**

**Nonpriority creditor's name and mailing address**
**DANIEL H COX**
**P.O. Drawer Cc**
**Carrabelle, FL 32322**

Date(s) debt was incurred _

Last 4 digits of account number  **8634**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.161**
**1**

**Nonpriority creditor's name and mailing address**
**DANIEL H FOX PA**
**2750 Northeast 185th Street Suite 302**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number  **9695**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.161**
**2**

**Nonpriority creditor's name and mailing address**
**DANIEL H JAMES**
**2 Golfview Road**
**Palm Beach, FL 33480-4608**

Date(s) debt was incurred _

Last 4 digits of account number  **7918**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,920.91**

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.161 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**DANIEL J BLACKMAN**
2001 Embassy Drive
West Palm Beach, FL 33401-1004

Date(s) debt was incurred _

Last 4 digits of account number **6625**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**DANIEL J ROSE PA**
323 Northeast 6th Avenue
Delray Beach, FL 33483

Date(s) debt was incurred _

Last 4 digits of account number **0001**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**DANIEL J SHEPHERD**
3896 Burns Road
Suite 101
Palm Beach Gardens, FL 33410

Date(s) debt was incurred _

Last 4 digits of account number **5724**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**DANIEL J WEBSTER**
444 Seabreeze Boulevard
Suite 360
Daytona Beach, FL 32118

Date(s) debt was incurred _

Last 4 digits of account number **4118**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**DANIEL J WISER**
P.O. Box 48190
Jacksonville, FL 32247

Date(s) debt was incurred _

Last 4 digits of account number **6553**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**DANIEL J ZEMEL**
1045 19th Street Apt 1b
Miami Beach, FL 33139-1540

Date(s) debt was incurred _

Last 4 digits of account number **8230**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**DANIEL K CORBETT**
481 Olympus Drive Suite 202
Juno Beach, FL 33408

Date(s) debt was incurred _

Last 4 digits of account number **8043**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.162 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**DANIEL K. SCHAFFNER**
**839 Keene Road N. Suite B**
**Clearwater, FL 34615-5625**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **549**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DANIEL L HAGGERTY**
**100 SW Albany Avenue**
**Suite 310**
**Stuart, FL 34994**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4941**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DANIEL L OSBORNE**
**Daniel L. Osborne P.A.**
**321 Croton Way**
**West Palm Beach, FL 33401**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **9135**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DANIEL L TEDESCO PA**
**320 Southeast 9th Street**
**Ft Lauderdale, FL 33316**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6652**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DANIEL LAZAR**
**11110 N Kendall Drive Suite 200**
**Miami, FL 33176**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **1441**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Daniel Lenghea, P.A.**
**13899 Biscayne Boulevard Suite 415**
**North Miami Beach, FL 33181**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7540**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**

Name

Case number (if known)  **2:23-bk-01538**

---

| 3.162 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Daniel M. Keil, P.A.**
**6500 Cowpen Road**
**Suite 301**
**Miami Lakes, FL 33014**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6919**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DANIEL MEDINA PA**
**902 S Florida Avenue Suite 101**
**Lakeland, FL 33803**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6771**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**DANIEL N MEADOWS**
**212 Beverly Road**
**Cocoa, FL 32922**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1101**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**DANIEL O WHITE**
**4767 New Broad Street Suite 1038**
**Orlando, FL 32814-6405**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**DANIEL O. GONZALEZ, JR.**
**7366 Big Cypress Court**
**Miami Lakes, FL 33014-2562**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7937**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DANIEL P HANSEN**
**4665 Oak Hollow Drive**
**Sarasota, FL 34241-6244**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3102**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**DANIEL P ROCK PA**
**5426 Crafts Street**
**New Port Richey, FL 34652-3963**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5898**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.163 3**

**Nonpriority creditor's name and mailing address** $25.00

**DANIEL R LOZIER**
**Lozier Thames & Frazier P.A.**
**P.O. Box 408**
**Pensacola, FL 32591-0408**

Date(s) debt was incurred _

Last 4 digits of account number **5296**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.163 4**

**Nonpriority creditor's name and mailing address** $200.00

**DANIEL R VAUGHEN**
**1485 Periwinkle Drive**
**Deland, FL 32724**

Date(s) debt was incurred _

Last 4 digits of account number **4522**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.163 5**

**Nonpriority creditor's name and mailing address** $200.00

**DANIEL RETTER**
**225 Broadway**
**New York, NY 10007-3001**

Date(s) debt was incurred _

Last 4 digits of account number **4188**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.163 6**

**Nonpriority creditor's name and mailing address** $25.00

**DANIEL RIOS PA**
**175 SW 7th Street**
**Suite 1900**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number **6887**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.163 7**

**Nonpriority creditor's name and mailing address** $25.00

**DANIEL S CARUSI**
**517 SW 1st Avenue**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **7317**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.163 8**

**Nonpriority creditor's name and mailing address** $25.00

**DANIEL S DRAPER**
**1440 Linda Lane**
**Lake Geneva, WI 53147**

Date(s) debt was incurred _

Last 4 digits of account number **5034**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

**3.1639**

**Nonpriority creditor's name and mailing address**
**DANIEL S MCINTYRE**
**2300 Virginia Avenue**
**Ft Pierce, FL 34982**

Date(s) debt was incurred _

Last 4 digits of account number  **7151**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.1640**

**Nonpriority creditor's name and mailing address**
**DANIEL S WALLACE**
**434 N. Grandview Avenue**
**Daytona Beach, FL 32118-3928**

Date(s) debt was incurred _

Last 4 digits of account number  **6402**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.1641**

**Nonpriority creditor's name and mailing address**
**DANIEL SIRLIN**
**155 S Miami Avenue Ph2-A**
**Miami, FL 33130-1609**

Date(s) debt was incurred _

Last 4 digits of account number  **7888**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$112.50**

---

**3.1642**

**Nonpriority creditor's name and mailing address**
**DANIEL T KUSIC**
**1201 Swinks Millroad**
**Mclean, VA 22102**

Date(s) debt was incurred _

Last 4 digits of account number  **7314**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$1,641.90**

---

**3.1643**

**Nonpriority creditor's name and mailing address**
**DANIEL T. CARPENTER**
**701 East Commercial Blvd.**
**Suite 100**
**Ft. Lauderdale, FL 33334-3240**

Date(s) debt was incurred _

Last 4 digits of account number  **3509**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.1644**

**Nonpriority creditor's name and mailing address**
**DANIEL VAZQUEZ PA**
**11780 Southwest 89th Street Suite 202**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number  **0016**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.1645**

**Nonpriority creditor's name and mailing address**
**DANIEL W DOBBINS**
**1330 Thomasville Road**
**Tallahassee, FL 32303-5608**

Date(s) debt was incurred _

Last 4 digits of account number  **5077**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.164 6**

**Nonpriority creditor's name and mailing address**

**DANIEL W HUMBERT**
**4951 Bonita Bay Boulevard**
**Suite 2105**
**Bonita Springs, FL 34134-1734**

Date(s) debt was incurred  _

Last 4 digits of account number  **6494**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.164 7**

**Nonpriority creditor's name and mailing address**

**DANIEL W UHLFELDER PA**
**124 E. County Highway 30A**
**Santa Rosa Beach, FL 32459-5820**

Date(s) debt was incurred  _

Last 4 digits of account number  **7873**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.164 8**

**Nonpriority creditor's name and mailing address**

**Daniel Wagner, P.A.**
**20807 Biscayne Blvd.**
**Suite 201**
**Aventura, FL 33180**

Date(s) debt was incurred  _

Last 4 digits of account number  **8055**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.164 9**

**Nonpriority creditor's name and mailing address**

**DANIELA FONTECILLA**
**3220 S. Dixie Highway**
**Suite 201**
**Miami, FL 33133**

Date(s) debt was incurred  _

Last 4 digits of account number  **5883**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.165 0**

**Nonpriority creditor's name and mailing address**

**DANIELLE S BRACKETT**
**855 S Federal Highway Suite 212**
**Boca Raton, FL 33432**

Date(s) debt was incurred  _

Last 4 digits of account number  **3340**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.165 1**

**Nonpriority creditor's name and mailing address**

**DANIELS BUTMAN & POMERANTZ PA**
**405 Oak Avenue**
**Panama City, FL 32402**

Date(s) debt was incurred  _

Last 4 digits of account number  **5128**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$367.49**

---

**3.165 2**

**Nonpriority creditor's name and mailing address**

**Danna F. Magloire, L.L.C.**
**179 Northeast 96th Street**
**Miami, FL 33138**

Date(s) debt was incurred  _

Last 4 digits of account number  **8504**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.165
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 |
|---|---|---|

**DARBY PEELE BOWDOIN & PAYNE**
P.O. Drawer 1707
Lake City, FL 32056-1707

Date(s) debt was incurred _

Last 4 digits of account number **2422**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|

**Darin Wade Mellinger P.A.**
1200 N Federal Highway Suite 200
Boca Raton, FL 33432

Date(s) debt was incurred _

Last 4 digits of account number **7874**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|

**DARRELL R HILL**
1154 Lee Boulevard Suite 6
Lehigh, FL 33936

Date(s) debt was incurred _

Last 4 digits of account number **6454**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|

**DARREN BRENT PA**
Pmb 283
3389 Sheridan Street
Hollywood, FL 33021-3606

Date(s) debt was incurred _

Last 4 digits of account number **9615**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|

**DARRIN M PHILLIPS**
350 Fifth Avenue S Suite 200
Naples, FL 34102

Date(s) debt was incurred _

Last 4 digits of account number **2412**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|

**DARRYL B KOGAN**
Parkway Center Suite 410
7900 Glades Road
Boca Raton, FL 33434

Date(s) debt was incurred _

Last 4 digits of account number **7726**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.1659**

**Nonpriority creditor's name and mailing address**
**DARRYL G MITCHELL**
**7008 Chesapeake Circle**
**Boynton Beach, FL 33436-8566**

Date(s) debt was incurred _

Last 4 digits of account number **8880**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1660**

**Nonpriority creditor's name and mailing address**
**DARRYL J TOMPKINS**
**P.O. Box 519**
**Alachua, FL 32616**

Date(s) debt was incurred _

Last 4 digits of account number **1666**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1661**

**Nonpriority creditor's name and mailing address**
**DARRYL J TOMPKINS**
**P.O. Box 519**
**Alachua, FL 32616**

Date(s) debt was incurred _

Last 4 digits of account number **8329**

As of the petition filing date, the claim is: *Check all that apply.*    **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1662**

**Nonpriority creditor's name and mailing address**
**DARRYL S. SCHREIBER**
**5600 Sheridan Street**
**Hollywood, FL 33021-3240**

Date(s) debt was incurred _

Last 4 digits of account number **133**

As of the petition filing date, the claim is: *Check all that apply.*    **$75.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1663**

**Nonpriority creditor's name and mailing address**
**DART FORD & SPIVEY PA**
**P.O. Box 49017**
**Sarasota, FL 34230-6017**

Date(s) debt was incurred _

Last 4 digits of account number **8572**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1664**

**Nonpriority creditor's name and mailing address**
**DAVAGE J RUNNELS III**
**4399 Commons Drive E Suite 300**
**Destin, FL 32541**

Date(s) debt was incurred _

Last 4 digits of account number **2392**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1665**

**Nonpriority creditor's name and mailing address**
**DAVE K ROY**
**1560 Latham Road Suite 7**
**West Palm Beach, FL 33409**

Date(s) debt was incurred _

Last 4 digits of account number **3641**

As of the petition filing date, the claim is: *Check all that apply.*    **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.166 6**

**Nonpriority creditor's name and mailing address**

**DAVERSA AND MARTYN PA**
P.O. Box 3765
Tequesta, FL 33469-0765

Date(s) debt was incurred _

Last 4 digits of account number **4073**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.166 7**

**Nonpriority creditor's name and mailing address**

**DAVID A COVEN PA**
2856 E Oakland Park Boulevard
Ft Lauderdale, FL 33306

Date(s) debt was incurred _

Last 4 digits of account number **4619**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.166 8**

**Nonpriority creditor's name and mailing address**

**DAVID A DANCU**
P.O. Box 337
Naples, FL 34106-0337

Date(s) debt was incurred _

Last 4 digits of account number **6398**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.166 9**

**Nonpriority creditor's name and mailing address**

**DAVID A DANIELSON**
1800 Old Okeechobee Road Suite 100
West Palm Beach, FL 33409-5207

Date(s) debt was incurred _

Last 4 digits of account number **5638**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.167 0**

**Nonpriority creditor's name and mailing address**

**DAVID A DUNKIN**
170 W Dearborn Street
Englewood, FL 34223-3237

Date(s) debt was incurred _

Last 4 digits of account number **5211**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$9,258.23**

---

**3.167 1**

**Nonpriority creditor's name and mailing address**

**DAVID A DUNKIN PA**
170 W. Dearborn Street
Englewood, FL 34223-3237

Date(s) debt was incurred _

Last 4 digits of account number **5211**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.167 2**

**Nonpriority creditor's name and mailing address**

**DAVID A EATON**
8801 Ninth Street N
St Petersburg, FL 33702-3443

Date(s) debt was incurred _

Last 4 digits of account number **4453**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**
_____

| 3.167 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DAVID A HALLMAN**
**Nassau County**
**96135 Nassau Pl Suite 6**
**Yulee, FL 32097**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  6492**

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DAVID A KING**
**1416 Kingsley Avenue**
**Orange Park, FL 32073**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  2739**

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**DAVID A KOBRIN**
**12150 S.W. 128th Court**
**Suite 214**
**Miami, FL 33186**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  5931**

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DAVID A KORETZKY**
**111 Southwest 3rd Street Ph 1**
**Miami, FL 33130-1924**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  5700**

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**DAVID A MANEY**
**P.O. Box 172009**
**Tampa, FL 33672-0009**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  3766**

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DAVID A MCKIBBIN**
**P.O. Box 2556**
**Palm Beach, FL 33480-2556**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  3875**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.1679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**DAVID A NUNEZ**
Meyer & Nunez P.A.
135 San Lorenzo Avenue, Suite 620
Coral Gables, FL 33146

Date(s) debt was incurred _

Last 4 digits of account number  **2259**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.66 |

**DAVID A RHODES**
417 12th Street W Suite 38
Bradenton, FL 34205-7836

Date(s) debt was incurred _

Last 4 digits of account number  **3111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**DAVID A ROSENBLATT**
9190 Sunset Drive
Miami, FL 33173-3433

Date(s) debt was incurred _

Last 4 digits of account number  **4912**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**DAVID A SILVERSTONE**
5740 Hollywood Boulevard Suite 300
Hollywood, FL 33021

Date(s) debt was incurred _

Last 4 digits of account number  **7167**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**DAVID A TEPPER**
2020 W Randolph Circle
Tallahassee, FL 32312

Date(s) debt was incurred _

Last 4 digits of account number  **4437**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**DAVID A WEST**
2604 Southwest 3rd Pl
Gainesville, FL 32607-3148

Date(s) debt was incurred _

Last 4 digits of account number  **4528**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**DAVID A WOLFSON**
11513 Southwest 90th Terrace
Miami, FL 33176

Date(s) debt was incurred _

Last 4 digits of account number  **8280**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.168 6**

**Nonpriority creditor's name and mailing address**
**DAVID A WOLIS PA**
**3550 Northwest 9th Avenue**
**Oakland Park, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number **7035**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.168 7**

**Nonpriority creditor's name and mailing address**
**DAVID A ZALPH**
**P.O. Box 4352**
**Vero Beach, FL 32964-4352**

Date(s) debt was incurred _

Last 4 digits of account number **2344**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.168 8**

**Nonpriority creditor's name and mailing address**
**DAVID A ZILL**
**P.O. Box 2065**
**New Smyrna Beach, FL 32170-2065**

Date(s) debt was incurred _

Last 4 digits of account number **6315**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.168 9**

**Nonpriority creditor's name and mailing address**
**DAVID ALLEN BUCK**
**8064 Spring Hill Drive**
**Spring Hill, FL 34606-4433**

Date(s) debt was incurred _

Last 4 digits of account number **2262**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.169 0**

**Nonpriority creditor's name and mailing address**
**DAVID B DENTON**
**5607 26th Street W**
**Bradenton, FL 34207**

Date(s) debt was incurred _

Last 4 digits of account number **6217**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.169 1**

**Nonpriority creditor's name and mailing address**
**DAVID B ETHERINGTON**
**2830 Northwest 41st Street Suite L**
**Gainesville, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number **8081**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.169 2**

**Nonpriority creditor's name and mailing address**
**DAVID B FROIKIN**
**1725 Palm Cove Suite 305**
**Delray Beach, FL 33445**

Date(s) debt was incurred _

Last 4 digits of account number **4825**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **LTGF Business Trust**
Name

Case number (if known)  **2:23-bk-01538**

| 3.169 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**DAVID B HENDLER PA**
**1650 NW 87th Avenue**
**2nd Floor**
**Miami, FL 33172**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6794**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**DAVID B HONIG PA**
**11900 Biscayne Boulevard Suite 250**
**Miami, FL 33181**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8263**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |

**DAVID B JAVITS**
**David B. Javits P.A.**
**115 NW 167th Street, 3rd Floor**
**North Miami Beach, FL 33169**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6988**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**DAVID B SCHEIRICH ESQ LLC**
**3410 A Spanish Wells Drive**
**Delray Beach, FL 33445**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4773**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**DAVID BARKETT**
**1005 Delridge Avenue**
**Orlando, FL 32804**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6899**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**DAVID BROWDER JR**
**305 S. Duncan Avenue**
**Clearwater, FL 33755**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6128**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.169 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**DAVID C COHERNOUR PA**
**6751 N Federal Highway Suite 301**
**Boca Raton, FL 33487-1654**

Date(s) debt was incurred _

Last 4 digits of account number  **6983**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**DAVID C GILMORE**
**11169 Trinity Boulevard**
**Trinity, FL 34655**

Date(s) debt was incurred _

Last 4 digits of account number  **7050**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 |

**DAVID C GILMORE**
**7620 Massachusetts Avenue**
**New Port Richey, FL 34653**

Date(s) debt was incurred _

Last 4 digits of account number  **2293**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**DAVID C HOLLOMAN**
**P.O. Drawer 592**
**Arcadia, FL 33821-0592**

Date(s) debt was incurred _

Last 4 digits of account number  **3435**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**DAVID C LEVENREICH**
**406 S Prospect Avenue**
**Clearwater, FL 34616-5759**

Date(s) debt was incurred _

Last 4 digits of account number  **8585**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**DAVID C ROBINSON**
**1326 S Ridgewood Avenue Suite 6**
**Daytona Beach, FL 32114-6193**

Date(s) debt was incurred _

Last 4 digits of account number  **7943**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**DAVID C SASSER**
**161 E. Jefferson Street**
**Suite B**
**Brooksville, FL 34601**

Date(s) debt was incurred _

Last 4 digits of account number  **1855**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.170 6**

**Nonpriority creditor's name and mailing address**
**DAVID C SELF II**
**222 Lakeview Avenue Suite 950**
**W Palm Beach, FL 33401-6148**

Date(s) debt was incurred _

Last 4 digits of account number **4125**

**As of the petition filing date, the claim is:** Check all that apply.
$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170 7**

**Nonpriority creditor's name and mailing address**
**DAVID CATSMAN FAMILY TRUST**
**Julie Simon & Ellen Freidin**
**9100 S Dadeland Boulevard Suite 504**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **375**

**As of the petition filing date, the claim is:** Check all that apply.
$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170 8**

**Nonpriority creditor's name and mailing address**
**DAVID CHRISTOPHER WEIGEL**
**201 Southeast 6th Street**
**Ft Lauderdale, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number **6795**

**As of the petition filing date, the claim is:** Check all that apply.
$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170 9**

**Nonpriority creditor's name and mailing address**
**DAVID D BONE**
**100 Wallace Avenue Suite 100**
**Sarasota, FL 34237**

Date(s) debt was incurred _

Last 4 digits of account number **1616**

**As of the petition filing date, the claim is:** Check all that apply.
$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171 0**

**Nonpriority creditor's name and mailing address**
**DAVID D CENTOLA**
**125 Hypoluxo Road**
**Lantana, FL 33462-4506**

Date(s) debt was incurred _

Last 4 digits of account number **4454**

**As of the petition filing date, the claim is:** Check all that apply.
$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171 1**

**Nonpriority creditor's name and mailing address**
**DAVID D WELCH**
**1400 SW 65th Avenue**
**Boca Raton, FL 33428**

Date(s) debt was incurred _

Last 4 digits of account number **1078**

**As of the petition filing date, the claim is:** Check all that apply.
$4,128.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.171 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**David DiNatale, L.L.C.**
**DBA DiNatale Law Group**
**5550 Glades Road**
**Boca Raton, FL 33431**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **0047**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DAVID DOWELL**
**5036 Dr. Phillips Boulevard**
**Suite 245**
**Orlando, FL 32819**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **9384**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DAVID E BAILEY JR**
**P.O. Box 17687**
**Pensacola, FL 32522**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **0662**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**DAVID E DESERIO PA**
**777 S Harbor Island Suite 900**
**Tampa, FL 33602**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6295**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DAVID E HAMMER PA**
**1300 E 8th Avenue**
**Tampa, FL 33605**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4078**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**DAVID E HORVATH**
**8295 N Military Trail Suite A**
**Palm Beach Gardens, FL 33410**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7158**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DAVID E LEIGH PA**
**3200 Tamiami Trail N Suite 200**
**Naples, FL 34103**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2257**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|--------|-------------------------|--------------------------|-------------------|
|        | Name                    |                          |                   |

---

**3.171 9**

**Nonpriority creditor's name and mailing address**

**DAVID E NEWMAN**
**1533 Sunset Drive Suite 225**
**International Bank Building**
**Coral Gables, FL 33143-5700**

Date(s) debt was incurred _

Last 4 digits of account number **6231**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.172 0**

**Nonpriority creditor's name and mailing address**

**DAVID E OLSON**
**4762 US Highway 19 N**
**New Port Richey, FL 34652**

Date(s) debt was incurred _

Last 4 digits of account number **4501**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$137.50**

---

**3.172 1**

**Nonpriority creditor's name and mailing address**

**DAVID E PLATTE**
**603 Indian Rocks Road**
**Belleair, FL 33756-2056**

Date(s) debt was incurred _

Last 4 digits of account number **1703**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.172 2**

**Nonpriority creditor's name and mailing address**

**DAVID E TERRY**
**Terry & Frazier P.A.**
**125 E. Jefferson Street**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **7781**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$22.85**

---

**3.172 3**

**Nonpriority creditor's name and mailing address**

**DAVID F ALBRECHT**
**P.O. Box 2258**
**Vero Beach, FL 32961-2258**

Date(s) debt was incurred _

Last 4 digits of account number **6269**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.172 4**

**Nonpriority creditor's name and mailing address**

**DAVID F ANDERSON**
**15450 New Marn Road Suite 106**
**Miami Lakes, FL 33014-2169**

Date(s) debt was incurred _

Last 4 digits of account number **2230**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.172 5**

**Nonpriority creditor's name and mailing address**

**DAVID F CLICK**
**810 Saturn Street**
**Suite 15**
**Jupiter, FL 33477**

Date(s) debt was incurred _

Last 4 digits of account number **8637**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.172 6**

**Nonpriority creditor's name and mailing address**

**DAVID F GARBER PA**
**700 11th Street S Suite 202**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number **2558**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.172 7**

**Nonpriority creditor's name and mailing address**

**DAVID F HANNAN**
**8201 Peters Road Suite 1000**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **4339**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ■ No ☐ Yes

$14,515.51

---

**3.172 8**

**Nonpriority creditor's name and mailing address**

**DAVID F KERN**
**344 E Lake Road Suite 304**
**Palm Harbor, FL 34685-2427**

Date(s) debt was incurred _

Last 4 digits of account number **7017**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.172 9**

**Nonpriority creditor's name and mailing address**

**DAVID F LANIER**
**P.O. Box 400**
**Avon Park, FL 33826-0400**

Date(s) debt was incurred _

Last 4 digits of account number **1864**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.173 0**

**Nonpriority creditor's name and mailing address**

**DAVID F MONACO PA**
**Davie Professional Center**
**4800 Southwest 64th Avenue Suite 103**
**Davie, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number **6335**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.173 1**

**Nonpriority creditor's name and mailing address**

**DAVID F ROBERTS**
**David F. Roberts P.A.**
**601 Brickell Key Drive Suite 702**
**Miami, FL 33131-2649**

Date(s) debt was incurred _

Last 4 digits of account number **9269**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**
_____

---

| 3.173.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**DAVID FRIEDMAN**
4601 Sheridan Street Suite 301
Hollywood, FL 33021

Date(s) debt was incurred  _

Last 4 digits of account number  **4761**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**DAVID G BOWMAN JR**
P.O. Box 3979
Longboat Key, FL 34230-3979

Date(s) debt was incurred  _

Last 4 digits of account number  **4966**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**DAVID G WHITE**
P.O. Box 887
Pensacola, FL 32594

Date(s) debt was incurred  _

Last 4 digits of account number  **1883**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**DAVID GAYNES**
4327 S Highway 27 Suite 404
Clermont, FL 34771-5319

Date(s) debt was incurred  _

Last 4 digits of account number  **6117**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**DAVID GOODRICH**
8950 Northwest 11th Street
Pembroke Pines, FL 33024

Date(s) debt was incurred  _

Last 4 digits of account number  **5540**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**DAVID H ROBERTS**
6570 30th Avenue N
St Petersburg, FL 33710

Date(s) debt was incurred  _

Last 4 digits of account number  **2222**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.173 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**DAVID H SHAY**
353 E 52nd Street Apt 1a
New York, NY 10022-6360

Date(s) debt was incurred _

Last 4 digits of account number  **2666**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**DAVID H SIMMONS**
P.O. Box 87
Orlando, FL 32802-0087

Date(s) debt was incurred _

Last 4 digits of account number  **6442**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**DAVID H WALKOWIAK PA**
17545 Darby Lane
Lutz, FL 33558-0117

Date(s) debt was incurred _

Last 4 digits of account number  **2568**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**DAVID HOWARD GOLDBERG**
900 Southwest 2nd Avenue
Miami, FL 33130

Date(s) debt was incurred _

Last 4 digits of account number  **2610**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**DAVID HYMAN**
P.O. Box 1801
Riverview, FL 33568-1801

Date(s) debt was incurred _

Last 4 digits of account number  **1953**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**DAVID I BRODT**
9841 Northwest 10th Street
Plantation, FL 33322-4882

Date(s) debt was incurred _

Last 4 digits of account number  **7654**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**DAVID I. SCHLOSBERG**
2720 Coral Way
Miami, FL 33145-3202

Date(s) debt was incurred _

Last 4 digits of account number  **7331**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.174 5**

**Nonpriority creditor's name and mailing address**

**DAVID IVERSON PA**
**1625 N Commerce Suite 210**
**Weston, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number **1882**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.174 6**

**Nonpriority creditor's name and mailing address**

**DAVID J BERGER**
**1836 W 23rd Street**
**Miami, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number **1170**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.174 7**

**Nonpriority creditor's name and mailing address**

**DAVID J DUPREE**
**P.O. Box 2199**
**Ft Myers, FL 33902-2199**

Date(s) debt was incurred _

Last 4 digits of account number **1420**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.174 8**

**Nonpriority creditor's name and mailing address**

**DAVID J EDWARDS**
**200 W. Forsyth Street**
**Suite 1300**
**Jacksonville, FL 32202**

Date(s) debt was incurred _

Last 4 digits of account number **9180**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.174 9**

**Nonpriority creditor's name and mailing address**

**DAVID J KAUFMAN**
**4692 NW 103rd Avenue**
**Sunrise, FL 33351**

Date(s) debt was incurred _

Last 4 digits of account number **4687**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.175 0**

**Nonpriority creditor's name and mailing address**

**DAVID J PEDERSEN**
**1999 W Colonial Drive Suite 104**
**Orlando, FL 32804-7045**

Date(s) debt was incurred _

Last 4 digits of account number **2199**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor    **LTGF Business Trust**                                    Case number (if known)   **2:23-bk-01538**
          Name

| 3.175 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**DAVID J RUSS**
**P.O. Box 15931**
**Tallahassee, FL 32317**

Date(s) debt was incurred _

Last 4 digits of account number  **2687**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

3.175 2
**Nonpriority creditor's name and mailing address**
**DAVID J SCHNEID PA**
**3010 N Military Trail Suite 300**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **3907**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

3.175 3
**Nonpriority creditor's name and mailing address**
**DAVID J SCHOTTENFELD**
**7520 NW 5th Street**
**Suite 203**
**Plantation, FL 33317**

Date(s) debt was incurred _

Last 4 digits of account number  **7515**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$150.00

---

3.175 4
**Nonpriority creditor's name and mailing address**
**DAVID J SOCKOL**
**Sockol & Associates P.A.**
**111 2nd Avenue Northeast Suite 1406**
**St Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number  **0633**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

3.175 5
**Nonpriority creditor's name and mailing address**
**DAVID J SZEMPRUCH**
**Pmb 23**
**P.O. Box 413005**
**Naples, FL 34101**

Date(s) debt was incurred _

Last 4 digits of account number  **8511**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

3.175 6
**Nonpriority creditor's name and mailing address**
**DAVID J TU**
**P.O. Box 823504**
**South Florida, FL 33082-3504**

Date(s) debt was incurred _

Last 4 digits of account number  **4645**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.175 7**

**Nonpriority creditor's name and mailing address**

**DAVID J WIENER**
**David J. Wiener P.A.**
**2240 Northwest 19th Street Suite 801**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **1280**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.175 8**

**Nonpriority creditor's name and mailing address**

**DAVID J WOLLINKA**
**Trinity Professional Center**
**1835 Health Care Drive**
**Trinity, FL 34655**

Date(s) debt was incurred _

Last 4 digits of account number **6239**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.175 9**

**Nonpriority creditor's name and mailing address**

**DAVID J. ABRAMOWITZ**
**3550 Biscayne Blvd., Suite 320**
**Miami, FL 33137-3833**

Date(s) debt was incurred _

Last 4 digits of account number **8287**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$2.61**

---

**3.176 0**

**Nonpriority creditor's name and mailing address**

**DAVID J. CHESTNUT**
**215 S. Federal Highway**
**Suite 200**
**Stuart, FL 34994-2075**

Date(s) debt was incurred _

Last 4 digits of account number **7803**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.176 1**

**Nonpriority creditor's name and mailing address**

**David Jennis, P.A.**
**DBA Jennis Morse Etlinger**
**606 E. Madison Street**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number **0682**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.176 2**

**Nonpriority creditor's name and mailing address**

**DAVID K DEITRICH PA**
**1001 Third Avenue W Suite 260**
**Bradenton, FL 34205-7841**

Date(s) debt was incurred _

Last 4 digits of account number **0553**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.176 3**

**Nonpriority creditor's name and mailing address**

**DAVID K OAKS PA**
**407 E Marion Avenue Suite 101**
**Punta Gorda, FL 33950**

Date(s) debt was incurred _

Last 4 digits of account number **4342**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

Debtor   **LTGF Business Trust**                                    Case number (if known)   **2:23-bk-01538**
         Name

---

| 3.176 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**DAVID KERBEN**
**725 N Magnolia Avenue**
**Orlando, FL 32803-3808**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2078**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**DAVID L ANDERSON**
**8520 Government Drive Suite 2**
**New Port Richey, FL 34654-5511**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4344**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**DAVID L FERGUSON PA**
**2699 Lee Road Suite 450**
**Winter Park, FL 32789-1741**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8724**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**DAVID L GLAZER**
**Concorde Centre II**
**2999 Northeast 191st Street Suite 500**
**Aventura, FL 33180**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8646**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**DAVID L GORMAN PA**
**618 US Highway One Suite 303**
**North Plam Beach, FL 33408-4609**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5720**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**DAVID L HANCOCK**
**4729 N Highway A1A**
**Vero Beach, FL 32963**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **3878**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.177 0**

**Nonpriority creditor's name and mailing address**
**DAVID L KAPLAN**
**2601 S Bayshore Drive Suite 1600**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **4368**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.177 1**

**Nonpriority creditor's name and mailing address**
**DAVID L KOUT**
**9000 Sheridan Street**
**Suite 102**
**Pembroke Pines, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number **4191**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.177 2**

**Nonpriority creditor's name and mailing address**
**DAVID L MACKAY**
**P.O. Box 206**
**Ocala, FL 34478**

Date(s) debt was incurred _

Last 4 digits of account number **5596**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.177 3**

**Nonpriority creditor's name and mailing address**
**DAVID L PRINCE**
**Suite 440**
**1551 Sawgrass Corporate Parkway**
**Sunrise, FL 33323**

Date(s) debt was incurred _

Last 4 digits of account number **6756**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.177 4**

**Nonpriority creditor's name and mailing address**
**DAVID L ROSS PA**
**7000 Southwest 97th Avenue Suite 210**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number **4117**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.177 5**

**Nonpriority creditor's name and mailing address**
**DAVID L SELBY**
**P.O. Box 1208**
**Ft Walton Beach, FL 32549-1208**

Date(s) debt was incurred _

Last 4 digits of account number **581**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$15.96**

---

**3.177 6**

**Nonpriority creditor's name and mailing address**
**DAVID L WOLFE**
**P.O. Box 15850**
**Fernandina Beach, FL 32035**

Date(s) debt was incurred _

Last 4 digits of account number **7906**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.177 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
| **DAVID LEE CARLSON** | ■ Contingent | |
| **P.O. Box 660786** | ☐ Unliquidated | |
| **Miami Springs, FL 33266** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **5074** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.177 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$200.00** |
| **DAVID LEVINE** | ■ Contingent | |
| **1150 Northwest 72nd Avenue** | ☐ Unliquidated | |
| **Miami, FL 33126-1920** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **2383** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.177 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
| **David Linder, P.A.** | ■ Contingent | |
| **3150 Southwest 38th Avenue Suite 1301** | ☐ Unliquidated | |
| **Coral Gables, FL 33146** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **8548** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.178 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
| **DAVID M AELION** | ■ Contingent | |
| **1506 Northeast 162nd Street** | ☐ Unliquidated | |
| **North Miami Beach, FL 33162-4716** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **0541** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.178 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,348.66** |
| **DAVID M ANDREWS** | ☐ Contingent | |
| **125 Nix Boat Yard Road** | ☐ Unliquidated | |
| **St Augustine, FL 32084** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **8554** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.178 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
| **DAVID M BAUMAN** | ■ Contingent | |
| **7820 Peters Road Suite East 103** | ☐ Unliquidated | |
| **Plantation, FL 33324** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **2523** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.178 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$100.00** |
| **DAVID M BERNSTEIN** | ■ Contingent | |
| **605 Kingsley Drive** | ☐ Unliquidated | |
| **Ventnor, NJ 08406** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **4243** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.178 4**

**Nonpriority creditor's name and mailing address**
**DAVID M CONLON**
**100 SW 15th Street**
**Okeechobee, FL 34974-5256**

Date(s) debt was incurred _

Last 4 digits of account number **4941**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$5,528.31**

---

**3.178 5**

**Nonpriority creditor's name and mailing address**
**DAVID M DABBY**
**9400 S Dadeland Boulevard Ph One**
**Miami, FL 33156-2703**

Date(s) debt was incurred _

Last 4 digits of account number **8584**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.178 6**

**Nonpriority creditor's name and mailing address**
**DAVID M GOLDSTEIN**
**12000 Biscayne Boulevard Suite 802**
**North Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number **7070**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.178 7**

**Nonpriority creditor's name and mailing address**
**DAVID M GONSHAK**
**1481 Northwest 7th Street**
**Miami, FL 33125**

Date(s) debt was incurred _

Last 4 digits of account number **2329**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.178 8**

**Nonpriority creditor's name and mailing address**
**DAVID M HARVAN**
**P.O. Box 246**
**Jupiter, FL 33468-0246**

Date(s) debt was incurred _

Last 4 digits of account number **4160**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.178 9**

**Nonpriority creditor's name and mailing address**
**DAVID M KRAUSE**
**3195 Ponce De Leon Boulevard Suite 200**
**Coral Gables, FL 33134-6801**

Date(s) debt was incurred _

Last 4 digits of account number **8650**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$19,416.85**

---

**3.179 0**

**Nonpriority creditor's name and mailing address**
**DAVID M LANDIS**
**P.O. Box 2854**
**Orlando, FL 32802-2854**

Date(s) debt was incurred _

Last 4 digits of account number **6292**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Debtor **LTGF Business Trust**                                                Case number (*if known*) **2:23-bk-01538**
_____
Name

| 3.179 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**DAVID M LANG JR**
P.O. Box 51
Trenton, FL 32693

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **9832**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**DAVID M LAZARUS**
1877 S Federal Highway Suite 108
Boca Raton, FL 33432

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7197**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**DAVID M RIETH**
Rieth & Ritchie P.A.
101 E Kennedy Boulevard Suite 2430
Tampa, FL 33602

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **5669**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**DAVID M SOSTCHIN**
419 W 49th Street Suite 210
Hialeah, FL 33012-3657

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6509**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**DAVID M THOMSON**
2743 Cheyenne Road
Sebring, FL 33875-4739

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **1371**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**David M. Couillard, P.A.**
1713 54th Street Southwest
Naples, FL 34116

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6695**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number *(if known)* **2:23-bk-01538**

| 3.179 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DAVID MCELRATH**
3431 Pine Ridge Road Suite 101
Naples, FL 34109

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4815**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**DAVID MESNEKOFF PA**
13611 S. Dixie Highway
Suite 378
Miami, FL 33176-6246

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4142**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DAVID MOGUL**
3085 Saint James Drive
Boca Raton, FL 33434-3370

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4503**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**DAVID N SEXTON**
4001 Tamiami Trail N Suite 250
Naples, FL 34103-3555

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6194**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DAVID O ESTRELLA PA**
900 W 49th Street Suite 528
Hialeah, FL 33012

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8036**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DAVID P HOPSTETTER**
P.O. Box 1794
Tallahassee, FL 32302-1794

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8379**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DAVID P JOHNSON PA**
2201 Ringling Boulevard Suite 104
Sarasota, FL 34237

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7281**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

| | |
|---|---|
| 3.180 4 | |

**Nonpriority creditor's name and mailing address**

**DAVID P KIRWAN**
5800 Overseas Highway
Suite 4
Marathon, FL 33050

Date(s) debt was incurred  _

Last 4 digits of account number  **4025**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.180 5 | |

**Nonpriority creditor's name and mailing address**

**DAVID P RANKIN**
3837 Northdale Boulevard Suite 332
Tampa, FL 33624

Date(s) debt was incurred  _

Last 4 digits of account number  **5189**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.180 6 | |

**Nonpriority creditor's name and mailing address**

**DAVID P TROTTI**
1542 Glengarry Road
Jacksonville, FL 32207

Date(s) debt was incurred  _

Last 4 digits of account number  **5708**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.180 7 | |

**Nonpriority creditor's name and mailing address**

**DAVID P WHITING**
600 100th Avenue N
Naples, FL 34108-2238

Date(s) debt was incurred  _

Last 4 digits of account number  **3690**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.180 8 | |

**Nonpriority creditor's name and mailing address**

**David P. Browne, P.A.**
27299 Riverview Center Boulevard
Suite 103
Bonita Springs, FL 34134

Date(s) debt was incurred  _

Last 4 digits of account number  **6939**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.180 9 | |

**Nonpriority creditor's name and mailing address**

**DAVID R BERLEY**
4031 Woodridge Road
Coconut Grove, FL 33133

Date(s) debt was incurred  _

Last 4 digits of account number  **7867**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.181 0**

**Nonpriority creditor's name and mailing address**

**DAVID R CORNISH**
**355 W Venice Avenue**
**Venice, FL 34285**

Date(s) debt was incurred _

Last 4 digits of account number  **3757**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.181 1**

**Nonpriority creditor's name and mailing address**

**DAVID R ELDER**
**Elder Kurzman & Vaccarella P.A.**
**601 Brickell Drive Suite 401**
**Miami, FL 33131-2652**

Date(s) debt was incurred _

Last 4 digits of account number  **1463**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.181 2**

**Nonpriority creditor's name and mailing address**

**DAVID R FARBSTEIN**
**1856 N. Nob Hill Road**
**#186**
**Plantation, FL 33322**

Date(s) debt was incurred _

Last 4 digits of account number  **5651**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.181 3**

**Nonpriority creditor's name and mailing address**

**DAVID R HOWELL**
**40 Seminole Landing Road**
**Atlantic Beach, FL 32233**

Date(s) debt was incurred _

Last 4 digits of account number  **3165**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.181 4**

**Nonpriority creditor's name and mailing address**

**DAVID R ROY PA**
**2790 N Federal Highway Suite 201**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **7776**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.181 5**

**Nonpriority creditor's name and mailing address**

**DAVID R ROY PA**
**4209 N. Federal Highway**
**Pompano Beach, FL 33064**

Date(s) debt was incurred _

Last 4 digits of account number  **7776**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.181 6**

**Nonpriority creditor's name and mailing address**

**DAVID R SCHWARTZ**
**The Forum Suite 106**
**1655 Palm Beach Lakes Boulevard**
**West Palm Beach, FL 33401-2203**

Date(s) debt was incurred _

Last 4 digits of account number  **7421**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.181 7**

**Nonpriority creditor's name and mailing address**

**DAVID R THOMPSON JR**
**5950 W Oakland Park Boulevard Suite 210**
**Lauderhill, FL 33313-1245**

Date(s) debt was incurred  _

Last 4 digits of account number  **5839**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.181 8**

**Nonpriority creditor's name and mailing address**

**DAVID R WEBSTER**
**151 20th Avenue Northeast**
**St Petersburg, FL 33704-4532**

Date(s) debt was incurred  _

Last 4 digits of account number  **7483**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.181 9**

**Nonpriority creditor's name and mailing address**

**DAVID R WEISSMAN**
**9840 S.W. 123rd Street**
**Miami, FL 33176**

Date(s) debt was incurred  _

Last 4 digits of account number  **5794**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.182 0**

**Nonpriority creditor's name and mailing address**

**DAVID R. BRUECKHEIMER**
**3805 Bell Grande Drive**
**Valrico, FL 33594-7047**

Date(s) debt was incurred  _

Last 4 digits of account number  **6821**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.182 1**

**Nonpriority creditor's name and mailing address**

**DAVID RODRIGUEZ**
**1990 Southwest 27th Avenue 3rd Floor**
**Miami, FL 33145**

Date(s) debt was incurred  _

Last 4 digits of account number  **4114**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.182 2**

**Nonpriority creditor's name and mailing address**

**DAVID S GED**
**101 Aviation Drive N**
**Naples, FL 34104**

Date(s) debt was incurred  _

Last 4 digits of account number  **2275**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.1823**

**Nonpriority creditor's name and mailing address**

**DAVID S KAUFMAN**
**9990 SW 77th Avenue**
**Suite 201**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number __5641__

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1824**

**Nonpriority creditor's name and mailing address**

**DAVID S NUNES**
**3917 N Andrews Avenue**
**Ft Lauderdale, FL 33309-5239**

Date(s) debt was incurred _

Last 4 digits of account number __7680__

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1825**

**Nonpriority creditor's name and mailing address**

**DAVID S PIERCEFIELD PA**
**2431 Aloma Avenue Suite 221**
**Winter Park, FL 32792-2007**

Date(s) debt was incurred _

Last 4 digits of account number __4828__

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1826**

**Nonpriority creditor's name and mailing address**

**DAVID S ROMANIK PA**
**P.O. Box 650**
**Oxford, FL 34484**

Date(s) debt was incurred _

Last 4 digits of account number __59__

**As of the petition filing date, the claim is:** *Check all that apply.*

$275.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1827**

**Nonpriority creditor's name and mailing address**

**DAVID S SWAN**
**107 Palm Springs Court**
**Canton, GA 30115**

Date(s) debt was incurred _

Last 4 digits of account number __3547__

**As of the petition filing date, the claim is:** *Check all that apply.*

$43,120.57

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1828**

**Nonpriority creditor's name and mailing address**

**DAVID S TUPLER**
**6950 Cypress Road Suite 101**
**Plantation, FL 33317**

Date(s) debt was incurred _

Last 4 digits of account number __8498__

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1829**

**Nonpriority creditor's name and mailing address**

**DAVID S WATSON CHARTERED**
**P.O. Box 49948**
**Sarasota, FL 34230**

Date(s) debt was incurred _

Last 4 digits of account number __7991__

**As of the petition filing date, the claim is:** *Check all that apply.*

$500.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.183 0**

**Nonpriority creditor's name and mailing address**
**DAVID S WILLIG**
P.O. Box 450446
Miami, FL 33245-0446

Date(s) debt was incurred _

Last 4 digits of account number **6079**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.183 1**

**Nonpriority creditor's name and mailing address**
**DAVID SOFGE**
Jorden Burt & Berenson
777 Brickell Avenue Suite 500
Miami, FL 33131-2803

Date(s) debt was incurred _

Last 4 digits of account number **6111**

**As of the petition filing date, the claim is:** *Check all that apply.*

$87.50

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.183 2**

**Nonpriority creditor's name and mailing address**
**DAVID TODD SEIF**
Galleria Professional Building
915 Middle River Drive, Suite 600
Ft Lauderdale, FL 33304

Date(s) debt was incurred _

Last 4 digits of account number **0197**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.183 3**

**Nonpriority creditor's name and mailing address**
**DAVID U STRAWN**
1000 S Orlando Avenue Unit A7
Maitland, FL 32751

Date(s) debt was incurred _

Last 4 digits of account number **4505**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.183 4**

**Nonpriority creditor's name and mailing address**
**DAVID V LOCOCO**
48 Tennessee Avenue
Merritt Island, FL 32953

Date(s) debt was incurred _

Last 4 digits of account number **1391**

**As of the petition filing date, the claim is:** *Check all that apply.*

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.183 5**

**Nonpriority creditor's name and mailing address**
**DAVID V. KERNS**
418 Vinnedge Ride
Tallahassee, FL 32303-5140

Date(s) debt was incurred _

Last 4 digits of account number **3618**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.183 6**

**Nonpriority creditor's name and mailing address**
**DAVID W BURKETT**
P.O. Box 246
Basin, WY 82410-0246

Date(s) debt was incurred _

Last 4 digits of account number **4302**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.1837**

Nonpriority creditor's name and mailing address

**DAVID W CRANE**
**2787 East Oakland Park Boulevard**
**Suite 404**
**Ft Lauderdale, FL 33306-1632**

Date(s) debt was incurred _

Last 4 digits of account number  **604**

As of the petition filing date, the claim is: *Check all that apply.*

**$275.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1838**

Nonpriority creditor's name and mailing address

**DAVID W GRIFFIN**
**The Town Centre**
**565 Duncan Avenue S**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number  **2140**

As of the petition filing date, the claim is: *Check all that apply.*

**$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1839**

Nonpriority creditor's name and mailing address

**DAVID W HEDRICK**
**David W. Hedrick P.A.**
**P.O. Box 547397**
**Orlando, FL 32854**

Date(s) debt was incurred _

Last 4 digits of account number  **40**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1840**

Nonpriority creditor's name and mailing address

**DAVID W MCCONNELL**
**P.O. Box 1367**
**Key West, FL 33041-1367**

Date(s) debt was incurred _

Last 4 digits of account number  **8664**

As of the petition filing date, the claim is: *Check all that apply.*

**$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1841**

Nonpriority creditor's name and mailing address

**DAVID W MINER**
**523 39th Street W**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number  **6456**

As of the petition filing date, the claim is: *Check all that apply.*

**$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1842**

Nonpriority creditor's name and mailing address

**DAVID W WILCOX**
**308 13th Street W.**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number  **7759**

As of the petition filing date, the claim is: *Check all that apply.*

**$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.184 3**

**Nonpriority creditor's name and mailing address**
**DAVID W. BARROW, III**
**1894 Elm Drive**
**West Bend, WI 53095-9603**

Date(s) debt was incurred _

Last 4 digits of account number  **3831**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.184 4**

**Nonpriority creditor's name and mailing address**
**DAVID W. BOONE**
**3155 Roswell Road,Ste. 100**
**Atlanta, GA 30305**

Date(s) debt was incurred _

Last 4 digits of account number  **6778**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.184 5**

**Nonpriority creditor's name and mailing address**
**DAVID WM AZAR**
**P.O. Box 510475**
**Melbourne Beach, FL 32951**

Date(s) debt was incurred _

Last 4 digits of account number  **5930**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.184 6**

**Nonpriority creditor's name and mailing address**
**DAVILA & TORRES**
**911 N Main Street Suite 5**
**Kissimmee, FL 34744**

Date(s) debt was incurred _

Last 4 digits of account number  **8675**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.184 7**

**Nonpriority creditor's name and mailing address**
**DAVIS & KIRSTE**
**7928 US Highway 441**
**Suite 3**
**Leesburg, FL 34788**

Date(s) debt was incurred _

Last 4 digits of account number  **0749**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.184 8**

**Nonpriority creditor's name and mailing address**
**DAVIS & TRUITT PA**
**300 N Ronald Reagan Boulevard Suite 309**
**Longwood, FL 32750-5902**

Date(s) debt was incurred _

Last 4 digits of account number  **4211**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.184 9**

**Nonpriority creditor's name and mailing address**
**DAVIS AND TOMPKINS PA**
**P.O. Box 698**
**Lake Placid, FL 33852**

Date(s) debt was incurred _

Last 4 digits of account number  **9203**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor   **LTGF Business Trust**

Name

Case number (*if known*)   **2:23-bk-01538**

| 3.185 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**DAVIS BASTA LAW FIRM PA**
31111 US Highway 19 N
Palm Harbor, FL 34684

Date(s) debt was incurred  _

Last 4 digits of account number  **1838**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DAVIS C HOLDEN**
1349 Sanibel Lane
Gulf Breeze, FL 32561-6234

Date(s) debt was incurred  _

Last 4 digits of account number  **6380**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**DAVIS SCHNITKER REEVES &**
P.O. Drawer 652
Madison, FL 32340-0652

Date(s) debt was incurred  _

Last 4 digits of account number  **7554**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DAWN G EURINGER**
P.O. Box 144253
Coral Gables, FL 33134

Date(s) debt was incurred  _

Last 4 digits of account number  **0550**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DAWN NICHOLS**
645 N Halifax Avenue
Daytona Beach, FL 32118-3846

Date(s) debt was incurred  _

Last 4 digits of account number  **2420**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DAWSON LAW PA**
50 N. Grove Street
Merritt Island, FL 32953

Date(s) debt was incurred  _

Last 4 digits of account number  **2583**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**
_____

---

| 3.185 6 | **Nonpriority creditor's name and mailing address**<br>**DE AGUERO & GONZALEZ PA**<br>**3191 Coral Way Suite 115141**<br>**Miami, FL 33145-3213** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5170**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.185 7 | **Nonpriority creditor's name and mailing address**<br>**De Armas, Millich, & Rice,, PL**<br>**Suite 800**<br>**168 Southeast 1st Street**<br>**Miami, FL 33131** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7179**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.185 8 | **Nonpriority creditor's name and mailing address**<br>**DE CARDENAS FREIXAS STEIN &**<br>**25 Southeast 2nd Avenue Suite 425**<br>**Miami, FL 33131** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4271**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.185 9 | **Nonpriority creditor's name and mailing address**<br>**DE LA CRUZ & CUTLER LLP**<br>**3850 Bird Road**<br>**Suite 903**<br>**Coral Gables, FL 33146** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1539**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.186 0 | **Nonpriority creditor's name and mailing address**<br>**De La Noval, P.A.**<br>**8603 S. Dixie Highway**<br>**Suite 303**<br>**Pinecrest, FL 33156** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0923**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.186 1 | **Nonpriority creditor's name and mailing address**<br>**DE LA PARTE & GILBERT PA**<br>**P.O. Box 2350**<br>**Tampa, FL 33601-2350** | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3840**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.186 2 | **Nonpriority creditor's name and mailing address**<br>**DE LOS SANTOS & GUERRERO PA**<br>**6950 N Kendall Drive**<br>**Miami, FL 33156** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2816**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**
_____

| | | |
|---|---|---|
| **3.186**<br>**3** | **Nonpriority creditor's name and mailing address**<br>**DEAN & DEAN**<br>**230 Northeast 25th Avenue**<br>**Ocala, FL 34470**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **4660** | **$25.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

| | | |
|---|---|---|
| **3.186**<br>**4** | **Nonpriority creditor's name and mailing address**<br>**DEAN ANDREWS PA**<br>**P.O. Box 11640**<br>**Ft Lauderdale, FL 33339-1640**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **1709** | **$177.85** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

| | | |
|---|---|---|
| **3.186**<br>**5** | **Nonpriority creditor's name and mailing address**<br>**DEAN G TSOURAKIS**<br>**8413 N Grady Avenue**<br>**Tampa, FL 33614**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **8272** | **$100.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

| | | |
|---|---|---|
| **3.186**<br>**6** | **Nonpriority creditor's name and mailing address**<br>**DEAN H FREEMAN**<br>**10211 W Sample Road Suite 208**<br>**Coral Springs, FL 33065**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **7645** | **$25.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

| | | |
|---|---|---|
| **3.186**<br>**7** | **Nonpriority creditor's name and mailing address**<br>**DEAN HANEWINCKEL**<br>**2650 S. McCall Road**<br>**Suite E**<br>**Englewood, FL 34224**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **2504** | **$25.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

| | | |
|---|---|---|
| **3.186**<br>**8** | **Nonpriority creditor's name and mailing address**<br>**DEAN L WILLBUR JR**<br>**11380 Prosperity Farms Road**<br>**Suite 110A**<br>**Palm Beach Gardens, FL 33410**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **7584** | **$100.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.186 9**

**Nonpriority creditor's name and mailing address**
**DEAN MEAD EGERTON BLOODWORTH**
**420 S. Orange Avenue**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number  **6834**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.187 0**

**Nonpriority creditor's name and mailing address**
**DEBBIE A MCANDREW LLC**
**179 N Highway 27 Suite E**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number  **7154**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.187 1**

**Nonpriority creditor's name and mailing address**
**DEBI EVANS GALLER**
**201 S Biscayne Boulevard 22nd Floor**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **0396**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.187 2**

**Nonpriority creditor's name and mailing address**
**DEBI V RUMPH**
**P.O. Box 54-1593**
**Orlando, FL 32854**

Date(s) debt was incurred _

Last 4 digits of account number  **1753**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.187 3**

**Nonpriority creditor's name and mailing address**
**DEBOEST STOCKMAN DECKER**
**2030 McGregor Boulevard**
**Ft Myers, FL 33901**

Date(s) debt was incurred _

Last 4 digits of account number  **555**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.187 4**

**Nonpriority creditor's name and mailing address**
**DEBOEST STOCKMAN DECKER**
**2120 McGregor Boulevard**
**Ft Myers, FL 33901**

Date(s) debt was incurred _

Last 4 digits of account number  **555**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$9,595.99**

---

**3.187 5**

**Nonpriority creditor's name and mailing address**
**DEBORAH A BUSHNELL**
**204 Scotland Street**
**Dunedin, FL 34698**

Date(s) debt was incurred _

Last 4 digits of account number  **7023**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.187 6**

**Nonpriority creditor's name and mailing address**
**DEBORAH A L PHILLIPS PA**
**4475 N State Road 7**
**Lauderdale Lakes, FL 33319**

Date(s) debt was incurred  _

Last 4 digits of account number  **9873**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187 7**

**Nonpriority creditor's name and mailing address**
**DEBORAH A SAWYER PA**
**P.O. Box 3368**
**Ft Pierce, FL 34954-3368**

Date(s) debt was incurred  _

Last 4 digits of account number  **4910**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187 8**

**Nonpriority creditor's name and mailing address**
**DEBORAH A STEWART**
**400 5th Avenue S.**
**Suite 200**
**Naples, FL 34102**

Date(s) debt was incurred  _

Last 4 digits of account number  **2460**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187 9**

**Nonpriority creditor's name and mailing address**
**DEBORAH A WOLFORD**
**International Place Suite 130**
**1580 Sawgrass Corporate Parkway**
**Sunrise, FL 33323-2860**

Date(s) debt was incurred  _

Last 4 digits of account number  **8297**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188 0**

**Nonpriority creditor's name and mailing address**
**DEBORAH D FIGAROLA**
**1004 Salen Lane**
**Austin, TX 78753-3942**

Date(s) debt was incurred  _

Last 4 digits of account number  **2458**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188 1**

**Nonpriority creditor's name and mailing address**
**DEBORAH FISCHER RUGG**
**1001 W Cypress Creek Road Suite 320**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred  _

Last 4 digits of account number  **9702**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188 2**

**Nonpriority creditor's name and mailing address**
**DEBORAH GARCIA ESQUIRE**
**31 Lupi Court Suite 120**
**Palm Coast, FL 32137**

Date(s) debt was incurred  _

Last 4 digits of account number  **4816**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**

| 3.188 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DEBORAH M MARTZ LYSAGHT**
**Deborah Martz Lysaght P.A.**
**140 Intracoastal Point Drive Suite 307**
**Jupiter, FL 33477**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  6957**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Deborah Marks, PLLC**
**11767 South Dixie Highway**
**Suite 126**
**Miami, FL 33156**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  7107**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.06 |
|---|---|---|---|

**DEBORAH S CHAMES**
**888 Brickell Avenue 6th Floor**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  3999**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DEBORAH S KORLESKI PA**
**670 N Orlando Avenue Suite 202**
**Maitland, FL 32751**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  2581**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**DEBORAH S KOWALSKY**
**1930 Tyler Street**
**Hollywood, FL 33020**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  2241**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**DEBORAH STUDYBAKER**
**2296 Victoria Avenue**
**Fort Myers, FL 33900**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  7982**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.188 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |
|---|---|---|---|

**DEBORAH W BUNNELL**
**1543 Ox Bottom Road**
**Tallahassee, FL 32312-3527**

Date(s) debt was incurred _

Last 4 digits of account number  **4253**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |
|---|---|---|---|

**DEBRA G SIMMS PA**
**781 Douglas Avenue**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred _

Last 4 digits of account number  **4371**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |
|---|---|---|---|

**DEBRA K SMIETANSKI**
**P.O. Box 3433**
**Tampa, FL 33601-3433**

Date(s) debt was incurred _

Last 4 digits of account number  **2021**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |
|---|---|---|---|

**DEBRA L KLEIN**
**P.O. Box 432**
**Stuart, FL 34995-0432**

Date(s) debt was incurred _

Last 4 digits of account number  **0472**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |
|---|---|---|---|

**DEBRA L ZELMAN**
**10400 S Lake Vista Circle**
**Ft Lauderdale, FL 33328-1110**

Date(s) debt was incurred _

Last 4 digits of account number  **8303**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |
|---|---|---|---|

**DEBRA P ROCHLIN**
**900 S Andrews Avenue**
**Ft Lauderdale, FL 33316-1000**

Date(s) debt was incurred _

Last 4 digits of account number  **7502**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $87.50 |
|---|---|---|---|

**DECKER & SMITH**
**P.O. Box 1470**
**Ft Myers, FL 33902-1470**

Date(s) debt was incurred _

Last 4 digits of account number  **6132**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.189 6**

**Nonpriority creditor's name and mailing address**
**DECUBELLIS MEEKS & UNCAPHER PA**
P.O. Box 1171
Orlando, FL 32802-4976

Date(s) debt was incurred _

Last 4 digits of account number  **4020**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.189 7**

**Nonpriority creditor's name and mailing address**
**DEEB & DURKIN PA**
5999 Central Avenue Suite 202
St Petersburg, FL 33710

Date(s) debt was incurred _

Last 4 digits of account number  **0272**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.189 8**

**Nonpriority creditor's name and mailing address**
**DEEB LAW FIRM PA**
DBA Deeb & Deeb
310 Alhambra Circle
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **9258**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.189 9**

**Nonpriority creditor's name and mailing address**
**DeFabio Beckham Solis, PLLC**
2420 Coral Way
Miami, FL 33145

Date(s) debt was incurred _

Last 4 digits of account number  **0647**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.190 0**

**Nonpriority creditor's name and mailing address**
**DEHGHANI AND ASSOCIATES PA**
P.O. Box 228630
Miami, FL 33222-8630

Date(s) debt was incurred _

Last 4 digits of account number  **5547**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.190 1**

**Nonpriority creditor's name and mailing address**
**DEL VILLAR & ASSOCIATES PA**
2121 Ponce De Leon Boulevard Suite 340
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **0581**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.190
2**

**Nonpriority creditor's name and mailing address**
**DELAILA J ESTEFANO**
**13930 Southwest 47th Street Suite 201**
**Miami, FL 33175**

Date(s) debt was incurred _

Last 4 digits of account number  **5102**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.190
3**

**Nonpriority creditor's name and mailing address**
**DELANO S STEWART**
**501 E Kennedy Boulevard Suite 760**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number  **4904**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$100.00

---

**3.190
4**

**Nonpriority creditor's name and mailing address**
**DELEON & DELEON PA**
**66 W Flagler Street Suite 800**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number  **6016**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.190
5**

**Nonpriority creditor's name and mailing address**
**DelFyette & Ohm Law Group, P.A.**
**319 Clematis Street**
**Suite 202**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **0822**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.190
6**

**Nonpriority creditor's name and mailing address**
**Delgado & Rodriguez, L.L.P.**
**150 Alhambra Circle Suite 715**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **8999**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.190
7**

**Nonpriority creditor's name and mailing address**
**Delgado Legal, P.A.**
**6500 Cow Pen Road**
**Suite 304**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number  **0844**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.190
8**

**Nonpriority creditor's name and mailing address**
**DELL GRAHAM WILLCOX BARBER**
**P.O. Box 850**
**Gainesville, FL 32602-0850**

Date(s) debt was incurred _

Last 4 digits of account number  **158**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$8,828.98

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.190 9**

**Nonpriority creditor's name and mailing address**
**Dell Graham, P.A.**
**203 Northeast 1st Street**
**Gainesville, FL 32601**

Date(s) debt was incurred  _

Last 4 digits of account number  **8967**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.191 0**

**Nonpriority creditor's name and mailing address**
**DELOACH & HOFSTRA PA**
**8640 Seminole Boulevard**
**Seminole, FL 33772**

Date(s) debt was incurred  _

Last 4 digits of account number  **5613**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$350.00**

---

**3.191 1**

**Nonpriority creditor's name and mailing address**
**DELSY PEREZ**
**Delsy Perez P.A.**
**1501 Northwest 97th Avenue**
**Miami, FL 33172**

Date(s) debt was incurred  _

Last 4 digits of account number  **8750**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.191 2**

**Nonpriority creditor's name and mailing address**
**DELZER COULTER & BELL PA**
**7920 US Highway 19**
**Port Richey, FL 34668-3404**

Date(s) debt was incurred  _

Last 4 digits of account number  **1978**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$575.00**

---

**3.191 3**

**Nonpriority creditor's name and mailing address**
**DEMETRIO J PEREZ & ASSOCIATES**
**2700 SW 8th Street**
**Miami, FL 33135**

Date(s) debt was incurred  _

Last 4 digits of account number  **7638**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.191 4**

**Nonpriority creditor's name and mailing address**
**DEMETRIOS G GLINOS**
**320 Haverlake Circle**
**Apopka, FL 32712-4056**

Date(s) debt was incurred  _

Last 4 digits of account number  **4994**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**                                    Case number (if known)    **2:23-bk-01538**
_____
Name

| 3.191 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DEMETRIOS PAVLOU**
**9858 Clint Moore Road C111236**
**Boca Raton, FL 33496**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  4889**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DEMETRIOS VOIKLIS**
**5811 Memorial Highway Suite 107**
**Tampa, FL 33615**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  5638**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DENIS A BRASLOW**
**917 N 12th Avenue**
**Pensacola, FL 32501-3339**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  7262**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DENIS A COHRS**
**The Cohrs Law Group P.A.**
**2841 Executive Drive, Suite 120**
**Clearwater, FL 33762**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  5548**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8.19** |
|---|---|---|---|

**DENIS A RUSS**
**1370 Washington Avenue Suite 209**
**Miami Beach, FL 33139-4215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  7221**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DENISE A DALRYMPLE**
**Denise A. Dalrymple P.A.**
**5944 Coral Ridge Drive Suite 301**
**Coral Springs, FL 33076**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  6269**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DENISE L PARROTTA**
**1098 Northwest Boca Raton Boulevard**
**Boca Raton, FL 33432-2616**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number  4248**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.192 2**

**Nonpriority creditor's name and mailing address**

**DENISE M SCANZIANI ESQ PA**
**12464 Southwest 127th Avenue**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number **7066**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.192 3**

**Nonpriority creditor's name and mailing address**

**DENISE N MURPHY PA**
**531 Main Street**
**Suite F**
**Safety Harbor, FL 34695**

Date(s) debt was incurred _

Last 4 digits of account number **0133**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.192 4**

**Nonpriority creditor's name and mailing address**

**DENNIS A DONET**
**6161 Blue Lagoon Drive Suite 430**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number **6404**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.192 5**

**Nonpriority creditor's name and mailing address**

**DENNIS A. HEDGE**
**P.O. Box 2208**
**Ft. Myers, FL 33902-2208**

Date(s) debt was incurred _

Last 4 digits of account number **6444**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.192 6**

**Nonpriority creditor's name and mailing address**

**DENNIS D CAMP**
**351 Northeast 8th Avenue**
**Ocala, FL 34470**

Date(s) debt was incurred _

Last 4 digits of account number **5410**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.192 7**

**Nonpriority creditor's name and mailing address**

**DENNIS E BERGER**
**P.O. Box 340223**
**Miami, FL 33164-0223**

Date(s) debt was incurred _

Last 4 digits of account number **6571**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor  **LTGF Business Trust**

Name

Case number (if known)  **2:23-bk-01538**

---

| 3.192 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**DENNIS E MANELLI ESQUIRE**
**1800 Grant Street**
**Tampa, FL 33605**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5933**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**DENNIS E STONE**
**45 Northwest 8th Street Suite 107**
**Homestead, FL 33030-4452**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6754**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**DENNIS ELTON PONN**
**Miller & Ponn P.A.**
**1525 N Park Drive Suite 102**
**Weston, FL 33326-5906**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8416**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Dennis Gonzalez, P.A.**
**10637 N Kendall Drive Suite 7f**
**Miami, FL 33176**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8057**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**DENNIS HERNANDEZ & ASSOCIATES**
**3339 W Kennedy Boulevard**
**Tampa, FL 33609-2903**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6784**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |

**DENNIS I HOLOBER**
**13155 Ixora Court Suite 707**
**Miami, FL 33181-2326**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5251**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**DENNIS J BESSEY**
**Bessey Law P.A.**
**P.O. Box 7917**
**North Port, FL 34290**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4373**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**
_____

| 3.193 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**DENNIS J MCGLOTHIN**
**727 Northeast 3rd Avenue Suite 101**
**Ft Lauderdale, FL 33304**

Date(s) debt was incurred  _

Last 4 digits of account number  **4660**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 6 |

**DENNIS J ROGERS**
**4055 Palm Bay Circle Apt C**
**West Palm Beach, FL 33406-9032**

Date(s) debt was incurred  _

Last 4 digits of account number  **5402**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 7 |

**DENNIS J. HIGHTOWER**
**738 W. Colonial Dr.**
**Orlando, FL 32804-7344**

Date(s) debt was incurred  _

Last 4 digits of account number  **4201**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 8 |

**DENNIS L HORTON PA**
**3721 S. Highway 27**
**Suite A**
**Clermont, FL 34711**

Date(s) debt was incurred  _

Last 4 digits of account number  **5173**

As of the petition filing date, the claim is: *Check all that apply.*

$150.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 9 |

**DENNIS L PRATT**
**10450 San Jose Boulevard Suite 3**
**Jacksonville, FL 32257**

Date(s) debt was incurred  _

Last 4 digits of account number  **0170**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 0 |

**DENNIS M SOLOMON**
**1601 Belvedere Road Suite 407 S**
**West Palm Beach, FL 33406**

Date(s) debt was incurred  _

Last 4 digits of account number  **9163**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.194.1**

**Nonpriority creditor's name and mailing address**

**DENNIS P SHEPPARD**
**1360 S Ocean Boulevard Suite 802**
**Pompano Beach, FL 33062**

Date(s) debt was incurred _

Last 4 digits of account number **8278**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.194.2**

**Nonpriority creditor's name and mailing address**

**DENNIS R BEDARD**
**Law Office of Dennis R Bedard**
**1717 N Bayshore Drive Suite 215**
**Miami, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number **2362**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.194.3**

**Nonpriority creditor's name and mailing address**

**DENNIS R HABER**
**C/O Miami Legal, Title & Mediation**
**8925 SW 148th Street, Suite 200**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number **7765**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.194.4**

**Nonpriority creditor's name and mailing address**

**DENNIS R WHITE**
**999 Vanderbilt Beach Road Suite 200**
**Naples, FL 34108-3512**

Date(s) debt was incurred _

Last 4 digits of account number **5775**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.194.5**

**Nonpriority creditor's name and mailing address**

**DENNIS R WOOD**
**2116 Tyler Street**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number **4133**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.194.6**

**Nonpriority creditor's name and mailing address**

**DENNIS S GOLD**
**2335 Tamiami Trail N.**
**Suite 301**
**Naples, FL 34103**

Date(s) debt was incurred _

Last 4 digits of account number **6791**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.194.7**

**Nonpriority creditor's name and mailing address**

**DENNIS S MOSES**
**5720 Gall Boulevard Suite 3**
**Zephyrhills, FL 33541**

Date(s) debt was incurred _

Last 4 digits of account number **2747**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**

Name

Case number (if known) **2:23-bk-01538**

---

**3.1948**

Nonpriority creditor's name and mailing address

**DENNIS V NYMARK**
**110 S Pebble Beach Boulevard**
**Sun City Center, FL 33573**

Date(s) debt was incurred _

Last 4 digits of account number **9835**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1949**

Nonpriority creditor's name and mailing address

**DENNISON & DENNISON**
**Suite 130**
**1580 Sawgrass Corporate Parkway**
**Sunrise, FL 33323-2860**

Date(s) debt was incurred _

Last 4 digits of account number **6493**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1950**

Nonpriority creditor's name and mailing address

**DENT & COOK PA**
**P.O. Box 3259**
**Sarasota, FL 34230-3259**

Date(s) debt was incurred _

Last 4 digits of account number **5263**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1951**

Nonpriority creditor's name and mailing address

**Dent & McClain Chartered**
**3411 Magic Oak Lane**
**Sarasota, FL 34232**

Date(s) debt was incurred _

Last 4 digits of account number **9522**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1952**

Nonpriority creditor's name and mailing address

**DEREK TAACA**
**310 Whitfield Avenue**
**Sarasota, FL 34243**

Date(s) debt was incurred _

Last 4 digits of account number **2513**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1953**

Nonpriority creditor's name and mailing address

**DERMOT MACMAHON PA**
**8461 Lake Worth Road**
**Suite 133**
**Lake Worth, FL 33467**

Date(s) debt was incurred _

Last 4 digits of account number **6358**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**

Name

Case number (if known)   **2:23-bk-01538**

---

| 3.195 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**DESAI & MAYA PA**
**1540 Lake Baldwin Lane Suite B**
**Orlando, FL 32814**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6746**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,208.88** |
|---|---|---|---|

**DESANTIS GASKILL SMITH**
**11891 US Highway 1**
**Suite 100**
**North Palm Beach, FL 33408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4905**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DESI R KELLERMANN PA**
**605 Lincoln Road Suite 400**
**Miami Beach, FL 33139**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  3123**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**DET H JOKS**
**10689 N Kendall Drive Ph 310**
**Miami, FL 33176-1510**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5368**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**DEVINE GOODMAN RASCO & WELLS**
**2800 Ponce De Leon Boulevard**
**Suite 1400**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5626**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**DEVITO & COLEN**
**7243 Bryan Daity Road**
**Largo, FL 33777-1538**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  3560**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$610.32** |
|---|---|---|---|

**DEVITT J ADAMS**
**P.O. Box 3937**
**Fort Pierce, FL 34948-3937**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4391**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.196 1**

**Nonpriority creditor's name and mailing address**

**DEVITT THISTLE & DEVITT PA**
**30 Southeast 4th Avenue**
**Delray Beach, FL 33483-4514**

Date(s) debt was incurred _

Last 4 digits of account number **336**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$5,773.88**

---

**3.196 2**

**Nonpriority creditor's name and mailing address**

**Devolder Law Firm, P.L.L.C.**
**8709 Hunter Green Drive**
**Tampa, FL 33647**

Date(s) debt was incurred _

Last 4 digits of account number **0536**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.196 3**

**Nonpriority creditor's name and mailing address**

**DEWEY ALBERT F RIES**
**215 Northeast 3rd Street**
**Ft Lauderdale, FL 33301-1040**

Date(s) debt was incurred _

Last 4 digits of account number **3477**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.196 4**

**Nonpriority creditor's name and mailing address**

**DEWEY H VARNER**
**2328 Tenth Avenue N Suite 200**
**Lake Worth, FL 33461**

Date(s) debt was incurred _

Last 4 digits of account number **7146**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.196 5**

**Nonpriority creditor's name and mailing address**

**DEWEY R MOCKLER**
**P.O. Box 749**
**Ft Myers, FL 33902-0749**

Date(s) debt was incurred _

Last 4 digits of account number **5512**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.196 6**

**Nonpriority creditor's name and mailing address**

**DEWOLF WARD O'DONNELL &**
**111 N Orange Avenue Suite 2000**
**Orlando, FL 32801-2335**

Date(s) debt was incurred _

Last 4 digits of account number **5138**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.196 7**

**Nonpriority creditor's name and mailing address**

**DEWRELL SACKS LLP**
**2390 Tamiami Trail N Suite 102**
**Naples, FL 34103-4483**

Date(s) debt was incurred _

Last 4 digits of account number **2789**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
<u>Name</u>

Case number (*if known*)  **2:23-bk-01538**

---

| 3.196 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
|---|---|---|---|

**DEZAYAS O'NAGHTEN & DIAZ**
**2950 Southwest 27th Avenue Suite 300**
**Miami, FL 33133-3765**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8534**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Diamelyn Cepero, P.A.**
**55 Merrick Way Suite 402**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7919**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DIANA A HO-YEN PA**
**2575 Southwest 158th Avenue**
**Miramar, FL 33027-4282**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7926**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
|---|---|---|---|

**DIANA CURTIS REIF**
**3243 Daisy Log Road**
**Blairsville, GA 30512-1917**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **192**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Diana Goldman, P.A.**
**7270 S. US Highway 1**
**Port St Lucie, FL 34952**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8585**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DIANA K BOCK**
**135 W Central Boulevard Suite 250**
**Orlando, FL 32801-2437**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **2213**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.197
4**

**Nonpriority creditor's name and mailing address**

**DIANA WATEROUS CENTORINO**
**1230 Southeast 4th Avenue**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **8727**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197
5**

**Nonpriority creditor's name and mailing address**

**DIANE BACCUS HORSLEY**
**P.O. Box 33527**
**Indialantic, FL 32903**

Date(s) debt was incurred _

Last 4 digits of account number  **7992**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$169.67**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197
6**

**Nonpriority creditor's name and mailing address**

**DIANE CLEAVINGER**
**1230 Apalachee Parkway**
**Tallahassee, FL 32399**

Date(s) debt was incurred _

Last 4 digits of account number  **8547**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197
7**

**Nonpriority creditor's name and mailing address**

**DIANE E MCGILL**
**P.O. Box 1475**
**5100 S Cleveland Avenue Suite 318**
**Winter Haven, FL 33882-1475**

Date(s) debt was incurred _

Last 4 digits of account number  **7408**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197
8**

**Nonpriority creditor's name and mailing address**

**DIANE HILDEBRAND**
**1101 Northwest 93rd Avenue**
**Ft Lauderdale, FL 33322-4907**

Date(s) debt was incurred _

Last 4 digits of account number  **4646**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197
9**

**Nonpriority creditor's name and mailing address**

**DIANE M PERRY**
**Diane M. Perry P.A.**
**2400 E Commercial Boulevard Suite 201**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **5997**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198
0**

**Nonpriority creditor's name and mailing address**

**DIANE MARIE CONNIFF**
**200 Southeast 1st St, Penthouse**
**Miami, FL 33131-1903**

Date(s) debt was incurred _

Last 4 digits of account number  **8117**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$38.58**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.198 1**

**Nonpriority creditor's name and mailing address**
**DIANE MCGUIRE**
**P.O. Box 1062**
**Key Largo, FL 33037**

Date(s) debt was incurred _

Last 4 digits of account number **3901**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.198 2**

**Nonpriority creditor's name and mailing address**
**DIANE T COVAN**
**1901 Fogarty Avenue Suite 1**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number **7185**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.198 3**

**Nonpriority creditor's name and mailing address**
**DIANNE E BILLINGTON**
**2000 Highway A1A Second Floor**
**Indian Harbour Beach, FL 32937-3525**

Date(s) debt was incurred _

Last 4 digits of account number **9878**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.198 4**

**Nonpriority creditor's name and mailing address**
**Diaz Leyva Group, PLLC**
**1501 Venera Avenue**
**Suite 203**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **0431**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.198 5**

**Nonpriority creditor's name and mailing address**
**DIAZ REUS & TARG LLP**
**121 S Orange Avenue Suite 1270**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **5963**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.198 6**

**Nonpriority creditor's name and mailing address**
**Diaz Reus & Targ, L.L.P.**
**3400 Bank Of America Tower**
**100 SE 2nd Street**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **5963**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.198 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DICESARE DAVIDSON & BARKER PA**
P.O. Box 7160
Lakeland, FL 33807-7160

Date(s) debt was incurred _

Last 4 digits of account number  **1015**

**As of the petition filing date, the claim is:** Check all that apply.    **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DICK K. JUCKNATH**
7208 Moss Leaf Lane
Orlando, FL 32819-4739

Date(s) debt was incurred _

Last 4 digits of account number  **5595**

**As of the petition filing date, the claim is:** Check all that apply.    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DICKENSON REX & SLOAN PA**
4800 N. Federal Highway
Unit E100
Boca Raton, FL 33431

Date(s) debt was incurred _

Last 4 digits of account number  **7573**

**As of the petition filing date, the claim is:** Check all that apply.    **$12,229.36**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DICKERSON LAW FIRM**
120 N Collins Street Suite 201
Plant City, FL 33563

Date(s) debt was incurred _

Last 4 digits of account number  **5912**

**As of the petition filing date, the claim is:** Check all that apply.    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DICKINSON & GIBBONS PA**
P.O. Box 3979
Sarasota, FL 34230-3979

Date(s) debt was incurred _

Last 4 digits of account number  **1170**

**As of the petition filing date, the claim is:** Check all that apply.    **$325.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DICKINSON WRIGHT PLLC**
P.O. Box 243351
Boynton Beach, FL 33424-3351

Date(s) debt was incurred _

Last 4 digits of account number  **6992**

**As of the petition filing date, the claim is:** Check all that apply.    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DICKS & PALMER**
520 Crown Oak Centre Drive
Longwood, FL 32750-6187

Date(s) debt was incurred _

Last 4 digits of account number  **8635**

**As of the petition filing date, the claim is:** Check all that apply.    **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

**3.199 4** Nonpriority creditor's name and mailing address

**Dieppa Law Firm, P.A.**
**10689 N. Kendall Drive**
**Suite 314**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number **7029**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.199 5** Nonpriority creditor's name and mailing address

**DIETRICH R JENKINS PA**
**2331 Arthur Street Unit 10**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number **2575**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.199 6** Nonpriority creditor's name and mailing address

**DIEZ & FLOYD PA**
**737 S Indiana Avenue**
**Englewood, FL 34223**

Date(s) debt was incurred _

Last 4 digits of account number **8051**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.199 7** Nonpriority creditor's name and mailing address

**DiFalco & Fernandez, L.L.L.P.**
**777 Brickell Avenue**
**Suite 630**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **7513**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.199 8** Nonpriority creditor's name and mailing address

**DIGON & DIGON PLLC**
**The Florida Bar**
**651 E Jefferson Street**
**Tallahassee, FL 32399-6584**

Date(s) debt was incurred _

Last 4 digits of account number **7924**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.199 9** Nonpriority creditor's name and mailing address

**DILL & EVANS PL**
**1565 US Highway 1**
**Sebastian, FL 32958-3832**

Date(s) debt was incurred _

Last 4 digits of account number **5016**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.200 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $525.00 |

**DILWORTH PAXSON KALISH**
Attn: Lawrence J. Miller
2200 Corporate Boulevard Northwest Suite
Boca Raton, FL 33431

Date(s) debt was incurred _

Last 4 digits of account number  **7418**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**DIMAGGIO LAW OFFICES PA**
633 Southeast 3rd Avenue Suite 202
Ft Lauderdale, FL 33301

Date(s) debt was incurred _

Last 4 digits of account number  **9915**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**DINA PINHAS PA**
20401 NE 30th Avenue
Miami, FL 33180

Date(s) debt was incurred _

Last 4 digits of account number  **9597**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**DINAH S STEPHENSON**
1047 E Atlantic Avenue
Delray Beach, FL 33483

Date(s) debt was incurred _

Last 4 digits of account number  **7546**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Dine Law, PL**
1101 6th Avenue West Suite 218
Bradenton, FL 34205

Date(s) debt was incurred _

Last 4 digits of account number  **8319**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**DISQUE & SCHWAB PA**
192 Northwest Central Park Plaza
St Lucie West, FL 34986

Date(s) debt was incurred _

Last 4 digits of account number  **8958**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 |

**DITTMAN DOWLING & SCHONE LLP**
4600 N. Ocean Boulevard
Suite 206
Boynton Beach, FL 33435

Date(s) debt was incurred _

Last 4 digits of account number  **7393**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

| 3.200 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**DIVINE & ESTES PA**
**636 West Yale Street**
**Orlando, FL 32804**

Date(s) debt was incurred  _

Last 4 digits of account number  **0544**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |

**DIVITO & HIGHAM**
**4514 Central Avenue**
**St Petersburg, FL 33711**

Date(s) debt was incurred  _

Last 4 digits of account number  **1969**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**DIXIE LEE BALL**
**Patterson Eskin & Ball**
**1420 SE 47th Street**
**Cape Coral, FL 33904-9604**

Date(s) debt was incurred  _

Last 4 digits of account number  **8413**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**DIXIE S MACKAY**
**P.O. Box 1148**
**Riverview, FL 33568-1148**

Date(s) debt was incurred  _

Last 4 digits of account number  **8205**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**DIXON THOMAS**
**3609 Kingdom Way**
**St Augustine, FL 32092-3609**

Date(s) debt was incurred  _

Last 4 digits of account number  **7910**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Djf Cevelopmemnt, L.L.C.**
**13270 Southwest 131st Street Suite 131**
**Miami, FL 33186**

Date(s) debt was incurred  _

Last 4 digits of account number  **5937**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.201 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**DOAK S CAMPBELL III**
**70 SE 4th Avenue**
**Delray Beach, FL 33483-4514**

Date(s) debt was incurred _

Last 4 digits of account number  **1075**

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**DOBBINS MEEKS RALEIGH &**
**P.O. Box 11799**
**Ft Lauderdale, FL 33339-1799**

Date(s) debt was incurred _

Last 4 digits of account number  **5731**

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$250.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**DOLAN LAW FIRM PLLC**
**28870 US Highway 19 N Suite 336**
**Clearwater, FL 33761**

Date(s) debt was incurred _

Last 4 digits of account number  **6416**

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dollar & Baboun, P.A.**
**201 Alhambra Circle Suite 1050**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **8373**

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**DOLORES K SANCHEZ**
**225 N Federal Highway Suite 600**
**Pompano Beach, FL 33062**

Date(s) debt was incurred _

Last 4 digits of account number  **7103**

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**DOLORES X SAN GIORGIO**
**7812 W Sample Road**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number  **5457**

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**DOMENICA FRASCA**
**Panza Maurer & Maynard P.A.**
**3600 N Federal Highway 3rd Floor**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **4049**

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.202 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Domingues McConville, P.A.**
**5353 N Federal Highway Suite 100**
**Ft Lauderdale, FL 33308**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7331**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DOMINIC J ABREU**
**Kahane & Associates P.A.**
**8201 Peters Road Suite 3000**
**Plantation, FL 33324**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **5772**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**DOMINICK F MINIACI**
**821 East Broward Boulevard**
**Ft Lauderdale, FL 33301-2064**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **5716**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DON D DYE**
**P.O. Box 4148**
**Tallahassee, FL 32315-4148**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4011**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DON F ZIMMERMAN**
**2133 Northeast Coachman Road Suite A**
**Clearwater, FL 34625-2616**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7035**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DON GONZALEZ**
**1820 N Corporate Lakes Boulevard Suite 2**
**Weston, FL 33326-3259**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **0692**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.202 6**

**Nonpriority creditor's name and mailing address**
**DON M STICHTER**
**110 E Madison Street Suite 200**
**Tampa, FL 33602-4718**

Date(s) debt was incurred _

Last 4 digits of account number **4340**

As of the petition filing date, the claim is: *Check all that apply.*                    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202 7**

**Nonpriority creditor's name and mailing address**
**DON R LIVINGSTONE**
**8761 SW 133rd Street**
**Suite 202**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number **6003**

As of the petition filing date, the claim is: *Check all that apply.*                    **$9,386.93**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202 8**

**Nonpriority creditor's name and mailing address**
**DON R. ALLEN**
**1995 E. Oakland Park Blvd.**
**Ft Lauderdale, FL 33306-1113**

Date(s) debt was incurred _

Last 4 digits of account number **3353**

As of the petition filing date, the claim is: *Check all that apply.*                    **$169.24**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202 9**

**Nonpriority creditor's name and mailing address**
**DONALD A GOLDEN**
**11755 SW 62nd Avenue**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **2619**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203 0**

**Nonpriority creditor's name and mailing address**
**DONALD A ORLOVSKY**
**2090 Palm Beach Lakes Boulevard Suite 90**
**West Palm Beach, FL 33409-6523**

Date(s) debt was incurred _

Last 4 digits of account number **3953**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203 1**

**Nonpriority creditor's name and mailing address**
**DONALD A ROARK**
**201 E Government Street**
**Pensacola, FL 32501**

Date(s) debt was incurred _

Last 4 digits of account number **8488**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203 2**

**Nonpriority creditor's name and mailing address**
**DONALD A STEWART**
**22 S Links Avenue Suite 300**
**Sarasota, FL 34236-5939**

Date(s) debt was incurred _

Last 4 digits of account number **4652**

As of the petition filing date, the claim is: *Check all that apply.*                    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**
         _____
         Name

Case number (if known)   **2:23-bk-01538**

---

| 3.203<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**DONALD A WICH JR**
**California Tower Suite 620**
**2400 E Commercial Boulevard**
**Ft Lauderdale, FL 33308**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5438**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.203<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DONALD A YARBROUGH**
**P.O. Box 11842**
**Ft Lauderdale, FL 33339**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4424**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.203<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**DONALD B LINSKY**
**1509 Sun City Center Plaza Suite B**
**Sun City Center, FL 33570**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8060**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.203<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**DONALD B MCKAY III**
**6624 Rowan Road**
**New Port Richey, FL 34653-2940**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5937**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.203<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,933.77** |
|---|---|---|---|

**DONALD B MEDALIE**
**Medalie & Medalie P.A.**
**800 E Broward Boulevard Suite 301**
**Ft Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3095**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.203<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**DONALD C JONES**
**7855 126th Avenue N Suite F**
**Largo, FL 34643-1651**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4756**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.203<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**DONALD C KNAPMEYER**
**P.O. Box 1168**
**Clearwater, FL 33755**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2121**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.204 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00** |

**DONALD C SIDER & ASSOCIATES**
6751 N Federal Highway Suite 200
Boca Raton, FL 33487

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **5195**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**DONALD D HOCKMAN**
2670 Fairbanks Avenue
Winter Park, FL 32789

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7740**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**DONALD E HAHAMOVITCH**
Building 7 Apartment 103
11811 Royal Palm Boulevard
Coral Springs, FL 33065-7336

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7553**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**DONALD E HAWKINS**
501 S Ridgewood Avenue
Daytona Beach, FL 32114-4929

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4600**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**DONALD E SCHOLL**
115 S Spring Boulevard
Tarpon Springs, FL 34689-4202

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6247**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**DONALD E. OSWALD**
805 E. Broward Boulevard Suite 304
Ft. Lauderdale, FL 33301-2046

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4249**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.204 6**

**Nonpriority creditor's name and mailing address**
**DONALD E. SMITH**
**4233 Kandra Court**
**Orlando, FL 32812-2800**

Date(s) debt was incurred _

Last 4 digits of account number  **8481**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.204 7**

**Nonpriority creditor's name and mailing address**
**DONALD F KALTENBACH**
**2974 Dick Wilson Drive**
**Sarasota, FL 34240**

Date(s) debt was incurred _

Last 4 digits of account number  **4821**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.204 8**

**Nonpriority creditor's name and mailing address**
**DONALD F PERRIN PA**
**P.O. Box 250**
**Inverness, FL 34451-0250**

Date(s) debt was incurred _

Last 4 digits of account number  **6490**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.204 9**

**Nonpriority creditor's name and mailing address**
**DONALD F. WRIGHT**
**P.O. Box 2828**
**Orlando, FL 32802-2828**

Date(s) debt was incurred _

Last 4 digits of account number  **5917**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.205 0**

**Nonpriority creditor's name and mailing address**
**DONALD G PROCTER**
**3546 S Lake Drive**
**Boynton Beach, FL 33435-8538**

Date(s) debt was incurred _

Last 4 digits of account number  **3604**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.205 1**

**Nonpriority creditor's name and mailing address**
**DONALD G PROCTER JR**
**3546 S Lake Drive**
**Boynton Beach, FL 33435**

Date(s) debt was incurred _

Last 4 digits of account number  **5804**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.205 2**

**Nonpriority creditor's name and mailing address**
**DONALD GORENBERG**
**8820 Southwest 61st Avenue**
**Gainesville, FL 32608-5573**

Date(s) debt was incurred _

Last 4 digits of account number  **6060**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.205.3**

**Nonpriority creditor's name and mailing address**

**DONALD H BUIKUS**
**1402 N State Road 7**
**Margate, FL 33063-2836**

Date(s) debt was incurred _

Last 4 digits of account number  **0710**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.205.4**

**Nonpriority creditor's name and mailing address**

**DONALD J FREEMAN PA**
**2475 Mercer Avenue**
**Suite 301**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **5271**

**As of the petition filing date, the claim is:** *Check all that apply.*

$300.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.205.5**

**Nonpriority creditor's name and mailing address**

**DONALD J GRATE**
**100 Galleria Parkway Suite 1600**
**Atlanta, GA 30339-5948**

Date(s) debt was incurred _

Last 4 digits of account number  **6602**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.205.6**

**Nonpriority creditor's name and mailing address**

**DONALD J MURRAY**
**Elliott Harris P.A.**
**111 Southwest Third Street 6th Floor**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number  **3906**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.205.7**

**Nonpriority creditor's name and mailing address**

**DONALD J SASSER PA**
**P.O. Box 2907**
**West Palm Beach, FL 33402-2907**

Date(s) debt was incurred _

Last 4 digits of account number  **0762**

**As of the petition filing date, the claim is:** *Check all that apply.*

$85.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.205.8**

**Nonpriority creditor's name and mailing address**

**DONALD J SEPS**
**19 Indian Trail**
**Ormond Beach, FL 32174**

Date(s) debt was incurred _

Last 4 digits of account number  **5746**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.2059 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**DONALD J VESTAL**
**3440 Hollywood Boulevard Suite 450**
**Hollywood, FL 33021-3409**

Date(s) debt was incurred _

Last 4 digits of account number **8500**

As of the petition filing date, the claim is: _Check all that apply._

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2060 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**DONALD K CORBIN**
**2631 E Oakland Park Boulevard Suite 106**
**Ft Lauderdale, FL 33303-1607**

Date(s) debt was incurred _

Last 4 digits of account number **5593**

As of the petition filing date, the claim is: _Check all that apply._

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2061 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**DONALD K RUDSER**
**P.O. Box 1011**
**Jasper, FL 32052-0948**

Date(s) debt was incurred _

Last 4 digits of account number **8320**

As of the petition filing date, the claim is: _Check all that apply._

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2062 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**DONALD L BROOKS**
**4440 PGA Boulevard**
**Suite 600**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number **6176**

As of the petition filing date, the claim is: _Check all that apply._

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2063 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**DONALD L BURRIE**
**2125 E Atlantic Boulevard**
**Pompano Beach, FL 33062-5207**

Date(s) debt was incurred _

Last 4 digits of account number **1085**

As of the petition filing date, the claim is: _Check all that apply._

$125.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2064 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**DONALD L SMITH PA**
**500 N Ocean Street**
**Jacksonville, FL 32202**

Date(s) debt was incurred _

Last 4 digits of account number **3522**

As of the petition filing date, the claim is: _Check all that apply._

$225.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2065 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**DONALD L. CROSBY**
**1875 Chardonnay Pl**
**Tallahassee, FL 32308**

Date(s) debt was incurred _

Last 4 digits of account number **8289**

As of the petition filing date, the claim is: _Check all that apply._

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

**3.206 6**

**Nonpriority creditor's name and mailing address**

**DONALD M DARRACH**
**2020 Northwest 89th Pl**
**Miami, FL 33172**

Date(s) debt was incurred _

Last 4 digits of account number  **5495**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$200.00**

---

**3.206 7**

**Nonpriority creditor's name and mailing address**

**DONALD M HOMER**
**4101 N Ocean Boulevard Suite 1507**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **3602**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.206 8**

**Nonpriority creditor's name and mailing address**

**DONALD M VAN DUSEN**
**P.O. Box 1281**
**Boca Raton, FL 33429-1281**

Date(s) debt was incurred _

Last 4 digits of account number  **5393**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$100.00**

---

**3.206 9**

**Nonpriority creditor's name and mailing address**

**DONALD N DENSON**
**4651 Southeast 3rd Avenue**
**Ocala, FL 34480-4703**

Date(s) debt was incurred _

Last 4 digits of account number  **3579**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$100.00**

---

**3.207 0**

**Nonpriority creditor's name and mailing address**

**DONALD P DUFRESNE**
**13680 Yarmouth Court Suite C**
**Wellington, FL 33414-7730**

Date(s) debt was incurred _

Last 4 digits of account number  **5076**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.207 1**

**Nonpriority creditor's name and mailing address**

**DONALD P FITZGERALD III**
**2425 Commerce Avenue Suite 100**
**Duluth, GA 30096**

Date(s) debt was incurred _

Last 4 digits of account number  **1166**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**
_____

| 3.207 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**DONALD P KOHL**
**2324 S Congress Avenue Suite 2a**
**West Palm Beach, FL 33406**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3797**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.207 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.61 |
|---|---|---|---|

**DONALD R COLPITTS**
**124 N Eglin Parkway**
**Ft Walton Beach, FL 32548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8237**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.207 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**DONALD R MORRIS**
**P.O. Box 1191**
**San Juan Pueblo, NM 87566**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5305**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.207 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**DONALD R PEYTON**
**7317 Little Road**
**New Port Richey, FL 34654-5519**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8456**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.207 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**DONALD S FRADLEY**
**27 Pennock Lane**
**Suite 104**
**Jupiter, FL 33458-4080**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1867**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.207 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**DONALD S REISMAN**
**2501 Southwest Egret Pond Circle**
**Palm City, FL 34990-2536**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8069**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.207 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**DONALD T FRANKE**
**707 Holly Briar Lane**
**Naples, FL 34108**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6773**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.207 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**DONALD T. SMALLWOOD**
**206 South Beaumont Avenue**
**Kissimmee, FL 34741-5656**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **281**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**DONALD W HULMES**
**13451 MUSTANG TRL**
**SW RANCHES, FL 33330**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **904**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**DONALD W SCARLETT**
**1003 E Concord Street**
**Orlando, FL 32803-4618**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4438**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**DONALD W SMUCKER**
**5317 Fruitville Road Suite 212**
**Sarasota, FL 34232-6402**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4275**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**DONALD W STANLEY JR**
**202 S Rome Avenue Suite 100**
**Tampa, FL 33606-1842**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **351**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**DONALD W YETTER PA**
**1111 9th Avenue W**
**Suite B**
**Bradenton, FL 34205**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4890**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**DONET & DONET LLP**
**Lakeside Corporate Park Suite 207**
**12855 Southwest 132nd Street**
**Miami, FL 33186**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6404**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.208 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DONIA A ROBERTS**
**257 SE Dr. MLK Jr. Boulevard**
**Belle Glade, FL 33430**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5681**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Donna Duncan, P.A.**
**P.O. Box 157**
**Apalachicola, FL 32329**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4348**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**DONNA J WIEHAUS**
**P.O. Box 50**
**Monticello, FL 32345-0050**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6460**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DONNA K VALENTI**
**6151 Miramar Parkway Suite 307**
**Miramar, FL 33023**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6945**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DONNA M DONZA**
**810 Biscayne Drive**
**West Palm Beach, FL 33401**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4897**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DONNA M MORE**
**390 N Orange Avenue Suite 1100**
**Orlando, FL 32801**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9280**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.209 2**

**Nonpriority creditor's name and mailing address**
**DONNA M PREVITI SIMEONE**
**20283 SR 7 Suite 400**
**Boca Raton, FL 33498**

Date(s) debt was incurred _
Last 4 digits of account number  **8381**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.209 3**

**Nonpriority creditor's name and mailing address**
**DONNA MCCANN BENCKENSTEIN**
**11787 W Sample Road Suite 103**
**Coral Springs, FL 33065-3131**

Date(s) debt was incurred _
Last 4 digits of account number  **8301**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.209 4**

**Nonpriority creditor's name and mailing address**
**DONNA S BARFIELD**
**2809 Poinsetta Avenue**
**West Palm Beach, FL 33407**

Date(s) debt was incurred _
Last 4 digits of account number  **6438**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.209 5**

**Nonpriority creditor's name and mailing address**
**DONNA SZCZEBAK O'NEIL**
**301 E Commercial Boulevard**
**Ft Lauderdale, FL 33334**

Date(s) debt was incurred _
Last 4 digits of account number  **7891**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.209 6**

**Nonpriority creditor's name and mailing address**
**DONNA WILHELM-HUDSON**
**P.O. Box 1589**
**Grandy, CO 80446**

Date(s) debt was incurred _
Last 4 digits of account number  **6205**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.209 7**

**Nonpriority creditor's name and mailing address**
**DONNELLY & GROSS PA**
**2421 Northwest 41st Street Suite A1**
**Gainesville, FL 32606**

Date(s) debt was incurred _
Last 4 digits of account number  **4013**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.209 8**

**Nonpriority creditor's name and mailing address**
**DORA L BEATTY**
**5939 Southwest 34th Street**
**Miami, FL 33155**

Date(s) debt was incurred _
Last 4 digits of account number  **6457**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**
_____

---

| 3.2099 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**DORAN SIMS WOLFE ANSAY**
**1020 W. International Speedway**
**Suite 100**
**Daytona Beach, FL 32114**

Date(s) debt was incurred  _

Last 4 digits of account number  **3964**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

$575.00

---

| 3.2100 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**DOREEN R CAREY**
**16920 Southwest 5th Court**
**Ft Lauderdale, FL 33326**

Date(s) debt was incurred  _

Last 4 digits of account number  **7309**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

$25.00

---

| 3.2101 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**DORIS A BUNNELL**
**608 15th Street W**
**Bradenton, FL 34205-6729**

Date(s) debt was incurred  _

Last 4 digits of account number  **6744**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

$25.00

---

| 3.2102 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**DOROTHY A HUDSON**
**Dorothy A. Hudson Chartered**
**603 17th Street Suite 101**
**Vero Beach, FL 32960-5518**

Date(s) debt was incurred  _

Last 4 digits of account number  **5174**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

$25.00

---

| 3.2103 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dorothy G. Negrin, P.A.**
**12485 SW 137 Avenue**
**Suite 212**
**Miami, FL 33186**

Date(s) debt was incurred  _

Last 4 digits of account number  **7810**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

$25.00

---

| 3.2104 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**DOROTHY L HUKILL**
**222 Seabreeze Boulevard**
**Daytona Beach, FL 32118**

Date(s) debt was incurred  _

Last 4 digits of account number  **7124**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.210 5**

**Nonpriority creditor's name and mailing address**
**Dorta & Ortega, P.A.**
**3860 SW 8th Street**
**Penthouse**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **7096**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.210 6**

**Nonpriority creditor's name and mailing address**
**DOSS & DOSS**
**5209 Gulfport Boulevard**
**Gulfport, FL 33707-4945**

Date(s) debt was incurred _

Last 4 digits of account number **3028**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.210 7**

**Nonpriority creditor's name and mailing address**
**DOUG MAREK PA**
**101 Pineapple Grove Way**
**Suite 200**
**Delray Beach, FL 33444**

Date(s) debt was incurred _

Last 4 digits of account number **4675**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.210 8**

**Nonpriority creditor's name and mailing address**
**DOUGLAS A BLANKMAN PA**
**1 Financial Plaza Suite 2510**
**Ft Lauderdale, FL 33394-0001**

Date(s) debt was incurred _

Last 4 digits of account number **7790**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.210 9**

**Nonpriority creditor's name and mailing address**
**DOUGLAS A DANIELS**
**444 Seabreeze Boulevard Suite 645**
**Daytona Beach, FL 32118-3952**

Date(s) debt was incurred _

Last 4 digits of account number **5217**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.211 0**

**Nonpriority creditor's name and mailing address**
**DOUGLAS A MULLIGAN**
**P.O. Box 13517**
**Williams & Milton Pa**
**St Petersburg, FL 33733-3517**

Date(s) debt was incurred _

Last 4 digits of account number **7766**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.211 1**

**Nonpriority creditor's name and mailing address**
**DOUGLAS A WILLIAMS**
**1015 Spanish River Road Apt 207**
**Boca Raton, FL 33424-7609**

Date(s) debt was incurred _

Last 4 digits of account number **5208**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,474.91**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|--------|------------------------|--------------------------|-------------------|
|        | Name |  |  |

---

**3.211 2**

**Nonpriority creditor's name and mailing address**

**DOUGLAS A WOOD**
**700 11th Street**
**Suite 102**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number **8340**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.211 3**

**Nonpriority creditor's name and mailing address**

**DOUGLAS C KAPLAN**
**1915 Hollywood Boulevard Suite 200**
**Hollywood, FL 33020-4508**

Date(s) debt was incurred _

Last 4 digits of account number **4334**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$5,689.79**

---

**3.211 4**

**Nonpriority creditor's name and mailing address**

**DOUGLAS C ZAHM PA**
**12425 28th Street N.**
**Suite 200**
**St Petersburg, FL 33716**

Date(s) debt was incurred _

Last 4 digits of account number **6313**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.211 5**

**Nonpriority creditor's name and mailing address**

**DOUGLAS D BATCHELOR**
**P.O. Box 1564**
**Augusta, GA 30903-1564**

Date(s) debt was incurred _

Last 4 digits of account number **654**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.211 6**

**Nonpriority creditor's name and mailing address**

**DOUGLAS DETARDO**
**Douglas Detardo P.A.**
**4747 Hollywood Boulevard, Suite 103**
**Hollywood, FL 33021-6552**

Date(s) debt was incurred _

Last 4 digits of account number **7619**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.211 7**

**Nonpriority creditor's name and mailing address**

**DOUGLAS E GONANO**
**Law Office of Gonano & Harrell**
**1600 S Federal Highway, Suite 200**
**Ft Pierce, FL 34950-3332**

Date(s) debt was incurred _

Last 4 digits of account number **8233**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.211 8**

**Nonpriority creditor's name and mailing address**

**DOUGLAS E JONES PA**
**6850 Northwest 2nd Avenue Suite 31**
**Boca Raton, FL 33487-2322**

Date(s) debt was incurred _

Last 4 digits of account number **9131**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.211 9**

**Nonpriority creditor's name and mailing address**

**DOUGLAS E OMBRES**
**219 Fairway East**
**Tequesta, FL 33469-1912**

Date(s) debt was incurred _

Last 4 digits of account number **6062**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.212 0**

**Nonpriority creditor's name and mailing address**

**DOUGLAS E. REYMORE, JR.**
**614 S. Federal Highway, Suite K**
**Stuart, FL 34994-2925**

Date(s) debt was incurred _

Last 4 digits of account number **2637**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.212 1**

**Nonpriority creditor's name and mailing address**

**DOUGLAS G HENDRIKSEN**
**P.O. Box 21153**
**Merritt Island, FL 32915**

Date(s) debt was incurred _

Last 4 digits of account number **4227**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.212 2**

**Nonpriority creditor's name and mailing address**

**DOUGLAS H OSWALD**
**4304 Southeast 5th Street**
**Ocala, FL 34471**

Date(s) debt was incurred _

Last 4 digits of account number **1502**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.212 3**

**Nonpriority creditor's name and mailing address**

**DOUGLAS J GREENBERG PA**
**7601 38th Avenue N**
**St Petersburg, FL 33710**

Date(s) debt was incurred _

Last 4 digits of account number **4204**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.212 4**

**Nonpriority creditor's name and mailing address**

**DOUGLAS J SPRING**
**1915 N 54th Avenue**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **5834**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,486.05**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.212 5**

**Nonpriority creditor's name and mailing address**

**DOUGLAS JOVANOVIC**
**17 SE 24th Avenue**
**Pompano Beach, FL 33062**

Date(s) debt was incurred  _

Last 4 digits of account number  **4450**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212 6**

**Nonpriority creditor's name and mailing address**

**DOUGLAS L HILKERT**
**2557 Nursery Road**
**Suite A**
**Clearwater, FL 33764**

Date(s) debt was incurred  _

Last 4 digits of account number  **9407**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212 7**

**Nonpriority creditor's name and mailing address**

**DOUGLAS L RANKIN**
**Moorings Professional Building**
**2335 Tamiami Trail N., Suite 308**
**Naples, FL 34103**

Date(s) debt was incurred  _

Last 4 digits of account number  **6627**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212 8**

**Nonpriority creditor's name and mailing address**

**DOUGLAS L WALDORF JR PA**
**12751 New Brittany Boulevard 4th Floor**
**Ft Myers, FL 33907**

Date(s) debt was incurred  _

Last 4 digits of account number  **6967**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212 9**

**Nonpriority creditor's name and mailing address**

**DOUGLAS M BATES**
**2691 E Oakland Park Boulevard Suite 201**
**Ft Lauderdale, FL 33306**

Date(s) debt was incurred  _

Last 4 digits of account number  **4819**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213 0**

**Nonpriority creditor's name and mailing address**

**DOUGLAS M BUCHWALTER**
**1172 Brownell Street**
**Clearwater, FL 33756**

Date(s) debt was incurred  _

Last 4 digits of account number  **8598**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213 1**

**Nonpriority creditor's name and mailing address**

**DOUGLAS M MIDGLEY**
**112 Pinebrook Drive**
**Fort Myers, FL 33907-5963**

Date(s) debt was incurred  _

Last 4 digits of account number  **4384**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.213 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**DOUGLAS M WYCKOFF PA**
**111 E Madison Street Suite 2400**
**Tampa, FL 33602-4708**

Date(s) debt was incurred _

Last 4 digits of account number **7759**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**DOUGLAS N MENCHISE**
**300 Turner Street**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number **7947**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**DOUGLAS P JOHNSON**
**2924 Southwest 64th Avenue Suite 202**
**Davie, FL 33314-1602**

Date(s) debt was incurred _

Last 4 digits of account number **8378**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.41 |
|---|---|---|---|

**DOUGLAS P SOLOMON**
**200 E Las Olas Boulevard**
**Ft Lauderdale, FL 33301-2607**

Date(s) debt was incurred _

Last 4 digits of account number **6715**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**DOUGLAS R GIRVIN**
**P.O. Box 625**
**Jupiter, FL 33468-0625**

Date(s) debt was incurred _

Last 4 digits of account number **5252**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**DOUGLAS SPANGLER**
**P.O. Box 25382**
**Sarasota, FL 34277**

Date(s) debt was incurred _

Last 4 digits of account number **1013**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.213 8**

**Nonpriority creditor's name and mailing address**

**DOUGLAS W GAIDRY**
P.O. Drawer Cc
Carabelle, FL 32322-1229

Date(s) debt was incurred _

Last 4 digits of account number **5373**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.213 9**

**Nonpriority creditor's name and mailing address**

**DOUGLAS W NEWAY**
135 W Central Boulevard Suite 310
Orlando, FL 32801

Date(s) debt was incurred _

Last 4 digits of account number **7844**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.214 0**

**Nonpriority creditor's name and mailing address**

**DOUGLASS A KREIS**
55 Baybridge Drive
Gulf Breeze, FL 32561

Date(s) debt was incurred _

Last 4 digits of account number **5016**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.214 1**

**Nonpriority creditor's name and mailing address**

**DOUGLASS LAW FIRM PA**
P.O. Box 1674
Tallahassee, FL 32302-1674

Date(s) debt was incurred _

Last 4 digits of account number **6656**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$425.00**

---

**3.214 2**

**Nonpriority creditor's name and mailing address**

**DOUMAR ALLSWORTH CROSS**
1177 Southeast 3rd Avenue
Ft Lauderdale, FL 33316

Date(s) debt was incurred _

Last 4 digits of account number **7304**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.214 3**

**Nonpriority creditor's name and mailing address**

**Downing Law Offices, P.A.**
501 S. New York Avenue
Suite 220
Winter Park, FL 32789

Date(s) debt was incurred _

Last 4 digits of account number **7514**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.214 4**

**Nonpriority creditor's name and mailing address**

**Downtown Miami Legal Center, L.L.C.**
600 NE 27th Street
Apt. 1904
Miami, FL 33137

Date(s) debt was incurred _

Last 4 digits of account number **8324**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

---

**3.214 5**

**Nonpriority creditor's name and mailing address**

**Dozier & Dozier, Attorneys at Law**
**2407 Fruitville Road**
**Sarasota, FL 34237**

Date(s) debt was incurred _

Last 4 digits of account number  **7083**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.214 6**

**Nonpriority creditor's name and mailing address**

**DR Law Center, P.A.**
**320 W. Bearss Ave**
**Suite A**
**Tampa, FL 33613-1265**

Date(s) debt was incurred _

Last 4 digits of account number  **9821**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.214 7**

**Nonpriority creditor's name and mailing address**

**Drage Law**
**P.O. Box 536057**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number  **0913**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.214 8**

**Nonpriority creditor's name and mailing address**

**DRAKE & DRAKE PA**
**P.O. Box 3439**
**Ponte Vedra Beach, FL 32004-3439**

Date(s) debt was incurred _

Last 4 digits of account number  **7636**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.214 9**

**Nonpriority creditor's name and mailing address**

**DREW MELVILLE ESQ**
**2727 W. Cypress Creek Road**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number  **4346**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$1,200.00

---

**3.215 0**

**Nonpriority creditor's name and mailing address**

**DREW S SHERIDAN**
**7765 Southwest 87th Avenue Suite 102**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number  **8196**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$200.00

---

Debtor    **LTGF Business Trust**
_____
　　　　　Name

Case number (if known)    **2:23-bk-01538**

---

| 3.215 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $50.00 |
|---|---|---|---|

**Driver McAfee Peek & Hawthorne, P.L.**
**One Independent Drive**
**Suite 1200**
**Jacksonville, FL 32202**

Date(s) debt was incurred _

Last 4 digits of account number **7276**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $25.00 |
|---|---|---|---|

**Drummond Wehle Yonge LLP**
**6987 E. Fowler Avenue**
**Tampa, FL 33617**

Date(s) debt was incurred _

Last 4 digits of account number **0855**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $25.00 |
|---|---|---|---|

**DRYMON SCHEB TOALE & MARSHALL**
**P.O. Box 4275**
**Sarasota, FL 34230**

Date(s) debt was incurred _

Last 4 digits of account number **4964**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $25.00 |
|---|---|---|---|

**DS Title Services, LLC**
**3010 N. Military Trail**
**Suite 210**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **0782**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $25.00 |
|---|---|---|---|

**DUANE C ROMANELLO**
**1919 Blanding Boulevard**
**Suite 8**
**Jacksonville, FL 32210**

Date(s) debt was incurred _

Last 4 digits of account number **5101**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $150.00 |
|---|---|---|---|

**DUANE MORRIS LLP**
**200 S Biscayne Boulevard Suite 3400**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **3681**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $75.00 |
|---|---|---|---|

**DUBOW DUBOW & WALLACE**
**215 N Federal Highway**
**Dania Beach, FL 33004**

Date(s) debt was incurred _

Last 4 digits of account number **6745**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

**3.215 8**

**Nonpriority creditor's name and mailing address**
**DUDLEY P HARDY**
**403 W Georgia Street**
**Starke, FL 32091**

Date(s) debt was incurred _

Last 4 digits of account number  **4360**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$6,743.11

---

**3.215 9**

**Nonpriority creditor's name and mailing address**
**DUKE MULLIN & GALLOWAY PA**
**110 Southeast 6th Street 15th Floor**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **2755**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.216 0**

**Nonpriority creditor's name and mailing address**
**DULMER & TRACY PA**
**229 Pensacola Road**
**Venice, FL 34285-2327**

Date(s) debt was incurred _

Last 4 digits of account number  **6182**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$6,951.52

---

**3.216 1**

**Nonpriority creditor's name and mailing address**
**DUMBAR & DEGIORGIO PA**
**3709 Northeast 200 14th Street**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number  **6611**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.216 2**

**Nonpriority creditor's name and mailing address**
**DUNCAN & ASSOCIATES PA**
**P.O. Drawer 249**
**Ft Myers, FL 33902-0249**

Date(s) debt was incurred _

Last 4 digits of account number  **3402**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.216 3**

**Nonpriority creditor's name and mailing address**
**Dune Lakes Title, LLC**
**12273 US Highway 98 West**
**Suite 203**
**Miramar Beach, FL 32550**

Date(s) debt was incurred _

Last 4 digits of account number  **1279**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.216 4**

**Nonpriority creditor's name and mailing address**
**DUNLAP & MORAN PA**
**P.O. Box 3948**
**Sarasota, FL 34230-3948**

Date(s) debt was incurred _

Last 4 digits of account number  **9788**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.216 5**

**Nonpriority creditor's name and mailing address**

**Dunlap & Shipman, P.A.**
**2063 County Highway 395**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred _

Last 4 digits of account number  **8028**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.216 6**

**Nonpriority creditor's name and mailing address**

**DUNN & DUNN PA**
**P.O. Box 12669**
**St Petersburg, FL 33733-2669**

Date(s) debt was incurred _

Last 4 digits of account number  **678**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.216 7**

**Nonpriority creditor's name and mailing address**

**Dunn Law, P.A.**
**66 W. Flagler Street**
**Suite 400**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number  **8674**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.216 8**

**Nonpriority creditor's name and mailing address**

**DUNWODY WHITE & LANDON PA**
**550 Biltmore Way**
**Suite 810**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **0731**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.216 9**

**Nonpriority creditor's name and mailing address**

**Dupee Legal Services, PL**
**4040 W Newberry Road Suite 1500**
**Gainesville, FL 32607**

Date(s) debt was incurred _

Last 4 digits of account number  **7226**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.217 0**

**Nonpriority creditor's name and mailing address**

**DURWOOD A HUNTER**
**250 E Wilbur Road Apt B**
**Thousand Oaks, CA 91360-7353**

Date(s) debt was incurred _

Last 4 digits of account number  **7841**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.217 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DUSTY L TWYMAN**
**509 S Dillard Street**
**Winter Garden, FL 34787-3528**

Date(s) debt was incurred _

Last 4 digits of account number  **5192**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DVORA M WEINREB**
**1909 Tyler Street Suite Ph**
**Hollywood, FL 33020-4527**

Date(s) debt was incurred _

Last 4 digits of account number  **6217**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DVORNIK & ASSOCIATES PA**
**619 Cleveland Street**
**Clearwater, FL 34615**

Date(s) debt was incurred _

Last 4 digits of account number  **9160**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $974.79 |
|---|---|---|---|

**DWIGHT A KRAUSE JR**
**909 Southeast 2nd Court**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **3695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**DWIGHT I. COOL**
**P.O. Drawer 1690**
**Winter Park, FL 32790-1690**

Date(s) debt was incurred _

Last 4 digits of account number  **1595**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,251.59 |
|---|---|---|---|

**DYE DEITRICH PETRUFF &**
**Attn: Firm Administrator**
**1111 3rd Avenue W Suite 300**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number  **3737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Dyer Knudsen P.L.L.C.**
**3030 Starkey Boulevard Suite 185**
**New Port Richey, FL 34655**

Date(s) debt was incurred _

Last 4 digits of account number  **9178**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.217 8**

**Nonpriority creditor's name and mailing address**
**DYKEMA GOSSETT**
**400 Renaissance Center 35th Floor**
**Detroit, MI 48243**

Date(s) debt was incurred _

Last 4 digits of account number **6507**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$390.40**

---

**3.217 9**

**Nonpriority creditor's name and mailing address**
**E AUSTIN WHITE**
**207 Naples Cove Drive Suite 3305**
**Naples, FL 34110-7651**

Date(s) debt was incurred _

Last 4 digits of account number **2189**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.218 0**

**Nonpriority creditor's name and mailing address**
**E B GALANTE PA**
**516 Southeast Camden Avenue**
**Stuart, FL 34994-2922**

Date(s) debt was incurred _

Last 4 digits of account number **0283**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.218 1**

**Nonpriority creditor's name and mailing address**
**E BAXTER LEMMOND**
**Apdo 294-6151**
**Santa Ana Costa Rico, CR 20000**

Date(s) debt was incurred _

Last 4 digits of account number **9149**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.218 2**

**Nonpriority creditor's name and mailing address**
**E BLAKE MELHUISH**
**522 12th Street W**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number **0438**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.218 3**

**Nonpriority creditor's name and mailing address**
**E C TRAVER**
**1905 N Ocean Boulevard Suite East Ph-E**
**Ft Lauderdale, FL 33305**

Date(s) debt was incurred _

Last 4 digits of account number **4306**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$5,461.13**

---

**3.218 4**

**Nonpriority creditor's name and mailing address**
**E CHRISTOPHER DESANTIS**
**P.O. Box 880834**
**Port St Lucie, FL 34988-0834**

Date(s) debt was incurred _

Last 4 digits of account number **6844**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.218**
**5**

**Nonpriority creditor's name and mailing address**

**E CLAY SHAW JR**
**700 Coral Way**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **3389**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,810.01**

---

**3.218**
**6**

**Nonpriority creditor's name and mailing address**

**E DAVID MAXWELL**
**1806 Glenbay Court**
**Windermere, FL 34756-6040**

Date(s) debt was incurred _

Last 4 digits of account number **5668**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.218**
**7**

**Nonpriority creditor's name and mailing address**

**E DENNIS BROD**
**P.O. Box 1111**
**Key Biscayne, FL 33149**

Date(s) debt was incurred _

Last 4 digits of account number **4547**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.218**
**8**

**Nonpriority creditor's name and mailing address**

**E ELLIOTT HARRIS**
**111 Southwest Third Street**
**The Mcormick Building 6th Floor**
**Miami, FL 33130-1999**

Date(s) debt was incurred _

Last 4 digits of account number **3424**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$5,998.22**

---

**3.218**
**9**

**Nonpriority creditor's name and mailing address**

**E LEBRON FREE**
**3005 State Road 590 Suite 206**
**Clearwater, FL 33759-2539**

Date(s) debt was incurred _

Last 4 digits of account number **8084**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.219**
**0**

**Nonpriority creditor's name and mailing address**

**E LORRAINE GOTT**
**610 N Robert Way**
**Satellite Beach, FL 32937-2539**

Date(s) debt was incurred _

Last 4 digits of account number **5569**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.219**
**1**

**Nonpriority creditor's name and mailing address**

**E MITCHELL WHALEY**
**10562 Southwest 85th Terrace**
**Ocala, FL 34481-9768**

Date(s) debt was incurred _

Last 4 digits of account number **5558**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.219**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|

**E N FAY JR**
**6404 Manatee Avenue W Suite G**
**Bradenton, FL 34209-2323**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **7718**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.219**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|

**E N STEPHENS JR**
**P.O. Box 984**
**Boulder, CO 80306-0984**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **7411**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.219**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87.50** |
|---|---|---|

**E ROSS ZIMMERMAN**
**7797 N University Drive Suite 108**
**Tamarac, FL 33321**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **1704**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.219**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$624.52** |
|---|---|---|

**E S MACKENZIE**
**P.O. Box 67**
**Brooksville, FL 34605-0067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **1463**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.219**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|

**E SCOTT GOLDEN**
**Golden Law**
**3107 Stirling Road, Suite 201**
**Ft Lauderdale, FL 33312**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **1684**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.219**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|

**E SCOTT SCHROEDER**
**11000 Prosperity Farms Road Suite 202**
**Palm Beach Gardens, FL 33410-3462**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **4060**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.219**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|

**E STEVEN LAUER**
**3426 Ocean Drive**
**Vero Beach, FL 32963**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **4539**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor      **LTGF Business Trust**
            Name                                                    Case number (if known)    **2:23-bk-01538**

---

**3.2199**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$25.00** |

**E. KENNAN ERVIN, JR.**
**2861 Executive Drive Suite 100**
**Clearwater, FL 34622-3305**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8455**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2200**

**Nonpriority creditor's name and mailing address**                                      As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

**Eannarino Law, P.A.**
**500 S. Australian Avenue**
**Fifth Floor**
**West Palm Beach, FL 33401**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8753**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2201**

**Nonpriority creditor's name and mailing address**                                      As of the petition filing date, the claim is: *Check all that apply.*    **$200.00**

**EARL COX**
**1627 6th Street W**
**Palmetto, FL 34221**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3638**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2202**

**Nonpriority creditor's name and mailing address**                                      As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**

**EARL H ARCHER III**
**1875 Southwest 61st Lane Road**
**Ocala, FL 32501-5759**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5162**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2203**

**Nonpriority creditor's name and mailing address**                                      As of the petition filing date, the claim is: *Check all that apply.*    **$200.00**

**EARL R. DUNCAN**
**909 Clay Avenue**
**Panama City, FL 32401-1668**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2236**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2204**

**Nonpriority creditor's name and mailing address**                                      As of the petition filing date, the claim is: *Check all that apply.*    **$200.00**

**EARL S POITEVENT III**
**4575 Saint Johns Avenue Suite 3**
**Jacksonville, FL 32210-1800**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5262**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2205**

**Nonpriority creditor's name and mailing address**                                      As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**

**EARL W BADEN JR**
**P.O. Box 1907**
**Bradenton, FL 34206-1907**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4040**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.220 6**

**Nonpriority creditor's name and mailing address**

**EARLE W PETERSON JR**
P.O. Box 586
Lady Lake, FL 32159-0586

Date(s) debt was incurred _

Last 4 digits of account number  **7753**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.220 7**

**Nonpriority creditor's name and mailing address**

**EARNEST/TIGHE LAW FIRM PA**
103 NE 4th Street
Ft Lauderdale, FL 33301

Date(s) debt was incurred _

Last 4 digits of account number  **8244**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.220 8**

**Nonpriority creditor's name and mailing address**

**EASLEY WILLITS & EDWARDS PA**
P.O. Drawer 3475
West Palm Beach, FL 33402-3475

Date(s) debt was incurred _

Last 4 digits of account number  **4897**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

**3.220 9**

**Nonpriority creditor's name and mailing address**

**ECKERT SEAMANS CHERIN**
450 E Las Olas Boulevard Suite 800
Ft Lauderdale, FL 33301

Date(s) debt was incurred _

Last 4 digits of account number  **8072**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.221 0**

**Nonpriority creditor's name and mailing address**

**ECKERT SEAMANS CHERIN**
First Union Financial Center
200 S Biscayne Boulevard Suite 3410
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number  **8072**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.221 1**

**Nonpriority creditor's name and mailing address**

**EDDIE M ANDERSON**
7300 Crill Avenue, Lot 29
Palatka, FL 32177

Date(s) debt was incurred _

Last 4 digits of account number  **2621**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.221 2**

**Nonpriority creditor's name and mailing address**

**EDDIE NURIELI**
**Suite 117**
**1835 E Hallandale Beach Boulevard**
**Hallandale Beach, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number **8992**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221 3**

**Nonpriority creditor's name and mailing address**

**Eddy Leal, P.A.**
**201 S. Biscayne Boulevard**
**Suite 2650**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **9296**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221 4**

**Nonpriority creditor's name and mailing address**

**Edelboim Lieberman Revah PLLC**
**20200 W. Dixie Highway**
**Suite 905**
**Miami, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number **0765**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221 5**

**Nonpriority creditor's name and mailing address**

**EDEN & CATES PL**
**507 Whitehead Street Suite 1**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number **4113**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221 6**

**Nonpriority creditor's name and mailing address**

**Eden Law Services of South Florida, P.A.**
**6175 NW 153rd Street**
**Suite 102**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number **8511**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221 7**

**Nonpriority creditor's name and mailing address**

**EDGAR A BENES**
**2300 Northwest Corporate Boulevard Suite**
**Boca Raton, FL 33431-7358**

Date(s) debt was incurred _

Last 4 digits of account number **3735**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.221 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $25.00 |
|---|---|---|---|

**EDGAR A BENES PA**
**2300 NW Corporate Boulevard**
**Suite 222**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **3735**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $100.00 |
|---|---|---|---|

**EDGAR C WATKINS JR**
**802 E Baker Street**
**Plant City, FL 33566-3653**

Date(s) debt was incurred _

Last 4 digits of account number **5093**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $250.00 |
|---|---|---|---|

**EDGAR C. BOOTH**
**P.O. Drawer 840**
**Tallahassee, FL 32302-0840**

Date(s) debt was incurred _

Last 4 digits of account number **4002**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $200.00 |
|---|---|---|---|

**EDGAR E COX JR**
**8400 Bird Road**
**Miami, FL 33155-3226**

Date(s) debt was incurred _

Last 4 digits of account number **2597**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $200.00 |
|---|---|---|---|

**EDGAR E HUTFILZ II**
**1945 Lakewood Drive**
**Clearwater, FL 34623**

Date(s) debt was incurred _

Last 4 digits of account number **6134**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $200.00 |
|---|---|---|---|

**EDGAR LEE ELZIE JR**
**210 S Monroe Street**
**Tallahassee, FL 32301**

Date(s) debt was incurred _

Last 4 digits of account number **6229**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $869.67 |
|---|---|---|---|

**EDGAR MILLER**
**999 Ponce De Leon Boulevard Suite 1000**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **8271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.222**
**5**

**Nonpriority creditor's name and mailing address**
**EDGAR W MCCURRY JR**
**1523 Grifelt Road**
**Jacksonville, FL 32211-4815**

Date(s) debt was incurred _

Last 4 digits of account number  **3180**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.222**
**6**

**Nonpriority creditor's name and mailing address**
**EDILBERTO O MARBAN**
**782 Northwest Le Jeune Road Suite 350**
**Miami, FL 33126-5550**

Date(s) debt was incurred _

Last 4 digits of account number  **8341**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.222**
**7**

**Nonpriority creditor's name and mailing address**
**EDMON W TUCKER**
**8910 Miramar Parkway Suite 308**
**Miramar, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number  **0622**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.222**
**8**

**Nonpriority creditor's name and mailing address**
**EDMOND J. KUNMANN**
**855 S. Federal Highway Suite 209**
**Boca Raton, FL 33432-6133**

Date(s) debt was incurred _

Last 4 digits of account number  **3895**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.222**
**9**

**Nonpriority creditor's name and mailing address**
**EDMOND L ELEY PA**
**4479 N US 1 Suite B**
**Melbourne, FL 32935**

Date(s) debt was incurred _

Last 4 digits of account number  **6690**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.223**
**0**

**Nonpriority creditor's name and mailing address**
**EDMOND L SUGAR**
**5741 Sheridan Street**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number  **5872**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.223**
**1**

**Nonpriority creditor's name and mailing address**
**Edmond L. Sugar, P.A.**
**5741 Sheridan Street**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number  **5872**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.223
2**

**Nonpriority creditor's name and mailing address**

**EDMONDS PA**
**1616-102 W Cape Coral Parkway**
**Private Mail Box 151**
**Cape Coral, FL 33914**

**Date(s) debt was incurred** _

**Last 4 digits of account number  9638**

**As of the petition filing date, the claim is:** *Check all that apply.*                        **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.223
3**

**Nonpriority creditor's name and mailing address**

**EDMUND C SCIARRETTA**
**7301-A W Palmetto Park Road**
**Suite 305C**
**Boca Raton, FL 33433-3403**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5041**

**As of the petition filing date, the claim is:** *Check all that apply.*                        **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.223
4**

**Nonpriority creditor's name and mailing address**

**EDMUND J BODINE JR**
**4066 Jewfish Drive**
**Spring Hill, FL 34607**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6574**

**As of the petition filing date, the claim is:** *Check all that apply.*                        **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.223
5**

**Nonpriority creditor's name and mailing address**

**EDMUND W HOLT**
**1017 N 12th Avenue**
**Pensacola, FL 32501-3306**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3655**

**As of the petition filing date, the claim is:** *Check all that apply.*                        **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.223
6**

**Nonpriority creditor's name and mailing address**

**EDNA E CANINO**
**12631 Southwest 10th Terrace**
**Miami, FL 33184**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0318**

**As of the petition filing date, the claim is:** *Check all that apply.*                        **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.223
7**

**Nonpriority creditor's name and mailing address**

**EDNA W ELLIOTT**
**111 South Boulevard**
**Tampa, FL 33606**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7446**

**As of the petition filing date, the claim is:** *Check all that apply.*                        **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.223 8**

**Nonpriority creditor's name and mailing address**

**EDSEL F MATTHEWS JR**
212 W. Intendencia Street
Pensacola, FL 32502

Date(s) debt was incurred _

Last 4 digits of account number **2414**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.223 9**

**Nonpriority creditor's name and mailing address**

**EDUARDO A EXPOSITO**
201 Alhambra Circle Suite 502
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number **6488**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.224 0**

**Nonpriority creditor's name and mailing address**

**EDUARDO C BARAGANO**
2601b W Davie Boulevard
Ft Lauderdale, FL 33312-3029

Date(s) debt was incurred _

Last 4 digits of account number **4635**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.224 1**

**Nonpriority creditor's name and mailing address**

**Eduardo D. Fons, P.A.**
2100 Coral Way
Suite 302
Miami, FL 33145

Date(s) debt was incurred _

Last 4 digits of account number **7867**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.224 2**

**Nonpriority creditor's name and mailing address**

**EDUARDO JOSE GARCIA**
5901 SW 74th Street
Suite 400
South Miami, FL 33143

Date(s) debt was incurred _

Last 4 digits of account number **2125**

As of the petition filing date, the claim is: *Check all that apply.*                    **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.224 3**

**Nonpriority creditor's name and mailing address**

**EDUARDO MENDEZ**
10920 W Flagler Street Suite 205
Miami, FL 33174-1246

Date(s) debt was incurred _

Last 4 digits of account number **4286**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.224 4**

**Nonpriority creditor's name and mailing address**

**EDUARDO MORRELL**
P.O. Box 2786
Lakeland, FL 33806-2786

Date(s) debt was incurred _

Last 4 digits of account number **4611**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

---

**3.224 5**

Nonpriority creditor's name and mailing address
**EDUARDO MUNETON**
**8900 Southwest 107th Avenue Suite 204**
**Miami, FL 33176**

Date(s) debt was incurred  _

Last 4 digits of account number  **5396**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.224 6**

Nonpriority creditor's name and mailing address
**EDUARDO R ARISTA**
**1441 Brickell Avenue**
**Suite 1400**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **8145**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.224 7**

Nonpriority creditor's name and mailing address
**EDUARDO R GUERRERO**
**2665 S Le Jeune Road Suite 518**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **6516**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.224 8**

Nonpriority creditor's name and mailing address
**EDUARDO RIUSECH**
**10030 SW 40th Street**
**Suite B**
**Miami, FL 33165**

Date(s) debt was incurred  _

Last 4 digits of account number  **8460**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.224 9**

Nonpriority creditor's name and mailing address
**EDWARD A HANNA**
**4601 Sheridan Street 5 Floor**
**Hollywood, FL 33021-3412**

Date(s) debt was incurred  _

Last 4 digits of account number  **4026**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.225 0**

Nonpriority creditor's name and mailing address
**EDWARD A KALISH**
**13633 Deering Bay Drive Ph-266**
**Coral Gables, FL 33158**

Date(s) debt was incurred  _

Last 4 digits of account number  **8619**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.225 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**EDWARD A KERBEN**
**725 N. Magnolia Avenue**
**Orlando, FL 32803-3808**

Date(s) debt was incurred _

Last 4 digits of account number **6029**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**EDWARD A MILLIS**
**1414 W Granada Boulevard Suite IV**
**Ormond Beach, FL 32174**

Date(s) debt was incurred _

Last 4 digits of account number **1505**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,463.83 |

**EDWARD A SCHRANK**
**P.O. Box 867**
**Groveland, CA 95321**

Date(s) debt was incurred _

Last 4 digits of account number **5180**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**EDWARD A SIRKIN**
**8603 S Dixie Highway Suite 412**
**Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number **2722**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**EDWARD B KNAUER**
**501 Goodlette Road N Suite D100**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number **0153**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**EDWARD BERGHOLM JR**
**1393 Southwest First Street Suite 200**
**Miami, FL 33135-2301**

Date(s) debt was incurred _

Last 4 digits of account number **4459**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**EDWARD BOBICK**
**4014 Northwest 58th Street**
**Boca Raton, FL 33496**

Date(s) debt was incurred _

Last 4 digits of account number **7452**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.225 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**EDWARD BRINSON**
P.O. Box 421549
Kissimmee, FL 34742-1549

Date(s) debt was incurred _

Last 4 digits of account number  **1710**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**EDWARD C SAWYER**
1413 N 58th Avenue
Hollywood, FL 33021

Date(s) debt was incurred _

Last 4 digits of account number  **4126**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.226 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**EDWARD C TIETIG**
C/O Farm & Grove Realty Building
P.O. Box 400867
Malabar, FL 32950

Date(s) debt was incurred _

Last 4 digits of account number  **2483**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.226 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**EDWARD CASORIA JR**
2153 Lee Road
Winter Park, FL 32789-1863

Date(s) debt was incurred _

Last 4 digits of account number  **7455**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.226 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**EDWARD D POPKIN PA**
5355 Town Center Road Suite 801
Boca Raton, FL 33486-1069

Date(s) debt was incurred _

Last 4 digits of account number  **8662**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.226 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,620.79 |

**EDWARD D WELCH**
C/O Fidelty Federal
6809 Hammock Lane
West Palm Beach, FL 33441

Date(s) debt was incurred _

Last 4 digits of account number  **378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.226 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**EDWARD D. CARLSON**
250 Belcher Road North Suite 102
Clearwater, FL 34625-2622

Date(s) debt was incurred _

Last 4 digits of account number  **4222**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.226 5**

**Nonpriority creditor's name and mailing address**

**EDWARD DOWNEY**
**400 Royal Palm Way**
**Palm Beach, FL 33480**

Date(s) debt was incurred  _

Last 4 digits of account number  **7744**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.226 6**

**Nonpriority creditor's name and mailing address**

**EDWARD E HADDOCK JR**
**P.O. Box 4986**
**Orlando, FL 32802-4986**

Date(s) debt was incurred  _

Last 4 digits of account number  **0890**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.226 7**

**Nonpriority creditor's name and mailing address**

**EDWARD E LEVINSON**
**407 Lincoln Road Ph East**
**Financial Federal Building**
**Miami Beach, FL 33139-3008**

Date(s) debt was incurred  _

Last 4 digits of account number  **0278**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$7,622.06**

---

**3.226 8**

**Nonpriority creditor's name and mailing address**

**EDWARD E. HEDSTROM**
**P.O. Box 1354**
**Palatka, FL 32178-1354**

Date(s) debt was incurred  _

Last 4 digits of account number  **3801**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.226 9**

**Nonpriority creditor's name and mailing address**

**EDWARD F O'CONNOR**
**22862 Boltana**
**Mission Viejo, CA 92691-1717**

Date(s) debt was incurred  _

Last 4 digits of account number  **4232**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.227 0**

**Nonpriority creditor's name and mailing address**

**EDWARD G SALANTRIE**
**1323 Southeast 3rd Avenue**
**Ft Lauderdale, FL 33316-1907**

Date(s) debt was incurred  _

Last 4 digits of account number  **4335**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.227**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|
| **EDWARD H GILBERT**<br>**1141 S Rogers Circle Suite 12**<br>**Boca Raton, FL 33487-2789** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **6592** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.227**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **Edward H. Gilbert, P.A.**<br>**1161 Holland Drive**<br>**Boca Raton, FL 33487** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **6592** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.227**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **EDWARD J CHANDLER**<br>**708 E. Atlantic Boulevard**<br>**Pompano Beach, FL 33060** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **7492** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.227**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **EDWARD J ERPELDING**<br>**154 Fairway Circle**<br>**Naples, FL 33942** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **6009** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.227**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,848.54** |
|---|---|---|
| **EDWARD J GEOGHEGAN PA**<br>**Hodusa Tower**<br>**28870 US Highway 19 Suite 407**<br>**Clearwater, FL 34621** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **0536** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.227**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|
| **EDWARD J HUNTER**<br>**809 Idlewood Avenue**<br>**Tampa, FL 33609-3621** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **1329** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.227**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|
| **EDWARD J LOPACKI JR**<br>**5515 21st Avenue W Suite C**<br>**Bradenton, FL 34209-5601** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **7361** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.2278**

**Nonpriority creditor's name and mailing address**
**EDWARD J MARKO**
**4367 N Federal Highway Suite 103**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred  _

Last 4 digits of account number  **3444**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$6,404.89**

---

**3.2279**

**Nonpriority creditor's name and mailing address**
**EDWARD J MCCORMICK**
**Penthouse The McMormick Building**
**111 Southwest 3rd Street**
**Miami, FL 33130-1924**

Date(s) debt was incurred  _

Last 4 digits of account number  **4020**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$5,174.35**

---

**3.2280**

**Nonpriority creditor's name and mailing address**
**EDWARD J MCCORMICK PA**
**160 W. Camino Real**
**#238**
**Boca Raton, FL 33432**

Date(s) debt was incurred  _

Last 4 digits of account number  **4020**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.2281**

**Nonpriority creditor's name and mailing address**
**EDWARD J O'HARE**
**899 Riverside Drive Suite 613**
**Coral Springs, FL 33071**

Date(s) debt was incurred  _

Last 4 digits of account number  **8340**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.2282**

**Nonpriority creditor's name and mailing address**
**EDWARD KLEIN**
**9803 N.W. 67th Court**
**Tamarac, FL 33321**

Date(s) debt was incurred  _

Last 4 digits of account number  **3866**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.2283**

**Nonpriority creditor's name and mailing address**
**EDWARD L TOBIN**
**444 Brickell Avenue Suite 800**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **2229**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor __**LTGF Business Trust**__  
        Name

Case number (if known) __**2:23-bk-01538**__

---

| 3.228 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Edward L. Larsen Esq., P.A.**
**The Chamber Building**
**2390 Tamiami Trail N, Suite 202**
**Naples, FL 34103**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8943**

**Basis for the claim:** __**Member**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Edward M. Shahady, P.A.**
**One W Las Olas Boulevard**
**Suite 200**
**Ft Lauderdale, FL 33301-3713**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8216**

**Basis for the claim:** __**Member**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**EDWARD MCBRIDE**
**3550 E Tamiami Trail**
**Naples, FL 34112-4905**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6874**

**Basis for the claim:** __**Member**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**EDWARD N PORT**
**1700 University Drive Suite 210**
**Coral Springs, FL 33071**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4628**

**Basis for the claim:** __**Member**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,295.30** |

**EDWARD O REID**
**Edward O. Reid Chartered**
**3633 26th Street West**
**Bradenton, FL 34205-3503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5344**

**Basis for the claim:** __**Member**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,066.25** |

**EDWARD ODDO JR**
**250 N Caldwell Street**
**Brevard, NC 28712-3338**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4985**

**Basis for the claim:** __**Member**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**EDWARD P DEGENHARDT**
**Paglino & Degenhardt P.A.**
**2131 Hollywood Boulevard Suite 306**
**Hollywood, FL 33020**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5441**

**Basis for the claim:** __**Member**__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
          Name

Case number (if known)   **2:23-bk-01538**

---

| 3.229 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**EDWARD P JORDAN II**
**604 N Highway 27**
**Minneola, FL 34715**

Date(s) debt was incurred _

Last 4 digits of account number **2407**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.229 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**EDWARD P PHILLIPS**
**3300 University Drive Suite 306**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number **6758**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.229 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**EDWARD R BRYANT JR**
**Pmb 3001 Suite 103**
**1460 Golden Gate Parkway**
**Naples, FL 34105**

Date(s) debt was incurred _

Last 4 digits of account number **7674**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.229 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**EDWARD R FINK**
**2455 East Sunrise Boulevard**
**Penthouse East - Int'L Building**
**Ft Lauderdale, FL 33304-3118**

Date(s) debt was incurred _

Last 4 digits of account number **334**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.229 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**EDWARD R MILLER**
**2430 Shadowlawn Drive Suite 18**
**Naples, FL 34112**

Date(s) debt was incurred _

Last 4 digits of account number **9949**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.229 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**EDWARD R RUMIN**
**2755 E. Oakland Park Boulevard**
**Suite 303**
**Ft Lauderdale, FL 33306-1629**

Date(s) debt was incurred _

Last 4 digits of account number **5869**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.2297**

**Nonpriority creditor's name and mailing address**
**EDWARD S GARCIA JR**
**443 1/2 Wilder Street**
**West Palm Beach, FL 33405**

Date(s) debt was incurred _

Last 4 digits of account number  **6367**

**As of the petition filing date, the claim is:** Check all that apply.                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2298**

**Nonpriority creditor's name and mailing address**
**EDWARD S GROSS**
**6100 Glades Road W Suite 301**
**Boca Raton, FL 33434**

Date(s) debt was incurred _

Last 4 digits of account number  **7327**

**As of the petition filing date, the claim is:** Check all that apply.                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2299**

**Nonpriority creditor's name and mailing address**
**EDWARD S JAFFRY**
**P.O. Box 1877**
**Tallahassee, FL 32302**

Date(s) debt was incurred _

Last 4 digits of account number  **2911**

**As of the petition filing date, the claim is:** Check all that apply.                    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2300**

**Nonpriority creditor's name and mailing address**
**EDWARD S JONES**
**800 C Third Street**
**Neptune Beach, FL 32266**

Date(s) debt was incurred _

Last 4 digits of account number  **0097**

**As of the petition filing date, the claim is:** Check all that apply.                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2301**

**Nonpriority creditor's name and mailing address**
**EDWARD S POLK**
**P.O. Box 9057**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number  **6335**

**As of the petition filing date, the claim is:** Check all that apply.                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2302**

**Nonpriority creditor's name and mailing address**
**EDWARD S ROBBINS**
**800 SE 3rd Avenue**
**Suite 300**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **7973**

**As of the petition filing date, the claim is:** Check all that apply.                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2303**

**Nonpriority creditor's name and mailing address**
**EDWARD T. WRIGHT**
**260 N. Indian Rocks Rd.**
**Beleair Blufs, FL 34640-1730**

Date(s) debt was incurred _

Last 4 digits of account number  **5181**

**As of the petition filing date, the claim is:** Check all that apply.                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.230 4**

Nonpriority creditor's name and mailing address
**EDWARD W BECHT**
**321 S. 2nd Street**
**Ft Pierce, FL 34954-2746**

Date(s) debt was incurred  _

Last 4 digits of account number  **4457**

As of the petition filing date, the claim is: *Check all that apply.*                     **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230 5**

Nonpriority creditor's name and mailing address
**EDWARD WALTERMAN**
**9010 Southwest 137th Avenue Suite 254**
**Miami, FL 33186**

Date(s) debt was incurred  _

Last 4 digits of account number  **761**

As of the petition filing date, the claim is: *Check all that apply.*                     **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230 6**

Nonpriority creditor's name and mailing address
**EDWARDS & ASSOCIATES PA**
**9580 SW 107th Avenue**
**Suite 204B**
**Miami, FL 33176**

Date(s) debt was incurred  _

Last 4 digits of account number  **8380**

As of the petition filing date, the claim is: *Check all that apply.*                     **$125.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230 7**

Nonpriority creditor's name and mailing address
**Edwards & Edwards, P.A.**
**6620 Southpoint Drive S**
**Suite 200**
**Jacksonville, FL 32216**

Date(s) debt was incurred  _

Last 4 digits of account number  **9388**

As of the petition filing date, the claim is: *Check all that apply.*                     **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230 8**

Nonpriority creditor's name and mailing address
**EDWARDS AND CLARKE PA**
**2247 Palm Beach Lakes Boulevard Suite 21**
**West Palm Beach, FL 33409-4610**

Date(s) debt was incurred  _

Last 4 digits of account number  **8428**

As of the petition filing date, the claim is: *Check all that apply.*                     **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230 9**

Nonpriority creditor's name and mailing address
**EDWARDS ANGELL PALMER & DODGE**
**525 Okeechobee Boulevard Suite 1600**
**West Palm Beach, FL 33401**

Date(s) debt was incurred  _

Last 4 digits of account number  **7276**

As of the petition filing date, the claim is: *Check all that apply.*                     **$475.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

| 3.231 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.02 |
|---|---|---|---|

**EDWIN A. GREEN, II**
**1017 Thomasville Road**
**Tallahassee, FL 32303-6262**

Date(s) debt was incurred _

Last 4 digits of account number **4582**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**EDWIN B ZASLOW**
**Law Offices of Edwin B Zaslow PL**
**801ne 167th Street Suite 200**
**North Miami Beach, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number **3636**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**EDWIN F BLANTON**
**825 Thomasville Road**
**Tallahassee, FL 32303**

Date(s) debt was incurred _

Last 4 digits of account number **3841**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**EDWIN T. MULOCK**
**519 - 13th Street West**
**Bradenton, FL 34205-7418**

Date(s) debt was incurred _

Last 4 digits of account number **4901**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**EFRAIM R GUTIERREZ PA**
**2200 S Dixie Highway Suite 702a**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **3903**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**EFRAIN CORTES LLC**
**P.O. Box 590173**
**Ft Lauderdale, FL 33359**

Date(s) debt was incurred _

Last 4 digits of account number **1587**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**EFRAIN DOMINGUEZ**
**7860 Northwest 71st Street**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number **0095**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **LTGF Business Trust**

Name

Case number (if known)    **2:23-bk-01538**

---

| 3.231 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**EHRLICH & FREEDMAN**
**17554 Tiffany Trace Drive**
**Boca Raton, FL 33487-1244**

Date(s) debt was incurred _

Last 4 digits of account number  **7495**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**EILEEN WEBER**
**9374 Southwest 212th Terrace**
**Miami, FL 33189-3732**

Date(s) debt was incurred _

Last 4 digits of account number  **6730**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**EISINGER BROWN LEWIS &**
**4000 Hollywood Boulevard**
**Suite 265-S**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number  **0547**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ELAINE A HUMPHREYS**
**Building C-107**
**501 Goodlette Road N**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number  **6403**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**ELAINE J SCHWARTZ**
**4962 Sarazen Drive**
**Hollywood, FL 33021-2266**

Date(s) debt was incurred _

Last 4 digits of account number  **7717**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**ELAINE L WEISS**
**Building 13 Suite 106**
**2621 Village Boulevard**
**West Palm Beach, FL 33409**

Date(s) debt was incurred _

Last 4 digits of account number  **7723**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.232 3**

**Nonpriority creditor's name and mailing address**

**ELAINE LUCAS**
**900 Cesery Boulevard Suite 111**
**Jacksonville, FL 32211**

Date(s) debt was incurred _

Last 4 digits of account number  **2248**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232 4**

**Nonpriority creditor's name and mailing address**

**ELAINE M GATSOS**
**5541 N. University Drive**
**Suite 102**
**Coral Springs, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number  **4061**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232 5**

**Nonpriority creditor's name and mailing address**

**Elayne M. Perez, P.A.**
**746 N. Magnolia Avenue**
**Suite 300**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number  **7041**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232 6**

**Nonpriority creditor's name and mailing address**

**ELDEIRY & RUBINO PLLC**
**480 Sawgrass Corporate Parkway Suite 110**
**Sunrise, FL 33325**

Date(s) debt was incurred _

Last 4 digits of account number  **2377**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232 7**

**Nonpriority creditor's name and mailing address**

**ELDRIDGE LAW OFFICE PA**
**525 Dolphin Avenue Southeast**
**St Petersburg, FL 33705**

Date(s) debt was incurred _

Last 4 digits of account number  **6632**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232 8**

**Nonpriority creditor's name and mailing address**

**ELEANOR W TAFT PA**
**P.O. Box 771161**
**Naples, FL 34107**

Date(s) debt was incurred _

Last 4 digits of account number  **5754**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232 9**

**Nonpriority creditor's name and mailing address**

**ELENA D DE VILLEGAS**
**10609 Southwest 7th Terrace**
**Miami, FL 33174**

Date(s) debt was incurred _

Last 4 digits of account number  **7746**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
<br>Name

Case number (*if known*) **2:23-bk-01538**

---

**3.2330**

**Nonpriority creditor's name and mailing address**
**ELENA VIGIL-FARINAS**
**103301 Overseas Highway**
**Key Largo, FL 33037**

Date(s) debt was incurred _

Last 4 digits of account number **4768**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.2331**

**Nonpriority creditor's name and mailing address**
**ELIANA LEAL**
**7515 W Oakland Park Boulevard Suite 100**
**Ft Lauderdale, FL 33319**

Date(s) debt was incurred _

Last 4 digits of account number **5644**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.2332**

**Nonpriority creditor's name and mailing address**
**ELIAS B RUDNIKAS**
**3670 Northwest 6th Street 2nd Floor**
**Miami, FL 33185-4067**

Date(s) debt was incurred _

Last 4 digits of account number **8185**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$100.00

---

**3.2333**

**Nonpriority creditor's name and mailing address**
**ELIDA LANDRY**
**7765 Southwest 87th Avenue Suite 100**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number **8169**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.2334**

**Nonpriority creditor's name and mailing address**
**ELINOR P SMITH**
**4931 S Westshore Boulevard**
**Tampa, FL 33611-3329**

Date(s) debt was incurred _

Last 4 digits of account number **7814**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$100.00

---

**3.2335**

**Nonpriority creditor's name and mailing address**
**ELIO VAZQUEZ**
**782 Northwest Lejeune Road Suite 533**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number **5558**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.233 6**

**Nonpriority creditor's name and mailing address**

**ELIOT C ABBOTT**
**C/O Kluger Peretz Kaplan**
**201 S Biscayne Boulevard 17th Floor**
**Miami, FL 33131**

Date(s) debt was incurred  _
Last 4 digits of account number  **1661**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$137.87

---

**3.233 7**

**Nonpriority creditor's name and mailing address**

**ELIOT J SAFER**
**10110 San Jose Boulevard**
**Jacksonville, FL 32257**

Date(s) debt was incurred  _
Last 4 digits of account number  **2165**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.233 8**

**Nonpriority creditor's name and mailing address**

**ELIOT W RIFKIN**
**9400 S. Dadeland Boulevard**
**Suite 600**
**Miami, FL 33156**

Date(s) debt was incurred  _
Last 4 digits of account number  **8159**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.233 9**

**Nonpriority creditor's name and mailing address**

**ELIOTT T ZAHALSKY**
**Palm Towers Exec Building**
**1343 Main Street**
**Sarasota, FL 34236-5631**

Date(s) debt was incurred  _
Last 4 digits of account number  **2502**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.234 0**

**Nonpriority creditor's name and mailing address**

**Elise G. Vaughn**
**P.O. Box 370**
**Melbourne, FL 32902-0370**

Date(s) debt was incurred  _
Last 4 digits of account number  **2247**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.234 1**

**Nonpriority creditor's name and mailing address**

**ELISSA S VESSAL ESQUIRE PA**
**1880 N. Congress Avenue**
**Suite 200**
**Boynton Beach, FL 33426**

Date(s) debt was incurred  _
Last 4 digits of account number  **1695**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.234
2**

**Nonpriority creditor's name and mailing address**

**Elite Title Services, Inc.**
**395 Alhambra Circle**
**Suite 200**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **6557**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.234
3**

**Nonpriority creditor's name and mailing address**

**ELIZABETH A MERCERET**
**1840 West 49th Street Suite 403**
**Hialeah, FL 33012**

Date(s) debt was incurred _

Last 4 digits of account number **4158**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.234
4**

**Nonpriority creditor's name and mailing address**

**ELIZABETH ADAMS**
**1520 Poinsettia Avenue**
**Ft Myers, FL 33901**

Date(s) debt was incurred _

Last 4 digits of account number **5006**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.234
5**

**Nonpriority creditor's name and mailing address**

**ELIZABETH B BENSON**
**551 Southeast 8th Suite 503**
**Delray Beach, FL 33483-5183**

Date(s) debt was incurred _

Last 4 digits of account number **8348**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.234
6**

**Nonpriority creditor's name and mailing address**

**ELIZABETH BELLO PA**
**200 Crandon Boulevard**
**Suite 360**
**Key Biscayne, FL 33149**

Date(s) debt was incurred _

Last 4 digits of account number **5599**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.234
7**

**Nonpriority creditor's name and mailing address**

**ELIZABETH BLANCO PA**
**13318 SW 128th Street**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number **4259**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.234
8**

**Nonpriority creditor's name and mailing address**

**ELIZABETH C PINES**
**4770 Biscayne Boulevard Suite 1200**
**Miami, FL 33137**

Date(s) debt was incurred _

Last 4 digits of account number **0651**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.2349**

**Nonpriority creditor's name and mailing address**
**Elizabeth Del Rio-Henrich, P.A.**
**1541 Sunset Drive**
**Suite 201**
**Coral Gables, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number  **6912**

As of the petition filing date, the claim is: *Check all that apply.*                          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2350**

**Nonpriority creditor's name and mailing address**
**ELIZABETH EVANS**
**720 SE 25th Lane**
**Homestead, FL 33033-5616**

Date(s) debt was incurred _

Last 4 digits of account number  **6328**

As of the petition filing date, the claim is: *Check all that apply.*                          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2351**

**Nonpriority creditor's name and mailing address**
**ELIZABETH J DUFRESNE**
**C/O Steel Hector & Davis**
**200 S Biscayne Boulevard Suite 4000**
**Miami, FL 33131-2362**

Date(s) debt was incurred _

Last 4 digits of account number  **5821**

As of the petition filing date, the claim is: *Check all that apply.*                          **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2352**

**Nonpriority creditor's name and mailing address**
**ELIZABETH LOPEZ**
**13899 Biscayne Boulevard Suite 222**
**North Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number  **5609**

As of the petition filing date, the claim is: *Check all that apply.*                          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2353**

**Nonpriority creditor's name and mailing address**
**ELIZABETH M DOXEY**
**P.O. Box 273257**
**Tampa, FL 33688**

Date(s) debt was incurred _

Last 4 digits of account number  **4843**

As of the petition filing date, the claim is: *Check all that apply.*                          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2354**

**Nonpriority creditor's name and mailing address**
**ELIZABETH M SCHEIB**
**240 W Palmetto Park Road Suite 200**
**Boca Raton, FL 33432-3761**

Date(s) debt was incurred _

Last 4 digits of account number  **7890**

As of the petition filing date, the claim is: *Check all that apply.*                          **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.235 5**

**Nonpriority creditor's name and mailing address**
**ELIZABETH PONS**
**16153 Southwest 73rd Pl**
**Miami, FL 33157**

Date(s) debt was incurred _

Last 4 digits of account number __7420__

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.235 6**

**Nonpriority creditor's name and mailing address**
**ELIZABETH R WELLBORN PA**
**350 Jim Moran Boulevard Suite 100**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number __4190__

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$125.00

---

**3.235 7**

**Nonpriority creditor's name and mailing address**
**ELIZABETH SALOW QUINTANA**
**10635 SW 72 Terrace**
**Miami, FL 33183**

Date(s) debt was incurred _

Last 4 digits of account number __4506__

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.235 8**

**Nonpriority creditor's name and mailing address**
**Elizee & Tollinchi, LLC**
**5365 SW 155th Avenue**
**Miramar, FL 33027**

Date(s) debt was incurred _

Last 4 digits of account number __1027__

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.235 9**

**Nonpriority creditor's name and mailing address**
**ELK CHRISTU & BAKST LLP**
**4800 N Federal Highway Suite 200-E**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number __6730__

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.236 0**

**Nonpriority creditor's name and mailing address**
**ELLEN K GOLDBERG**
**1399 SW 4th Street**
**Boca Raton, FL 33486**

Date(s) debt was incurred _

Last 4 digits of account number __4567__

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.236 1**

**Nonpriority creditor's name and mailing address**
**ELLEN L. LEESFIELD**
**2121 Ponce De Leon Blvd.**
**Suite 1035**
**Coral Gables, FL 33134-5218**

Date(s) debt was incurred _

Last 4 digits of account number __8433__

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.236
2**

**Nonpriority creditor's name and mailing address**
**ELLEN M LAW**
**1300 N Federal Highway Suite 201**
**Boca Raton, FL 33432-2848**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8614**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.236
3**

**Nonpriority creditor's name and mailing address**
**ELLEN MILLS GIBBS PA**
**401 Tropical Way**
**Plantation, FL 33317**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4705**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.236
4**

**Nonpriority creditor's name and mailing address**
**ELLEN S MAHER**
**Cohen & Grisby P.C.**
**1100 Fifth Avenue S Suite 301**
**Naples, FL 34102-6416**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5780**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.236
5**

**Nonpriority creditor's name and mailing address**
**ELLEN SCHECHTER**
**Fogel & Cohen L.L.P.**
**2500 N Military Trail Suite 111**
**Boca Raton, FL 33431**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2188**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.236
6**

**Nonpriority creditor's name and mailing address**
**ELLEN W CLIFFORD**
**3327 Southeast 18th Avenue**
**Cape Coral, FL 33904**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6018**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.236
7**

**Nonpriority creditor's name and mailing address**
**ELLIOT S SHAW**
**712 Belvedere Road**
**West Palm Beach, FL 33405**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6453**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|--------|--------|--------|
| | Name | | |

---

**3.236 8**

**Nonpriority creditor's name and mailing address**

**ELLIOTT HARRIS PA**
**The McCormick Building**
**111 SW 3rd Street, 6th Floor - Penthouse**
**Miami, FL 33130-1999**

Date(s) debt was incurred _

Last 4 digits of account number **3424**

As of the petition filing date, the claim is: *Check all that apply.*

$225.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236 9**

**Nonpriority creditor's name and mailing address**

**ELLIS & GED PA**
**7171 N Federal Highway**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number **2819**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237 0**

**Nonpriority creditor's name and mailing address**

**ELLIS SPENCER & BUTLER PLC**
**1325 Ponce De Leon Drive**
**Ft Lauderale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number **1874**

As of the petition filing date, the claim is: *Check all that apply.*

$18,927.80

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237 1**

**Nonpriority creditor's name and mailing address**

**ELLIS, LOGAN & REYNOLDS**
**P.O. Box 356**
**St. Petersburg, FL 33731-0356**

Date(s) debt was incurred _

Last 4 digits of account number **1172**

As of the petition filing date, the claim is: *Check all that apply.*

$275.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237 2**

**Nonpriority creditor's name and mailing address**

**Elm Title Services, Inc.**
**3020 NE 32nd Avenue**
**Suite 304**
**Ft. Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number **0742**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237 3**

**Nonpriority creditor's name and mailing address**

**ELSA GAGNON-ADAMS PA**
**900 W 49th Street Suite 514**
**Hialeah, FL 33012**

Date(s) debt was incurred _

Last 4 digits of account number **1531**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237 4**

**Nonpriority creditor's name and mailing address**

**ELTON H SCHWARZ**
**1021 Northeast Santa Cruz Drive**
**Jensen Beach, FL 34957-6023**

Date(s) debt was incurred _

Last 4 digits of account number **881**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.237 5**

**Nonpriority creditor's name and mailing address**
**ELVIN L MARTINEZ**
**P.O. Box 4650**
**Tampa, FL 33677-4650**

Date(s) debt was incurred _

Last 4 digits of account number **7616**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.237 6**

**Nonpriority creditor's name and mailing address**
**ELVIRA M GONZALEZ PA**
**1305 Southeast 3rd Avenue**
**Deerfield Beach, FL 33441**

Date(s) debt was incurred _

Last 4 digits of account number **7526**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.237 7**

**Nonpriority creditor's name and mailing address**
**Elward Law Firm, P.A.**
**8200 Northwest 41st Street**
**Suite 200**
**Doral, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number **9611**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.237 8**

**Nonpriority creditor's name and mailing address**
**ELWIN R THRASHER JR**
**908 N Gadsen Street**
**Tallahassee, FL 32303**

Date(s) debt was incurred _

Last 4 digits of account number **6854**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.237 9**

**Nonpriority creditor's name and mailing address**
**ELWOOD HOGAN JR**
**311 S Missouri Avenue**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number **217**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$7,588.90**

---

**3.238 0**

**Nonpriority creditor's name and mailing address**
**EMELITA FIGAROLA PUPO**
**6925 Southwest 73rd Court**
**Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number **1092**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.238 1**

**Nonpriority creditor's name and mailing address**
**Emerald Coast Title, Inc.**
**811 N. Spring Street**
**Pensacola, FL 32501**

Date(s) debt was incurred _

Last 4 digits of account number **6555**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.238 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **Emerged Assured Title Group, LLC**<br>**18301 NW 2nd Court**<br>**Miami, FL 33169** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **0995** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.238 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **EMILY A FEIGENBAUM PA**<br>**746 Northeast 3rd Avenue**<br>**Ft Lauderdale, FL 33304-2620** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **8562** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.238 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **EMILY B MURPHY PA**<br>**1680 The Greens Way**<br>**Suite 200**<br>**Jacksonville Beach, FL 32250** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **6294** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.238 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,092.12 |
|---|---|---|
| **EMMANUEL SHEPPARD & CONDON**<br>**30 S. Spring Street**<br>**Pensacola, FL 32502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **2336** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.238 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|
| **EMORY C JORDAN III**<br>**Emory C. Jordan III P.A.**<br>**101 North J Street Suite 1**<br>**Lake Worth, FL 33460** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **5382** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.238 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|
| **Empire Title Company of Florida, Inc.**<br>**28 W. Central Boulevard**<br>**Suite 400**<br>**Orlando, FL 32801** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **6766** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.238 8**

**Nonpriority creditor's name and mailing address**

**Empire Title Services, LLC.**
**200 S. Park Road**
**Suite 160**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **4960**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238 9**

**Nonpriority creditor's name and mailing address**

**ENGLANDER & BURNETT**
**9554 Bay Harbor Terrace**
**Bay Harbor Islands, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number **450**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239 0**

**Nonpriority creditor's name and mailing address**

**ENGLANDER & FISCHER PA**
**721 First Avenue N**
**St Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number **5154**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239 1**

**Nonpriority creditor's name and mailing address**

**ENGLISH MCCAUGHAN & O'BRYAN PA**
**120 E Palmetto Park Road Suite 450**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number **529**

As of the petition filing date, the claim is: *Check all that apply.*

$60,021.27

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239 2**

**Nonpriority creditor's name and mailing address**

**ENNIS R SHEPHERD**
**6248 Rose Terrace**
**Plantation, FL 33317-1843**

Date(s) debt was incurred _

Last 4 digits of account number **486**

As of the petition filing date, the claim is: *Check all that apply.*

$110.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239 3**

**Nonpriority creditor's name and mailing address**

**ENRICO G GONZALEZ**
**6255 E Fowler Avenue**
**Temple Terrace, FL 33617**

Date(s) debt was incurred _

Last 4 digits of account number **3652**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239 4**

**Nonpriority creditor's name and mailing address**

**ENRIQUE J VENTURA**
**255 Alhambra Circle Suite 424**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **5220**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**
_____

| 3.239<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Epperson & Rich, PLLC**
**8401 Jr. Manor Drive**
**Suite 100**
**Tampa, FL 33634**

Date(s) debt was incurred _
Last 4 digits of account number  **9857**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239<br>6 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**Erchid Law, PLLC**
**203 N. Armenia Avenue**
**Suite 101**
**Tampa, FL 33609**

Date(s) debt was incurred _
Last 4 digits of account number  **0986**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239<br>7 | Nonpriority creditor's name and mailing address | | $200.00 |
|---|---|---|---|

**ERIC A HOUGHTON**
**P.O. Box 1466**
**Dunedin, FL 34697-1466**

Date(s) debt was incurred _
Last 4 digits of account number  **6931**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239<br>8 | Nonpriority creditor's name and mailing address | | $100.00 |
|---|---|---|---|

**ERIC A LANIGAN**
**222 S Pennsylvania Suite 101**
**Winter Park, FL 32789**

Date(s) debt was incurred _
Last 4 digits of account number  **6838**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239<br>9 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**ERIC A WARAFTIG PA**
**1111 Kane Concourse Suite 401**
**Bay Harbor Islands, FL 33154**

Date(s) debt was incurred _
Last 4 digits of account number  **4954**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240<br>0 | Nonpriority creditor's name and mailing address | | $100.00 |
|---|---|---|---|

**ERIC BUERMANN**
**6075 Southwest 92nd Street**
**Miami, FL 33156-1960**

Date(s) debt was incurred _
Last 4 digits of account number  **7965**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240<br>1 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**ERIC D ROBINSON**
**P.O. Box 568824**
**Orlando, FL 32856-8824**

Date(s) debt was incurred _
Last 4 digits of account number  **2199**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.240
2**

**Nonpriority creditor's name and mailing address**

**ERIC D ROSENBERG**
Eric D. Rosenberg P.A.
4611 S University Drive Suite 318
Davie, FL 33328

**Date(s) debt was incurred** _

**Last 4 digits of account number  4208**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.240
3**

**Nonpriority creditor's name and mailing address**

**ERIC DORSKY**
7320 Griffin Road
Suite 220
Davie, FL 33314

**Date(s) debt was incurred** _

**Last 4 digits of account number  4330**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.240
4**

**Nonpriority creditor's name and mailing address**

**ERIC F MATTHIES**
P.O. Box 470965
San Francisco, CA 94147

**Date(s) debt was incurred** _

**Last 4 digits of account number  4206**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.240
5**

**Nonpriority creditor's name and mailing address**

**ERIC F STUPEL**
407 Lincoln Road Suite 6c
Miami Beach, FL 33139-3023

**Date(s) debt was incurred** _

**Last 4 digits of account number  7232**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.240
6**

**Nonpriority creditor's name and mailing address**

**ERIC GRANITUR ATTORNEY AT LAW**
535 Greytwig Road Suite 5
Vero Beach, FL 32963

**Date(s) debt was incurred** _

**Last 4 digits of account number  4731**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.240
7**

**Nonpriority creditor's name and mailing address**

**ERIC H MILLER**
8501 Southwest 142nd Street
Miami, FL 33158

**Date(s) debt was incurred** _

**Last 4 digits of account number  0235**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.240 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ERIC H SOMMER PA**
**1231 N Orange Avenue Suite B**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number  **9744**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**ERIC J BERGKNOFF**
**5782 Northwest 119th Drive**
**Coral Springs, FL 33076-4025**

Date(s) debt was incurred _

Last 4 digits of account number  **7054**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ERIC J BRAUNSTEN**
**1802 N University Drive Suite 201**
**Plantation, FL 33322**

Date(s) debt was incurred _

Last 4 digits of account number  **8421**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ERIC J DIRGA**
**4781 S Orange Avenue**
**Orlando, FL 32806**

Date(s) debt was incurred _

Last 4 digits of account number  **4909**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ERIC J MATHESON**
**44 Cocoanut Row T-9**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number  **1012**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ERIC J VASQUEZ**
**900 6th Avenue S Suite 201**
**Naples, FL 34102-6745**

Date(s) debt was incurred _

Last 4 digits of account number  **3995**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Eric J. Sanchez, P.A.**
**4960 SW 72nd Avenue**
**Suite 206**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number  **9627**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.241 5**

**Nonpriority creditor's name and mailing address**
**ERIC JAY MILLER PA**
**17071 W Dixie Highway**
**North Miami Beach, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number  **6618**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.241 6**

**Nonpriority creditor's name and mailing address**
**ERIC L BOLVES**
**2110 E Robinson Street**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number  **9551**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.241 7**

**Nonpriority creditor's name and mailing address**
**ERIC L BRONFELD**
**Eric L. Bronfeld P.A.**
**P.O. Box 22506**
**Ft Lauderdale, FL 33335-2506**

Date(s) debt was incurred _

Last 4 digits of account number  **5652**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.241 8**

**Nonpriority creditor's name and mailing address**
**ERIC L GLAZER PA**
**2300 Corporate Boulevard Northwest Suite**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **7896**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.241 9**

**Nonpriority creditor's name and mailing address**
**ERIC M GLAZER**
**Glazer & Associates P.A.**
**1920 E Hallandale Beach Boulevard 8 Floo**
**Hallandale, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number  **0620**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.242 0**

**Nonpriority creditor's name and mailing address**
**ERIC MENDELSOHN**
**Merrill Place No 406**
**97 S Jackson Street**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number  **6541**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.242**
**1**

**Nonpriority creditor's name and mailing address**
**ERIC P MCCARTHY**
**P.O. Box 370**
**Key West, FL 33041**

Date(s) debt was incurred _

Last 4 digits of account number  **6740**

As of the petition filing date, the claim is: *Check all that apply.*      **$25.00**

�True Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.242**
**2**

**Nonpriority creditor's name and mailing address**
**ERIC P STEIN**
**1820 Northeast 163rd Street Suite 100**
**North Miami Beach, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number  **5628**

As of the petition filing date, the claim is: *Check all that apply.*      **$25.00**

�True Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.242**
**3**

**Nonpriority creditor's name and mailing address**
**ERIC S KOLAR**
**3305 Atlantic Boulevard B**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number  **4423**

As of the petition filing date, the claim is: *Check all that apply.*      **$25.00**

�True Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.242**
**4**

**Nonpriority creditor's name and mailing address**
**ERIC S MASHBURN**
**P.O. Box 771268**
**Winter Garden, FL 34777-1268**

Date(s) debt was incurred _

Last 4 digits of account number  **6733**

As of the petition filing date, the claim is: *Check all that apply.*      **$100.00**

�True Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.242**
**5**

**Nonpriority creditor's name and mailing address**
**ERIC T KANNAL**
**13790 Northwest 4th Street Suite 103**
**Sunrise, FL 33325**

Date(s) debt was incurred _

Last 4 digits of account number  **0562**

As of the petition filing date, the claim is: *Check all that apply.*      **$25.00**

�True Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.242**
**6**

**Nonpriority creditor's name and mailing address**
**ERIC V GILL**
**D/B/A Sugarmill Title Services**
**4393 Ridgewood Avenue Suite 1**
**Port Orange, FL 32127**

Date(s) debt was incurred _

Last 4 digits of account number  **258**

As of the petition filing date, the claim is: *Check all that apply.*      **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.242**
**7**

**Nonpriority creditor's name and mailing address**
**ERIC W PAPPAS**
**125 12th Avenue**
**Indialantic, FL 32903**

Date(s) debt was incurred _

Last 4 digits of account number  **6599**

As of the petition filing date, the claim is: *Check all that apply.*      **$200.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.242 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ERICA A. WALD**
**5355 Town Center Road**
**Suite 801, Crocker Plaza**
**Boca Raton, FL 33486-1069**

Date(s) debt was incurred _

Last 4 digits of account number  **8383**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ERICA S CRISSY**
**3170 N Federal Highway**
**Suite 100-B**
**Lighthouse Point, FL 33064**

Date(s) debt was incurred _

Last 4 digits of account number  **4668**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ERICK L DEEB**
**Erick L. Deeb P.A.**
**2350 Coral Way Suite 401**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number  **3938**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ERICK LORA PA**
**2 S. Biscayne Boulevard**
**Suite 2300**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **1685**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Erick Magno, P.L.**
**1200 Brickell Avenue**
**Suite 1220**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **7140**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**ERICKSON & ERICKSON PA**
**4760 Tamiami Trail N Suite 21**
**Naples, FL 34103-3065**

Date(s) debt was incurred _

Last 4 digits of account number  **8629**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.243
4**

**Nonpriority creditor's name and mailing address**

**ERIK A DAHLGAARD**
**P O Box 48547**
**Sarasota, FL 34230-5992**

Date(s) debt was incurred _

Last 4 digits of account number **126**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$137.50**

---

**3.243
5**

**Nonpriority creditor's name and mailing address**

**ERIK C LARSEN**
**243 W Park Avenue Suite 201**
**Winter Park, FL 32789-7001**

Date(s) debt was incurred _

Last 4 digits of account number **238**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.243
6**

**Nonpriority creditor's name and mailing address**

**ERIK LEAVELL & ASSOCIATES**
**10130 Northlake Boulevard Suite 214**
**Royal Palm Beach, FL 33412-1105**

Date(s) debt was incurred _

Last 4 digits of account number **2416**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.243
7**

**Nonpriority creditor's name and mailing address**

**ERIK V KORZILIUS**
**2100 Tamiami Trail S.**
**Suite C**
**Venice, FL 34293**

Date(s) debt was incurred _

Last 4 digits of account number **7683**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.243
8**

**Nonpriority creditor's name and mailing address**

**Erin Bass Law, P.L.L.C.**
**3509 W. San Luis Street**
**Tampa, FL 33629**

Date(s) debt was incurred _

Last 4 digits of account number **9519**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.243
9**

**Nonpriority creditor's name and mailing address**

**ERLYNNE HIXON HOLLEY**
**2947 Peters Avenue**
**Naples, FL 33942**

Date(s) debt was incurred _

Last 4 digits of account number **5829**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.244
0**

**Nonpriority creditor's name and mailing address**

**ERNEST A J KOLLRA**
**1995 E Oakland Park Boulevard Suite 300**
**Ft Lauderdale, FL 33306-1147**

Date(s) debt was incurred _

Last 4 digits of account number **7333**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.244 1**

**Nonpriority creditor's name and mailing address**
**ERNEST C WRIGHT**
**2285 W Eau Gallie Boulevard**
**Melbourne, FL 32935**

Date(s) debt was incurred _

Last 4 digits of account number **489**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.244 2**

**Nonpriority creditor's name and mailing address**
**ERNEST CLAYTON YATES**
**311 S 2nd Street Suite 102b**
**Ft Pierce, FL 34950-1515**

Date(s) debt was incurred _

Last 4 digits of account number **5665**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.244 3**

**Nonpriority creditor's name and mailing address**
**ERNEST F HARNDEN JR PA**
**1800 Second Street Suite 717**
**Sarasota, FL 34236-5903**

Date(s) debt was incurred _

Last 4 digits of account number **8557**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

**3.244 4**

**Nonpriority creditor's name and mailing address**
**ERNEST G COLE**
**5207 Marine Parkway**
**New Port Richey, FL 34652-4234**

Date(s) debt was incurred _

Last 4 digits of account number **6516**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.244 5**

**Nonpriority creditor's name and mailing address**
**ERNEST G SIMON**
**140 Northeast 4th Avenue Suite A**
**Delray Beach, FL 33483-5400**

Date(s) debt was incurred _

Last 4 digits of account number **3170**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.244 6**

**Nonpriority creditor's name and mailing address**
**Ernest J. Mullins, P.A.**
**519 Patrick Street**
**Kissimmee, FL 34741**

Date(s) debt was incurred _

Last 4 digits of account number **7965**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

| | |
|---|---|
| 3.244 7 | **Nonpriority creditor's name and mailing address** |

**ERNEST S MARSHALL**
**615 9th Street W**
**Bradenton, FL 34205-7739**

Date(s) debt was incurred _

Last 4 digits of account number **3597**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| | |
|---|---|
| 3.244 8 | **Nonpriority creditor's name and mailing address** |

**ERNEST V MCCLURG**
**P.O. Box 505**
**Lakeland, FL 33802-0505**

Date(s) debt was incurred _

Last 4 digits of account number **3745**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$13,934.27**

---

| | |
|---|---|
| 3.244 9 | **Nonpriority creditor's name and mailing address** |

**ERNEST V MCCLURG**
**P.O. Box 38**
**Lakeland, FL 33802-0038**

Date(s) debt was incurred _

Last 4 digits of account number **3745**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| | |
|---|---|
| 3.245 0 | **Nonpriority creditor's name and mailing address** |

**ERNESTO J DE LA FE**
**6601 Southwest 116th Street**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **7891**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.245 1 | **Nonpriority creditor's name and mailing address** |

**ERNESTO MARTINEZ JR**
**2655 Le Jeune Road**
**Suite 305**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **0594**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.245 2 | **Nonpriority creditor's name and mailing address** |

**ERNESTO SANCHEZ**
**814 Ponce De Leon Blvd.**
**Suite 505**
**Coral Gables, FL 33134-3035**

Date(s) debt was incurred _

Last 4 digits of account number **3653**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.245 3 | **Nonpriority creditor's name and mailing address** |

**ERNIE C LISCH**
**3007 Manatee Avenue W**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number **383**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**
_____

---

| 3.245 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**EROL M VURAL**
**3301 Riviera Drive**
**Key West, FL 33040**

Date(s) debt was incurred  _

Last 4 digits of account number  **2464**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.245 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ERROL M ROSEN**
**9 Island Avenue Apt 1605**
**Miami, FL 33139-1360**

Date(s) debt was incurred  _

Last 4 digits of account number  **4068**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| 3.245 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ERSKINE C ROGERS III**
**1803 Australian Avenue S Suite A**
**West Palm Beach, FL 33409-6454**

Date(s) debt was incurred  _

Last 4 digits of account number  **3940**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.245 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ERVIN KITCHEN & ERVIN**
**P.O. Box 1170**
**Tallahassee, FL 32302-1170**

Date(s) debt was incurred  _

Last 4 digits of account number  **417**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

| 3.245 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ERWIN A YAEGER**
**2431 Northwest 41st Street Suite 4111**
**Gainesville, FL 32606**

Date(s) debt was incurred  _

Last 4 digits of account number  **3090**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| 3.245 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ERWIN S ADLER**
**7777 Glades Road Suite 204**
**Boca Raton, FL 33434-4150**

Date(s) debt was incurred  _

Last 4 digits of account number  **5041**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.246 0**

**Nonpriority creditor's name and mailing address**

**ESPINO LAW**
**2250 SW 3rd Avenue**
**Suite 400**
**Miami, FL 33129**

Date(s) debt was incurred  _

Last 4 digits of account number  **6753**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.246 1**

**Nonpriority creditor's name and mailing address**

**Esposito Law Group, P.A.**
**537 10th Street W**
**Bradenton, FL 34205**

Date(s) debt was incurred  _

Last 4 digits of account number  **8711**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.246 2**

**Nonpriority creditor's name and mailing address**

**EST OF ALBERT E SCHRADER JR**
**6663 Sugarbush Drive**
**Orlando, FL 32819-4508**

Date(s) debt was incurred  _

Last 4 digits of account number  **698**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.246 3**

**Nonpriority creditor's name and mailing address**

**EST OF ALBERTO BABANI**
**495 S Shore Drive**
**Miami Beach, FL 33141**

Date(s) debt was incurred  _

Last 4 digits of account number  **5461**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.246 4**

**Nonpriority creditor's name and mailing address**

**EST OF BAILEY M WELDEN**
**10445 W Sea Court**
**Crystal River, FL 34429-5209**

Date(s) debt was incurred  _

Last 4 digits of account number  **1590**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.246 5**

**Nonpriority creditor's name and mailing address**

**EST OF C WINSTON SMITH**
**P.O. Box 489**
**New Smyrna Beach, FL 32170-0489**

Date(s) debt was incurred  _

Last 4 digits of account number  **602**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.246 6**

**Nonpriority creditor's name and mailing address**

**EST OF CAROLYN M GETTINGS**
**46 N Washington Boulevard Suite 25b**
**Sarasota, FL 34236**

Date(s) debt was incurred  _

Last 4 digits of account number  **7443**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**
_____

| | |
|---|---|
| **3.246 7** | |

**Nonpriority creditor's name and mailing address**

**EST OF CHRISTINE E PUTO MURRAY**
**2945 Overseas Highway**
**Marathon, FL 33050**

Date(s) debt was incurred  _

Last 4 digits of account number  **2577**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| **3.246 8** | |

**Nonpriority creditor's name and mailing address**

**EST OF CRAIG B WARD**
**1646 Hillcrest Street**
**Orlando, FL 32803**

Date(s) debt was incurred  _

Last 4 digits of account number  **4876**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| **3.246 9** | |

**Nonpriority creditor's name and mailing address**

**EST OF D DEAN BARNARD**
**C/O Diane Jensen**
**P.O. Drawer 1507**
**Ft Myers, FL 33902**

Date(s) debt was incurred  _

Last 4 digits of account number  **4172**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| | |
|---|---|
| **3.247 0** | |

**Nonpriority creditor's name and mailing address**

**EST OF DALE A KONIGSBURG**
**Pmb 306**
**4371 Northlake Boulevard**
**Palm Beach Gardens, FL 33410-6253**

Date(s) debt was incurred  _

Last 4 digits of account number  **5001**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| **3.247 1** | |

**Nonpriority creditor's name and mailing address**

**EST OF DAVID B PARKER**
**46 Spanish Street**
**St Augustine, FL 32084-3636**

Date(s) debt was incurred  _

Last 4 digits of account number  **5504**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$1,112.95

---

| | |
|---|---|
| **3.247 2** | |

**Nonpriority creditor's name and mailing address**

**EST OF DAVID H THOMAS**
**4091 Orange Grove Boulevard**
**Ft Myers, FL 33903-4931**

Date(s) debt was incurred  _

Last 4 digits of account number  **4637**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.247
3**

**Nonpriority creditor's name and mailing address**

**EST OF EDWARD J SCHACK**
**7954 Pines Boulevard**
**Pembroke Pines, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number **7198**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247
4**

**Nonpriority creditor's name and mailing address**

**EST OF EDWARD L GERSON**
**116 Northwest Hepner**
**Pt Charlotte, FL 33952-4231**

Date(s) debt was incurred _

Last 4 digits of account number **1380**

As of the petition filing date, the claim is: *Check all that apply.*

$956.67

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247
5**

**Nonpriority creditor's name and mailing address**

**EST OF ELIZABETH KOLLAREK**
**800 Harbour Drive Suite 8**
**Naples, FL 34103-4451**

Date(s) debt was incurred _

Last 4 digits of account number **8207**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247
6**

**Nonpriority creditor's name and mailing address**

**EST OF GARY L SELF**
**1401 E Atlantic Boulevard**
**Pompano Beach, FL 33060-6746**

Date(s) debt was incurred _

Last 4 digits of account number **4544**

As of the petition filing date, the claim is: *Check all that apply.*

$158.64

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247
7**

**Nonpriority creditor's name and mailing address**

**EST OF GEORGE J BAYA**
**501 Brickell Key Drive Suite 300**
**Miami, FL 33131-2608**

Date(s) debt was incurred _

Last 4 digits of account number **241**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247
8**

**Nonpriority creditor's name and mailing address**

**EST OF H CHRISTOPHER TOMPKINS**
**P.O. Box 888**
**Brandon, FL 33509-0888**

Date(s) debt was incurred _

Last 4 digits of account number **5716**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247
9**

**Nonpriority creditor's name and mailing address**

**EST OF HARRIS A TOBIN**
**P.O. Box 1193**
**Gainesville, FL 32602-1193**

Date(s) debt was incurred _

Last 4 digits of account number **4955**

As of the petition filing date, the claim is: *Check all that apply.*

$65.36

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

| 3.248 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$498.34** |
|---|---|---|---|

**EST OF HUGH M CARRIER**
**Squire Sanders & Dempsey**
**3000 Miami Center 100 Chopin Plza**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Member**

Last 4 digits of account number **5285**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**EST OF IRVING SHIMOFF**
**Nations Bank Tower**
**100 Southeast 2nd Street Suite 3920**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Member**

Last 4 digits of account number **1156**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,176.25** |
|---|---|---|---|

**EST OF J PAUL GRIFFITH**
**P.O. Box 207**
**Marianna, FL 32446-0207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Member**

Last 4 digits of account number **947**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,331.73** |
|---|---|---|---|

**EST OF J VICTOR AFRICANO**
**P.O. Box 1450**
**Live Oak, FL 32060-1450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Member**

Last 4 digits of account number **3149**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.16** |
|---|---|---|---|

**EST OF JAMES C TRUETT**
**810 Thomasville Road**
**Tallahassee, FL 32303-6218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Member**

Last 4 digits of account number **6206**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**EST OF JEFFREY A RAPHAEL**
**842 Southwest Catalina Street**
**Palm City, FL 34990**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Member**

Last 4 digits of account number **3936**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$870.03** |
|---|---|---|---|

**EST OF JOHN B MATTINGLY**
**54 Maney Avenue**
**Ashville, NC 28804-3356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Member**

Last 4 digits of account number **1492**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**
<br>Name

Case number (if known)  **2:23-bk-01538**

---

**3.248 7**

**Nonpriority creditor's name and mailing address**
**EST OF JOHN G FATOLITIS**
**1 North Pinellas Avenue**
**Tarpon Springs, FL 34689-3415**

Date(s) debt was incurred _

Last 4 digits of account number  **2098**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.248 8**

**Nonpriority creditor's name and mailing address**
**EST OF JOHN MCCARTY**
**111 Boston Avenue**
**Ft Pierce, FL 34950-4321**

Date(s) debt was incurred _

Last 4 digits of account number  **2226**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$569.92**

---

**3.248 9**

**Nonpriority creditor's name and mailing address**
**EST OF JULIO MANGUART**
**P.O. Box 491366**
**Key Biscayne, FL 33149-7366**

Date(s) debt was incurred _

Last 4 digits of account number  **6671**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.249 0**

**Nonpriority creditor's name and mailing address**
**EST OF JULIUS H BROWNER**
**1915 Northeast 45th Street Suite 210**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **7156**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.249 1**

**Nonpriority creditor's name and mailing address**
**EST OF LEONARD O WEINSTEIN**
**407 Lincoln Road Penthouse Southeast**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number  **1155**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.249 2**

**Nonpriority creditor's name and mailing address**
**EST OF MARION SCHWEIGER**
**P.O. Box 297605**
**Pembroke Pines, FL 33029**

Date(s) debt was incurred _

Last 4 digits of account number  **9200**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.249 3**

**Nonpriority creditor's name and mailing address**
**EST OF MICHAEL LUKASIEVICH**
**1720 Harrison Street Suite 18a**
**Hollywood, FL 33020-2213**

Date(s) debt was incurred _

Last 4 digits of account number  **8235**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor __LTGF Business Trust_____     Case number (if known)  __2:23-bk-01538__
　　　　　Name

---

| 3.249 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$533.16** |

**EST OF MITCHELL J MIODUS**
**5310 Southwest 5th Terrace**
**Miami, FL 33134-1126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  __6025__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**EST OF OAKLEY GENTRY JR**
**4900 N Ocean Boulevard Suite 404**
**Ft Lauderdale, FL 33308**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  __7142__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**EST OF PAUL L MARTZ**
**P.O. Box 3928**
**St Augustine, FL 32085-3928**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  __5523__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**EST OF ROBERT D SLEWETT**
**801 Northeast 167 Street 2nd Floor**
**N Miami Beach, FL 33162-3729**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  __3956__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$556.45** |

**EST OF ROBERT T JAMESON**
**P.O. Box 1419**
**Ocala, FL 32678-1419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  __1962__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,504.41** |

**EST OF SAMUEL J SWISHER**
**2477 Stickney Point Road Suite 207-B**
**Sarasota, FL 34231-4070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  __5564__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**EST OF STEPHEN H JUDSON**
**Suite 1 Building B**
**3800 Lake Center Loop**
**Mount Dora, FL 32757**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  __2793__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.250**
**1**

**Nonpriority creditor's name and mailing address**

**EST OF THOMAS G PURDO**
**151 Northeast 5th Avenue**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number  **4639**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$3,364.26**

---

**3.250**
**2**

**Nonpriority creditor's name and mailing address**

**EST OF THOMAS J DAVIS JR**
**520 Palermo Avenue**
**Coral Gables, FL 33134-4535**

Date(s) debt was incurred _

Last 4 digits of account number  **2428**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.250**
**3**

**Nonpriority creditor's name and mailing address**

**EST OF THOMAS P MCALVANAH**
**5739 Gall Boulevard**
**Zephyrhills, FL 33541-3453**

Date(s) debt was incurred _

Last 4 digits of account number  **4243**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.250**
**4**

**Nonpriority creditor's name and mailing address**

**EST OF WILLIAM H PEEPLES**
**6101 Southwest 76 Street**
**Miami, FL 33143-5021**

Date(s) debt was incurred _

Last 4 digits of account number  **2919**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$457.32**

---

**3.250**
**5**

**Nonpriority creditor's name and mailing address**

**EST OF WILLIAM W BELL**
**9152 Bay Harbor Circle**
**West Palm Beach, FL 33411-5154**

Date(s) debt was incurred _

Last 4 digits of account number  **2647**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.250**
**6**

**Nonpriority creditor's name and mailing address**

**ESTATE OF A BICE HOPE**
**P.O. Box 5217**
**Gainesville, FL 32627-5217**

Date(s) debt was incurred _

Last 4 digits of account number  **8471**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.250**
**7**

**Nonpriority creditor's name and mailing address**

**ESTATE OF A C LOWERY**
**985 Northeast 84th Street**
**Miami, FL 33138-3614**

Date(s) debt was incurred _

Last 4 digits of account number  **2316**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**
_____

| 3.250 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ESTATE OF ANDREW T GERRITS**
**6350 N Andrews Avenue Suite 100**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number  **3877**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**ESTATE OF ANTONIO J SOTO III**
**8500 W Flagler Street Suite A-105**
**Miami, FL 33144-2043**

Date(s) debt was incurred _

Last 4 digits of account number  **364**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**ESTATE OF ARLAN H BIRKMAN PA**
**809 Southeast 8th Street**
**Deerfield Beach, FL 33441**

Date(s) debt was incurred _

Last 4 digits of account number  **4723**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**ESTATE OF BENNETT M LIFTER**
**17760 Northwest 2nd Avenue Suite 200**
**Miami Garden, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number  **1017**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ESTATE OF BRUCE J DANIELS**
**P.O. Box 32812**
**North Palm Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number  **0113**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**ESTATE OF BYRON D GAY**
**2324 Caribbean Court**
**Orlando, FL 32805-5801**

Date(s) debt was incurred _

Last 4 digits of account number  **1374**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ESTATE OF CARLOS M ALVAREZ**
**136 E Shore Drive**
**Key Largo, FL 33037**

Date(s) debt was incurred _

Last 4 digits of account number  **4317**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.251 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ESTATE OF DAVID C GASKIN**
**P.O. Box 185**
**Wewahitchka, FL 32465-0185**

Date(s) debt was incurred  _

Last 4 digits of account number  **5060**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.251 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ESTATE OF DAVID MOLIVER**
**9415 Southwest 72nd Street Suite 125**
**Miami, FL 33173**

Date(s) debt was incurred  _

Last 4 digits of account number  **8308**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.251 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.80 |
|---|---|---|---|

**ESTATE OF DAVID R SPITZNAGEL**
**304 Street Thomas Avenue**
**Key Largo, FL 33037-4321**

Date(s) debt was incurred  _

Last 4 digits of account number  **0416**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.251 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**ESTATE OF DENNIS S SILVER**
**3304 51st Avenue Terrace W**
**Bradenton, FL 34207-1653**

Date(s) debt was incurred  _

Last 4 digits of account number  **3900**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.251 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**ESTATE OF DONALD G CHILDS PA**
**P.O. Box 109**
**Marco Island, FL 33969-0109**

Date(s) debt was incurred  _

Last 4 digits of account number  **4691**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.252 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ESTATE OF E DAVID KEMP**
**Smathers & Kemp P.A.**
**669 E Highway 50**
**Clermont, FL 34711**

Date(s) debt was incurred  _

Last 4 digits of account number  **6073**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.252**
**1**

**Nonpriority creditor's name and mailing address**

**ESTATE OF E THOMAS FISHER**
**C/O William H Bartlett**
**P.O. Box 387**
**St Petersburg, FL 33731**

Date(s) debt was incurred _

Last 4 digits of account number  **8628**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.252**
**2**

**Nonpriority creditor's name and mailing address**

**ESTATE OF EARL D FARR JR**
**5512 Sea Edge Drive**
**Punta Gorda, FL 33950**

Date(s) debt was incurred _

Last 4 digits of account number  **3359**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$13,402.70**

---

**3.252**
**3**

**Nonpriority creditor's name and mailing address**

**ESTATE OF G W HEDMAN**
**444 Red Sail Way**
**Satellite Beach, FL 32937**

Date(s) debt was incurred _

Last 4 digits of account number  **3083**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.252**
**4**

**Nonpriority creditor's name and mailing address**

**ESTATE OF GARRY C FASKE**
**11900 Biscayne Boulevard Suite 616**
**North Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number  **2680**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.252**
**5**

**Nonpriority creditor's name and mailing address**

**ESTATE OF GERALD R BOYD JR**
**5458 N River Shore Drive**
**Tampa, FL 33603-1330**

Date(s) debt was incurred _

Last 4 digits of account number  **2365**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.252**
**6**

**Nonpriority creditor's name and mailing address**

**ESTATE OF GROVER C HERRING**
**509 56th Street**
**West Palm Beach, FL 33407**

Date(s) debt was incurred _

Last 4 digits of account number  **0182**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.252**
**7**

**Nonpriority creditor's name and mailing address**

**ESTATE OF GUILLERMO SOSTCHIN**
**3191 Coral Way Suite 1008**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number  **4098**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$9,223.02**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.252 8**

**Nonpriority creditor's name and mailing address**

**ESTATE OF H JAMES LENTZ**
**35095 US Highway 19 N Suite 101**
**Palm Harbor, FL 34684-1924**

Date(s) debt was incurred _

Last 4 digits of account number  **6655**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.252 9**

**Nonpriority creditor's name and mailing address**

**ESTATE OF HARRISON K CHAUNCEY**
**1921 Embassy Drive**
**West Palm Beach, FL 33401-1002**

Date(s) debt was incurred _

Last 4 digits of account number  **1689**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.253 0**

**Nonpriority creditor's name and mailing address**

**ESTATE OF ISAAC E WHISNANT**
**2424 Manatee Avenue W Suite 101**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number  **5151**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,396.95**

---

**3.253 1**

**Nonpriority creditor's name and mailing address**

**ESTATE OF JOHN E BAKER**
**P.O. Box 2529**
**Jupiter, FL 33468-2529**

Date(s) debt was incurred _

Last 4 digits of account number  **7688**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$87.50**

---

**3.253 2**

**Nonpriority creditor's name and mailing address**

**ESTATE OF JOSEPH D FARISH**
**P.O. Box 4118**
**West Palm Beach, FL 33402-4118**

Date(s) debt was incurred _

Last 4 digits of account number  **153**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.253 3**

**Nonpriority creditor's name and mailing address**

**ESTATE OF KENNETH A WOLIS**
**2805 E Oakland Park Boulevard Suite 270**
**Ft Lauderdale, FL 33306**

Date(s) debt was incurred _

Last 4 digits of account number  **1914**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,267.78**

---

**3.253 4**

**Nonpriority creditor's name and mailing address**

**ESTATE OF LARRY O SCHATZMAN**
**444 Brickell Avenue Suite 700**
**Miami, FL 33131-2441**

Date(s) debt was incurred _

Last 4 digits of account number  **8634**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**

Name

Case number (*if known*)   **2:23-bk-01538**

---

**3.253
5**

**Nonpriority creditor's name and mailing address**

**ESTATE OF MICHAEL H MALE**
**Michael H. Male P.A.**
**3250 Mary Street Suite 303**
**Miami, FL 33133-5232**

Date(s) debt was incurred _

Last 4 digits of account number  **4264**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.253
6**

**Nonpriority creditor's name and mailing address**

**ESTATE OF MORTON P BROWN**
**Townhouse No 8**
**19355 Turnberry Way**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number  **3643**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.253
7**

**Nonpriority creditor's name and mailing address**

**ESTATE OF PAUL L FEINSMITH**
**Paul L. Feinsmith P.A.**
**633 Northeast 167th Street Suite 304**
**North Miami Beach, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number  **1879**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.253
8**

**Nonpriority creditor's name and mailing address**

**ESTATE OF PHILIP F KEIDAISH JR**
**740 Florida Central Parkway Suite 1004**
**Longwood, FL 32750**

Date(s) debt was incurred _

Last 4 digits of account number  **4680**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.253
9**

**Nonpriority creditor's name and mailing address**

**ESTATE OF PIERCE H MULLALY**
**Pierce H. Mullally P.A.**
**179 Northeast 96th Street**
**Miami Shores, FL 33138**

Date(s) debt was incurred _

Last 4 digits of account number  **4584**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.254
0**

**Nonpriority creditor's name and mailing address**

**ESTATE OF R KEITH ALLEN**
**R Keith Allen Real Estate Oper**
**2600 Douglas Road Suite 1008**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **4065**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$17.50**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number *(if known)*    **2:23-bk-01538**

| 3.254 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**ESTATE OF RICHARD M JONES**
**163 10th Avenue S**
**Naples, FL 34102**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5056**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ESTATE OF ROBERT A ROSILLO**
**501 Sea Oats Drive Suite A-1**
**Juno Beach, FL 33408**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2396**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**ESTATE OF WILIAM C MCLEAN JR**
**P.O. Box 3324**
**Tampa, FL 33601**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **335**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,043.80 |
|---|---|---|---|

**ESTATE OF WILLIAM J MCNAUGHTON**
**2010 Northeast 56th Court Suite 2**
**Ft Lauderdale, FL 33308-2411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1831**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Estevez Law Group, P.A.**
**1930 Harrison Street**
**Suite 203**
**Hollywood, FL 33020**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8234**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**ESTHER A ZARETSKY**
**Suite 900**
**1655 Palm Beach Lakes Boulevard**
**West Palm Beach, FL 33401**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5837**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ESTHER I ARANGO**
**P.O. Box 565261**
**Miami, FL 33256-5261**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6814**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.254 8**

Nonpriority creditor's name and mailing address

**ESTIME-THOMPSON PA**
**11950 W Dixie Highway**
**Miami, FL 33161**

Date(s) debt was incurred  _

Last 4 digits of account number  **0003**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254 9**

Nonpriority creditor's name and mailing address

**ESTRELLA & DIAZ-LEYVA PA**
**3750 W Flagler Street**
**Miami, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **9883**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255 0**

Nonpriority creditor's name and mailing address

**EUBANK HASSEL & MILES**
**P.O. Box 2229**
**Daytona Beach, FL 32115-2229**

Date(s) debt was incurred  _

Last 4 digits of account number  **3049**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255 1**

Nonpriority creditor's name and mailing address

**EUGENE A WIECHENS**
**445 NE 8th Avenue**
**Ocala, FL 34470-5346**

Date(s) debt was incurred  _

Last 4 digits of account number  **5619**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255 2**

Nonpriority creditor's name and mailing address

**EUGENE A. PEER**
**P.O. Box 488**
**Palm City, FL 34991**

Date(s) debt was incurred  _

Last 4 digits of account number  **4953**

As of the petition filing date, the claim is: *Check all that apply.*

$2,603.53

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255 3**

Nonpriority creditor's name and mailing address

**EUGENE E MCCLELLAN JR**
**3900 Commonwealth Boulevard Suite 922**
**Mailstation 35**
**Tallahassee, FL 32399-6575**

Date(s) debt was incurred  _

Last 4 digits of account number  **7963**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255 4**

Nonpriority creditor's name and mailing address

**EUGENE E RHODES JR**
**P.O. Box 290580**
**Port Orange, FL 32129-0580**

Date(s) debt was incurred  _

Last 4 digits of account number  **5975**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.255 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65.00** |
|---|---|---|---|

**EUGENE E SHUEY**
**3468 Southwest 72nd Way**
**Gainesville, FL 32608**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **7279**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**EUGENE E WALDRON JR PA**
**124 N. Brevard Avenue**
**Arcadia, FL 34266-4404**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **5551**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**EUGENE GREENER JR**
**600 Fifth Avenue South Suite 203**
**Naples, FL 33940**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **0373**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**EUGENE H STEELE**
**4420 N University Drive**
**Lauderhill, FL 33351**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **8574**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**EUGENE J FIERRO PA**
**7603 Southwest 147 Terrace**
**Miami, FL 33158-4304**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **4600**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**EUGENE J HOWARD**
**1111 Lincoln Road Suite 800**
**Miami Beach, FL 33139-2451**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **4374**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.256**
**1**

Nonpriority creditor's name and mailing address

**EUGENE L BEIL**
**12300 US Highway 19 North**
**Hudson, FL 34667**

Date(s) debt was incurred _

Last 4 digits of account number **8232**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.256**
**2**

Nonpriority creditor's name and mailing address

**EUGENE L MANN**
**106 Cumberland Court**
**Stephens City, VA 22655-4029**

Date(s) debt was incurred _

Last 4 digits of account number **7699**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.256**
**3**

Nonpriority creditor's name and mailing address

**EUGENE M UNDERBERG**
**224 Walton Heath Drive**
**Atlantis, FL 33462**

Date(s) debt was incurred _

Last 4 digits of account number **7908**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.256**
**4**

Nonpriority creditor's name and mailing address

**EUGENE MICHAEL KENNEDY PA**
**517 Southwest 1st Avenue**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **7405**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.256**
**5**

Nonpriority creditor's name and mailing address

**EUGENE N BETTS**
**912 Northeast 23rd Terrace**
**Pompano Beach, FL 33062-4420**

Date(s) debt was incurred _

Last 4 digits of account number **1112**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.256**
**6**

Nonpriority creditor's name and mailing address

**EUGENE SHY JR**
**Dade County Attorney's Office**
**1611 Northwest 12th Avenue Suite 109**
**Miami, FL 33136-1005**

Date(s) debt was incurred _

Last 4 digits of account number **539**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.256**
**7**

Nonpriority creditor's name and mailing address

**EUGENE W SULZBERGER**
**1090 Kane Concourse**
**Suite 201**
**Bay Harbor Islands, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number **747**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.256 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**EUGENE W SULZBERGER**
P.O. Box 546644
Miami Beach, FL 33154-0644

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **747**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**EUGENIO DUARTE PA**
999 Ponce De Leon Boulevard
Suite 735
Coral Gables, FL 33134

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8264**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**EULA C REED**
4658 Hall Road
Orlando, FL 32817

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5909**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**EUSEBIO E FERNANDEZ**
2701 S Legion Road 2nd Floor
Coral Gables, FL 33134

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6634**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**EVAN B PLOTKA PL**
3837 Hollywood Boulevard
Suite A
Hollywood, FL 33021

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **1747**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**EVAN J GONSHAK**
1481 NW 7th Street
Miami, FL 33125

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8705**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.257 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**EVAN JAY BYER**
**1999 Northeast 150th Street Suite 102**
**North Miami, FL 33181-1118**

Date(s) debt was incurred _

Last 4 digits of account number  **6870**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**EVAN OLSTER**
**P.O. Box 161770**
**Miami, FL 33116-1770**

Date(s) debt was incurred _

Last 4 digits of account number  **1858**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**EVAN R MARBIN**
**48 E Flagler Street Suite 374**
**Miami, FL 33131-1020**

Date(s) debt was incurred _

Last 4 digits of account number  **4869**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Evan S. Kagan, L.L.C.**
**3098 Stirling Road Suite 102**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number  **8113**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**EVANS & DONICA PA**
**Enterprise Plaza Suite 1500**
**201 E Kennedy Boulevard**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number  **0275**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**EVANS & LUPTAK PLC**
**2201 Northwest Corporate Boulevard Suite**
**Boca Raton, FL 33431-7337**

Date(s) debt was incurred _

Last 4 digits of account number  **0185**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**EVE WAGNER ROSEN**
**10130 Northwest 14th Street**
**Plantation, FL 33322-6561**

Date(s) debt was incurred _

Last 4 digits of account number  **8607**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.258.1**

**Nonpriority creditor's name and mailing address**
**EVELYN M BORI**
**Law Office of Evelyn M Bori P.A.**
**4906 Jinou Avenue**
**Orlando, FL 32812**

Date(s) debt was incurred _

Last 4 digits of account number  **4610**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.258.2**

**Nonpriority creditor's name and mailing address**
**EVELYN WATTS CLONINGER**
**P.O. Box 620337**
**Oviedo, FL 32762-0337**

Date(s) debt was incurred _

Last 4 digits of account number  **5516**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.258.3**

**Nonpriority creditor's name and mailing address**
**EVERETT H. DUDLEY, JR.**
**21767 High Pine Trail**
**Boca Raton, FL 33428-3049**

Date(s) debt was incurred _

Last 4 digits of account number  **3195**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.258.4**

**Nonpriority creditor's name and mailing address**
**EVERETT MAYNARD JR**
**109 Rainsborough Way**
**Columbia, SC 29229-8842**

Date(s) debt was incurred _

Last 4 digits of account number  **416**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.258.5**

**Nonpriority creditor's name and mailing address**
**Evoke Title Services, LLC**
**1535 North Park Drive**
**Suite 104**
**Weston, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number  **1480**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.258.6**

**Nonpriority creditor's name and mailing address**
**EZRA R WITSMAN**
**138 E Central Avenue**
**Howey-In-The-Hills, FL 34737**

Date(s) debt was incurred _

Last 4 digits of account number  **6948**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.258 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |

**EZRA SCRIVANICH PA**
**14761 Highland Springs Court**
**Davie, FL 33325**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **4430**

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |

**F ANDREWS TAINTOR**
**3977 Isla Ciudad Court**
**Naples, FL 34109**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **0471**

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$200.00** |

**F B ESTERGREN**
**P.O. Drawer 2167**
**Ft Walton Beach, FL 32549-2167**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **2260**

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$200.00** |

**F D MCKNIGHT**
**126 E. Jefferson Street**
**Orlando, FL 32801**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **6693**

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$6,006.92** |

**F JOSEPH MCMACKIN III**
**4001 Tamiami Trail N Suite 250**
**Naples, FL 34103-3555**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **5814**

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$200.00** |

**F PARKER LAWRENCE**
**3720 Northwest 43rd Street Suite 101**
**Gainesville, FL 32606**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **7828**

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |

**F PEN COSBY**
**1900 Market Square Center**
**151 N Delaware Street**
**Indianapolis, IN 46204-2505**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **3658**

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **LTGF Business Trust** |
| | Name |
| | Case number (if known)  **2:23-bk-01538** |

---

**3.259 4**

**Nonpriority creditor's name and mailing address**

**F PHILIP BLANK**
**P.O. Box 11068**
**Tallahassee, FL 32302-3068**

Date(s) debt was incurred _

Last 4 digits of account number  **6552**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.259 5**

**Nonpriority creditor's name and mailing address**

**F SHIELDS MCMANUS**
**5910 Southeast Forest Glade Trail**
**Hobe Sound, FL 33455**

Date(s) debt was incurred _

Last 4 digits of account number  **1387**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$91.58**

---

**3.259 6**

**Nonpriority creditor's name and mailing address**

**F W ZEKE GUILFORD**
**Guilford & Associates**
**2222 Ponce De Leon Boulevard Suite 502**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **2677**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.259 7**

**Nonpriority creditor's name and mailing address**

**FABER & GITLITZ PA**
**9830 Southwest 77th Avenue Suite 155**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **92**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$12,310.41**

---

**3.259 8**

**Nonpriority creditor's name and mailing address**

**Faehner PLLC**
**301 Woodlands Pkwy.**
**Suite 10**
**Oldsmar, FL 34677**

Date(s) debt was incurred _

Last 4 digits of account number  **0412**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.259 9**

**Nonpriority creditor's name and mailing address**

**FALLGATTER & KELLY**
**121 W Forsyth Street Suite 900**
**Jacksonville Beach, FL 32202**

Date(s) debt was incurred _

Last 4 digits of account number  **2088**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.260 0**

**Nonpriority creditor's name and mailing address**

**Famada Law Firm, P.A.**
**4725 Aldun Ridge Avenue Northwest Suite**
**Comstock Park, MI 49321-9047**

Date(s) debt was incurred _

Last 4 digits of account number  **8883**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.260 1**

**Nonpriority creditor's name and mailing address**

**FAMILY TITLE SERVICES LLC**
**Post Office Box 822237**
**Pembroke Pines, FL 33082**

Date(s) debt was incurred _

Last 4 digits of account number **6530**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.260 2**

**Nonpriority creditor's name and mailing address**

**Fanelli Law Firm, P.A.**
**180 Fountain Parkway N**
**Suite 100**
**St. Petersburg, FL 33716**

Date(s) debt was incurred _

Last 4 digits of account number **8717**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.260 3**

**Nonpriority creditor's name and mailing address**

**FARACH LAW FIRM PA**
**505 S. Flagler Drive**
**Suite 600**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **6236**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.260 4**

**Nonpriority creditor's name and mailing address**

**FARR FARR EMERICH HACKETT**
**99 Nesbit Street**
**Punta Gorda, FL 33950**

Date(s) debt was incurred _

Last 4 digits of account number **384**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$850.00

---

**3.260 5**

**Nonpriority creditor's name and mailing address**

**FARRINGTON LAW OFFICE**
**68 Feli Way Suite B**
**Crawfordville, FL 32327**

Date(s) debt was incurred _

Last 4 digits of account number **0112**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.260 6**

**Nonpriority creditor's name and mailing address**

**Farrow Law Group, P.A.**
**4801 S University Drive**
**Unit 132**
**Davie, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number **0558**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

**3.2607**

**Nonpriority creditor's name and mailing address**

**Farshchian Law, P.A.**
**12955 Biscayne Boulevard**
**Suite 300**
**North Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number **8093**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.2608**

**Nonpriority creditor's name and mailing address**

**FEAGLE & FEAGLE**
**P.O. Box 1653**
**Lake City, FL 32056**

Date(s) debt was incurred _

Last 4 digits of account number **7496**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.2609**

**Nonpriority creditor's name and mailing address**

**FEARINGTON MCCORD**
**210 S Monroe Street**
**Tallahassee, FL 32301**

Date(s) debt was incurred _

Last 4 digits of account number **7289**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$200.00

---

**3.2610**

**Nonpriority creditor's name and mailing address**

**Fedele & Vigo, P.L.L.C.**
**8950 Southwest 74 Court Suite 2201 A-40**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **9020**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.2611**

**Nonpriority creditor's name and mailing address**

**FEE & FEE PL**
**426 Avenue A**
**Ft Pierce, FL 34950-4287**

Date(s) debt was incurred _

Last 4 digits of account number **610**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$475.00

---

**3.2612**

**Nonpriority creditor's name and mailing address**

**FEINGOLD & POSNER PA**
**3230 W Commercial Boulevard Suite 190**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number **2543**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.2613**

**Nonpriority creditor's name and mailing address**

**FEINMAN & FEINMAN PA**
**4300 N University Drive Suite B-100**
**Lauderhill, FL 33351-6243**

Date(s) debt was incurred _

Last 4 digits of account number **363**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$225.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|--------|------------------------|--------------------------|-------------------|
| | Name | | |

---

**3.261 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|
| **FEINSTEIN & SOROTA PA**<br>**600 Corporate Drive**<br>**Suite 320**<br>**Fort Lauderdale, FL 33334** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **8715** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.261 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **FELBERBAUM & ASSOCIATES PA**<br>**4855 Technology Way Suite 630**<br>**Boca Raton, FL 33431** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **2285** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.261 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|
| **FELDER & BERMAN**<br>**P.O. Drawer 30**<br>**Winter Park, FL 32790-0030** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **5037** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.261 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|
| **FELDMAN & ROBACK**<br>**3908 26th Street W.**<br>**Bradenton, FL 34205** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **6953** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.261 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **FELDMAN & SCHNEIDERMAN PA**<br>**401 Camino Gardens Boulevard**<br>**Boca Raton, FL 33432** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **5720** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.261 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|
| **FELDMAN KOENIG & HIGHSMITH PA**<br>**3158 Northside Drive**<br>**Key West, FL 33040** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **3469** | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.262 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**FELICIA S RAPHAEL**
**9690 Northwest 59th Court**
**Parkland, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number **7835**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**FELIPE R PACHECO**
**2324 Fern Place**
**Tampa, FL 33604-5719**

Date(s) debt was incurred _

Last 4 digits of account number **5463**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**FELIU MAURRASSE PA**
**255 Alhambra Circle Suite 1000**
**Coral Gables, FL 33134-7412**

Date(s) debt was incurred _

Last 4 digits of account number **9665**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**FELIX F CANINO PA**
**145 Ocean Key Way**
**Jupiter, FL 33477**

Date(s) debt was incurred _

Last 4 digits of account number **9539**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**FELIX J MENDIGUTIA**
**P.O. Box 942171**
**Miami, FL 33194-2171**

Date(s) debt was incurred _

Last 4 digits of account number **3835**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**FELIX M ADAMS**
**230 N. Main Street**
**Bushnell, FL 33513**

Date(s) debt was incurred _

Last 4 digits of account number **5011**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**FELIX M CACERES II PA**
**1035 SW 87th Avenue**
**Miami, FL 33174**

Date(s) debt was incurred _

Last 4 digits of account number **5549**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**
_____

| 3.262 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**FELIX M LASARTE**
**8500 Southwest 8th Street Suite 238**
**Miami, FL 33144-4002**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9839**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Fenderson & Hampton, L.L.C.**
**255 Alhambra Circle Suite 414**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6916**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,491.18** |
|---|---|---|---|

**FENSTER & FAERBER**
**8751 W Broward Boulevard Suite 307**
**Plantation, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7494**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00** |
|---|---|---|---|

**FERENCIK LIBANOFF BRANDT**
**150 S Pine Island Road Suite 400**
**Plantation, FL 33324**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5489**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$550.00** |
|---|---|---|---|

**FERGESON SKIPPER SHAW**
**Northern Trust Plaza**
**1515 Ringling Blvd, 10th Floor**
**Sarasota, FL 34236**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7543**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00** |
|---|---|---|---|

**FERNANDEZ AIRAN-PACE & ASSOCS**
**13500 SW 88th Street**
**Suite 265**
**Miami, FL 33186**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2747**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.263 3**

**Nonpriority creditor's name and mailing address**

**FERNANDEZ CARUS PA**
**345 Almeria Avenue**
**Coral Gables, FL 33134-5811**

Date(s) debt was incurred _

Last 4 digits of account number **9509**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263 4**

**Nonpriority creditor's name and mailing address**

**Fernandez Florida Law, P.A.**
**113 S Boulevard**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number **7206**

**As of the petition filing date, the claim is:** *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263 5**

**Nonpriority creditor's name and mailing address**

**Fernandez Legal**
**135 W. Central Blvd.**
**Suite 300**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **0771**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263 6**

**Nonpriority creditor's name and mailing address**

**Fernandez Trial Attorneys, P.A.**
**4705 26th Street W.**
**Bradenton, FL 34207**

Date(s) debt was incurred _

Last 4 digits of account number **9078**

**As of the petition filing date, the claim is:** *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263 7**

**Nonpriority creditor's name and mailing address**

**FERNANDO J PORTUONDO**
**2121 Ponce De Leon Boulevard**
**Suite 950**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **2309**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263 8**

**Nonpriority creditor's name and mailing address**

**FERNANDO M PALACIOS**
**525 E Strawbridge**
**Melbourne, FL 32901-4705**

Date(s) debt was incurred _

Last 4 digits of account number **6740**

**As of the petition filing date, the claim is:** *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263 9**

**Nonpriority creditor's name and mailing address**

**FERNANDO O TERCILLA**
**1617 Northwest 29th Avenue**
**Miami, FL 33125-2033**

Date(s) debt was incurred _

Last 4 digits of account number **6167**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __LTGF Business Trust__      Case number (*if known*) __2:23-bk-01538__
     Name

| | |
|---|---|
| **3.264 0** | |

**Nonpriority creditor's name and mailing address**      **$25.00**

**FERNANDO POMARES PA**
**12002 SW 128th Court**
**Suite 104**
**Miami, FL 33186**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __5672__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.264 1** | |

**Nonpriority creditor's name and mailing address**      **$25.00**

**FERRAEZ LLC**
**5065 Shore Acres Boulevard Northeast**
**St Petersburg, FL 33703-4221**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __2735__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.264 2** | |

**Nonpriority creditor's name and mailing address**      **$75.00**

**Ferraiuoli, L.L.C.**
**390 N Orange Avenue**
**Suite 2300**
**Orlando, FL 32801**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __9582__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.264 3** | |

**Nonpriority creditor's name and mailing address**      **$25.00**

**FERRER SHANE PL**
**10631 N. Kendall Drive**
**Suite 260**
**Miami, FL 33176**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __5368__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.264 4** | |

**Nonpriority creditor's name and mailing address**      **$200.00**

**FERRIN C CAMPBELL SR PA**
**P.O. Box 846**
**Crestview, FL 32536-0846**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __7721__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.264 5** | |

**Nonpriority creditor's name and mailing address**      **$100.00**

**FETTERMAN & ASSOCIATES PA**
**630 US Highway One 2nd Floor**
**North Palm Beach, FL 33408**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __5519__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.264 6**

**Nonpriority creditor's name and mailing address**

**FIELD GRANGER ET AL PA**
**P.O. Box 14129**
**Tallahassee, FL 32317-4129**

Date(s) debt was incurred _

Last 4 digits of account number **312**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$225.00**

---

**3.264 7**

**Nonpriority creditor's name and mailing address**

**FIELDSTONE SHEAR & DENBERG LLP**
**201 Alhambra Circle Suite 601**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **574**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.264 8**

**Nonpriority creditor's name and mailing address**

**FILEMAN LAW FIRM PA**
**201 W. Marion Avenue**
**Suite 1208**
**Punta Gorda, FL 33950-3660**

Date(s) debt was incurred _

Last 4 digits of account number **5584**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.264 9**

**Nonpriority creditor's name and mailing address**

**FINGER & MARGOLIS, P.A.**
**901 Sheridan Avenue**
**Bronx, NY 10451-3308**

Date(s) debt was incurred _

Last 4 digits of account number **6469**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$8.66**

---

**3.265 0**

**Nonpriority creditor's name and mailing address**

**FINKELSTEIN & ASSOCIATES PA**
**27 Fletcher Avenue**
**Sarasota, FL 34237**

Date(s) debt was incurred _

Last 4 digits of account number **7360**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.265 1**

**Nonpriority creditor's name and mailing address**

**FINLEY & BOLOGNA INTERNATIONAL**
**100 SE 2nd Street**
**Suite 3400**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **9889**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.265 2**

**Nonpriority creditor's name and mailing address**

**FINLEY & REIF PA**
**1163 Caribbean Drive**
**Ssummerland Key, FL 33042**

Date(s) debt was incurred _

Last 4 digits of account number **6808**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.265 3**

**Nonpriority creditor's name and mailing address**
**Finley Stetson, Attorneys at Law**
**160 SE 6th Avenue**
**Suite B-2**
**Delray Beach, FL 33483**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7758**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.265 4**

**Nonpriority creditor's name and mailing address**
**Finn Law Group, P.A.**
**10720 72nd Street Suite 305**
**Largo, FL 33777**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8627**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.265 5**

**Nonpriority creditor's name and mailing address**
**FIRM COUNSEL CHARTERED**
**Firm Counsel Chartered**
**3325 S University Drive Suite 210**
**Davie, FL 33328**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6100**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.265 6**

**Nonpriority creditor's name and mailing address**
**First Legal, P.A.**
**1930 Harrison St.**
**Suite 209**
**Hollywood, FL 33020**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0810**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.265 7**

**Nonpriority creditor's name and mailing address**
**FISHBACK DOMINICK BENNETT**
**1947 Lee Road**
**Winter Park, FL 32789**

**Date(s) debt was incurred** _

**Last 4 digits of account number  16**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

$450.00

---

**3.265 8**

**Nonpriority creditor's name and mailing address**
**FISHER & LAWRENCE PA**
**80 Northeast 168th Street**
**North Miami Beach, FL 33162**

**Date(s) debt was incurred** _

**Last 4 digits of account number  9391**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

$75.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.265 9**

**Nonpriority creditor's name and mailing address**

**FISHER & SAULS PA**
**100 2nd Avenue S.**
**Suite 701**
**St Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number **1158**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$15,775.97

---

**3.266 0**

**Nonpriority creditor's name and mailing address**

**FISHER BUTTS SECHREST & WARNER**
**5200 SW 91st Terrace**
**Suite 101**
**Gainesville, FL 32608**

Date(s) debt was incurred _

Last 4 digits of account number **5203**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

**3.266 1**

**Nonpriority creditor's name and mailing address**

**Fisher Law, P.A.**
**7651-B Ashley Park Court**
**Suite 405**
**Orlando, FL 32835**

Date(s) debt was incurred _

Last 4 digits of account number **7110**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.266 2**

**Nonpriority creditor's name and mailing address**

**FISHER RUSHMER WERRENRATH**
**P.O. Box 3753**
**Orlando, FL 32802-3753**

Date(s) debt was incurred _

Last 4 digits of account number **6886**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.266 3**

**Nonpriority creditor's name and mailing address**

**Fitzgerald & Isaacson, LLP**
**1701 Ponce De Leon Blvd.**
**Suite 200**
**Miami, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **8073**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.266 4**

**Nonpriority creditor's name and mailing address**

**FITZPATRICK & MAULDEN**
**3020 Kings Harbour Road**
**Panama City, FL 32405-1630**

Date(s) debt was incurred _

Last 4 digits of account number **7881**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.266**
**5**

**Nonpriority creditor's name and mailing address**

**FLAGSHIP TITLE OF TAMPA LLP**
**17221 Camelot Court**
**Suite 102**
**Land O Lakes, FL 34638**

Date(s) debt was incurred _

Last 4 digits of account number **7196**

As of the petition filing date, the claim is: *Check all that apply.*

$125.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.266**
**6**

**Nonpriority creditor's name and mailing address**

**FLANAGAN & WILLIARD PA**
**3399 Ponce De Leon Boulevard**
**Suite 202**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **1663**

As of the petition filing date, the claim is: *Check all that apply.*

$187.87

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.266**
**7**

**Nonpriority creditor's name and mailing address**

**Fleitas, P.L.L.C.**
**782 NW 42nd Avenue**
**Suite 430**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number **9136**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.266**
**8**

**Nonpriority creditor's name and mailing address**

**Fleming, Harris, Bond & Associates, PLLC**
**719 South Palafox Street**
**Pensacola, FL 32503**

Date(s) debt was incurred _

Last 4 digits of account number **0945**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.266**
**9**

**Nonpriority creditor's name and mailing address**

**Fletcher Fischer Pollack, P.L.**
**433 Central Avenue**
**4th Floor**
**St. Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number **8205**

As of the petition filing date, the claim is: *Check all that apply.*

$75.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.267**
**0**

**Nonpriority creditor's name and mailing address**

**FLETCHER G. RUSH**
**P.O. Box 3146**
**Orlando, FL 32802-3146**

Date(s) debt was incurred _

Last 4 digits of account number **0596**

As of the petition filing date, the claim is: *Check all that apply.*

$16,436.16

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.267**
**1**

**Nonpriority creditor's name and mailing address**

**FLORIDA ASSET LAW GROUP PA**
**601 S Harbour Island Boulevard Suite 103**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number **6504**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
　　　　　Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.267 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Florida Executive Title, L.L.C.**
**3440 Holywood Boulevard Suite 415**
**Hollywood, FL 33021**

�1 Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Member__

Last 4 digits of account number  **7254**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$275.00** |

**FLORIDA FORECLOSURE ATTORNEYS**
**601 Cleveland Street Suite 690**
**Clearwater, FL 33755**

�1 Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Member__

Last 4 digits of account number  **7924**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Florida General Counsel, P.A.**
**3401 NW 82 Avenue**
**Suite 360**
**Doral, FL 33122**

�1 Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Member__

Last 4 digits of account number  **0974**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Florida Group of Attorneys L.L.C.**
**740 Florida Central Parkway Suite 1012**
**Longwood, FL 32750**

�1 Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Member__

Last 4 digits of account number  **7368**

Is the claim subject to offset? �1 No ☐ Yes

---

| 3.267 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Florida Law Title & Trust, P.L.C.**
**9100 Conroy Windermere Road**
**#200**
**Windermere, FL 34786**

�1 Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Member__

Last 4 digits of account number  **7021**

Is the claim subject to offset? �1 No ☐ Yes

---

| 3.267 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Florida Legal Title, L.L.C.**
**4045 NW 43rd Street**
**Suite B**
**Gainesville, FL 32606**

�1 Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Member__

Last 4 digits of account number  **9445**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __LTGF Business Trust__     Case number (if known) __2:23-bk-01538__
Name

---

| 3.267 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Florida Marketable Title, Inc.**
**1200 Park Central Boulevard South**
**Pompano Beach, FL 33064**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  1974**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Florida Property Title Services, L.L.C.**
**607 W Bay Street**
**Tampa, FL 33606**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  8064**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**FLORIDA REAL ESTATE LAW GROUP**
**P.O. Box 970721**
**Boca Raton, FL 33497-0721**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  6150**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Florida Suncoast Title Services, L.L.C.**
**13135 W Linebaugh Avenue**
**Suite 102**
**Tampa, FL 33626**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  8868**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Florida Title and Property Services, L.L**
**8201 Peters Road Suite 1000**
**Plantation, FL 33324**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7360**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Florida's Law Office, P.A.**
**3302 N. Tampa Street**
**Tampa, FL 33602**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7408**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**FLORIDIAN REAL ESTATE LAW FIRM**
**Attn: Jessica Santiago**
**P.O. Box 222407**
**Hollywood, FL 33022-2407**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  4101**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**LTGF Business Trust**_____     Case number (if known) __**2:23-bk-01538**__
　　　　　　　Name

| | | |
|---|---|---|
| **3.268 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.268 5**

Nonpriority creditor's name and mailing address
**Florido & Associates, P.A.**
**7950 NW 155th Street**
**Suite 203**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number __7713__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.268 6**

Nonpriority creditor's name and mailing address
**FLORIDO & FLORIDO PA**
**Attn: Hobel Florido Esquire**
**14345 Commerce Way**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number __8604__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.268 7**

Nonpriority creditor's name and mailing address
**FLORIN LAW GROUP PA**
**300 Sevilla Avenue**
**Suite 306**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number __5303__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.268 8**

Nonpriority creditor's name and mailing address
**FLOUNLACKER LAW FIRM**
**314 N Spring Street**
**Pensacola, FL 32501**

Date(s) debt was incurred _

Last 4 digits of account number __5539__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.268 9**

Nonpriority creditor's name and mailing address
**FLOYD & SAMMONS PA**
**1556 6th Street SE**
**Winter Haven, FL 33880-4509**

Date(s) debt was incurred _

Last 4 digits of account number __7129__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

$275.00

---

**3.269 0**

Nonpriority creditor's name and mailing address
**FLOYD A HILLSTROM**
**804 Perkins Lane**
**Nokomis, FL 34275-2750**

Date(s) debt was incurred _

Last 4 digits of account number __8153__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.269 1**

**Nonpriority creditor's name and mailing address**

**FLOYD E FERGUSON**
**406 N Indiana Avenue Suite 8**
**Englewood, FL 34223-2713**

Date(s) debt was incurred _

Last 4 digits of account number **8486**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.269 2**

**Nonpriority creditor's name and mailing address**

**FMC Title Agency, L.L.C.**
**66 W. Flagler Street**
**Suite 1002**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number **9416**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.269 3**

**Nonpriority creditor's name and mailing address**

**FOGEL LAW GROUP**
**2500 N. Military Trail**
**Suite 200**
**Boca Raton, FL 33431-6306**

Date(s) debt was incurred _

Last 4 digits of account number **5020**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.269 4**

**Nonpriority creditor's name and mailing address**

**FOGLE & FIEDLER PA**
**P.O. Box 24**
**Deland, FL 32721-0024**

Date(s) debt was incurred _

Last 4 digits of account number **5119**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.269 5**

**Nonpriority creditor's name and mailing address**

**FOGLE & POOLE**
**10415 Lakeside Drive**
**Coral Gables, FL 33156-3413**

Date(s) debt was incurred _

Last 4 digits of account number **565**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.269 6**

**Nonpriority creditor's name and mailing address**

**Folds & Walker, LLC**
**527 E. University Avenue**
**Gainesville, FL 32601**

Date(s) debt was incurred _

Last 4 digits of account number **9817**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.269 7**

**Nonpriority creditor's name and mailing address**

**FOLEY & LARDNER**
**P.O. Box 508**
**Tallahassee, FL 32302-0508**

Date(s) debt was incurred _

Last 4 digits of account number **4980**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.2698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**FOLEY & LARDNER**
C/O Accts Payable
P.O. Box 3391
Tampa, FL 33601

Date(s) debt was incurred _

Last 4 digits of account number **1303**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**FOLEY & LARDNER LLP**
777 S Flagler Drive
Suite 901 W Tower Phillips Point
West Palm Beach, FL 33401-6163

Date(s) debt was incurred _

Last 4 digits of account number **4626**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**FOLEY & LARDNER LLP**
111 N. Orange Avenue
Suite 1800
Orlando, FL 32802-0362

Date(s) debt was incurred _

Last 4 digits of account number **4765**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Foley Law, P.A.**
725 NE 22nd St.
Suite 10A
Miami, FL 33137

Date(s) debt was incurred _

Last 4 digits of account number **8733**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**FORD & FORD PA**
575 Second Avenue S Suite 201
St Petersburg, FL 33701-4160

Date(s) debt was incurred _

Last 4 digits of account number **6630**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Ford & Phillips, PL**
2700 N 29th Avenue Suite 105
Hollywood, FL 33020

Date(s) debt was incurred _

Last 4 digits of account number **9122**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**                                   Case number (if known)   **2:23-bk-01538**
_____
Name

---

| 3.270 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |

**FORD BOWLUS DUSS KENNY SAFER**
**4348 Southpoint Boulevard**
**Suite 101**
**Jacksonville, FL 32216**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8733**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**FOREMAN & OLVERA PA**
**207 South Marion Avenue**
**Lake City, FL 32025-0550**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4306**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Foreman Friedman, P.A.**
**2 S Biscayne Boulevard Suite 2300**
**Miami, FL 33131**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9315**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |

**FORIZS & DOGALI**
**4301 Anchor Plaza Parkway Suite 300**
**Tampa, FL 33634**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9018**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Formaggio Law Firm, L.L.C.**
**777 Brickell Avenue**
**Suite 500**
**Miami, FL 33131**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9770**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**FORMAN & ALTINO PA**
**8201 Peters Road**
**Suite 1000**
**Ft Lauderdale, FL 33324**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **134**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$375.00** |

**FORMAN HANRATTY & MONTGOMERY**
**P.O. Box 159**
**Ocala, FL 32678-0159**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6221**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                **Page 404 of 1581**

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.271
1**

**Nonpriority creditor's name and mailing address**
**FORNEY B STAFFORD**
**4205 Fort Denaud Road**
**Labelle, FL 33935-9698**

Date(s) debt was incurred _

Last 4 digits of account number  **1712**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.271
2**

**Nonpriority creditor's name and mailing address**
**FORREST G MCSURDY**
**Miami Center - 22nd Floor**
**201 S Biscayne Boulevard**
**Miami, FL 33131-4336**

Date(s) debt was incurred _

Last 4 digits of account number  **4070**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.271
3**

**Nonpriority creditor's name and mailing address**
**FORREST SYGMAN**
**Regions Bank Building Suite 303**
**8603 S Dixie Highway**
**Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number  **7443**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.271
4**

**Nonpriority creditor's name and mailing address**
**Forst Law Firm**
**P.O. Box 470125**
**Celebration, FL 34747**

Date(s) debt was incurred _

Last 4 digits of account number  **0786**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.271
5**

**Nonpriority creditor's name and mailing address**
**FORSYTH & BRUGGER PA**
**600 5th Avenue South**
**Suite 207**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number  **5088**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.271
6**

**Nonpriority creditor's name and mailing address**
**Fort Lauderdale Law Group, P.L.L.C.**
**1451 W Cypress Creek Road**
**Suite # 300**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number  **9440**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.271 7**

**Nonpriority creditor's name and mailing address**
**Fort Washington Abstract, Inc.**
**2600 Maitland Center Parkway**
**Suite 330**
**Maitland, FL 32751**

Date(s) debt was incurred _
Last 4 digits of account number **7422**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.271 8**

**Nonpriority creditor's name and mailing address**
**FOSTER & FUCHS PA**
**Greenway Professional Center**
**4425 Military Trail, Suite 109**
**Jupiter, FL 33458**

Date(s) debt was incurred _
Last 4 digits of account number **3057**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$12,775.70**

---

**3.271 9**

**Nonpriority creditor's name and mailing address**
**FOSTER & LINDEMAN PA**
**100 E Pine Street Suite 302**
**Orlando, FL 32801-2761**

Date(s) debt was incurred _
Last 4 digits of account number **8020**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.272 0**

**Nonpriority creditor's name and mailing address**
**FOUNTAIN SCHULTZ & ASSOCIATES**
**2045 Fountain Professional Court**
**Suite A**
**Navarre, FL 32566**

Date(s) debt was incurred _
Last 4 digits of account number **4575**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.272 1**

**Nonpriority creditor's name and mailing address**
**FOURNIER & PRETSCHNER PA**
**22 S Tuttle Avenue Suite 4**
**Sarasota, FL 34237**

Date(s) debt was incurred _
Last 4 digits of account number **3650**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.272 2**

**Nonpriority creditor's name and mailing address**
**FOURNIER AND CONNOLLY PA**
**1 S. School Avenue**
**Suite 700**
**Sarasota, FL 34237**

Date(s) debt was incurred _
Last 4 digits of account number **6477**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

Debtor **LTGF Business Trust** _____  Case number (if known) **2:23-bk-01538**
        Name

---

| 3.272 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**FOWLER BRINK & FOWLER PA**
25 McLeod Street
Merritt Island, FL 32953

Date(s) debt was incurred  _

Last 4 digits of account number  **4668**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Fowler Law, L.L.C.**
7711 N Military Trail
Palm Beach Gardens, FL 33418

Date(s) debt was incurred  _

Last 4 digits of account number  **9401**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**FOWLER RODRIGUEZ VALDES-FAULI**
355 Alhambra Circle
Suite 801
Coral Gables, FL 33134

Date(s) debt was incurred  _

Last 4 digits of account number  **7532**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**FOWLER WHITE BOGGS PA**
P.O. Box 1567
Ft Myers, FL 33902

Date(s) debt was incurred  _

Last 4 digits of account number  **343**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $825.00 |

**FOWLER WHITE BOGGS PA**
401 E Jackson Street
Suite 2400
Tampa, FL 33602

Date(s) debt was incurred  _

Last 4 digits of account number  **343**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $625.00 |

**FOWLER WHITE BURNETT PA**
Brickell Arch
1395 Brickell Avenue, 14th Floor
Miami, FL 33131-3371

Date(s) debt was incurred  _

Last 4 digits of account number  **5077**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**FOWLER WHITE MYERS KRAUSE**
5811 Pelican Bay Boulevard Suite 600
Naples, FL 34108

Date(s) debt was incurred  _

Last 4 digits of account number  **4924**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.2730**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|
| **FOX & FOX**<br>**P.O. Box 504**<br>**Boca Raton, FL 33429-0504** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **1379** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.2731**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **FOX & FOX PA**<br>**2515 Countryside Boulevard**<br>**Suite G**<br>**Clearwater, FL 33763** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **6085** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.2732**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|
| **FOX ROTHSCHILD LLP**<br>**West Tower**<br>**777 S. Flagler Drive, Suite 1700**<br>**West Palm Beach, FL 33401** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **2500** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.2733**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,681.23 |
|---|---|---|
| **FOX WACKEEN DUNGEY BEARD**<br>**3461 SE Willoughby Boulevard**<br>**Stuart, FL 34994** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **2409** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.2734**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **FRAN R BARRETT**<br>**4300 N University Drive Suite C-102**<br>**Lauderhill, FL 33351** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **6486** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.2735**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|
| **FRAN ZION**<br>**1428 Brickell Avenue**<br>**Suite 600**<br>**Miami, FL 33131** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **8951** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor      **LTGF Business Trust**                                    Case number (if known)    **2:23-bk-01538**
　　　　　　　Name

| 3.273 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |

**FRANCES BLISSETT**
**Frances Blissett P.A.**
**16211 Northeast 18th Avenue Suite 200**
**North Miami Beach, FL 33162**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0099**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |

**FRANCESCA B BEATTY**
**One Mangrove Point**
**St Petersburg Beach, FL 33706**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2657**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |

**FRANCHESCA RHODIS PA**
**1600 E. Las Olas Boulevard**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2860**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |

**FRANCINE C RACKOFF**
**15842 N Sanctuary Drive**
**Tampa, FL 33647**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2119**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $200.00 |

**FRANCINE D HOLBROOK**
**1600 S Bayshore Lane Suite 2b**
**Miami, FL 33133**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **379**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100.00 |

**FRANCIS E HOLDEN JR**
**166 Hialeah Drive**
**Hialeah, FL 33010-5250**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4942**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $200.00 |

**FRANCIS E PIERCE JR**
**P.O. Box 560652**
**Orlando, FL 32856-0652**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1946**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**
_____

| 3.274 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**FRANCIS M POHLIG**
**201 Alhambra Circle Suite 711**
**Coral Gables, FL 33134-5255**

Date(s) debt was incurred _

Last 4 digits of account number **5009**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.274 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**FRANCIS T O'DONNELL JR**
**6840 North Cartee Road**
**Miami, FL 33158-1331**

Date(s) debt was incurred _

Last 4 digits of account number **3510**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.274 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**FRANCIS VIAMONTES PA**
**201 Southeast 6th Street Suite 730**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **0042**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.274 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00** |

**FRANCIS W BLANKNER SR PA**
**P.O. Box 3431**
**Orlando, FL 32802-3431**

Date(s) debt was incurred _

Last 4 digits of account number **3793**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.274 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**FRANCIS X CASTORO**
**3032 E Commercial Boulevard Suite 23**
**Ft Lauderdale, FL 33308-4312**

Date(s) debt was incurred _

Last 4 digits of account number **4700**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.274 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00** |

**FRANCIS X SANTANA**
**28 W Flagler Street Suite 400**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number **7549**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.274 9**

**Nonpriority creditor's name and mailing address**

**FRANCIS X SUAREZ**
**2701 S Bayshore Drive Suite 305**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **1563**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.275 0**

**Nonpriority creditor's name and mailing address**

**FRANCISCO A DIEZ-RIVAS**
**5456 Lagorce Drive**
**Miami, FL 33140-2136**

Date(s) debt was incurred _

Last 4 digits of account number **5650**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.275 1**

**Nonpriority creditor's name and mailing address**

**Francisco Blanco, PL**
**2655 S Le Jeune Road Suite 300**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **9001**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.275 2**

**Nonpriority creditor's name and mailing address**

**FRANCISCO J ARBIDE**
**2601 S Bayshore Drive 19th Floor**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **6350**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.275 3**

**Nonpriority creditor's name and mailing address**

**FRANCISCO J ORTEGA PA**
**3162 Commodore Plaza Unit 3ab**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **7101**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.275 4**

**Nonpriority creditor's name and mailing address**

**Francisco J. Pines, P.A.**
**3301 Ponce De Leon Boulevard**
**Suite 220**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **7456**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.275 5**

**Nonpriority creditor's name and mailing address**

**FRANCISCO JOSE AGUERO**
**Francisco Jose Aguero P.A.**
**2655 S Le Jeune Road Phi-D**
**Coral Gables, FL 33134-5832**

Date(s) debt was incurred _

Last 4 digits of account number **6340**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.275 6**

**Nonpriority creditor's name and mailing address**
**FRANCISCO M ALBEAR PA**
**2328 10th Avenue N Suite 403**
**Lake Worth, FL 33461**

Date(s) debt was incurred _

Last 4 digits of account number **1868**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.275 7**

**Nonpriority creditor's name and mailing address**
**Franco Law Firm, P.A.**
**1200 Brickell Avenue**
**Suite 1800**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **0683**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.275 8**

**Nonpriority creditor's name and mailing address**
**FRANCO WALLACE & PACKER PL**
**14201 W. Sunrise Boulevard**
**Suite 203**
**Sunrise, FL 33323**

Date(s) debt was incurred _

Last 4 digits of account number **7960**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.275 9**

**Nonpriority creditor's name and mailing address**
**Francoeur Law Firm**
**425 W Colonial Drive Suite 104**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number **8671**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.276 0**

**Nonpriority creditor's name and mailing address**
**FRANK & GRAMLING**
**118 S Newport Avenue**
**Tampa, FL 33606-1944**

Date(s) debt was incurred _

Last 4 digits of account number **6891**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.276 1**

**Nonpriority creditor's name and mailing address**
**FRANK A BAKER**
**4431 Lafayette Street**
**Marianna, FL 32446-3312**

Date(s) debt was incurred _

Last 4 digits of account number **7855**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|-------------------------|------------------------|-------------------|
| | Name | | |

| 3.276 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|

**FRANK A HAMNER PA**
**1011 N Wymore Road**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number  **2099**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**FRANK A LUCERI**
**3155 Southwest 10th Street Suite A**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number  **4233**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**FRANK A MARTENS JR**
**8998 Southeast Star Island Way**
**Hobe Sound, FL 33455**

Date(s) debt was incurred _

Last 4 digits of account number  **7754**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**FRANK B ARENAS ESQ**
**P.O. Box 600**
**Coleman, FL 33521-0600**

Date(s) debt was incurred _

Last 4 digits of account number  **2712**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**FRANK C ADLER**
**1700 Northeast 25th Street**
**Ft Lauderdale, FL 33305-1409**

Date(s) debt was incurred _

Last 4 digits of account number  **1699**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**FRANK C DECKER**
**P.O. Box 5488**
**Jacksonville, FL 32247-5488**

Date(s) debt was incurred _

Last 4 digits of account number  **1191**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**FRANK C MIRANDA**
**703 W Swann Avenue**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number  **7311**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**
_____

---

| 3.2769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**FRANK C OBERHAUSEN JR**
**241 S Commerce Avenue**
**Sebring, FL 33870-3657**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5618**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**FRANK C TRIOLO**
**1201 Cape Coral Parkway**
**Cape Coral, FL 33904-9604**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3888**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**FRANK C WHEELER PA**
**P.O. Box 967**
**Venice, FL 34284-0967**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5732**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**FRANK CARRILLO**
**P.O. Box 144335**
**Coral Gables, FL 33114-4335**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4854**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**FRANK D NEWMAN**
**P.O. Box 70**
**Elizabethon, TN 37644**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6928**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**FRANK E AMSALEM**
**3640 Yacht Club Drive Suite 308**
**Aventura, FL 33180**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3714**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.277 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**FRANK F HARDING**
**1 Bunker Place**
**Tequesta, FL 33469**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6833**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.277 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |

**FRANK FERNANDEZ**
**320 N Magnolia Avenue**
**Suite A-3**
**Orlando, FL 32801-1650**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1783**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.277 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |

**FRANK G FINKBEINER**
**108 E. Hillcrest Street**
**Orlando, FL 32803**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6536**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.277 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**FRANK I GREY PA**
**9020 Rancho Del Rio Drive Suite 101**
**New Port Richey, FL 34655**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7891**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.277 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,278.75** |

**FRANK J ALOIA**
**1716 Cape Coral Parkway East**
**Cape Coral, FL 33904**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4083**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.278 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**FRANK J GRECO PA**
**709 S Church Avenue**
**Tampa, FL 33609-4441**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7797**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.278 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**FRANK J MARRERO**
**9200 S Dadeland Boulevard Suite 400**
**Miami, FL 33156-2719**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5578**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.278
2**

**Nonpriority creditor's name and mailing address**

**FRANK J MULHALL**
**2200 Corporate Boulevard Northwest Suite**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **2196**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.278
3**

**Nonpriority creditor's name and mailing address**

**FRANK J PYLE JR**
**401 W Colonial Drive Suite 4**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **1781**

**As of the petition filing date, the claim is:** *Check all that apply.*

$175.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.278
4**

**Nonpriority creditor's name and mailing address**

**FRANK JOSEPH HESTON PA**
**3300 University Drive Suite 311**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number **6234**

**As of the petition filing date, the claim is:** *Check all that apply.*

$125.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.278
5**

**Nonpriority creditor's name and mailing address**

**FRANK L MURRAY**
**10800 Biscayne Boulevard Suite 950**
**Miami, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number **4425**

**As of the petition filing date, the claim is:** *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.278
6**

**Nonpriority creditor's name and mailing address**

**FRANK L SCHIAVO**
**1817 Jessica Court**
**Winter Park, FL 32789-5935**

Date(s) debt was incurred _

Last 4 digits of account number **5552**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.278
7**

**Nonpriority creditor's name and mailing address**

**FRANK M BREZINA**
**6700 Southwest 54th Street**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number **7833**

**As of the petition filing date, the claim is:** *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.278
8**

**Nonpriority creditor's name and mailing address**

**FRANK M EIDSON**
**327 N. Orange Avenue**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **8988**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **LTGF Business Trust**
      Name

Case number (*if known*)   **2:23-bk-01538**

---

**3.2789**

Nonpriority creditor's name and mailing address
**FRANK M RICHTER**
**1605 S US Wy One Apt M1-501**
**Jupiter, FL 33477**

Date(s) debt was incurred  _

Last 4 digits of account number  **9089**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

$25.00

---

**3.2790**

Nonpriority creditor's name and mailing address
**FRANK MCMILLAN**
**351 S. State Road 434**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred  _

Last 4 digits of account number  **4936**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

$200.00

---

**3.2791**

Nonpriority creditor's name and mailing address
**FRANK MENDEZ**
**2701 Timbercreek Circle**
**Boca Raton, FL 33431**

Date(s) debt was incurred  _

Last 4 digits of account number  **9757**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

$25.00

---

**3.2792**

Nonpriority creditor's name and mailing address
**FRANK NUSSBAUM**
**1865 Brickell Avenue Suite 1508a**
**Miami, FL 33129-1604**

Date(s) debt was incurred  _

Last 4 digits of account number  **4676**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

$200.00

---

**3.2793**

Nonpriority creditor's name and mailing address
**FRANK P MURPHY**
**9220 Bonita Beach Road Suite 200**
**Bonita Springs, FL 34135**

Date(s) debt was incurred  _

Last 4 digits of account number  **3819**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

$25.00

---

**3.2794**

Nonpriority creditor's name and mailing address
**FRANK P RIGGS**
**707 Del Webb Boulevard**
**Sun City Center, FL 33573-5258**

Date(s) debt was incurred  _

Last 4 digits of account number  **4863**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

$100.00

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.279 5**

**Nonpriority creditor's name and mailing address**

**FRANK P SAIER**
**C/O Scruggs & Carmichael**
**4041 Northwest 37th Pl Suite B**
**Gainesville, FL 32606**

Date(s) debt was incurred  _

Last 4 digits of account number  **8499**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.279 6**

**Nonpriority creditor's name and mailing address**

**FRANK P TERZO**
**201 Alhambra Circle**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **7764**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.279 7**

**Nonpriority creditor's name and mailing address**

**FRANK P TYSON JR**
**3507 Kyoto Gardens Drive**
**Suite 200**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred  _

Last 4 digits of account number  **4368**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.279 8**

**Nonpriority creditor's name and mailing address**

**FRANK P. GLACKIN, JR.**
**300 - 76th. Ave.**
**St. Petersburg Bch, FL 33706-1802**

Date(s) debt was incurred  _

Last 4 digits of account number  **4420**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.279 9**

**Nonpriority creditor's name and mailing address**

**FRANK PEREZ-SIAM PA**
**7001 Southwest 87th Court**
**Miami, FL 33173**

Date(s) debt was incurred  _

Last 4 digits of account number  **4401**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$75.00

---

**3.280 0**

**Nonpriority creditor's name and mailing address**

**FRANK R BRADY**
**Brady & Brady P.A.**
**350 W Camino Grdns Boulevard Suite 300**
**Boca Raton, FL 33432**

Date(s) debt was incurred  _

Last 4 digits of account number  **7910**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.280 1**

**Nonpriority creditor's name and mailing address**

**FRANK S CANNOVA**
**5399 61st Avenue S**
**St Petersburg, FL 33715-2402**

Date(s) debt was incurred  _

Last 4 digits of account number  **1993**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.280 2**

**Nonpriority creditor's name and mailing address**

**FRANK SCHMITT & FRANK PA**
**1666 Kennedy Causeway Suite 705**
**North Bay Village, FL 33141-4134**

Date(s) debt was incurred _

Last 4 digits of account number **2556**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$4,178.50**

---

**3.280 3**

**Nonpriority creditor's name and mailing address**

**FRANK SCHWARTZ PA**
**169 E Flagler Street Suite 1200**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **8434**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

**3.280 4**

**Nonpriority creditor's name and mailing address**

**FRANK SCRUBY**
**P.O. Box 1000**
**Orange Pk., FL 32067-1000**

Date(s) debt was incurred _

Last 4 digits of account number **1443**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$100.00**

---

**3.280 5**

**Nonpriority creditor's name and mailing address**

**FRANK T GAYLORD**
**P.O. Drawer 2047**
**Eustis, FL 32727-2047**

Date(s) debt was incurred _

Last 4 digits of account number **4650**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$425.00**

---

**3.280 6**

**Nonpriority creditor's name and mailing address**

**FRANK T NEWMAN**
**1610 Belcher Road S Lot 9**
**Largo, FL 33771-4508**

Date(s) debt was incurred _

Last 4 digits of account number **4720**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$100.00**

---

**3.280 7**

**Nonpriority creditor's name and mailing address**

**FRANK T NOSKA**
**303 Evernia Street**
**West Palm Beach, FL 33401-5403**

Date(s) debt was incurred _

Last 4 digits of account number **7466**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

**3.280 8**

**Nonpriority creditor's name and mailing address**

**FRANK V ARPAIA**
**112 26th Street Northwest**
**Bradenton, FL 34205-4324**

Date(s) debt was incurred _

Last 4 digits of account number **1678**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.2809**

**Nonpriority creditor's name and mailing address**

**FRANK W FULMER**
**1596 Indian Dance Court**
**Maitland, FL 32751-4510**

Date(s) debt was incurred _

Last 4 digits of account number  **4354**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.2810**

**Nonpriority creditor's name and mailing address**

**FRANK WEINBERG & BLACK PL**
**7805 SW 6th Court**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **4287**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.2811**

**Nonpriority creditor's name and mailing address**

**FRANK WHITE-BOYD PA**
**11382 Proseprity Farms Road Suite 230**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number  **8436**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.2812**

**Nonpriority creditor's name and mailing address**

**FRANK WOLLAND**
**12865 W Dixie Highway Second Floor**
**North Miami, FL 33161-4807**

Date(s) debt was incurred _

Last 4 digits of account number  **6426**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.2813**

**Nonpriority creditor's name and mailing address**

**FRANKLIN D KREUTZER**
**3041 Northwest 7th Street**
**Miami, FL 33125-4242**

Date(s) debt was incurred _

Last 4 digits of account number  **3131**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.2814**

**Nonpriority creditor's name and mailing address**

**FRANKLIN G CALLAS**
**249 Royal Palm Way Suite 301**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number  **6095**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.281 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**FRANSON ALDRIDGE & SANDS**
**1325 Hendricks Avenue Suite 200**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number  **9243**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**FRANTZ OLIVIER**
**777 Northeast 79th Street Suite 104**
**Miami, FL 33138**

Date(s) debt was incurred _

Last 4 digits of account number  **8208**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**FRANZ C JOBSON**
**19 W Flagler Street Suite 620**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number  **5904**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |

**FRAZER HUBBARD BRANDT TRASK**
**1001 S. Fort Harrison Avenue**
**Suite 201**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number  **5263**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**FRAZIER & FRAZIER PA**
**1515 Riverside Avenue**
**Suite A**
**Jacksonville, FL 32204**

Date(s) debt was incurred _

Last 4 digits of account number  **6148**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**FRED A OHLINGER**
**P.O. Box 1147**
**Weirsdale, FL 32195-1147**

Date(s) debt was incurred _

Last 4 digits of account number  **5574**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**FRED B SHARE**
**1092 Ridgewood Avenue**
**Holly Hill, FL 32117**

Date(s) debt was incurred _

Last 4 digits of account number  **1883**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.282 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|
| **FRED C BAMMAN III** | ■ Contingent | |
| **2125 E Atlantic Boulevard** | ☐ Unliquidated | |
| **Pompano Beach, FL 33062** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **4200** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.282 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|
| **FRED C. DAVANT** | ■ Contingent | |
| **P.O. Box 450007** | ☐ Unliquidated | |
| **Miami, FL 33245-0007** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **1395** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.282 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **FRED E GLICKMAN** | ■ Contingent | |
| **9990 SW 77th Avenue** | ☐ Unliquidated | |
| **Suite 325** | ☐ Disputed | |
| **Miami, FL 33156** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **7733** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.282 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|
| **FRED F HARRIS JR** | ■ Contingent | |
| **Greenberg Traurig Hoffman** | ☐ Unliquidated | |
| **P.O. Drawer 1838** | ☐ Disputed | |
| **Tallahassee, FL 32302-1838** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **8254** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.282 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **FRED GRUNST** | ■ Contingent | |
| **5683 Strand Court** | ☐ Unliquidated | |
| **Suite 4** | ☐ Disputed | |
| **Naples, FL 34110** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **7918** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.282 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|
| **FRED H CUMBIE II** | ■ Contingent | |
| **100 W CHURCH STREET** | ☐ Unliquidated | |
| **KISSIMMEE, FL 34741** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **0882** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor      **LTGF Business Trust**                                          Case number (if known)    **2:23-bk-01538**
            Name

---

| 3.282 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**FRED H GELSTON PA**
P.O. Box 3546
West Palm Beach, FL 33402-3546

Date(s) debt was incurred _

Last 4 digits of account number **9511**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**FRED H KENT III**
1200 Riverplace Boulevard
Jacksonville, FL 32207

Date(s) debt was incurred _

Last 4 digits of account number **0474**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |

**FRED L AHERN JR**
2215 S 3rd Street Suite 101
Jacksonville Beach, FL 32250

Date(s) debt was incurred _

Last 4 digits of account number **171**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**FRED L RUSH**
P.O. Box 956
Linville, NC 28646

Date(s) debt was incurred _

Last 4 digits of account number **6791**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**FRED M COREY**
394 8th Street
Atlantic Beach, FL 32233

Date(s) debt was incurred _

Last 4 digits of account number **4560**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**FRED M PHELAN JR**
18156 Southeast Heritage Drive
Tequesta, FL 33469

Date(s) debt was incurred _

Last 4 digits of account number **4658**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**FRED R BAISDEN JR**
4902 Southwest 1st Avenue
Portland, OR 97239

Date(s) debt was incurred _

Last 4 digits of account number **7197**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.283 5**

**Nonpriority creditor's name and mailing address**
**FRED R DUDLEY**
**315 S Calhoun Street Suite 600**
**Tallahassee, FL 32301-7741**

Date(s) debt was incurred _

Last 4 digits of account number **4084**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$17,532.19**

---

**3.283 6**

**Nonpriority creditor's name and mailing address**
**FRED S RIDLEY**
**C/O Foley & Lardner**
**100 N Tampa Street Suite 2700**
**Tampa, FL 33602-5810**

Date(s) debt was incurred _

Last 4 digits of account number **7433**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.283 7**

**Nonpriority creditor's name and mailing address**
**FRED T RATCHFORD JR**
**314 S Baylen Street Suite 105**
**Pensacola, FL 32501-5948**

Date(s) debt was incurred _

Last 4 digits of account number **5866**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.283 8**

**Nonpriority creditor's name and mailing address**
**FRED W FENDT**
**112 W New York Avenue Suite 205**
**Deland, FL 32720-5447**

Date(s) debt was incurred _

Last 4 digits of account number **6225**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.283 9**

**Nonpriority creditor's name and mailing address**
**FRED W MUNDIE JR PA**
**P.O. Box 845**
**Marco Island, FL 34146**

Date(s) debt was incurred _

Last 4 digits of account number **8073**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.284 0**

**Nonpriority creditor's name and mailing address**
**FRED W THOMAS**
**224 Datura Street Suite 413**
**West Palm Beach, FL 33401-5632**

Date(s) debt was incurred _

Last 4 digits of account number **8730**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.284 1**

**Nonpriority creditor's name and mailing address**
**FRED WEINSTEIN PA**
**2500 Quantum Lakes Drive Suite 203**
**Boynton Beach, FL 33426**

Date(s) debt was incurred _

Last 4 digits of account number **8259**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

Debtor **LTGF Business Trust**
　　　　　Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.284 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**FREDDY PRICE PA**
**20801 Biscayne Boulevard Suite 403**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number **8370**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**FREDERIC J COHEN**
**4754 Elmhurst Road Suite 5**
**West Palm Beach, FL 33417-5369**

Date(s) debt was incurred _

Last 4 digits of account number **7892**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**FREDERIC M BARTHE**
**17 SE 24th Avenue**
**2nd Floor**
**Pompano Beach, FL 33062**

Date(s) debt was incurred _

Last 4 digits of account number **2331**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**FREDERIC T DEHON JR**
**5606 PGA Boulevard Suite 211**
**Palm Beach Gardens, FL 33418**

Date(s) debt was incurred _

Last 4 digits of account number **4833**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**FREDERICK B SPIEGEL**
**21 Palm Avenue**
**Miami Beach, FL 33139-5137**

Date(s) debt was incurred _

Last 4 digits of account number **4066**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.01 |

**FREDERICK C HEIDGERD PA**
**C/O Rogers Morris & Ziegler**
**1401 E Broward Boulevard Suite 300**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **5855**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.2848**

**Nonpriority creditor's name and mailing address**
**FREDERICK C PRIOR**
**2401 PGA Boulevard Suite 280**
**Palm Beach Gardens, FL 33410-3516**

Date(s) debt was incurred _

Last 4 digits of account number  **5470**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$112.50**

---

**3.2849**

**Nonpriority creditor's name and mailing address**
**FREDERICK CHASE JR**
**7620 Massachusetts Avenue**
**New Port Richey, FL 34653**

Date(s) debt was incurred _

Last 4 digits of account number  **79**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.2850**

**Nonpriority creditor's name and mailing address**
**FREDERICK D STALLS**
**27095 Matheson Avenue Suite 107**
**Bonita Springs, FL 34135-5896**

Date(s) debt was incurred _

Last 4 digits of account number  **1095**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.2851**

**Nonpriority creditor's name and mailing address**
**FREDERICK E LANDT III**
**P.O. Box 2045**
**Ocala, FL 32678-2045**

Date(s) debt was incurred _

Last 4 digits of account number  **6458**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.2852**

**Nonpriority creditor's name and mailing address**
**FREDERICK J RAMIREZ**
**21 Compass Road**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **5434**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.2853**

**Nonpriority creditor's name and mailing address**
**FREDERICK M DAHLMEIER**
**P.O. Box 14005**
**North Palm Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number  **8504**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$15,050.77**

---

**3.2854**

**Nonpriority creditor's name and mailing address**
**FREDERICK M HEIMBERG**
**2101 Northwest Boca Raton Boulevard Suit**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **1426**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.285
5**

**Nonpriority creditor's name and mailing address**

**FREDERICK MARTIN**
**3180 Ponce De Leon Boulevard**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **2154**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285
6**

**Nonpriority creditor's name and mailing address**

**FREDERICK P TIBALLI PA**
**110 Main Street**
**Burlington, VT 05401-8451**

Date(s) debt was incurred _

Last 4 digits of account number  **1760**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285
7**

**Nonpriority creditor's name and mailing address**

**FREDERICK S JAEGER JR PA**
**1326 S Ridgewood Avenue Suite 4**
**Daytona Beach, FL 32114-6193**

Date(s) debt was incurred _

Last 4 digits of account number  **1274**

As of the petition filing date, the claim is: *Check all that apply.*                                   **$275.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285
8**

**Nonpriority creditor's name and mailing address**

**FREDERICK W LEONHARDT**
**P.O. Box 3068**
**Orlando, FL 32802-3068**

Date(s) debt was incurred _

Last 4 digits of account number  **1142**

As of the petition filing date, the claim is: *Check all that apply.*                                   **$237.50**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285
9**

**Nonpriority creditor's name and mailing address**

**FREDERICK W PEIRSOL**
**P.O. Box 916157**
**Longwood, FL 32791**

Date(s) debt was incurred _

Last 4 digits of account number  **0366**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286
0**

**Nonpriority creditor's name and mailing address**

**FREDRIC C BURESH**
**800 SE 3rd Avenue**
**4th Floor**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **4919**

As of the petition filing date, the claim is: *Check all that apply.*                                   **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286
1**

**Nonpriority creditor's name and mailing address**

**FREDRIC I GOTTLIEB**
**P.O. Box 812217**
**Boca Raton, FL 33481-2217**

Date(s) debt was incurred _

Last 4 digits of account number  **4566**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.286 2**

**Nonpriority creditor's name and mailing address**
**FREDRIC L FEINSTEIN**
**21200 Northeast 38th Avenue Apt 1804**
**Aventura, FL 33180-3776**

Date(s) debt was incurred _

Last 4 digits of account number **3514**

As of the petition filing date, the claim is: *Check all that apply.*        **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286 3**

**Nonpriority creditor's name and mailing address**
**FREDRICK L. RICE**
**5611 St. Augustine Road**
**Jacksonville, FL 32207-8029**

Date(s) debt was incurred _

Last 4 digits of account number **3296**

As of the petition filing date, the claim is: *Check all that apply.*        **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286 4**

**Nonpriority creditor's name and mailing address**
**FREEBORN & FREEBORN PA**
**360 Monroe Street**
**Dunedin, FL 34698**

Date(s) debt was incurred _

Last 4 digits of account number **9809**

As of the petition filing date, the claim is: *Check all that apply.*        **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286 5**

**Nonpriority creditor's name and mailing address**
**FREEDMAN & ASSOCIATES PA**
**Biscayne Centre**
**11900 Biscayne Boulevard Suite 616**
**North Miami, FL 33181-2726**

Date(s) debt was incurred _

Last 4 digits of account number **4122**

As of the petition filing date, the claim is: *Check all that apply.*        **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286 6**

**Nonpriority creditor's name and mailing address**
**FREEDMAN & MCCLOSKY PA**
**One E Broward Boulevard Suite 700**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **295**

As of the petition filing date, the claim is: *Check all that apply.*        **$120.03**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286 7**

**Nonpriority creditor's name and mailing address**
**FREEDMAN & MICHAELS PA**
**6512 Coronet Drive**
**New Port Richey, FL 34655-5505**

Date(s) debt was incurred _

Last 4 digits of account number **3781**

As of the petition filing date, the claim is: *Check all that apply.*        **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.286 8**

**Nonpriority creditor's name and mailing address**
**FREEMAN LEGAL ASSOCIATES PA**
P.O. Box 339
Ocoee, FL 34761

Date(s) debt was incurred _

Last 4 digits of account number **7854**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.286 9**

**Nonpriority creditor's name and mailing address**
**FREEMAN W BARNER JR**
11360 Jog Road Suite 104
Palm Beach Gardens, FL 33418

Date(s) debt was incurred _

Last 4 digits of account number **8505**

As of the petition filing date, the claim is: *Check all that apply.*    **$16,265.09**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.287 0**

**Nonpriority creditor's name and mailing address**
**FRESH START LAW FIRM INC**
505 E Jackson Street Suite 303
Tampa, FL 33672-0193

Date(s) debt was incurred _

Last 4 digits of account number **7705**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.287 1**

**Nonpriority creditor's name and mailing address**
**Friedland & Associates, P.A.**
707 NE 3rd Avenue
Suite 201
Ft Lauderdale, FL 33304

Date(s) debt was incurred _

Last 4 digits of account number **6850**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.287 2**

**Nonpriority creditor's name and mailing address**
**FRIEDMAN & FRIEDMAN PA**
P.O. Box 521869
Longwood, FL 32752-1869

Date(s) debt was incurred _

Last 4 digits of account number **260**

As of the petition filing date, the claim is: *Check all that apply.*    **$200.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.287 3**

**Nonpriority creditor's name and mailing address**
**Friedman Law, P.A.**
600 Rinehart Road
Suite 3086
Lake Mary, FL 32746

Date(s) debt was incurred _

Last 4 digits of account number **0044**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.287 4**

**Nonpriority creditor's name and mailing address**
**FROMBERG FROMBERG BRECKER**
18901 Northeast 29th Avenue Suite 100
North Miami Beach, FL 33180-1422

Date(s) debt was incurred _

Last 4 digits of account number **3639**

As of the petition filing date, the claim is: *Check all that apply.*    **$9,861.89**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.287 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**FROST & JACOBS**
**4001 Tamiami Trail N Suite 220**
**Naples, FL 34103**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6920**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.287 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Frost Van Den Boom & Smith, P.A.**
**395 S Central Avenue**
**Bartow, FL 33830**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7220**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.287 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|

**FUENTES & KREISCHER**
**1407 W. Busch Boulevard**
**Tampa, FL 33612-7601**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5699**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.287 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Fuhrman Law, P.L.L.C.**
**9100 S Dadeland Boulevard Suite 400**
**Miami, FL 33156**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8682**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.287 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|

**FULLER & FEINGOLD PA**
**1111 Lincoln Road Suite 802**
**Miami Beach, FL 33139**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3066**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.288 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**FULLER HOLSONBACK & MALLOY PA**
**400 N Ashley Drive Suite 1500**
**Tampa, FL 33602**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3748**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.288 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**FULVIA A MORRIS**
**5620 Southwest 58th Pl**
**Miami, FL 33143-2350**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8530**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.288.2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|
| **FURIA LAW FIRM**<br>**800 Brickell Avenue Suite 1105**<br>**Miami, FL 33131** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **7522** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.288.3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|
| **FURR & COHEN PA**<br>**One Boca Place Suite 337w**<br>**2255 Glades Road**<br>**Boca Raton, FL 33431** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **750** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.288.4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|
| **Fusillo Law, P.L.L.C.**<br>**9957 Mooring Drive**<br>**Suite 201**<br>**Jacksonville, FL 32257** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **0395** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.288.5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|
| **G ANTHONY WEST**<br>**31883 Miwok Trail**<br>**Evergreen, CO 80439** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **4305** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.288.6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|
| **G BARNETT & ASSOCIATES**<br>**3350 Southwest 148th Avenue Suite 110**<br>**Miramar, FL 33027-1004** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **4199** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.288.7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|
| **G CARLTON MARLOWE PA**<br>**701 E Commercial Boulevard Suite 100**<br>**Ft Lauderdale, FL 33334-3240** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **5696** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **LTGF Business Trust**    Case number (if known)    **2:23-bk-01538**
_____
Name

---

| 3.288 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**G DENNIS ROSE**
**6800 Bird Road Suite 308**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number **2232**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.288 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**G DON RITTER**
**P.O. Box 1161**
**Ocala, FL 34478-1161**

Date(s) debt was incurred _

Last 4 digits of account number **3368**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.289 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**G FRANK QUESADA**
**1313 Ponce Deleon Boulevard Suite 200**
**Coral Gables, FL 33134-3343**

Date(s) debt was incurred _

Last 4 digits of account number **3504**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.289 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**G FRANK QUESADA**
**850 NW 42 Avenue**
**Suite 205**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number **3504**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.289 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**G GREGORY HALE**
**1831 Northwest 13th Street Suite 6**
**Gainesville, FL 32609**

Date(s) debt was incurred _

Last 4 digits of account number **4243**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.289 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**G H MARTIN**
**2840 North Ocean Boulevard Suite 405**
**Ft Lauderdale, FL 33308-7531**

Date(s) debt was incurred _

Last 4 digits of account number **390**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.289 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**G HOLDT GARVER CHARTERED**
**500 Oak Street Northeast Suite 202**
**Aluquerque, NM 87106**

Date(s) debt was incurred _

Last 4 digits of account number **5450**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.289
5**

Nonpriority creditor's name and mailing address

**G LAURENCE BAGGETT
523 N Halifax Avenue
Daytona Beach, FL 32118-4017**

Date(s) debt was incurred _

Last 4 digits of account number  **5332**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.289
6**

Nonpriority creditor's name and mailing address

**G MICHAEL MACKENZIE PA
2032 Bayshore Boulevard
Dunedin, FL 34698**

Date(s) debt was incurred _

Last 4 digits of account number  **6972**

As of the petition filing date, the claim is: *Check all that apply.*

$125.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.289
7**

Nonpriority creditor's name and mailing address

**G MIRIAM MAER
1750 Chucunantah Road
Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number  **6371**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.289
8**

Nonpriority creditor's name and mailing address

**G PENFIELD JENNINGS PA
1960 Bayshore Boulevard
Dunedin, FL 34698**

Date(s) debt was incurred _

Last 4 digits of account number  **3611**

As of the petition filing date, the claim is: *Check all that apply.*

$10,476.70

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.289
9**

Nonpriority creditor's name and mailing address

**G ROBERT SCHULTZ
6550 Renaldo Way S
St Petersburg, FL 33707-5718**

Date(s) debt was incurred _

Last 4 digits of account number  **4521**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.290
0**

Nonpriority creditor's name and mailing address

**G SHEPPARD W DOZIER
500 NE 8th Avenue
Ocala, FL 34470**

Date(s) debt was incurred _

Last 4 digits of account number  **6336**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.290
1**

Nonpriority creditor's name and mailing address

**G STEVE STANLEY
409 Fernandina Street
Ft Pierce, FL 34949**

Date(s) debt was incurred _

Last 4 digits of account number  **832**

As of the petition filing date, the claim is: *Check all that apply.*

$7,668.47

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.290 2**

**Nonpriority creditor's name and mailing address**
**G TINY GEIGER PA**
**8117 North Lynn Avenue**
**Tampa, FL 33604-2919**

Date(s) debt was incurred _

Last 4 digits of account number  **8388**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.290 3**

**Nonpriority creditor's name and mailing address**
**G W S SIMPSON III**
**431 Canal Street Suite A**
**New Smyrna Beach, FL 32168-7009**

Date(s) debt was incurred _

Last 4 digits of account number  **4482**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.290 4**

**Nonpriority creditor's name and mailing address**
**GABRIEL DIAZ-BERGNES**
**9350 Southwest 88th Terrace**
**Miami, FL 33176-1902**

Date(s) debt was incurred _

Last 4 digits of account number  **4606**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.290 5**

**Nonpriority creditor's name and mailing address**
**GABRIEL H. BLUMENTHAL**
**P.O. Box 1657**
**Titusville, FL 32781-1657**

Date(s) debt was incurred _

Last 4 digits of account number  **4568**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.290 6**

**Nonpriority creditor's name and mailing address**
**Gabriel M. Burgos, P.L.L.C.**
**1501 Biscayne Blvd.**
**Suite 300**
**Miami, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number  **0129**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.290 7**

**Nonpriority creditor's name and mailing address**
**GABRIEL MARTIN PA**
**501 Northeast 1st Avenue Suite 200**
**Miami, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number  **9815**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor __LTGF Business Trust__        Case number (if known) __2:23-bk-01538__
Name

---

**3.2908**

**Nonpriority creditor's name and mailing address**
**GABRIEL MAZZEO**
**285 Ocklawaha Circle**
**Quincy, FL 32351-0533**

Date(s) debt was incurred _

Last 4 digits of account number __4530__

As of the petition filing date, the claim is: *Check all that apply.*      **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2909**

**Nonpriority creditor's name and mailing address**
**GAEL BERIRO PA**
**1340 US Hwy 1**
**Suite 133**
**Jupiter, FL 33469**

Date(s) debt was incurred _

Last 4 digits of account number __5552__

As of the petition filing date, the claim is: *Check all that apply.*      **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2910**

**Nonpriority creditor's name and mailing address**
**GAIL MARTIN ABERCROMBIE**
**2814 W. Sitios Street**
**Tampa, FL 33629**

Date(s) debt was incurred _

Last 4 digits of account number __5649__

As of the petition filing date, the claim is: *Check all that apply.*      **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2911**

**Nonpriority creditor's name and mailing address**
**GAILA M ANDERSON**
**Anderson Law Group P.A.**
**6750 N Andrews Avenue Suite 200**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number __6489__

As of the petition filing date, the claim is: *Check all that apply.*      **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2912**

**Nonpriority creditor's name and mailing address**
**Gainesville Title, PLLC, a Law Firm**
**214 W. University Avenue**
**Suite B**
**Gainesville, FL 32601**

Date(s) debt was incurred _

Last 4 digits of account number __8890__

As of the petition filing date, the claim is: *Check all that apply.*      **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2913**

**Nonpriority creditor's name and mailing address**
**GALBRAITH ASSOCIATES PC**
**1045 Crosspointe Drive Suite 1**
**Naples, FL 34110-0945**

Date(s) debt was incurred _

Last 4 digits of account number __9038__

As of the petition filing date, the claim is: *Check all that apply.*      **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2914**

**Nonpriority creditor's name and mailing address**
**GALE SILBERMANN**
**1150 Cleveland Street Suite 300**
**Clearwater, FL 33755-4859**

Date(s) debt was incurred _

Last 4 digits of account number __3639__

As of the petition filing date, the claim is: *Check all that apply.*      **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.291 5**

Nonpriority creditor's name and mailing address

**Galewski Title Company**
**1112 E Kennedy Boulevard**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number  **6604**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.291 6**

Nonpriority creditor's name and mailing address

**GALLAGHER & ASSOCIATES LAW**
**5720 Central Avenue**
**St Petersburg, FL 33707**

Date(s) debt was incurred _

Last 4 digits of account number  **4108**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.291 7**

Nonpriority creditor's name and mailing address

**GALVAN MESSICK LLP**
**951 Yamato Road**
**Suite 250**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **8970**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.291 8**

Nonpriority creditor's name and mailing address

**Gangi Moiguer Law**
**175 SW 7th Street**
**Suite 2004**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number  **0835**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.291 9**

Nonpriority creditor's name and mailing address

**Gano Kolev, P.A.**
**209 Palmetto Street**
**Suite 12**
**Auburndale, FL 33823**

Date(s) debt was incurred _

Last 4 digits of account number  **9053**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.292 0**

Nonpriority creditor's name and mailing address

**GARBETT STIPHANY ALLEN & ROZA**
**Brickell Bayview Centre Suite 3100**
**80 Southwest 8th Street**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number  **6099**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.292
1**

Nonpriority creditor's name and mailing address

**GARCIA & ASSOCIATES PA**
**3625 Northwest 82nd Avenue Suite 201**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number  **8377**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.292
2**

Nonpriority creditor's name and mailing address

**GARCIA & ASSOCIATES PL**
**5975 Sunset Drive**
**Suite 604**
**South Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number  **2536**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.292
3**

Nonpriority creditor's name and mailing address

**GARCIA & AVELLAN PA**
**201 Alhambra Circle Suite 500**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **2299**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.292
4**

Nonpriority creditor's name and mailing address

**GARCIA & PICART PA**
**7951 Southwest 40th Street Suite 202**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number  **8567**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.292
5**

Nonpriority creditor's name and mailing address

**GARCIA LAW OFFICES PA**
**12002 Southwest 128th Court Suite 103**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number  **9026**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.292
6**

Nonpriority creditor's name and mailing address

**Garcia-Menocal Irias & Pastori, L.L.P.**
**Judiciary Square**
**368 Minorca Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **7534**

As of the petition filing date, the claim is: *Check all that apply.*

$75.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.292
7**

Nonpriority creditor's name and mailing address

**GARCIA-VIDAL LAW FIRM**
**8441 SW 12th Terrace**
**Miami, FL 33144**

Date(s) debt was incurred _

Last 4 digits of account number  **7934**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.292 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GARDANA & FABIAN**
2630 Southwest 28th Street Suite 61
Miami, FL 33133-3072

Date(s) debt was incurred _

Last 4 digits of account number  **7543**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$575.00** |
|---|---|---|---|

**GARDNER BIST WIENER WADSWORTH**
1300 Thomaswood Drive
Tallahassee, FL 32308

Date(s) debt was incurred _

Last 4 digits of account number  **6013**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**GARDNER BREWER**
400 N. Ashley Drive
Suite 1100
Tampa, FL 33602

Date(s) debt was incurred _

Last 4 digits of account number  **5571**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GARDNER SHAHEEN TAMARGO PA**
P.O. Box 1810
Tampa, FL 33601-1810

Date(s) debt was incurred _

Last 4 digits of account number  **0101**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**GARLICK HILFIKER & SWIFT LLP**
1719 Persimmon Drive
Naples, FL 34109

Date(s) debt was incurred _

Last 4 digits of account number  **5950**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GARNER LAW PA**
61 N Ojibwa Road
Monticello, FL 32344

Date(s) debt was incurred _

Last 4 digits of account number  **8861**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.293 4**

**Nonpriority creditor's name and mailing address**
**GAROFALO LAW OFFICE PA**
**7740 Northwest 63rd Avenue**
**Parkland, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number **9052**

**As of the petition filing date, the claim is:** *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293 5**

**Nonpriority creditor's name and mailing address**
**GARRETT AND GARRETT PA**
**3314 Henderson Boulevard Suite 208**
**Tampa, FL 33609-2934**

Date(s) debt was incurred _

Last 4 digits of account number **1281**

**As of the petition filing date, the claim is:** *Check all that apply.*

$250.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293 6**

**Nonpriority creditor's name and mailing address**
**GARRETT D QUICK**
**P.O. Box 2036**
**Daytona Beach, FL 32115-2036**

Date(s) debt was incurred _

Last 4 digits of account number **1291**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293 7**

**Nonpriority creditor's name and mailing address**
**GARRETT LAW FIRM PA**
**1850 Lee Road**
**Suite 302**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number **4277**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293 8**

**Nonpriority creditor's name and mailing address**
**GARRETT W WALTON**
**P.O. Box 12412**
**Pensacola, FL 32582**

Date(s) debt was incurred _

Last 4 digits of account number **2280**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293 9**

**Nonpriority creditor's name and mailing address**
**Garrido Legal, P.A.**
**251 Valencia Avenue**
**Suite 143679**
**Coral Gables, FL 38623**

Date(s) debt was incurred _

Last 4 digits of account number **8623**

**As of the petition filing date, the claim is:** *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294 0**

**Nonpriority creditor's name and mailing address**
**GARRY NELSON**
**2250 SW 3rd Avenue**
**Suite 205**
**Miami, FL 33129-2064**

Date(s) debt was incurred _

Last 4 digits of account number **7567**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**
_____

| 3.294 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**GARTH A WEBSTER**
**9350 S Dixie Highway 10th Floor**
**Miami, FL 33156**

Date(s) debt was incurred  _

Last 4 digits of account number  **7395**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**GARTNER BROCK & SIMON**
**1660 Prudential Drive**
**Jacksonville, FL 32207-8180**

Date(s) debt was incurred  _

Last 4 digits of account number  **6129**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**GARY A FEDER PA**
**2125 N Commerce Parkway**
**Weston, FL 33326**

Date(s) debt was incurred  _

Last 4 digits of account number  **3784**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**GARY A FISHER**
**4750 Table Mesa Drive**
**Boulder, CO 80303-5575**

Date(s) debt was incurred  _

Last 4 digits of account number  **6807**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**GARY A H LAURSEN**
**P.O. Box 2126**
**Dunedin, FL 34697-2126**

Date(s) debt was incurred  _

Last 4 digits of account number  **4598**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**GARY A KAHLE**
**46 Sao Paulo**
**Punta Gorda, FL 33983**

Date(s) debt was incurred  _

Last 4 digits of account number  **1029**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

Debtor __**LTGF Business Trust**_____  Case number (if known) __**2:23-bk-01538**__
       Name

---

| 3.294 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**GARY A ROBERTS & ASSOCIATES**
**130 Salem Court**
**Tallahassee, FL 32301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  3949**

**Basis for the claim:  Member**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.294 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**GARY A ROBINSON**
**Gulf Cost Bank Building**
**3833 Tamiami Trail N Suite 410**
**Naples, FL 34103-3586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  6578**

**Basis for the claim:  Member**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.294 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**GARY A VORBECK**
**161 E Sloss Avenue**
**Defuniak Springs, FL 32433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  5992**

**Basis for the claim:  Member**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.295 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**GARY D KATZ**
**Child Support Network Inc.**
**212 E Osborn Road Suite 210**
**Phoenix, AZ 85012-2328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  5484**

**Basis for the claim:  Member**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.295 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,207.04** |

**GARY DYTRYCH & RYAN PA**
**701 US Highway 1**
**Suite 402**
**North Palm Beach, FL 33408-4514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  5335**

**Basis for the claim:  Member**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.295 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**GARY E SHADER**
**1750 N Maitland Avenue**
**Maitland, FL 32751-3353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  4630**

**Basis for the claim:  Member**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.295 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**GARY E SOUTHWORTH**
**P.O. Box 258**
**Gulf Shores, AL 36547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  4772**

**Basis for the claim:  Member**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.295 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**GARY F CANNER**
**10647 Southwest 76 Terrace**
**Miami, FL 33173**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **4203**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.295 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**GARY H KORNIK**
**19901 NE 22ND CT**
**NORTH MIAMI BEACH, FL 33180**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **1354**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.295 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**GARY I GASSEL**
**2191 Ringling Boulevard**
**Sarasota, FL 34237**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **8391**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.295 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**GARY J HAUSLER**
**541 Silent Siesta Drive**
**Henderson, NV 89015-5924**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **4805**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.295 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**GARY J ROTELLA & ASSOCIATES PA**
**1500 N Federal Highway Suite 250**
**Ft Lauderdale, FL 33304**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **0099**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.295 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**GARY J. BOYNTON**
**330 N. Broadway Avenue**
**Orlando, FL 32803-5602**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **6468**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **LTGF Business Trust**

Name

Case number (if known) **2:23-bk-01538**

---

| 3.296 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**GARY K WILSON**
**5801 Pelican Bay Boulevard Suite 300**
**Naples, FL 34108-2709**

Date(s) debt was incurred _

Last 4 digits of account number **8214**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

| 3.296 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**GARY L ARMSTRONG**
**3103 Smu Boulevard**
**Orlando, FL 32817-2515**

Date(s) debt was incurred _

Last 4 digits of account number **0027**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| 3.296 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**GARY L DAVIS**
**Davis & Grey**
**9020 Rancho Del Rio Drive, Suite 101**
**New Port Richey, FL 34655**

Date(s) debt was incurred _

Last 4 digits of account number **2391**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| 3.296 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**GARY L SIMMONS**
**P.O. Box 1221**
**Apopka, FL 32704-1221**

Date(s) debt was incurred _

Last 4 digits of account number **8094**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

| 3.296 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**GARY M KRASNA**
**1800 N Military Trail Suite 470**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **9279**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| 3.296 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**GARY M LANDAU**
**7401 Wiles Road**
**Suite 204**
**Coral Springs, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number **8258**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| 3.296 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**GARY M MILLS**
**5732 Via De Plata Circle**
**Delray Beach, FL 33484-6451**

Date(s) debt was incurred _

Last 4 digits of account number **4426**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.296 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **GARY M SINGER**<br>**12 SE 7th Street**<br>**Suite 820**<br>**Fort Lauderdale, FL 33301** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number __0192__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.296 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|
| **GARY NORMAN HOLTHUS**<br>**3720 Northwest 43rd Street Suite 101**<br>**Gainesville, FL 32606** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number __4915__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.296 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|
| **GARY P COHEN**<br>**46 SW 1st Street**<br>**Commonwealth Building, 4th Floor**<br>**Miami, FL 33130-1610** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number __5099__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.297 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|
| **GARY R GROMET**<br>**858 N Krome Avenue**<br>**Homestead, FL 33030** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number __5122__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.297 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **GARY R SASLAW PA**<br>**20801 Biscayne Boulevard Suite 304**<br>**Aventura, FL 33180** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number __2150__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.297 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|
| **GARY R SIEGEL**<br>**7700 N Kendall Drive Suite 612**<br>**Miami, FL 33156-7567** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number __7607__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.297 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**GARY S BLAKE**
**2175 Kerwin Road Apt 702**
**Cleveland, OH 44118-3979**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  647**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GARY S EDINGER**
**305 Northeast 1st Street**
**Gainesville, FL 32601**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5147**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GARY S G BRYANT**
**2570 10th Street Suite 301**
**Sarasota, FL 34237-3564**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7210**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GARY S GAFFNEY**
**1650 Southwest 117th Avenue**
**Ft Lauderdale, FL 33325-4647**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4556**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.28** |
|---|---|---|---|

**GARY S GLASSER PA**
**608 Courthouse Plaza**
**28 W Flagler Street, Suite 201**
**Miami, FL 33130**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6809**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GARY S ISRAEL**
**390 N Orange Avenue Suite 2300**
**Orlando, FL 32801**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0514**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GARY S RACKEAR**
**5975 Sunset Drive Suite 706**
**South Miami, FL 33143-5174**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9764**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|--------|------------------------|---|--------------------------|-------------------|
| | Name | | | |

---

**3.2980**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **GARY S WRIGHT**<br>**465 Summerhaven Drive Suite C**<br>**Debary, FL 32713** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **2496** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.2981**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.30 |
|---|---|---|
| **GARY S. GOSTEL**<br>**6401 Southwest 87th Avenue**<br>**Suite 101, Galloway 64 Building**<br>**Miami, FL 33173-2520** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **8202** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.2982**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **GARY SIEGEL**<br>**6500 S Highway 17-92**<br>**Fern Park, FL 32730** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **7119** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.2983**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|
| **GARY SILBERMAN PA**<br>**2665 S. Bayshore Drive**<br>**Unit 725**<br>**Coconut Grove, FL 33133** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **7840** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.2984**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **GARY T HIRST**<br>**9800 Buccaneer Mall Suite 36**<br>**St Thomas, VI 00802** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **6761** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.2985**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,589.18 |
|---|---|---|
| **GARY V SMITH**<br>**1230 Northwest 7th Street**<br>**Miami, FL 33125-3702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **138** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**

| | |
|---|---|
| **3.298 6** | |

**Nonpriority creditor's name and mailing address**
**GARY W BARRICK**
**5300 S Florida Avenue Suite B**
**Lakeland, FL 33813-2519**

Date(s) debt was incurred _

Last 4 digits of account number  **6303**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

| | |
|---|---|
| **3.298 7** | |

**Nonpriority creditor's name and mailing address**
**GARY W TINSLEY PA**
**P.O. Box 2322**
**Tallahassee, FL 32316**

Date(s) debt was incurred _

Last 4 digits of account number  **6548**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| **3.298 8** | |

**Nonpriority creditor's name and mailing address**
**GARY WALK PA**
**Boose Casey Ciklin**
**P.O. Box 4626**
**West Palm Beach, FL 33402-4626**

Date(s) debt was incurred _

Last 4 digits of account number  **8130**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| | |
|---|---|
| **3.298 9** | |

**Nonpriority creditor's name and mailing address**
**GARY WICHROWSKI**
**1244 Villa Lane**
**Apopka, FL 32712-2130**

Date(s) debt was incurred _

Last 4 digits of account number  **5662**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| **3.299 0** | |

**Nonpriority creditor's name and mailing address**
**Gasdick Stanton Early, P.A.**
**1601 W. Colonial Drive**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number  **9003**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| **3.299 1** | |

**Nonpriority creditor's name and mailing address**
**GASSMAN BATES & ASSOCIATES PA**
**1245 Court Street Suite 102**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number  **2072**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| **3.299 2** | |

**Nonpriority creditor's name and mailing address**
**Gasso Law, P.A.**
**848 Brickell Avenue**
**Suite 830**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **0658**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|--------|---------|---|---------|---------|
| | Name | | | |

---

**3.299.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **Gastesi & Associates, P.A.**<br>**8105 NW 155th Street**<br>**Miami Lakes, FL 33016** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **6500** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.299.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **GASTON I CANTENS**<br>**10691 N Kendall Drive Suite 310**<br>**Miami, FL 33176** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **8279** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.299.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **Gaston R. Alvarez, P.A.**<br>**2655 S. Le Jeune Road**<br>**Suite PH1-C**<br>**Coral Gables, FL 33134** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **0781** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.299.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **GATLIN & BIRCH**<br>**6920 W Linebaugh Avenue Suite 101**<br>**Tampa, FL 33625** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **3891** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.299.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|
| **GAUTIER & HASTY PL**<br>**The Law Center Suite 21**<br>**370 Minorca Avenue**<br>**Coral Gables, FL 33134-4311** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **3633** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.299.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **GAVIN T ELLIOT**<br>**Caplan & Associates P.A.**<br>**31 N Hyer Avenue**<br>**Orlando, FL 32801-2949** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **2749** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

**3.2999**

Nonpriority creditor's name and mailing address

**GAVIN W O'BRIEN**
**P.O. Box 597**
**Bradenton, FL 34206-0597**

Date(s) debt was incurred _

Last 4 digits of account number  **7436**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.3000**

Nonpriority creditor's name and mailing address

**GAY & EHRHARDT PA**
**7299 Winter Street**
**Brooksville, FL 34613**

Date(s) debt was incurred _

Last 4 digits of account number  **0306**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$75.00**

---

**3.3001**

Nonpriority creditor's name and mailing address

**GAY & GORDON ATTORNEYS PA**
**Attn: Seymour A. Gordon**
**P.O. Box 265**
**St Petersburg, FL 33731-0265**

Date(s) debt was incurred _

Last 4 digits of account number  **2360**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,656.38**

---

**3.3002**

Nonpriority creditor's name and mailing address

**GAYLE S BOESKY**
**5420 N Ocean Drive Suite A-2d**
**Singer Island, FL 33404**

Date(s) debt was incurred _

Last 4 digits of account number  **8935**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.3003**

Nonpriority creditor's name and mailing address

**GAYLORD A WOOD JR**
**304 SW 12th Street**
**Ft Lauderdale, FL 33315-1521**

Date(s) debt was incurred _

Last 4 digits of account number  **3764**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.3004**

Nonpriority creditor's name and mailing address

**GAYNOR DECKER YOUNG MALCHON**
**P.O. Box 14034**
**St Petersburg, FL 33733-4034**

Date(s) debt was incurred _

Last 4 digits of account number  **8363**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$300.00**

---

**3.3005**

Nonpriority creditor's name and mailing address

**GAZITUA LETELIER PA**
**3037 Orange Street**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number  **9474**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.300**
**6**

Nonpriority creditor's name and mailing address

**Gedeon & Morales Law Group, PLLC**
**2450 Hollywood Boulevard**
**Suite 104**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number  **0893**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.300**
**7**

Nonpriority creditor's name and mailing address

**GEIL S BILU PA**
**7822 NW 44th Street**
**Sunrise, FL 33351**

Date(s) debt was incurred _

Last 4 digits of account number  **8320**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.300**
**8**

Nonpriority creditor's name and mailing address

**GELB & SPATZ**
**3400 Southwest Third Avenue**
**Miami, FL 33145-3914**

Date(s) debt was incurred _

Last 4 digits of account number  **4745**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,821.85**

---

**3.300**
**9**

Nonpriority creditor's name and mailing address

**GELFAND & ARPE PA**
**1555 PALM BCH LAKES BLVD #1220**
**WEST PALM BEACH, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **6625**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.301**
**0**

Nonpriority creditor's name and mailing address

**GENAUER & ASSOCIATES PA**
**1450 Brickell Avenue Suite 1900**
**Miami, FL 33131-3453**

Date(s) debt was incurred _

Last 4 digits of account number  **5899**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.301**
**1**

Nonpriority creditor's name and mailing address

**GENE D BROWN**
**250 John Knox Road Suite 4**
**Tallahassee, FL 32303**

Date(s) debt was incurred _

Last 4 digits of account number  **4095**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.301**
**2**

Nonpriority creditor's name and mailing address

**GENE DOUGLAS**
**2909 Northwest 10th Avenue**
**Wilton Manors, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number  **5172**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.301
3**

Nonpriority creditor's name and mailing address
**GENE ESSNER**
**10659d Southwest 113th Pl**
**Miami, FL 33176-8240**

Date(s) debt was incurred _

Last 4 digits of account number  **4140**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.301
4**

Nonpriority creditor's name and mailing address
**GENE H AUVIL**
**355 Royal Palm Way**
**Spring Hill, FL 34608-9427**

Date(s) debt was incurred _

Last 4 digits of account number  **6701**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.301
5**

Nonpriority creditor's name and mailing address
**GENE MOORE**
**P.O. Drawer 910**
**Boynton Beach, FL 33425-0910**

Date(s) debt was incurred _

Last 4 digits of account number  **5329**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$31,188.86**

---

**3.301
6**

Nonpriority creditor's name and mailing address
**GENE R CIPRIANO JR**
**7100 Sunset Way Suite 711**
**St Petersburg Beach, FL 33706**

Date(s) debt was incurred _

Last 4 digits of account number  **8551**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.301
7**

Nonpriority creditor's name and mailing address
**GENE S DEVORE**
**2161 Palm Beach Lakes Boulevard**
**Suite 404**
**West Palm Beach, FL 33409-6613**

Date(s) debt was incurred _

Last 4 digits of account number  **7669**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.301
8**

Nonpriority creditor's name and mailing address
**Genesis Law, P.A.**
**2500 Northeast 135th Street Suite B508**
**North Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number  **9460**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.301
9**

Nonpriority creditor's name and mailing address
**GENEVA FORRESTER**
**P.O. Box 40010**
**St Petersburg, FL 33743-0010**

Date(s) debt was incurred _

Last 4 digits of account number  **4907**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.302 0**

Nonpriority creditor's name and mailing address
**GENNARO CARIGLIO JR**
**10800 Biscayne Boulevard Suite 900**
**Miami, FL 33161**

Date(s) debt was incurred  _

Last 4 digits of account number  **4167**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.302 1**

Nonpriority creditor's name and mailing address
**GENNIVIEVE HENRIQUES**
**Henriques & Associates**
**7 Northwest 2nd Street Suite 218**
**Miami, FL 33128**

Date(s) debt was incurred  _

Last 4 digits of account number  **0034**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.302 2**

Nonpriority creditor's name and mailing address
**Genovese Joblove & Battista, P.A.**
**100 Southeast 2nd Street 44th Floor**
**Miami, FL 33133**

Date(s) debt was incurred  _

Last 4 digits of account number  **7161**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.302 3**

Nonpriority creditor's name and mailing address
**GEOFFREY C BENNETT**
**165 E Boca Raton Road**
**Boca Raton, FL 33432-3911**

Date(s) debt was incurred  _

Last 4 digits of account number  **4126**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.302 4**

Nonpriority creditor's name and mailing address
**GEOFFREY C BURDICK**
**1110 N Olive Avenue**
**West Palm Beach, FL 33401**

Date(s) debt was incurred  _

Last 4 digits of account number  **4564**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.302 5**

Nonpriority creditor's name and mailing address
**GEOFFREY M WAYNE**
**Merrick View**
**135 San Lorenzo Avenue, Penthouse 840**
**Coral Gables, FL 33146-1527**

Date(s) debt was incurred  _

Last 4 digits of account number  **8287**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.302 6**

**Nonpriority creditor's name and mailing address**

**GEORGE A LANE**
**2101 Corporate Boulevard Northwest Suite**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **9870**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.302 7**

**Nonpriority creditor's name and mailing address**

**GEORGE A PATTERSON**
**4701 N Federal Highway Suite 480**
**Pompano Beach, FL 33064-5634**

Date(s) debt was incurred _

Last 4 digits of account number **3027**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,319.29**

---

**3.302 8**

**Nonpriority creditor's name and mailing address**

**GEORGE A ROUTH**
**1600 10th Street S Suite 418**
**Safety Harbour, FL 34695**

Date(s) debt was incurred _

Last 4 digits of account number **3235**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,664.10**

---

**3.302 9**

**Nonpriority creditor's name and mailing address**

**George A. Glenn, Sr. P.A.**
**P.O. Box 8**
**Vero Beach, FL 32961-0008**

Date(s) debt was incurred _

Last 4 digits of account number **8015**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.303 0**

**Nonpriority creditor's name and mailing address**

**GEORGE A. WILLIAMSON**
**1111 S.E. 3rd Avenue**
**Ft Lauderdale, FL 33316-1109**

Date(s) debt was incurred _

Last 4 digits of account number **4316**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.303 1**

**Nonpriority creditor's name and mailing address**

**GEORGE B HOUGH JR PA**
**Proactive Legal Care**
**3814 Southeast Dixie Highway**
**Stuart, FL 34997-6055**

Date(s) debt was incurred _

Last 4 digits of account number **7649**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.303 2**

**Nonpriority creditor's name and mailing address**

**GEORGE B MEHLMAN**
**270 Ridgeview Drive**
**Palm Beach, FL 33480-3306**

Date(s) debt was incurred _

Last 4 digits of account number **575**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$653.81**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.303
3**

**Nonpriority creditor's name and mailing address**

**GEORGE B OUJEVOLK**
**P.O. Box 273**
**Sebring, FL 33871-0273**

Date(s) debt was incurred _

Last 4 digits of account number **3670**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$691.60**

---

**3.303
4**

**Nonpriority creditor's name and mailing address**

**GEORGE B WALLACE**
**801 W First Street**
**Sanford, FL 32771**

Date(s) debt was incurred _

Last 4 digits of account number **0413**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.303
5**

**Nonpriority creditor's name and mailing address**

**GEORGE B WEIRES**
**3800 Galt Ocean Drive Suite 1103**
**Ft Lauderdale, FL 33308-7617**

Date(s) debt was incurred _

Last 4 digits of account number **3951**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.303
6**

**Nonpriority creditor's name and mailing address**

**GEORGE B. BLUME**
**71 English Ridge, Wolf Laurel**
**Mars Hill, NC 28754**

Date(s) debt was incurred _

Last 4 digits of account number **3150**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.303
7**

**Nonpriority creditor's name and mailing address**

**GEORGE B. HARDIE, JR.**
**5865 N. Kendall Drive**
**Miami, FL 33156-2065**

Date(s) debt was incurred _

Last 4 digits of account number **1453**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.303
8**

**Nonpriority creditor's name and mailing address**

**GEORGE BROWNING III**
**46 N. Washington Boulevard**
**Suite 27**
**Sarasota, FL 34236-5928**

Date(s) debt was incurred _

Last 4 digits of account number **5996**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.303
9**

**Nonpriority creditor's name and mailing address**

**GEORGE C KELLEY III**
**P.O. Box 1132**
**Apopka, FL 32704-1132**

Date(s) debt was incurred _

Last 4 digits of account number **3939**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,864.12**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.304 0**

**Nonpriority creditor's name and mailing address**

**GEORGE D PERLMAN PA**
**Four Seasons Tower**
**1441 Brickell Avenue, Suite 1400**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **9181**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.304 1**

**Nonpriority creditor's name and mailing address**

**GEORGE D PSOINOS**
**1655 Palm Beach Lakes Boulevard Suite 10**
**West Palm Beach, FL 33401**

Date(s) debt was incurred  _

Last 4 digits of account number  **567**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.304 2**

**Nonpriority creditor's name and mailing address**

**GEORGE DIAZ**
**11030 SW 60 Court**
**Miami, FL 33156**

Date(s) debt was incurred  _

Last 4 digits of account number  **8895**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.304 3**

**Nonpriority creditor's name and mailing address**

**GEORGE E ADAMS**
**1030 W Canton Avenue Suite 200**
**Winter Park, FL 32789-3050**

Date(s) debt was incurred  _

Last 4 digits of account number  **1021**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.304 4**

**Nonpriority creditor's name and mailing address**

**GEORGE E BARKET**
**Biscayne Building Suite 504**
**19 W Flagler Street**
**Miami, FL 33130**

Date(s) debt was incurred  _

Last 4 digits of account number  **3799**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.304 5**

**Nonpriority creditor's name and mailing address**

**GEORGE E CARR**
**200 E Robinson Street Suite 865**
**Orlando, FL 32801**

Date(s) debt was incurred  _

Last 4 digits of account number  **4585**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.304 6**

**Nonpriority creditor's name and mailing address**

**GEORGE E GLEASON**
**P.O. Box 582**
**Orange Springs, FL 32182**

Date(s) debt was incurred  _

Last 4 digits of account number  **3586**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

Debtor    **LTGF Business Trust**

Name

Case number (if known)    **2:23-bk-01538**

---

| 3.304 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**GEORGE E HARRIS PA**
**Suite 201 Prosperity Gardens**
**11380 Prosperity Farms Road**
**Palm Beach Gardens, FL 33410-3477**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8581**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**GEORGE E LEWIS II**
**203 N. Gadsden Street**
**Suite 6**
**Tallahassee, FL 32301-7633**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6259**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.35 |
|---|---|---|---|

**GEORGE E MUELLER JR**
**1100 5th Avenue S Suite 201**
**Naples, FL 33940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7958**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**GEORGE E ROLLER**
**6055 N Waterway Drive**
**Miami, FL 33155-4954**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6482**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**GEORGE E RUDD**
**6330 Manor Lane Suite 202**
**South Miami, FL 33143**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1771**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**GEORGE ELIAS JR**
**Sunbank Building**
**777 Brickell Avenue Suite 1111**
**Miami, FL 33131-2867**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7414**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,862.77 |
|---|---|---|---|

**GEORGE F DECLAIRE**
**2121 E Maya Drive**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2642**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.305 4**

**Nonpriority creditor's name and mailing address**

**GEORGE F HERO**
**8603 S Dixie Highway Suite 300**
**Miami, FL 33143-7807**

Date(s) debt was incurred _

Last 4 digits of account number **6329**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.305 5**

**Nonpriority creditor's name and mailing address**

**GEORGE F HESS II PA**
**Riverwalk Plaza Suite 1000**
**333 N New River Drive E**
**Ft Lauderdale, FL 33301-2205**

Date(s) debt was incurred _

Last 4 digits of account number **5130**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.305 6**

**Nonpriority creditor's name and mailing address**

**GEORGE F WILSEY**
**1000 16th Street North**
**St Petersburg, FL 33705**

Date(s) debt was incurred _

Last 4 digits of account number **6928**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.305 7**

**Nonpriority creditor's name and mailing address**

**GEORGE G PAPPAS**
**901 N Hercules Avenue Suite D**
**Clearwater, FL 33765**

Date(s) debt was incurred _

Last 4 digits of account number **6253**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.305 8**

**Nonpriority creditor's name and mailing address**

**George Gabb**
**7634 NW 38th Court**
**Sunrise, FL 33351**

Date(s) debt was incurred _

Last 4 digits of account number **0654**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.305 9**

**Nonpriority creditor's name and mailing address**

**GEORGE H ASLANIAN JR**
**511 NE 3rd Avenue**
**2nd Floor**
**Ft Lauderdale, FL 33301-3235**

Date(s) debt was incurred _

Last 4 digits of account number **7431**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$179.86**

---

Debtor **LTGF Business Trust**                                    Case number (if known) **2:23-bk-01538**

Name

---

| 3.306 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**GEORGE H GWYNN**
P.O. Box 4128
Tallahassee, FL 32315-4128

Date(s) debt was incurred _

Last 4 digits of account number **5205**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**GEORGE H MAZZARANTANI PA**
1800 2nd Street Suite 708
Sarasota, FL 34236-5961

Date(s) debt was incurred _

Last 4 digits of account number **8659**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**GEORGE J ALBRIGHT III**
P.O. Box 159
Ocala, FL 32678-0159

Date(s) debt was incurred _

Last 4 digits of account number **7743**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**GEORGE J BARAQUE**
4410 W 16th Avenue Suite 5-205
Hialeah, FL 33012-7100

Date(s) debt was incurred _

Last 4 digits of account number **2132**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**GEORGE J BLUTSTEIN**
4700 Sheridan Street Suite B
Hollywood, FL 33021-3416

Date(s) debt was incurred _

Last 4 digits of account number **7336**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**GEORGE J ELLIS JR**
1846 Margaret Street Apt 14-A
Jacksonville, FL 32204-4424

Date(s) debt was incurred _

Last 4 digits of account number **6683**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**GEORGE J F WERNER**
2233 Nursery Road Suite 1b
Clearwater, FL 34624-7666

Date(s) debt was incurred _

Last 4 digits of account number **8690**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.3067**

Nonpriority creditor's name and mailing address
**GEORGE J LOTT**
**d/b/a Lott & Levine**
**8950 SW 74 Court, Suite 1711**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **8229**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.3068**

Nonpriority creditor's name and mailing address
**GEORGE L CARDET**
**330 Southwest 27th Avenue Suite 603**
**Miami, FL 33125-3039**

Date(s) debt was incurred _

Last 4 digits of account number **5104**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$85.13**

---

**3.3069**

Nonpriority creditor's name and mailing address
**GEORGE L CLAPHAM**
**333 North Ferncreek Avenue**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number **2204**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.3070**

Nonpriority creditor's name and mailing address
**GEORGE L HARRELL II**
**2250 Irene Street Ms2819**
**Jacksonville, FL 32204-2619**

Date(s) debt was incurred _

Last 4 digits of account number **6609**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.3071**

Nonpriority creditor's name and mailing address
**GEORGE L HAYES III**
**PO Box 14421**
**St Petersburg, FL 33733**

Date(s) debt was incurred _

Last 4 digits of account number **2209**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.3072**

Nonpriority creditor's name and mailing address
**GEORGE L KNIGHT**
**6780 Southwest 130th Terrace**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **7709**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.3073**

Nonpriority creditor's name and mailing address
**GEORGE L. MOXON**
**735 N.E 3rd Avenue**
**Ft. Lauderdale, FL 33304-2619**

Date(s) debt was incurred _

Last 4 digits of account number **8423**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | LTGF Business Trust | Case number (if known) | 2:23-bk-01538 |
|---|---|---|---|
| | Name | | |

---

**3.307 4**

**Nonpriority creditor's name and mailing address**

**GEORGE LOUIS GARCIA**
P.O. Box 403782 1
Miami Beach, FL 33140-1782

Date(s) debt was incurred _

Last 4 digits of account number **9733**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.307 5**

**Nonpriority creditor's name and mailing address**

**GEORGE M GERMANN PA**
5151 Commercial Way
Spring Hill, FL 34606-1932

Date(s) debt was incurred _

Last 4 digits of account number **8469**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.307 6**

**Nonpriority creditor's name and mailing address**

**GEORGE M LUCAS**
7875 Bird Road Suite 228
Miami, FL 33155

Date(s) debt was incurred _

Last 4 digits of account number **8002**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.307 7**

**Nonpriority creditor's name and mailing address**

**GEORGE M SANTAMARINA**
13831 SW 59th Street
Suite 203
Miami, FL 33183

Date(s) debt was incurred _

Last 4 digits of account number **6341**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.307 8**

**Nonpriority creditor's name and mailing address**

**GEORGE N KONSTANTAKIS**
140 Ocean Drive
Juno Beach, FL 33408

Date(s) debt was incurred _

Last 4 digits of account number **2657**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.307 9**

**Nonpriority creditor's name and mailing address**

**GEORGE N LEADER**
6000 Island Boulevard Apt 2701
Aventura, FL 33160-3793

Date(s) debt was incurred _

Last 4 digits of account number **1577**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

| 3.308 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $100.00 |
|---|---|---|---|

**GEORGE O WILSON**
**3203 Bayshore Boulevard Unit 1002**
**Tampa, FL 33629-1707**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7519**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.308 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,227.85 |
|---|---|---|---|

**GEORGE P LANGFORD**
**3357 Tamiami Trail N**
**Naples, FL 34103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5416**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.308 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $25.00 |
|---|---|---|---|

**GEORGE P ORD**
**11300 Highway 1**
**Suite 401**
**Palm Beach Gardens, FL 33408**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0821**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.308 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $25.00 |
|---|---|---|---|

**GEORGE R MCLAIN**
**1800 2nd Street Suite 717**
**First Fla Bank Plaza**
**Sarasota, FL 34236-5903**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8569**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.308 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $200.00 |
|---|---|---|---|

**GEORGE R STEDRONSKY**
**623 Selkirk Drive**
**Winter Park, FL 32792-4639**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2519**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.308 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $200.00 |
|---|---|---|---|

**GEORGE RALPH MILLER**
**P.O. Box 687**
**Defuniak Springs, FL 32433-0687**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6714**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.308 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $250.00 |
|---|---|---|---|

**GEORGE RICHARDSON JR**
**1517 Ponce De Leon Drive**
**Ft Lauderdale, FL 33316-1323**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **613**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.308 7**

**Nonpriority creditor's name and mailing address**

**GEORGE S ZAMORA**
**3191 Coral Way**
**Suite 639**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number **3658**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.308 8**

**Nonpriority creditor's name and mailing address**

**GEORGE S. COIT, JR.**
**P.O. Box 267**
**St Petersburg, FL 33731-0267**

Date(s) debt was incurred _

Last 4 digits of account number **3417**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,415.20**

---

**3.308 9**

**Nonpriority creditor's name and mailing address**

**GEORGE T COWARD**
**P.O. Box 916**
**Lakeland, FL 33802-0916**

Date(s) debt was incurred _

Last 4 digits of account number **6415**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.309 0**

**Nonpriority creditor's name and mailing address**

**GEORGE T MORRISON**
**1276 Zephyr Way South**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred _

Last 4 digits of account number **2445**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.309 1**

**Nonpriority creditor's name and mailing address**

**GEORGE T PALLAS**
**1999 Southwest 27 Avenue**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number **6115**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.309 2**

**Nonpriority creditor's name and mailing address**

**GEORGE T. CANNON**
**255 Artemis Blvd.**
**Merritt Island, FL 32953-2512**

Date(s) debt was incurred _

Last 4 digits of account number **7242**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.309 3**

**Nonpriority creditor's name and mailing address**

**GEORGE V MATLOCK**
**P.O. Box 12200**
**Tallahassee, FL 32317**

Date(s) debt was incurred _

Last 4 digits of account number **8993**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.309 4**

**Nonpriority creditor's name and mailing address**
**GEORGE W GREER**
**315 Court Street Rm 484**
**Clearwater, FL 33756-5165**

Date(s) debt was incurred _

Last 4 digits of account number  **3580**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.309 5**

**Nonpriority creditor's name and mailing address**
**GEORGE W PHILLIPS**
**20438 Homossasa Court**
**Land O Lakes, FL 34637-7431**

Date(s) debt was incurred _

Last 4 digits of account number  **2245**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.309 6**

**Nonpriority creditor's name and mailing address**
**GEORGE W QUINNELL**
**P.O. Box 302**
**Key West, FL 33041-0302**

Date(s) debt was incurred _

Last 4 digits of account number  **2655**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.309 7**

**Nonpriority creditor's name and mailing address**
**GEORGE W. WILDER**
**2600 9th Street North**
**% Lyle & Skipper,P.A.**
**St. Petersburg, FL 33704-2744**

Date(s) debt was incurred _

Last 4 digits of account number  **7593**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$232.35**

---

**3.309 8**

**Nonpriority creditor's name and mailing address**
**GEORGENE M. URBANEK**
**440 E. Sample Road**
**Pompano Beach, FL 33064-4432**

Date(s) debt was incurred _

Last 4 digits of account number  **8515**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.309 9**

**Nonpriority creditor's name and mailing address**
**GEORGETTE SOSA DOUGLASS**
**320 Southeast 9th Street**
**Ft Lauderdale, FL 33316-1128**

Date(s) debt was incurred _

Last 4 digits of account number  **7280**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.310 0**

**Nonpriority creditor's name and mailing address**

**GERALD A FIGURSKI**
**2345 US Highway 19 North Suite 350**
**Holiday, FL 34691**

Date(s) debt was incurred _

Last 4 digits of account number  **1844**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$225.00**

---

**3.310 1**

**Nonpriority creditor's name and mailing address**

**GERALD A PEREZ**
**3128 W Kennedy Boulevard**
**Tampa, FL 33609**

Date(s) debt was incurred _

Last 4 digits of account number  **8332**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.310 2**

**Nonpriority creditor's name and mailing address**

**GERALD B FINCKE**
**867 S Atlantic Avenue**
**Ormond Beach, FL 32176**

Date(s) debt was incurred _

Last 4 digits of account number  **8302**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.310 3**

**Nonpriority creditor's name and mailing address**

**GERALD B KEANE**
**46 North Washington Boulevard**
**Suite 5**
**Sarasota, FL 34236-5928**

Date(s) debt was incurred _

Last 4 digits of account number  **5711**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.310 4**

**Nonpriority creditor's name and mailing address**

**GERALD B. STERNSTEIN**
**P.O. Box 2174**
**Tallahassee, FL 32316-2174**

Date(s) debt was incurred _

Last 4 digits of account number  **8538**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.310 5**

**Nonpriority creditor's name and mailing address**

**GERALD DAMSKY**
**One Park Pl Suite 365**
**621 Northwest 53rd Street**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number  **7445**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.310 6**

**Nonpriority creditor's name and mailing address**

**GERALD E COWEN**
**1011 South Federal Highway**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number  **8326**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.310 7**

**Nonpriority creditor's name and mailing address**
**GERALD E FINE**
P.O. Box 740345
Boynton Beach, FL 33474

Date(s) debt was incurred _

Last 4 digits of account number **4354**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.310 8**

**Nonpriority creditor's name and mailing address**
**GERALD H STEAD**
1311 W Fletcher Avenue Suite A
Tampa, FL 33612

Date(s) debt was incurred _

Last 4 digits of account number **5419**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.310 9**

**Nonpriority creditor's name and mailing address**
**GERALD J LINDOR**
Law Office of Gerald J Lindor P.A.
6511 Northwest 98th Drive
Parkland, FL 33075-2325

Date(s) debt was incurred _

Last 4 digits of account number **2128**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.311 0**

**Nonpriority creditor's name and mailing address**
**GERALD K BURTON**
Gerald K. Burton P.A.
636 Park Lake Street
Orlando, FL 32803-3906

Date(s) debt was incurred _

Last 4 digits of account number **5339**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.311 1**

**Nonpriority creditor's name and mailing address**
**GERALD KORMAN**
6727 Catina Drive
Boynton Beach, FL 33437-7357

Date(s) debt was incurred _

Last 4 digits of account number **5134**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.311 2**

**Nonpriority creditor's name and mailing address**
**GERALD L. BEDFORD**
66 W. Flagler St.
300 Concord Building
Miami, FL 33130-1807

Date(s) debt was incurred _

Last 4 digits of account number **4426**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$1,292.36**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.311 3**

**Nonpriority creditor's name and mailing address**
**GERALD MCBRIDE**
**P.O. Box 9249**
**Ft Myers, FL 33902**

Date(s) debt was incurred _

Last 4 digits of account number **8052**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.311 4**

**Nonpriority creditor's name and mailing address**
**GERALD MESCHKOW**
**3650 N 36th Avenue Suite 56**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **6510**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.311 5**

**Nonpriority creditor's name and mailing address**
**GERALD R PUMPHREY PA**
**Suite 300 Prosperity Gardens**
**11000 Prosperity Farms Road**
**Palm Beach Gardens, FL 33408-3838**

Date(s) debt was incurred _

Last 4 digits of account number **6550**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.311 6**

**Nonpriority creditor's name and mailing address**
**GERALD S DEUTSCH**
**7451 W Oakland Park Boulevard**
**Ft Lauderdale, FL 33319-4960**

Date(s) debt was incurred _

Last 4 digits of account number **0944**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,533.49**

---

**3.311 7**

**Nonpriority creditor's name and mailing address**
**GERALD S LESHER**
**1555 Palm Beach Lakes Boulevard**
**Suite 1000**
**West Palm Beach, FL 33401-2328**

Date(s) debt was incurred _

Last 4 digits of account number **354**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$175.00**

---

**3.311 8**

**Nonpriority creditor's name and mailing address**
**GERALD SCHILIAN**
**1761 W Hillsboro Boulevard**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number **0326**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.311 9**

**Nonpriority creditor's name and mailing address**
**GERALD SILVERMAN**
**City National Bank Building**
**25 W. Flagler Street, Suite 900**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number **3052**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.312 0**

**Nonpriority creditor's name and mailing address**
**GERALD SOHN**
**421 W Church Street**
**Jacksonville, FL 32202-4139**

Date(s) debt was incurred _

Last 4 digits of account number **3516**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.312 1**

**Nonpriority creditor's name and mailing address**
**GERALD WILKERSON PA**
**1725 Blanding Boulevard Suite 106**
**Jacksonville, FL 32210**

Date(s) debt was incurred _

Last 4 digits of account number **4267**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.312 2**

**Nonpriority creditor's name and mailing address**
**GERALDINE M DEBIANCHI**
**1720 Harrison Street Suite 6ce**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number **7708**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.312 3**

**Nonpriority creditor's name and mailing address**
**GERALDINE R HOLLOWAY**
**P.O. Box 7096**
**Tampa, FL 33673**

Date(s) debt was incurred _

Last 4 digits of account number **5175**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.312 4**

**Nonpriority creditor's name and mailing address**
**GERARD DE NORMANDIE**
**C/O Lawyers In USA**
**13899 Biscayne Boulevard Suite 110-H**
**Miami, FL 33181-1600**

Date(s) debt was incurred _

Last 4 digits of account number **5455**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.312 5**

**Nonpriority creditor's name and mailing address**
**GERARD E SCHLOTH**
**12213 Springmoor 4 Cts**
**Jacksonville, FL 32225**

Date(s) debt was incurred _

Last 4 digits of account number **3844**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.312 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**GERARD F KEATING**
**318 Silver Beach Avenue**
**Daytona Beach, FL 32118-4840**

Date(s) debt was incurred _

Last 4 digits of account number **7705**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.312 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**GERARD R. QUINLAN**
**P.O. Box 5500**
**Clearwater, FL 34618-5500**

Date(s) debt was incurred _

Last 4 digits of account number **8239**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.312 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**GERARDIN & SOCOL PA**
**633 Northeast 167th Suite 501**
**North Miami Beach, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number **9710**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.312 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**GERARDO A VAZQUEZ**
**d/b/a Vazquez & Associates**
**1111 Brickell Avenue, Suite 1550**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **4461**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**GEROLD ERIC VAN DER VLUGT**
**1111 Kane Concourse**
**Suite 200**
**Bay Harbor Islands, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number **7103**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**GERSON M JOSEPH PA**
**2634 Oakmont**
**Weston, FL 33332**

Date(s) debt was incurred _

Last 4 digits of account number **2055**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Gerstin & Associates**
**40 SE 5th Street**
**Suite 610**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number **9198**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**
_____

| 3.313 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**GETZEN & HAGIN PA**
P.O. Box 248
Bushnell, FL 33513-0019

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **3244**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Gianeli Mestre Zacarias, P.L.L.C.**
5757 Blue Lagoon Drive
Suite 230
Miami, FL 33126

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **0584**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Gianese-Pittman, P.A.**
100 N. Biscayne Boulevard
Suite 3070
Miami, FL 33132

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **0572**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Giannell Title, L.L.C.**
3343 W. Commercial Boulevard
Suite 100
Ft Lauderdale, FL 33309

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **8654**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**GIBBONS D. CLINE**
P.O. Box 350550
Ft Lauderdale, FL 33335-0550

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **6764**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |

**GIBBONS NEUMAN BELLO SEGALL**
3321 Henderson Boulevard
Tampa, FL 33609

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **8037**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.313
9**

**Nonpriority creditor's name and mailing address**

**GIBBONS TUCKER MILLER WHATLEY**
**Attn: Jacqueline B. Whatley**
**8108 Old Hixon Road, Suite 101**
**Tampa, FL 33626**

Date(s) debt was incurred _

Last 4 digits of account number  **1304**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$525.00**

---

**3.314
0**

**Nonpriority creditor's name and mailing address**

**Gibbs Law Office, P.L.L.C.**
**8695 College Parkway Suite 2012**
**Ft Myers, FL 33919**

Date(s) debt was incurred _

Last 4 digits of account number  **8574**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.314
1**

**Nonpriority creditor's name and mailing address**

**Gibraltar Title, Inc.**
**12 SE 7th Street**
**Suite 820**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **8806**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.314
2**

**Nonpriority creditor's name and mailing address**

**GIBSON & LOGGINS PA**
**P.O. Box 1629**
**West Palm Beach, FL 33402-1629**

Date(s) debt was incurred _

Last 4 digits of account number  **2007**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.314
3**

**Nonpriority creditor's name and mailing address**

**GIBSON VALENTI & ASHLEY PA**
**212 E Stuart Avenue**
**Lake Wales, FL 33853**

Date(s) debt was incurred _

Last 4 digits of account number  **2251**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.314
4**

**Nonpriority creditor's name and mailing address**

**Gibson, Kohl, Wolff & Hric, P.L.**
**1800 2nd Street**
**Suite 901**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number  **0532**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.314
5**

**Nonpriority creditor's name and mailing address**

**GIFFORD & HAGOOD LLC**
**451 Maitland Avenue**
**Altamonte Springs, FL 32701**

Date(s) debt was incurred _

Last 4 digits of account number  **2266**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.314 6**

**Nonpriority creditor's name and mailing address**

**GIGI GARBER SKIPPER**
**2913 Busch Lake Boulevard**
**Tampa, FL 33614**

Date(s) debt was incurred _

Last 4 digits of account number  **5115**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.314 7**

**Nonpriority creditor's name and mailing address**

**GILBERT & CADDY PA**
**1720 HARRISON STREET PH B**
**HOLLYWOOD, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number  **2407**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.314 8**

**Nonpriority creditor's name and mailing address**

**GILBERT BENTLEY**
**608 Bentley Lane**
**Maitland, FL 32751-4577**

Date(s) debt was incurred _

Last 4 digits of account number  **418**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.314 9**

**Nonpriority creditor's name and mailing address**

**GILBERT EDELMAN**
**6241 Southwest 16th Street**
**Plantation, FL 33317**

Date(s) debt was incurred _

Last 4 digits of account number  **6096**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.315 0**

**Nonpriority creditor's name and mailing address**

**GILBERT J MURRAY**
**P.O. Box 1709**
**Plattsburgh, NY 12901**

Date(s) debt was incurred _

Last 4 digits of account number  **3751**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.315 1**

**Nonpriority creditor's name and mailing address**

**GILBERT J ROOTH PA**
**7913 Seminole Mall E**
**Seminole, FL 34642**

Date(s) debt was incurred _

Last 4 digits of account number  **6058**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.315 2**

**Nonpriority creditor's name and mailing address**
**GILBERT MCGROTTY GROUP PA**
**2313 W Violet Street**
**Tampa, FL 33603**

Date(s) debt was incurred  _

Last 4 digits of account number  **6776**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.315 3**

**Nonpriority creditor's name and mailing address**
**GILBERT P MACPHERSON**
**Gilbert P. Macpherson P.A.**
**410 S Lincoln Avenue**
**Clearwater, FL 33756-5826**

Date(s) debt was incurred  _

Last 4 digits of account number  **0758**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.315 4**

**Nonpriority creditor's name and mailing address**
**GILBERT T BROPHY**
**1773 14th Avenue N**
**Lake Worth, FL 33460**

Date(s) debt was incurred  _

Last 4 digits of account number  **2865**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.315 5**

**Nonpriority creditor's name and mailing address**
**GILES & ROBINSON PA**
**401 N Mills Avenue Suite A**
**Orlando, FL 32803-5735**

Date(s) debt was incurred  _

Last 4 digits of account number  **795**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$7,160.32**

---

**3.315 6**

**Nonpriority creditor's name and mailing address**
**GILL & ASSOCIATES PA**
**200 Congress Park Drive Suite 210**
**Delray Beach, FL 33445-4652**

Date(s) debt was incurred  _

Last 4 digits of account number  **5778**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.315 7**

**Nonpriority creditor's name and mailing address**
**GILLER & ATTORNEYS PA**
**975 Arthur Godfrey Road Suite 601**
**Miami Beach, FL 33140-3329**

Date(s) debt was incurred  _

Last 4 digits of account number  **154**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.315 8**

**Nonpriority creditor's name and mailing address**
**GILLESPIE & ALLISON PA**
**1700 NW 64th Street**
**Suite 470**
**Ft. Lauderdale, FL 33309**

Date(s) debt was incurred  _

Last 4 digits of account number  **8580**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.3159**

**Nonpriority creditor's name and mailing address**

**GILLESPIE & GILLESPIE PA**
**P.O. Drawer 580**
**New Smyrna Beach, FL 32170-0580**

Date(s) debt was incurred _

Last 4 digits of account number **1422**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$9,111.35**

---

**3.3160**

**Nonpriority creditor's name and mailing address**

**GILLIS E. POWELL**
**P.O. Box 277**
**Niceville, FL 32588-0277**

Date(s) debt was incurred _

Last 4 digits of account number **1137**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.3161**

**Nonpriority creditor's name and mailing address**

**Gillis Law Firm, P.A.**
**4300 S US Highway 1 Suite 203-143**
**Jupiter, FL 33477**

Date(s) debt was incurred _

Last 4 digits of account number **6182**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.3162**

**Nonpriority creditor's name and mailing address**

**GINA VALDES BELSKY**
**1600 Ponce De Leon Boulevard**
**Suite 1043**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **7599**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.3163**

**Nonpriority creditor's name and mailing address**

**GINGER I LERNER**
**201 Southeast 6th Street**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **622**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.3164**

**Nonpriority creditor's name and mailing address**

**Ginn & Patrou, P.A.**
**460 A1A Beach Boulevard**
**St Augustine, FL 32080**

Date(s) debt was incurred _

Last 4 digits of account number **9264**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.3165**

**Nonpriority creditor's name and mailing address**

**GINNY L GOLDMAN**
**2799 Northwest Boca Raton Boulevard Suit**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **1000**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.316 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GIOIA DECARLO ESQ**
**1951 NW 7th Avenue**
**Suite 160, #343**
**Miami, FL 33136**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number  4025**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GIORGIO L RAMIREZ PA**
**3366 Southwest 3rd Street**
**Miami, FL 33135**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number  2401**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GIORGIO VALLAR PA**
**1803 Briar Creek Boulevard**
**Safety Harbor, FL 34695**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number  7501**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GIOVANI NICOSIA PA**
**2860 Marina Mile Boulevard**
**Suite 115**
**Ft. Lauderdale, FL 33312**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number  8456**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GISELA NANSON TORRES**
**Gisela Nanson Torres P.A.**
**15327 Northwest 60th Avenue Suite 215**
**Miami Lakes, FL 33014**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number  4910**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GISELLE FRANCO PA**
**5201 Blue Lagoon Drive 9th Floor**
**Miami, FL 33126**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number  6029**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.317 2**

**Nonpriority creditor's name and mailing address**
**GIUNTA & HOUSE PA**
**2401 E. Atlantic Boulevard**
**Suite 210**
**Pompano Beach, FL 33062**

Date(s) debt was incurred _

Last 4 digits of account number **5338**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.317 3**

**Nonpriority creditor's name and mailing address**
**GLADYS A CARDENAS PA**
**829 Northeast 79th Street**
**Miami, FL 33138**

Date(s) debt was incurred _

Last 4 digits of account number **0130**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.317 4**

**Nonpriority creditor's name and mailing address**
**GLANTZ & GLANTZ PA**
**7951 SW 6th Street**
**Suite 200**
**Plantation, FL 33324-3211**

Date(s) debt was incurred _

Last 4 digits of account number **114**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.317 5**

**Nonpriority creditor's name and mailing address**
**GLASSBERG & GLASSBERG PA**
**13615 S Dixie Highway Suite 114-514**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number **7759**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.317 6**

**Nonpriority creditor's name and mailing address**
**GLAZER & GLAZER PA**
**2999 Northeast 191st Street 5th Floor**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number **5521**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.317 7**

**Nonpriority creditor's name and mailing address**
**Glazer & Montes, P.A.**
**290 Northwest 165 Street Suite P800b**
**Miami, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number **9852**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.317 8**

**Nonpriority creditor's name and mailing address**
**GLEN E CHANEY**
**200 S Harbor City Boulevard Suite 203**
**The Spectrum Centre**
**Melbourne, FL 32901-1389**

Date(s) debt was incurred _

Last 4 digits of account number **8311**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$2.61**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.317 9**

**Nonpriority creditor's name and mailing address**

**GLEN E GREENFELDER**
**14217 3rd Street**
**Dade City, FL 33523-3828**

Date(s) debt was incurred  _

Last 4 digits of account number  **5891**

**As of the petition filing date, the claim is:** *Check all that apply.*

�).
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No ☐ Yes

$250.00

---

**3.318 0**

**Nonpriority creditor's name and mailing address**

**GLEN JOHN IOFFREDO**
**235 S Maitland Avenue Suite 212**
**Maitland, FL 32751**

Date(s) debt was incurred  _

Last 4 digits of account number  **9499**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No ☐ Yes

$25.00

---

**3.318 1**

**Nonpriority creditor's name and mailing address**

**GLEN R LANSKY**
**Lansky & Courtney PL**
**137 S Parsons Avenue**
**Brandon, FL 33511**

Date(s) debt was incurred  _

Last 4 digits of account number  **2135**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No ☐ Yes

$25.00

---

**3.318 2**

**Nonpriority creditor's name and mailing address**

**GLEN Z GOLDBERG**
**B I V Building**
**1101 Brickell Avenue Suite 900**
**Miami, FL 33131-3150**

Date(s) debt was incurred  _

Last 4 digits of account number  **5461**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No ☐ Yes

$125.00

---

**3.318 3**

**Nonpriority creditor's name and mailing address**

**GLENDA F SWEARINGEN**
**P.O. Box 1009**
**Marianna, FL 32446-1009**

Date(s) debt was incurred  _

Last 4 digits of account number  **7351**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No ☐ Yes

$100.00

---

**3.318 4**

**Nonpriority creditor's name and mailing address**

**GLENN A TAYLOR PA**
**462 Kingsley Avenue**
**Suite 103**
**Orange Park, FL 32073**

Date(s) debt was incurred  _

Last 4 digits of account number  **5884**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

**3.318 5**

Nonpriority creditor's name and mailing address
**Glenn and Phanco, P.A.**
**1624 West Terrace Drive**
**Lake Worth, FL 33460**

Date(s) debt was incurred _

Last 4 digits of account number **0506**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.318 6**

Nonpriority creditor's name and mailing address
**GLENN B GREVENGOED PA**
**3730 7th Terrace**
**Suite 202**
**Vero Beach, FL 32960**

Date(s) debt was incurred _

Last 4 digits of account number **0526**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.318 7**

Nonpriority creditor's name and mailing address
**GLENN D. KELLEY**
**P.O. Box 590**
**West Palm Beach, FL 33402-0590**

Date(s) debt was incurred _

Last 4 digits of account number **8182**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.318 8**

Nonpriority creditor's name and mailing address
**Glenn D. Storch, P.A.**
**420 S. Nova Road**
**Daytona Beach, FL 32114**

Date(s) debt was incurred _

Last 4 digits of account number **7146**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.318 9**

Nonpriority creditor's name and mailing address
**GLENN J SNEIDER**
**200 Southwest 9th Street**
**Okeechobee, FL 34974**

Date(s) debt was incurred _

Last 4 digits of account number **8736**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.319 0**

Nonpriority creditor's name and mailing address
**GLENN J WEBBER PA**
**729 S Fed Highway 210**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number **6259**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.319 1**

Nonpriority creditor's name and mailing address
**Glenn J. Ballenger**
**P.O. Box 413005-309**
**Naples, FL 34101**

Date(s) debt was incurred _

Last 4 digits of account number **7113**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.319 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**GLENN L DONENFELD**
**3521 Inverrary Drive Suite 207**
**Ft Lauderdale, FL 33319-5955**

☐ Date(s) debt was incurred  _

Last 4 digits of account number  **4581**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**GLENN M MEDNICK PA**
**2200 Corporate Boulevard Northwest Suite**
**Boca Raton, FL 33431-7307**

Date(s) debt was incurred  _

Last 4 digits of account number  **1540**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**GLENN R MEE**
**Attn: Susan Ronis**
**517 Southwest 1st Avenue**
**Ft Lauderdale, FL 33301-2803**

Date(s) debt was incurred  _

Last 4 digits of account number  **8412**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**GLENN R PADGETT**
**P.O. Box 730177**
**Ormond Beach, FL 32173-0177**

Date(s) debt was incurred  _

Last 4 digits of account number  **1550**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |

**GLENN RASMUSSEN FOGARTY &**
**P.O. Box 3333**
**Tampa, FL 33601-3333**

Date(s) debt was incurred  _

Last 4 digits of account number  **8708**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**GLENN S SOMMER PL**
**2980 McFarlane Road**
**Suite 12**
**Miami, FL 33133**

Date(s) debt was incurred  _

Last 4 digits of account number  **8124**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|-------------------------|------------------------|-------------------|
| | Name | | |

---

**3.319 8**

**Nonpriority creditor's name and mailing address**
**GLENN T SHELBY**
**902 S Florida Avenue Suite 101**
**Lakeland, FL 33803**

Date(s) debt was incurred _

Last 4 digits of account number  **8414**

As of the petition filing date, the claim is: *Check all that apply.*
$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.319 9**

**Nonpriority creditor's name and mailing address**
**GLENN T SHELBY PA**
**902 S Florida Avenue Suite 101**
**Lakeland, FL 33803**

Date(s) debt was incurred _

Last 4 digits of account number  **9821**

As of the petition filing date, the claim is: *Check all that apply.*
$75.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.320 0**

**Nonpriority creditor's name and mailing address**
**GLENN T SUNDIN**
**560 Hidden Creek Drive**
**Merritt Island, FL 32952**

Date(s) debt was incurred _

Last 4 digits of account number  **2664**

As of the petition filing date, the claim is: *Check all that apply.*
$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.320 1**

**Nonpriority creditor's name and mailing address**
**GLENN W TOMASONE**
**1679 Garden Avenue**
**Melbourne, FL 32934**

Date(s) debt was incurred _

Last 4 digits of account number  **4327**

As of the petition filing date, the claim is: *Check all that apply.*
$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.320 2**

**Nonpriority creditor's name and mailing address**
**GLENN W WILLIAMS PA**
**9710 E. Indigo Street**
**Suite 202**
**Palmetto Bay, FL 33157**

Date(s) debt was incurred _

Last 4 digits of account number  **2632**

As of the petition filing date, the claim is: *Check all that apply.*
$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.320 3**

**Nonpriority creditor's name and mailing address**
**GLICKMAN WITTERS & MARELL**
**1601 Forum Place**
**Suite 1101**
**West Palm Beach, FL 33401-8195**

Date(s) debt was incurred _

Last 4 digits of account number  **5793**

As of the petition filing date, the claim is: *Check all that apply.*
$250.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.320 4**

**Nonpriority creditor's name and mailing address**
**GLICKSTEIN & GLICKSTEIN PA**
**444 Third Street**
**Neptune Beach, FL 32266-5111**

Date(s) debt was incurred _

Last 4 digits of account number  **3870**

As of the petition filing date, the claim is: *Check all that apply.*
$3,070.36

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.320 5 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|---|

**GLINN SOMERA & SILVA LLP**
**212 N Federal Highway**
**Deerfield Beach, FL 33441-3612**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **8240**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 6 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**GLORIA C GONZALEZ**
**166 E 49th Street**
**Hialeah, FL 33013**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **9898**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 7 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**GLORIA G STERN**
**7027 W Broward Boulevard Suite 382**
**Plantation, FL 33317**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **5003**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 8 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**GLORIA ROA JOSEPHER**
**2655 S Le Jeune Road Suite 1001**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **5095**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 9 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Gobin Law, PLLC**
**8461 Lake Worth Road**
**Suite 253**
**Lake Worth, FL 33467**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **9131**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.321 0 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**GODBOLD & DOWNING PA**
**P.O. Box 1984**
**Winter Park, FL 32790-1984**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **4265**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**
_____

---

**3.321**
**1**

**Nonpriority creditor's name and mailing address**

**Goddy & Donnelly, PLLC**
**5633 Strand Boulevard**
**Suite 316**
**Naples, FL 34110**

Date(s) debt was incurred _

Last 4 digits of account number **0812**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.321**
**2**

**Nonpriority creditor's name and mailing address**

**Goede Adamczyk Deboest & Cross, P.L.L.C.**
**6609 Willow Park Drive**
**Second Floor**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number **7020**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.321**
**3**

**Nonpriority creditor's name and mailing address**

**GOLD RESNICK & SEGALL PA**
**704 W Bay Street**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number **3604**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.321**
**4**

**Nonpriority creditor's name and mailing address**

**GOLDBERG YOUNG & GRAVENHORST**
**C/O Paul Young/Hollnd & Knight**
**P.O. Box 52687**
**Jacksonville, FL 32201**

Date(s) debt was incurred _

Last 4 digits of account number **4026**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$38,398.77**

---

**3.321**
**5**

**Nonpriority creditor's name and mailing address**

**GOLDEN & GRIMES LLP**
**9350 S Dixie Highway Ph-Ii**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **0145**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.321**
**6**

**Nonpriority creditor's name and mailing address**

**GOLDING WEBLEY & CLARKE PA**
**7771 W Oakland Park Boulevard Suite 135**
**Sunrise, FL 33351-5821**

Date(s) debt was incurred _

Last 4 digits of account number **5544**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.321**
**7**

**Nonpriority creditor's name and mailing address**

**GOLDMAN & ROSA PA**
**1000 Seminole Drive Suite 500**
**Ft Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number **5936**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor __**LTGF Business Trust**__

      Name

Case number (if known) __**2:23-bk-01538**__

---

| 3.321 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**GOLDMAN TISEO STURGES**
**701 J C Center Court**
**Unit 3**
**Port Charlotte, FL 33954-2826**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __4526__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Goldman Wetzel**
**915 1st Avenue N**
**St Petersburg, FL 33705**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __8384__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**GOLDSTEIN & GOLDSTEIN**
**3820 La Vista Circle Apt 121**
**Jacksonville, FL 32217-4347**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __1523__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,036.08 |
|---|---|---|---|

**GOLDSTEIN BUCKLEY CECHMAN**
**P.O. Box 2366**
**Fort Myers, FL 33902-2366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __3200__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**GOLDSTEIN TANEN & TRENCH PA**
**4000 Ponce De Leon Boulevard Suite 570**
**Coral Gables, FL 33146**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __5187__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Golm Law Firm, P.A.**
**4916 26th Street W.**
**Suite 132**
**Bradenton, FL 34207**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __7194__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**                                Case number (if known)   **2:23-bk-01538**
_____
Name

---

| 3.322 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**GOLSON LEGAL PA**
**17425 Bridge Hill Court**
**Suite 202**
**Tampa, FL 33647**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4471**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**GOMEZ & ASSOCIATES PA**
**7975 Northwest 154th Street Suite 320**
**Miami Lakes, FL 33016**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6814**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**GONZALEZ & HERBERT PA**
**350 E Las Olas Boulevard 17th Floor**
**Ft Lauderdale, FL 33301-4211**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8672**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**GONZALEZ & RODRIGUEZ PL**
**1550 Madruga Avenue**
**Suite 110**
**Coral Gables, FL 33146**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8554**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**GONZALEZ & VIDAL PA**
**2100 Coral Way**
**Suite 502**
**Miami, FL 33145**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4682**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**GONZALEZ & WERMUTH PL**
**1989 NW 88th Court**
**Suite 101**
**Doral, FL 33172**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2368**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.323 0**

**Nonpriority creditor's name and mailing address**
**GONZALEZ AND GONZALEZ**
**1051 W 29th Street Suite 3**
**Hialeah, FL 33012**

Date(s) debt was incurred _

Last 4 digits of account number  **9897**

As of the petition filing date, the claim is: *Check all that apply.*   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323 1**

**Nonpriority creditor's name and mailing address**
**Gonzalez Law, PL**
**1750 Coral Way**
**Floor 2**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number  **8165**

As of the petition filing date, the claim is: *Check all that apply.*   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323 2**

**Nonpriority creditor's name and mailing address**
**GONZALO PEREZ JR**
**7915 Coral Way**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number  **0007**

As of the petition filing date, the claim is: *Check all that apply.*   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323 3**

**Nonpriority creditor's name and mailing address**
**GONZALO R LAGE**
**7500 Southwest 16th Street**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number  **304**

As of the petition filing date, the claim is: *Check all that apply.*   **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323 4**

**Nonpriority creditor's name and mailing address**
**Goodwin Law, P.A.**
**800 Seagate Drive**
**Suite 202**
**Naples, FL 34103**

Date(s) debt was incurred _

Last 4 digits of account number  **9361**

As of the petition filing date, the claim is: *Check all that apply.*   **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323 5**

**Nonpriority creditor's name and mailing address**
**GORDON B JOHNSTON**
**P.O. Box 5519**
**Ocala, FL 32678-5519**

Date(s) debt was incurred _

Last 4 digits of account number  **3035**

As of the petition filing date, the claim is: *Check all that apply.*   **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323 6**

**Nonpriority creditor's name and mailing address**
**GORDON B LINN**
**P.O. Box 2083**
**Pompano Beach, FL 33061**

Date(s) debt was incurred _

Last 4 digits of account number  **6806**

As of the petition filing date, the claim is: *Check all that apply.*   **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.323
7**

**Nonpriority creditor's name and mailing address**

**GORDON C WATT**
**4500 Le Jeune Road**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number  **4235**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.323
8**

**Nonpriority creditor's name and mailing address**

**GORDON G COOPER**
**150 Wedgewood Drive**
**Spartanburg, SC 29302-3175**

Date(s) debt was incurred _

Last 4 digits of account number  **5132**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.323
9**

**Nonpriority creditor's name and mailing address**

**GORDON H COFFMAN**
**12651 McGregor Boulevard**
**Suite 104**
**Ft Myers, FL 33919**

Date(s) debt was incurred _

Last 4 digits of account number  **6321**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.324
0**

**Nonpriority creditor's name and mailing address**

**GORDON J SCHIFF PA**
**4155 W. Cypress Street**
**Tampa, FL 33607**

Date(s) debt was incurred _

Last 4 digits of account number  **9844**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.324
1**

**Nonpriority creditor's name and mailing address**

**GORDON T NICOL PA**
**7545 Centurion Parkway Suite 108**
**Jacksonville, FL 32256**

Date(s) debt was incurred _

Last 4 digits of account number  **4737**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.324
2**

**Nonpriority creditor's name and mailing address**

**GOREN CHEROF DOODY & EZROL PA**
**3099 E. Commercial Boulevard**
**Suite 200**
**Ft Lauderdale, FL 33308-4311**

Date(s) debt was incurred _

Last 4 digits of account number  **5046**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$375.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.324 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**GORHAM RUTTER JR**
P.O. Box 915454
Longwood, FL 32791-5454

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6394**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GORNTO & GORNTO PA**
444 Seabreeze Boulevard Suite 200
Daytona Beach, FL 32118

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9493**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**GOSSETT & GOSSETT PA**
4700 Sheridan Street
Suite 1
Hollywood, FL 33021-3416

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5770**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**GOSSETT LAW OFFICES PA**
Gossett Law Offices P.A.
2221 US Highway 27 S
Sebring, FL 33870

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8278**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GOTTLIEB & GOTTLIEB PA**
2475 Enterprise Road Suite 100
Clearwater, FL 33763

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6621**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**GOTTLIEB & GOTTLIEB PA**
125 N. 46th Avenue
Hollywood, FL 33021-6601

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7415**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,628.83** |
|---|---|---|---|

**GOULD COOKSEY FENNELL PA**
979 Beachland Boulevard
Vero Beach, FL 32963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2468**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

| 3.325 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,828.47 |
|---|---|---|---|

**GOZA & HALL PA**
28050 US Highway 19 N.
Suite 402
Clearwater, FL 33761

Date(s) debt was incurred _

Last 4 digits of account number **229**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**GP LAW - LAW OFFICES OF**
730 Northwest 40th Avenue
Miami, FL 33126

Date(s) debt was incurred _

Last 4 digits of account number **2690**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**GR LAW OFFICE PLC**
1431 Ponce De Leon Boulevard
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number **6818**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**GRACE ANNE GLAVIN**
1511 E. State Road 434
Suite 2049
Winter Springs, FL 32708

Date(s) debt was incurred _

Last 4 digits of account number **8731**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**GRACE BAUGH**
P.O. Box 17924
Ft Lauderdale, FL 33318-7924

Date(s) debt was incurred _

Last 4 digits of account number **5443**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**GRACE VAN HOUTEN**
4446 Hendricks Avenue Suite 122
Jacksonville, FL 32207

Date(s) debt was incurred _

Last 4 digits of account number **2133**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**
Name

Case number (if known)  **2:23-bk-01538**

---

**3.325 6**

**Nonpriority creditor's name and mailing address**
**GRADY H WILLIAMS JR**
**P.O. Box 1542**
**Orange Park, FL 32067**

Date(s) debt was incurred  _

Last 4 digits of account number  **4914**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.325 7**

**Nonpriority creditor's name and mailing address**
**GRADY W WHITE**
**2020 N Atlantic Avd Apt N-102**
**Cocoa Beach, FL 32931-3372**

Date(s) debt was incurred  _

Last 4 digits of account number  **3084**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.325 8**

**Nonpriority creditor's name and mailing address**
**GRAFTON N CARLSON**
**1290 E Oakland Park Boulevard**
**Suite 200**
**Ft Lauderdale, FL 33334-4443**

Date(s) debt was incurred  _

Last 4 digits of account number  **5670**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.325 9**

**Nonpriority creditor's name and mailing address**
**GRALL GLENN & GRALL**
**P.O. Box 690218**
**Vero Beach, FL 32969-0218**

Date(s) debt was incurred  _

Last 4 digits of account number  **6631**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$275.00

---

**3.326 0**

**Nonpriority creditor's name and mailing address**
**Granados, P.A.**
**240 Crandon Boulevard**
**Suite 263**
**Key Biscayne, FL 33149-1623**

Date(s) debt was incurred  _

Last 4 digits of account number  **7066**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.326 1**

**Nonpriority creditor's name and mailing address**
**GRAND & GRAND PA**
**4010 Sheridan St.**
**Hollywood, FL 33021-3536**

Date(s) debt was incurred  _

Last 4 digits of account number  **3920**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$225.00

---

**3.326 2**

**Nonpriority creditor's name and mailing address**
**GRANDA & ASSOCIATES PA**
**8900 SW 117th Avenue**
**Suite C-208**
**Miami, FL 33186**

Date(s) debt was incurred  _

Last 4 digits of account number  **4375**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|--------------------------|------------------------|-------------------|
| | Name | | |

---

**3.326 3**

**Nonpriority creditor's name and mailing address**
**GRANT FRIDKIN PEARSON ATHAN &**
**5551 Ridgewood Drive**
**Suite 501**
**Naples, FL 34108-2719**

Date(s) debt was incurred _

Last 4 digits of account number  **0627**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$150.00

---

**3.326 4**

**Nonpriority creditor's name and mailing address**
**GRANT W KEHRES**
**2000 Glades Road**
**Suite 302**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **6473**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.326 5**

**Nonpriority creditor's name and mailing address**
**GRANTLAW, P.A.**
**3400 Tamiami Trail N.**
**Suite 201**
**Naples, FL 34103**

Date(s) debt was incurred _

Last 4 digits of account number  **3985**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.326 6**

**Nonpriority creditor's name and mailing address**
**GRANVEL S KIRKLAND**
**5 W Macclenny Avenue**
**Macclenny, FL 32063**

Date(s) debt was incurred _

Last 4 digits of account number  **3550**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.326 7**

**Nonpriority creditor's name and mailing address**
**GRANVILLE C BURGESS**
**P.O. Box 1493**
**Fernandina Beach, FL 32034**

Date(s) debt was incurred _

Last 4 digits of account number  **6944**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.326 8**

**Nonpriority creditor's name and mailing address**
**GRAVES & BOUNDS PA**
**3720 NW 43rd Street**
**Suite 101**
**Gainesville, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number  **5794**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.326 9**

**Nonpriority creditor's name and mailing address**

**GRAY ACKERMAN & HAINES PA**
**125 NE 1st Avenue**
**Suite 1**
**Ocala, FL 34470**

Date(s) debt was incurred _

Last 4 digits of account number **4372**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.327 0**

**Nonpriority creditor's name and mailing address**

**GRAYROBINSON PA**
**401 E. Las Olas Boulevard**
**Suite 1000**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **9**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.327 1**

**Nonpriority creditor's name and mailing address**

**GRAYROBINSON PA**
**P.O. Box 1870**
**Melbourne, FL 32902-1870**

Date(s) debt was incurred _

Last 4 digits of account number **2380**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$18,572.10**

---

**3.327 2**

**Nonpriority creditor's name and mailing address**

**GRAYROBINSON PA**
**P.O. Box 3068**
**Orlando, FL 32802-3068**

Date(s) debt was incurred _

Last 4 digits of account number **9**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$10,267.81**

---

**3.327 3**

**Nonpriority creditor's name and mailing address**

**GRAZI & GIANINO LLP**
**217 SE Ocean Boulevard**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number **5985**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.327 4**

**Nonpriority creditor's name and mailing address**

**GREATER BAY LAW LLC**
**4601 W Kennedy Boulevard Suite 104**
**Tampa, FL 33609**

Date(s) debt was incurred _

Last 4 digits of account number **6235**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.327 5**

**Nonpriority creditor's name and mailing address**

**GREATON & GREATON**
**P.O. Box 39238**
**Ft Lauderdale, FL 33339-9238**

Date(s) debt was incurred _

Last 4 digits of account number **8416**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$162.50**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.327.6**

**Nonpriority creditor's name and mailing address**
**GREEN & GREEN**
P.O. Box 609
Defuniak Springs, FL 32435

Date(s) debt was incurred _

Last 4 digits of account number **636**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

$450.00

---

**3.327.7**

**Nonpriority creditor's name and mailing address**
**GREEN & GREEN PA**
9030 W Fort Island Trail Suite 5
Crystal River, FL 34429

Date(s) debt was incurred _

Last 4 digits of account number **7147**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

$25.00

---

**3.327.8**

**Nonpriority creditor's name and mailing address**
**GREEN KAHN & PIOTRKOWSKI**
1133 Normandy Drive
Miami Beach, FL 33141

Date(s) debt was incurred _

Last 4 digits of account number **6106**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

$50.00

---

**3.327.9**

**Nonpriority creditor's name and mailing address**
**Green Line Title, Inc.**
12950 Race Track Road
Suite 204
Tampa, FL 33626

Date(s) debt was incurred _

Last 4 digits of account number **0927**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

$25.00

---

**3.328.0**

**Nonpriority creditor's name and mailing address**
**GREENBERG & SCHILIAN PA**
4875 N Federal Highway 10th Floor
Ft Lauderdale, FL 33308

Date(s) debt was incurred _

Last 4 digits of account number **3824**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

$25.00

---

**3.328.1**

**Nonpriority creditor's name and mailing address**
**GREENBERG & STRELITZ PA**
Crystal Corporate Center
2500 N. Military Trail, Suite 235
Boca Raton, FL 33431

Date(s) debt was incurred _

Last 4 digits of account number **5241**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

$50.00

---

**3.328.2**

**Nonpriority creditor's name and mailing address**
**GREENBERG & VAZQUEZ**
1098 Northwest Boca Raton Boulevard Suit
Boca Raton, FL 33432-2616

Date(s) debt was incurred _

Last 4 digits of account number **8529**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

$50.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.328 3**

**Nonpriority creditor's name and mailing address**

**GREENBERG TRAURIG LLP**
**333 Avenue Of The Americas**
**Suite 4100**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **3249**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$1,025.00**

---

**3.328 4**

**Nonpriority creditor's name and mailing address**

**GREENE & COX**
**401 4th Street North**
**St Petersburg, FL 33701-2803**

Date(s) debt was incurred  _

Last 4 digits of account number  **7926**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.328 5**

**Nonpriority creditor's name and mailing address**

**GREENE & GREENE**
**2601 Gulf Life Tower**
**Jacksonville, FL 32207**

Date(s) debt was incurred  _

Last 4 digits of account number  **1500**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$605.56**

---

**3.328 6**

**Nonpriority creditor's name and mailing address**

**GREENE HAMRICK PERREY QUINLAN**
**410 43rd Street West**
**Suite N**
**Bradenton, FL 34209**

Date(s) debt was incurred  _

Last 4 digits of account number  **2278**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.328 7**

**Nonpriority creditor's name and mailing address**

**GREENEBAUM, DOLL, MCDONALD &**
**417 N. 20th Street, Suite 425**
**Birmingham, AL 35203-3215**

Date(s) debt was incurred  _

Last 4 digits of account number  **7818**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.328 8**

**Nonpriority creditor's name and mailing address**

**GREENSPOON MARDER PA**
**201 E. Pine Street**
**Suite 500**
**Orlando, FL 32801-2718**

Date(s) debt was incurred  _

Last 4 digits of account number  **7373**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.3289**

**Nonpriority creditor's name and mailing address**

**GREENSPOON MARDER PA**
**100 W. Cypress Creek Road**
**Suite 700**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number  **7373**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.3290**

**Nonpriority creditor's name and mailing address**

**GREG HERSKOWITZ PA**
**TWO DATRAN CENTER PH1-A**
**9130 S DADELAND BLVD**
**MIAMI, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **1872**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.3291**

**Nonpriority creditor's name and mailing address**

**GREG ROSS**
**400 Southeast 8th Street**
**Ft Lauderdale, FL 33316-1124**

Date(s) debt was incurred _

Last 4 digits of account number  **4793**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.3292**

**Nonpriority creditor's name and mailing address**

**GREG ROSS PA**
**400 Southeast 8th Street**
**Ft Lauderdale, FL 33316-1124**

Date(s) debt was incurred _

Last 4 digits of account number  **4793**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.3293**

**Nonpriority creditor's name and mailing address**

**GREGG D KONE**
**One Lincoln Pl**
**1900 Glades Road Suite 240**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **5820**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.3294**

**Nonpriority creditor's name and mailing address**

**GREGG H GLICKSTEIN**
**54 Southwest Boca Raton Boulevard**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number  **2578**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.329 5**

**Nonpriority creditor's name and mailing address**
**GREGG R LOPEZ**
**Gregg R. Lopez P.A.**
**P.O. Box 166306**
**Miami, FL 33116**

Date(s) debt was incurred _

Last 4 digits of account number **5512**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.329 6**

**Nonpriority creditor's name and mailing address**
**GREGG R WEXLER**
**1911 Forest Hill Boulevard**
**West Palm Beach, FL 33406-6048**

Date(s) debt was incurred _

Last 4 digits of account number **5206**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.329 7**

**Nonpriority creditor's name and mailing address**
**GREGORY A EBENFELD**
**9900 Stirling Road**
**Cooper City, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number **4437**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.329 8**

**Nonpriority creditor's name and mailing address**
**GREGORY A POPP**
**775 E Merritt Island Causeway**
**Merritt Island, FL 32952-3311**

Date(s) debt was incurred _

Last 4 digits of account number **2239**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.329 9**

**Nonpriority creditor's name and mailing address**
**GREGORY A SAMMS**
**225 Alcazar Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **3960**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.330 0**

**Nonpriority creditor's name and mailing address**
**GREGORY A SANOBA**
**P.O. Box 393**
**Lakeland, FL 33802-0393**

Date(s) debt was incurred _

Last 4 digits of account number **9883**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.330 1**

**Nonpriority creditor's name and mailing address**
**GREGORY B SEELEY**
**3924 Central Avenue**
**St Petersburg, FL 33711**

Date(s) debt was incurred _

Last 4 digits of account number **4008**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.330 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**GREGORY B TAYLOR**
**5310 Northwest 33rd Avenue Suite 101**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred  _

Last 4 digits of account number  **2472**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.330 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**GREGORY C MEISSNER**
**1111 Third Avenue W Suite 150**
**Bradenton, FL 34205**

Date(s) debt was incurred  _

Last 4 digits of account number  **7305**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

| 3.330 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**GREGORY C PICKEN**
**701 US Highway One Suite 402**
**North Palm Beach, FL 33408**

Date(s) debt was incurred  _

Last 4 digits of account number  **8998**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.330 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**GREGORY D CLARK**
**1201 S Highland Avenue**
**Suite 9**
**Clearwater, FL 33756**

Date(s) debt was incurred  _

Last 4 digits of account number  **4365**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.330 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**
Gregory D. Davila, P.A.
**1111 12th Street Suite 310**
**Key West, FL 33040**

Date(s) debt was incurred  _

Last 4 digits of account number  **7877**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.330 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**GREGORY E TUCCI PA**
**225 Northeast 8th Avenue**
**Ocala, FL 32670-6727**

Date(s) debt was incurred  _

Last 4 digits of account number  **4545**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.330 8**

**Nonpriority creditor's name and mailing address**

**GREGORY F BETANCOURT PA**
**6500 Cowpen Road Suite 303**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number  **8438**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330 9**

**Nonpriority creditor's name and mailing address**

**GREGORY F ESPOSITO**
**8016 Wiles Road**
**Coral Springs, FL 33067-2072**

Date(s) debt was incurred _

Last 4 digits of account number  **7229**

**As of the petition filing date, the claim is:** *Check all that apply.*

$445.29

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331 0**

**Nonpriority creditor's name and mailing address**

**GREGORY G GLENN**
**P.O. Box 1908**
**Boca Raton, FL 33429-1908**

Date(s) debt was incurred _

Last 4 digits of account number  **6380**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331 1**

**Nonpriority creditor's name and mailing address**

**GREGORY G KEANE PA**
**Suite 202**
**1000 Southeast Monterey Commons**
**Boulevar**
**Stuart, FL 34996**

Date(s) debt was incurred _

Last 4 digits of account number  **5960**

**As of the petition filing date, the claim is:** *Check all that apply.*

$75.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331 2**

**Nonpriority creditor's name and mailing address**

**GREGORY J ERSEK PA**
**17820 Northwest 18th Avenue**
**Miami, FL 33056-4949**

Date(s) debt was incurred _

Last 4 digits of account number  **6296**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331 3**

**Nonpriority creditor's name and mailing address**

**GREGORY J GORE**
**P.O. Box 780384**
**Sebastian, FL 32978-0384**

Date(s) debt was incurred _

Last 4 digits of account number  **7328**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.331 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GREGORY J KRAMER**
**250 Miami Avenue W**
**Venice, FL 34285-2301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2310**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GREGORY J TARONE**
**35951 US Highway 19 N**
**Palm Harbor, FL 34684-1556**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8501**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**GREGORY K. JONES**
**8 Pruyn Place**
**Catskill, NY 12414-1111**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7073**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GREGORY L GRESHAM**
**P.O. Box 1029**
**Lutz, FL 33549-1029**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8596**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GREGORY L PATTERSON PA**
**1401 Manatee Avenue W**
**Suite 920 Drawer 27**
**Bradenton, FL 34205-6702**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4764**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**GREGORY M COOK**
**150 Turtle Lake Court Apt 110**
**Naples, FL 34105**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7106**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**GREGORY M WILSON**
**29 E Pine Street**
**Orlando, FL 32801-2607**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8594**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.332**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|
| **GREGORY N BURNS**<br>**P.O. Box 2194**<br>**Ft Myers, FL 33902-2194** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **6617** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.332**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|
| **GREGORY R BECK PA**<br>**707 Southeast 3rd Avenue 6th Floor**<br>**Ft Lauderdale, FL 33316** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **6791** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.332**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|
| **GREGORY R BECK PA**<br>**707 Southeast 3rd Avenue 6th Floor**<br>**Ft Lauderdale, FL 33316** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **2643** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.332**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **GREGORY R DEAL**<br>**312 W Graham Park Circle**<br>**Haines City, FL 33844-5843** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **9777** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.332**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|
| **GREGORY R FISHMAN PA**<br>**2750 NE 185th Street**<br>**Suite 204**<br>**Aventura, FL 33180** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **6538** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.332**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **GREGORY S FLANAGAN**<br>**2701 SE Maricamp Road**<br>**Suite 104**<br>**Ocala, FL 34471** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **2325** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**
_____

| 3.332 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**GREGORY S GEFEN**
**1801 N Military Trail Suite 203**
**Boca Raton, FL 33431**

Date(s) debt was incurred  _

Last 4 digits of account number  **0475**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**GREGORY T HALL**
**One Tampa City Center Suite 2720**
**201 N Franklin Street**
**Tampa, FL 33602**

Date(s) debt was incurred  _

Last 4 digits of account number  **8439**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**GREGORY T ZELL**
**3231 Mary Street**
**Miami, FL 33133**

Date(s) debt was incurred  _

Last 4 digits of account number  **4718**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**GREGORY W DWORZANOWSKI**
**611 Bay Street Suite G**
**Tampa, FL 33606**

Date(s) debt was incurred  _

Last 4 digits of account number  **7562**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**GRETCHEN-ELIZABETH**
**110 W Reynolds Street Suite 209**
**Plant City, FL 33563**

Date(s) debt was incurred  _

Last 4 digits of account number  **2358**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**GRIFFIN HELWIG**
**1528 Stockton Street**
**Jacksonville, FL 32204**

Date(s) debt was incurred  _

Last 4 digits of account number  **8569**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**GRIFFIN HELWIG PA**
**1528 Stockton Street**
**Jacksonville, FL 32257**

Date(s) debt was incurred  _

Last 4 digits of account number  **8569**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.3334**

Nonpriority creditor's name and mailing address

**GRIMES GOEBEL GRIMES HAWKINS**
1023 Mantee Avenue W.
Bradenton, FL 34205

Date(s) debt was incurred _

Last 4 digits of account number  **2100**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$6,391.83**

---

**3.3335**

Nonpriority creditor's name and mailing address

**GRISALES & JACOBS PA**
1911 Harrison Street
Hollywood, FL 33020

Date(s) debt was incurred _

Last 4 digits of account number  **7573**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.3336**

Nonpriority creditor's name and mailing address

**GROOVER LAW FIRM**
20 N Orange Avenue Suite 700
Orlando, FL 32801

Date(s) debt was incurred _

Last 4 digits of account number  **4035**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.3337**

Nonpriority creditor's name and mailing address

**GROSS & TELISMAN PA**
12805 Southwest 84th Avenue Road
Miami, FL 33156-6514

Date(s) debt was incurred _

Last 4 digits of account number  **6352**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.3338**

Nonpriority creditor's name and mailing address

**Gruber Law, P.L.L.C.**
2121 Ponce De Leon Boulevard Suite 732
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **8268**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.3339**

Nonpriority creditor's name and mailing address

**GRUENINGER LAW GROUP PA**
267 Minorca Avenue
Suite 100
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **4727**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.3340**

Nonpriority creditor's name and mailing address

**GRUMER & MACALUSO PA**
1 E Broward Boulevard Suite 1501
Ft Lauderdale, FL 33301-1844

Date(s) debt was incurred _

Last 4 digits of account number  **8467**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **LTGF Business Trust**

Name

Case number (if known) **2:23-bk-01538**

---

**3.334 1**

Nonpriority creditor's name and mailing address

**GRUNDER & PETTEWAY PA**
**23349 NW County Road 236**
**Suite 10**
**High Springs, FL 32643**

Date(s) debt was incurred _

Last 4 digits of account number **226**

As of the petition filing date, the claim is: *Check all that apply.*

$250.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334 2**

Nonpriority creditor's name and mailing address

**GUDRUN M NICKEL**
**P.O. Box 413005**
**Pmb 27**
**Naples, FL 34101-3005**

Date(s) debt was incurred _

Last 4 digits of account number **6691**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334 3**

Nonpriority creditor's name and mailing address

**GUIDO A AGUILERA PA**
**815 Ponce De Leon Boulevard Suite 200**
**Coral Gables, FL 33134-3071**

Date(s) debt was incurred _

Last 4 digits of account number **7959**

As of the petition filing date, the claim is: *Check all that apply.*

$250.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334 4**

Nonpriority creditor's name and mailing address

**GUILFORD GOLDSTEIN & FINE, P.A**
**2222 Ponce De Leon Boulevard**
**Coral Gables, FL 33134-5039**

Date(s) debt was incurred _

Last 4 digits of account number **7080**

As of the petition filing date, the claim is: *Check all that apply.*

$276.51

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334 5**

Nonpriority creditor's name and mailing address

**GUILLERMO PENA PA**
**1101 Brickell Avenue Suite 1801**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **6890**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334 6**

Nonpriority creditor's name and mailing address

**GUILLERMO PESANT**
**1313 Ponce De Leon Boulevard**
**Suite 301**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **8379**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.334.7**

**Nonpriority creditor's name and mailing address**
**GUJU LAW GROUP PA**
31564 US HWY 19 N
PALM HARBOR, FL 34684

Date(s) debt was incurred _

Last 4 digits of account number  **3873**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.334.8**

**Nonpriority creditor's name and mailing address**
**Gulf Title Company, L.L.C.**
2721 Gulf Breeze Parkway
Gulf Breeze, FL 32563

Date(s) debt was incurred _

Last 4 digits of account number  **5811**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.334.9**

**Nonpriority creditor's name and mailing address**
**GULLO & ASSOCIATES PA**
10859 US Highway 98 W Suite 4-227
Destin, FL 32550-7869

Date(s) debt was incurred _

Last 4 digits of account number  **6812**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.335.0**

**Nonpriority creditor's name and mailing address**
**GUNSTER YOAKLEY & STEWART PA**
777 S. Flagler Drive
Suite 500 E
West Palm Beach, FL 33401

Date(s) debt was incurred _

Last 4 digits of account number  **1106**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$127,586.74**

---

**3.335.1**

**Nonpriority creditor's name and mailing address**
**Gunster Yoakley & Stewart, P.A.**
One Biscayne Tower
S. Two Biscayne Boulevard, Suite 3400
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number  **1106**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.335.2**

**Nonpriority creditor's name and mailing address**
**Gurian Group, P.A.**
9415 SW 72 Street
Suite 256
Miami, FL 33173

Date(s) debt was incurred _

Last 4 digits of account number  **9374**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.335.3**

**Nonpriority creditor's name and mailing address**
**GUS EFTHIMIOU JR**
6640 Santona Street
Coral Gables, FL 33146

Date(s) debt was incurred _

Last 4 digits of account number  **1516**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.335 4**

**Nonpriority creditor's name and mailing address**
**GUS H CARRATT**
**111 SE 12th Street**
**Ft Lauderdale, FL 33316-2967**

Date(s) debt was incurred _

Last 4 digits of account number **6715**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.335 5**

**Nonpriority creditor's name and mailing address**
**GUS SUAREZ**
**5201 Blue Lagoon Drive Suite 270**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number **0439**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.335 6**

**Nonpriority creditor's name and mailing address**
**GUSTAFSON STEPHENS FERRIS**
**C/O John E Stephens Jr.**
**220 Southwest 32nd Street**
**Ft Lauderdale, FL 33315**

Date(s) debt was incurred _

Last 4 digits of account number **3349**

As of the petition filing date, the claim is: *Check all that apply.*    **$5,861.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.335 7**

**Nonpriority creditor's name and mailing address**
**GUSTAFSON TILTON HENNING**
**4901 N Federal Highway Suite 440**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number **2140**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.335 8**

**Nonpriority creditor's name and mailing address**
**GUSTAVO A FERNANDEZ PA**
**2696 Southwest 137th Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **8306**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.335 9**

**Nonpriority creditor's name and mailing address**
**GUSTAVO E MANITO**
**1914 Southwest 17th Avenue Suite 28**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number **6047**

As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**

---

| | |
|---|---|
| 3.336 0 | **Nonpriority creditor's name and mailing address** |

**GUSTAVO M DE RIBEAUX**
**4904 SW 72nd Avenue**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number **9096**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.336 1 | **Nonpriority creditor's name and mailing address** |

**GUSTAVO RODRIGUEZ PA**
**330 Minorca Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **2639**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.336 2 | **Nonpriority creditor's name and mailing address** |

**GUTIERREZ & ASSOCIATES**
**1401 Brickell Avenue**
**Suite 400**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **7425**

As of the petition filing date, the claim is: *Check all that apply.*    **$250.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.336 3 | **Nonpriority creditor's name and mailing address** |

**GUTTMAN & DEL VALLE PA**
**The Colonnade**
**2333 Ponce De Leon Boulevard Suite 650**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **0733**

As of the petition filing date, the claim is: *Check all that apply.*    **$50.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.336 4 | **Nonpriority creditor's name and mailing address** |

**GUY C HILL PA**
**3458 Southeast Dixie Highway**
**Stuart, FL 34997**

Date(s) debt was incurred _

Last 4 digits of account number **4485**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.336 5 | **Nonpriority creditor's name and mailing address** |

**GUY RABIDEAU ESQUIRE**
**440 Royal Palm Way**
**Suite 101**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number **6261**

As of the petition filing date, the claim is: *Check all that apply.*    **$75.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.336 6 | **Nonpriority creditor's name and mailing address** |

**GUY S EMERICH**
**99 Nesbitt Street**
**Punta Gorda, FL 33950**

Date(s) debt was incurred _

Last 4 digits of account number **5414**

As of the petition filing date, the claim is: *Check all that apply.*    **$8,710.33**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.336 7**

**Nonpriority creditor's name and mailing address**

**GUY T RIZZO**
**123 Wisteria Drive**
**Longwood, FL 32779-4950**

Date(s) debt was incurred _

Last 4 digits of account number  **6480**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.336 8**

**Nonpriority creditor's name and mailing address**

**GWEN D BLOOM PA**
**1180 Spring Centre S Boulevard Suite 310**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred _

Last 4 digits of account number  **2710**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.336 9**

**Nonpriority creditor's name and mailing address**

**H A ROSS PA**
**400 Madison Drive**
**Sarasota, FL 34236-1436**

Date(s) debt was incurred _

Last 4 digits of account number  **1327**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$827.19**

---

**3.337 0**

**Nonpriority creditor's name and mailing address**

**H ADAMS WEAVER JR**
**P.O. Box 3475**
**West Palm Beach, FL 33402-3475**

Date(s) debt was incurred _

Last 4 digits of account number  **0802**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$60.00**

---

**3.337 1**

**Nonpriority creditor's name and mailing address**

**H ALLAN TUCKER**
**5802 Tyler St.**
**Hollywood, FL 33021-6342**

Date(s) debt was incurred _

Last 4 digits of account number  **3916**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,874.31**

---

**3.337 2**

**Nonpriority creditor's name and mailing address**

**H CASSEDY SUMRALL JR**
**355 NE 5th Avenue**
**Suite 8**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number  **6376**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.337 3**

**Nonpriority creditor's name and mailing address**

**H CHARLES WOERNER JR**
**2001 S Ridgewood Avenue**
**South Daytona, FL 32119-2240**

Date(s) debt was incurred _

Last 4 digits of account number  **6645**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$225.00**

---

| | |
|---|---|
| Debtor | **LTGF Business Trust** |
| | Name |

Case number (*if known*)   **2:23-bk-01538**

---

**3.337**
**4**

**Nonpriority creditor's name and mailing address**

**H CLYDE HOBBY PA**
**5709 Tidalwave Drive**
**New Port Richey, FL 34652-3821**

Date(s) debt was incurred _

Last 4 digits of account number  **7219**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$175.00

---

**3.337**
**5**

**Nonpriority creditor's name and mailing address**

**H COLLINS FORMAN JR**
**888 S. Andrews Avenue**
**Suite 302**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **6786**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.337**
**6**

**Nonpriority creditor's name and mailing address**

**H CURTIS SKIPPER**
**5653 Main Street**
**New Port Richey, FL 34652-2635**

Date(s) debt was incurred _

Last 4 digits of account number  **6653**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.337**
**7**

**Nonpriority creditor's name and mailing address**

**H EDWARD DEAN JR**
**230 Northeast 25th Avenue**
**Ocala, FL 32670-7041**

Date(s) debt was incurred _

Last 4 digits of account number  **4660**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.337**
**8**

**Nonpriority creditor's name and mailing address**

**H EDWARD GARVIN**
**P.O. Box 358041**
**Gainesville, FL 32635-8041**

Date(s) debt was incurred _

Last 4 digits of account number  **0755**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.337**
**9**

**Nonpriority creditor's name and mailing address**

**H FRANK WINN JR**
**P.O. Box 150**
**Pensacola, FL 32591-0150**

Date(s) debt was incurred _

Last 4 digits of account number  **6743**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.338 0**

**Nonpriority creditor's name and mailing address**

**H GORDON BROWN**
**11063 N Desert Flower Drive**
**Tucson, AZ 85737-7052**

Date(s) debt was incurred _

Last 4 digits of account number **1872**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.338 1**

**Nonpriority creditor's name and mailing address**

**H H BASKIN JR**
**703 Court Street**
**Clearwater, FL 34616-5507**

Date(s) debt was incurred _

Last 4 digits of account number **3060**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.338 2**

**Nonpriority creditor's name and mailing address**

**H J FRAZIER**
**2420 Sea Island Drive**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **4651**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.338 3**

**Nonpriority creditor's name and mailing address**

**H JAMES PARKER**
**8204 Massachusetts Avenue**
**New Port Richey, FL 34653**

Date(s) debt was incurred _

Last 4 digits of account number **7507**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$13,615.77**

---

**3.338 4**

**Nonpriority creditor's name and mailing address**

**H JAMES STADELMAN**
**604 Courtland Street**
**Suite 131**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number **5515**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.338 5**

**Nonpriority creditor's name and mailing address**

**H L CLARK III**
**1901 Highway A1A**
**Indian Harbor Beach, FL 32937**

Date(s) debt was incurred _

Last 4 digits of account number **0894**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.338 6**

**Nonpriority creditor's name and mailing address**

**H MICHAEL EVANS PA**
**20668 W. Pennsylvania Avenue**
**Dunnellon, FL 34431-6717**

Date(s) debt was incurred _

Last 4 digits of account number **3189**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.338 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**H PAUL KING**
**1462 Live Oak Drive**
**Tallahassee, FL 32301-4953**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6916**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.338 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**H POPE HAMRICK JR**
**125 E Orange Avenue Suite 305**
**Daytona Beach, FL 32114-4420**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5318**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.338 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**H RICHARD BATES**
**P.O. Box 180902**
**Casselberry, FL 32718-0902**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1161**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.339 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**H ROBERT DOWD JR**
**P.O. Box 1450**
**Apopka, FL 32704-1450**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8470**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.339 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**H ROBERT KOLTNOW**
**7489 NW, 1st Manor**
**Plantation, FL 33317**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1636**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.339 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**H SCOTT MACBETH**
**7951 Southwest 6th Street Suite 200**
**Plantation, FL 33324**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3993**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.339 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**H TAYLOR WHITE**
**165 SW Fairview Avenue**
**Port St. Lucie, FL 34987**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5307**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**
_____

| 3.339 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**H VERNON DAVIDS**
**590 Tamiami Trail Suite 1**
**Port Charlotte, FL 33953**

Date(s) debt was incurred _

Last 4 digits of account number  **6347**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.339 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**H. RICHARD BISBEE, P.A.**
**1125 Waverly Road**
**Tallahassee, FL 32312-2849**

Date(s) debt was incurred _

Last 4 digits of account number  **7779**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.339 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**HA T DAO**
**Ha T Dao & Associates P.A.**
**1962 14th Avenue**
**Vero Beach, FL 32960**

Date(s) debt was incurred _

Last 4 digits of account number  **7031**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.339 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**HAAHR LAW GROUP PL**
**1015 7th Avenue N**
**St Petersburg, FL 33705**

Date(s) debt was incurred _

Last 4 digits of account number  **4297**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.339 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Haber Law, P.A.**
**251 NW 23rd Street**
**Miami, FL 33127**

Date(s) debt was incurred _

Last 4 digits of account number  **0566**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.339 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**HACKNEY MILLER**
**P.O. Box 30633**
**Palm Beach Gardens, FL 33420-0633**

Date(s) debt was incurred _

Last 4 digits of account number  **3677**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.340 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**HAGEN & HAGEN PA**
**3531 Griffin Road**
**Ft Lauderdale, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number  **8173**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|

**HAHN LOESER & PARKS LLP**
**800 LAUREL OAK DR STE 600**
**NAPLES, FL 34108**

Date(s) debt was incurred _

Last 4 digits of account number  **5840**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,406.60** |
|---|---|---|---|

**HAHN MCCLURG PA**
**P.O. Box 38**
**Lakeland, FL 33802-0038**

Date(s) debt was incurred _

Last 4 digits of account number  **1790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$175.00** |
|---|---|---|---|

**HAILE SHAW & PFAFFENBERGER PA**
**660 US Highway 1**
**3rd Floor**
**North Palm Beach, FL 33408-4606**

Date(s) debt was incurred _

Last 4 digits of account number  **8315**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$233.38** |
|---|---|---|---|

**HAIMAN L CLEIN**
**1740 Northwest 122nd Terrace**
**Pembroke Pines, FL 33026**

Date(s) debt was incurred _

Last 4 digits of account number  **5787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$175.00** |
|---|---|---|---|

**HAINES & D'ANGIO, CHARTERED**
**501 N. Federal Highway**
**Lake Park, FL 33403-3557**

Date(s) debt was incurred _

Last 4 digits of account number  **4239**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**Hal A. Airth**
**112 W. Howard Street**
**Live Oak, FL 32064**

Date(s) debt was incurred _

Last 4 digits of account number  **0871**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.340 7**

**Nonpriority creditor's name and mailing address**

**HAL SPENCE PA**
**221 N Causeway Suite A**
**New Smyrna Beach, FL 32169-5239**

Date(s) debt was incurred _

Last 4 digits of account number  **4456**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.340 8**

**Nonpriority creditor's name and mailing address**

**HALE R. STANCIL, P.A.**
**110 N.W. 2nd Ave., Suite 327**
**Ocala, FL 32670**

Date(s) debt was incurred _

Last 4 digits of account number  **6324**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.340 9**

**Nonpriority creditor's name and mailing address**

**HALE SWOPE & PAULSEN PA**
**935 Main Street Suite C-1**
**Safety Harbor, FL 34695**

Date(s) debt was incurred _

Last 4 digits of account number  **1986**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.341 0**

**Nonpriority creditor's name and mailing address**

**HALEY & ASSOCIATES PA**
**Attn: James T. Haley**
**300 Sevilla Avenue, Suite 210**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **6734**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.341 1**

**Nonpriority creditor's name and mailing address**

**HALEY & ASSOCIATES PA**
**One Financial Plaza**
**100 SE 3rd Avenue, Suite 1900**
**Ft Lauderdale, FL 33394**

Date(s) debt was incurred _

Last 4 digits of account number  **6734**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.341 2**

**Nonpriority creditor's name and mailing address**

**HALIM & PRATT LLC**
**733 W Colonial Drive**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number  **0548**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.341 3**

**Nonpriority creditor's name and mailing address**

**HALL & ANDERSON PA**
**1314 E Venice Avenue Suite E**
**Venice, FL 34285**

Date(s) debt was incurred _

Last 4 digits of account number  **8314**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.341 4**

**Nonpriority creditor's name and mailing address**
**Hall Keener, P.A.**
**9800 4th Street N**
**Suite 206**
**St Petersburg, FL 33702**

Date(s) debt was incurred _

Last 4 digits of account number  **0181**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$25.00**

---

**3.341 5**

**Nonpriority creditor's name and mailing address**
**HALPERN RODRIGUEZ LLP**
**355 Alhambra Circle**
**Suite 1101**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **6862**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$25.00**

---

**3.341 6**

**Nonpriority creditor's name and mailing address**
**Hamilton & Leonard, P.A.**
**218 Oakfield Drive**
**Brandon, FL 33511**

Date(s) debt was incurred _

Last 4 digits of account number  **7018**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$25.00**

---

**3.341 7**

**Nonpriority creditor's name and mailing address**
**Hamilton, Price & Marshall, P.A.**
**2400 Manatee Avenue W.**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number  **6459**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$50.00**

---

**3.341 8**

**Nonpriority creditor's name and mailing address**
**HAMPTON C PETERSON PA**
**1120 S Federal Highway Suite 4**
**Ft Lauderdale, FL 33316-1231**

Date(s) debt was incurred _

Last 4 digits of account number  **7371**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$100.00**

---

**3.341 9**

**Nonpriority creditor's name and mailing address**
**Hampton Law, PLLC**
**8931 Conference Drive**
**Suite 2**
**Ft. Myers, FL 33919**

Date(s) debt was incurred _

Last 4 digits of account number  **1037**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.342 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**HANENIAN LAW FIRM**
**64 Sarasota Center Boulevard**
**Sarasota, FL 34240**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0561**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.43 |
|---|---|---|---|

**HANK SCHMERER**
**630 S.W. 4th Avenue**
**Ft Lauderdale, FL 33315-1012**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7589**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**HANKIN & BEVERLY PA**
**305 Northeast 1st Street Suite 1**
**Gainesville, FL 32601-3300**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3614**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**HANKINS NORTHWOOD ROMAN**
**1800 N. Military Trail**
**Suite 120**
**Boca Raton, FL 33431**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6185**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

Harbor Title, Inc.
**Test 1000 Seminole Drive Suite 500**
**Ft Lauderdale, FL 33304**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6866**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**HARDIN & ASSOCIATES PA**
**P.O. Box 3604**
**Lakeland, FL 33802-3604**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7506**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**HARK BURKHALTER PL**
**2000 Glades Road**
**Suite 110**
**Boca Raton, FL 33431**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6281**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | LTGF Business Trust | Case number (if known) | 2:23-bk-01538 |
|---|---|---|---|
| | Name | | |

---

**3.3427**

**Nonpriority creditor's name and mailing address**
**HARLAN L PAUL**
**142 E New York Avenue**
**Deland, FL 32721**

Date(s) debt was incurred _

Last 4 digits of account number  **8144**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.3428**

**Nonpriority creditor's name and mailing address**
**HARLAN R DOMBER**
**3900 Clark Road**
**Suite L-1**
**Sarasota, FL 34233**

Date(s) debt was incurred _

Last 4 digits of account number  **3967**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.3429**

**Nonpriority creditor's name and mailing address**
**HARLESTON R WOOD**
**525 Northwest 7th Street**
**Dania Beach, FL 33004**

Date(s) debt was incurred _

Last 4 digits of account number  **5843**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.3430**

**Nonpriority creditor's name and mailing address**
**Harley J. Storrings PA**
**dba Storrings Law**
**3200 N. University Drive, Suite 203**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number  **9985**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.3431**

**Nonpriority creditor's name and mailing address**
**HAROLD A LASSMAN**
**1500 Sharon Drive**
**Deland, FL 32724-4647**

Date(s) debt was incurred _

Last 4 digits of account number  **2087**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.3432**

**Nonpriority creditor's name and mailing address**
**HAROLD B STEPHENS**
**349 Mountain Top Drive**
**Murphy, NC 28906-8703**

Date(s) debt was incurred _

Last 4 digits of account number  **3137**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

Debtor __LTGF Business Trust__
Name

Case number (if known) __2:23-bk-01538__

| | |
|---|---|
| 3.343 3 | **$100.00** |

**Nonpriority creditor's name and mailing address**
**HAROLD C GREENBERG**
**2103 Northwest 60th Circle**
**Boca Raton, FL 33496-2648**

Date(s) debt was incurred _

Last 4 digits of account number __5815__

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.343 4 | **$100.00** |

**Nonpriority creditor's name and mailing address**
**HAROLD C TAYLOR**
**9016 Seminole Boulevard**
**Seminole, FL 34642-3146**

Date(s) debt was incurred _

Last 4 digits of account number __1912__

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.343 5 | **$100.00** |

**Nonpriority creditor's name and mailing address**
**HAROLD D SMITH**
**701 E Commercial Boulevard Suite 100**
**Ft Lauderdale, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number __5075__

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.343 6 | **$25.00** |

**Nonpriority creditor's name and mailing address**
**HAROLD E REGAN**
**211 South Gadsden Street**
**Tallahassee, FL 32301**

Date(s) debt was incurred _

Last 4 digits of account number __5004__

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.343 7 | **$200.00** |

**Nonpriority creditor's name and mailing address**
**HAROLD F PEEK JR**
**P.O. Box 36**
**Valparaiso, FL 32580-0036**

Date(s) debt was incurred _

Last 4 digits of account number __5358__

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.343 8 | **$100.00** |

**Nonpriority creditor's name and mailing address**
**HAROLD GINSBERG**
**7633n La Corniche Circle**
**Boca Raton, FL 33433-6007**

Date(s) debt was incurred _

Last 4 digits of account number __3861__

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.343 9 | **$250.00** |

**Nonpriority creditor's name and mailing address**
**HAROLD H WEISMAN PA**
**4775 W Atlantic Avenue**
**Delray Beach, FL 33445**

Date(s) debt was incurred _

Last 4 digits of account number __6579__

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.3440**

**Nonpriority creditor's name and mailing address**

**HAROLD J TURK**
**3121 Kirk Street**
**Miami, FL 33133-3922**

Date(s) debt was incurred  _

Last 4 digits of account number  **7515**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.3441**

**Nonpriority creditor's name and mailing address**

**HAROLD L DOWNING**
**P.O. Drawer 7540**
**Maitland, FL 32751**

Date(s) debt was incurred  _

Last 4 digits of account number  **7514**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.3442**

**Nonpriority creditor's name and mailing address**

**HAROLD M BRAXTON**
**9132 Southwest 78th Pl**
**Miami, FL 33156**

Date(s) debt was incurred  _

Last 4 digits of account number  **4575**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.3443**

**Nonpriority creditor's name and mailing address**

**HAROLD M GARBER PA**
**P.O. Box 801622**
**Aventura, FL 33280**

Date(s) debt was incurred  _

Last 4 digits of account number  **7337**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.3444**

**Nonpriority creditor's name and mailing address**

**HAROLD M KNOWLES**
**3065 Highland Oaks Terrace**
**Tallahassee, FL 32301-3841**

Date(s) debt was incurred  _

Last 4 digits of account number  **6250**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.3445**

**Nonpriority creditor's name and mailing address**

**HAROLD M RIFAS**
**7900 Red Road Suite 9**
**South Miami, FL 33143-5522**

Date(s) debt was incurred  _

Last 4 digits of account number  **2827**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,402.57**

---

**3.3446**

**Nonpriority creditor's name and mailing address**

**HAROLD M STEVENS**
**P.O. Box 1440**
**Ft Myers, FL 33902**

Date(s) debt was incurred  _

Last 4 digits of account number  **6537**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.344 7**

**Nonpriority creditor's name and mailing address**

**HAROLD O MILLER**
Pmb 201
7350 S Tamiami Trail
Sarasota, FL 34231-7004

**Date(s) debt was incurred** _

**Last 4 digits of account number  8313**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.344 8**

**Nonpriority creditor's name and mailing address**

**HAROLD P. KRAVITZ**
7600 W. 20th Ave.
Suite 223
Hialeah, FL 33016-1821

**Date(s) debt was incurred** _

**Last 4 digits of account number  2672**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.344 9**

**Nonpriority creditor's name and mailing address**

**HAROLD R BUSCH PA**
8027 Abramshire Avenue
Dallas, TX 75231-4714

**Date(s) debt was incurred** _

**Last 4 digits of account number  6248**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.345 0**

**Nonpriority creditor's name and mailing address**

**HAROLD S ESKIN**
PO Box 07157
Ft. Myers, FL 33919

**Date(s) debt was incurred** _

**Last 4 digits of account number  5638**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.345 1**

**Nonpriority creditor's name and mailing address**

**HAROLD S RICHMOND**
P.O. Box 695
Quincy, FL 32351-0695

**Date(s) debt was incurred** _

**Last 4 digits of account number  7601**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.345 2**

**Nonpriority creditor's name and mailing address**

**HAROLD S SMITH II**
P.O. Box 1628
Bonita Springs, FL 33959

**Date(s) debt was incurred** _

**Last 4 digits of account number  1369**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|--------|--------|--------|
| | Name | | |

---

**3.345 3**

**Nonpriority creditor's name and mailing address**

**HAROLD SILVER**
**418 N Main Street**
**Gainesville, FL 32601-5329**

Date(s) debt was incurred _

Last 4 digits of account number  **5266**

As of the petition filing date, the claim is: *Check all that apply.*

**$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.345 4**

**Nonpriority creditor's name and mailing address**

**HAROLD V HICKEY**
**7800 Southwest 57th Avenue Suite 305**
**South Miami, FL 33143-5544**

Date(s) debt was incurred _

Last 4 digits of account number  **8969**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.345 5**

**Nonpriority creditor's name and mailing address**

**HAROLD W SCOVILL**
**1605 Main Street Suite 912**
**Sarasota, FL 34236-5847**

Date(s) debt was incurred _

Last 4 digits of account number  **4209**

As of the petition filing date, the claim is: *Check all that apply.*

**$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.345 6**

**Nonpriority creditor's name and mailing address**

**HAROLD WEISSMAN**
**1776 N Pine Island Road Suite 118**
**Plantation, FL 33322**

Date(s) debt was incurred _

Last 4 digits of account number  **4254**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.345 7**

**Nonpriority creditor's name and mailing address**

**HARPER & HARPER LAW FIRM PA**
**P.O. Box 10132**
**Tallahassee, FL 32302-2132**

Date(s) debt was incurred _

Last 4 digits of account number  **3895**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.345 8**

**Nonpriority creditor's name and mailing address**

**HARPER KYNES GELLER GREENLEAF**
**1253 Park Street**
**Suite 200**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number  **8089**

As of the petition filing date, the claim is: *Check all that apply.*

**$350.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.345 9**

**Nonpriority creditor's name and mailing address**

**Harper Law, P.A.**
**25 W Cedar Street**
**Suite 430**
**Pensacola, FL 32502**

Date(s) debt was incurred _

Last 4 digits of account number  **0589**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.346 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**HARPER MEYER PEREZ HAGEN**
**201 S. Biscayne Boulevard**
**Suite 800**
**Miami, FL 33131**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7324**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Harper Ogden, L.L.C.**
**350 Tangerine Avenue**
**Suite 6**
**Merritt Island, FL 32953**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0424**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**HARRELL WILTSHIRE SWEARINGEN**
**P.O. Drawer 1832**
**Pensacola, FL 32598-1832**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7090**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**HARRIETT & SPROULL PA**
**314 Saint Johns Avenue**
**Palatka, FL 32177**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0502**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**HARRINGTON LAW ASSOCIATES PLLC**
**dba Harrington Legal Alliance**
**311 Golf Road, #1200**
**West Palm Beach, FL 33407**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6272**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,699.64 |
|---|---|---|---|

**HARRIS BARRETT MANN & DEW**
**8077 38th Avenue N**
**St Petersburg, FL 33710-1029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6285**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

**3.346
6**

**Nonpriority creditor's name and mailing address**

**HARRIS CRAMER LLP
4867 PGA Boulevard
Palm Beach Gardens, FL 33418**

Date(s) debt was incurred _

Last 4 digits of account number **6518**

As of the petition filing date, the claim is: _Check all that apply._

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.346
7**

**Nonpriority creditor's name and mailing address**

**Harris Howard, P.A.
4755 Technology Way
Suite 104
Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **8820**

As of the petition filing date, the claim is: _Check all that apply._

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.346
8**

**Nonpriority creditor's name and mailing address**

**HARRIS MIDYETTE & DARBY PA
P.O. Box 24628
Lakeland, FL 33802-4628**

Date(s) debt was incurred _

Last 4 digits of account number **5440**

As of the petition filing date, the claim is: _Check all that apply._

$125.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.346
9**

**Nonpriority creditor's name and mailing address**

**HARRIS, WALLACE & HARDY, P.A.
P.O. Box 1606
Lakeland, FL 33802-1606**

Date(s) debt was incurred _

Last 4 digits of account number **5685**

As of the petition filing date, the claim is: _Check all that apply._

$5,028.24

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.347
0**

**Nonpriority creditor's name and mailing address**

**HARRISON HENDRICKSON &
P.O. Box 400
Bradenton, FL 34206-0400**

Date(s) debt was incurred _

Last 4 digits of account number **3119**

As of the petition filing date, the claim is: _Check all that apply._

$6,171.97

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.347
1**

**Nonpriority creditor's name and mailing address**

**HARRISON KIRKLAND PRATT
P.O. Box 400
Bradenton, FL 34206-0400**

Date(s) debt was incurred _

Last 4 digits of account number **7312**

As of the petition filing date, the claim is: _Check all that apply._

$625.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.347
2**

**Nonpriority creditor's name and mailing address**

**HARRISON RIVARD ZIMMERMAN
P.O. Box 12
Panama City, FL 32402**

Date(s) debt was incurred _

Last 4 digits of account number **6483**

As of the petition filing date, the claim is: _Check all that apply._

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.347 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**HARRISON SALE MCCLOY DUNCAN**
**304 Magnolia Avenue**
**Panama City, FL 32401**

Date(s) debt was incurred _
Last 4 digits of account number  **5802**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**HARRY A JOHNSTON II**
**P.O. Box 3475**
**West Palm Beach, FL 33402-3475**

Date(s) debt was incurred _
Last 4 digits of account number  **0247**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**HARRY A JONES**
**1901 S Harbor City Boulevard Suite 500**
**Melbourne, FL 32901**

Date(s) debt was incurred _
Last 4 digits of account number  **6410**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**HARRY A KOPPEL**
**1933 Colonial Drive**
**Coral Springs, FL 33071-4033**

Date(s) debt was incurred _
Last 4 digits of account number  **7800**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**HARRY A PAYTON**
**One Biscayne Tower Suite 1600**
**2 S Biscayne Boulevard**
**Miami, FL 33131**

Date(s) debt was incurred _
Last 4 digits of account number  **4251**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**HARRY B DONLEY**
**325 Cardinal Way**
**Stuart, FL 34996-2601**

Date(s) debt was incurred _
Last 4 digits of account number  **1016**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Harry B. Smith**
**3250 Mary Street**
**Suite 102**
**Coconut Grove, FL 33133**

Date(s) debt was incurred _
Last 4 digits of account number  **7184**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.348 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**HARRY BOEHME**
8519 S.W. 122nd Street
Miami, FL 33156-5123

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7664**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.348 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**HARRY E GEISSINGER III**
P.O. Box 2218
Palm Beach, FL 33480-2218

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3631**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.348 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**HARRY G REID III**
1120 W First Street Suite B
Sanford, FL 32771

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6708**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.348 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**HARRY H ROOT III**
903 Swann Avenue
Tampa, FL 33606

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5833**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.348 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**HARRY J CHADDERTON**
5210 Southwest 96th Avenue
Miami, FL 33165-6451

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **746**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.348 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**HARRY J KLAUSNER**
11595 Kelly Road Suite 314
Ft Myers, FL 33908

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7845**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.3486**

**Nonpriority creditor's name and mailing address**
**HARRY J ROSS**
**6100 Glades Road Suite 211**
**Boca Raton, FL 33434**

Date(s) debt was incurred _

Last 4 digits of account number **6635**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.3487**

**Nonpriority creditor's name and mailing address**
**HARRY M ROSEN**
**P.O. Box 1900**
**Ft Lauderdale, FL 33302**

Date(s) debt was incurred _

Last 4 digits of account number **2983**

As of the petition filing date, the claim is: *Check all that apply.*                  **$16,517.52**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.3488**

**Nonpriority creditor's name and mailing address**
**HARRY N LEMBECK**
**6085 Lake Forrest Drive Northwest Suite**
**Atlanta, GA 30328-3846**

Date(s) debt was incurred _

Last 4 digits of account number **7178**

As of the petition filing date, the claim is: *Check all that apply.*                   **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.3489**

**Nonpriority creditor's name and mailing address**
**HARRY S COLBURN JR**
**PO BOX 1865**
**ENGLEWOOD, FL 34295-1865**

Date(s) debt was incurred _

Last 4 digits of account number **0911**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.3490**

**Nonpriority creditor's name and mailing address**
**HARRY TEMPKINS**
**605 Lincoln Road**
**Suite 301**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number **5294**

As of the petition filing date, the claim is: *Check all that apply.*                   **$200.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.3491**

**Nonpriority creditor's name and mailing address**
**HARRY THOMAS HACKNEY**
**10115 Silver Bluff Drive**
**Leesburg, FL 34709-3672**

Date(s) debt was incurred _

Last 4 digits of account number **4927**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.3492**

**Nonpriority creditor's name and mailing address**
**HARRY W SPISAK**
**29900 Southwest 170th Avenue**
**Homestead, FL 33030**

Date(s) debt was incurred _

Last 4 digits of account number **7459**

As of the petition filing date, the claim is: *Check all that apply.*                   **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
| | Name | | | |

---

**3.349 3**

**Nonpriority creditor's name and mailing address**
**HART FULLER & SMITH PA**
P.O. Box 2120
Ocala, FL 32678

Date(s) debt was incurred _

Last 4 digits of account number  **6649**

**As of the petition filing date, the claim is:** *Check all that apply.*                        **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.349 4**

**Nonpriority creditor's name and mailing address**
**HARTER SECREST & EMERY LLP**
5811 Pelican Bay Boulevard Suite 600
Naples, FL 34108

Date(s) debt was incurred _

Last 4 digits of account number  **7645**

**As of the petition filing date, the claim is:** *Check all that apply.*                        **$525.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.349 5**

**Nonpriority creditor's name and mailing address**
**HARTLEY & WALL**
P.O. Box 2168
Orlando, FL 32802-2168

Date(s) debt was incurred _

Last 4 digits of account number  **8143**

**As of the petition filing date, the claim is:** *Check all that apply.*                        **$225.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.349 6**

**Nonpriority creditor's name and mailing address**
**HARTMAN CURTIN LAW FIRM**
P.O. Box 10910
Tallahassee, FL 32302

Date(s) debt was incurred _

Last 4 digits of account number  **4414**

**As of the petition filing date, the claim is:** *Check all that apply.*                        **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.349 7**

**Nonpriority creditor's name and mailing address**
**HARVEY A SCHONBRUN**
1802 N Morgan Street
Tampa, FL 33602-2328

Date(s) debt was incurred _

Last 4 digits of account number  **4428**

**As of the petition filing date, the claim is:** *Check all that apply.*                        **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.349 8**

**Nonpriority creditor's name and mailing address**
**HARVEY D FRIEDMAN**
3636 W Flagler Street
Miami, FL 33135-1030

Date(s) debt was incurred _

Last 4 digits of account number  **4434**

**As of the petition filing date, the claim is:** *Check all that apply.*                        **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.349 9**

**Nonpriority creditor's name and mailing address**
**HARVEY D ROGERS**
Courthouse Tower
44 W Flagler Street, Suite 1100
Miami, FL 33130

Date(s) debt was incurred _

Last 4 digits of account number  **5756**

**As of the petition filing date, the claim is:** *Check all that apply.*                        **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.350 0**

Nonpriority creditor's name and mailing address

**HARVEY D SOMMER**
**745 US 1 Suite 205**
**North Palm Beach, FL 33408**

Date(s) debt was incurred  _

Last 4 digits of account number  **4891**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.350 1**

Nonpriority creditor's name and mailing address

**HARVEY F GERBER JR**
**5362 W Yearling Drive**
**Beverly Hills, FL 34465**

Date(s) debt was incurred  _

Last 4 digits of account number  **2529**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.350 2**

Nonpriority creditor's name and mailing address

**HARVEY I REISEMAN**
**4000 Towerside Terrace Suite 1608**
**Miami, FL 33138**

Date(s) debt was incurred  _

Last 4 digits of account number  **3168**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$350.00**

---

**3.350 3**

Nonpriority creditor's name and mailing address

**HARVEY J KRUPP**
**6190 Northwest 98th Drive**
**Parkland, FL 33076-1822**

Date(s) debt was incurred  _

Last 4 digits of account number  **8729**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.350 4**

Nonpriority creditor's name and mailing address

**HARVEY K MATTEL**
**1314 SE 2nd Avenue**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred  _

Last 4 digits of account number  **6425**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.350 5**

Nonpriority creditor's name and mailing address

**HARVEY KOPELWITZ PA**
**7251 W Palmetto Park Road Suite 301**
**Boca Raton, FL 33433**

Date(s) debt was incurred  _

Last 4 digits of account number  **4673**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.350 6**

Nonpriority creditor's name and mailing address

**HARVEY L LASKY**
**5130 Southwest 72nd Road**
**Bushnell, FL 33513-9015**

Date(s) debt was incurred  _

Last 4 digits of account number  **7662**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,244.63**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

| 3.350 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00** |
|---|---|---|---|

**HARVEY L RUBINCHIK PA**
**1860 N. Pine Island Road**
**Suite 109**
**Plantation, FL 33322**

Date(s) debt was incurred _

Last 4 digits of account number **4956**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.350 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**HARVEY LASKY**
**5130 Southwest 72nd Road**
**Bushnell, FL 33513**

Date(s) debt was incurred _

Last 4 digits of account number **6649**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.350 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00** |
|---|---|---|---|

**HARVEY R SCHNEIDER PA**
**5301 N. Federal Highway**
**Suite 265**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number **6901**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.351 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**HARVEY RICHMAN**
**19643 E Perimeter Road**
**Athol, ID 83801-9801**

Date(s) debt was incurred _

Last 4 digits of account number **3464**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.351 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**HARVEY ROLLINGS**
**1633 Southeast 47th Terrace**
**Cape Coral, FL 33904-8731**

Date(s) debt was incurred _

Last 4 digits of account number **4376**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.351 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**HARVEY S LANGBERG**
**3800 Colorado Avenue Unit D**
**Boulder, CO 80303**

Date(s) debt was incurred _

Last 4 digits of account number **4820**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.351 3**

**Nonpriority creditor's name and mailing address**

**HARVEY SCHOLL**
**21346 St. Andrews Boulevard**
**Suite 105**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number  **6104**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.351 4**

**Nonpriority creditor's name and mailing address**

**HARVEY V DELZER**
**7920 US Highway 19**
**Port Richey, FL 34668-3404**

Date(s) debt was incurred _

Last 4 digits of account number  **7504**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$24,915.74**

---

**3.351 5**

**Nonpriority creditor's name and mailing address**

**HARVEY WADDELL & MONAHAN**
**101 North J Street**
**Lake Worth, FL 33460**

Date(s) debt was incurred _

Last 4 digits of account number  **5616**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.351 6**

**Nonpriority creditor's name and mailing address**

**HARVEY WADDELL MONAHAN**
**101 N J Street**
**Suite 1**
**Lake Worth, FL 33460**

Date(s) debt was incurred _

Last 4 digits of account number  **3103**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$5,733.64**

---

**3.351 7**

**Nonpriority creditor's name and mailing address**

**HARVIN & HARVIN LLP**
**900 E. Ocean Boulevard**
**Suite 210-B**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number  **8712**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.351 8**

**Nonpriority creditor's name and mailing address**

**HATCH & DOTY PA**
**1701 Highway A1A Suite 220**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number  **7491**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$2,629.15**

---

**3.351 9**

**Nonpriority creditor's name and mailing address**

**HAWKINS & GORDON PL**
**4755 SE Dixie Highway**
**Suite 302**
**Port Salerno, FL 34992**

Date(s) debt was incurred _

Last 4 digits of account number  **4155**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.352 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**HAWLOW C MIDDLETON PA**
**28334 Churchill Smith Lane**
**Mount Dora, FL 32757-9301**

Date(s) debt was incurred  _

Last 4 digits of account number  **5298**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.352 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**HAYGOOD & HARRIS LLC**
**701 Northpoint Parkway**
**Suite 209**
**West Palm Beach, FL 33407**

Date(s) debt was incurred  _

Last 4 digits of account number  **2255**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.352 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 |
|---|---|---|---|

**HAYSKAR WALKER SCHWERER**
**Renaissance Financial Center**
**130 S Indian River Drive, Suite 304**
**Fort Pierce, FL 34950**

Date(s) debt was incurred  _

Last 4 digits of account number  **4405**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.352 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**HAYT HAYT & LANDEAU**
**9350 S Dixie Highway Suite 1200**
**Miami, FL 33156**

Date(s) debt was incurred  _

Last 4 digits of account number  **4233**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.352 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**HAYWARD & GRANT PA**
**2121-G Killarney Way Suite G**
**Tallahassee, FL 32309**

Date(s) debt was incurred  _

Last 4 digits of account number  **5282**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.352 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**HAYWOOD M BALL**
**1912 Hamilton Street**
**Suite 205**
**Jacksonville, FL 32210**

Date(s) debt was incurred  _

Last 4 digits of account number  **8550**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.352 6**

**Nonpriority creditor's name and mailing address**

**HEAD MOSS & FULTON PA**
**1530 Business Center Drive**
**Suite 4**
**Fleming Island, FL 32003**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4960**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.352 7**

**Nonpriority creditor's name and mailing address**

**Heartland Law, P.L.L.C.**
**8660 College Parkway**
**Suite 230**
**Ft. Myers, FL 33919**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0569**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.352 8**

**Nonpriority creditor's name and mailing address**

**HEATHER ANN RUTECKI**
**100 Southeast 2nd Street 34th Floor**
**Miami, FL 33131**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0153**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.352 9**

**Nonpriority creditor's name and mailing address**

**HEATHER GILCHRIST**
**2375 Tamiami Trail N Suite 310**
**Naples, FL 34103**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2315**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.353 0**

**Nonpriority creditor's name and mailing address**

**HEATHER J SYKES**
**7777 Davie Road Ext Suite 300-A**
**Hollywood, FL 33024**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0417**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.353 1**

**Nonpriority creditor's name and mailing address**

**HECTOR E LORA**
**6450 Collins Avenue Suite 808**
**Miami Beach, FL 33141**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0626**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.353 2**

**Nonpriority creditor's name and mailing address**

**HECTOR FORMOSO-MURIAS**
**P.O. Box 310490**
**Miami, FL 33231**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6692**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.353 3**

**Nonpriority creditor's name and mailing address**

**HECTOR HERNANDEZ & ASSOCIATES**
**6262 Southwest 40th Street Suite 3-H**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number  **9802**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.353 4**

**Nonpriority creditor's name and mailing address**

**HECTOR J MIR**
**815 Ponce De Leon Boulevard**
**3rd Floor**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **9984**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.353 5**

**Nonpriority creditor's name and mailing address**

**HECTOR M DIAZ PA**
**3191 Coral Way Suite 1000**
**Miami, FL 33145-3218**

Date(s) debt was incurred _

Last 4 digits of account number  **1639**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.353 6**

**Nonpriority creditor's name and mailing address**

**HEIDI H UURANNIEMI PA**
**7634 NW 6th Avenue**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number  **6636**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.353 7**

**Nonpriority creditor's name and mailing address**

**HEIDI HORAK**
**20 18th Street S**
**St Petersburg, FL 33712**

Date(s) debt was incurred _

Last 4 digits of account number  **9088**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.353 8**

**Nonpriority creditor's name and mailing address**

**HEIDI M TAUSCHER**
**124 Tangelo Court**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number  **5251**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.353 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**HEIMBERG HEIMBERG RADER &**
**P.O. Box 810518**
**Boca Raton, FL 33481-0518**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4768**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |

**HEINRICH GORDON BATCHELDER**
**500 E Broward Boulevard 10th Floor**
**Ft Lauderdale, FL 33394-3002**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4245**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48.72 |

**HELAINE M BLUM**
**533 Green Spring Circle**
**Winter Springs, FL 32708**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7955**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**HELEN C COSTA**
**6843 Main Street Suite 302**
**Miami Lakes, FL 33014-2048**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2258**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**HELEN M ROPER**
**1384 Northwest 144 Avenue**
**Pembroke Pines, FL 33028**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7346**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,618.17 |

**HELEN MCAFEE**
**8922 Estate Drive**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **142**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**HELIO P. DE LA TORRE**
**201 Alhambra Circle, Suite 1102**
**Coral Gables, FL 33134-5105**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **285**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.354 6**

Nonpriority creditor's name and mailing address
**HELLER CHAMES & GARCIA PA**
**888 Brickell Avenue Suite 202**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **9143**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$100.00

---

**3.354 7**

Nonpriority creditor's name and mailing address
**HELLINGER & PENABAD PA**
**283 Catalonia Avenue**
**Suite 100**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **2346**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.354 8**

Nonpriority creditor's name and mailing address
**HENDERSON FRANKLIN STARNES &**
**P.O. Box 280**
**Ft Myers, FL 33902-0280**

Date(s) debt was incurred _

Last 4 digits of account number **200**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25,015.95

---

**3.354 9**

Nonpriority creditor's name and mailing address
**HENDERSON SACHS PA**
**7680 Universal Boulevard Suite 100**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number **4708**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.355 0**

Nonpriority creditor's name and mailing address
**HENDRY STONER & BROWN PA**
**604 Courtland Street**
**Suite 326**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number **3758**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$350.00

---

**3.355 1**

Nonpriority creditor's name and mailing address
**Hengesbach & Hengesbach, P.A.**
**5438 Spring Hill Drive**
**Spring Hill, FL 34606**

Date(s) debt was incurred _

Last 4 digits of account number **6759**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.355 2**

Nonpriority creditor's name and mailing address
**HENNESSEY LAW FIRM PA**
**620 Northeast 76th Street**
**Miami, FL 33138**

Date(s) debt was incurred _

Last 4 digits of account number **8619**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.355 3**

**Nonpriority creditor's name and mailing address**
**Henrietta Pace, Esquire**
**15155 NW 7 Avenue**
**Suite 1B**
**Miami, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number  **0389**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.355 4**

**Nonpriority creditor's name and mailing address**
**HENRY A KAMP**
**910 Collins Avenue**
**Miami Beach, FL 33139-5003**

Date(s) debt was incurred _

Last 4 digits of account number  **1857**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.355 5**

**Nonpriority creditor's name and mailing address**
**HENRY A LOPEZ-AGUIAR PA**
**7483 Coral Way**
**Suite 210**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number  **4242**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.355 6**

**Nonpriority creditor's name and mailing address**
**HENRY BUCHANAN MICK HUDSON**
**P.O. Box 14079**
**Tallahassee, FL 32317-4079**

Date(s) debt was incurred _

Last 4 digits of account number  **3952**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,930.43**

---

**3.355 7**

**Nonpriority creditor's name and mailing address**
**HENRY D PALOCI III**
**Paloci & Jones Chartered**
**6280 Lake Osprey Drive**
**Sarasota, FL 34240**

Date(s) debt was incurred _

Last 4 digits of account number  **2699**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.355 8**

**Nonpriority creditor's name and mailing address**
**HENRY E MARINES PA**
**8501 SW 124th Avenue**
**Suite 204-A**
**Miami, FL 33183**

Date(s) debt was incurred _

Last 4 digits of account number  **1597**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor __**LTGF Business Trust**_____  Case number (if known) __**2:23-bk-01538**__
                  Name

---

**3.355 9**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                $200.00
**HENRY J KULAKOWSKI JR**
**33801 US Highway 19 N**                          ■ Contingent
**Palm Harbor, FL 34684**                          ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred _
                                                   Basis for the claim:  __Member__
Last 4 digits of account number  __7948__
                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.356 0**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                $25.00
**HENRY J MARTOCCI**
**1678 Fiske Boulevard**                           ■ Contingent
**Rockledge, FL 32955-2535**                       ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred _
                                                   Basis for the claim:  __Member__
Last 4 digits of account number  __6039__
                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.356 1**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                $200.00
**HENRY J PROMINSKI**
**P.O. Box 540**                                   ■ Contingent
**Weirsdale, FL 32195-0540**                       ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred _
                                                   Basis for the claim:  __Member__
Last 4 digits of account number  __6283__
                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.356 2**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                $200.00
**HENRY J WHELCHEL**
**P.O. Box G**                                     ■ Contingent
**Blairstown, NJ 07825-0966**                      ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred _
                                                   Basis for the claim:  __Member__
Last 4 digits of account number  __4943__
                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.356 3**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                $200.00
**HENRY L KAYE**
**P.O. Box 6038**                                  ■ Contingent
**West Palm Beach, FL 33405-6038**                 ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred _
                                                   Basis for the claim:  __Member__
Last 4 digits of account number  __2978__
                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.356 4**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                $100.00
**HENRY LAFFER**
**6651 W. Woolbright Road**                         ■ Contingent
**Suite 126**                                      ☐ Unliquidated
**Boynton Beach, FL 33437**                        ☐ Disputed
Date(s) debt was incurred _
                                                   Basis for the claim:  __Member__
Last 4 digits of account number  __6339__
                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.356 5**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                $25.00
**HENRY M ANDREASEN JR**
**12811 Kenwood Lane Suite 113**                    ■ Contingent
**Ft Myers, FL 33907**                             ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred _
                                                   Basis for the claim:  __Member__
Last 4 digits of account number  __2383__
                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.3566**

**Nonpriority creditor's name and mailing address**

**HENRY NORTON**
**Biscayne Building**
**19 W Flagler Street Suite 1201**
**Miami, FL 33130-4428**

Date(s) debt was incurred _

Last 4 digits of account number **1683**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.3567**

**Nonpriority creditor's name and mailing address**

**HENRY P DUFFETT**
**120 E Granada Boulevard**
**Ormond Beach, FL 32176-6630**

Date(s) debt was incurred _

Last 4 digits of account number **5744**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$16,915.17**

---

**3.3568**

**Nonpriority creditor's name and mailing address**

**HENRY P TRAWICK PA**
**P.O. Box 4009**
**Sarasota, FL 34230-4019**

Date(s) debt was incurred _

Last 4 digits of account number **3020**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$7,139.47**

---

**3.3569**

**Nonpriority creditor's name and mailing address**

**HENRY PAUL JOHNSON**
**6640 Willow Park Drive**
**Naples, FL 34109-8916**

Date(s) debt was incurred _

Last 4 digits of account number **8041**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.3570**

**Nonpriority creditor's name and mailing address**

**HENRY R ENSLER**
**21698 Fall River Drive**
**Boca Raton, FL 33428-4818**

Date(s) debt was incurred _

Last 4 digits of account number **8458**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.3571**

**Nonpriority creditor's name and mailing address**

**HENRY T SORENSEN II**
**11013 Countryway Boulevard**
**Tampa, FL 33626-2628**

Date(s) debt was incurred _

Last 4 digits of account number **7393**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.3572**

**Nonpriority creditor's name and mailing address**

**HENRY T SWANN III**
**P.O. Box 4415**
**St Augustine, FL 32085**

Date(s) debt was incurred _

Last 4 digits of account number **0128**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.357 3**

**Nonpriority creditor's name and mailing address**

**HENRY W CLAR**
**P.O. Box 44-2134**
**Miami, FL 33144**

Date(s) debt was incurred _

Last 4 digits of account number  **2787**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$691.48**

---

**3.357 4**

**Nonpriority creditor's name and mailing address**

**HENRY W HICKS**
**601 S Fremont Avenue**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number  **6693**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.357 5**

**Nonpriority creditor's name and mailing address**

**Hensel, Bailey & Harris, P.A.**
**1320 Jersey Avenue**
**St. Cloud, FL 34769**

Date(s) debt was incurred _

Last 4 digits of account number  **0578**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.357 6**

**Nonpriority creditor's name and mailing address**

**HERBERT A FRIED**
**2524 E First Street**
**Ft Myers, FL 33901-2456**

Date(s) debt was incurred _

Last 4 digits of account number  **7295**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.357 7**

**Nonpriority creditor's name and mailing address**

**HERBERT B DELL**
**5001 S University Drive Suite J**
**Ft Lauderdale, FL 33328-4506**

Date(s) debt was incurred _

Last 4 digits of account number  **5962**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.357 8**

**Nonpriority creditor's name and mailing address**

**HERBERT B WILENSKY**
**9735 Northwest 52nd Street Suite 404**
**Miami, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number  **1454**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.357 9**

**Nonpriority creditor's name and mailing address**

**HERBERT BUCHWALD**
**P.O. Box 24649**
**Denver, CO 80224-0649**

Date(s) debt was incurred _

Last 4 digits of account number  **2967**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.358 0**

**Nonpriority creditor's name and mailing address**

**HERBERT ELLIOTT**
**1111 Riverside Drive**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred _

Last 4 digits of account number **6102**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.358 1**

**Nonpriority creditor's name and mailing address**

**HERBERT H KUNMANN**
**2380 Date Palm Road**
**Boca Raton, FL 33432-7920**

Date(s) debt was incurred _

Last 4 digits of account number **6523**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.358 2**

**Nonpriority creditor's name and mailing address**

**HERBERT H ROLNICK**
**9734 W Sample Road**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number **144**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.358 3**

**Nonpriority creditor's name and mailing address**

**HERBERT J BAUMANN JR**
**6200 Courtney Campel Causeway**
**Bayport Plaza Suite 1100**
**Tampa, FL 33607-5915**

Date(s) debt was incurred _

Last 4 digits of account number **414**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.358 4**

**Nonpriority creditor's name and mailing address**

**HERBERT J JONES**
**P.O. Box 787**
**Gainesville, FL 32602-0787**

Date(s) debt was incurred _

Last 4 digits of account number **3650**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$411.04**

---

**3.358 5**

**Nonpriority creditor's name and mailing address**

**HERBERT J TELLER**
**Rt 3 Box 417c**
**Spruce Pine, NC 28777-9803**

Date(s) debt was incurred _

Last 4 digits of account number **1127**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$706.73**

---

**3.358 6**

**Nonpriority creditor's name and mailing address**

**HERBERT P BENN**
**P.O. Box 6445**
**West Palm Beach, FL 33405-0445**

Date(s) debt was incurred _

Last 4 digits of account number **901**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$137.50**

---

Debtor  **LTGF Business Trust**
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.358 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**HERBERT W A THIELE**
**Leon County Courthouse Rm 202**
**301 S Monroe Street**
**Tallahassee, FL 32301-1856**

Date(s) debt was incurred _

Last 4 digits of account number  **7383**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**HERBERT W BIGGS**
**4201 Covey Circle**
**Naples, FL 34109-1523**

Date(s) debt was incurred _

Last 4 digits of account number  **4337**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**HERBERT W FISS JR**
**15310 Amberly Drive Suite 250**
**Tampa, FL 33647**

Date(s) debt was incurred _

Last 4 digits of account number  **1542**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**HERBERT WILLIAMS**
**1201 US Highway 1 Suite 415**
**North Palm Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number  **2150**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**HERBERT Z MARVIN**
**8100 Southwest 81st Drive Suite 276**
**Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number  **169**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**HERCE & HERCE**
**1710 E 7th Avenue**
**Tampa, FL 33605-3806**

Date(s) debt was incurred _

Last 4 digits of account number  **1666**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __**LTGF Business Trust**_____   Case number (if known) __**2:23-bk-01538**__
            Name

| 3.359<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**HERDMAN & SAKELLARIDES PA**
**29605 US Highway 19 N Suite 110**
**Clearwater, FL 33761**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __**Member**__

Last 4 digits of account number __**8426**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**HERMAN B. BLUMENTHAL III**
**9801 Seminole Blvd.**
**Seminole, FL 34642-2530**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __**Member**__

Last 4 digits of account number __**7332**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**HERMAN COHEN**
**622 Southwest First Street**
**Miami, FL 33130-1204**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __**Member**__

Last 4 digits of account number __**917**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**HERMAN S PAUL**
**4811 Atlantic Boulevard Suite 2**
**Jacksonville, FL 32207**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __**Member**__

Last 4 digits of account number __**5889**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$723.01** |

**HERMAN T. ISIS**
**P.O. Box 144567**
**Miami, FL 33114-4567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __**Member**__

Last 4 digits of account number __**897**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**HERNANDEZ & HICKS PA**
**8551 W. Sunrise Boulevard**
**Suite 305**
**Plantation, FL 33322**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __**Member**__

Last 4 digits of account number __**8293**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |

**HERNANDEZ LAW ASSOCIATES PL**
**680 E. 49th Street**
**Hialeah, FL 33013**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __**Member**__

Last 4 digits of account number __**5879**__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **LTGF Business Trust**

Case number (if known)  **2:23-bk-01538**

Name

---

**3.360 0**

**Nonpriority creditor's name and mailing address**
**Hernandez Law, P.L.**
**4810 SW 72nd Avenue**
**Miami, FL 33155**

Date(s) debt was incurred  _

Last 4 digits of account number  **8872**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.360 1**

**Nonpriority creditor's name and mailing address**
**HERSHOFF LUPINO & YAGEL LLP**
**88539 Overseas Highway**
**Tavernier, FL 33070**

Date(s) debt was incurred  _

Last 4 digits of account number  **6230**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$125.00

---

**3.360 2**

**Nonpriority creditor's name and mailing address**
**HERZFELD & RUBIN**
**801 Brickell Avenue Suite 1501**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **6726**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.360 3**

**Nonpriority creditor's name and mailing address**
**HERZFELD & RUBIN**
**7000 W Palmetto Park Road Suite 400**
**Boca Raton, FL 33433**

Date(s) debt was incurred  _

Last 4 digits of account number  **8798**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.360 4**

**Nonpriority creditor's name and mailing address**
**HETFELD & ASSOCIATES**
**12401 Orange Drive Suite 215**
**Davie, FL 33330**

Date(s) debt was incurred  _

Last 4 digits of account number  **1412**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.360 5**

**Nonpriority creditor's name and mailing address**
**HEWITT & SMILEY PA**
**10625 N. Military Trail**
**Suite 208**
**Palm Beach Gardens, FL 33410-6552**

Date(s) debt was incurred  _

Last 4 digits of account number  **0532**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.360 6**

**Nonpriority creditor's name and mailing address**
**Hewitt Law Firm, P.A.**
**2739 Oak Ridge Court Suite 203**
**Ft Myers, FL 33901**

Date(s) debt was incurred  _

Last 4 digits of account number  **9251**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

| 3.360 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**HICKEY & JONES**
**United States District Court**
**207 Northwest 2nd Street**
**Ocala, FL 34475-6666**

Date(s) debt was incurred _

Last 4 digits of account number **7774**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

| 3.360 8 |

**HICKS MOTTO & EHRLICH PA**
**Mellon Bank Building Suite 1050**
**1645 Palm Beach Lakes Boulevard**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **6302**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

| 3.360 9 |

**Hicks Whiteside, P.A.**
**1206 Beacon Hill Drive**
**Tampa, FL 33613-2001**

Date(s) debt was incurred _

Last 4 digits of account number **0691**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

| 3.361 0 |

**HIGER LICHTER & GIVNER**
**18305 Biscayne Boulevard Suite 302**
**Aventura, FL 33160-2172**

Date(s) debt was incurred _

Last 4 digits of account number **3048**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

| 3.361 1 |

**HIGGINS RIFKIN WOOD &**
**P.O. Box 509**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number **8407**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$12.50

---

| 3.361 2 |

**HIGLEY & BARFIELD**
**P.O. Box 151629**
**Altamonte Springs, FL 32715-1629**

Date(s) debt was incurred _

Last 4 digits of account number **6783**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.361
3**

**Nonpriority creditor's name and mailing address**

**HILARIO GONZALEZ II**
**1925 Brickell Avenue Suite D-301**
**Miami, FL 33129**

Date(s) debt was incurred _

Last 4 digits of account number **6464**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.361
4**

**Nonpriority creditor's name and mailing address**

**HILDA M PORRO**
**12012 S. Shore Boulevard**
**Suite 208**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number **6448**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.361
5**

**Nonpriority creditor's name and mailing address**

**Hileman Law, P.A.**
**601 N Congress Avenue**
**Suite 431**
**Delray Beach, FL 33445**

Date(s) debt was incurred _

Last 4 digits of account number **8353**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.361
6**

**Nonpriority creditor's name and mailing address**

**HILL BETTS & NASH LLP**
**601 Brickell Key Drive Suite 500**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **9010**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.361
7**

**Nonpriority creditor's name and mailing address**

**HILL WARD & HENDERSON PA**
**P.O. Box 2231**
**Tampa, FL 33601-2231**

Date(s) debt was incurred _

Last 4 digits of account number **3600**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.361
8**

**Nonpriority creditor's name and mailing address**

**HILLARY HARRISON GULDEN PA**
**220 Sunrise Avenue Suite 100a**
**Palm Beach, FL 33480-3871**

Date(s) debt was incurred _

Last 4 digits of account number **2074**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.361
9**

**Nonpriority creditor's name and mailing address**

**Hillcrest Title & Trust Agency, L.L.C.**
**10245 Centurion Parkway North**
**Sutie 310**
**Jacksonville, FL 32256**

Date(s) debt was incurred _

Last 4 digits of account number **8258**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.3620**

**Nonpriority creditor's name and mailing address**
**Hiller Law, P.A.**
**2655 S. Le Jeune Road PH-2C**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **0519**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.3621**

**Nonpriority creditor's name and mailing address**
**HILLEY & WYANT-CORTEZ PA**
**840 US Highway 1**
**Suite 345**
**North Palm Beach, FL 33408-3834**

Date(s) debt was incurred _

Last 4 digits of account number  **2361**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.3622**

**Nonpriority creditor's name and mailing address**
**HILTON HILTON KOLK & ROESCH**
**P.O. Box 59462**
**Panama City, FL 32412-0462**

Date(s) debt was incurred _

Last 4 digits of account number  **3545**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$425.00**

---

**3.3623**

**Nonpriority creditor's name and mailing address**
**HINES NORMAN HINES PL**
**315 S. Hyde Park Avenue**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number  **4341**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.3624**

**Nonpriority creditor's name and mailing address**
**HINMAN HOWARD & KATELL LLP**
**4600 N Ocean Boulevard Suite 206**
**Boynton Beach, FL 33435**

Date(s) debt was incurred _

Last 4 digits of account number  **0578**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.3625**

**Nonpriority creditor's name and mailing address**
**HINSHAW & CULBERTSON**
**2525 Ponce De Leon Boulevard**
**4th Floor**
**Miami, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **7470**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.3626**

Nonpriority creditor's name and mailing address
**HK Title Solutions, LLC**
**9800 4th Street N.**
**Suite 200**
**St. Petersburg, FL 33702**

Date(s) debt was incurred _
Last 4 digits of account number **0573**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.3627**

Nonpriority creditor's name and mailing address
**Hoagland Law, P.L.L.C.**
**P.O. Box 692514**
**Orlando, FL 32869**

Date(s) debt was incurred _
Last 4 digits of account number **7100**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.3628**

Nonpriority creditor's name and mailing address
**Hoatson Law Firm, P.A.**
**1059 Maitland Center Commons Boulevard**
**Maitland, FL 32751**

Date(s) debt was incurred _
Last 4 digits of account number **9115**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.3629**

Nonpriority creditor's name and mailing address
**HOBBS AND HOBBS PL**
**3818 W. Azeele Street**
**Tampa, FL 33609**

Date(s) debt was incurred _
Last 4 digits of account number **2644**

As of the petition filing date, the claim is: *Check all that apply.*

$250.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.3630**

Nonpriority creditor's name and mailing address
**HOBBY & HOBBY PA**
**109 N. Brush Street**
**Suite 250**
**Tampa, FL 33602**

Date(s) debt was incurred _
Last 4 digits of account number **8939**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.3631**

Nonpriority creditor's name and mailing address
**HOBBY & HOBBY PA**
**5709 Tidalwave Drive**
**New Port Richey, FL 34652**

Date(s) debt was incurred _
Last 4 digits of account number **8939**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.3632**

Nonpriority creditor's name and mailing address
**Hochman and Peppler, L.L.C.**
**3208 W State Road 426 Suite 2000**
**Oviedo, FL 32765**

Date(s) debt was incurred _
Last 4 digits of account number **6926**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.363 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50.00 |
| **HOCHSZTEIN & HARRISON-JOLLY PA** 3475 Sheridan Street Suite 209 Hollywood, FL 33021 | ■ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number __7587__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.363 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |
| **HODGSON RUSS ANDREWS WOODS** 222 Lakeview Avenue Suite 930 West Palm Beach, FL 33401 | ■ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number __5260__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.363 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $475.00 |
| **HODGSON RUSS LLP** 1801 N Military Trail Suite 200 Boca Raton, FL 33431 | ■ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number __5260__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.363 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |
| **Hoekstra Law Firm, P.A.** 722 W. Smith Street Orlando, FL 32804 | ■ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number __0603__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.363 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $300.00 |
| **HOFFMAN LARIN & AGNETTI PA** 909 N Miami Beach Boulevard Suite 201 North Miami Beach, FL 33162-3703 | ■ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number __7628__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.363 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |
| **Hoffman Larin & Agnetti, P.A.** 909 N Miami Beach Boulevard Suite 201 North Miami Beach, FL 33162 | ■ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number __9422__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.363 9**

**Nonpriority creditor's name and mailing address**

**HOFFMANN & HOFFMANN PA**
P.O. Box 214724
South Daytona, FL 32121-4724

Date(s) debt was incurred _

Last 4 digits of account number **2565**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.364 0**

**Nonpriority creditor's name and mailing address**

**HOGAN & HARTSON LLP**
Mellon Financial Center
1111 Brickell Avenue Suite 1900
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number **6686**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.364 1**

**Nonpriority creditor's name and mailing address**

**HOLBROOK AKEL COLD STIEFEL &**
1 Independent Drive
Suite 2301
Jacksonville, FL 32202

Date(s) debt was incurred _

Last 4 digits of account number **2902**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.364 2**

**Nonpriority creditor's name and mailing address**

**HOLCOMB & MAYTS PL**
3203 W Cypress Street
Tampa, FL 33607

Date(s) debt was incurred _

Last 4 digits of account number **3331**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.364 3**

**Nonpriority creditor's name and mailing address**

**HOLDEN CARPENTER ROSCOW &**
5608 NW 43rd Street
Gainesville, FL 32653

Date(s) debt was incurred _

Last 4 digits of account number **251**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.364 4**

**Nonpriority creditor's name and mailing address**

**HOLDEN RAPPENECKER AND**
2772 Northwest 43rd Street Suite S
Gainesville, FL 32606-7447

Date(s) debt was incurred _

Last 4 digits of account number **4984**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.364 5**

**Nonpriority creditor's name and mailing address**

**HOLLAND & KNIGHT LLP**
P.O. Box 32092
Lakeland, FL 33802-2092

Date(s) debt was incurred _

Last 4 digits of account number **214**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$27,716.06**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.364 6**

**Nonpriority creditor's name and mailing address**

**Holland & Knight, L.L.P.**
P.O. Box 1288
Tampa, FL 33601-1288

Date(s) debt was incurred _

Last 4 digits of account number **214**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.364 7**

**Nonpriority creditor's name and mailing address**

**HOLLAND STARLING SEVERS**
509 S Palm Avenue
Titusville, FL 32796-3537

Date(s) debt was incurred _

Last 4 digits of account number **553**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$295.00**

---

**3.364 8**

**Nonpriority creditor's name and mailing address**

**HOLLIS F RUSSELL**
450 Royal Palm Way
Palm Beach, FL 33480

Date(s) debt was incurred _

Last 4 digits of account number **1057**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.364 9**

**Nonpriority creditor's name and mailing address**

**HOLLY A HARMON**
Holly A. Harmon Chartered
6621 Willow Park Drive Suite 2
Naples, FL 34109

Date(s) debt was incurred _

Last 4 digits of account number **7418**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.365 0**

**Nonpriority creditor's name and mailing address**

**HOLLY A MANTLE**
625 Beachland Boulevard Suite 1
Vero Beach, FL 32963

Date(s) debt was incurred _

Last 4 digits of account number **2767**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.365 1**

**Nonpriority creditor's name and mailing address**

**HOLLY B CHERNOFF PA**
3033 Riviera Drive
Suite 103
Naples, FL 34103-2750

Date(s) debt was incurred _

Last 4 digits of account number **8337**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.365**
**2**

**Nonpriority creditor's name and mailing address**

**HOLLY COHEN**
**12700 Biscayne Boulevard**
**Suite 401**
**North Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number **3852**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.365**
**3**

**Nonpriority creditor's name and mailing address**

**HOLLY EAKIN MOODY**
**2900 E. Oakland Park Boulevard**
**2nd Floor**
**Ft Lauderdale, FL 33306-1804**

Date(s) debt was incurred _

Last 4 digits of account number **3949**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.365**
**4**

**Nonpriority creditor's name and mailing address**

**HOLLY G DORO PA**
**1516 Southeast 12th Street**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number **7555**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.365**
**5**

**Nonpriority creditor's name and mailing address**

**HOLLY G GERSHON**
**301 Crawford Boulevard**
**Suite 101**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number **7941**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.365**
**6**

**Nonpriority creditor's name and mailing address**

**HOLMAN COHEN & VALENCIA**
**2739 Hollywood Boulevard**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number **2004**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.365**
**7**

**Nonpriority creditor's name and mailing address**

**HOLTSINGER & QUINLAN**
**3611 Granada Street**
**Tampa, FL 33629-6917**

Date(s) debt was incurred _

Last 4 digits of account number **8394**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.365**
**8**

**Nonpriority creditor's name and mailing address**

**HOLTZMAN EQUELS PA**
**2601 S Bayshore Drive Suite 600**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **4280**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$150.00**

---

Debtor __LTGF Business Trust_____    Case number (if known)  __2:23-bk-01538__
           Name

---

| 3.365 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Home Owners Title, Inc.**
**350 N. Lake Destiny Road**
**Suite 106**
**Maitland, FL 32751**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __0177__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**HOMER & BONNER PA**
**1441 Brickell Avenue**
**Suite 1200**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __5877__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**HOMER BONNER & DELGADO PA**
**3400 Nationsbank Tower**
**100 Southeast 2nd Street**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __4694__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**HOMER H MARSHMAN JR**
**2631 S Flagler Drive**
**West Palm Beach, FL 33405**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __454__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**HON A JAY CRISTOL**
**4000 Towerside Terrace Apt 1002**
**Miami, FL 33138**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __2211__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**HON A LESTER LANGER**
**3300 Northwest 27th Avenue**
**Miami, FL 33142**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __7819__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **LTGF Business Trust**                                  Case number (if known)   **2:23-bk-01538**
_____
Name

| | |
|---|---|
| 3.366 5 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$200.00**

**HON ALLEN KORNBLUM**
**7901 Stanza Street**
**Boynton Beach, FL 33437-6607**

Date(s) debt was incurred _

Last 4 digits of account number  **5632**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| 3.366 6 |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$200.00**

**HON AMY STEELE DONNER**
**73 W Flagler Street Suite 303**
**Miami, FL 33130-1731**

Date(s) debt was incurred _

Last 4 digits of account number  **6497**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| 3.366 7 |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$100.00**

**HON BARRY J STONE**
**P.O. Box 3315**
**West Palm Beach, FL 33402-3315**

Date(s) debt was incurred _

Last 4 digits of account number  **3293**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| 3.366 8 |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$25.00**

**HON BURTON G CONNER**
**301 Northwest 5th Street**
**Okeechobee, FL 34972-2564**

Date(s) debt was incurred _

Last 4 digits of account number  **4595**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| 3.366 9 |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$100.00**

**HON CATHERINE M BRUNSON**
**Palm Beach County Courthouse**
**300 N Dixie Rm 308 M**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **7875**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| 3.367 0 |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$200.00**

**HON CHARLES A FRANCIS**
**P.O. Box 10551**
**Francis & Sweet**
**Tallahassee, FL 32302-2551**

Date(s) debt was incurred _

Last 4 digits of account number  **322**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| |
|---|
| 3.367 1 |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$200.00**

**HON CHARLES M HOLCOMB**
**Titusvillw Courthouse**
**506 Palm Avenue**
**Titusville, FL 32796**

Date(s) debt was incurred _

Last 4 digits of account number  **3556**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.367 2**

Nonpriority creditor's name and mailing address

**HON CRAIG C VILLANTI**
**5841 Main Street**
**New Port Richey, FL 34652**

Date(s) debt was incurred _

Last 4 digits of account number **6532**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$225.00**

---

**3.367 3**

Nonpriority creditor's name and mailing address

**HON DOUGLAS A WALLACE**
**P.O. Box 327**
**Lakeland, FL 33802-0327**

Date(s) debt was incurred _

Last 4 digits of account number **4873**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.367 4**

Nonpriority creditor's name and mailing address

**HON E RANDOLPH BENTLEY**
**3 Casa Loma Way**
**Lakeland, FL 33813-2806**

Date(s) debt was incurred _

Last 4 digits of account number **3269**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.367 5**

Nonpriority creditor's name and mailing address

**HON EDWARD H BERGSTROM**
**6711 Embassy Boulevard Apt 209**
**New Port Richey, FL 34668-4740**

Date(s) debt was incurred _

Last 4 digits of account number **3399**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.367 6**

Nonpriority creditor's name and mailing address

**HON GEORGE H PIERCE**
**P.O. Box 95**
**Earleton, FL 32631**

Date(s) debt was incurred _

Last 4 digits of account number **3669**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,242.19**

---

**3.367 7**

Nonpriority creditor's name and mailing address

**HON HUGH D HAYES**
**3301 E Tamiami Trail**
**Naples, FL 33962-4902**

Date(s) debt was incurred _

Last 4 digits of account number **5441**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.367 8**

Nonpriority creditor's name and mailing address

**HON J LEWIS HALL JR**
**P.O. Drawer 840**
**Tallahassee, FL 32302-0840**

Date(s) debt was incurred _

Last 4 digits of account number **127**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**
_____

---

| 3.367 9 | **Nonpriority creditor's name and mailing address**<br>**HON J PRESTON SILVERNAIL**<br>**The Moore Justice Center**<br>**2825 Judge Fran Jamieson Way**<br>**Viera, FL 32940**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **7047** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$200.00** |

| 3.368 0 | **Nonpriority creditor's name and mailing address**<br>**HON JAMES E C PERRY**<br>**P.O. Box 2248**<br>**Orlando, FL 32802**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **0098** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |

| 3.368 1 | **Nonpriority creditor's name and mailing address**<br>**HON JEFF J MCKIBBEN**<br>**P.O. Box 1748**<br>**Wauchula, FL 33873-1748**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **5397** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |

| 3.368 2 | **Nonpriority creditor's name and mailing address**<br>**HON JOHN F LAURENT**<br>**P.O. Box 1018**<br>**Bartow, FL 33830-1018**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **6869** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$200.00** |

| 3.368 3 | **Nonpriority creditor's name and mailing address**<br>**HON JOHN J MURPHY III**<br>**201 Southeast 6th Street**<br>**Ft Lauderdale, FL 33301**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **6742** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$200.00** |

| 3.368 4 | **Nonpriority creditor's name and mailing address**<br>**HON JOHNNY R HOBBS JR**<br>**P.O. Drawer 340**<br>**Starke, FL 32091-0938**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **8509** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.368 5**

**Nonpriority creditor's name and mailing address**

**HON JOSEPH M WILLIAMS**
**P.O. Box 394**
**Macclenny, FL 32063**

Date(s) debt was incurred  _

Last 4 digits of account number  **7422**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.368 6**

**Nonpriority creditor's name and mailing address**

**HON JUAN RAMIREZ JR**
**1351 Northwest 12th Street**
**Room 525-526**
**Miami, FL 33125-1644**

Date(s) debt was incurred  _

Last 4 digits of account number  **6726**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.368 7**

**Nonpriority creditor's name and mailing address**

**HON KENNETH R LESTER JR**
**Seminole County Courthouse**
**301 N Park Avenue**
**Sanford, FL 32771**

Date(s) debt was incurred  _

Last 4 digits of account number  **1801**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.368 8**

**Nonpriority creditor's name and mailing address**

**HON KENTON H HAYMANS**
**P.O. Box 1447**
**Punta Gorda, FL 33951-1447**

Date(s) debt was incurred  _

Last 4 digits of account number  **5410**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$10,953.85**

---

**3.368 9**

**Nonpriority creditor's name and mailing address**

**HON KIRBY SULLIVAN**
**P.O. Box 1557**
**Moore Haven, FL 33471-1557**

Date(s) debt was incurred  _

Last 4 digits of account number  **4857**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.369 0**

**Nonpriority creditor's name and mailing address**

**HON LAWRENCE J SEMENTO**
**P.O. Box 680**
**Eustis, FL 32727-0680**

Date(s) debt was incurred  _

Last 4 digits of account number  **8750**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.369 1**

**Nonpriority creditor's name and mailing address**

**HON LOUIS H SCHIFF**
**8142 N University Drive**
**Tamarac, FL 33321**

Date(s) debt was incurred  _

Last 4 digits of account number  **6970**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**
_____

| 3.369 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,286.76** |
|---|---|---|---|

**HON LYNN GERALD JR**
**Lee County Justice Center**
**1700 Monroe Street**
**Ft Myers, FL 33901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5718**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**HON MARC SCHUMACHER**
**13850 Southwest 77th Court**
**Miami, FL 33158-1103**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6026**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**HON MARCUS J EZELLE**
**412 W Orange Street Room A104**
**Wauchula, FL 33873**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7848**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**HON MARGARET T WALLER**
**P.O. Box 422103**
**Kissimmee, FL 34742-2103**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **235**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**HON NANCY F ALLEY**
**1108 Cardinal Creek Pl**
**Oviedo, FL 32765-8671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **0375**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**HON PAUL L BACKMAN**
**201 Southeast 6th Street Room 5790**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5185**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

**3.369 8**

**Nonpriority creditor's name and mailing address**
**HON PETER K SIEG**
**201 E University Avenue Room 303**
**Gainesville, FL 32604-5508**

Date(s) debt was incurred _

Last 4 digits of account number **5532**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.369 9**

**Nonpriority creditor's name and mailing address**
**HON PHILIP FOUGEROUSSE**
**P.O. Box 34027**
**Indialantic, FL 32903-1207**

Date(s) debt was incurred _

Last 4 digits of account number **3842**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.370 0**

**Nonpriority creditor's name and mailing address**
**HON R THOMAS CORBIN**
**P.O. Box 1470**
**N Ft Myers, FL 33902**

Date(s) debt was incurred _

Last 4 digits of account number **7036**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.370 1**

**Nonpriority creditor's name and mailing address**
**HON R TIMOTHY PETERS**
**P.O. Box 6316**
**Clearwater, FL 34618-6316**

Date(s) debt was incurred _

Last 4 digits of account number **7785**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$5,069.64**

---

**3.370 2**

**Nonpriority creditor's name and mailing address**
**HON RAYMOND J HARE**
**4440 Northeast 16th Terrace**
**Ft Lauderdale, FL 33334-5513**

Date(s) debt was incurred _

Last 4 digits of account number **793**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.370 3**

**Nonpriority creditor's name and mailing address**
**HON RICHARD TOMBRINK, JR**
**21042 Dandy Road**
**Brooksville, FL 34601-1636**

Date(s) debt was incurred _

Last 4 digits of account number **7622**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.370 4**

**Nonpriority creditor's name and mailing address**
**HON ROBERT J MORRIS JR**
**35 W Lemon Street**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred _

Last 4 digits of account number **4431**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

| | |
|---|---|
| **3.370 5** | |

**Nonpriority creditor's name and mailing address**

**HON ROBERT M MOORE**
P.O. Box 248
Pt St Joe, FL 32456-0248

Date(s) debt was incurred _

Last 4 digits of account number  **4158**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| | |
|---|---|
| **3.370 6** | |

**Nonpriority creditor's name and mailing address**

**HON ROBERT R PLAINES**
P.O. Box 547
Monticello, FL 32345

Date(s) debt was incurred _

Last 4 digits of account number  **2401**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.370 7** | |

**Nonpriority creditor's name and mailing address**

**HON ROBERT V PARKER**
18561 Misty Lake Drive
Jupiter, FL 33458

Date(s) debt was incurred _

Last 4 digits of account number  **3809**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| | |
|---|---|
| **3.370 8** | |

**Nonpriority creditor's name and mailing address**

**HON RUPERT JASEN SMITH**
1805 Mayflower Road
Ft Pierce, FL 34950-8144

Date(s) debt was incurred _

Last 4 digits of account number  **2438**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| | |
|---|---|
| **3.370 9** | |

**Nonpriority creditor's name and mailing address**

**HON RUSSELL A COLE JR**
911 N Hubbard
Bonifay, FL 32425-1702

Date(s) debt was incurred _

Last 4 digits of account number  **4890**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| | |
|---|---|
| **3.371 0** | |

**Nonpriority creditor's name and mailing address**

**HON SHARON B ATACK**
P.O. Box 1505
Flagler Beach, FL 32136-1505

Date(s) debt was incurred _

Last 4 digits of account number  **6082**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| | |
|---|---|
| **3.371 1** | |

**Nonpriority creditor's name and mailing address**

**HON TERRY T NEAL**
P.O. Box 490327
Leesburg, FL 34749-0327

Date(s) debt was incurred _

Last 4 digits of account number  **2418**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.371 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**HON THOMAS G FREEMAN**
P.O. Box 70
Altamonte Springs, FL 32715-0070

Date(s) debt was incurred _

Last 4 digits of account number  **4478**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.371 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,683.63 |
|---|---|---|---|

**HON THOMAS M GALLEN**
8720 11th Avenue Northwest
Bradenton, FL 34209-9673

Date(s) debt was incurred _

Last 4 digits of account number  **8236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.371 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,419.75 |
|---|---|---|---|

**HON VINCENT MURPHY**
3301 Tamiami Trail
Naples, FL 34112

Date(s) debt was incurred _

Last 4 digits of account number  **4415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.371 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**HON WAYNE L COBB**
16851 Almar Lane
Dade City, FL 33523

Date(s) debt was incurred _

Last 4 digits of account number  **3196**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.371 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**HON WILLIAM F STONE**
P.O. Box 2230
Ft Walton Beach, FL 32549-2230

Date(s) debt was incurred _

Last 4 digits of account number  **7861**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.371 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**HON WILLIAM J CASTAGNA**
611 N Florida Avenue Room 301
Tampa, FL 33602-4500

Date(s) debt was incurred _

Last 4 digits of account number  **573**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.371 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**HON WILLIAM L BLACKWELL**
Charlotte County Justice Center
350 E Marion Avenue
Punta Gorda, FL 33950

Date(s) debt was incurred _

Last 4 digits of account number  **6709**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number *(if known)* **2:23-bk-01538**

---

| 3.371 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**HON WILLIAM R SLAUGHTER**
**200 Ohio Avenue South**
**Live Oak, FL 32064**

Date(s) debt was incurred _

Last 4 digits of account number **8541**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.372 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**HON. DAVID L. REIMAN**
**55 W Main Street Rm 207**
**Lake Butler, FL 32054-1654**

Date(s) debt was incurred _

Last 4 digits of account number **406**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.372 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**HON. JERE E. LOBER**
**8105 S. Tropical Trail**
**Merritt Island, FL 32952-6714**

Date(s) debt was incurred _

Last 4 digits of account number **7660**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.372 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**HON. JOHN D. WESSEL**
**Palm Beach County Courthouse**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **4023**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.372 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**HON. JOHN E. FUTCH**
**1441 S.W. 42nd Road**
**Ocala, FL 32674-3402**

Date(s) debt was incurred _

Last 4 digits of account number **4728**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.372 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**HON. LEONARD FEINER**
**201 Southeast Sixth Street**
**Ft Lauderdale, FL 33301-3302**

Date(s) debt was incurred _

Last 4 digits of account number **6568**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
　　　Name

Case number (if known) **2:23-bk-01538**

---

**3.372
5**

**Nonpriority creditor's name and mailing address**

**HON. PATRICK G. KENNEDY**
**125 E. Orange Ave.**
**Room 204**
**Daytona Beach, FL 32114-4400**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4909**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.372
6**

**Nonpriority creditor's name and mailing address**

**HON. R. EARL COLLINS**
**P.O. Box 716**
**Wauchula, FL 33873-0716**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6434**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.372
7**

**Nonpriority creditor's name and mailing address**

**HON. R. GRABLE STOUTAMIRE**
**1259 S. Myrtle Avenue**
**Clearwater, FL 34616-3470**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7130**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$519.53**

---

**3.372
8**

**Nonpriority creditor's name and mailing address**

**HON. WALTER N. COLBATH, JR.**
**300 N. Dixie Highway Suite 444 I**
**West Palm Beach, FL 33401-4640**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3081**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.372
9**

**Nonpriority creditor's name and mailing address**

**HON. WILLIAM C. JOHNSON, JR.**
**2232 S. Halifax Drive**
**Daytona Beach, FL 32118-5310**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2646**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.373
0**

**Nonpriority creditor's name and mailing address**

**HONIG KAPLAN & SEGALL**
**Suite 409**
**1250 E Hallandale Beach Boulevard**
**Hallandale, FL 33009**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7840**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.373
1**

**Nonpriority creditor's name and mailing address**

**HONIGMAN MILLER SCHWARTZ &**
**2290 1st National Building**
**660 Woodward Avenue**
**Detroit, MI 48226-3583**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8241**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$450.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.373
2**

**Nonpriority creditor's name and mailing address**

**HONORABLE ARTHUR G WROBLE**
**7645 Clarke Road**
**West Palm Beach, FL 33406**

Date(s) debt was incurred _

Last 4 digits of account number  **1295**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.373
3**

**Nonpriority creditor's name and mailing address**

**HONORABLE BARBARA ARECES**
**10348 Northwest 46th Terrace**
**Doral, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number  **5231**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.373
4**

**Nonpriority creditor's name and mailing address**

**HONORABLE FREDERICK D SMITH**
**201 East University Avenue Rm 130**
**Alachua County Courthouse**
**Gainesville, FL 32601-5461**

Date(s) debt was incurred _

Last 4 digits of account number  **7752**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.373
5**

**Nonpriority creditor's name and mailing address**

**Hoonhout Law, Chartered**
**1219 S. East Avenue**
**Suite 202**
**Sarasota, FL 34239**

Date(s) debt was incurred _

Last 4 digits of account number  **0643**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.373
6**

**Nonpriority creditor's name and mailing address**

**HORACE D ROBUCK JR**
**610 E. Main Street**
**Leesburg, FL 34748-1357**

Date(s) debt was incurred _

Last 4 digits of account number  **0677**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$137.50

---

**3.373
7**

**Nonpriority creditor's name and mailing address**

**HORACE E BEACHAM JR**
**249 Peruvian Avenue**
**Palm Beach, FL 33480-6034**

Date(s) debt was incurred _

Last 4 digits of account number  **2777**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.373 8**

**Nonpriority creditor's name and mailing address**

**HORACE SMITH JR**
**P.O. Box 15200**
**Daytona Beach, FL 32115-5200**

Date(s) debt was incurred  _

Last 4 digits of account number  **3618**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.373 9**

**Nonpriority creditor's name and mailing address**

**HORACIO SOSA**
**1825 Main Street Suite 201**
**Weston, FL 33326**

Date(s) debt was incurred  _

Last 4 digits of account number  **9795**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.374 0**

**Nonpriority creditor's name and mailing address**

**HORAN & HORAN**
**608 Whitehead Street**
**Key West, FL 33040-6549**

Date(s) debt was incurred  _

Last 4 digits of account number  **191**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.374 1**

**Nonpriority creditor's name and mailing address**

**HOROWITZ & ROLNICK**
**6800 W Commercial Boulevard Suite 5**
**Ft Lauderdale, FL 33319-2149**

Date(s) debt was incurred  _

Last 4 digits of account number  **7621**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$167.55**

---

**3.374 2**

**Nonpriority creditor's name and mailing address**

**HORTON & POROUTAUD**
**900 W Highway 50**
**Clermont, FL 34711-2873**

Date(s) debt was incurred  _

Last 4 digits of account number  **9596**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.374 3**

**Nonpriority creditor's name and mailing address**

**HOSEY HERNANDEZ**
**2701 S Bayshore Drive Suite 602**
**Miami, FL 33133-5360**

Date(s) debt was incurred  _

Last 4 digits of account number  **7983**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.374 4**

**Nonpriority creditor's name and mailing address**

**HOSKINS & PENTON PA**
**2123 Northeast Coachman Road Suite B**
**Clearwater, FL 33765**

Date(s) debt was incurred  _

Last 4 digits of account number  **0460**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.374 5**

**Nonpriority creditor's name and mailing address**

**HOUSTON & SHAHADY PA**
**350 E Las Olas Boulevard Suite 1700**
**Ft Lauderdale, FL 33301-4217**

Date(s) debt was incurred _

Last 4 digits of account number  **8141**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.374 6**

**Nonpriority creditor's name and mailing address**

**HOWARD A CAPLAN**
**6260 Dupont Station Court Suite C**
**Jacksonville, FL 32217**

Date(s) debt was incurred _

Last 4 digits of account number  **5566**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.374 7**

**Nonpriority creditor's name and mailing address**

**HOWARD A KUSNICK PA**
**P.O. Box 25646**
**Tamarac, FL 33320**

Date(s) debt was incurred _

Last 4 digits of account number  **7736**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.374 8**

**Nonpriority creditor's name and mailing address**

**HOWARD A ROSE**
**20495 Northeast 34th Court**
**Miami, FL 33180-1655**

Date(s) debt was incurred _

Last 4 digits of account number  **4146**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.374 9**

**Nonpriority creditor's name and mailing address**

**HOWARD ALLEN COHEN**
**C/O Atkinson Diner Et Al**
**1946 Tyler Street**
**Hollywood, FL 33020-4517**

Date(s) debt was incurred _

Last 4 digits of account number  **6601**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.375 0**

**Nonpriority creditor's name and mailing address**

**HOWARD B EMORY**
**12880 Southwest 63rd Court**
**Pinecrest, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **4996**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.375**
**1**

**Nonpriority creditor's name and mailing address**

**HOWARD B NADEL**
**301 W. Hallandale Beach Boulevard**
**Hallandale Beach, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number **7286**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.375**
**2**

**Nonpriority creditor's name and mailing address**

**HOWARD B SENIOR III PA**
**9100 S Dadeland Boulevard Suite 1104**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **2966**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.375**
**3**

**Nonpriority creditor's name and mailing address**

**HOWARD C BATT**
**611 Druid Road E Suite 712**
**Druhill Professional Center**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number **7867**

As of the petition filing date, the claim is: *Check all that apply.*                    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.375**
**4**

**Nonpriority creditor's name and mailing address**

**HOWARD E ENRIQUE PA**
**1515 N. University Drive**
**Suite 118**
**Coral Springs, FL 33071**

Date(s) debt was incurred _

Last 4 digits of account number **7612**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.375**
**5**

**Nonpriority creditor's name and mailing address**

**HOWARD F SCOTT**
**2600 Douglas Road Suite 709**
**Coral Gables, FL 33134-6125**

Date(s) debt was incurred _

Last 4 digits of account number **8122**

As of the petition filing date, the claim is: *Check all that apply.*                    **$1.30**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.375**
**6**

**Nonpriority creditor's name and mailing address**

**HOWARD H BABB JR**
**19029 Lake Swatara**
**Eustis, FL 32726-7709**

Date(s) debt was incurred _

Last 4 digits of account number **4968**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.375**
**7**

**Nonpriority creditor's name and mailing address**

**HOWARD J FALCON III**
**7872 Quida Drive**
**West Palm Beach, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number **9157**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __LTGF Business Trust__
        Name

Case number (*if known*)  __2:23-bk-01538__

---

| 3.375 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**HOWARD J SCHUMACHER**
**One E Broward Boulevard Suite 700**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred  _

Last 4 digits of account number  __7791__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.375 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.43 |
|---|---|---|---|

**HOWARD J SPIEGEL**
**P.O. Box 836085**
**Miami, FL 33283-6085**

Date(s) debt was incurred  _

Last 4 digits of account number  __579__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**HOWARD K COATES JR PA**
**P.O. Box 1192**
**Loxahatchee, FL 33470**

Date(s) debt was incurred  _

Last 4 digits of account number  __9014__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**HOWARD L CAUVEL**
**233 E Rich Avenue**
**Deland, FL 32724-4357**

Date(s) debt was incurred  _

Last 4 digits of account number  __5100__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**HOWARD L KUKER**
**9200 S Dadeland Boulevard**
**Suite 508**
**Miami, FL 33156-2703**

Date(s) debt was incurred  _

Last 4 digits of account number  __272__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179.63 |
|---|---|---|---|

**HOWARD L MAYES JR**
**P.O. Box 5636**
**Titusville, FL 32783-5636**

Date(s) debt was incurred  _

Last 4 digits of account number  __2610__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

**3.376 4**

**Nonpriority creditor's name and mailing address**

**HOWARD MARK FURMAN**
**2645 Executive Park Drive Suite 143**
**Weston, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number  **8452**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.376 5**

**Nonpriority creditor's name and mailing address**

**HOWARD O MORRIS JR**
**732 John Barry Drive**
**Byrn Mawr, PA 19019**

Date(s) debt was incurred _

Last 4 digits of account number  **6685**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.376 6**

**Nonpriority creditor's name and mailing address**

**HOWARD P GARMAN JR**
**2400 Southwest 86th Avenue**
**Davie, FL 33324-5758**

Date(s) debt was incurred _

Last 4 digits of account number  **1491**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.376 7**

**Nonpriority creditor's name and mailing address**

**HOWARD P RIVES III**
**1265 S. Myrtle Avenue**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number  **240**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.376 8**

**Nonpriority creditor's name and mailing address**

**HOWARD S GAINES**
**2855 University Drive Suite 230**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number  **9891**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.376 9**

**Nonpriority creditor's name and mailing address**

**HOWARD S MILLER**
**10000 Stirling Road**
**Suite 1**
**Cooper City, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number  **6411**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.377 0**

**Nonpriority creditor's name and mailing address**

**HOWARD S TOLAND**
**One Southeast Third Avenue Suite 2200**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **8446**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.377 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **HOWARD SCHEINER PA**<br>**204 Northeast 16th Terrace**<br>**Ft Lauderdale, FL 33301-3819** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **8149** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.377 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **HOWARD SCHWARTZ**<br>**7781 Northwest Beacon Square Boulevard S**<br>**Boca Raton, FL 33787** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **8532** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.377 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **HOWARD T SUTTER**<br>**104 Crandon Boulevard Suite 309**<br>**Miami, FL 33149-1542** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **278** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.377 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **HOWARD T. HOGAN, JR.**<br>**P.O. Box 447**<br>**Locust Valley, NY 11560-0447** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **3922** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.377 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **HOWARD W DIXON**<br>**11 Island Avenue Suite 1712**<br>**Miami, FL 33139-1338** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **1570** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.377 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **HOWARD W MAZLOFF**<br>**9200 S. Dadeland Boulevard**<br>**Suite 420**<br>**Miami, FL 33156** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **7896** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.377 7**

**Nonpriority creditor's name and mailing address**

**HOWELL & THORNHILL**
**P.O. Box 1499**
**Winter Haven, FL 33882-1499**

Date(s) debt was incurred _

Last 4 digits of account number  **3617**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.377 8**

**Nonpriority creditor's name and mailing address**

**HOZA & LIMBERIS**
**2600 9th Street N**
**St Petersburg, FL 33704-2744**

Date(s) debt was incurred _

Last 4 digits of account number  **0533**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.377 9**

**Nonpriority creditor's name and mailing address**

**Huber Law Group, PL**
**17231 Camelot Court**
**Land O Lakes, FL 34638**

Date(s) debt was incurred _

Last 4 digits of account number  **0692**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.378 0**

**Nonpriority creditor's name and mailing address**

**HUBERT C NORMILE JR**
**P.O. Box 1870**
**Melbourne, FL 32902-1870**

Date(s) debt was incurred _

Last 4 digits of account number  **0548**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$41.68**

---

**3.378 1**

**Nonpriority creditor's name and mailing address**

**Hudson & Calleja, L.L.C.**
**355 Alhambra Circle**
**Suite 801**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **7337**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.378 2**

**Nonpriority creditor's name and mailing address**

**HUGH A DAVIS II**
**610 E Main Street**
**Leesburg, FL 34748-5316**

Date(s) debt was incurred _

Last 4 digits of account number  **7092**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.378 3**

**Nonpriority creditor's name and mailing address**

**HUGH C FERRELL**
**4924 Hidden Oaks Trail**
**Sarasota, FL 34232-3040**

Date(s) debt was incurred _

Last 4 digits of account number  **5984**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.378 4**

Nonpriority creditor's name and mailing address

**HUGH D FISH JR**
**P.O. Box 531**
**Macclenny, FL 32063**

Date(s) debt was incurred _

Last 4 digits of account number  **9935**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.378 5**

Nonpriority creditor's name and mailing address

**HUGH F CULVERHOUSE JR PA**
**Suite 3599 One Biscayne Tower**
**2 S Biscayne Boulevard**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **6843**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.378 6**

Nonpriority creditor's name and mailing address

**HUGH M PALMER PA**
**P.O. Box 2187**
**Winter Park, FL 32790-2187**

Date(s) debt was incurred _

Last 4 digits of account number  **6369**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$350.00**

---

**3.378 7**

Nonpriority creditor's name and mailing address

**HUGHES & LANE PA**
**4190 Belfort Road Suite 351**
**Jacksonville, FL 32216**

Date(s) debt was incurred _

Last 4 digits of account number  **2236**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.378 8**

Nonpriority creditor's name and mailing address

**HUGHES HUBBARD & REED**
**201 S Biscayne Boulevard Suite 2500**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **6981**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$332.61**

---

**3.378 9**

Nonpriority creditor's name and mailing address

**HUGO C EDBERG**
**4307 W Roland Street**
**Tampa, FL 33609-3870**

Date(s) debt was incurred _

Last 4 digits of account number  **0933**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$8,489.34**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.3790**

**Nonpriority creditor's name and mailing address**

**HUGO ENRIQUE DORTA**
Hugo E. Dorta P.A.
1221 Birckell Avenue Suite 2650
Miami, FL 33131

**Date(s) debt was incurred** _

**Last 4 digits of account number  7252**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3791**

**Nonpriority creditor's name and mailing address**

**HULME & CHAPMAN PA**
1061 E Indiantown Road Suite 400
Jupiter, FL 33477

**Date(s) debt was incurred** _

**Last 4 digits of account number  3935**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3792**

**Nonpriority creditor's name and mailing address**

**HUMBERTO H OCARIZ**
201 S Biscayne Boulevard Suite 2400
Miami, FL 33131

**Date(s) debt was incurred** _

**Last 4 digits of account number  1525**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3793**

**Nonpriority creditor's name and mailing address**

**HUMBERTO HERNANDEZ JR**
The Douglas Entrance
800 Douglas Road Suite 315
Coral Gables, FL 33134

**Date(s) debt was incurred** _

**Last 4 digits of account number  7503**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3794**

**Nonpriority creditor's name and mailing address**

**HUNT & GROSS PA**
490 E. Palmetto Park Road
Suite 101
Boca Raton, FL 33432

**Date(s) debt was incurred** _

**Last 4 digits of account number  8027**

As of the petition filing date, the claim is: *Check all that apply.*

$300.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3795**

**Nonpriority creditor's name and mailing address**

**HUNT & SMITH LAW FIRM PA**
225 E. Park Avenue
Lake Wales, FL 33853

**Date(s) debt was incurred** _

**Last 4 digits of account number  538**

As of the petition filing date, the claim is: *Check all that apply.*

$5,630.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3796**

**Nonpriority creditor's name and mailing address**

**Hunt Law Firm, P.A.**
601 S. 9th Street
Leesburg, FL 34748

**Date(s) debt was incurred** _

**Last 4 digits of account number  7288**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.379 7**

**Nonpriority creditor's name and mailing address**

**HUNTER & HUNTER PA**
**1930 Tyler Street**
**Hollywood, FL 33020-4517**

Date(s) debt was incurred _

Last 4 digits of account number  **2107**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.379 8**

**Nonpriority creditor's name and mailing address**

**HUNTER & MARCHMAN PA**
**P.O. Box 340**
**Winter Park, FL 32790-0340**

Date(s) debt was incurred _

Last 4 digits of account number  **2418**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,566.66**

---

**3.379 9**

**Nonpriority creditor's name and mailing address**

**Hunter Taubman Fischer & Li, L.L.C.**
**2 Alhambra Plaza**
**Suite 650**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **0287**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.380 0**

**Nonpriority creditor's name and mailing address**

**HUNTON & WILLIAMS**
**Mellon United National Building**
**1111 Brickell Avenue Suite 2500**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **5368**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.380 1**

**Nonpriority creditor's name and mailing address**

**HURD HORVATH & ROSS PA**
**8295 N. Military Trail**
**Suite A**
**Palm Beach Gardens, FL 33410-6397**

Date(s) debt was incurred _

Last 4 digits of account number  **6695**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.380 2**

**Nonpriority creditor's name and mailing address**

**HUTCHISON MAMELE & COOVER PA**
**3391 Eaglewoods Trail**
**Sanford, FL 32773**

Date(s) debt was incurred _

Last 4 digits of account number  **8582**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor    **LTGF Business Trust**                                              Case number (if known)    **2:23-bk-01538**
_____
Name

---

| 3.380 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**HUTNER LAW FIRM PLLC**
**3191 Coral Way Suite 504**
**Miami, FL 33145-3227**

Date(s) debt was incurred  _

Last 4 digits of account number  **2886**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**HYATT M FRIED**
**2630 Hollywood Boulevard Suite 101**
**Hollywood, FL 33020**

Date(s) debt was incurred  _

Last 4 digits of account number  **4329**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**HYMAN SPECTOR & MARS LLP**
**150 W Flagler Street Suite 2701**
**Miami, FL 33130-6800**

Date(s) debt was incurred  _

Last 4 digits of account number  **4791**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Ian A. Brown, P.L.**
**1016 Lasalle Street**
**1st Floor**
**Jacksonville, FL 32207**

Date(s) debt was incurred  _

Last 4 digits of account number  **9567**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**IAN S FRIEDLANDER**
**283 W Greys Road**
**Oro Valley, AR 85737**

Date(s) debt was incurred  _

Last 4 digits of account number  **7799**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,468.93 |
|---|---|---|---|

**ICARD MERRILL CULLIS TIMM**
**Attn: Karen Stershic**
**P.O. Drawer 4195**
**Sarasota, FL 34230-4195**

Date(s) debt was incurred  _

Last 4 digits of account number  **1123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**ICARDI & ICARDI PA**
**931 Pace Avenue**
**Maitland, FL 32751**

Date(s) debt was incurred  _

Last 4 digits of account number  **1525**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**LTGF Business Trust**_____     Case number (if known) __**2:23-bk-01538**__
       Name

| | |
|---|---|
| **3.3810** **Nonpriority creditor's name and mailing address** | **$25.00** |

**IGAL KNOBLER**
**C/O Wood Partners**
**300 Garfield Avenue Suite B**
**Winter Park, FL 32789**

Date(s) debt was incurred  _

Last 4 digits of account number  **1706**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Member**__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.3811** **Nonpriority creditor's name and mailing address** | **$25.00** |

**IGLER & DOUGHERTY PA**
**1211 Orange Avenue**
**Winter Park, FL 32789**

Date(s) debt was incurred  _

Last 4 digits of account number  **2634**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Member**__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.3812** **Nonpriority creditor's name and mailing address** | **$25.00** |

**IGNACIO E ARANGO**
**201 Alhambra Circle Suite 500**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **5353**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Member**__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.3813** **Nonpriority creditor's name and mailing address** | **$114.16** |

**IGNACIO G DEL VALLE**
**201 S Biscayne Boulevard Suite 3400**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **0899**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Member**__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.3814** **Nonpriority creditor's name and mailing address** | **$25.00** |

**IGNACIO G ZULUETA**
**6340 Sunset Drive**
**Miami, FL 33143-4836**

Date(s) debt was incurred  _

Last 4 digits of account number  **6480**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Member**__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.3815** **Nonpriority creditor's name and mailing address** | **$25.00** |

**IGNACIO J SEGUROLA PA**
**2800 Ponce De Leon Boulevard Suite 1160**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **9573**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Member**__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.381
6**

**Nonpriority creditor's name and mailing address**

**IGNACIO SIBERIO
1739 Southwest 12th Avenue
Miami, FL 33129**

Date(s) debt was incurred _

Last 4 digits of account number **5334**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.381
7**

**Nonpriority creditor's name and mailing address**

**IL YOUNG CHOI
1925 Brickell Avenue Suite D205-206
Miami, FL 33129**

Date(s) debt was incurred _

Last 4 digits of account number **6052**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.381
8**

**Nonpriority creditor's name and mailing address**

**ILANA GREEN KELLNER PA
13518 Carrick Green Court
Delray Beach, FL 33446**

Date(s) debt was incurred _

Last 4 digits of account number **4350**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.381
9**

**Nonpriority creditor's name and mailing address**

**ILEANA E GARCIA
848 Brickell Key Drive Apt 3406
Miami, FL 33131-3706**

Date(s) debt was incurred _

Last 4 digits of account number **5825**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.382
0**

**Nonpriority creditor's name and mailing address**

**ILEANA M GARCIA
9425 Sunset Drive
Suite 251
Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number **8636**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.382
1**

**Nonpriority creditor's name and mailing address**

**ILEANA RUIZ ZAPICO
9700 South Dixie Highway, Suite 660
Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **5715**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.382
2**

**Nonpriority creditor's name and mailing address**

**ILENE TEMCHIN
10 Prospect Drive
Coral Gables, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **8212**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.382 3**

**Nonpriority creditor's name and mailing address**
**Ilene Temchin, Esquire**
**5414 W Park Road**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **8212**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.382 4**

**Nonpriority creditor's name and mailing address**
**ILONA-ANNE WISS PA**
**1000 Lincoln Road**
**Suite 208**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number **3380**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.382 5**

**Nonpriority creditor's name and mailing address**
**Ilya Torchinsky, P.A.**
**10800 Biscayne Boulevard**
**Suite 700**
**Miami, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number **7494**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.382 6**

**Nonpriority creditor's name and mailing address**
**IMANI BOYKIN PA**
**644 Cesery Boulevard Suite 340**
**Jacksonville, FL 32211-3108**

Date(s) debt was incurred _

Last 4 digits of account number **5393**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.382 7**

**Nonpriority creditor's name and mailing address**
**IMOGENE M SYNON**
**420 Fleming Street**
**Key West, FL 33040-6537**

Date(s) debt was incurred _

Last 4 digits of account number **420**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.382 8**

**Nonpriority creditor's name and mailing address**
**INAKI SAIZARBITORIA ESQ**
**dba Saizarbitoria Law**
**21 SW 15th Road, Suite 200**
**Miami, FL 33129**

Date(s) debt was incurred _

Last 4 digits of account number **3661**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.3829**

**Nonpriority creditor's name and mailing address**
**INFANTINO & BERMAN**
**P.O. Drawer 30**
**Winter Park, FL 32790-0030**

Date(s) debt was incurred _

Last 4 digits of account number  **5106**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.3830**

**Nonpriority creditor's name and mailing address**
**INGA G FAHS-GIELISSE**
**2709-4 Killarney Way**
**Tallahassee, FL 32308-3224**

Date(s) debt was incurred _

Last 4 digits of account number  **5367**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.3831**

**Nonpriority creditor's name and mailing address**
**Inlet Title, L.L.C.**
**6650 W. Indiantown Road**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number  **0442**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.3832**

**Nonpriority creditor's name and mailing address**
**Innes Law Firm, PL**
**P.O. Box 916894**
**Longwood, FL 32791**

Date(s) debt was incurred _

Last 4 digits of account number  **8439**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.3833**

**Nonpriority creditor's name and mailing address**
**International Counsel PLLC**
**1395 Brickell Avenue**
**Suite 853**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **0825**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.3834**

**Nonpriority creditor's name and mailing address**
**International Law Partners, L.L.P.**
**2122 Hollywood Boulevard**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number  **9780**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.3835**

**Nonpriority creditor's name and mailing address**
**International Title Partners, L.L.C.**
**3000 Gulf To Bay Boulevard**
**Suite 601**
**Clearwater, FL 33759**

Date(s) debt was incurred _

Last 4 digits of account number  **8881**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|--------|--------------------------|--------------------------|-------------------|
| | Name | | |

---

**3.3836**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **Intrepid Law LLC**<br>**10752 Deerwood Park Blvd.**<br>**Suite 100**<br>**Jacksonville, FL 32256** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __1056__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3837**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **INVICTUS LAW GROUP LLC**<br>**208 E Colonial Drive**<br>**Orlando, FL 32801-1204** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __4192__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3838**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **IOANNOU & IOANNOU LLP**<br>**11125 Northwest 124th Street**<br>**Medley, FL 33178-3173** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __9515__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3839**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **IRA B PRICE**<br>**9560 SW 107th Avenue**<br>**Suite 202**<br>**Miami, FL 33176** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __6467__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3840**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|
| **IRA EVAN WEINTRAUB PA**<br>**5531 N. University Drive**<br>**Suite 103**<br>**Coral Springs, FL 33067-4649** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __6560__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3841**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **IRA F MARKOWITZ**<br>**IRA F MARKOWITZ PA**<br>**PO BOX 8106**<br>**CORAL SPRINGS, FL 33065** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __6440__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

| 3.384 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**IRA L KAHN**
**20283 State Road 7**
**Suite 323**
**Boca Raton, FL 33498**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4230**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**IRA L ZUCKERMAN**
**601 S Ocean Drive**
**Hollywood, FL 33019**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3459**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**IRA MARCUS**
**1313 S Andrews Avenue**
**Ft Lauderdale, FL 33316**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6494**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**IRA R SHAPIRO**
**The Baylee Executive Center**
**16375 NE 18th Avenue, Suite 225**
**North Miami Beach, FL 33162**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7768**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**IRA SCOT SILVERSTEIN**
**2900 W Cypress Creek Road**
**Suite 6**
**Ft Lauderdale, FL 33309**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6604**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**IRA ZAGER PA**
**10764 SW 133rd Terrace**
**Miami, FL 33176**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2126**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**IRENE FONZI**
**418 Coach Road**
**Satellite Beach, FL 32937-4020**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8464**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.384 9**

**Nonpriority creditor's name and mailing address**
**Irene Fonzi, P.A.**
**1402 Highway State Road A1A**
**Suite A**
**Satellite Beach, FL 32937**

Date(s) debt was incurred _

Last 4 digits of account number  **9573**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.385 0**

**Nonpriority creditor's name and mailing address**
**IRIS G HERNANDEZ**
**P.O. Box 450067**
**Miami, FL 33245**

Date(s) debt was incurred _

Last 4 digits of account number  **7991**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.385 1**

**Nonpriority creditor's name and mailing address**
**Iris G. Hernandez, L.L.C.**
**1800 Coral Way Suite 67**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number  **7991**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.385 2**

**Nonpriority creditor's name and mailing address**
**IRMA V HERNANDEZ**
**215 W 49th Street**
**Hialeah, FL 33012-3713**

Date(s) debt was incurred _

Last 4 digits of account number  **5879**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.385 3**

**Nonpriority creditor's name and mailing address**
**Iron Lion Title, LLC**
**135 W. Central Blvd**
**Suite 480**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number  **0590**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.385 4**

**Nonpriority creditor's name and mailing address**
**IRVIN S COWIE**
**5015 S Florida Avenue Suite 400-A**
**Lakeland, FL 33813-2564**

Date(s) debt was incurred _

Last 4 digits of account number  **4377**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.385 5**

**Nonpriority creditor's name and mailing address**
**IRVING CYPEN**
**P.O. Box 402099**
**Miami Beach, FL 33140-0099**

Date(s) debt was incurred _

Last 4 digits of account number **591**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.385 6**

**Nonpriority creditor's name and mailing address**
**IRVING SCHULMAN**
**4620 N State Road 7**
**Suite 210 Headway Office Park**
**Ft Lauderdale, FL 33319-5866**

Date(s) debt was incurred _

Last 4 digits of account number **1073**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$446.45**

---

**3.385 7**

**Nonpriority creditor's name and mailing address**
**IRVING W WHEELER**
**P.O. Box 1396**
**Winter Haven, FL 33882-1396**

Date(s) debt was incurred _

Last 4 digits of account number **4917**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$14,721.89**

---

**3.385 8**

**Nonpriority creditor's name and mailing address**
**IRWIN A BERKOWITZ**
**1821 Northeast 62nd Street Suite 307**
**Ft Lauderdale, FL 33308-2145**

Date(s) debt was incurred _

Last 4 digits of account number **6526**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$17.31**

---

**3.385 9**

**Nonpriority creditor's name and mailing address**
**IRWIN J BLOCK**
**7736 Rockford Road**
**Boynton Beach, FL 33437**

Date(s) debt was incurred _

Last 4 digits of account number **687**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.386 0**

**Nonpriority creditor's name and mailing address**
**IRWIN J STONE**
**3307 Northwest 51st Terrace**
**Gainesville, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number **1730**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.386 1**

**Nonpriority creditor's name and mailing address**
**IRWIN J WEINER**
**50 Southeast 1st Avenue**
**Ocala, FL 34471**

Date(s) debt was incurred _

Last 4 digits of account number **3511**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$187.50**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.386 2**

**Nonpriority creditor's name and mailing address**

**IRWIN JAY NEWMAN**
**1515 Parkside Circle South**
**Boca Raton, FL 33486-8564**

Date(s) debt was incurred __

Last 4 digits of account number __4994__

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.386 3**

**Nonpriority creditor's name and mailing address**

**IRWIN M FROST**
**2332 Galiano Street**
**Second Floor**
**Coral Gables, FL 33134**

Date(s) debt was incurred __

Last 4 digits of account number __6199__

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.386 4**

**Nonpriority creditor's name and mailing address**

**IRWIN S REVER**
**340 Royal Palm Way 1sr Floor**
**Palm Beach, FL 33480-4307**

Date(s) debt was incurred __

Last 4 digits of account number __4629__

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.386 5**

**Nonpriority creditor's name and mailing address**

**IS LAW OFFICE PA**
**205 Worth Avenue**
**Suite 201**
**Palm Beach, FL 33480**

Date(s) debt was incurred __

Last 4 digits of account number __4342__

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.386 6**

**Nonpriority creditor's name and mailing address**

**Isaac A. Velazquez & Associates, P.A.**
**5803 NW 151st Street**
**Suite 206**
**Miami Lakes, FL 33014**

Date(s) debt was incurred __

Last 4 digits of account number __0323__

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.386 7**

**Nonpriority creditor's name and mailing address**

**ISAAC L LEVY**
**320 E Adams Street**
**Jacksonville, FL 32202-2817**

Date(s) debt was incurred __

Last 4 digits of account number __2997__

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.386 8**

**Nonpriority creditor's name and mailing address**

**ISABEL P BOMBINO**
**330 Southwest 27th Avenue Suite 609**
**Miami, FL 33135**

Date(s) debt was incurred __

Last 4 digits of account number __0063__

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.386 9**

**Nonpriority creditor's name and mailing address**

**ISABEL S MARTINEZ PL**
**7700 North Kendall Drive**
**Suite 401**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **2872**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.387 0**

**Nonpriority creditor's name and mailing address**

**ISABEL VALS COLLERAN**
**9330 Southwest 104th Avenue**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number **5318**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.387 1**

**Nonpriority creditor's name and mailing address**

**ISABELLE A AGER**
**2300 Northwest Corporate Boulevard Suite**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **6410**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.387 2**

**Nonpriority creditor's name and mailing address**

**ISADORE SOLKOFF**
**11261 S.W. 116th Lane**
**Miami, FL 33176-3876**

Date(s) debt was incurred _

Last 4 digits of account number **4164**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.387 3**

**Nonpriority creditor's name and mailing address**

**Ishmael A. Green & Associates, P.A.**
**812 SE 8th Avenue**
**Deerfield Beach, FL 33441**

Date(s) debt was incurred _

Last 4 digits of account number **0783**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.387 4**

**Nonpriority creditor's name and mailing address**

**ISIS VALLE PA**
**150 Southeast 2nd Avenue Suite 1007**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **2777**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.387 5**

**Nonpriority creditor's name and mailing address**

**ISLER SOMBATHY & SOMBATHY PA**
P.O. Box 430
Panama City, FL 32402-0430

Date(s) debt was incurred _

Last 4 digits of account number **8562**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.387 6**

**Nonpriority creditor's name and mailing address**

**ISPHORDING KORP PAYNE CHARTR'D**
C/O William R Korp
333 S Tamiami Trail Suite 199
Venice, FL 34285-2426

Date(s) debt was incurred _

Last 4 digits of account number **3542**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.387 7**

**Nonpriority creditor's name and mailing address**

**ISRAEL PEREZ JR**
P.O. Box 832482
Miami, FL 33283-2482

Date(s) debt was incurred _

Last 4 digits of account number **2579**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.387 8**

**Nonpriority creditor's name and mailing address**

**ISRIEL PONZOLI KELLER &**
2121 SW 3rd Avenue
7th Floor
Miami, FL 33129

Date(s) debt was incurred _

Last 4 digits of account number **4710**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.387 9**

**Nonpriority creditor's name and mailing address**

**ITZLER & ITZLER PA**
500 E. Broward Boulevard
Suite 1710
Ft Lauderdale, FL 33394

Date(s) debt was incurred _

Last 4 digits of account number **5158**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.388 0**

**Nonpriority creditor's name and mailing address**

**IURILLO & ASSOCIATES PA**
5628 Central Avenue
St Petersburg, FL 33707

Date(s) debt was incurred _

Last 4 digits of account number **2051**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.388 1**

**Nonpriority creditor's name and mailing address**

**IVAN A GOMEZ**
601 Brickell Key Drive Suite 507
Miami, FL 33131-2623

Date(s) debt was incurred _

Last 4 digits of account number **4906**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**                                   Case number (*if known*)   **2:23-bk-01538**
_____
Name

| 3.388 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**IVAN F FERNANDEZ**
**2465 Inagua Avenue**
**Miami, FL 33133**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2203**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**IVAN HERNANDEZ PA**
**2410 Southwest 83rd Avenue**
**Miami, FL 33155**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **3892**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**IVAN S BENJAMIN**
**629 Southwest 1st Avenue**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5633**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**IVAN T LENOIR II**
**502 N Armenia Avenue**
**Tampa, FL 33609-1703**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2863**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Ivette G. Petkovich, P.A.**
**6910 N Kendall Drive 2nd Floor**
**Miami, FL 33156**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8482**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**IVETTE GONZALEZ PA**
**3301 Ponce De Leon Boulevard Suite 300**
**Miami, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2803**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.3888**

**Nonpriority creditor's name and mailing address**

**IVETTE H LEON PA**
**13687 SW 26 Street**
**Miami, FL 33175**

Date(s) debt was incurred _

Last 4 digits of account number **4541**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.3889**

**Nonpriority creditor's name and mailing address**

**IVETTE RODRIGUEZ**
**201 Alhambra Circle**
**Suite 500**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **4465**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.3890**

**Nonpriority creditor's name and mailing address**

**IVONNE D PINEDO ESQ**
**801 Northeast 167th Street 2nd Floor**
**North Miami Beach, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number **4275**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.3891**

**Nonpriority creditor's name and mailing address**

**IVONNE TELLECHEA CALDWELL**
**P.O. Box 3329**
**Winter Park, FL 32790**

Date(s) debt was incurred _

Last 4 digits of account number **4321**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.3892**

**Nonpriority creditor's name and mailing address**

**IVOR MASSEY JR**
**4 North Fourth Street**
**Richmond, VA 23219-2230**

Date(s) debt was incurred _

Last 4 digits of account number **3685**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.3893**

**Nonpriority creditor's name and mailing address**

**IVY M MARGULES**
**1000 Ponce De Leon Boulevard Suite 206**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **7979**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.3894**

**Nonpriority creditor's name and mailing address**

**IZQUIERDO & PEREZ PL**
**5201 Blue Lagoon Drive Suite 974**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number **1630**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

Debtor  **LTGF Business Trust**
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.389 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Izquierdo Law Firm, P.A.**
**2655 Le Jeune Road**
**Suite 805**
**Coral Gables, FL 33134**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0582**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.389 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**J ANDREW PRESS**
**13923 Icot Boulevard Suite 800**
**Clearwater, FL 34620-3747**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5203**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.389 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.26 |
|---|---|---|---|

**J B HOOPER**
**101 American Center Pl**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6950**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.389 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**J BARRY CURTIN**
**J Barry Curtin P.A.**
**214 Brazilian Avenue Suite 200**
**Palm Beach, FL 33480-4676**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1484**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.389 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**J BEAUREGARD PARKER PA**
**70 SE 4th Avenue**
**Delray Beach, FL 33483**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5793**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.390 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**J BENNETT GROCOCK**
**126 E Jefferson Street**
**Orlando, FL 32801**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7483**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

| 3.390 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**J BROCK MCCLANE**
**215 E Livingston Street**
**Orlando, FL 32801**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6429**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.390 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**J C CURA**
**Nelson Slosbergas P.A.**
**1110 Brickell Avenue Suite 310**
**Miami, FL 33131**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5643**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.390 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**J C O'STEEN**
**2900 Park Avenue E Suite A**
**Tallahassee, FL 32301-3427**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7349**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.390 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**J CARTER PERKINS**
**7314 Southeast 12th Circle**
**Ocala, FL 34480-6650**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7211**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.390 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**J CRAIG MYRICK**
**713 18th Avenue S**
**Nashville, TN 37203**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8951**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.390 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**J D SKIP BARDFELD**
**3440 Hollywood Boulevard 2nd Floor**
**Hollywood, FL 33021**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8244**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.390 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**J DANIEL BREDE**
**Building**
**1900 Corporate Boulevard NW, Suite 201 E**
**Boca Raton, FL 33431-7340**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1538**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.390 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**J DANIEL MARSEE**
P.O. Box 2606
Lake City, FL 32056-2606

Date(s) debt was incurred _

Last 4 digits of account number  **5002**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.390 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**J DANIEL PETERSON**
P.O. Box 1870
Deland, FL 32721-1870

Date(s) debt was incurred _

Last 4 digits of account number  **0573**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.391 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**J DAVID LANGFORD**
430 S Commerce Avenue
Sebring, FL 33870-3701

Date(s) debt was incurred _

Last 4 digits of account number  **7843**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.391 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**J DAVID LIEBMAN**
7760 Southwest 125th Terrace
Miami, FL 33156

Date(s) debt was incurred _

Last 4 digits of account number  **2018**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.391 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**J DAVID WALSH**
432 S Beach Street
Daytona Beach, FL 32114-5004

Date(s) debt was incurred _

Last 4 digits of account number  **7078**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.391 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,890.11 |
|---|---|---|---|

**J DUDLEY GOODLETTE**
Goodlette Coleman & Johnson
4001 Tamiami Trail N Suite 300
Naples, FL 34103-3591

Date(s) debt was incurred _

Last 4 digits of account number  **5795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name                                                    Case number (if known)    **2:23-bk-01538**

---

**3.391
4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$25.00**

**J E WILLINGHAM JR**
**1235 US Highway 129 Northwest**          ■ Contingent
**Jasper, FL 32052**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5586**          Basis for the claim:  **Member**

          Is the claim subject to offset? ■ No ☐ Yes

---

**3.391
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$25.00**

**J EDWARD HOUSTON**
**1914 Northeast 31st Avenue**          ■ Contingent
**Ft Lauderdale, FL 33019**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2231**          Basis for the claim:  **Member**

          Is the claim subject to offset? ■ No ☐ Yes

---

**3.391
6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$25.00**

**J EDWARD WEBER PA**
**3221 Southfield Lane**          ■ Contingent
**Sarasota, FL 34239-4264**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0819**          Basis for the claim:  **Member**

          Is the claim subject to offset? ■ No ☐ Yes

---

**3.391
7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$25.00**

**J ERIC VIRGIL**
**201 Alhambra Circle Suite 705**          ■ Contingent
**Coral Gables, FL 33134**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2342**          Basis for the claim:  **Member**

          Is the claim subject to offset? ■ No ☐ Yes

---

**3.391
8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$200.00**

**J ERNEST COLLINS**
**600 Southwest Treasure Cove**          ■ Contingent
**Port Saint Lucie, FL 34986-3438**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **957**          Basis for the claim:  **Member**

          Is the claim subject to offset? ■ No ☐ Yes

---

**3.391
9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$25.00**

**J ERWIN DUNLOP**
**301 N Park Avenue Suite A**          ■ Contingent
**Winter Park, FL 32789**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3364**          Basis for the claim:  **Member**

          Is the claim subject to offset? ■ No ☐ Yes

---

**3.392
0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$25.00**

**J H FONSECA & ASSOCIATES**
**P.O. Box 8122**          ■ Contingent
**Ft Lauderdale, FL 33310-8122**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0248**          Basis for the claim:  **Member**

          Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.392 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**J H ROBERTS JR**
1446 Oaklawn Pl
Lakeland, FL 33803-2317

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **301**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.392 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**J HAROLD KLOSHEIM JR**
4800 N Federal Highway Suite 205-E
Boca Raton, FL 33431

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9842**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.392 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**J HARRIS RHYNE**
P.O. Box 67
Palmetto, FL 34220-0067

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6830**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.392 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**J HOWARD SHEFFIELD**
4209 Baymeadows Road Suite 4
Jacksonville, FL 32217

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8334**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.392 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**J JAY SIMONS**
P.O. Box 21704
Ft Lauderdale, FL 33335-1704

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **658**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.392 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**J JEFFREY SCHATTNER**
1314 E Las Olas Boulevard Bx-2334
Ft Lauderdale, FL 33301-2334

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4550**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **LTGF Business Trust**

Name                                                  Case number (if known)    **2:23-bk-01538**

---

| 3.392 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |

**J JEROME MILLER**
**4477 Legendary Drive Suite 202**
**Destin, FL 32541**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7521**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**J JIMENEZ & ASSOCIATES PA**
**9753 S Orange Blossom Trail Suite 101**
**Orlando, FL 32837**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6237**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |

**J JOSEPH HUGHES**
**P.O. Box 180271**
**Tallahassee, FL 32318-0003**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7046**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**J KARL TRUCKS**
**P.O. Box 880**
**Panama City, FL 32402-0880**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4667**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |

**J KELLY KENNEDY**
**P.O. Box 7604**
**Winter Haven, FL 33883-7604**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8700**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**J KEVIN DRAKE PA**
**1432 1st Street**
**Sarasota, FL 34236**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4887**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**J MARCUS VERNON**
**P.O. Box 6474**
**Clearwater, FL 34618**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0691**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.393 4**

Nonpriority creditor's name and mailing address

**J MARK LACZEWSKI**
**3590 Poinciana Street Suite 314**
**Lake Worth, FL 33467**

Date(s) debt was incurred _

Last 4 digits of account number **2765**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.393 5**

Nonpriority creditor's name and mailing address

**J MARVIN GUTHRIE PA**
**1230 S. Myrtle Avenue**
**Suite 101**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number **0970**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.393 6**

Nonpriority creditor's name and mailing address

**J MICHAEL SHEA**
**6301 Bayshore Boulevard**
**Tampa, FL 33611**

Date(s) debt was incurred _

Last 4 digits of account number **3838**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.393 7**

Nonpriority creditor's name and mailing address

**J MILES BUCHMAN PA**
**P.O. Box 454**
**Tampa, FL 33601-0454**

Date(s) debt was incurred _

Last 4 digits of account number **4681**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.393 8**

Nonpriority creditor's name and mailing address

**J MORGAN BRUNSON**
**4250 Central Avenue**
**St Petersburg, FL 33711**

Date(s) debt was incurred _

Last 4 digits of account number **8492**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.393 9**

Nonpriority creditor's name and mailing address

**J MURRAY MILLIKEN**
**P.O. Box 174**
**Floral City, FL 34436-0174**

Date(s) debt was incurred _

Last 4 digits of account number **7512**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.394 0**

**Nonpriority creditor's name and mailing address**

**J PATRICK FITZGERALD &**
**110 Merrick Way**
**Suite 3-B**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **7994**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$225.00**

---

**3.394 1**

**Nonpriority creditor's name and mailing address**

**J PATRICK FLOYD**
**P.O. Drawer 950**
**Port St Joe, FL 32456-0950**

Date(s) debt was incurred _

Last 4 digits of account number **7775**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.394 2**

**Nonpriority creditor's name and mailing address**

**J PETER FRIEDRICH**
**2601 E Oakland Park Boulevard Suite 202**
**Ft Lauderdale, FL 33306-1612**

Date(s) debt was incurred _

Last 4 digits of account number **3187**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$87.50**

---

**3.394 3**

**Nonpriority creditor's name and mailing address**

**J PEYTON QUARLES**
**501 N Grandview Avenue Suite 115**
**Daytona Beach, FL 32118**

Date(s) debt was incurred _

Last 4 digits of account number **2230**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.394 4**

**Nonpriority creditor's name and mailing address**

**J REID HEUER**
**123 Huntington Lane**
**Blacksburg, VA 24060-3853**

Date(s) debt was incurred _

Last 4 digits of account number **3190**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.394 5**

**Nonpriority creditor's name and mailing address**

**J RICHARD HARRIS**
**4400 PGA Boulevard Suite 800**
**Palm Beach Gardens, FL 33410-6562**

Date(s) debt was incurred _

Last 4 digits of account number **7316**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,770.78**

---

**3.394 6**

**Nonpriority creditor's name and mailing address**

**J RICHARD SMITH**
**380 Frangipani Avenue**
**Naples, FL 34117-9320**

Date(s) debt was incurred _

Last 4 digits of account number **4283**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.394 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**J RILEY WILLIAMS PLC**
**2141 Park Street**
**Jacksonville, FL 32204**

Date(s) debt was incurred _

Last 4 digits of account number  **8587**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**J ROBERT DUGGAN**
**158 Running Deer Road**
**Cleveland, GA 30528**

Date(s) debt was incurred _

Last 4 digits of account number  **5221**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,025.01** |
|---|---|---|---|

**J ROGER BONE**
**3500 El Conquistador Pl Suite 25**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number  **7037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**J ROSS MACBETH**
**2543 US 27 Highway S**
**Sebring, FL 33870**

Date(s) debt was incurred _

Last 4 digits of account number  **4436**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
|---|---|---|---|

**J SAM OWENS JR & ASSOCIATES PA**
**400 S Palmetto Avenue**
**Daytona Beach, FL 32114-4922**

Date(s) debt was incurred _

Last 4 digits of account number  **8632**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**J SCOTT LANFORD**
**903 E Strawbridge Avenue**
**Melbourne, FL 32901**

Date(s) debt was incurred _

Last 4 digits of account number  **4583**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**J STEPHEN CRAWFORD**
**28000 Spanish Wells Boulevard**
**Bonita Springs, FL 34135**

Date(s) debt was incurred _

Last 4 digits of account number  **6769**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.395 4**

**Nonpriority creditor's name and mailing address**

**J STEVEN GRAVES**
**3720 Northwest 43rd Street Suite 101**
**Gainesville, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number **5794**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395 5**

**Nonpriority creditor's name and mailing address**

**J STEVEN WARNER**
**5701 N Pine Island Road Suite 320**
**Ft Lauderdale, FL 33321**

Date(s) debt was incurred _

Last 4 digits of account number **0256**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395 6**

**Nonpriority creditor's name and mailing address**

**J TERENCE MCMANUS**
**J Terence Mcmanus Cht**
**11450 Southeast Dixie Highway Suite 207**
**Hobe Sound, FL 33455**

Date(s) debt was incurred _

Last 4 digits of account number **1192**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395 7**

**Nonpriority creditor's name and mailing address**

**J TERRENCE MCMANUS CHARTERED**
**818 US Highway One Suite 1**
**N Palm Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number **6724**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395 8**

**Nonpriority creditor's name and mailing address**

**J TIMOTHY SHEEHAN**
**3200 Placid View Drive**
**Lake Placid, FL 33852**

Date(s) debt was incurred _

Last 4 digits of account number **7294**

As of the petition filing date, the claim is: *Check all that apply.*

$175.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395 9**

**Nonpriority creditor's name and mailing address**

**J WALTER MCCRORY PA**
**1900 SE 15th Street**
**Suite 6**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number **4338**

As of the petition filing date, the claim is: *Check all that apply.*

$225.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396 0**

**Nonpriority creditor's name and mailing address**

**J WARREN BULLARD**
**310 SE 8th Street**
**Ocala, FL 34471**

Date(s) debt was incurred _

Last 4 digits of account number **5997**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.396 1**

**Nonpriority creditor's name and mailing address**

**J WAYNE FALBEY**
**3242 Benicia Court**
**Naples, FL 33999-1364**

Date(s) debt was incurred  _

Last 4 digits of account number  **3497**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.396 2**

**Nonpriority creditor's name and mailing address**

**J WENDELL WHITEHOUSE**
**143 S Ridgewood Drive**
**Sebring, FL 33870**

Date(s) debt was incurred  _

Last 4 digits of account number  **8572**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.396 3**

**Nonpriority creditor's name and mailing address**

**J+O Firm, P.L.L.C.**
**150 E Palmetto Park Road Suite 800**
**Boca Raton, FL 33432**

Date(s) debt was incurred  _

Last 4 digits of account number  **9117**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.396 4**

**Nonpriority creditor's name and mailing address**

**J. & J. Legal, P.L.L.C.**
**1133 Louisiana Avenue**
**Suite 101**
**Winter Park, FL 32789**

Date(s) debt was incurred  _

Last 4 digits of account number  **0347**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.396 5**

**Nonpriority creditor's name and mailing address**

**J. GEOFFREY PFLUGNER, P.A.**
**P.O. Drawer 4195**
**Sarasota, FL 34230-4195**

Date(s) debt was incurred  _

Last 4 digits of account number  **5331**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.396 6**

**Nonpriority creditor's name and mailing address**

**J. Steven Southwell, P.A.**
**P.O. Box 1748**
**Wauchula, FL 33873**

Date(s) debt was incurred  _

Last 4 digits of account number  **8233**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.396 7**

**Nonpriority creditor's name and mailing address**
**JACK A BAXTER JR**
**4530 N. Federal Highway**
**Ft Lauderdale, FL 33308-5204**

Date(s) debt was incurred _

Last 4 digits of account number **8551**

As of the petition filing date, the claim is: *Check all that apply.*
$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396 8**

**Nonpriority creditor's name and mailing address**
**JACK A BAXTER SR**
**4530 N Federal Highway**
**Ft Lauderdale, FL 33308-5204**

Date(s) debt was incurred _

Last 4 digits of account number **2962**

As of the petition filing date, the claim is: *Check all that apply.*
$17,436.44

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396 9**

**Nonpriority creditor's name and mailing address**
**JACK A GOLDBERGER**
**250 S Australian Avenue Suite 1400**
**West Palm Beach, FL 33401-5015**

Date(s) debt was incurred _

Last 4 digits of account number **7113**

As of the petition filing date, the claim is: *Check all that apply.*
$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397 0**

**Nonpriority creditor's name and mailing address**
**JACK A HARNETT**
**P.O. Box 300**
**Quincy, FL 32353-0300**

Date(s) debt was incurred _

Last 4 digits of account number **6503**

As of the petition filing date, the claim is: *Check all that apply.*
$300.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397 1**

**Nonpriority creditor's name and mailing address**
**JACK ANKUS**
**P.O. Box 2099**
**Miami Beach, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number **2548**

As of the petition filing date, the claim is: *Check all that apply.*
$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397 2**

**Nonpriority creditor's name and mailing address**
**JACK B GERBER**
**9400 S Dadeland Boulevard Ph 5**
**Miami, FL 33156-2841**

Date(s) debt was incurred _

Last 4 digits of account number **7865**

As of the petition filing date, the claim is: *Check all that apply.*
$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397 3**

**Nonpriority creditor's name and mailing address**
**JACK B MCPHERSON**
**P.O. Box 515**
**New Port Richey, FL 34656-0515**

Date(s) debt was incurred _

Last 4 digits of account number **2663**

As of the petition filing date, the claim is: *Check all that apply.*
$8,485.47

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.397 4**

**Nonpriority creditor's name and mailing address**

**JACK B NICHOLS**
P.O. Box 33
Orlando, FL 32802-0033

Date(s) debt was incurred _

Last 4 digits of account number  **4879**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.397 5**

**Nonpriority creditor's name and mailing address**

**JACK B OWEN JR PA**
4500 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33418

Date(s) debt was incurred _

Last 4 digits of account number  **6790**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.397 6**

**Nonpriority creditor's name and mailing address**

**JACK CLARK**
P.O. Box 1550
St Petersburg, FL 33731-1550

Date(s) debt was incurred _

Last 4 digits of account number  **6317**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$625.75**

---

**3.397 7**

**Nonpriority creditor's name and mailing address**

**Jack E. Delcamp, Esquire**
1321 46th Avenue Northeast
St Petersburg, FL 33703

Date(s) debt was incurred _

Last 4 digits of account number  **0175**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.397 8**

**Nonpriority creditor's name and mailing address**

**JACK G HAND JR**
2156 Spanish Moss Drive
Jacksonville, FL 32246

Date(s) debt was incurred _

Last 4 digits of account number  **0657**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.397 9**

**Nonpriority creditor's name and mailing address**

**JACK H POLAN**
116 Coral Cay Drive
Palm Beach Gardens, FL 33418-4006

Date(s) debt was incurred _

Last 4 digits of account number  **6438**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.398 0**

**Nonpriority creditor's name and mailing address**

**JACK H WEECH JR**
Public Defender's Office
101 N Alabana Avenue Suite B-304
Deland, FL 32724-4316

Date(s) debt was incurred _

Last 4 digits of account number  **7202**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| | |
|---|---|
| Debtor **LTGF Business Trust** | Case number (*if known*) **2:23-bk-01538** |
| Name | |

**3.398 1**

**Nonpriority creditor's name and mailing address**
**JACK J CRAPARO**
**1505 N Florida Avenue**
**Center Square Suite A**
**Tampa, FL 33602-2613**

Date(s) debt was incurred _

Last 4 digits of account number **4022**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.398 2**

**Nonpriority creditor's name and mailing address**
**JACK KRIEGER**
**P.O. Box 7278**
**Port St Lucie, FL 34985**

Date(s) debt was incurred _

Last 4 digits of account number **4827**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.398 3**

**Nonpriority creditor's name and mailing address**
**JACK L MCDONALD**
**44 Cocoanut Row**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number **8571**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.398 4**

**Nonpriority creditor's name and mailing address**
**JACK L WEITZMAN**
**9190 Southwest 72nd Street**
**Miami, FL 33173-3433**

Date(s) debt was incurred _

Last 4 digits of account number **7990**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.398 5**

**Nonpriority creditor's name and mailing address**
**JACK M ROSENKRANZ**
**P.O. Box 1999**
**Tampa, FL 33601-1999**

Date(s) debt was incurred _

Last 4 digits of account number **7921**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.398 6**

**Nonpriority creditor's name and mailing address**
**JACK MARCUS**
**1201 River Reach Drive Apt 403**
**Ft Lauderdale, FL 33315-1180**

Date(s) debt was incurred _

Last 4 digits of account number **4808**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.398 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**JACK P LAMARR**
**2601 E Oakland Park Boulevard Suite 501**
**Ft Lauderdale, FL 33306**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __2671__

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**JACK P PANKOW**
**5230-2 Clayton Court**
**Ft Myers, FL 33907**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __5554__

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**JACK R LEONARD**
**Turnpike District Florida Dot**
**P.O. Box 613069**
**Tallahassee, FL 34761**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7562__

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**JACK R RICE JR**
**P.O. Box 351027**
**Miami, FL 33135-1027**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __4329__

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JACK SACKS**
**2101 Corporate Boulevard Northwest Suite**
**Boca Raton, FL 33431**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0437__

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**JACK T BRIDGES PA**
**209 N Oak Avenue**
**Sanford, FL 32771**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __587__

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**JACK W HUTTON**
**4300 N Ocean Boulevard Suite 3-P**
**Ft Lauderdale, FL 33308**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __527__

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.3994**

Nonpriority creditor's name and mailing address
**JACK WM WINDT**
**2389 Ringling Boulevard Suite A**
**Sarasota, FL 34237-6142**

Date(s) debt was incurred _

Last 4 digits of account number **2568**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.3995**

Nonpriority creditor's name and mailing address
**JACK WYATT**
**125 Valencia Drive**
**Islamorada, FL 33036-9563**

Date(s) debt was incurred _

Last 4 digits of account number **188**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.3996**

Nonpriority creditor's name and mailing address
**JACKSON & ALEXANDER PA**
**1403 Medical Plaza Drive Suite 214**
**Sanford, FL 32771**

Date(s) debt was incurred _

Last 4 digits of account number **9064**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.3997**

Nonpriority creditor's name and mailing address
**JACKSON BARKETT & BROWN**
**2165 15th Avenue**
**Vero Beach, FL 32960-3435**

Date(s) debt was incurred _

Last 4 digits of account number **1906**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$5,706.11**

---

**3.3998**

Nonpriority creditor's name and mailing address
**JACKSON BARKETT & BROWN**
**2165 15th Avenue**
**Vero Beach, FL 32960**

Date(s) debt was incurred _

Last 4 digits of account number **1906**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.3999**

Nonpriority creditor's name and mailing address
**JACKSON-HOLMES PA**
**10735 Northwest 7th Avenue**
**Miami, FL 33168**

Date(s) debt was incurred _

Last 4 digits of account number **3065**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.4000**

Nonpriority creditor's name and mailing address
**Jackwin Legal, P.A.**
**2030 S. Douglas Road**
**Suite 214**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **0336**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.400 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Jacob & Greenfield, PLLC**
**9314 Forest Hill Blvd.**
**Suite 44**
**Wellington, FL 33411**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **0553**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Jacob C. Jackson**
**111 N. Pine Island Rd.**
**Suite 208**
**Plantation, FL 33324**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **0721**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**JACOB FISHMAN**
**1571 Northwest 13th Court**
**Miami, FL 33125**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6967**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JACOB H SPEICHER**
**2900 Lake Washington Road Suite 1**
**Melbourne, FL 32935-2265**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6917**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**JACOB I REIBER**
**26650 Wesley Chapel Boulevard**
**Suite A**
**Lutz, FL 33559**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7511**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**JACOB MAURICE FINKEL**
**28 W Flagler Street**
**Miami, FL 33130-1806**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number **1845**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.400 7**

**Nonpriority creditor's name and mailing address**

**JACOBS & GOODMAN, P.A.**
**890 State Road 434 North**
**Altamonte Springs, FL 32714-7013**

Date(s) debt was incurred _

Last 4 digits of account number **5644**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$5,182.87**

---

**3.400 8**

**Nonpriority creditor's name and mailing address**

**JACOBS & JACOBS CHARTERED**
**P.O. Box 532056**
**Orlando, FL 32853-2056**

Date(s) debt was incurred _

Last 4 digits of account number **7261**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.400 9**

**Nonpriority creditor's name and mailing address**

**JACOBS & STRAUS PA**
**1098 Northwest Boca Raton Boulevard**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number **6004**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.401 0**

**Nonpriority creditor's name and mailing address**

**JACOBS VALENTINE GROSECLOSE**
**P.O. Box 2538**
**Lakeland, FL 33806-2538**

Date(s) debt was incurred _

Last 4 digits of account number **5218**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.401 1**

**Nonpriority creditor's name and mailing address**

**JACQUELINE A SALCINES PA**
**706 S. Dixie Highway**
**2nd Floor**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **6425**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.401 2**

**Nonpriority creditor's name and mailing address**

**JACQUELINE E CANNAVAN PA**
**2699 Stirling Road C-303**
**Ft Lauderdale, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number **3100**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.401 3**

**Nonpriority creditor's name and mailing address**

**JACQUELINE HERNANDEZ-VALDES**
**2474 Southwest 27th Terrace**
**A/K/A 2474 Southwest Secoffee Terrace**
**Coconut Grove, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **2613**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.401 4**

Nonpriority creditor's name and mailing address
**JACQUELINE M MOODY PA**
**11451 Northwest 37th Street**
**Sunrise, FL 33323**

Date(s) debt was incurred  _

Last 4 digits of account number  **1578**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.401 5**

Nonpriority creditor's name and mailing address
**JACQUELINE M REGUEIRA PA**
**8321 Northwest 12th Street**
**Miami, FL 33126**

Date(s) debt was incurred  _

Last 4 digits of account number  **8029**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.401 6**

Nonpriority creditor's name and mailing address
Jacquelyn C. Herrman, P.A.
**10439 Waterbird Way**
**Bradenton, FL 34209**

Date(s) debt was incurred  _

Last 4 digits of account number  **8466**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.401 7**

Nonpriority creditor's name and mailing address
**JACQUELYN LUMPKIN WOODEN PA**
**12741 Miramar Parkway**
**Suite 205**
**Miramar, FL 33027**

Date(s) debt was incurred  _

Last 4 digits of account number  **6994**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.401 8**

Nonpriority creditor's name and mailing address
**JACQUELYN M SHANNON**
Jacquelyn M. Shannon P.A.
**9160 Oakhurst Road Suite 3**
**Seminole, FL 33776-2157**

Date(s) debt was incurred  _

Last 4 digits of account number  **2208**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.401 9**

Nonpriority creditor's name and mailing address
**JAIME L TORRES & ASSOCIATES**
**1428 Brickell Avenue Suite 401**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **7117**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
Name

Case number (if known)  **2:23-bk-01538**

| 3.402 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JAIME R QUEZON**
805 W Azeele Street
Tampa, FL 33606-2209

Date(s) debt was incurred _

Last 4 digits of account number  **5601**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 1 |
|---|

**Nonpriority creditor's name and mailing address**

**JAMERSON & SUTTON LLP**
5183 SW 76th Street
Miami, FL 33143

Date(s) debt was incurred _

Last 4 digits of account number  **7096**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$350.00

---

| 3.402 2 |
|---|

**Nonpriority creditor's name and mailing address**

**JAMES & BIELEJESKI PA**
4367 N Federal Highway Suite 1o1
Ft Lauderdale, FL 33308-5213

Date(s) debt was incurred _

Last 4 digits of account number  **421**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.402 3 |
|---|

**Nonpriority creditor's name and mailing address**

**JAMES A BARKS**
1274 Upsala Road
Sanford, FL 32771

Date(s) debt was incurred _

Last 4 digits of account number  **8257**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

| 3.402 4 |
|---|

**Nonpriority creditor's name and mailing address**

**JAMES A BARRIOS**
321 N Kentucky Avenue Suite 5
Lakeland, FL 33801

Date(s) debt was incurred _

Last 4 digits of account number  **4526**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.402 5 |
|---|

**Nonpriority creditor's name and mailing address**

**JAMES A BOND**
1251 Southwest 27th Street
Palm City, FL 34990-2761

Date(s) debt was incurred _

Last 4 digits of account number  **7868**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| 3.402 6 |
|---|

**Nonpriority creditor's name and mailing address**

**JAMES A BOYKO**
6545 Ridge Road Suite 3
Port Richey, FL 34668-6836

Date(s) debt was incurred _

Last 4 digits of account number  **4184**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.402 7**

**Nonpriority creditor's name and mailing address**

**JAMES A CUEVA PL**
**2665 S Bayshore Drive Suite 800**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number  **4174**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.402 8**

**Nonpriority creditor's name and mailing address**

**JAMES A GRANOSKI**
**7735 Holiday Drive**
**Sarasota, FL 34231**

Date(s) debt was incurred _

Last 4 digits of account number  **0974**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.402 9**

**Nonpriority creditor's name and mailing address**

**JAMES A HARTMAN**
**P.O. Box 940929**
**Maitland, FL 32794-0929**

Date(s) debt was incurred _

Last 4 digits of account number  **4599**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.403 0**

**Nonpriority creditor's name and mailing address**

**JAMES A HORLAND**
**290 Northwest 165th Street Ph-4**
**Miami, FL 33169-6457**

Date(s) debt was incurred _

Last 4 digits of account number  **3914**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.403 1**

**Nonpriority creditor's name and mailing address**

**JAMES A KLOHN**
**1130 NE 3rd Avenue**
**R-2**
**Ft. Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number  **5155**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.403 2**

**Nonpriority creditor's name and mailing address**

**JAMES A MARX**
**Akerman Senterfitt**
**One Southeast Third Avenue Suite 2500**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **7801**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.403 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**JAMES A MCNABB JR**
**510 Ventris Court**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number **6508**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**JAMES A MCSWIGAN**
**Lantana Professional Building**
**401 W Lantana Road Suite 10**
**Lantana, FL 33462**

Date(s) debt was incurred _

Last 4 digits of account number **7216**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**JAMES A MOLANS**
**16100 Southwest 173 Avenue**
**Miami, FL 33187**

Date(s) debt was incurred _

Last 4 digits of account number **4845**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JAMES A NEAL JR PA**
**213 Courthouse Square**
**Inverness, FL 34450**

Date(s) debt was incurred _

Last 4 digits of account number **4060**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JAMES A SCHMIDT PA**
**2904 W. Bay to Bay Blvd.**
**Tampa, FL 33629**

Date(s) debt was incurred _

Last 4 digits of account number **4950**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JAMES A SCHORNER PA**
**1702 Club Drive**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number **7756**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**JAMES A. LOWE**
**5705 Hansel Avenue**
**Orlando, FL 32809-4278**

Date(s) debt was incurred _

Last 4 digits of account number **6933**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.404 0**

**Nonpriority creditor's name and mailing address**

**JAMES ALAN POE PA**
**9500 S Dadeland Boulevard Suite 610**
**Miami, FL 33156**

Date(s) debt was incurred  _

Last 4 digits of account number  **5743**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.404 1**

**Nonpriority creditor's name and mailing address**

**JAMES ALFRED BURZEE**
**P.O. Box 722**
**Orlando, FL 32802-0722**

Date(s) debt was incurred  _

Last 4 digits of account number  **3901**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.404 2**

**Nonpriority creditor's name and mailing address**

**JAMES ALLAN HERB**
**2200 Corporate Boulevard NW**
**Suite 315**
**Boca Raton, FL 33431**

Date(s) debt was incurred  _

Last 4 digits of account number  **4000**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.404 3**

**Nonpriority creditor's name and mailing address**

**JAMES ANTHONY JULIAN**
**1202 N. W. 9th Avenue**
**Gainesville, FL 32601**

Date(s) debt was incurred  _

Last 4 digits of account number  **3586**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.404 4**

**Nonpriority creditor's name and mailing address**

**JAMES B BALSIGER**
**1235 31st Avenue Southwest**
**Vero Beach, FL 32968-5039**

Date(s) debt was incurred  _

Last 4 digits of account number  **3467**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.404 5**

**Nonpriority creditor's name and mailing address**

**JAMES B BYRNE JR**
**370 Crown Oak Centre Drive**
**Longwood, FL 32750-6149**

Date(s) debt was incurred  _

Last 4 digits of account number  **3625**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.4046**

**Nonpriority creditor's name and mailing address**

**JAMES B DAVIS**
P.O. Box 14636
Ft Lauderdale, FL 33302

Date(s) debt was incurred _

Last 4 digits of account number **1887**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$112.50**

---

**3.4047**

**Nonpriority creditor's name and mailing address**

**JAMES B FARRELL**
2401 Anderson Road Unit No 6
Coral Gables, FL 33134-4854

Date(s) debt was incurred _

Last 4 digits of account number **4885**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.4048**

**Nonpriority creditor's name and mailing address**

**JAMES BARROW PLLC**
Tampa Bay Law Group
2202 N West Shore Boulevard Suite 200
Tampa, FL 33607

Date(s) debt was incurred _

Last 4 digits of account number **0188**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.4049**

**Nonpriority creditor's name and mailing address**

**JAMES C ALFONSO**
2522 West Kennedy Boulevard
Tampa, FL 33609-3306

Date(s) debt was incurred _

Last 4 digits of account number **3878**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.4050**

**Nonpriority creditor's name and mailing address**

**JAMES C BARTH**
400 South Shore Drive
Destin, FL 32541

Date(s) debt was incurred _

Last 4 digits of account number **5659**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.4051**

**Nonpriority creditor's name and mailing address**

**JAMES C BLANTON**
319 Clematis Street Suite 801
West Palm Beach, FL 33401-6828

Date(s) debt was incurred _

Last 4 digits of account number **466**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,792.27**

---

**3.4052**

**Nonpriority creditor's name and mailing address**

**JAMES C BRADY**
200 E Las Olas Boulevard Suite 1700
Ft Lauderdale, FL 33301

Date(s) debt was incurred _

Last 4 digits of account number **5862**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.405 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**JAMES C CAMPISI**
**2739 US Highway 19**
**Suite 401**
**Holiday, FL 34691-2703**

Date(s) debt was incurred  _
Last 4 digits of account number  **5894**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.405 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JAMES C CLARK**
**1405 Ladue Lane**
**Sarasota, FL 34231-2318**

Date(s) debt was incurred  _
Last 4 digits of account number  **4437**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.405 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**JAMES C CONNER JR**
**P.O. Box 854**
**Bristol, FL 32321-0854**

Date(s) debt was incurred  _
Last 4 digits of account number  **4551**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.405 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JAMES C JOHNSTON PA**
**The Forum Suite D-1**
**1705 Colonial Boulevard**
**Ft Myers, FL 33907-1141**

Date(s) debt was incurred  _
Last 4 digits of account number  **3309**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.405 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JAMES C PAINE JR**
**2831 Exchange Court Suite A**
**W Palm Beach, FL 33409**

Date(s) debt was incurred  _
Last 4 digits of account number  **5425**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.405 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**JAMES C RUSSICK**
**200 S Ashley Drive Suite 700**
**Tampa, FL 33602-5300**

Date(s) debt was incurred  _
Last 4 digits of account number  **302**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.405 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JAMES C. FETTERMAN**
**515 S. Washington Blvd.**
**Sarasota, FL 34236-7104**

Date(s) debt was incurred  _
Last 4 digits of account number  **8645**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.406 0**

**Nonpriority creditor's name and mailing address**

**JAMES C. FOUNTAIN**
**P.O. Box 2888**
**Lake City, FL 32056-2888**

Date(s) debt was incurred _

Last 4 digits of account number **1360**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$2,053.23**

---

**3.406 1**

**Nonpriority creditor's name and mailing address**

**JAMES C. GAVIGAN**
**1510 N. Ocean Blvd.**
**Palm Beach, FL 33480-3068**

Date(s) debt was incurred _

Last 4 digits of account number **5925**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.406 2**

**Nonpriority creditor's name and mailing address**

**JAMES D EASLEY**
**1000 Southwest 59th Terrace Apt B**
**Gainesville, FL 32607**

Date(s) debt was incurred _

Last 4 digits of account number **5559**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.406 3**

**Nonpriority creditor's name and mailing address**

**JAMES D ECKERT**
**1 Beach Drive Southeast Apt 1812**
**St Petersburg, FL 33701-3926**

Date(s) debt was incurred _

Last 4 digits of account number **8516**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.406 4**

**Nonpriority creditor's name and mailing address**

**JAMES D HENRY JR**
**2325 Ulmerton Road**
**Suite 5**
**Clearwater, FL 34622-3362**

Date(s) debt was incurred _

Last 4 digits of account number **4468**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$533.99**

---

**3.406 5**

**Nonpriority creditor's name and mailing address**

**JAMES D JACKMAN**
**5008 Manatee Avenue W**
**Bradenton, FL 34209**

Date(s) debt was incurred _

Last 4 digits of account number **8345**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.406 6**

**Nonpriority creditor's name and mailing address**

**JAMES D KIRTLEY**
**1562 River Bend Pi Southeast**
**Decatur, AL 35601-6752**

Date(s) debt was incurred _

Last 4 digits of account number **2569**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.4067**

Nonpriority creditor's name and mailing address

**JAMES D LAMPATHAKIS PA**
405 S. Duncan Avenue
Suite A
Clearwater, FL 33755

Date(s) debt was incurred _

Last 4 digits of account number  **4438**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4068**

Nonpriority creditor's name and mailing address

**JAMES D NELSEN**
8558 Royal Lakes Drive
Jacksonville, FL 32256

Date(s) debt was incurred _

Last 4 digits of account number  **6208**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4069**

Nonpriority creditor's name and mailing address

**JAMES D PALERMO**
15436 N Florida Avenue Suite 200
Tampa, FL 33613

Date(s) debt was incurred _

Last 4 digits of account number  **4458**

As of the petition filing date, the claim is: *Check all that apply.*

**$6,099.28**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4070**

Nonpriority creditor's name and mailing address

**JAMES D RUDD**
6300 Northwest 5th Way Suite 100
Ft Lauderdale, FL 33309-6283

Date(s) debt was incurred _

Last 4 digits of account number  **1931**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4071**

Nonpriority creditor's name and mailing address

**JAMES D WOOD**
300 31st Street N Suite 400
St Petersburg, FL 33733

Date(s) debt was incurred _

Last 4 digits of account number  **2180**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4072**

Nonpriority creditor's name and mailing address

**JAMES D'LOUGHY**
P.O. Box 7932
Port St Lucie, FL 34985

Date(s) debt was incurred _

Last 4 digits of account number  **0214**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4073**

Nonpriority creditor's name and mailing address

**JAMES D. MAPP, JR.**
P.O. Box 532097
Orlando, FL 32853-2097

Date(s) debt was incurred _

Last 4 digits of account number  **4983**

As of the petition filing date, the claim is: *Check all that apply.*

**$200.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.407
4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,193.18**

**JAMES E ELLIOTT**
P.O. Box 66568
St Petersburg Beach, FL 33736-6568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3635**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.407
5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161.55**

**JAMES E FERGUSON JR**
525 3rd Street S Suite 22
Naples, FL 33940-6510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5423**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.407
6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**JAMES E JACOBY PA**
4300 Design Center Drive
Palm Beach Gardens, FL 33410-4225

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2360**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.407
7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**JAMES E KNIGHT**
160 John Rolfe Lane
Williamsburg, VA 23185-1429

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4558**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.407
8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,825.52**

**JAMES E MOORE III**
1107 W Marion Avenue Suite 112
Punta Gorda, FL 33950-5200

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5413**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.407
9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**JAMES E NUTT**
P.O. Box 24680
West Palm Beach, FL 33416-4680

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9882**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.408
0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**JAMES E SAUNDERS III**
15812 Northwest 15th Court
Pembroke Pines, FL 33028-1843

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6562**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.408**
**1**

**Nonpriority creditor's name and mailing address**

**JAMES E SHEPHERD**
**145 Middle Street Suite 1121**
**Lake Mary, FL 32746-3594**

Date(s) debt was incurred _

Last 4 digits of account number  **6040**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.408**
**2**

**Nonpriority creditor's name and mailing address**

**JAMES E TAYLOR JR**
**1215 E Amelia Street**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number  **8593**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.408**
**3**

**Nonpriority creditor's name and mailing address**

**JAMES E WADE III**
**116 Bushnell Plaza**
**Bushnell, FL 33513-9409**

Date(s) debt was incurred _

Last 4 digits of account number  **0654**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.408**
**4**

**Nonpriority creditor's name and mailing address**

**JAMES E WHARTON**
**4500 S Four Mile Run Drive Suite 634**
**Arlington, VA 22204-3537**

Date(s) debt was incurred _

Last 4 digits of account number  **3021**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$58.71

---

**3.408**
**5**

**Nonpriority creditor's name and mailing address**

**JAMES E WILLIS**
**851 5th Avenue N Suite 301**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number  **5937**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.408**
**6**

**Nonpriority creditor's name and mailing address**

**JAMES E. SPROULL, JR.**
**4707 N.W. 57th Drive**
**Gainesville, FL 32606-4369**

Date(s) debt was incurred _

Last 4 digits of account number  **6359**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.408**
**7**

**Nonpriority creditor's name and mailing address**

**JAMES E. WEBER**
**501 S. Flagler Dr.**
**Suite 207**
**West Palm Beach, FL 33401-5915**

Date(s) debt was incurred _

Last 4 digits of account number  **6051**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.408 8**

**Nonpriority creditor's name and mailing address**

**JAMES F BASQUE**
**3327 Wax Berry Court**
**Windermere Fl, FL 34786**

Date(s) debt was incurred _

Last 4 digits of account number **8165**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.408 9**

**Nonpriority creditor's name and mailing address**

**JAMES F GRAY**
**3615 Northwest 13th Street Suite B**
**Gainesville, FL 32609**

Date(s) debt was incurred _

Last 4 digits of account number **7403**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.409 0**

**Nonpriority creditor's name and mailing address**

**JAMES F GULECAS PA**
**P.O. Box 142334**
**Clearwater, FL 33766**

Date(s) debt was incurred _

Last 4 digits of account number **9561**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.409 1**

**Nonpriority creditor's name and mailing address**

**JAMES F KEEDY**
**220 W Main Street**
**Tavares, FL 32778-3812**

Date(s) debt was incurred _

Last 4 digits of account number **4848**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.409 2**

**Nonpriority creditor's name and mailing address**

**JAMES F LITTMAN**
**P.O. Box 1197**
**Stuart, FL 34995-1197**

Date(s) debt was incurred _

Last 4 digits of account number **3329**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$5,352.54

---

**3.409 3**

**Nonpriority creditor's name and mailing address**

**JAMES F MILLER & ASSOCIATES PA**
**219 N Dixie Highway**
**Lake Worth, FL 33460**

Date(s) debt was incurred _

Last 4 digits of account number **2130**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.409 4**

**Nonpriority creditor's name and mailing address**

**JAMES F POLLACK**
**1025 Anastasia Avenue**
**Coral Gables, FL 33134-6335**

Date(s) debt was incurred _

Last 4 digits of account number **2738**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$4,825.08

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.409
5**

**Nonpriority creditor's name and mailing address**

**JAMES F SCHWEIKERT**
**P.O. Box 1711**
**Jensen Beach, FL 34958-1711**

Date(s) debt was incurred _

Last 4 digits of account number  **4383**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.409
6**

**Nonpriority creditor's name and mailing address**

**JAMES F SPINDLER JR**
**3858 N Citrus Avenue**
**Crystal River, FL 34428-6035**

Date(s) debt was incurred _

Last 4 digits of account number  **4473**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.409
7**

**Nonpriority creditor's name and mailing address**

**JAMES F. JOHNSON, JR., P.A.**
**50 Rolling Oaks Drive**
**Asheville, NC 28806-3942**

Date(s) debt was incurred _

Last 4 digits of account number  **4445**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$1,314.57**

---

**3.409
8**

**Nonpriority creditor's name and mailing address**

**JAMES G KINCAID**
**Pmb 285**
**2805 E Oakland Park Boulevard**
**Ft Lauderdale, FL 33306-1813**

Date(s) debt was incurred _

Last 4 digits of account number  **4295**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.409
9**

**Nonpriority creditor's name and mailing address**

**JAMES G LARCHE JR**
**4041-B Northwest 37th Pl**
**Gainesville, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number  **3442**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.410
0**

**Nonpriority creditor's name and mailing address**

**JAMES G LEVIN**
**8962 Southwest 8th Street**
**Boca Raton, FL 33433-6212**

Date(s) debt was incurred _

Last 4 digits of account number  **8698**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.410
1**

**Nonpriority creditor's name and mailing address**

**JAMES G PACE PA**
**15180 Biscayne Boulevard**
**North Miami Beach, FL 33160-4602**

Date(s) debt was incurred _

Last 4 digits of account number  **319**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$228.66**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.410 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**JAMES G. SISCO**
P.O. Box 1533
St. Augustine, FL 32085-1533

Date(s) debt was incurred _

Last 4 digits of account number **5439**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JAMES GARRITY**
400 S Monroe Street
Tallahassee, FL 32399

Date(s) debt was incurred _

Last 4 digits of account number **8457**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**JAMES H BATMASIAN**
215 N Federal Highway
Boca Raton, FL 33432-3935

Date(s) debt was incurred _

Last 4 digits of account number **7931**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**JAMES H BUZBEE**
P.O. Drawer Hhh
Plant City, FL 33564-9053

Date(s) debt was incurred _

Last 4 digits of account number **5258**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JAMES H COOK III**
5562 Pinetree Drive
Miami Beach, FL 33140

Date(s) debt was incurred _

Last 4 digits of account number **8990**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**JAMES H EARNEST**
3066 White Ibis Way
Tallahassee, FL 32308-2889

Date(s) debt was incurred _

Last 4 digits of account number **2479**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**JAMES H HARRISON**
3330 Lake Shore Drive
Orlando, FL 32803-1125

Date(s) debt was incurred _

Last 4 digits of account number **6491**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.4109**

**Nonpriority creditor's name and mailing address**

**JAMES H MCANLY**
**222 E Oak Street**
**Arcadia, FL 33821-4422**

Date(s) debt was incurred _

Last 4 digits of account number **4918**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.4110**

**Nonpriority creditor's name and mailing address**

**JAMES H MCCARTY JR**
**2630 NW 41st Street**
**Suite A**
**Gainesville, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number **5716**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.4111**

**Nonpriority creditor's name and mailing address**

**JAMES H PECK**
**475 Biltmore Way Suite 303**
**Coral Gables, FL 33134-5755**

Date(s) debt was incurred _

Last 4 digits of account number **482**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.4112**

**Nonpriority creditor's name and mailing address**

**JAMES H SIESKY**
**Siesky & Pilon**
**2800 Davis Boulevard, Suite 205**
**Naples, FL 34104**

Date(s) debt was incurred _

Last 4 digits of account number **1667**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.4113**

**Nonpriority creditor's name and mailing address**

**JAMES H SWEENY III**
**Datran II Center Suite 1218**
**9130 S Dadeland Boulevard**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **0469**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.4114**

**Nonpriority creditor's name and mailing address**

**JAMES H THOMPSON**
**P.O. Box 391**
**Tallahassee, FL 32302**

Date(s) debt was incurred _

Last 4 digits of account number **4615**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

| | |
|---|---|
| **3.411 5** | |

**Nonpriority creditor's name and mailing address**
**JAMES H. MCNEIL**
P.O. Box 1567
Ft. Myers, FL 33902-1567

Date(s) debt was incurred _

Last 4 digits of account number  **5045**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| | |
|---|---|
| **3.411 6** | |

**Nonpriority creditor's name and mailing address**
**JAMES H. SEAY**
6624 Gateway Avenue
Sarasota, FL 34231-5806

Date(s) debt was incurred _

Last 4 digits of account number  **4810**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| | |
|---|---|
| **3.411 7** | |

**Nonpriority creditor's name and mailing address**
**JAMES J ALTMAN**
5614 Grand Boulevard
New Port Richey, FL 34652-3811

Date(s) debt was incurred _

Last 4 digits of account number  **938**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$400.00**

---

| | |
|---|---|
| **3.411 8** | |

**Nonpriority creditor's name and mailing address**
**JAMES J BELCHER PA**
234 University Boulevard N
Jacksonville, FL 32211

Date(s) debt was incurred _

Last 4 digits of account number  **5465**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| | |
|---|---|
| **3.411 9** | |

**Nonpriority creditor's name and mailing address**
**JAMES J BUTLER**
821 E Ocean Boulevard
Suite B
Stuart, FL 34994-3559

Date(s) debt was incurred _

Last 4 digits of account number  **4573**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| | |
|---|---|
| **3.412 0** | |

**Nonpriority creditor's name and mailing address**
**JAMES J CUSACK**
4910 Street Croix Drive
Tampa, FL 33629-4831

Date(s) debt was incurred _

Last 4 digits of account number  **6170**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| | |
|---|---|
| **3.412 1** | |

**Nonpriority creditor's name and mailing address**
**JAMES J DOUGHERTY PA**
7491 N Federal Highway Suite C5-800
Boca Raton, FL 33487-1825

Date(s) debt was incurred _

Last 4 digits of account number  **8796**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|--------|-------------------------|--------------------------|-------------------|
|        | Name                    |                          |                   |

---

**3.412 2**

**Nonpriority creditor's name and mailing address**
**JAMES J FOSTER PA**
**11490 Emerald Coast Parkway**
**Destin, FL 32550**

Date(s) debt was incurred _

Last 4 digits of account number  **4614**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$100.00**

---

**3.412 3**

**Nonpriority creditor's name and mailing address**
**JAMES J HURCHALLA**
**888 E Las Olas Boulevard Suite 200**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **8584**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$25.00**

---

**3.412 4**

**Nonpriority creditor's name and mailing address**
**JAMES J KEARN**
**138 Live Oak Avenue**
**Daytona Beach, FL 32114**

Date(s) debt was incurred _

Last 4 digits of account number  **4276**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$25.00**

---

**3.412 5**

**Nonpriority creditor's name and mailing address**
**JAMES J MORAN**
**Reed Griffith & Moran**
**P.O. Drawer 10**
**Boynton Beach, FL 33425-0010**

Date(s) debt was incurred _

Last 4 digits of account number  **6790**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$125.00**

---

**3.412 6**

**Nonpriority creditor's name and mailing address**
**James J. Dorl, P.A.**
**P.O. Box 500177**
**Marathon, FL 33050-0177**

Date(s) debt was incurred _

Last 4 digits of account number  **5026**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$25.00**

---

**3.412 7**

**Nonpriority creditor's name and mailing address**
**JAMES JACKSON HOUSER**
**8338 Southeast Coconut Street**
**Hobe Sound, FL 33455-2911**

Date(s) debt was incurred _

Last 4 digits of account number  **8533**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

**3.412 8**

**Nonpriority creditor's name and mailing address**

**JAMES K COAD**
**8761 Southwest 137 Avenue**
**Miami, FL 33183-4077**

Date(s) debt was incurred _

Last 4 digits of account number  **1500**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.412 9**

**Nonpriority creditor's name and mailing address**

**JAMES K RUBIN PA**
**1100 Northeast 163 Street Suite 101**
**North Miami Beach, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number  **2372**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.413 0**

**Nonpriority creditor's name and mailing address**

**JAMES K. PEDLEY**
**727 N.E. 3rd Ave.**
**Suite 301**
**Ft. Lauderdale, FL 33304-2646**

Date(s) debt was incurred _

Last 4 digits of account number  **6000**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$100.00

---

**3.413 1**

**Nonpriority creditor's name and mailing address**

**JAMES L BERFIELD**
**2515 Countryside Boulevard Suite D**
**Clearwater, FL 34623-1603**

Date(s) debt was incurred _

Last 4 digits of account number  **7085**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$333.13

---

**3.413 2**

**Nonpriority creditor's name and mailing address**

**JAMES L CASE**
**2810 E Oakland Park Boulevard**
**Suite 102**
**Ft Lauderdale, FL 33306-1801**

Date(s) debt was incurred _

Last 4 digits of account number  **4315**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$8,205.63

---

**3.413 3**

**Nonpriority creditor's name and mailing address**

**JAMES L CHASE**
**P.O. Box 13205**
**Pensacola, FL 32591-3205**

Date(s) debt was incurred _

Last 4 digits of account number  **3924**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.413 4**

**Nonpriority creditor's name and mailing address**

**JAMES L COTTRELL**
**P.O. Box 350694**
**Palm Coast, FL 32135**

Date(s) debt was incurred _

Last 4 digits of account number  **0124**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**
_____

| 3.413 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**JAMES L ESSENSON**
**100 Wallace Avenue**
**Suite 310**
**Sarasota, FL 34237**

Date(s) debt was incurred  _

Last 4 digits of account number  **8051**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.413 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**JAMES L ESTES JR**
**P.O. Box 111**
**Tampa, FL 33601**

Date(s) debt was incurred  _

Last 4 digits of account number  **5080**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.413 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**JAMES L GOETZ PA**
**P.O. Box 6844**
**Ft Myers, FL 33911-6844**

Date(s) debt was incurred  _

Last 4 digits of account number  **6904**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.413 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**JAMES L KARL II**
**975 N. Collier Boulevard**
**Marco Island, FL 34145**

Date(s) debt was incurred  _

Last 4 digits of account number  **4832**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.413 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**JAMES L KERSHAW**
**2125 E Atlantic Boulevard**
**Pompano Beach, FL 33062-5207**

Date(s) debt was incurred  _

Last 4 digits of account number  **4017**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.414 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**JAMES L MAIN**
**Holland & Knight**
**P.O. Box 52687**
**Jacksonville, FL 32201**

Date(s) debt was incurred  _

Last 4 digits of account number  **6064**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

| 3.414 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**JAMES L MYERS JR**
**222 Royal Palm Way**
**Palm Beach, FL 33480-4303**

Date(s) debt was incurred _

Last 4 digits of account number  **7155**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JAMES L PADGETT JR**
**113 North 4th Street**
**Palatka, FL 32177-2505**

Date(s) debt was incurred _

Last 4 digits of account number  **8064**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**JAMES L PADGETT JR**
**10 Central Avenue**
**Crescent City, FL 32112-2602**

Date(s) debt was incurred _

Last 4 digits of account number  **8064**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**JAMES L SAYER**
**P0 Box 776**
**Ft Myers, FL 33902-0776**

Date(s) debt was incurred _

Last 4 digits of account number  **5514**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JAMES L SCHMIDT II**
**6725 US 27 S**
**Sebring, FL 33876**

Date(s) debt was incurred _

Last 4 digits of account number  **7950**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JAMES L SOULE**
**7515 W Oakland Park Boulevard Suite 100**
**Ft Lauderdale, FL 33319**

Date(s) debt was incurred _

Last 4 digits of account number  **9155**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**JAMES L WALL JR**
**1275 Bluebird Avenue**
**Miami, FL 33166-3117**

Date(s) debt was incurred _

Last 4 digits of account number  **4828**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**LTGF Business Trust**_____    Case number (*if known*) __**2:23-bk-01538**__
   Name

---

**3.414
8**    **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

**James L. Goetz**
**Goetz & Goetz**                    ■ Contingent
**2133 Winkler Avenue, Suite 300**    ☐ Unliquidated
**Ft Myers, FL 33901**                ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** __Member__

Last 4 digits of account number **6904**    Is the claim subject to offset? ■ No ☐ Yes

---

**3.414
9**    **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

**James L. Shroads**
**P.O. Box 15568**                    ■ Contingent
**Fernandina Beach, FL 32035**        ☐ Unliquidated
                                      ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** __Member__

Last 4 digits of account number **7241**    Is the claim subject to offset? ■ No ☐ Yes

---

**3.415
0**    **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

**JAMES LOREN**
**2040 Northeast 163rd Street Suite 207**    ■ Contingent
**North Miami Beach, FL 33162**        ☐ Unliquidated
                                      ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** __Member__

Last 4 digits of account number **2618**    Is the claim subject to offset? ■ No ☐ Yes

---

**3.415
1**    **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

**JAMES M BRAKO**
**1450 Northeast 2nd Avenue Suite 526**    ■ Contingent
**Miami, FL 33132**                   ☐ Unliquidated
                                      ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** __Member__

Last 4 digits of account number **8460**    Is the claim subject to offset? ■ No ☐ Yes

---

**3.415
2**    **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** *Check all that apply.*                    **$100.00**

**JAMES M BRICKLEY**
**P.O. Box 531853**                   ■ Contingent
**St Petersburg, FL 33747-1853**      ☐ Unliquidated
                                      ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** __Member__

Last 4 digits of account number **3872**    Is the claim subject to offset? ■ No ☐ Yes

---

**3.415
3**    **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** *Check all that apply.*                    **$200.00**

**JAMES M CAMPBELL**
**3125 Hanover Street**               ■ Contingent
**Dallas, TX 75225**                  ☐ Unliquidated
                                      ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** __Member__

Last 4 digits of account number **6993**    Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.415**
**4**

**Nonpriority creditor's name and mailing address**

**JAMES M CHADWICK**
**11300 Fourth Street N Suite 200**
**St Petersburg, FL 33716-2940**

Date(s) debt was incurred _

Last 4 digits of account number **9990**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.415**
**5**

**Nonpriority creditor's name and mailing address**

**JAMES M CRUM**
**P.O. Box 519**
**Lakehurst, NJ 08733**

Date(s) debt was incurred _

Last 4 digits of account number **0109**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.415**
**6**

**Nonpriority creditor's name and mailing address**

**JAMES M HAMMOND**
**1831 N Belcher Road Suite A-1**
**Clearwater, FL 33765**

Date(s) debt was incurred _

Last 4 digits of account number **8173**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.415**
**7**

**Nonpriority creditor's name and mailing address**

**JAMES M HOLZ ATTORNEY AT LAW**
**100 S Kentucky Avenue Suite 295**
**Lakeland, FL 33801**

Date(s) debt was incurred _

Last 4 digits of account number **5050**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.415**
**8**

**Nonpriority creditor's name and mailing address**

**JAMES M KOSMAS**
**111 Live Oak Street**
**New Smyrna Beach, FL 32168**

Date(s) debt was incurred _

Last 4 digits of account number **3623**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.415**
**9**

**Nonpriority creditor's name and mailing address**

**JAMES M MANCUSO**
**1025 Greenwood Boulevard Suite 222**
**Lake Mary, FL 32746-5406**

Date(s) debt was incurred _

Last 4 digits of account number **9185**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.416**
**0**

**Nonpriority creditor's name and mailing address**

**JAMES M MCCARTHY**
**P.O. Box 3625**
**Lakeland, FL 33802-3625**

Date(s) debt was incurred _

Last 4 digits of account number **5094**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.416 1**

**Nonpriority creditor's name and mailing address**

**JAMES M MILLER**
**Vernis & Bowling of Cntrl Flpa**
**1450 S Woodland Boulevard Suite 400**
**Deland, FL 32720-7767**

Date(s) debt was incurred _

Last 4 digits of account number  **0253**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.416 2**

**Nonpriority creditor's name and mailing address**

**JAMES M NIXON II**
**10643 Big Canoe**
**Big Canoe, GA 30143**

Date(s) debt was incurred _

Last 4 digits of account number  **4060**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$7,031.69**

---

**3.416 3**

**Nonpriority creditor's name and mailing address**

**JAMES M PACE JR**
**P.O. Box 916**
**Bainbridge, GA 31717-0916**

Date(s) debt was incurred _

Last 4 digits of account number  **6135**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.416 4**

**Nonpriority creditor's name and mailing address**

**JAMES M PAINTER**
**1300 N. Federal Highway**
**Suite 110**
**Boca Raton, FL 33432-2848**

Date(s) debt was incurred _

Last 4 digits of account number  **177**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.416 5**

**Nonpriority creditor's name and mailing address**

**JAMES M STEWART**
**1211 The Plaza**
**Singer Island, FL 33404**

Date(s) debt was incurred _

Last 4 digits of account number  **8155**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.416 6**

**Nonpriority creditor's name and mailing address**

**JAMES M STUCKEY**
**P.O. Box 1800**
**Stuart, FL 34995-1800**

Date(s) debt was incurred _

Last 4 digits of account number  **6312**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

**3.416 7**

**Nonpriority creditor's name and mailing address**

**JAMES M WALLACE**
**420 Old Main Street**
**Bradenton, FL 34205-1889**

Date(s) debt was incurred _

Last 4 digits of account number **1094**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.416 8**

**Nonpriority creditor's name and mailing address**

**JAMES M WILLIAMS**
**1701 E Atlantic Boulevard Suite 4**
**Pompano Beach, FL 33060-6767**

Date(s) debt was incurred _

Last 4 digits of account number **7195**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.416 9**

**Nonpriority creditor's name and mailing address**

**JAMES MARVIN GANN**
**P.O. Box 1596**
**Belle Glade, FL 33430-6596**

Date(s) debt was incurred _

Last 4 digits of account number **4731**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.417 0**

**Nonpriority creditor's name and mailing address**

**JAMES N BROWN**
**1110 N. Olive Avenue**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **9078**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.417 1**

**Nonpriority creditor's name and mailing address**

**JAMES N CASESA**
**3845 - Fifth Avenue N**
**St Petersburg, FL 33713-7548**

Date(s) debt was incurred _

Last 4 digits of account number **7369**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.417 2**

**Nonpriority creditor's name and mailing address**

**JAMES N REYER**
**5301 N Federal Highway Suite 130**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number **3916**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.417 3**

**Nonpriority creditor's name and mailing address**

**JAMES N STANLEY JR**
**2828 Coral Way Suite 304**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number **5744**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.417.4**

**Nonpriority creditor's name and mailing address**
**JAMES N. DAVIS**
**1 East Redlands Blvd.**
**Redlands, CA 92373-4743**

Date(s) debt was incurred _

Last 4 digits of account number **6011**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$1,043.61

---

**3.417.5**

**Nonpriority creditor's name and mailing address**
**JAMES P BENNETT**
**4681 1st Street Northeast Suite 406**
**St Petersburg, FL 33703-4947**

Date(s) debt was incurred _

Last 4 digits of account number **1398**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.417.6**

**Nonpriority creditor's name and mailing address**
**JAMES P BRIDY**
**P.O. Box 809**
**Stuart, FL 34995**

Date(s) debt was incurred _

Last 4 digits of account number **7816**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.417.7**

**Nonpriority creditor's name and mailing address**
**JAMES P COVEY**
**1111 S Federal Highway Suite 118**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number **8148**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.417.8**

**Nonpriority creditor's name and mailing address**
**JAMES P PANICO**
**PO Box 2854**
**Orlando, FL 32802-2854**

Date(s) debt was incurred _

Last 4 digits of account number **3866**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.417.9**

**Nonpriority creditor's name and mailing address**
**JAMES P WOLF**
**P.O. Box 4579**
**Jacksonville, FL 32231-0038**

Date(s) debt was incurred _

Last 4 digits of account number **2228**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.418.0**

**Nonpriority creditor's name and mailing address**
**JAMES P. COOKSEY**
**5514 Park Blvd. North**
**Pinellas Park, FL 34665-3326**

Date(s) debt was incurred _

Last 4 digits of account number **8490**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.418
1**

**Nonpriority creditor's name and mailing address**

**JAMES R CLODFELTER**
**2461 West Hillsboro Boulevard**
**Deerfield Beach, FL 33442-7901**

Date(s) debt was incurred _

Last 4 digits of account number  **8062**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$2.61**

---

**3.418
2**

**Nonpriority creditor's name and mailing address**

**JAMES R EDDY**
**2631 E Oakland Park Boulevard Suite 110**
**Ft Lauderdale, FL 33306-1607**

Date(s) debt was incurred _

Last 4 digits of account number  **4870**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.418
3**

**Nonpriority creditor's name and mailing address**

**JAMES R EVANS PA**
**322 Silver Beach Avenue**
**Daytona Beach, FL 32118**

Date(s) debt was incurred _

Last 4 digits of account number  **5888**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.418
4**

**Nonpriority creditor's name and mailing address**

**JAMES R FLYNN**
**407 W Georgia**
**Starke, FL 32091-1813**

Date(s) debt was incurred _

Last 4 digits of account number  **6966**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.418
5**

**Nonpriority creditor's name and mailing address**

**JAMES R JESSELL**
**P.O. Box 837**
**Ft Myers, FL 33902-0837**

Date(s) debt was incurred _

Last 4 digits of account number  **4063**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.418
6**

**Nonpriority creditor's name and mailing address**

**JAMES R KAY**
**Phillips Point East Tower**
**777 S Flagler Drive Suite 900 E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **1724**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.418
7**

**Nonpriority creditor's name and mailing address**

**JAMES R KELLER**
**P.O. Box 500057**
**Marathon, FL 33050-0057**

Date(s) debt was incurred _

Last 4 digits of account number  **8565**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.418 8**

**Nonpriority creditor's name and mailing address**

**JAMES R NIESET**
**James R. Nieset P.A.**
**6740 Crosswinds Drive N Suite D**
**St Petersburg, FL 33710-5472**

Date(s) debt was incurred _

Last 4 digits of account number **6165**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.418 9**

**Nonpriority creditor's name and mailing address**

**JAMES R PALMER**
**1900 Summit Tower Boulevard Suite 760**
**Orlando, FL 32810**

Date(s) debt was incurred _

Last 4 digits of account number **9090**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.419 0**

**Nonpriority creditor's name and mailing address**

**JAMES R RICH**
**Forum 111 Suite 401**
**1655 Palm Beach Lakes Boulevard**
**West Palm Beach, FL 33401-2119**

Date(s) debt was incurred _

Last 4 digits of account number **7063**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$100.00

---

**3.419 1**

**Nonpriority creditor's name and mailing address**

**JAMES R WELLS**
**50 Southeast Fourth Avenue**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number **4666**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.419 2**

**Nonpriority creditor's name and mailing address**

**JAMES R ZANT**
**P.O. Box 14**
**Madison, FL 32340-0014**

Date(s) debt was incurred _

Last 4 digits of account number **8758**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.419 3**

**Nonpriority creditor's name and mailing address**

**JAMES R. DRESSLER**
**110 Dixie Lane**
**Cocoa Beach, FL 32931-3542**

Date(s) debt was incurred _

Last 4 digits of account number **4969**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$200.00

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.419 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**JAMES R. KENNEDY, JR.**
**856 Second Avenue North**
**St. Petersburg, FL 33701-3106**

Date(s) debt was incurred _

Last 4 digits of account number  **7930**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.419 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**JAMES ROBERT MEYER**
**P.O. Drawer 2900**
**Lakeland, FL 33806**

Date(s) debt was incurred _

Last 4 digits of account number  **4622**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.419 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JAMES S BYRD SR**
**1200 W State Road 434 Suite 112**
**Longwood, FL 32750**

Date(s) debt was incurred _

Last 4 digits of account number  **1835**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.419 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JAMES S CARIS**
**401 E Las Olas Boulevard Suite 130-117**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **6534**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.419 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JAMES S PUCCIO**
**3501 Del Prado Boulevard Suite 310**
**Cape Coral, FL 33904-7223**

Date(s) debt was incurred _

Last 4 digits of account number  **4082**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.419 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JAMES S RENALDO**
**4219 Carrollwood Village Drive**
**Tampa, FL 33618**

Date(s) debt was incurred _

Last 4 digits of account number  **8688**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.420 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**JAMES S STROUSS III PA**
**2758 E Atlantic Boulevard**
**Pompano Beach, FL 33062**

Date(s) debt was incurred _

Last 4 digits of account number  **4800**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.420 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**James S. Morris, P.A.**
**P.O. Box 291687**
**Port Orange, FL 32129-1687**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **2194**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**JAMES SADOCK, JR.**
**5894 Michaux Street**
**Boca Raton, FL 33433-7276**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6237**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**JAMES SUGLIO**
**801 S University Drive**
**Plantation, FL 33324**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7201**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JAMES T HOLDER**
**P.O. Box 1079**
**Clearwater, FL 34617**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8314**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14.50** |
|---|---|---|---|

**JAMES T IANNACCONE**
**800 E Broward Boulevard Suite 510**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4146**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00** |
|---|---|---|---|

**JAMES T JOINER**
**P.O. Drawer 230**
**Winter Haven, FL 33882-0230**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6642**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.420 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**JAMES T LYNCH**
P.O. Box 574
Santa Fe, NM 87504-0574

Date(s) debt was incurred _

Last 4 digits of account number **6530**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**JAMES T MOORE**
9762 Trophy Oaks Drive
Garden Ridge, TX 78266-2814

Date(s) debt was incurred _

Last 4 digits of account number **4587**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**JAMES T NUNN**
417 Eaton Street
Key West, FL 33040

Date(s) debt was incurred _

Last 4 digits of account number **5921**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**JAMES V DOLAN**
540 Northeast 8th Street
Ft Lauderdale, FL 33304-2715

Date(s) debt was incurred _

Last 4 digits of account number **5370**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JAMES V FAZIOLI**
3205 Northeast 59th Street
Ft Lauderdale, FL 33308

Date(s) debt was incurred _

Last 4 digits of account number **0717**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**JAMES V LOBOZZO JR**
211 S Ridgewood Drive
Sebring, FL 33870-3340

Date(s) debt was incurred _

Last 4 digits of account number **7437**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**JAMES W BOWLING**
1680 Northeast 135th Street
North Miami, FL 33181-1748

Date(s) debt was incurred _

Last 4 digits of account number **296**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.421
4**

**Nonpriority creditor's name and mailing address**

**JAMES W GRIMSLEY**
**Anchors Smith Grimsley**
**909 Mar Walt Drive Suite 1014**
**Ft Walton Beach, FL 32549-2379**

Date(s) debt was incurred _

Last 4 digits of account number **7697**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.421
5**

**Nonpriority creditor's name and mailing address**

**JAMES W MAGAHA**
**812 N Spring Street**
**Pensacola, FL 32501-3120**

Date(s) debt was incurred _

Last 4 digits of account number **8188**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.421
6**

**Nonpriority creditor's name and mailing address**

**JAMES W MARTIN**
**540 4th Street North**
**St Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number **6627**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.421
7**

**Nonpriority creditor's name and mailing address**

**JAMES W MOORE**
**333 Northeast 23rd Street**
**Miami, FL 33137**

Date(s) debt was incurred _

Last 4 digits of account number **6616**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.421
8**

**Nonpriority creditor's name and mailing address**

**JAMES W SEARS**
**511 N Ferncreek Avenue**
**Orlando, FL 32803-5437**

Date(s) debt was incurred _

Last 4 digits of account number **6235**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.421
9**

**Nonpriority creditor's name and mailing address**

**JAMES WALTER KAYWELL**
**18307 Deep Passage Lane**
**Ft Myers, FL 33931**

Date(s) debt was incurred _

Last 4 digits of account number **4015**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.422 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**JAMES WEINSTOCK**
**4003 Carambola Circle N**
**Coconut Creek, FL 33066-2451**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7906**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.422 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**JAMES WM KNOWLES**
**2812 Manatee Avenue W.**
**Bradenton, FL 34205**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7101**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.422 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**JAMIE A EBLING**
**1819 Main Street Suite 1000**
**Sarasota, FL 34235-5999**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0423**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.422 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**JAMIE NELL COLBY**
**20191 E. Ctrtr Club Drive Suite 2202**
**North Miami Beach, FL 33180**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3883**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.422 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**JAN C FRANKLIN**
**4920 Southwest 19th Way**
**Gainesville, FL 32608**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7600**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.422 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**JAN G HALISKY**
**507 S Prospect Avenue**
**Clearwater, FL 33756**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6368**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.422 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**JAN J. HEVIER**
**41 Commerce Street**
**Apalachicola, FL 32320-1771**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2650**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.422
7**

**Nonpriority creditor's name and mailing address**
**JAN J. PIPER**
**P.O. Box 210**
**St. Petersburg, FL 33731-0210**

Date(s) debt was incurred _

Last 4 digits of account number **3689**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.422
8**

**Nonpriority creditor's name and mailing address**
**JANA LOU ARMSTRONG**
**701 Brickell Avenue Suite 1550**
**Miami, FL 33132-2824**

Date(s) debt was incurred _

Last 4 digits of account number **4462**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.422
9**

**Nonpriority creditor's name and mailing address**
**JANE A LEVY**
**3360 Bridle Path Lane**
**Weston, FL 33331-3508**

Date(s) debt was incurred _

Last 4 digits of account number **165**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.423
0**

**Nonpriority creditor's name and mailing address**
**JANE R. HOADE**
**9301 S.W. 54th Street**
**Miami, FL 33165-6523**

Date(s) debt was incurred _

Last 4 digits of account number **4132**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.62**

---

**3.423
1**

**Nonpriority creditor's name and mailing address**
**JANE YEAGER CHEFFY**
**Jane Yeager Cheffy Esquire**
**2375 N Tamiami Trail Suite 310**
**Naples, FL 34103-4439**

Date(s) debt was incurred _

Last 4 digits of account number **3748**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.423
2**

**Nonpriority creditor's name and mailing address**
**Janet C. Croom, P.A.**
**1201 19th Place Suite B200**
**Vero Beach, FL 32960**

Date(s) debt was incurred _

Last 4 digits of account number **8693**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

**3.423
3**

**Nonpriority creditor's name and mailing address**

**Janet D. Hartman, P.A.**
**3500 SW Corporate Parkway**
**Suite 202**
**Palm City, FL 34990**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7451**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.423
4**

**Nonpriority creditor's name and mailing address**

**JANET E SPENCE**
**P.O. Box 297461**
**Pembroke Pines, FL 33029**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5707**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.423
5**

**Nonpriority creditor's name and mailing address**

**JANET K SHEPHERD**
**Janet K. Shepherd P.A.**
**P.O. Box 2024**
**Ft Lauderdale, FL 33303**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8922**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.423
6**

**Nonpriority creditor's name and mailing address**

**JANET L CAPAK**
**1619 14th Avenue Suite A**
**Vero Beach, FL 32960**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5700**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.423
7**

**Nonpriority creditor's name and mailing address**

**JANET L LANGJAHR**
**359 Windham Loop**
**Staten Island, NY 10314**

**Date(s) debt was incurred** _

**Last 4 digits of account number  9051**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.423
8**

**Nonpriority creditor's name and mailing address**

**JANET MESSERVEY STUART**
**P.O. Box 3**
**Lakeland, FL 33802**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7488**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.423
9**

**Nonpriority creditor's name and mailing address**

**JANET W BEHNKE**
**P.O. Box 1237**
**Ocala, FL 34478-1237**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4508**

**As of the petition filing date, the claim is:** Check all that apply.

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.424 0**

**Nonpriority creditor's name and mailing address**
**JANI E MAURER**
**500 Northeast Spanish River Boulevard Su**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **2576**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.424 1**

**Nonpriority creditor's name and mailing address**
**JANICE F FLEISCHER**
**3440 Hollywood Boulevard Suite 140**
**Nollywood, FL 33021-6900**

Date(s) debt was incurred _

Last 4 digits of account number  **6349**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.424 2**

**Nonpriority creditor's name and mailing address**
**JANICE L RUSSELL**
**4675 Ponce De Leon Boulevard Suite 305**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number  **3989**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.424 3**

**Nonpriority creditor's name and mailing address**
**JANICE LAVERNIA RUBIN**
**7685 SW 104th Street**
**Suite 210**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **5166**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.424 4**

**Nonpriority creditor's name and mailing address**
**JANICE M REVITZ**
**14200 Northwest 57th Avenue Floor 2**
**Miami Lakes, FL 33014-2801**

Date(s) debt was incurred _

Last 4 digits of account number  **4409**

**As of the petition filing date, the claim is:** *Check all that apply.*

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.424 5**

**Nonpriority creditor's name and mailing address**
**JANICE PAYNE THOMAS**
**1716 Northeast 4th Street**
**Ocala, FL 34470**

Date(s) debt was incurred _

Last 4 digits of account number  **6644**

**As of the petition filing date, the claim is:** *Check all that apply.*

$75.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **LTGF Business Trust**

Name

Case number (if known)    **2:23-bk-01538**

---

| 3.424 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**JANIS K CHEEZEM**
**College of Commerce & Industry**
**222 Sitine Hall**
**Clemson, SC 29634-0001**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3836**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.424 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**JARAMILLO & BLAYA PA**
**66 W Flagler Street**
**Suite 500**
**Miami, FL 33130**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6647**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.424 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**JASON E SLATKIN**
**Slatkin & Reynolds P.A.**
**One E Broward Boulevard Suite 609**
**Ft Lauderdale, FL 33301**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4790**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.424 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**JASON FEDER**
**600 N Pine Island Road Suite 450**
**Plantation, FL 33324**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1793**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.425 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**JASON H CLARK**
**P.O. Box 17486**
**West Palm Beach, FL 33416**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6379**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.425 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**JASON H HABER PA**
**888 S. Andrews Avenue**
**Suite 201**
**Ft Lauderdale, FL 33316**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6640**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

**3.425**
**2**

**Nonpriority creditor's name and mailing address**
**JASON K PSALTIDES**
**14101 Northwest 4th Street**
**Sunrise, FL 33325**

Date(s) debt was incurred  _

Last 4 digits of account number  **6769**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$25.00**

---

**3.425**
**3**

**Nonpriority creditor's name and mailing address**
**Jason L. Scarberry, P.A.**
**7401 Wiles Road Suite 243**
**Coral Springs, FL 33067**

Date(s) debt was incurred  _

Last 4 digits of account number  **9038**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$25.00**

---

**3.425**
**4**

**Nonpriority creditor's name and mailing address**
**JASON R MOSLEY PA**
**11000 University Parkway**
**Pensacola, FL 32514-5732**

Date(s) debt was incurred  _

Last 4 digits of account number  **2141**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$50.00**

---

**3.425**
**5**

**Nonpriority creditor's name and mailing address**
**JASON SPECTOR**
**5401 Kirkman Road Suite 607**
**Orlando, FL 32819**

Date(s) debt was incurred  _

Last 4 digits of account number  **9141**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$25.00**

---

**3.425**
**6**

**Nonpriority creditor's name and mailing address**
**JASON W SEARL PA**
**P.O. Box 536268**
**Orlando, FL 32853**

Date(s) debt was incurred  _

Last 4 digits of account number  **9955**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$25.00**

---

**3.425**
**7**

**Nonpriority creditor's name and mailing address**
**JAUREGUI & JAUREGUI PA**
**5801 Northwest 151 Street Suite 301**
**Miami Lakes, FL 33014**

Date(s) debt was incurred  _

Last 4 digits of account number  **1642**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$50.00**

---

**3.425**
**8**

**Nonpriority creditor's name and mailing address**
**Javier Giraud, P.A.**
**8411 SW 129th Avenue**
**Miami, FL 33183**

Date(s) debt was incurred  _

Last 4 digits of account number  **7354**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**
Name

Case number (if known)    **2:23-bk-01538**

---

**3.4259**

**Nonpriority creditor's name and mailing address**

**JAVIER GUADAYOL**
**13412 Southwest 128th Street**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number  **4865**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.4260**

**Nonpriority creditor's name and mailing address**

**JAVIER I GOMEZ PA**
**P.O. Box 440308**
**Miami, FL 33144-0308**

Date(s) debt was incurred _

Last 4 digits of account number  **8574**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.4261**

**Nonpriority creditor's name and mailing address**

**JAVIER L VAZQUEZ**
**6500 Cowpen Road Suite 302**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number  **6830**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.4262**

**Nonpriority creditor's name and mailing address**

**Javier Law Firm, P.A.**
**P.O. Box 350486**
**Jacksonville, FL 32235-0486**

Date(s) debt was incurred _

Last 4 digits of account number  **8075**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.4263**

**Nonpriority creditor's name and mailing address**

**JAY A TAPLIN**
**1555 Palm Beach Lakes Boulevard**
**Suite 1510**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **4850**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.4264**

**Nonpriority creditor's name and mailing address**

**JAY A. BRETT**
**P.O. Box 400**
**Ft Myers, FL 33902-0400**

Date(s) debt was incurred _

Last 4 digits of account number  **8555**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$7,324.22**

---

**3.4265**

**Nonpriority creditor's name and mailing address**

**JAY B VERONA**
**P.O. Box 41750**
**St Petersburg, FL 33743-1750**

Date(s) debt was incurred _

Last 4 digits of account number  **4826**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| Debtor __LTGF Business Trust__ | Case number (if known) __2:23-bk-01538__ |
| Name | |

---

**3.426 6**

**Nonpriority creditor's name and mailing address**
**JAY C ANDERSON**
**8211 W Broward Boulevard Suite 110**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number __4180__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.426 7**

**Nonpriority creditor's name and mailing address**
**JAY C PREEFER**
**2161 Palm Beach Lakes Boulevard**
**Suite 403**
**West Palm Beach, FL 33409-6613**

Date(s) debt was incurred _

Last 4 digits of account number __5403__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.426 8**

**Nonpriority creditor's name and mailing address**
**JAY D ASBURY**
**P.O. Box 488**
**Crescent City, FL 32112**

Date(s) debt was incurred _

Last 4 digits of account number __8065__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.426 9**

**Nonpriority creditor's name and mailing address**
**JAY E ECKHAUS**
**Jay E. Eckhaus P.A.**
**9121 N Military Trail Suite 107**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number __6536__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.427 0**

**Nonpriority creditor's name and mailing address**
**JAY KOENIGSBERG PA**
**601 Brickell Key Drive**
**Suite 750**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number __1918__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.427 1**

**Nonpriority creditor's name and mailing address**
**JAY PATRICK REYNOLDS**
**1701 Banyan Road**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number __9823__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.427 2**

**Nonpriority creditor's name and mailing address**
**JAY R TOME**
**15500 New Barn Road Suite 104**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number  **6278**

As of the petition filing date, the claim is: *Check all that apply.*   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427 3**

**Nonpriority creditor's name and mailing address**
**JAY STEINMAN**
**Nations Bank Building at Int'L Plaza**
**100 Southeast Second Street Suite 4000**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **1822**

As of the petition filing date, the claim is: *Check all that apply.*   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427 4**

**Nonpriority creditor's name and mailing address**
**JAY STEVEN LEVINE PA**
**3300 PGA Boulevard Suite 970**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number  **6963**

As of the petition filing date, the claim is: *Check all that apply.*   **$125.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427 5**

**Nonpriority creditor's name and mailing address**
**JAY W MORELAND**
**8520 Government Drive Suite 5**
**New Port Richey, FL 34654-5511**

Date(s) debt was incurred _

Last 4 digits of account number  **294**

As of the petition filing date, the claim is: *Check all that apply.*   **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427 6**

**Nonpriority creditor's name and mailing address**
**JBR, P.A.**
**PO Box 140969**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **0237**

As of the petition filing date, the claim is: *Check all that apply.*   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427 7**

**Nonpriority creditor's name and mailing address**
**JEAN CASCIO**
**11555 Heron Bay Boulevard**
**Suite 200**
**Coral Springs, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number  **5788**

As of the petition filing date, the claim is: *Check all that apply.*   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427 8**

**Nonpriority creditor's name and mailing address**
**JEAN CROUGHAN GILLIS**
**15105-D John J Delaney Drive Suite 102**
**Charlotte, NC 28277**

Date(s) debt was incurred _

Last 4 digits of account number  **6182**

As of the petition filing date, the claim is: *Check all that apply.*   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.4279**

**Nonpriority creditor's name and mailing address**

**JEAN D S LEXTON**
**3844 Bee Ridge Road Suite 202**
**Sarasota, FL 34233-1103**

Date(s) debt was incurred _

Last 4 digits of account number  **8171**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$1.30**

---

**3.4280**

**Nonpriority creditor's name and mailing address**

**JEAN M FINKS**
**210 Wood Street**
**Punta Gorda, FL 33950**

Date(s) debt was incurred _

Last 4 digits of account number  **0991**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.4281**

**Nonpriority creditor's name and mailing address**

**JEAN M HENNE**
**228 Shore Drive**
**Winter Haven, FL 33884-2526**

Date(s) debt was incurred _

Last 4 digits of account number  **8169**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.4282**

**Nonpriority creditor's name and mailing address**

**JEAN PISTOLESE ROSE**
**999 Southwest 17th Street**
**Boca Raton, FL 33486-6819**

Date(s) debt was incurred _

Last 4 digits of account number  **3497**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.4283**

**Nonpriority creditor's name and mailing address**

**JEANELLE G BRONSON**
**P.O. Box 538065**
**Orlando, FL 32853-8065**

Date(s) debt was incurred _

Last 4 digits of account number  **0728**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.4284**

**Nonpriority creditor's name and mailing address**

**JEANETTE ESCUDERO PA**
**9425 Sunset Drive Suite 124**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number  **2834**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.4285**

**Nonpriority creditor's name and mailing address**

**JEANETTE HERNANDEZ-SUAREZ**
**11400 N Kendall Drive Suite 205**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number  **2474**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.428 6**

**Nonpriority creditor's name and mailing address**

**JEANETTE J SECOR**
**6474 1st Avenue N**
**St Petersburg, FL 33710-8402**

Date(s) debt was incurred _

Last 4 digits of account number  **8452**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.428 7**

**Nonpriority creditor's name and mailing address**

**JEANETTE K PATTERSON PA**
**P.O. Box 1602**
**Marco Island, FL 34146**

Date(s) debt was incurred _

Last 4 digits of account number  **8522**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.428 8**

**Nonpriority creditor's name and mailing address**

**JECK HARRIS RAYNOR & JONES**
**790 Juno Ocean Walk**
**Suite 600**
**Juno Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number  **6451**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$325.00

---

**3.428 9**

**Nonpriority creditor's name and mailing address**

**JED R FRIEDMAN PA**
**25 SE 2nd Avenue**
**Suite 716**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **4670**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.429 0**

**Nonpriority creditor's name and mailing address**

**JEFF P CYNAMON**
**1700 Kennedy Causeway**
**Suite 160**
**North Bay Village, FL 33141**

Date(s) debt was incurred _

Last 4 digits of account number  **3736**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.429 1**

**Nonpriority creditor's name and mailing address**

**JEFF TOMBERG**
**P.O. Box 1426**
**Boynton Beach, FL 33425-1426**

Date(s) debt was incurred _

Last 4 digits of account number  **5966**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$100.00

---

Debtor __LTGF Business Trust_____    Case number (if known) __2:23-bk-01538__
       Name

---

**3.429
2**

**Nonpriority creditor's name and mailing address**

**JEFFER & CIOFFI PA**
**P.O. Box 3010**
**Tequesta, FL 33469-0010**

**Date(s) debt was incurred** _

**Last 4 digits of account number __677__**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

**3.429
3**

**Nonpriority creditor's name and mailing address**

**JEFFERSON F RIDDELL**
**3400 S Tamiami Trail 2nd Floor**
**Sarasota, FL 34239**

**Date(s) debt was incurred** _

**Last 4 digits of account number __4277__**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.429
4**

**Nonpriority creditor's name and mailing address**

**JEFFERSON G RAY III**
**P.O. Drawer 1048**
**Mt Dora, FL 32757-1048**

**Date(s) debt was incurred** _

**Last 4 digits of account number __4496__**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.429
5**

**Nonpriority creditor's name and mailing address**

**JEFFERSON H WEAVER**
**5300 N Federal Highway**
**Ft Lauderdale, FL 33308**

**Date(s) debt was incurred** _

**Last 4 digits of account number __8705__**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.429
6**

**Nonpriority creditor's name and mailing address**

**JEFFERSON W CLARK JR**
**460 Bouchelle Drive Apt 302**
**New Smyrna Beach, FL 32169**

**Date(s) debt was incurred** _

**Last 4 digits of account number __8489__**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.429
7**

**Nonpriority creditor's name and mailing address**

**JEFFERY M PFISTER**
**312 W Main Street**
**Tavares, FL 32778-3839**

**Date(s) debt was incurred** _

**Last 4 digits of account number __8292__**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.429
8**

**Nonpriority creditor's name and mailing address**

**JEFFERY N MARKS PA**
**P.O. Box 2511**
**Ft Lauderdale, FL 33303**

**Date(s) debt was incurred** _

**Last 4 digits of account number __5159__**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.4299**

**Nonpriority creditor's name and mailing address**

**JEFFREY A AMAN**
**282 Crystal Grove Boulevard**
**Lutz, FL 33548**

Date(s) debt was incurred _

Last 4 digits of account number **0333**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.4300**

**Nonpriority creditor's name and mailing address**

**JEFFREY A KING**
**1800 Second Street Suite 895**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number **0565**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.4301**

**Nonpriority creditor's name and mailing address**

**JEFFREY A LEHEUP**
**8875 Hidden River Parkway Suite 300**
**Tampa, FL 33637-2087**

Date(s) debt was incurred _

Last 4 digits of account number **9506**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.4302**

**Nonpriority creditor's name and mailing address**

**JEFFREY A LEVINE**
**6751 N Federal Highway**
**Suite 301**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number **8603**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.4303**

**Nonpriority creditor's name and mailing address**

**JEFFREY A NORKIN**
**Courthouse Tower Suite 400**
**44 W Flagler Street**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number **9831**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.4304**

**Nonpriority creditor's name and mailing address**

**JEFFREY A PAINE PA**
**1655 Palm Beach Lakes Boulevard Suite 90**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **8689**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.430 5**

**Nonpriority creditor's name and mailing address**

**JEFFREY A SCHAFFER**
**4308 Main Street**
**Jupiter, FL 33458-5313**

Date(s) debt was incurred _

Last 4 digits of account number  **4617**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.430 6**

**Nonpriority creditor's name and mailing address**

**Jeffrey A. Aman, P.A.**
**282 Crystal Grove Boulevard**
**Lutz, FL 33548**

Date(s) debt was incurred _

Last 4 digits of account number  **0333**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.430 7**

**Nonpriority creditor's name and mailing address**

**Jeffrey A. Fadley, P.A.**
**180 Northwest 3rd Avenue Suite A**
**Okeechobee, FL 34972**

Date(s) debt was incurred _

Last 4 digits of account number  **8310**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.430 8**

**Nonpriority creditor's name and mailing address**

**JEFFREY B BOCK PA**
**4400 N Federal Highway Suite 210-8**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **7712**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.430 9**

**Nonpriority creditor's name and mailing address**

**JEFFREY B KAHN**
**11555 Heron Bay Boulevard Suite 102**
**Coral Springs, FL 33076-3361**

Date(s) debt was incurred _

Last 4 digits of account number  **6422**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.431 0**

**Nonpriority creditor's name and mailing address**

**JEFFREY B LEVY**
**200 Southeast 6th Street Suite 404**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **3384**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.431 1**

**Nonpriority creditor's name and mailing address**

**JEFFREY B LOVELL**
**1591 E Atlantic Suite 101**
**Pompano Beach, FL 33060-6749**

Date(s) debt was incurred _

Last 4 digits of account number  **8295**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**
_____

| 3.431 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00** |
|---|---|---|---|

**JEFFREY B MEYER**
**P.O. Box 6406**
**Key West, FL 33041-6406**

Date(s) debt was incurred  _

Last 4 digits of account number  **7735**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.431 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JEFFREY BACCA**
**6315 Adams Street**
**New Port Richey, FL 34652**

Date(s) debt was incurred  _

Last 4 digits of account number  **4166**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.431 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JEFFREY BECKER**
**4100 Southpoint Drive E Suite 3**
**Jacksonville, FL 32216**

Date(s) debt was incurred  _

Last 4 digits of account number  **0602**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.431 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$225.00** |
|---|---|---|---|

**JEFFREY C SWEET**
**Granada Oaks Professional Building**
**595 W. Granada Boulevard**
**Ormond Beach, FL 32174**

Date(s) debt was incurred  _

Last 4 digits of account number  **4981**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.431 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$225.00** |
|---|---|---|---|

**JEFFREY D RUBINSTEIN**
**Rubinstein & Associates P.A.**
**18001 Old Cutler Road Suite 600**
**Palmetto Bay, FL 33157-6416**

Date(s) debt was incurred  _

Last 4 digits of account number  **1353**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.431 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JEFFREY DEEN PA**
**7650 Southwest 141st Street**
**Miami, FL 33158**

Date(s) debt was incurred  _

Last 4 digits of account number  **6839**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.431 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
| **JEFFREY DREW BUTT** | ■ Contingent | |
| **Suite 2700** | ☐ Unliquidated | |
| **401 E Jackson Street** | ☐ Disputed | |
| **Tampa, FL 33602** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **2733** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.431 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
| **JEFFREY E CAMPION** | ■ Contingent | |
| **1730 Main Street Suite 216** | ☐ Unliquidated | |
| **Weston, FL 33326** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **5692** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.432 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
| **JEFFREY E LEHRMAN** | ■ Contingent | |
| **232 Andalusia Avenue Suite 201** | ☐ Unliquidated | |
| **Coral Gables, FL 33134** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **0443** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.432 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
| **JEFFREY E LEVEY** | ■ Contingent | |
| **2665 S Bayshore Drive Suite 1004** | ☐ Unliquidated | |
| **Coconut Grove, FL 33131** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **4198** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.432 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$100.00** |
| **JEFFREY F BERIN** | ■ Contingent | |
| **1110 N. Olive Avenue** | ☐ Unliquidated | |
| **West Palm Beach, FL 33401** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **6041** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.432 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
| **JEFFREY FEINBERG** | ■ Contingent | |
| **4651 Sheridan Street** | ☐ Unliquidated | |
| **Suite 200** | ☐ Disputed | |
| **Hollywood, FL 33021** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **7676** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.432 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
| **JEFFREY HAP** | ■ Contingent | |
| **341 W Indiantown Road** | ☐ Unliquidated | |
| **Jupiter, FL 33458** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **1677** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.432 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JEFFREY HESSLER**
**13570 Staimford Drive**
**Wellington, FL 33414**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **7627**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.432 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JEFFREY HOMER**
**10200 W State Road 84**
**Suite 223**
**Davie, FL 33324-4220**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **428**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.432 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**JEFFREY I PATTINSON**
**P.O. Box 1506**
**Crystal River, FL 34423-1506**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **4265**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.432 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JEFFREY J ZWIRN PA**
**2102 W Cass Street**
**Tampa, FL 33606**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **6558**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.432 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JEFFREY L DEES**
**1326 S Ridgewood Avenue Suite 10**
**South Daytona, FL 32114**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **8631**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.433 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**JEFFREY L KOSSIS**
**9900 W Sample Road Third Floor**
**Coral Springs, FL 33065**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **8016**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.433**
**1**

Nonpriority creditor's name and mailing address
**JEFFREY L. BERKOWITZ, P.A.**
**2665 S. Bayshore Dr.**
**Suite 1200**
**Miami, FL 33133-5402**

Date(s) debt was incurred _

Last 4 digits of account number **5901**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$175.00**

---

**3.433**
**2**

Nonpriority creditor's name and mailing address
**JEFFREY LUSKY**
**301 Almeria Avenue Suite 345**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **4012**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.433**
**3**

Nonpriority creditor's name and mailing address
**JEFFREY M LEUKEL**
**2614 N Cleveland Street Suite B**
**Tampa, FL 33609-3225**

Date(s) debt was incurred _

Last 4 digits of account number **6672**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.433**
**4**

Nonpriority creditor's name and mailing address
**JEFFREY M PERLOW & ASSOC PA**
**20801 Biscayne Boulevard Suite 505**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number **6504**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$5,635.47**

---

**3.433**
**5**

Nonpriority creditor's name and mailing address
**JEFFREY M SISKIND**
**P.O. Box 2259**
**Palm Beach, FL 33480-2259**

Date(s) debt was incurred _

Last 4 digits of account number **5719**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.433**
**6**

Nonpriority creditor's name and mailing address
**JEFFREY N DAVERSA**
**P.O. Box 3765**
**Tequesta, FL 33469-0765**

Date(s) debt was incurred _

Last 4 digits of account number **8215**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$14,891.77**

---

**3.433**
**7**

Nonpriority creditor's name and mailing address
**JEFFREY N PETERSON**
**12 Crampton Court**
**Palm Coast, FL 32137**

Date(s) debt was incurred _

Last 4 digits of account number **9987**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.433 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JEFFREY P SELBACH**
**1856 W Terra Mar Drive**
**Pompano Beach, FL 33062**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1536**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JEFFREY P WHITTON**
**P.O. Box 1956**
**Panama City, FL 32402-1956**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3693**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JEFFREY P ZANE PA**
**4800 Riverside Drive Suite 101**
**Palm Beach Gardens, FL 33410**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7189**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JEFFREY PAINE**
**500 S Australian Avenue Suite 120**
**West Palm Beach, FL 33401**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8689**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JEFFREY PAPELL**
**300 Meridian Avenue Suite 6**
**Miami Beach, FL 33139**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6131**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JEFFREY R DOLLINGER**
**P.O. Drawer 23109**
**Gainesville, FL 32602**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4231**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**JEFFREY R EISENSMITH**
**5561 N. University Drive**
**Suite 103**
**Coral Springs, FL 33067**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8113**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.434 5**

**Nonpriority creditor's name and mailing address**

**JEFFREY R HALL PA**
**P.O. Box 1973**
**Big Pine Key, FL 33043-1973**

Date(s) debt was incurred  _

Last 4 digits of account number  **2284**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.434 6**

**Nonpriority creditor's name and mailing address**

**JEFFREY R MAZOR**
**21200 Northeast 19th Avenue**
**North Miami Beach, FL 33179**

Date(s) debt was incurred  _

Last 4 digits of account number  **8161**

**As of the petition filing date, the claim is:** *Check all that apply.*

$2.61

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.434 7**

**Nonpriority creditor's name and mailing address**

**JEFFREY R ROTH**
**9200 S Dadeland Boulevard Suite 515**
**Miami, FL 33156-2703**

Date(s) debt was incurred  _

Last 4 digits of account number  **4989**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.434 8**

**Nonpriority creditor's name and mailing address**

**JEFFREY ROY COHEN**
**1701 NE 164th Street**
**Suite 303**
**North Miami Beach, FL 33162**

Date(s) debt was incurred  _

Last 4 digits of account number  **5225**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.434 9**

**Nonpriority creditor's name and mailing address**

**JEFFREY S AUGEN**
**5691 Northeast 14th Avenue**
**Ft Lauderdale, FL 33334-6103**

Date(s) debt was incurred  _

Last 4 digits of account number  **5737**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.435 0**

**Nonpriority creditor's name and mailing address**

**JEFFREY S DAWSON PA**
**340 W. Central Avenue**
**Suite 330**
**Winter Haven, FL 33880**

Date(s) debt was incurred  _

Last 4 digits of account number  **1757**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **LTGF Business Trust** |
| | Name |

Case number (if known)  **2:23-bk-01538**

---

**3.435**
**1**

Nonpriority creditor's name and mailing address

**JEFFREY S GEROW**
**4800 N Federal Highway Suite 307-B**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **8162**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.435**
**2**

Nonpriority creditor's name and mailing address

**JEFFREY S GOETHE**
**3119 Manatee Avenue W**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number  **0901**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.435**
**3**

Nonpriority creditor's name and mailing address

**JEFFREY S GOLDMAN**
**P.O. Box 950986**
**Lake Mary, FL 32795-0986**

Date(s) debt was incurred _

Last 4 digits of account number  **6818**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.435**
**4**

Nonpriority creditor's name and mailing address

**JEFFREY S HERSH PA**
**1666 79th Street Causeway Suite 412**
**North Bay Village, FL 33141-4169**

Date(s) debt was incurred _

Last 4 digits of account number  **6725**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.435**
**5**

Nonpriority creditor's name and mailing address

**JEFFREY S HOCHFELSEN**
**2300 Northwest Corporate Boulevard Suite**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **7621**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.435**
**6**

Nonpriority creditor's name and mailing address

**JEFFREY S SELZER**
**Island City Center**
**2550 Northeast 15th Avenue**
**Ft Lauderdale, FL 33305-1310**

Date(s) debt was incurred _

Last 4 digits of account number  **8884**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.435**
**7**

Nonpriority creditor's name and mailing address

**JEFFREY S STEINER**
**21301 Powerline Road**
**Suite 309 Grove Centre**
**Boca Raton, FL 33433-2391**

Date(s) debt was incurred _

Last 4 digits of account number  **5007**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.4358**

**Nonpriority creditor's name and mailing address**

**JEFFREY SOLOMON**
**3864 Sheridan Street**
**Hollywood, FL 33021-3634**

Date(s) debt was incurred _

Last 4 digits of account number  **4128**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4359**

**Nonpriority creditor's name and mailing address**

**JEFFREY WATKIN**
**3575 Poinciana Avenue**
**Coconut Grove, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number  **8676**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4360**

**Nonpriority creditor's name and mailing address**

**JENKINS & TUBB**
**2700-B Northwest 43 Street**
**Gainesville, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number  **6692**

**As of the petition filing date, the claim is:** Check all that apply.

$350.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4361**

**Nonpriority creditor's name and mailing address**

**JENNIE E POORE**
**800 SE 3rd Avenue**
**4th Floor**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **8336**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4362**

**Nonpriority creditor's name and mailing address**

**Jennifer A. Marques, P.A.**
**1313 Ponce De Leon Boulevard 301**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **9801**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4363**

**Nonpriority creditor's name and mailing address**

**JENNIFER COLSON PA**
**P.O. Box 50028**
**Lighthouse Point, FL 33074-0028**

Date(s) debt was incurred _

Last 4 digits of account number  **8021**

**As of the petition filing date, the claim is:** Check all that apply.

$75.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.436 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**JENNIFER G LEE PA**
**14861 Twisted Tree Trail**
**Palm Beach Gardens, FL 33418**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7247**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**JENNIFER HOBERMAN**
**6100 Hollywood Boulevard**
**Suite 201**
**Hollywood, FL 33024**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8312**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**JENNIFER HURST**
**401 W Rivo Alto Drive**
**Miami Beach, FL 33139**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7465**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**JENNIFER ISAKSEN**
**PO Box 591**
**Bushnell, FL 33513**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8756**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**JENNIFER JOBSON ABEL**
**405 S Duncan Avenue**
**Clearwater, FL 33755**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **0184**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**JENNIFER LEVIN PA**
**19380 Collins Avenue**
**Suite 1120**
**Sunny Isles Beach, FL 33160**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4698**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**JENNIFER R ESTRUMSA PA**
**11620 Southwest 40th Street**
**Miami, FL 33165**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8389**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.437**
**1**

Nonpriority creditor's name and mailing address
**JENNIFER R NEWSOM**
P.O. Box 3333
Tampa, FL 33601-3333

Date(s) debt was incurred _

Last 4 digits of account number  **8043**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.437**
**2**

Nonpriority creditor's name and mailing address
**JERALD C CANTOR**
4000 Hollywood Boulevard Suite 375-S
Hollywood, FL 33024

Date(s) debt was incurred _

Last 4 digits of account number  **6939**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.437**
**3**

Nonpriority creditor's name and mailing address
**JERALD I ROSEN**
P.O. Box 915107
Longwood, FL 32791-5107

Date(s) debt was incurred _

Last 4 digits of account number  **4024**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.437**
**4**

Nonpriority creditor's name and mailing address
**JERALD R PITKIN**
2151 Trade Center Way
Naples, FL 34109-2037

Date(s) debt was incurred _

Last 4 digits of account number  **0557**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.437**
**5**

Nonpriority creditor's name and mailing address
**JERE F DANIELS**
P.O. Box 340
Winter Park, FL 32790-0340

Date(s) debt was incurred _

Last 4 digits of account number  **1173**

As of the petition filing date, the claim is: *Check all that apply.*                    **$108.34**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.437**
**6**

Nonpriority creditor's name and mailing address
**JERE F DANIELS PA**
1330 Palmetto Avenue
Winter Park, FL 32789

Date(s) debt was incurred _

Last 4 digits of account number  **2667**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.437 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**JERE M FISHBACK**
**1501 75th Circle Northeast**
**St Petersburg, FL 33702-4611**

Date(s) debt was incurred _

Last 4 digits of account number **6796**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JEREMY E GLUCKMAN**
**707 N. Franklin Street, 4th Floor**
**Tampa, FL 33602-4430**

Date(s) debt was incurred _

Last 4 digits of account number **4818**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,706.50 |
|---|---|---|---|

**JEROME A SIMONS**
**3864 Sheridan Street**
**Hollywood, FL 33021-3634**

Date(s) debt was incurred _

Last 4 digits of account number **3474**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.438 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**JEROME A SIMONS PA**
**Keyes Building**
**4700 Sheridan Street, Suite N**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **3474**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.438 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JEROME D MITCHELL PA**
**1326 S Ridgewood Avenue Suite 8**
**Daytona Beach, FL 32114**

Date(s) debt was incurred _

Last 4 digits of account number **2769**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.438 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JEROME E GOLDMAN**
**5713 Hollywood Boulevard**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **7958**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.438 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**JEROME F SKRANDEL PA**
**300 Prosperity Farms Road**
**Suite D**
**North Palm Beach, FL 33408-5212**

Date(s) debt was incurred _

Last 4 digits of account number **5152**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.438 4**

**Nonpriority creditor's name and mailing address**

**JEROME F. KRAMER**
**11554 Woodbridge Road Blvd.**
**Seminole, FL 34642-2208**

Date(s) debt was incurred _

Last 4 digits of account number  **5977**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$3,826.20**

---

**3.438 5**

**Nonpriority creditor's name and mailing address**

**JEROME J AMSTER**
**7631 Southwest 67th Avenue**
**Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number  **4439**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.438 6**

**Nonpriority creditor's name and mailing address**

**JEROME J KAVULICH**
**2655 Le Jeune Road**
**Suite 804**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **5983**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.438 7**

**Nonpriority creditor's name and mailing address**

**JEROME L HALL**
**5820 Surrey Circle East**
**Davie, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number  **6559**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.438 8**

**Nonpriority creditor's name and mailing address**

**JEROME L TEPPS**
**2787 E Oakland Park Boulevard Suite 202**
**Ft Lauderdale, FL 33306**

Date(s) debt was incurred _

Last 4 digits of account number  **8026**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.438 9**

**Nonpriority creditor's name and mailing address**

**JEROME M HERSHKOWITZ**
**5975 Sunset Drive Suite 404**
**South Miami, FL 33143-5198**

Date(s) debt was incurred _

Last 4 digits of account number  **7083**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$350.24**

---

**3.439 0**

**Nonpriority creditor's name and mailing address**

**JEROME P VENTURA**
**12333 Northwest 18th Street Suite 5**
**Pembroke Pines, FL 33026**

Date(s) debt was incurred _

Last 4 digits of account number  **6304**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.439 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**JEROME R SCHECHTER**
**888 S Andrews Avenue Suite 201a**
**Ft Lauderdale, FL 33316**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6466**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.439 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JEROME R SIEGEL**
**Pinnacle Corporate Center**
**500 W Cypress Creek Road Suite 300**
**Ft Lauderdale, FL 33309-6155**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8622**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.439 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**JEROME R. CRAFT**
**3418 N.Dixie Highway**
**West Palm Beach, FL 33407-4804**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4862**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.439 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**JEROME S RICHMAN**
**19 W Flagler Street 14th Floor**
**Miami, FL 33130**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4751**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.439 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**JERREL E TOWERY**
**304 W. Venice Avenue**
**Suite 220**
**Venice, FL 34285**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **5067**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.439 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JERROLD A WISH PA**
**1927 NW 104th Way**
**Gainesville, FL 32606**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8380**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __**LTGF Business Trust**_____  Case number (if known) __**2:23-bk-01538**__
     Name

---

| 3.439 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,811.01** |
| **JERROLD KNEE PA** | ☐ Contingent | |
| **1720 Harrison Street Suite 6a** | ☐ Unliquidated | |
| **Hollywood, FL 33020-6826** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __**Member**__ | |
| Last 4 digits of account number __**3114**__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.439 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **JERROLD S STERN** | ■ Contingent | |
| **P.O. Box 112** | ☐ Unliquidated | |
| **Sanibel, FL 33957-0112** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __**Member**__ | |
| Last 4 digits of account number __**8749**__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.439 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,548.37** |
| **JERRY B WELLS** | ☐ Contingent | |
| **Wall Street Lofts** | ☐ Unliquidated | |
| **127 Magnolia Avenue** | ☐ Disputed | |
| **Daytona Beach, FL 32114** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __**Member**__ | |
| Last 4 digits of account number __**4729**__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.440 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **JERRY BENJAMIN** | ■ Contingent | |
| **4780 Dolphin Cay Lane S Suite 103** | ☐ Unliquidated | |
| **St Petersburg, FL 33711-4676** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __**Member**__ | |
| Last 4 digits of account number __**1678**__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.440 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **JERRY COLEMAN PL** | ■ Contingent | |
| **P.O. Box 11123** | ☐ Unliquidated | |
| **Ft Lauderdale, FL 33339** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __**Member**__ | |
| Last 4 digits of account number __**7978**__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.440 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **JERRY E ARON** | ■ Contingent | |
| **2505 Metrocentre Boulevard Suite 301** | ☐ Unliquidated | |
| **West Palm Beach, FL 33407-3106** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __**Member**__ | |
| Last 4 digits of account number __**1042**__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.440 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
| **JERRY GREEN** | ■ Contingent | |
| **Dadeland Square The Greenery Mall** | ☐ Unliquidated | |
| **7700 N Kendall Drive Suite 507** | ☐ Disputed | |
| **Miami, FL 33156** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __**Member**__ | |
| Last 4 digits of account number __**5676**__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.440 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**JERRY H JEFFERY**
**1900 Howell Branch Road Suite 5**
**Winter Park, FL 32792-1069**

Date(s) debt was incurred _

Last 4 digits of account number **5809**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**JERRY H TRACHTMAN**
**1735 W Hibiscus Boulevard Suite 300**
**Melbourne, FL 32901**

Date(s) debt was incurred _

Last 4 digits of account number **5662**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**JERRY K KERN**
**3911 Lone Pine Road**
**Delray Beach, FL 33445**

Date(s) debt was incurred _

Last 4 digits of account number **4255**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8.19** |
|---|---|---|---|

**JERRY OXNER**
**2300 Palm Beach Lakes Boulevard**
**Suite 107**
**West Palm Beach, FL 33409-3307**

Date(s) debt was incurred _

Last 4 digits of account number **7191**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**JERRY P KAHN**
**P.O. Box 41-4213**
**Miami Beach, FL 33141-0238**

Date(s) debt was incurred _

Last 4 digits of account number **5533**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JERRY W GERDE**
**Johnston Harris Gerde Et Al P.A.**
**239 E Fourth Street**
**Panama City, FL 32401**

Date(s) debt was incurred _

Last 4 digits of account number **7511**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.441 0**

**Nonpriority creditor's name and mailing address**

**Jesika Diaz Munar, P.A.**
**8400 NW 33rd Street**
**Suite 405**
**Doral, FL 33122**

Date(s) debt was incurred _

Last 4 digits of account number  **0224**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.441 1**

**Nonpriority creditor's name and mailing address**

**JESS J YADO PA**
**4830 W Kennedy Blvd.**
**Suite 750 One Urban Center**
**Tampa, FL 33609-2574**

Date(s) debt was incurred _

Last 4 digits of account number  **2755**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.441 2**

**Nonpriority creditor's name and mailing address**

**JESSICA DAVIS PA**
**7344 Southwest 48th Street Suite 203**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number  **8483**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.441 3**

**Nonpriority creditor's name and mailing address**

**Jessica F. Hernstadt, P.A.**
**1624 Villa Court**
**Marco Island, FL 34145**

Date(s) debt was incurred _

Last 4 digits of account number  **6929**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.441 4**

**Nonpriority creditor's name and mailing address**

**Jessica K. Close, P.A. d/b/a Close Law**
**737 S. Indiana Avenue**
**Englewood, FL 34223**

Date(s) debt was incurred _

Last 4 digits of account number  **0870**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.441 5**

**Nonpriority creditor's name and mailing address**

**JESSICA ROMERO LLOYD PA**
**9415 Sunset Drive Suite 153**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number  **8047**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.441 6**

**Nonpriority creditor's name and mailing address**

**JESUS F BUJAN**
**782 NW 42nd Avenue**
**Suite 537**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number  **8641**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.441 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **Jiles Law, P.A.**<br>**601 W Central Avenue**<br>**Winter Haven, FL 33882** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __0074__ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.441 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **JILL ANDERSON BLANCO**<br>**15855 Southwest 12th Street**<br>**Pembroke Pines, FL 33027** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __6290__ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.441 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **JILL B GORDON PA**<br>**1500 Gateway Blvd.**<br>**Suite 220**<br>**Boynton Beach, FL 33426** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __7329__ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.442 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **JILL FISHER POWERS**<br>**P.O. Box 6600**<br>**Clearwater, FL 34624** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __9216__ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.442 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **JILL K SATTERWHITE PA**<br>**P.O. Box 1831**<br>**Pensacola, FL 32591-1831** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __6847__ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.442 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **JILL NEWMAN**<br>**Jill B. Newman P.A.**<br>**101 Plaza Real S Suite 201**<br>**Boca Raton, FL 33432-4837** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __6708__ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.442 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**JILL S SCHWARTZ**
**180 Park Avenue N Suite 200**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number **8113**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**JILL S SMERLING**
**35 N 11th Street**
**New Hyde Park, NY 11040**

Date(s) debt was incurred _

Last 4 digits of account number **9233**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**JIM D SHUMAKE**
**2666 Airport Road S.**
**Naples, FL 34112**

Date(s) debt was incurred _

Last 4 digits of account number **7750**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**JIM H CARTER**
**1316 Seabreeze Boulevard**
**Ft Lauderdale, FL 33316-2430**

Date(s) debt was incurred _

Last 4 digits of account number **367**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**Jimenez Law Firm, P.A.**
**1930 San Marco Boulevard**
**Suite 204**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number **9510**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**Jimenez Milian & Associates, P.L.L.C.**
**2025 Southwest 32 Avenue Suite 130**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number **7259**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.30** |
|---|---|---|---|

**JIMMIE ROGERS GREGORY**
**10568 Ferntree Way**
**Boynton Beach, FL 33436-4745**

Date(s) debt was incurred _

Last 4 digits of account number **8305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

| | |
|---|---|
| 3.443 0 | **$25.00** |

**Nonpriority creditor's name and mailing address**

Jjt Real Estate Services Inc.
Suite 106
5104 N Lockwood Ridge Road
Sarasota, FL 34234

**Date(s) debt was incurred** _

**Last 4 digits of account number 6864**

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.443 1 | **$25.00** |

**Nonpriority creditor's name and mailing address**

JM WALLIS PA
1600 S Federal Highway Suite 470
Pompano Beach, FL 33062

**Date(s) debt was incurred** _

**Last 4 digits of account number 0569**

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.443 2 | **$25.00** |

**Nonpriority creditor's name and mailing address**

JO ANN ABRAMS
11440 Okeechobee Boulevard Suite 216
Royal Palm Beach, FL 33411

**Date(s) debt was incurred** _

**Last 4 digits of account number 3775**

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.443 3 | **$25.00** |

**Nonpriority creditor's name and mailing address**

JO CLAIRE SPEAR
1146 35th Avenue Northeast
St Petersburg, FL 33704-1614

**Date(s) debt was incurred** _

**Last 4 digits of account number 4425**

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.443 4 | **$100.00** |

**Nonpriority creditor's name and mailing address**

JO ELLEN FARNHAM
1200 Gulf Boulevard Apt 804
Clearwater, FL 33767-2797

**Date(s) debt was incurred** _

**Last 4 digits of account number 7006**

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.443 5 | **$100.00** |

**Nonpriority creditor's name and mailing address**

JOAN A HERMANOWSKI
10735 Southwest 216th Street Suite 404
Miami Beach, FL 33170-3181

**Date(s) debt was incurred** _

**Last 4 digits of account number 7973**

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.443 6 | **$25.00** |

**Nonpriority creditor's name and mailing address**

JOAN F MCDERMOTT
721 US Highway One Suite 223
North Palm Beach, FL 33408-4519

**Date(s) debt was incurred** _

**Last 4 digits of account number 8751**

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.443 7**

**Nonpriority creditor's name and mailing address**
**JOAN I NEUWIRTH**
**3130 N 34 Street**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number  **8937**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.443 8**

**Nonpriority creditor's name and mailing address**
**Joanna E. Bryan, P.A.**
**P.O. Box 912**
**Port St Joe, FL 32457-0912**

Date(s) debt was incurred _

Last 4 digits of account number  **7389**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.443 9**

**Nonpriority creditor's name and mailing address**
**JOANNE R URQUIOLA**
**8601 SW 129th Terrace**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **5438**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.444 0**

**Nonpriority creditor's name and mailing address**
**JOANNE S RICHARDS**
**Suite 1219**
**5200 N Federal Highway No 2**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **4907**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.444 1**

**Nonpriority creditor's name and mailing address**
**JOANNE S WILBURNE PA**
**305 N Apopka Avenue**
**Inverness, FL 34450**

Date(s) debt was incurred _

Last 4 digits of account number  **9502**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.444 2**

**Nonpriority creditor's name and mailing address**
**JODI B GREEN**
**P.O. Box 272179**
**Boca Raton, FL 33427**

Date(s) debt was incurred _

Last 4 digits of account number  **3687**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.444 3 | **Nonpriority creditor's name and mailing address** | | | **$25.00** |
|---|---|---|---|---|

**JODY ARMSTRONG PA**
**11555 64th Avenue**
**Seminole, FL 33772**

Date(s) debt was incurred _

Last 4 digits of account number **5818**

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.444 4 | **Nonpriority creditor's name and mailing address** | | | **$6,733.97** |
|---|---|---|---|---|

**JOE D MATHENY**
**355 Indian River Avenue**
**Titusville, FL 32796**

Date(s) debt was incurred _

Last 4 digits of account number **7416**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.444 5 | **Nonpriority creditor's name and mailing address** | | | **$25.00** |
|---|---|---|---|---|

**JOE H PICKENS**
**Joe H. Pickens P.A.**
**P.O. Box 1374**
**Palatka, FL 32178-1374**

Date(s) debt was incurred _

Last 4 digits of account number **8647**

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.444 6 | **Nonpriority creditor's name and mailing address** | | | **$100.00** |
|---|---|---|---|---|

**JOE MIKLAS**
**P.O. Box 366**
**Islamorada, FL 33036-0366**

Date(s) debt was incurred _

Last 4 digits of account number **5741**

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.444 7 | **Nonpriority creditor's name and mailing address** | | | **$1,679.68** |
|---|---|---|---|---|

**JOE O YOUNG**
**8267 Southwest 128th Suite 4-204**
**Miami, FL 33156-5969**

Date(s) debt was incurred _

Last 4 digits of account number **4234**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.444 8 | **Nonpriority creditor's name and mailing address** | | | **$5,829.60** |
|---|---|---|---|---|

**JOE R WOLFE**
**P.O. Box 2924**
**Clearwater, FL 33757**

Date(s) debt was incurred _

Last 4 digits of account number **4145**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.444 9 | **Nonpriority creditor's name and mailing address** | | | **$100.00** |
|---|---|---|---|---|

**JOE T MARTIN**
**P.O. Box 949**
**Lake Wales, FL 33859-0949**

Date(s) debt was incurred _

Last 4 digits of account number **1876**

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.445 0**

**Nonpriority creditor's name and mailing address**

**JOE TEAGUE CARUSO**
**P.O. Box 541271**
**Merritt Island, FL 32954-1271**

Date(s) debt was incurred _

Last 4 digits of account number **8218**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.445 1**

**Nonpriority creditor's name and mailing address**

**JOE W. FIXEL, P.A.**
**211 South Gadsden Street**
**Tallahassee, FL 32301-1809**

Date(s) debt was incurred _

Last 4 digits of account number **1709**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.445 2**

**Nonpriority creditor's name and mailing address**

**JOEL A BELLO PA**
**3132 Ponce De Leon Boulevard**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **4791**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.445 3**

**Nonpriority creditor's name and mailing address**

**JOEL A SAVITT**
**20801 Biscayne Boulevard Suite 506**
**North Miami Beach, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number **7526**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.445 4**

**Nonpriority creditor's name and mailing address**

**Joel A. Montilla**
**37 N. Orange Avenue**
**Suite 500**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **0454**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.445 5**

**Nonpriority creditor's name and mailing address**

**JOEL B GILES**
**P.O. Box 2861**
**St Petersburg, FL 33731-2861**

Date(s) debt was incurred _

Last 4 digits of account number **8618**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.445 6**

**Nonpriority creditor's name and mailing address**

**JOEL L KIRSCHBAUM**
**P.O. Box 1900**
**Ft Lauderdale, FL 33302**

Date(s) debt was incurred _

Last 4 digits of account number **5726**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.4457**

Nonpriority creditor's name and mailing address

**JOEL M ARESTY**
**449 Poinciana Island Drive**
**Sunny Isles Beach, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number **1911**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4458**

Nonpriority creditor's name and mailing address

**JOEL M COHEN**
**238 E Intendencia Street**
**Pensacola, FL 32501-3023**

Date(s) debt was incurred _

Last 4 digits of account number **7218**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4459**

Nonpriority creditor's name and mailing address

**JOEL M KLAITS**
**5900 N Andrews Avenue Suite 835**
**Ft Lauderdale, FL 33309-2366**

Date(s) debt was incurred _

Last 4 digits of account number **4408**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4460**

Nonpriority creditor's name and mailing address

**JOEL M WEISSMAN**
**515 N Flagler Drive Suite 1100**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **7755**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4461**

Nonpriority creditor's name and mailing address

**JOEL MILLER**
**7927 Hibiscus Circle**
**Tamarac, FL 33321**

Date(s) debt was incurred _

Last 4 digits of account number **1022**

As of the petition filing date, the claim is: *Check all that apply.*

$4,308.75

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4462**

Nonpriority creditor's name and mailing address

**JOEL N MINSKER**
**1110 Brickell Avenue 7th Floor**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **5225**

As of the petition filing date, the claim is: *Check all that apply.*

$175.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4463**

Nonpriority creditor's name and mailing address

**JOEL R LAVENDER**
**507 Southeast 11th Court**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number **6172**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**
_____

---

| | | |
|---|---|---|
| 3.446 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$125.00**

**JOEL R LAVENDER PA**
**300 SE 2nd Street**
**Suite 600**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6172**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.446 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$25.00**

**JOEL R WEAVER**
**Joel R. Weaver P.A.**
**36181 E Lake Road Suite 282**
**Palm Harbor, FL 34685**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **9150**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.446 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$225.00**

**JOEL S MOSS**
**47 W New Haven Avenue Suite 200**
**Melbourne, FL 32901-4477**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7682**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.446 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$100.00**

**JOEL SENCER**
**3445 Northwest 46th Pl**
**Gainesville, FL 32605-1084**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **638**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.446 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$24.17**

**JOEL STEWART**
**2400 E Commercial Boulevard Suite 307**
**Ft Lauderdle, FL 33308-4022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8111**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.446 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$100.00**

**JOEL T DAVES III**
**P.O. Box 3032**
**West Palm Beach, FL 33402-3032**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4107**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.447 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$3,990.77**

**JOEL T STRAWN**
**54 Northeast Fourth Avenue**
**Delray Beach, FL 33483-4529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8124**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.447 1**

**Nonpriority creditor's name and mailing address**

**Johanna Gamboa Moas, P.A.**
**14359 Miramar Parkway**
**Suite 304**
**Miramar, FL 33027**

Date(s) debt was incurred _

Last 4 digits of account number **7047**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.447 2**

**Nonpriority creditor's name and mailing address**

**JOHANNA L. FUSCO, P.A.**
**3601 W. Commercial Blvd. Suite 10**
**Ft. Lauderdale, FL 33309-3320**

Date(s) debt was incurred _

Last 4 digits of account number **8360**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.447 3**

**Nonpriority creditor's name and mailing address**

**JOHANNA RAVELO PA**
**10241 Southwest 132 Avenue**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number **0279**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.447 4**

**Nonpriority creditor's name and mailing address**

**JOHN A BARLEY**
**P.O. Box 10166**
**Tallahassee, FL 32302-2166**

Date(s) debt was incurred _

Last 4 digits of account number **7715**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.447 5**

**Nonpriority creditor's name and mailing address**

**JOHN A GALLAGHER PA**
**2833 W. Campbell Road**
**Lakeland, FL 33810**

Date(s) debt was incurred _

Last 4 digits of account number **8405**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.447 6**

**Nonpriority creditor's name and mailing address**

**JOHN A GENTRY III**
**707 North Flagler Drive**
**West Palm Beach, FL 33401-4008**

Date(s) debt was incurred _

Last 4 digits of account number **3295**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$2,787.35**

---

**3.447 7**

**Nonpriority creditor's name and mailing address**

**JOHN A MOFFA**
**7771 W Oakland Park Boulevard Suite 141**
**Sunrise, FL 33351**

Date(s) debt was incurred _

Last 4 digits of account number **8938**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.4478**

**Nonpriority creditor's name and mailing address**
**JOHN A NOLD**
**4010 W Corona Street**
**Tampa, FL 33629-8503**

Date(s) debt was incurred _

Last 4 digits of account number **5564**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4479**

**Nonpriority creditor's name and mailing address**
**JOHN A RUDOLPH JR**
**207 W Park Avenue Suite B**
**Tallahassee, FL 32301**

Date(s) debt was incurred _

Last 4 digits of account number **0862**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4480**

**Nonpriority creditor's name and mailing address**
**JOHN A TALLARIDO PA**
**1128 Royal Palm Beach Bvd Suite 220**
**Royal Palm Beach, FL 33411-1683**

Date(s) debt was incurred _

Last 4 digits of account number **2374**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4481**

**Nonpriority creditor's name and mailing address**
**JOHN A TAYLOR**
**Fassett Anthony & Taylor P.A.**
**1325 W Colonial Drive**
**Orlando, FL 32804-7033**

Date(s) debt was incurred _

Last 4 digits of account number **5486**

**As of the petition filing date, the claim is:** *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4482**

**Nonpriority creditor's name and mailing address**
**JOHN A YAUN**
**848 W Ventura Avenue**
**Clewiston, FL 33440-0756**

Date(s) debt was incurred _

Last 4 digits of account number **218**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4483**

**Nonpriority creditor's name and mailing address**
**JOHN A. FRIEDMAN**
**1040 Bayview Dr.**
**Suite 228**
**Ft Lauderdale, FL 33304-2532**

Date(s) debt was incurred _

Last 4 digits of account number **4680**

**As of the petition filing date, the claim is:** *Check all that apply.*

$65.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.448 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |
|---|---|---|---|

**JOHN ANTOON II**
**US Courthouse**
**80 N Hughey Avenue Suite 300**
**Orlando, FL 32801-2225**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5456**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**JOHN B FASSETT**
**4560 Via Royale Suite 3**
**Ft Myers, FL 33919-1076**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5288**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**JOHN B NEUKAMM**
**305 South Boulevard**
**Tampa, FL 33606**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8359**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**JOHN B OSTROW PA**
**44 W Flagler Street Suite 1250**
**Miami, FL 33130-1808**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6213**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**JOHN B ROOT III**
**226 Hillcrest**
**Orlando, FL 32801-1212**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7974**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**JOHN B SOCHACKI**
**434 S Country Club Drive**
**Atlantis, FL 33462**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7761**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |
|---|---|---|---|

**JOHN B WALKUP**
**P.O. Box 376**
**Mcintosh, FL 32664-0376**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3898**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.449 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**JOHN BARIC**
P.O. Box 100
Boca Raton, FL 33429-9007

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7851**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**JOHN C DENT JR**
P.O. Box 3269
Sarasota, FL 34230-3269

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8163**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**JOHN C DOTTERRER PA**
125 Worth Avenue Suite 310
Palm Beach, FL 33480-4466

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4111**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**JOHN C ENGLEHARDT**
1524 E Livingston Street
Orlando, FL 32803-5495

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4946**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**JOHN C GOEDE PA**
8950 Fontana Del Sol Way Suite 100
Naples, FL 34109

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2178**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**JOHN C HEEKIN**
21202-C2 Olean Boulevard
Port Charlotte, FL 33952

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6936**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.449 7**

**Nonpriority creditor's name and mailing address**

**JOHN C KACZMAREK**
**399 Camino Gardens Boulevard**
**Suite 300**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number **4576**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.449 8**

**Nonpriority creditor's name and mailing address**

**JOHN C LUKACS**
**201 Sevilla Avenue Suite 305**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **2031**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.449 9**

**Nonpriority creditor's name and mailing address**

**JOHN C MANSON**
**1111 9th Avenue W**
**Suite A**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number **1531**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$24,188.26**

---

**3.450 0**

**Nonpriority creditor's name and mailing address**

**JOHN C REBER**
**P.O. Box 3146**
**Orlando, FL 32802-3146**

Date(s) debt was incurred _

Last 4 digits of account number **0793**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.450 1**

**Nonpriority creditor's name and mailing address**

**JOHN C SUMBERG**
**P.O. Box 019109**
**Miami, FL 33101-9109**

Date(s) debt was incurred _

Last 4 digits of account number **8042**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.450 2**

**Nonpriority creditor's name and mailing address**

**JOHN C THOMAS**
**240 W Palmetto Park Road**
**Suite 210**
**Boca Raton, FL 33432-3761**

Date(s) debt was incurred _

Last 4 digits of account number **5245**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.450 3**

**Nonpriority creditor's name and mailing address**

**JOHN C TRENTELMAN**
**207 N Magnolia Avenue**
**Ocala, FL 34475-5863**

Date(s) debt was incurred _

Last 4 digits of account number **6127**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,525.03**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.450 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**JOHN C WILLIAMS JR**
601 S 9th Street
Leesburg, FL 34748-6319

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **3966**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JOHN C. ALLEN, JR.**
P.O. Box 2932
Ormond Beach, FL 32175-2932

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8639**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |
|---|---|---|---|

**JOHN C. RANDOLPH**
P.O. 3475
West Palm Beach, FL 33402-3475

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **0767**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JOHN D BENSON**
340 Columbia Drive Suite 106
West Palm Beach, FL 33409-1975

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **5726**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**JOHN D CASSELS JR**
P.O. Box 968
Okeechobee, FL 34973-0968

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6355**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JOHN D HEFFLING PA**
P.O. Box 4118
West Palm Beach, FL 33402

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6867**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.451 0**

**Nonpriority creditor's name and mailing address**

**JOHN D HOOKER**
**13610 E US Highway 92**
**Dover, FL 33527**

Date(s) debt was incurred _

Last 4 digits of account number **8454**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.451 1**

**Nonpriority creditor's name and mailing address**

**JOHN D KURTZ**
**1280 N Congress Avenue**
**Suite 107**
**West Palm Beach, FL 33409**

Date(s) debt was incurred _

Last 4 digits of account number **6454**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.451 2**

**Nonpriority creditor's name and mailing address**

**JOHN D MOONEY III**
**2740 E Oakland Park Boulevard Suite 302**
**Ft Lauderdale, FL 33306**

Date(s) debt was incurred _

Last 4 digits of account number **2837**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.451 3**

**Nonpriority creditor's name and mailing address**

**JOHN D MUSSOLINE**
**415A Saint Johns Avenue**
**Palatka, FL 32177**

Date(s) debt was incurred _

Last 4 digits of account number **3386**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.451 4**

**Nonpriority creditor's name and mailing address**

**JOHN D NYCE**
**P.O. Box 11022**
**Ft Lauderdale, FL 33339-1022**

Date(s) debt was incurred _

Last 4 digits of account number **6208**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.451 5**

**Nonpriority creditor's name and mailing address**

**JOHN D O'DONNELL**
**4367 N Federal Highway Suite 201**
**Ft Lauderdale, FL 33308-5213**

Date(s) debt was incurred _

Last 4 digits of account number **7962**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.451 6**

**Nonpriority creditor's name and mailing address**

**JOHN D PRIOR JR**
**47 Oakmore Drive**
**San Jose, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number **5295**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.451 7**

Nonpriority creditor's name and mailing address

**JOHN D TULEY**
**4240 Ironwood Circle Apt 202aa**
**Bradenton, FL 34209-8607**

Date(s) debt was incurred  _

Last 4 digits of account number  **6346**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.451 8**

Nonpriority creditor's name and mailing address

**JOHN D WEATHERFORD**
**910 S Bay Street**
**Eustis, FL 32726-4866**

Date(s) debt was incurred  _

Last 4 digits of account number  **4062**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.451 9**

Nonpriority creditor's name and mailing address

**JOHN D WHITAKER**
**9370 Sunset Drive**
**Suite A-130**
**Miami, FL 33173**

Date(s) debt was incurred  _

Last 4 digits of account number  **6848**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$125.00

---

**3.452 0**

Nonpriority creditor's name and mailing address

**JOHN D. MENDEZ**
**201 S.E. 24th Avenue**
**Pompano Beach, FL 33062-5307**

Date(s) debt was incurred  _

Last 4 digits of account number  **3957**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$5,953.76

---

**3.452 1**

Nonpriority creditor's name and mailing address

**JOHN E AURELIUS PA**
**2787 E. Oakland Park Boulevard**
**Suite 301**
**Ft Lauderdale, FL 33306**

Date(s) debt was incurred  _

Last 4 digits of account number  **0014**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.452 2**

Nonpriority creditor's name and mailing address

**JOHN E CARTER**
**102 Northeast 2nd Street Suite 179**
**Boca Raton, FL 33432**

Date(s) debt was incurred  _

Last 4 digits of account number  **8493**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

Debtor    **LTGF Business Trust**
Name                                                          Case number (if known)    **2:23-bk-01538**

---

| 3.452 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                       As of the petition filing date, the claim is: Check all that apply.    **$100.00**

**JOHN E HANKAL**
P.O. Box 48190
Jacksonville, FL 32247                                          ■ Contingent
                                                                ☐ Unliquidated
Date(s) debt was incurred _                                     ☐ Disputed

Last 4 digits of account number  **4665**                       Basis for the claim:  **Member**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.452 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                       As of the petition filing date, the claim is: Check all that apply.    **$200.00**

**JOHN E KOPSON**
7300 W Camino Real Suite 126
Boca Raton, FL 33433                                            ■ Contingent
                                                                ☐ Unliquidated
Date(s) debt was incurred _                                     ☐ Disputed

Last 4 digits of account number  **155**                        Basis for the claim:  **Member**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.452 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                       As of the petition filing date, the claim is: Check all that apply.    **$25.00**

**JOHN E MAINES IV**
715 Southeast Townhomes Boulevard
Lake Butler, FL 32054                                           ■ Contingent
                                                                ☐ Unliquidated
Date(s) debt was incurred _                                     ☐ Disputed

Last 4 digits of account number  **8728**                       Basis for the claim:  **Member**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.452 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                       As of the petition filing date, the claim is: Check all that apply.    **$25.00**

**JOHN E MAIUCCI**
55 E Osceola Street
Stuart, FL 34994                                                ■ Contingent
                                                                ☐ Unliquidated
Date(s) debt was incurred _                                     ☐ Disputed

Last 4 digits of account number  **9470**                       Basis for the claim:  **Member**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.452 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                       As of the petition filing date, the claim is: Check all that apply.    **$7,630.50**

**JOHN E MARKE**
3644 Landers Street
Big Pine Key, FL 33043-6138                                     ☐ Contingent
                                                                ☐ Unliquidated
Date(s) debt was incurred _                                     ☐ Disputed

Last 4 digits of account number  **1051**                       Basis for the claim:  **Member**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.452 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                       As of the petition filing date, the claim is: Check all that apply.    **$25.00**

**JOHN E MCINTEE**
1825 Big Oak Lane
Kissimmee, FL 34746-3807                                        ■ Contingent
                                                                ☐ Unliquidated
Date(s) debt was incurred _                                     ☐ Disputed

Last 4 digits of account number  **6235**                       Basis for the claim:  **Member**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.452 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                       As of the petition filing date, the claim is: Check all that apply.    **$25.00**

**JOHN E MOORE III**
756 Beachland Boulevard
Vero Beach, FL 32963                                            ■ Contingent
                                                                ☐ Unliquidated
Date(s) debt was incurred _                                     ☐ Disputed

Last 4 digits of account number  **8293**                       Basis for the claim:  **Member**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.453 0 | **Nonpriority creditor's name and mailing address**<br>**JOHN E SULLIVAN**<br>**P.O. Box 2638**<br>**Brandon, FL 33509-2638** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |

Date(s) debt was incurred _

Last 4 digits of account number  **4765**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 1 | **Nonpriority creditor's name and mailing address**<br>**JOHN E WATSON**<br>**600 49th Street N Suite A**<br>**St Petersburg, FL 33710** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$559.72** |

Date(s) debt was incurred _

Last 4 digits of account number  **4229**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 2 | **Nonpriority creditor's name and mailing address**<br>**JOHN EDGAR SHERRARD**<br>**34 E 5th Street**<br>**Stuart, FL 34994-3010** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$200.00** |

Date(s) debt was incurred _

Last 4 digits of account number  **6075**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 3 | **Nonpriority creditor's name and mailing address**<br>**JOHN ERICK SWARD**<br>**P.O. Box 1855**<br>**Mccormick, SC 29835-1855** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |

Date(s) debt was incurred _

Last 4 digits of account number  **1144**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 4 | **Nonpriority creditor's name and mailing address**<br>**JOHN F HAYTER**<br>**1418 Northwest 6th Street**<br>**Gainesville, FL 32601-4020** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |

Date(s) debt was incurred _

Last 4 digits of account number  **7990**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 5 | **Nonpriority creditor's name and mailing address**<br>**JOHN F HOOLEY**<br>**851 5th Ave N.**<br>**Suite 303**<br>**Naples, FL 34102** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |

Date(s) debt was incurred _

Last 4 digits of account number  **2299**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 6 | **Nonpriority creditor's name and mailing address**<br>**JOHN F HOUTON**<br>**P.O. Box 456**<br>**Naples, FL 34106** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |

Date(s) debt was incurred _

Last 4 digits of account number  **4700**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.453 7**

**Nonpriority creditor's name and mailing address**
**JOHN F JANKOWSKI JR**
**2 S University Drive Suite 265**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **7299**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.453 8**

**Nonpriority creditor's name and mailing address**
**JOHN F LAW JR**
**7229 Deer Haven Road**
**Panama City, FL 32409**

Date(s) debt was incurred _

Last 4 digits of account number  **4798**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.453 9**

**Nonpriority creditor's name and mailing address**
**JOHN F PHILLIPS**
**1401 S Andrews Avenue**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **3661**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.454 0**

**Nonpriority creditor's name and mailing address**
**JOHN F POPE**
**2424 Manatee Avenue W.**
**Suite 101**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number  **6518**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.454 1**

**Nonpriority creditor's name and mailing address**
**JOHN F WELCH**
**P.O. Box 833**
**Ocala, FL 34478-0833**

Date(s) debt was incurred _

Last 4 digits of account number  **4510**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.454 2**

**Nonpriority creditor's name and mailing address**
**JOHN F. STEWART**
**P.O. Box 400**
**Ft. Myers, FL 33902-0400**

Date(s) debt was incurred _

Last 4 digits of account number  **1291**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$87.50**

---

**3.454 3**

**Nonpriority creditor's name and mailing address**
**JOHN FENNIMAN**
**John Fenniman Chartered**
**P.O. Box 2455**
**Stuart, FL 34995-2455**

Date(s) debt was incurred _

Last 4 digits of account number  **5299**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|-------------------------|------------------------|-------------------|
|        | Name |  |  |

---

**3.454
4**

Nonpriority creditor's name and mailing address

**JOHN FRANKLIN WADE
210 University Drive Suite 810
Coral Springs, FL 33063-6234**

Date(s) debt was incurred _

Last 4 digits of account number  **3609**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.454
5**

Nonpriority creditor's name and mailing address

**JOHN FULLER
John Fuller P.A.
12000 Biscayne Boulevard Suite 609
North Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number  **0476**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.454
6**

Nonpriority creditor's name and mailing address

**JOHN G BARRY III
1719 Blanding Boulevard
Jacksonville, FL 32210**

Date(s) debt was incurred _

Last 4 digits of account number  **8724**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.454
7**

Nonpriority creditor's name and mailing address

**JOHN G JORDAN
The Colonial Building
4367 N. Federal Highway, Suite 101
Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **5050**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.454
8**

Nonpriority creditor's name and mailing address

**JOHN G PIERCE
800 N Ferncreek Avenue
Orlando, FL 32803-4172**

Date(s) debt was incurred _

Last 4 digits of account number  **4804**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.454
9**

Nonpriority creditor's name and mailing address

**JOHN G SAVOCA
500 University Boulevard Suite 205
Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number  **8041**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

**3.4550**

**Nonpriority creditor's name and mailing address**
**JOHN G VEGA**
**501 Goodlette-Frank Road**
**#D306**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number **0998**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.4551**

**Nonpriority creditor's name and mailing address**
**JOHN G WOOD JR**
**3601 Cypress Gardens Road**
**Suite A**
**Winter Haven, FL 33884-2456**

Date(s) debt was incurred _

Last 4 digits of account number **7102**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.4552**

**Nonpriority creditor's name and mailing address**
**JOHN GALLETTA JR**
**1095 Anastasia Boulevard**
**St Augustine, FL 32080-4681**

Date(s) debt was incurred _

Last 4 digits of account number **6323**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.4553**

**Nonpriority creditor's name and mailing address**
**JOHN GAUDIOSI**
**3801 N Federal Highway**
**Pompano Beach, FL 33064-6514**

Date(s) debt was incurred _

Last 4 digits of account number **4948**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.4554**

**Nonpriority creditor's name and mailing address**
**JOHN H BECK**
**2846-A Remington Green Lane**
**Tallahassee, FL 32308-3757**

Date(s) debt was incurred _

Last 4 digits of account number **6192**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.4555**

**Nonpriority creditor's name and mailing address**
**JOHN H JONES**
**P.O. Box 2340**
**Gainesville, FL 32602-2340**

Date(s) debt was incurred _

Last 4 digits of account number **5538**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.4556**

**Nonpriority creditor's name and mailing address**
**JOHN H KING**
**492 Fletcher Pl**
**Winter Park, FL 32789-3936**

Date(s) debt was incurred _

Last 4 digits of account number **5057**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.455 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JOHN H KRUECKEBERG**
**2630 Grey Oak Drive N Apt 16**
**Naples, FL 34105-3003**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8641**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JOHN H KRUECKEBERG**
**2630 Grey Oak Drive N Apt 16**
**Naples, FL 34105**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8641**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**JOHN H MYERS**
**2831 Ringling Boulevard Suite B107**
**Sarasota, FL 34237-5350**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6582**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JOHN H PARKER III**
**P.O. Box 1563**
**Live Oak, FL 32064-1563**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7408**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**JOHN H PATTERSON**
**La Puerta Del Sol Building Suite 105**
**800 S Douglas Road**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8055**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JOHN H POWER**
**2143 - 15th Avenue**
**Vero Beach, FL 32960-3435**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8602**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.456 3**

**Nonpriority creditor's name and mailing address**
**JOHN H RHODES JR**
**P.O. Box 770777**
**Winter Garden, FL 34777-0777**

Date(s) debt was incurred _

Last 4 digits of account number **3814**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.456 4**

**Nonpriority creditor's name and mailing address**
**JOHN H SIMMONS**
**P.O. Box 810141**
**Boca Raton, FL 33481-0141**

Date(s) debt was incurred _

Last 4 digits of account number **611**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.456 5**

**Nonpriority creditor's name and mailing address**
**JOHN H WERNER**
**915 Middle River Drive Suite 120**
**Ft Lauderdale, FL 33304-3560**

Date(s) debt was incurred _

Last 4 digits of account number **6350**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.456 6**

**Nonpriority creditor's name and mailing address**
**JOHN H. SHEARER, JR.**
**P.O. Box 2196**
**Ft. Myers, FL 33902-2196**

Date(s) debt was incurred _

Last 4 digits of account number **4400**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.456 7**

**Nonpriority creditor's name and mailing address**
**JOHN HUGH SHANNON**
**5300 S Florida Avenue Suite E1**
**Lakeland, FL 33813-2519**

Date(s) debt was incurred _

Last 4 digits of account number **5453**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.456 8**

**Nonpriority creditor's name and mailing address**
**JOHN I MERRITT**
**1500 E Orange Avenue**
**Eustis, FL 32726-4309**

Date(s) debt was incurred _

Last 4 digits of account number **4839**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.456 9**

**Nonpriority creditor's name and mailing address**
**JOHN J BYRNE**
**3152 Blue Ridge Gap Road**
**Clayton, GA 30525-2744**

Date(s) debt was incurred _

Last 4 digits of account number **2781**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**
_____

| 3.457 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **JOHN J KABBOORD JR** | ■ Contingent | |
| **1980 N Atlantic Avenue Suite 801** | ☐ Unliquidated | |
| **Cocoa Beach, FL 32931** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **2475** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.457 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
| **JOHN J LAZZARA** | ■ Contingent | |
| **Judge of Comp Claims/Div** | ☐ Unliquidated | |
| **2740 Centerview Drive Suite 180** | ☐ Disputed | |
| **Tallahassee, FL 32399-6558** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **4954** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.457 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **JOHN J O'BRIEN** | ■ Contingent | |
| **3135 Southwest 3rd Avenue** | ☐ Unliquidated | |
| **Miami, FL 33128** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **0359** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.457 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,117.89** |
| **JOHN J O'DAY JR** | ☐ Contingent | |
| **151 Southwest 27th Avenue** | ☐ Unliquidated | |
| **Miami, FL 33135** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **3534** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.457 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **JOHN J RICHARDSON PA** | ■ Contingent | |
| **95 S Federal Highway Suite 200** | ☐ Unliquidated | |
| **Boca Raton, FL 33432** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **9961** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.457 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **JOHN J SHEA** | ■ Contingent | |
| **2940 S Tamiami Trail** | ☐ Unliquidated | |
| **Sarasota, FL 34239** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **1438** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.457 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **JOHN J SULIK** | ■ Contingent | |
| **445 Pablo Point Drive** | ☐ Unliquidated | |
| **Jacksonville, FL 32225** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Member__ | |
| Last 4 digits of account number **4095** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.457 7**

**Nonpriority creditor's name and mailing address**
**JOHN J UPCHURCH**
P.O. Drawer 3007
St Augustine, FL 32085-3007

Date(s) debt was incurred _

Last 4 digits of account number **3697**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$237.50

---

**3.457 8**

**Nonpriority creditor's name and mailing address**
**JOHN J WATKINS**
P.O. Box 250
Labelle, FL 33975-0250

Date(s) debt was incurred _

Last 4 digits of account number **7985**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.457 9**

**Nonpriority creditor's name and mailing address**
**JOHN J WOLFE PA**
6807 Overseas Highway
Marathon, FL 33050

Date(s) debt was incurred _

Last 4 digits of account number **7363**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.458 0**

**Nonpriority creditor's name and mailing address**
**John J. McGlynn, III P.L.L.C.**
729 SW Federal Highway
Suite 200
Stuart, FL 34994

Date(s) debt was incurred _

Last 4 digits of account number **0115**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.458 1**

**Nonpriority creditor's name and mailing address**
**JOHN K EASTHAM JR**
138 W Palmetto Park Road
Boca Raton, FL 33432-3828

Date(s) debt was incurred _

Last 4 digits of account number **8389**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.458 2**

**Nonpriority creditor's name and mailing address**
**JOHN K MCCLURE PA**
McClure & Lobozzo
211 S. Ridgewood Drive
Sebring, FL 33870-3340

Date(s) debt was incurred _

Last 4 digits of account number **5228**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$125.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.458 3**

**Nonpriority creditor's name and mailing address**
**JOHN KELLY BURNETTE**
**8130 Baymeadows Circle W Suite 203**
**Jacksonville, FL 32256-1811**

Date(s) debt was incurred _

Last 4 digits of account number **0325**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458 4**

**Nonpriority creditor's name and mailing address**
**JOHN KOPELOUSOS**
**Kopelousos & Bradley P.A.**
**P.O. Box 562**
**Orange Park, FL 32067-0562**

Date(s) debt was incurred _

Last 4 digits of account number **4176**

**As of the petition filing date, the claim is:** *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458 5**

**Nonpriority creditor's name and mailing address**
**JOHN L AVERY JR**
**941 N Highway A1A**
**Jupiter, FL 33477-4599**

Date(s) debt was incurred _

Last 4 digits of account number **4470**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458 6**

**Nonpriority creditor's name and mailing address**
**JOHN L BRYAN JR**
**4400 PGA Boulevard Suite 800**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number **7317**

**As of the petition filing date, the claim is:** *Check all that apply.*

$5,236.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458 7**

**Nonpriority creditor's name and mailing address**
**JOHN L BURNS**
**P.O. Box 349**
**West Palm Beach, FL 33402**

Date(s) debt was incurred _

Last 4 digits of account number **2416**

**As of the petition filing date, the claim is:** *Check all that apply.*

$175.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458 8**

**Nonpriority creditor's name and mailing address**
**JOHN L CALDWELL**
**7951 Southwest 6th Street Suite 200**
**Plantation, FL 33324-2665**

Date(s) debt was incurred _

Last 4 digits of account number **8271**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458 9**

**Nonpriority creditor's name and mailing address**
**JOHN L FIVEASH JR**
**41 N Jefferson St#106**
**Pensacola, FL 32501-5644**

Date(s) debt was incurred _

Last 4 digits of account number **4363**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.4590**

**Nonpriority creditor's name and mailing address**
**JOHN L GIOIELLO**
**P.O. Box 1987**
**Panama City, FL 32402-1987**

Date(s) debt was incurred _

Last 4 digits of account number **4252**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.4591**

**Nonpriority creditor's name and mailing address**
**JOHN L KORTHALS**
**639 E Ocean Avenue Suite 408**
**Boynton Beach, FL 33435-5017**

Date(s) debt was incurred _

Last 4 digits of account number **3610**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$4,128.77

---

**3.4592**

**Nonpriority creditor's name and mailing address**
**JOHN L LICCIARDI**
**425 Cove Tower Drive Suite 1202**
**Naples, FL 34110**

Date(s) debt was incurred _

Last 4 digits of account number **7110**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.4593**

**Nonpriority creditor's name and mailing address**
**JOHN L LINDQUIST**
**9825 W Sample Road**
**Coral Springs, FL 33065-4040**

Date(s) debt was incurred _

Last 4 digits of account number **6412**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$6,421.68

---

**3.4594**

**Nonpriority creditor's name and mailing address**
**JOHN L MANN**
**Century Plaza Suite 300**
**500 S Florida Avenue**
**Lakeland, FL 33801**

Date(s) debt was incurred _

Last 4 digits of account number **0554**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.4595**

**Nonpriority creditor's name and mailing address**
**JOHN L MAYNARD**
**602 Hillcrest Street**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number **6871**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$200.00

---

**3.4596**

**Nonpriority creditor's name and mailing address**
**JOHN L PAPERA JR PA**
**955 NW 17th Avenue**
**Building N**
**Delray Beach, FL 33445**

Date(s) debt was incurred _

Last 4 digits of account number **6795**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

---

**3.459 7**

**Nonpriority creditor's name and mailing address**

**JOHN L PENSON PA**
**1900 Sunset Harbour Drive**
**Annex-2nd Floor**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number  **1832**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.459 8**

**Nonpriority creditor's name and mailing address**

**JOHN L POLK PA**
**P.O. Box 511221**
**Punta Gorda, FL 33951-1221**

Date(s) debt was incurred _

Last 4 digits of account number  **5850**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.459 9**

**Nonpriority creditor's name and mailing address**

**JOHN L REMSEN**
**515 N Flagler Drive Suite 1900**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **8**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$29,364.13

---

**3.460 0**

**Nonpriority creditor's name and mailing address**

**JOHN L RILEY**
**2325 Fifth Avenue North**
**St Petersburg, FL 33713-7005**

Date(s) debt was incurred _

Last 4 digits of account number  **1189**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.460 1**

**Nonpriority creditor's name and mailing address**

**JOHN L SCOTT**
**P.O. Box 475**
**Branford, FL 32008-0475**

Date(s) debt was incurred _

Last 4 digits of account number  **5738**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.460 2**

**Nonpriority creditor's name and mailing address**

**JOHN L STINZIANO**
**800 Laurel Oak Drive Suite 600**
**Naples, FL 34108-2705**

Date(s) debt was incurred _

Last 4 digits of account number  **8137**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.460 3**

**Nonpriority creditor's name and mailing address**

**JOHN L THOMAS II**
**611 N. Wymore Road**
**Suite 105**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number  **4945**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.460 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**JOHN L WALKDEN**
915 Southeast 10th Street
Ft Lauderdale, FL 33316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5944**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.460 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**JOHN L WILLIAMS**
6200 S Tamiami Trail
Sarasota, FL 34231

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2616**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.460 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**JOHN L. GREEN, JR.**
P.O. Box 210
St. Petersburg, FL 33731-0210

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3690**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.460 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**JOHN LEONARD KEY**
417 Saint Johns Avenue Suite B
Palatka, FL 32177

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6495**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.460 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**JOHN LORING BISCHOF PA**
P.O. Box 13237
Tallahassee, FL 32317

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9997**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.460 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**JOHN M ALFORD SEE BR 1**
542 E Park Avenue
Tallahassee, FL 32301

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6867**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.461 0**

**Nonpriority creditor's name and mailing address**

**JOHN M BARNES JR**
**1800 Second Street Suite 919**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number **7653**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.461 1**

**Nonpriority creditor's name and mailing address**

**JOHN M BERNAZZOLI**
**2734 Polk Street**
**Suite H**
**Hollywood, FL 33020-4825**

Date(s) debt was incurred _

Last 4 digits of account number **6395**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.461 2**

**Nonpriority creditor's name and mailing address**

**JOHN M CAPPELLER JR**
**DBA Cappeller Law**
**4800 N. Federal Highway, Suite D-306**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **8136**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.461 3**

**Nonpriority creditor's name and mailing address**

**JOHN M DART JR**
**P.O. Box 49017**
**Sarasota, FL 34230-6017**

Date(s) debt was incurred _

Last 4 digits of account number **5321**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$150.00**

---

**3.461 4**

**Nonpriority creditor's name and mailing address**

**JOHN M LAWRENCE JR**
**205 Friesian Way**
**Sanford, FL 32773**

Date(s) debt was incurred _

Last 4 digits of account number **4389**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.461 5**

**Nonpriority creditor's name and mailing address**

**JOHN M LYNN**
**John M. Lynn P.A.**
**9760 S NC 9 Highway**
**Columbus, NC 28722**

Date(s) debt was incurred _

Last 4 digits of account number **8566**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.461 6**

**Nonpriority creditor's name and mailing address**

**JOHN M MCDIVITT PA**
**101 N J Street Suite 2**
**Lake Worth, FL 33460**

Date(s) debt was incurred _

Last 4 digits of account number **8180**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.4617**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|
| **JOHN M MILLER PA**<br>**484 Osceola Avenue**<br>**Jacksonville Beach, FL 32250** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **7074** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4618**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **JOHN M MORGAN**<br>**302 Lee Boulevard Suite 102**<br>**Lehigh Acres, FL 33936-4916** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **5097** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4619**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **JOHN M THOMSON**<br>**100 Almeria Avenue**<br>**Suite 310**<br>**Coral Gables, FL 33134** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **3438** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4620**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **John M. Alford**<br>**215 Delta Court**<br>**Tallahassee, FL 32303** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **6867** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4621**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **John M. Iriye, P.A.**<br>**P.O. Box 195779**<br>**Winter Springs, FL 32719** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **8004** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4622**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,891.76 |
|---|---|---|
| **JOHN M. MARTYN**<br>**P.O. Box 3765**<br>**Tequesta, FL 33469-0765** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **8216** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4623**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **JOHN MADDEN & ASSOCIATES PA**<br>**789 S Federal Highway Suite 310**<br>**Stuart, FL 34994** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **9228** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**
_____

---

| 3.462 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**JOHN MASTRY**
**1902 Bluff Oak Street**
**Apopka, FL 32712**

Date(s) debt was incurred _

Last 4 digits of account number  **6204**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 5 | Nonpriority creditor's name and mailing address | | $25.00 |

**John McCorvey**
**301 W. Bay Street**
**Suite 1458**
**Jacksonville, FL 32202**

Date(s) debt was incurred _

Last 4 digits of account number  **0606**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 6 | Nonpriority creditor's name and mailing address | | $25.00 |

**JOHN MCNEILL**
**7300 W Camino Real Suite 236**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number  **4899**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 7 | Nonpriority creditor's name and mailing address | | $200.00 |

**JOHN MOTSINGER, JR.**
**320 N. Magnolia Avenue Suite A4**
**Orlando, FL 32801-1624**

Date(s) debt was incurred _

Last 4 digits of account number  **6668**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 8 | Nonpriority creditor's name and mailing address | | $200.00 |

**JOHN MOXLEY**
**3933 Southeast 13th Street**
**Ocala, FL 34471**

Date(s) debt was incurred _

Last 4 digits of account number  **4853**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 9 | Nonpriority creditor's name and mailing address | | $75.00 |

**JOHN N MOORE III**
**1448 Kennedy Drive Suite 7 Luani Plaza**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number  **91**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**
_____

| 3.463 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JOHN N. BUSO, P.A.**
**P.O. Box 15414**
**West Palm Beach, FL 33416-5414**

Date(s) debt was incurred _

Last 4 digits of account number  **8430**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JOHN N. STUPARICH**
**550 N. Reo Street**
**Suite 303**
**Tampa, FL 33609-1037**

Date(s) debt was incurred _

Last 4 digits of account number  **8395**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JOHN O HOPKINS JR**
**1515 N Federal Highway Suite 107**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number  **7426**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36.43** |
|---|---|---|---|

**JOHN O SCHNERING**
**6302 Manatee Avenue W Suite D**
**Bradenton, FL 34209**

Date(s) debt was incurred _

Last 4 digits of account number  **6432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**JOHN O WILLIAMS**
**211 E Virginia Street**
**Tallahassee, FL 32301**

Date(s) debt was incurred _

Last 4 digits of account number  **8180**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JOHN P COLLINS JR**
**5015 S. Florida Avenue**
**Suite 400**
**Lakeland, FL 33813**

Date(s) debt was incurred _

Last 4 digits of account number  **2371**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JOHN P DUDA**
**4609 Garfield Street**
**Hollywood, FL 33021-5335**

Date(s) debt was incurred _

Last 4 digits of account number  **2059**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.4637**

Nonpriority creditor's name and mailing address

**JOHN P DUNNE**
**10833 70th Avenue N**
**Seminole, FL 33772**

Date(s) debt was incurred _

Last 4 digits of account number __1439__

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4638**

Nonpriority creditor's name and mailing address

**JOHN P FENNER**
**2840 Northwest Boca Raton Boulevard Suit**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number __5621__

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4639**

Nonpriority creditor's name and mailing address

**JOHN P FRONK PA**
**432 Northeast 3rd Avenue**
**Ft Lauderdale, FL 33301-3234**

Date(s) debt was incurred _

Last 4 digits of account number __8279__

As of the petition filing date, the claim is: *Check all that apply.*

$20.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4640**

Nonpriority creditor's name and mailing address

**JOHN P MAAS**
**44 NE 16th Street**
**Homestead, FL 33030**

Date(s) debt was incurred _

Last 4 digits of account number __5019__

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4641**

Nonpriority creditor's name and mailing address

**JOHN P MARINELLI**
**11924 Forest Hil Boulevard Suite 22-401**
**Wellington, FL 33414-6256**

Date(s) debt was incurred _

Last 4 digits of account number __7714__

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4642**

Nonpriority creditor's name and mailing address

**JOHN P MCCABE**
**3211 Bay Club Circle**
**Tampa, FL 33607**

Date(s) debt was incurred _

Last 4 digits of account number __0663__

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.464 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOHN P MCNUTT**
**P.O. Box 347274**
**Coral Gables, FL 33234-7274**

Date(s) debt was incurred _

Last 4 digits of account number  **4949**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| 3.464 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOHN P MILLIGAN JR**
**711 Estero Boulevard Suite 6**
**Ft Myers, FL 33931-2107**

Date(s) debt was incurred _

Last 4 digits of account number  **403**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| 3.464 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOHN P WELCH PA**
**619 W Chase Street**
**Pensacola, FL 32502**

Date(s) debt was incurred _

Last 4 digits of account number  **6780**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.464 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOHN P WHITE**
**5121 Castello Drive Suite 2**
**Naples, FL 33940**

Date(s) debt was incurred _

Last 4 digits of account number  **4889**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| 3.464 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOHN P WILKES**
**901 S. Federal Highway**
**Suite 101-A**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **8299**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| 3.464 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John P. Koplitz, P.A.**
**1405 W Swann Avenue**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number  **7274**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.464 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOHN PALUMBO**
**2018 Port Marnock Lane**
**Orlando, FL 32826**

Date(s) debt was incurred _

Last 4 digits of account number  **8300**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.465 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**JOHN PATTERSON**
**Livingston Patterson Et Al P.A.**
**46 N. Washington Blvd., Suite 1**
**Sarasota, FL 34236-5928**

Date(s) debt was incurred _

Last 4 digits of account number  **5562**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**JOHN R ALLISON III**
**100 Southeast 2nd Street Suite 3350**
**Miami, FL 33131-1101**

Date(s) debt was incurred _

Last 4 digits of account number  **0602**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**JOHN R BANISTER PA**
**2600 N Military Trail 4th Floor**
**Boca Raton, FL 33431-6315**

Date(s) debt was incurred _

Last 4 digits of account number  **7268**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**JOHN R CASEY**
**6220 Manatee Avenue W Suite 201**
**Bradenton, FL 34209-2361**

Date(s) debt was incurred _

Last 4 digits of account number  **8463**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**JOHN R COOK**
**202 Northwest 5th Avenue**
**Okeechobee, FL 34972-4140**

Date(s) debt was incurred _

Last 4 digits of account number  **707**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$127.29** |

**JOHN R COUNCIL**
**P.O. Box 991**
**Dade City, FL 33526-0991**

Date(s) debt was incurred _

Last 4 digits of account number  **7193**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____    Case number (if known)    **2:23-bk-01538**
        Name

| 3.465 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**JOHN R DONAHUE JR**
**3665 Gleneagle Drive**
**Sarasota, FL 34238-2812**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **277**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.465 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**JOHN R DUNHAM III**
**One Sarasota Tower**
**2 N Tamiami Trail Suite 500**
**Sarasota, FL 34236**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7839**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.465 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**JOHN R FOLTZ PA**
**4261 Central Avenue**
**St Petersburg, FL 33713-8230**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1631**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.465 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JOHN R GEIGER**
**4475 US 1 S Suite 406**
**St Augustine, FL 32086**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1676**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.466 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**JOHN R GRIFFITH**
**P.O. Box 24628**
**Lakeland, FL 33802-4628**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7933**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.466 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**JOHN R HEFFERAN JR**
**112 N Summerlin Avenue**
**Orlando, FL 32801-2033**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7293**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.466 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**JOHN R LONERGAN PA**
**12520 World Plaza Lane Suite 1**
**Ft Myers, FL 33907**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8288**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.466 3**

**Nonpriority creditor's name and mailing address**

**JOHN R SHUMAN**
**1004 22nd Street Northwest**
**Washington, DC 20037**

Date(s) debt was incurred _

Last 4 digits of account number  **4312**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.466 4**

**Nonpriority creditor's name and mailing address**

**JOHN R STANIER**
**P.O. Box 13666**
**Tampa, FL 33681-3666**

Date(s) debt was incurred _

Last 4 digits of account number  **2552**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$476.49**

---

**3.466 5**

**Nonpriority creditor's name and mailing address**

**JOHN R TAMM**
**P.O. Box 2718**
**Daytona Beach, FL 32115-2718**

Date(s) debt was incurred _

Last 4 digits of account number  **965**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.466 6**

**Nonpriority creditor's name and mailing address**

**JOHN RAMOS**
**2131 Hollywood Boulevard**
**Suite 205**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number  **9221**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.466 7**

**Nonpriority creditor's name and mailing address**

**JOHN S ANDREWS PA**
**1501 NE FOURTH AVE**
**FT LAUDERDALE, FL 33304-1035**

Date(s) debt was incurred _

Last 4 digits of account number  **0722**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.466 8**

**Nonpriority creditor's name and mailing address**

**JOHN S CALL JR**
**P.O. Box 530216**
**Lake Park, FL 33403**

Date(s) debt was incurred _

Last 4 digits of account number  **0069**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$5,924.34**

---

**3.466 9**

**Nonpriority creditor's name and mailing address**

**JOHN S CURRY**
**221 North Street**
**Quincy, FL 32351**

Date(s) debt was incurred _

Last 4 digits of account number  **6502**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.4670**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **JOHN S KENNELLY**<br>**6849 Cobia Circle**<br>**Boynton Beach, FL 33437** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **3799** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4671**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **JOHN S LEVY**<br>**208 Jack Nicklaus Drive**<br>**Austin, TX 78738** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **7934** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4672**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **JOHN S NORTON JR**<br>**431 North Grandview Avenue Suite B**<br>**Daytona Beach, FL 32118-3928** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **1881** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4673**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **JOHN S ROSSI JR**<br>**P.O. Box 141728**<br>**Coral Gables, FL 33114-1728** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **7463** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4674**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **JOHN S WINNIE**<br>**4400 Northwest 23rd Avenue Suite E**<br>**Gainesville, FL 32606-6562** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **4529** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4675**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **JOHN S YUDIN ESQ PA**<br>**55 E. Ocean Boulevard**<br>**Stuart, FL 34994** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **5637** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.467 6**

**Nonpriority creditor's name and mailing address**

**JOHN T BOULAND**
P.O. Box 2228
Ocala, FL 34478

Date(s) debt was incurred _

Last 4 digits of account number **4996**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.467 7**

**Nonpriority creditor's name and mailing address**

**JOHN T BRENNAN LLB PLC**
P.O. Box 3779
Ft Pierce, FL 34948-3779

Date(s) debt was incurred _

Last 4 digits of account number **3144**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.467 8**

**Nonpriority creditor's name and mailing address**

**JOHN T KINSEY PA**
551 Northwest 77th Street Suite 114
Boca Raton, FL 33487

Date(s) debt was incurred _

Last 4 digits of account number **8702**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.467 9**

**Nonpriority creditor's name and mailing address**

**JOHN T MORRISON**
1612 NW Boca Raton Boulevard
Suite 8
Boca Raton, FL 33432

Date(s) debt was incurred _

Last 4 digits of account number **6397**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.468 0**

**Nonpriority creditor's name and mailing address**

**JOHN T PAXMAN**
1832 N. Dixie Highway
Lake Worth, FL 33460-8104

Date(s) debt was incurred _

Last 4 digits of account number **8587**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.468 1**

**Nonpriority creditor's name and mailing address**

**JOHN T PRAHL**
12376 SW 82nd Avenue
Pinecrest, FL 33156

Date(s) debt was incurred _

Last 4 digits of account number **2250**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.468 2**

**Nonpriority creditor's name and mailing address**

**JOHN T. CARLON, JR.**
P O Drawer 9237
Ft Lauderdale, FL 33310-9237

Date(s) debt was incurred _

Last 4 digits of account number **4850**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.468.3**

**Nonpriority creditor's name and mailing address**
**JOHN TURNBULL**
**162 Hopkins Hill Road**
**Coventry, RI 02816-6326**

Date(s) debt was incurred _

Last 4 digits of account number **6897**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,436.46**

---

**3.468.4**

**Nonpriority creditor's name and mailing address**
**JOHN V A HOLMES**
**811 N Magnolia Avenue**
**Orlando, FL 32803-0232**

Date(s) debt was incurred _

Last 4 digits of account number **3454**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.468.5**

**Nonpriority creditor's name and mailing address**
**JOHN V BAUM**
**213 S Swoope Avenue**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number **2011**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.468.6**

**Nonpriority creditor's name and mailing address**
**JOHN W BAKER**
**892 Acadia Road**
**Venice, FL 34293-5603**

Date(s) debt was incurred _

Last 4 digits of account number **5005**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.468.7**

**Nonpriority creditor's name and mailing address**
**JOHN W CARROLL**
**P.O. Box 31794**
**Palm Beach Gardens, FL 33420-1794**

Date(s) debt was incurred _

Last 4 digits of account number **8512**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.468.8**

**Nonpriority creditor's name and mailing address**
**JOHN W CONLIN PA**
**P.O. Box 500097**
**Marathon, FL 33050-0097**

Date(s) debt was incurred _

Last 4 digits of account number **208**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.468.9**

**Nonpriority creditor's name and mailing address**
**JOHN W CONNESS**
**315 Northeast 3rd Avenue Suite 201**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **4716**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor  **LTGF Business Trust**
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.469 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**JOHN W ESTES JR**
**15604 N Highway 11**
**Salem, SC 29676-3213**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **1856**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.469 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JOHN W FIELD**
**P.O. Box 4532**
**Deerfield Beach, FL 33442**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **6450**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.469 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JOHN W GRIFFIS III**
**Ringling Professional Center**
**2831 Ringling Boulevard Suite 116-D**
**Sarasota, FL 34237**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **8604**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.469 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**JOHN W HAMILTON**
**P.O. Box 2842**
**St Petersburg, FL 33704-2744**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **6424**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.469 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**JOHN W HEWITT**
**C/O Hewitt & Smiley P.A.**
**10625 N Military Trail Suite 208**
**Palm Beach Gardens, FL 33410-6552**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **7448**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.469 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JOHN W JEFFERSON**
**2825 Northwest 70th Avenue**
**Margate, FL 33063**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **2345**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.4696**

**Nonpriority creditor's name and mailing address**
**JOHN W LEON PL**
**6175 Northwest 153rd Street Suite 403**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number  **8250**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.4697**

**Nonpriority creditor's name and mailing address**
**JOHN W PERLOFF**
**1177 SE 3rd Avenue**
**Ft Lauderdale, FL 33316-1109**

Date(s) debt was incurred _

Last 4 digits of account number  **4271**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.4698**

**Nonpriority creditor's name and mailing address**
**JOHN W PUFFER III**
**3013 Villa Rosa Park**
**Tampa, FL 33611-2839**

Date(s) debt was incurred _

Last 4 digits of account number  **0549**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.4699**

**Nonpriority creditor's name and mailing address**
**JOHN W RODGERS**
**3735 Lake Buynak Road**
**Windermere, FL 34786**

Date(s) debt was incurred _

Last 4 digits of account number  **0404**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.4700**

**Nonpriority creditor's name and mailing address**
**JOHN W SCHUMACHER JR**
**14199 82nd Avenue N**
**Seminole, FL 33776**

Date(s) debt was incurred _

Last 4 digits of account number  **2175**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$5,769.56

---

**3.4701**

**Nonpriority creditor's name and mailing address**
**JOHN W SMITH**
**Smith & Gromann P.A.**
**2201 Northwest Corporate Boulevard Suite**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **4821**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.4702**

**Nonpriority creditor's name and mailing address**
**JOHN W. KEARNS**
**431 Gerona Avenue**
**Coral Gables, FL 33146-2807**

Date(s) debt was incurred _

Last 4 digits of account number  **4572**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.470 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,815.14** |

**JOHN WEST**
**9501 Lisa Road**
**Miami, FL 33157-8735**

Date(s) debt was incurred _

Last 4 digits of account number **4218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**JOHNNY A FORTUNE**
**P.O. Drawer 2167**
**Ft Walton Beach, FL 32549-2167**

Date(s) debt was incurred _

Last 4 digits of account number **8118**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**JOHNSON & JOHNSON ATTORNEYS &**
**150 S. Palmetto Avenue**
**Suite 103**
**Daytona Beach, FL 32114**

Date(s) debt was incurred _

Last 4 digits of account number **9900**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**JOHNSON & KING PA**
**2219 Park Street**
**Jacksonville, FL 32204**

Date(s) debt was incurred _

Last 4 digits of account number **5210**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,113.46** |

**JOHNSON & WALTERS PA**
**7401 Wiles Road**
**Suite 250**
**Coral Springs, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number **6543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |

**JOHNSON ANSELMO MURDOCH BURKE**
**2455 E Sunrise Boulevard Suite 1000**
**Ft Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number **5770**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**JOHNSON AUVIL & BROCK PA**
**P.O. Box 2337**
**Dade City, FL 33526-2337**

Date(s) debt was incurred _

Last 4 digits of account number **5098**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page  707 of 1581

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.471 0**

**Nonpriority creditor's name and mailing address**

**JOHNSON FARRELL & MABILE LLC**
P.O. Box 1739
Tallahassee, FL 32302

Date(s) debt was incurred _

Last 4 digits of account number **7355**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.471 1**

**Nonpriority creditor's name and mailing address**

**JOHNSON GREEN & LOCKLIN PA**
P.O. Box 605
Milton, FL 32572-0605

Date(s) debt was incurred _

Last 4 digits of account number **1345**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.471 2**

**Nonpriority creditor's name and mailing address**

**Johnson Law, P.L.L.C.**
412 N. Halifax Avenue
Daytona Beach, FL 32118

Date(s) debt was incurred _

Last 4 digits of account number **9881**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.471 3**

**Nonpriority creditor's name and mailing address**

**JOHNSON POPE BOKOR**
P.O. Box 1368
Clearwater, FL 33757-1368

Date(s) debt was incurred _

Last 4 digits of account number **5120**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.471 4**

**Nonpriority creditor's name and mailing address**

**JOHNSON POPE BOKOR**
P.O. Box 1100
Tampa, FL 33601-1100

Date(s) debt was incurred _

Last 4 digits of account number **5120**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$850.00**

---

**3.471 5**

**Nonpriority creditor's name and mailing address**

**JOHNSON S SAVARY**
1671 South Drive
Sarasota, FL 34239

Date(s) debt was incurred _

Last 4 digits of account number **0699**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$24,397.05**

---

**3.471 6**

**Nonpriority creditor's name and mailing address**

**JOHNSTON & SASSER PA**
P.O. Box 997
Brooksville, FL 34605-0997

Date(s) debt was incurred _

Last 4 digits of account number **763**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$10,837.40**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

| 3.471 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**JOLLY ESQUIRE PLLC**
**1440 Lake Baldwin Lane Suite A**
**Orlando, FL 32801**

Date(s) debt was incurred  _

Last 4 digits of account number  **6510**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.471 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**JON AGEE**
**915 Middle River Drive Suite 512**
**Ft Lauderdale, FL 33304-3582**

Date(s) debt was incurred  _

Last 4 digits of account number  **3887**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.471 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61.11 |
|---|---|---|---|

**JON C HALL**
**3512 S Long Fellow Circle**
**Hollywood, FL 33021**

Date(s) debt was incurred  _

Last 4 digits of account number  **7449**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.472 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**JON C KIEFFER**
**Kieffer & Rahter**
**6670 1st Avenue South**
**St Petersburg, FL 33707-1392**

Date(s) debt was incurred  _

Last 4 digits of account number  **8159**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.472 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Jon C. Lasserre, P.A.**
**960185 Gateway Boulevard Suite 203**
**Fernandina, FL 32034-7843**

Date(s) debt was incurred  _

Last 4 digits of account number  **7058**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.472 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**JON ERIC BENEZETTE**
**516 N Peninsula Drive**
**Daytona Beach, FL 32118**

Date(s) debt was incurred  _

Last 4 digits of account number  **2595**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

| 3.472 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**JON HALL**
**146 Avenue B Northwest**
**Winter Haven, FL 33881**

Date(s) debt was incurred _

Last 4 digits of account number  **8350**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

| 3.472 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**JON PREIKSAT**
**17 Gulf Manor Drive**
**Venice, FL 34285**

Date(s) debt was incurred _

Last 4 digits of account number  **9004**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| 3.472 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**JON W SEARCY**
**1540 N Spring Street**
**Pensacola, FL 32501**

Date(s) debt was incurred _

Last 4 digits of account number  **230**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$124.59**

---

| 3.472 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**JONAS & WOLMER PA**
**3300 PGA Boulevard Suite 870**
**Palm Beach Gardens, FL 33410-2811**

Date(s) debt was incurred _

Last 4 digits of account number  **4831**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

| 3.472 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**JONATHAN BLOOM**
**2295 NW CORPORATE BLVD #117**
**BOCA RATON, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **3660**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| 3.472 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**JONATHAN D BELOFF PA**
**1691 Michigan Avenue**
**Suite 210**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number  **4473**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$75.00**

---

| 3.472 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**JONATHAN D COMMANDER**
**P.O. Box 3474**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number  **4412**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.473
0**

**Nonpriority creditor's name and mailing address**

**JONATHAN E HAUSBURG**
**3202 N Tamiami Trail**
**Sarasota, FL 34234-5860**

Date(s) debt was incurred _

Last 4 digits of account number  **4185**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.473
1**

**Nonpriority creditor's name and mailing address**

**JONATHAN H GOODMAN**
**1377 Cassat Avenue**
**Jacksonville, FL 32205**

Date(s) debt was incurred _

Last 4 digits of account number  **0147**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.473
2**

**Nonpriority creditor's name and mailing address**

**JONATHAN H KLINE**
**2761 Executive Park Drive**
**Weston, FL 33331-3600**

Date(s) debt was incurred _

Last 4 digits of account number  **9490**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.473
3**

**Nonpriority creditor's name and mailing address**

**Jonathan H. Lehman, P.A.**
**P.O. Box 1437**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number  **6977**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.473
4**

**Nonpriority creditor's name and mailing address**

**JONATHAN JAMES DAMONTE**
**Jonathan James Damonte Chrterd**
**12110 Seminole Boulevard**
**Largo, FL 33778**

Date(s) debt was incurred _

Last 4 digits of account number  **7859**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$225.00**

---

**3.473
5**

**Nonpriority creditor's name and mailing address**

**Jonathan James Damonte Chartered**
**12110 Seminole Boulevard**
**Largo, FL 33778**

Date(s) debt was incurred _

Last 4 digits of account number  **7859**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.473
6**

**Nonpriority creditor's name and mailing address**

**JONATHAN LEINWAND**
**200 S Andrews Avenue Suite 703b**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **6098**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.4737**

**Nonpriority creditor's name and mailing address**
JONATHAN LITZ
2161 Palm Beach Lakes Boulevard 202
West Palm Beach, FL 33409

Date(s) debt was incurred _

Last 4 digits of account number  **6085**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4738**

**Nonpriority creditor's name and mailing address**
JONATHAN M SABGHIR
2398 S Dixie Highway
Miami, FL 33133-2314

Date(s) debt was incurred _

Last 4 digits of account number  **8579**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4739**

**Nonpriority creditor's name and mailing address**
JONATHAN P KROSS
P.O. Drawer 3363
Boca Raton, FL 33427-3363

Date(s) debt was incurred _

Last 4 digits of account number  **7911**

As of the petition filing date, the claim is: *Check all that apply.*

$75.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4740**

**Nonpriority creditor's name and mailing address**
JONATHAN R RUBIN
Jonathan R. Rubin P.A.
9360 Southwest 72nd Street Suite 285
Miami, FL 33173-3283

Date(s) debt was incurred _

Last 4 digits of account number  **8341**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4741**

**Nonpriority creditor's name and mailing address**
Jonathan Tolentino, P.A.
501 Goodlette Road N Suite D-100
Naples, FL 34102

Date(s) debt was incurred _

Last 4 digits of account number  **7725**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4742**

**Nonpriority creditor's name and mailing address**
JONATHAN W NEWLON PA
12731 Timber Run
Dade City, FL 35529

Date(s) debt was incurred _

Last 4 digits of account number  **8668**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.474 3**

**Nonpriority creditor's name and mailing address**

**JONATHAN W SHIRLEY PA**
**171 Circle Drive**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number  **0034**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.474 4**

**Nonpriority creditor's name and mailing address**

**JONES & CARDOZO**
**46 N Washington Boulevard Suite 18**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number  **5778**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

**3.474 5**

**Nonpriority creditor's name and mailing address**

**JONES & FLOWERS**
**P.O. Box 947**
**Niceville, FL 32588-0947**

Date(s) debt was incurred _

Last 4 digits of account number  **4358**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.474 6**

**Nonpriority creditor's name and mailing address**

**JONES FOSTER JOHNSTON &**
**DBA Jones Foster**
**P.O. Box 3475**
**West Palm Beach, FL 33402-3475**

Date(s) debt was incurred _

Last 4 digits of account number  **178**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,587.53**

---

**3.474 7**

**Nonpriority creditor's name and mailing address**

**JONES LAW FIRM**
**3943 W Lake Estates Drive**
**Davie, FL 33328-3060**

Date(s) debt was incurred _

Last 4 digits of account number  **7520**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.474 8**

**Nonpriority creditor's name and mailing address**

**JONES WALKER WAECHTER**
**Miami Center**
**201 S. Biscayne Boulevard, Suite 3000**
**Miami, FL 33131-4341**

Date(s) debt was incurred _

Last 4 digits of account number  **6028**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.474 9**

**Nonpriority creditor's name and mailing address**

**JORDAN E BUBLICK**
**11645 Biscayne Boulevard Suite 208**
**Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number  **8325**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

Debtor **LTGF Business Trust**      Case number (if known) **2:23-bk-01538**
_____
Name

---

**3.475 0**

**Nonpriority creditor's name and mailing address**
**Jordan Pascale, P.L.**
**121 Alhambra Plaza**
**Suite 1500**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **8302**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.475 1**

**Nonpriority creditor's name and mailing address**
**JORDAN R MILLER**
**420 Northeast 195th Street**
**North Miami Beach, FL 33179-3332**

Date(s) debt was incurred _

Last 4 digits of account number **7863**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.475 2**

**Nonpriority creditor's name and mailing address**
**JORDANA SARRELL PA**
**5301 N. Federal Highway**
**Suite 190**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number **6770**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.475 3**

**Nonpriority creditor's name and mailing address**
**JORDEN BURT LLP**
**777 Brickell Avenue 5th Floor**
**Miami, FL 33131-2822**

Date(s) debt was incurred _

Last 4 digits of account number **162**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.475 4**

**Nonpriority creditor's name and mailing address**
**Jorge & Acosta Law, P.L.L.C.**
**8603 S. Dixie Highway**
**Suite 210**
**Pinecrest, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **9666**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.475 5**

**Nonpriority creditor's name and mailing address**
**JORGE A FERNANDEZ**
**135 San Lorenzo Avenue**
**Suite 600**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **8227**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**                                    Case number (if known)  **2:23-bk-01538**
_____
Name

---

| 3.475 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JORGE A GISPERT**
**4728 Orduna Drive**
**Coral Gables, FL 33146**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4392**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JORGE A GUTIERREZ**
**4649 Ponce De Leon Boulevard**
**Suite 301**
**Coral Gables, FL 33146**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6515**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**JORGE A SIBILA**
**2246 Southwest 1st Street**
**Miami, FL 33135-1513**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8110**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JORGE ANTONIO LOPEZ**
**Montoya Lopez PL**
**4960 Southwest 72nd Avenue Suite 303**
**Miami, FL 33155**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **5521**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JORGE DE LA OSA**
**255 Alhambra Circle Suite 550**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4203**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JORGE E HERNANDEZ**
**311 Granello Avenue**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8033**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**JORGE E OTERO**
**75 Valencia Suite 400**
**Coral Gables, FL 33134-6107**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8404**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**
_____

---

| 3.476 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Jorge E. Blanco, P.A.**
**8266 Mills Drive**
**#83-6781**
**Miami, FL 33283**

�details

Date(s) debt was incurred  _

Last 4 digits of account number  **8920**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.476 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**JORGE GALVEZ-PRIEGO PA**
**2655 Le Jeune Road Suite 309**
**Miami, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **7204**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.476 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**JORGE H RAMOS**
**150 Alhambra Circle Suite 1150**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **4954**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.476 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**JORGE HEVIA JR**
**1408 Brickell Bay Drive Suite 804**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **7274**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.476 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**JORGE I ARDURA**
**1359 Northwest 99th Street**
**Miami, FL 33147-1809**

Date(s) debt was incurred  _

Last 4 digits of account number  **7105**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.476 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**JORGE IG DEL VALLE ESQ**
**1560 Lenox Avenue Suite 207**
**Miami Beach, FL 33139**

Date(s) debt was incurred  _

Last 4 digits of account number  **6245**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.4769**

Nonpriority creditor's name and mailing address
**JORGE L CUETO**
**1990 Southwest 27th Avenue 3rd Floor**
**Miami, FL 33145**

Date(s) debt was incurred  _

Last 4 digits of account number  **3341**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4770**

Nonpriority creditor's name and mailing address
**JORGE L PINON PA**
**9260 Sunset Drive Suite 118**
**Miami, FL 33173**

Date(s) debt was incurred  _

Last 4 digits of account number  **2641**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4771**

Nonpriority creditor's name and mailing address
**Jorge L. Piedra, P.A.**
**2950 Southwest 27th Avenue Suite 300**
**Miami, FL 33133**

Date(s) debt was incurred  _

Last 4 digits of account number  **7031**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4772**

Nonpriority creditor's name and mailing address
**JORGE LUIS LOPEZ**
**200 S Biscayne Boulevard Suite 3100**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **4477**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4773**

Nonpriority creditor's name and mailing address
**JORGE LUIS LOPEZ-GARCIA PA**
**1450 Madruga Avenue**
**Suite 408**
**Coral Gables, FL 33146**

Date(s) debt was incurred  _

Last 4 digits of account number  **8267**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4774**

Nonpriority creditor's name and mailing address
**JORGE LUIS SOSA**
**4410 Alton Road**
**Miami Beach, FL 33140-2851**

Date(s) debt was incurred  _

Last 4 digits of account number  **7804**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4775**

Nonpriority creditor's name and mailing address
**Jorge M. Vigil, P.A.**
**265 Sevilla Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **8107**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**
<u>Name</u>

Case number (*if known*)   **2:23-bk-01538**

---

| 3.477 6 | **Nonpriority creditor's name and mailing address**<br>**JORGE MARTINEZ-ESTEVE PA**<br>**901 Ponce De Leon Boulevard Suite 304**<br>**Coral Gables, FL 33134**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **6951** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

| 3.477 7 | **Nonpriority creditor's name and mailing address**<br>**JORGE SANCHEZ-GALARRAGA**<br>**Suite 301**<br>**1313 Ponce De Leon Boulevard**<br>**Coral Gables, FL 33134-3343**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **8191** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$225.00** |

| 3.477 8 | **Nonpriority creditor's name and mailing address**<br>**JORGE V DE ONA**<br>**395 Alhambra Circle**<br>**Coral Gables, FL 33134**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **0178** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

| 3.477 9 | **Nonpriority creditor's name and mailing address**<br>**JOSE A BOLANOS PA**<br>**2121 Ponce Deleon Boulevard Suite 1035**<br>**Coral Gables, FL 33134-5218**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **2324** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |

| 3.478 0 | **Nonpriority creditor's name and mailing address**<br>**JOSE A CANTERO**<br>**Jose A. Cantero P.A.**<br>**12601 Avalon Road**<br>**Winter Garden, FL 34787**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **8626** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

| 3.478 1 | **Nonpriority creditor's name and mailing address**<br>**JOSE A DAPENA**<br>**Jose A. Dapena P.A.**<br>**4960 Southwest 72 Avenue Suite 205**<br>**Miami, FL 33155**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **8836** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.478 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSE A NAVARRO**
**6401 SW 87th Avenue**
**Suite 100**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number  **7149**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.478 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSE A SANTOS JR**
**44 W Flagler Street 18th Floor**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number  **8372**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.478 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSE A VILLALOBOS PA**
**2350 Coral Way Suite 202**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number  **3892**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.478 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSE A. VILLALOBOS, P.A.**
**1313 Coral Way**
**Miami, FL 33145-2966**

Date(s) debt was incurred _

Last 4 digits of account number  **3892**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.478 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSE C GONZALEZ**
**304 S Westland Avenue**
**Tampa, FL 33606-1746**

Date(s) debt was incurred _

Last 4 digits of account number  **8973**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.478 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSE E BUSTILLO**
**12555 Orange Drive**
**Suite 230**
**Davie, FL 33330**

Date(s) debt was incurred _

Last 4 digits of account number  **5106**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.478 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSE E CASTRO**
**6915 Red Road Suite 219**
**Coral Gables, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number  **1731**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.478 9**

**Nonpriority creditor's name and mailing address**

**JOSE FRANCISCO**
**6100 Blue Lagoon Drive Suite 360**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number  **5218**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.479 0**

**Nonpriority creditor's name and mailing address**

**JOSE G. HARO**
**3899 N.W. 7th St., Suite 216**
**Intercontinental Bank Building**
**Miami, FL 33126-5571**

Date(s) debt was incurred _

Last 4 digits of account number  **7493**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.479 1**

**Nonpriority creditor's name and mailing address**

**JOSE J LEONARDO**
**United Lenders**
**3915 Biscayne Boulevard 4th Floor**
**Miami, FL 33137-3779**

Date(s) debt was incurred _

Last 4 digits of account number  **4953**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.479 2**

**Nonpriority creditor's name and mailing address**

**Jose L. Torres, P.A.**
**13331 SW 100 Court**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number  **0956**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.479 3**

**Nonpriority creditor's name and mailing address**

**JOSE LORENZO PA**
**25 Seabreeze Avenue Suite 202**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number  **2714**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.479 4**

**Nonpriority creditor's name and mailing address**

**JOSE LUIS BALOYRA PA**
**201 Alhambra Circle**
**Suite 501**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **2124**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.479 5**

**Nonpriority creditor's name and mailing address**

**JOSE M CERVERA**
**782 Northwest 42nd Avenue Suite 637**
**Miami, FL 33126-5547**

Date(s) debt was incurred _

Last 4 digits of account number **3660**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.479 6**

**Nonpriority creditor's name and mailing address**

**JOSE M COMPANIONI**
**5905 Southwest 94th Place**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number **7398**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.479 7**

**Nonpriority creditor's name and mailing address**

**JOSE M LUIS PA**
**P.O. Box 0590**
**Newberry, FL 32669-0590**

Date(s) debt was incurred _

Last 4 digits of account number **9487**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.479 8**

**Nonpriority creditor's name and mailing address**

**JOSE M PALLI**
**1250 San Remo Avenue**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **9530**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.479 9**

**Nonpriority creditor's name and mailing address**

**JOSE M SOSA**
**P.O. Box 1225**
**West Palm Beach, FL 33402-1225**

Date(s) debt was incurred _

Last 4 digits of account number **7696**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.480 0**

**Nonpriority creditor's name and mailing address**

**JOSE R PUJOLS PA**
**2655 S. Le Jeune Road**
**Penthouse 1-C**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **7809**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.480 1**

**Nonpriority creditor's name and mailing address**

**Jose R. Perez, P.A.**
**6100 Blue Lagoon Drive**
**Suite 305**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number **9342**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust** _____
Name

Case number (if known) **2:23-bk-01538**

---

**3.480 2**

**Nonpriority creditor's name and mailing address**

**JOSEFINA M PEREZ-COFINO**
**5040 Northwest 7th Street Suite 211**
**Miami, FL 33126-3429**

Date(s) debt was incurred _

Last 4 digits of account number **2754**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.480 3**

**Nonpriority creditor's name and mailing address**

**JOSEPH A BOYD JR**
**P.O. Box 14267**
**Tallahassee, FL 32317-4267**

Date(s) debt was incurred _

Last 4 digits of account number **543**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.480 4**

**Nonpriority creditor's name and mailing address**

**JOSEPH A GUGINO**
**P.O. Box 495775**
**Port Charlotte, FL 33949**

Date(s) debt was incurred _

Last 4 digits of account number **0213**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.480 5**

**Nonpriority creditor's name and mailing address**

**JOSEPH A HUBERT**
**2841 Northeast 37th Court**
**Ft Lauderdale, FL 33308-5823**

Date(s) debt was incurred _

Last 4 digits of account number **8024**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$7,484.86**

---

**3.480 6**

**Nonpriority creditor's name and mailing address**

**JOSEPH A MURPHY III**
**2897 Southeast Ocean Boulevard**
**Stuart, FL 34996**

Date(s) debt was incurred _

Last 4 digits of account number **6583**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.480 7**

**Nonpriority creditor's name and mailing address**

**JOSEPH A PORCELLI PA**
**4644 Glissade Drive**
**New Port Richey, FL 34652**

Date(s) debt was incurred _

Last 4 digits of account number **4415**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.480 8**

**Nonpriority creditor's name and mailing address**

**JOSEPH A ROSIER**
**P.O. Box 950176**
**Lake Mary, FL 32795-0176**

Date(s) debt was incurred _

Last 4 digits of account number **4443**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.4809**

**Nonpriority creditor's name and mailing address**

**JOSEPH A SOLLA III**
**P.O. Box 4**
**Miami Springs, FL 33266**

Date(s) debt was incurred _

Last 4 digits of account number  **6812**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4810**

**Nonpriority creditor's name and mailing address**

**JOSEPH A VASSALLO**
**Congress Professional Center**
**1630 S Congress Avenue Suite 201**
**Palm Springs, FL 33461**

Date(s) debt was incurred _

Last 4 digits of account number  **6919**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4811**

**Nonpriority creditor's name and mailing address**

**JOSEPH A VECCHIO JR PA**
**4613 N University Drive Suite 588**
**Coral Springs, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number  **4796**

As of the petition filing date, the claim is: *Check all that apply.*

$175.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4812**

**Nonpriority creditor's name and mailing address**

**JOSEPH A. MCGOWAN**
**Route 3, Box 3392**
**Blue Ridge, GA 30513-9533**

Date(s) debt was incurred _

Last 4 digits of account number  **4070**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4813**

**Nonpriority creditor's name and mailing address**

**JOSEPH ANTHONY GARCIA-RIVEIRO**
**8001 Northwest 36th Street Suite 103**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number  **7189**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4814**

**Nonpriority creditor's name and mailing address**

**JOSEPH B ALLEN III**
**4967 Sabal Lake Circle**
**Sarasota, FL 34238-4459**

Date(s) debt was incurred _

Last 4 digits of account number  **7372**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.481 5**

**Nonpriority creditor's name and mailing address**

**JOSEPH B RYAN III**
**2701 S Bayshore Drive Suite 402**
**Coconut Grove, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **5234**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.481 6**

**Nonpriority creditor's name and mailing address**

**JOSEPH BLONSKY**
**8232 Southwest 82nd Pl**
**Miami, FL 33143-6686**

Date(s) debt was incurred _

Last 4 digits of account number **8525**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.481 7**

**Nonpriority creditor's name and mailing address**

**JOSEPH C DARE**
**6909 Tordera Street**
**Coral Gables, FL 33146-3841**

Date(s) debt was incurred _

Last 4 digits of account number **4124**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.481 8**

**Nonpriority creditor's name and mailing address**

**JOSEPH C KEMPE PA**
**941 N. Highway State Road A1A**
**Jupiter, FL 33477**

Date(s) debt was incurred _

Last 4 digits of account number **8878**

**As of the petition filing date, the claim is:** *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.481 9**

**Nonpriority creditor's name and mailing address**

**JOSEPH C LAUSSEL**
**7645 Northeast 3rd Court**
**A M Laussel**
**Miami, FL 33138-4917**

Date(s) debt was incurred _

Last 4 digits of account number **2502**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.482 0**

**Nonpriority creditor's name and mailing address**

**JOSEPH C NAZZARO**
**P.O. Box 600971**
**Miami, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number **8378**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.482 1**

**Nonpriority creditor's name and mailing address**

**JOSEPH C POMPONIO JR**
**205 Clover Circle**
**Lewisburg, WV 24901**

Date(s) debt was incurred _

Last 4 digits of account number **6061**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**  
_____  
Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.482 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**JOSEPH C SEGOR**  
**12815 Southwest 112th Court**  
**Miami, FL 33176-4431**

■ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **2795**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.482 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**JOSEPH C YACHANIN**  
**261 Seabreeze Circle**  
**Jupiter, FL 33477-6416**

■ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **6719**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.482 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**JOSEPH D GROSSO JR**  
Joseph D. Grosso Jr. P.A.  
759 S Federal Highway Suite 212  
Stuart, FL 34994

■ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **9751**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.482 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Joseph D. Grosso, Jr. P.A.**  
**The Nexus at The Common Stuart**  
**850 NW Federal Highway, Suite 236**  
**Stuart, FL 34994**

■ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **9751**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.482 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Joseph D. Ort, P.L.**  
**1305 E. Plant Street**  
**Winter Garden, FL 34787**

■ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **7711**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.482 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**JOSEPH DE GANCE**  
**3471 N Federal Highway Suite 300**  
**Ft Lauderdale, FL 33306**

■ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **6661**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.482 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.74 |

**JOSEPH DIBARTOLOMEO**
**8400 Bird Road**
**Miami, FL 33155-3226**

Date(s) debt was incurred  _

Last 4 digits of account number  **4806**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**JOSEPH E ALTSCHUL LLC**
**1911 NW 150th Avenue**
**Suite 203**
**Ft Lauderdale, FL 33028**

Date(s) debt was incurred  _

Last 4 digits of account number  **3665**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.483 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JOSEPH E CARPENTER JR PA**
**111 SE 12th Street**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred  _

Last 4 digits of account number  **9876**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.483 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JOSEPH E JOHNSON**
**70 Southeast Fourth Avenue**
**Delray Beach, FL 33483**

Date(s) debt was incurred  _

Last 4 digits of account number  **4915**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.483 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JOSEPH E SEAGLE PA**
**924 W. Colonial Drive**
**Orlando, FL 32804**

Date(s) debt was incurred  _

Last 4 digits of account number  **2774**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.483 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JOSEPH EDWARD GAYTON**
**116 Treasure Island Causeway**
**Treasure Island, FL 33706**

Date(s) debt was incurred  _

Last 4 digits of account number  **2599**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.483 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JOSEPH F GRIFFIN**
**6205 River Run Drive**
**Sebastian, FL 32958-4782**

Date(s) debt was incurred  _

Last 4 digits of account number  **9913**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.483
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,149.25** |
|---|---|---|
| **JOSEPH F KEELEY**<br>**2424 N Federal Highway Suite 314**<br>**Boca Raton, FL 33431-7781** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **4962** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.483
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|
| **JOSEPH F KEELEY PA**<br>**2424 N Federal Highway Suite 314**<br>**Boca Raton, FL 33431-7781** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **4962** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.483
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|
| **JOSEPH F MCMULLEN**<br>**550 Bella Capri Drive**<br>**Merritt Islands, FL 32952-5312** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **2176** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.483
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **JOSEPH F PIPPEN JR**<br>**Attn: Robert S. Walton**<br>**324 S Hyde Park Avenue Suite 360**<br>**Tampa, FL 33606-4127** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **2932** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.483
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|
| **JOSEPH F PIPPEN JR**<br>**10225 Ulmerton Road Building 11**<br>**Largo, FL 33771-2218** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **2932** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.484
0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$331.81** |
|---|---|---|
| **JOSEPH F. TOMASSI**<br>**137 N.W. 10th Street**<br>**Homestead, FL 33030-4322** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **3335** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.484
1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **JOSEPH G WEISS JR**<br>**3300 Ponce De Leon Boulevard**<br>**Coralgables, FL 33134** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **7269** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.484 2**

**Nonpriority creditor's name and mailing address**

**JOSEPH G. DONAHEY, JR.**
**2454 McMullen Booth Road**
**Suite 501-A**
**Clearwater, FL 34619-1334**

Date(s) debt was incurred _

Last 4 digits of account number  **4540**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.484 3**

**Nonpriority creditor's name and mailing address**

**JOSEPH GARCIA**
**P.O. Box 1102**
**Tampa, FL 33601-1102**

Date(s) debt was incurred _

Last 4 digits of account number  **2529**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,660.03**

---

**3.484 4**

**Nonpriority creditor's name and mailing address**

**JOSEPH H CHUMBLEY**
**2517 1st Avenue S**
**St Petersburg, FL 33712-1105**

Date(s) debt was incurred _

Last 4 digits of account number  **4567**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.484 5**

**Nonpriority creditor's name and mailing address**

**JOSEPH H GANGUZZA & ASSOC PA**
**1360 S Dixie Highway Suite 100**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number  **2012**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.484 6**

**Nonpriority creditor's name and mailing address**

**JOSEPH H LANG**
**146 2nd Street North**
**Suite 102**
**St Petersburg, FL 33701-3601**

Date(s) debt was incurred _

Last 4 digits of account number  **3624**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.484 7**

**Nonpriority creditor's name and mailing address**

**JOSEPH HAYNES DAVIS PA**
**150 N Orange Avenue Suite 415**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number  **9692**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor __**LTGF Business Trust**_____     Case number (if known) __**2:23-bk-01538**__
　　　　　Name

| | |
|---|---|
| 3.484 8 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Joseph Hunchuck, P.A.**
**498 Palm Springs Drive**
**Suite 100**
**Altamonte Springs, FL 32701**

Date(s) debt was incurred _

Last 4 digits of account number __**0319**__

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.484 9**
**Nonpriority creditor's name and mailing address**
**JOSEPH I GOLDSTEIN**
**201 S Orange Avenue Suite 1100**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number __**6643**__

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.485 0**
**Nonpriority creditor's name and mailing address**
**JOSEPH J DEROSS**
**426 Avenue A**
**Ft Pierce, FL 34950-4287**

Date(s) debt was incurred _

Last 4 digits of account number __**7284**__

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.485 1**
**Nonpriority creditor's name and mailing address**
**JOSEPH J LEXA**
**C/O R Nathan Pate**
**10049 Winding Lake Road Suite 104**
**Sunrise, FL 33351**

Date(s) debt was incurred _

Last 4 digits of account number __**5055**__

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.485 2**
**Nonpriority creditor's name and mailing address**
**JOSEPH J NOLAN**
**111 South Palmer Street**
**Plant City, FL 33563**

Date(s) debt was incurred _

Last 4 digits of account number __**3905**__

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.485 3**
**Nonpriority creditor's name and mailing address**
**JOSEPH J OLDANI II**
**P.O. Box 1790**
**Hollywood, FL 33022-1790**

Date(s) debt was incurred _

Last 4 digits of account number __**270**__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No ☐ Yes

$2.43

---

**3.485 4**
**Nonpriority creditor's name and mailing address**
**JOSEPH J SOROTA JR**
**Joseph J. Sorota Jr. P.A.**
**29750 US Highway 19 N., Suite 200**
**Clearwater, FL 33761**

Date(s) debt was incurred _

Last 4 digits of account number __**0843**__

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Member**__

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

Official Form 206 E/F　　　　　Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.485 5**

**Nonpriority creditor's name and mailing address**
**JOSEPH J VAN ROOY PL**
**9471 Baymeadows Road Suite 103**
**Jacksonville, FL 32256**

Date(s) debt was incurred _

Last 4 digits of account number **6117**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.485 6**

**Nonpriority creditor's name and mailing address**
**JOSEPH J WEISENFELD**
**2900 Southwest 28th Terrace 7th Floor**
**Miami, FL 33133-3766**

Date(s) debt was incurred _

Last 4 digits of account number **5972**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.485 7**

**Nonpriority creditor's name and mailing address**
**JOSEPH KOHN**
**6300 Northwest 5th Way Suite 100**
**Ft Lauderdale, FL 33309-6283**

Date(s) debt was incurred _

Last 4 digits of account number **5362**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.485 8**

**Nonpriority creditor's name and mailing address**
**JOSEPH KUHARCIK**
**1211 The Plaza**
**Singer Island, FL 33404**

Date(s) debt was incurred _

Last 4 digits of account number **5799**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.485 9**

**Nonpriority creditor's name and mailing address**
**JOSEPH L BERNSTEIN**
**707 Southeast 3rd Avenue 3rd Floor**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number **6045**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.486 0**

**Nonpriority creditor's name and mailing address**
**JOSEPH L SCHNEIDER**
**1720 Harrison Street**
**Suite 1805**
**Hollywood, FL 33020-6826**

Date(s) debt was incurred _

Last 4 digits of account number **6199**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.486**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|
| **JOSEPH L. DIAZ**<br>**2522 W. Kennedy**<br>**Tampa, FL 33609-3306** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **5939** | Basis for the claim:   **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.486**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|
| **JOSEPH M BALOCCO PA**<br>**4332 E. Tradewinds Avenue**<br>**Lauderdale by the Sea, FL 33308** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **5098** | Basis for the claim:   **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.486**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **JOSEPH M BARISIC**<br>**1521 Alton Road Suite 111**<br>**Miami Beach, FL 33139-3301** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **5658** | Basis for the claim:   **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.486**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|
| **JOSEPH M CONSIDINE**<br>**NORTHBRIDGE CTR, STE 702**<br>**515 N FLAGLER DR**<br>**WEST PALM BEACH, FL 33401** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **8132** | Basis for the claim:   **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.486**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **JOSEPH M DOBKIN**<br>**9990 Southwest 77th Avenue Ph 3**<br>**Miami, FL 33156** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **5694** | Basis for the claim:   **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.486**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|
| **JOSEPH M FITZGERALD JR**<br>**Fitzgerald & Associates**<br>**100 Court Square Suite 5**<br>**Charlottesville, VA 22902-5154** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **4628** | Basis for the claim:   **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.486**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|
| **JOSEPH M GROHMAN**<br>**10101 Northwest 5th Street**<br>**Plantation, FL 33324** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **436** | Basis for the claim:   **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor  **LTGF Business Trust**
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.486 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JOSEPH M HENDRY II**
P.O. Box 418
Clewiston, FL 33440

Date(s) debt was incurred _

Last 4 digits of account number  **6949**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**JOSEPH M MORE**
P.O. Box 470833
Kissimmee, FL 34747-0883

Date(s) debt was incurred _

Last 4 digits of account number  **339**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |

**JOSEPH M PANIELLO**
P.O. Box 2347
Tampa, FL 33601-2347

Date(s) debt was incurred _

Last 4 digits of account number  **7976**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**JOSEPH M RYAN**
531 E Commercial Boulevard
Ft Lauderdale, FL 33334-2434

Date(s) debt was incurred _

Last 4 digits of account number  **6399**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JOSEPH M SCHEYD JR**
1221 Airport Road Suite 209
Destin, FL 32541

Date(s) debt was incurred _

Last 4 digits of account number  **3760**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**JOSEPH M SCIANDRA**
311 Southeast 10th Court
Ft Lauderdale, FL 33316

Date(s) debt was incurred _

Last 4 digits of account number  **7231**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.487 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**JOSEPH M WEHBY**
**8370 W. Flagler Street**
**Suite 250**
**Miami, FL 33144-2038**

Date(s) debt was incurred _
Last 4 digits of account number **5873**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.487 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**JOSEPH MANNINO**
**2000 Glades Road**
**Suite 110**
**Boca Raton, FL 33431**

Date(s) debt was incurred _
Last 4 digits of account number **7266**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

| 3.487 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**JOSEPH MORRISON**
**4416 Florida National Drive**
**Lakeland, FL 33813-1515**

Date(s) debt was incurred _
Last 4 digits of account number **3758**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.487 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**JOSEPH N PERLMAN**
**1101 Belcher Road S Suite B**
**Largo, FL 34641-3356**

Date(s) debt was incurred _
Last 4 digits of account number **7773**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.487 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**JOSEPH P DUDLEY**
**403 Downing Street**
**New Smyrna Beach, FL 32168**

Date(s) debt was incurred _
Last 4 digits of account number **5010**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.487 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**JOSEPH P JAMESON**
**1415 Panther Lane Suite 329**
**Naples, FL 34109**

Date(s) debt was incurred _
Last 4 digits of account number **4016**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.488 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**JOSEPH P SINDACO**
**633 Southeast 3rd Avenue Suite 4-R**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _
Last 4 digits of account number **9064**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.488 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $393.81 |
|---|---|---|
| **JOSEPH P. MCNULTY** | ☐ Contingent | |
| **644 Island Way, Suite 1220** | ☐ Unliquidated | |
| **Clearwater, FL 34630-1906** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **6970** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.488 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **JOSEPH PADAWER** | ■ Contingent | |
| **P.O. Box 520261** | ☐ Unliquidated | |
| **Longwood, FL 32752-0261** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **2121** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.488 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **JOSEPH R ARBUZ** | ■ Contingent | |
| **Joseph R. Arbuz P.A.** | ☐ Unliquidated | |
| **P.O. Box 398843** | ☐ Disputed | |
| **Miami Beach, FL 33239-8843** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **8347** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.488 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **JOSEPH R CASACCI PA** | ■ Contingent | |
| **111 N. Pine Island Road** | ☐ Unliquidated | |
| **# 104** | ☐ Disputed | |
| **Plantation, FL 33324** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **7064** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.488 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **JOSEPH R CIANFRONE** | ■ Contingent | |
| **1964 Bayshore Boulevard** | ☐ Unliquidated | |
| **Suite A** | ☐ Disputed | |
| **Dunedin, FL 34698** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **6286** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.488 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **JOSEPH R COLLETTI** | ■ Contingent | |
| **4770 Biscayne Boulevard** | ☐ Unliquidated | |
| **Suite 1400** | ☐ Disputed | |
| **Miami, FL 33137** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **8082** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.4887**

**Nonpriority creditor's name and mailing address**
**JOSEPH R. MIELE**
**2200 Coffee Pot Blvd, N.E.**
**St. Petersburg, FL 33704-4652**

Date(s) debt was incurred _

Last 4 digits of account number **2915**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

**3.4888**

**Nonpriority creditor's name and mailing address**
**JOSEPH RIZZO**
**201 N. University Drive**
**Suite 103**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **0442**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.4889**

**Nonpriority creditor's name and mailing address**
**JOSEPH ROBACK**
**3908 26th Street W**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number **7950**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.4890**

**Nonpriority creditor's name and mailing address**
**JOSEPH S GELLER**
**Trade Center S Suite 700**
**100 W Cypress Creek Road**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number **5583**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.4891**

**Nonpriority creditor's name and mailing address**
**JOSEPH S. PAGLINO**
**88 N. E. 79th Street**
**Miami, FL 33138-4353**

Date(s) debt was incurred _

Last 4 digits of account number **4577**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.4892**

**Nonpriority creditor's name and mailing address**
**Joseph S. Shook**
**75 Valencia Avenue 4th Floor**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **8795**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.4893**

**Nonpriority creditor's name and mailing address**
**JOSEPH TORRES**
**2270 Alafaya Trail**
**Oviedo, FL 32765**

Date(s) debt was incurred _

Last 4 digits of account number **2426**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.489 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**JOSEPH TRUNKETT**
**The Trunkett Law Firm L.L.C.**
**2271 McGregor Boulevard, Suite 300**
**Ft Myers, FL 33901-3314**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **1540**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**JOSEPH URSO**
**Suite 100**
**2385 Executive Center Drive**
**Boca Raton, FL 33431**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **3737**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**JOSEPH W FANELLI**
**1111 Third Avenue W Suite 150**
**Bradenton, FL 34205**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4285**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$319.73** |

**JOSEPH W GROSS**
**1400 Marine Parkway T2-103**
**New Port Richey, FL 33552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2470**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**JOSEPH W KNISKERN**
**1020 Stradshire Drive**
**Raleigh, NC 27614-8364**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **1055**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**JOSH BENNETT**
**440 N Andrews Avenue**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **0395**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.490 0**

**Nonpriority creditor's name and mailing address**

**JOSHUA A SIRKIN**
**4473 Northwest 93rd Doral Court**
**Miami, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number **9917**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

**3.490 1**

**Nonpriority creditor's name and mailing address**

**Joshua A. Escoto, P.L.L.C.**
**3801 PGA Boulevard Suite 600**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number **9487**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.490 2**

**Nonpriority creditor's name and mailing address**

**JOSHUA D BASH**
**Suite 506 Aventura Corporate Center**
**20801 Biscayne Boulevard**
**Miami, FL 33180-1400**

Date(s) debt was incurred _

Last 4 digits of account number **6829**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.490 3**

**Nonpriority creditor's name and mailing address**

**JOSHUA D MANASTER**
**651 W. 47th Street**
**Miami Beach, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number **7502**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.490 4**

**Nonpriority creditor's name and mailing address**

**JOSHUA L DUBIN PA**
**17701 Biscayne Boulevard**
**Suite 201**
**Aventura, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number **6581**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.490 5**

**Nonpriority creditor's name and mailing address**

**JOSIAH E HUTTON**
**3937 Tampa Road Suite 2**
**Oldsmar, FL 34677-3115**

Date(s) debt was incurred _

Last 4 digits of account number **9737**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.490 6**

**Nonpriority creditor's name and mailing address**

**JOURNEY L BEARD**
**P.O. Box 2201**
**Jupiter, FL 33468-2201**

Date(s) debt was incurred _

Last 4 digits of account number **4265**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.490 7**

**Nonpriority creditor's name and mailing address**

**JOYCE B ANDERSON**
**9370 Sunset Drive**
**Suite A-130**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number  **8118**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.490 8**

**Nonpriority creditor's name and mailing address**

**JOYCE M RAIDLE**
**8900 Grand Oak Circle**
**Tampa, FL 33637**

Date(s) debt was incurred _

Last 4 digits of account number  **6401**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.490 9**

**Nonpriority creditor's name and mailing address**

**JOYCE M SIEMON**
**1200 N Federal Highway Suite 200**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number  **8178**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$1.30**

---

**3.491 0**

**Nonpriority creditor's name and mailing address**

**Jozwiak Law, P.L.L.C.**
**3683 Justin Drive**
**Palm Harbor, FL 34685**

Date(s) debt was incurred _

Last 4 digits of account number  **0543**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.491 1**

**Nonpriority creditor's name and mailing address**

**JUAN A SANCHEZ**
**10251 Sunset Drive**
**Suite 106**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number  **0196**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.491 2**

**Nonpriority creditor's name and mailing address**

**Juan Carlos Gomez**
**The Gomez Firm**
**1479 Gene Street**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number  **8428**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.491**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **JUAN E FIGUERAS PA**<br>**7700 N. Kendall Drive**<br>**Suite 702**<br>**Miami, FL 33156** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number **6279** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.491**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **JUAN E VALDES**<br>**4160 W 16th Avenue Suite 402**<br>**Hialeah, FL 33012** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number **7769** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.491**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **JUAN F ALBAN PA**<br>**3625 Northwest 82nd Avenue Suite 401**<br>**Doral, FL 33166-7602** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number **1629** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.491**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **JUAN F GONZALEZ**<br>**2655 Lejeune Road Suite 324**<br>**Coral Gables, FL 33134** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number **5812** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.491**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **JUAN J PEREZ & ASSOCIATES PA**<br>**9710 Stirling Road**<br>**Unit 104-105**<br>**Cooper City, FL 33024** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number **3180** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.491**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **JUAN J PILES**<br>**Juan J. Piles Esquire**<br>**2412 Northwest 87th Place**<br>**Doral, FL 33172** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number **4378** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.491**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **Juan Lucas Alvarez, P.A.**<br>**717 Ponce De Leon Boulevard Suite 332**<br>**Coral Gables, FL 33134** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number **8803** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.492 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JUDD ULRICH SCARLETT WICKMAN**
**713 S. Orange Avenue**
**Suite 201**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number **6802**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**Nonpriority creditor's name and mailing address**

**JUDIT KARPATI PA**
**P.O. Box 100**
**Silver Springs, FL 34489**

Date(s) debt was incurred _

Last 4 digits of account number **0590**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**Nonpriority creditor's name and mailing address**

**JUDITH A MADEK**
**P.O. Box 276245**
**Boca Raton, FL 33427-6245**

Date(s) debt was incurred _

Last 4 digits of account number **7237**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**Nonpriority creditor's name and mailing address**

**JUDITH B GREENE**
**2333 Brickell Avenue Suite A1**
**Miami, FL 33129-2497**

Date(s) debt was incurred _

Last 4 digits of account number **5346**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**Nonpriority creditor's name and mailing address**

**JUDITH B. MIGDAL-MACK**
**75 N. E. 6th Avenue, Suite 217**
**Delray Beach, FL 33483-5453**

Date(s) debt was incurred _

Last 4 digits of account number **3817**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**Nonpriority creditor's name and mailing address**

**JUDITH E ATKIN**
**109 W New Haven Avenue**
**Melbourne, FL 32901-4302**

Date(s) debt was incurred _

Last 4 digits of account number **8025**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.4926**

**Nonpriority creditor's name and mailing address**

**JUDITH E MCCAFFREY**
**P.O. Box 2081**
**Naples, FL 33939-2081**

Date(s) debt was incurred _

Last 4 digits of account number **8327**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4927**

**Nonpriority creditor's name and mailing address**

**JUDITH GREENE**
**562 First Avenue North**
**St Petersburg, FL 33701-3702**

Date(s) debt was incurred _

Last 4 digits of account number **8744**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4928**

**Nonpriority creditor's name and mailing address**

**JUDITH J LOFFREDO**
**9999 Northeast 2nd Avenue Suite 216**
**Miami Shores, FL 33138**

Date(s) debt was incurred _

Last 4 digits of account number **9069**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4929**

**Nonpriority creditor's name and mailing address**

**JUDITH KENNEY & ASSOCIATES PA**
**1172 S. Dixie Highway**
**Suite 520**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **9842**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4930**

**Nonpriority creditor's name and mailing address**

**JUDSON D KING**
**125 S Palmetto**
**Daytona Beach, FL 32114-9195**

Date(s) debt was incurred _

Last 4 digits of account number **9199**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4931**

**Nonpriority creditor's name and mailing address**

**JUDSON I WOODS JR**
**116 N Ridgewood Avenue**
**Edgewater, FL 32132**

Date(s) debt was incurred _

Last 4 digits of account number **4803**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4932**

**Nonpriority creditor's name and mailing address**

**JUDY A ROMANO**
**6719 Winkler Road Suite 110**
**Ft Myers, FL 33919**

Date(s) debt was incurred _

Last 4 digits of account number **2311**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

---

**3.493
3**

**Nonpriority creditor's name and mailing address**

**JUDY BARRINGER BONEVAC**
**2780 E. Oakland Park Boulevard**
**Ft Lauderdale, FL 33306**

Date(s) debt was incurred  _

Last 4 digits of account number  **8281**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.493
4**

**Nonpriority creditor's name and mailing address**

**JUDY TAYLOR RUSH**
**1099 Willow Wood Drive**
**Port Orange, FL 32119-7459**

Date(s) debt was incurred  _

Last 4 digits of account number  **3457**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.493
5**

**Nonpriority creditor's name and mailing address**

**JULE F. PAULK**
**700 N.E. 90th Street**
**Miami, FL 33138-3206**

Date(s) debt was incurred  _

Last 4 digits of account number  **5103**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.493
6**

**Nonpriority creditor's name and mailing address**

**JULES PEARLSTINE**
**3200 N Military Trail Suite 200**
**Boca Raton, FL 33431-6311**

Date(s) debt was incurred  _

Last 4 digits of account number  **6810**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.493
7**

**Nonpriority creditor's name and mailing address**

**JULES S COHEN**
**P.O. Box 231**
**Orlando, FL 32802-0231**

Date(s) debt was incurred  _

Last 4 digits of account number  **3500**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.493
8**

**Nonpriority creditor's name and mailing address**

**JULIA KEFALINOS PA**
**2250 Southwest 3rd Avenue Suite 150**
**Miami, FL 33129**

Date(s) debt was incurred  _

Last 4 digits of account number  **3937**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number *(if known)*  **2:23-bk-01538**

---

| 3.493 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**JULIA M. PAUL**
P.O. Box 301
Labelle, FL 33935-0301

Date(s) debt was incurred _

Last 4 digits of account number  **4044**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**JULIAN K DOMINICK JR**
421 N Ferncreek Avenue
Orlando, FL 32803

Date(s) debt was incurred _

Last 4 digits of account number  **6713**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**JULIAN L WILLIAMS**
1701 E Atlantic Avenue Suite 4
Pompano Beach, FL 33060-6767

Date(s) debt was incurred _

Last 4 digits of account number  **878**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Juliana Leite, P.A.**
1200 Brickell Avenue
Suite 310
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number  **9692**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**JULIE EASON SMITH**
2060 Winter Springs Boulevard
Oviedo, FL 32765

Date(s) debt was incurred _

Last 4 digits of account number  **2202**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**JULIE G NIGRO**
P.O. Box 9645
Coral Springs, FL 33075

Date(s) debt was incurred _

Last 4 digits of account number  **7784**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**JULIE OSTERHOUT**
10175-4 Six Mile Cypress Parkway
Ft Myers, FL 33912

Date(s) debt was incurred _

Last 4 digits of account number  **1545**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**

| 3.494 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Julie Renee Mandel**
**1900 Glades Road Suite 260**
**Boca Raton, FL 33431**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **8223**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.494 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**JULIO A NOLLA-AMADO**
**9825 Southwest 18th Street Suite 100**
**Boca Raton, FL 33428**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **5515**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.494 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**JULIO A RODRIGUEZ**
**6177 Miami Lakes Drive**
**Miami Lakes, FL 33014**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **0625**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.494 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**JULIO C ALONSO PA**
**300 Sevilla Avenue**
**Suite 310**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **4722**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**JULIO C MARRERO**
**2903 Salzedo Street**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **5158**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Julio C. Barbosa, P.A.**
**DBA Barbosa Legal**
**407 Lincoln Road**
**Miami Beach, FL 33139**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **0156**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.495 .2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |

**JULIO E CASO**
**4539 Ponce De Leon Boulevard**
**Coral Gables, FL 33146**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7360**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 .3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**JULIO GUTIERREZ PA**
**1001 S Bayshore Drive Suite 2704**
**Miami, FL 33131-4940**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4634**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 .4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |

**JULIO PASTORIZA**
**7101 Southwest 99th Avenue Suite 109b**
**Miami, FL 33173-4661**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6463**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 .5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**JULIO V ARANGO**
**814 Ponce Deleon Boulevard**
**Coral Gables, FL 33134-3040**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3795**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 .6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**JULISSE JIMENEZ PA**
**601 Brickell Key Drive Suite 702**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6724**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 .7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |

**JULIUS J ZSCHAU**
**2701 N. Rocky Point Drive**
**Suite 900**
**Tampa, FL 33607**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5231**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 .8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |

**JULIUS L WILLIAMS**
**P.O. Box 540085**
**Orlando, FL 32854-0085**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6387**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.4959**

Nonpriority creditor's name and mailing address
**Jurado Law Firm, P.A.**
**12955 Biscayne Boulevard Suite 328**
**North Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number **8104**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.4960**

Nonpriority creditor's name and mailing address
**JUSSI K KIVISTO**
**1010 10th Avenue N Suite 2**
**Lake Worth, FL 33460-2107**

Date(s) debt was incurred _

Last 4 digits of account number **3587**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.4961**

Nonpriority creditor's name and mailing address
**JUSTIN B SCHMIDT**
**P O Box 1900**
**Ft Lauderdale, FL 33302-3275**

Date(s) debt was incurred _

Last 4 digits of account number **6841**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.4962**

Nonpriority creditor's name and mailing address
**JUSTIN C JOHNSON**
**4020 Park Street N Suite 302**
**St Petersburg, FL 33709**

Date(s) debt was incurred _

Last 4 digits of account number **282**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.4963**

Nonpriority creditor's name and mailing address
**JUSTIN G JOSEPH**
**1266 S Pinellas Avenue**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred _

Last 4 digits of account number **2571**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.4964**

Nonpriority creditor's name and mailing address
**JUSTIN J LIPMAN**
**506 Cary Memorial Drive**
**Pensacola, FL 32505-3328**

Date(s) debt was incurred _

Last 4 digits of account number **2984**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$492.79

---

**3.4965**

Nonpriority creditor's name and mailing address
**K & L GATES LLP**
**Southeast Financial Center**
**200 S. Biscayne Boulevard, Suite 3900**
**Miami, FL 33131-2399**

Date(s) debt was incurred _

Last 4 digits of account number **5735**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$125.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**

| 3.496 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**K B SHARP PA**
550 NE 124th Street
Suite 106
North Miami, FL 33161

Date(s) debt was incurred _

Last 4 digits of account number  **1870**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.496 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**K DRAKE OZMENT ESQ**
2001 Palm Beach Lakes Boulevard
Suite 500
West Palm Beach, FL 33409

Date(s) debt was incurred _

Last 4 digits of account number  **2129**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.496 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Ka'lmi Lani Jones, P.A.**
110 Cypress Way E Suite F6
Naples, FL 34110

Date(s) debt was incurred _

Last 4 digits of account number  **9571**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.496 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KABLER MORENO CASON LLP**
240 NW 76 Drive
Suite D
Gainesville, FL 32607

Date(s) debt was incurred _

Last 4 digits of account number  **8589**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.497 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KAHAN SHIR & ASSOCIATES PL**
1800 Northwest Corporate Boulevard Suite
Boca Raton, FL 33431

Date(s) debt was incurred _

Last 4 digits of account number  **0603**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.497 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**KAHN & KAHN**
482 N Harbor City Boulevard
Melbourne, FL 32935-6858

Date(s) debt was incurred _

Last 4 digits of account number  **516**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.497
2**

**Nonpriority creditor's name and mailing address**
**KAHN CHENKIN & RESNIK PL**
**12 SE 7th Street**
**Suite 602**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **9822**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.497
3**

**Nonpriority creditor's name and mailing address**
**Kahn Law, P.A.**
**8211 W Broward Boulevard**
**Suite 200**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **7794**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.497
4**

**Nonpriority creditor's name and mailing address**
**KAKLIS VENABLE & WITT**
**1400 4th Avenue W**
**Bradenton, FL 34205-7508**

Date(s) debt was incurred _

Last 4 digits of account number **4175**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$13,348.36

---

**3.497
5**

**Nonpriority creditor's name and mailing address**
**KAKLIS VENABLE WITT PA**
**2400 Manatee Avenue W.**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number **2281**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$125.00

---

**3.497
6**

**Nonpriority creditor's name and mailing address**
**KALEEL & KALEEL PA**
**P.O. Box 14333**
**St Petersburg, FL 33733-4333**

Date(s) debt was incurred _

Last 4 digits of account number **400**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.497
7**

**Nonpriority creditor's name and mailing address**
**KALINA PAGANO**
**792 Aspen Road**
**Golden, CO 80401**

Date(s) debt was incurred _

Last 4 digits of account number **8713**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.497
8**

**Nonpriority creditor's name and mailing address**
**KALIS & KLEIMAN PA**
**7320 Griffin Road**
**Suite 109**
**Davie, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number **1056**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.4979**

**Nonpriority creditor's name and mailing address**

**KALOGIANIS & ASSOCIATES PA**
**8520 Government Drive Suite 1**
**New Port Richey, FL 34654**

**Date(s) debt was incurred** _

**Last 4 digits of account number  9112**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.4980**

**Nonpriority creditor's name and mailing address**

**KALOGIANIS & ASSOCIATES PA**
**114 S Pinellas Avenue**
**Tarpon Springs, FL 34689**

**Date(s) debt was incurred** _

**Last 4 digits of account number  9112**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.4981**

**Nonpriority creditor's name and mailing address**

**KAMEN & ORLOVSKY PA**
**Suite 402 S**
**1601 Belvedere Road**
**W Palm Beach, FL 33406**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4334**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.4982**

**Nonpriority creditor's name and mailing address**

**KANE AND KOLTUN**
**150 Spartan Drive**
**Suite 100**
**Maitland, FL 32751**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7550**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.4983**

**Nonpriority creditor's name and mailing address**

**KANE KESSLER & RUBENSTEIN**
**Laurie S. Silvers**
**2255 Glades Road Suite 237w**
**Boca Raton, FL 33431**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6952**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.4984**

**Nonpriority creditor's name and mailing address**

**KANETSKY MOORE & DEBOER PA**
**P.O. Box 1767**
**Venice, FL 34284-1767**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5081**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$15,618.69

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.498 5**

**Nonpriority creditor's name and mailing address**

**KANNENSOHN & RITCHIE PA**
**4501 Tamiami Trail N Suite 400**
**Naples, FL 33940-3060**

Date(s) debt was incurred _

Last 4 digits of account number  **2000**

**As of the petition filing date, the claim is:** *Check all that apply.*                                  **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.498 6**

**Nonpriority creditor's name and mailing address**

**KAPLAN & HENSCHEL**
**Ben Henschel C/O 1 Nlc Financ**
**700 W Hillsboro Boulevard Building 1**
**Deerfield Beach, FL 33441-1612**

Date(s) debt was incurred _

Last 4 digits of account number  **7644**

**As of the petition filing date, the claim is:** *Check all that apply.*                                  **$237.90**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.498 7**

**Nonpriority creditor's name and mailing address**

**KAPLAN AND JAFFE PA**
**Douglas C. Kaplan**
**1915 Hollywood Boulevard, Suite 200**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number  **4334**

**As of the petition filing date, the claim is:** *Check all that apply.*                                  **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.498 8**

**Nonpriority creditor's name and mailing address**

**KAPLAN LAW FIRM PL**
**130 REMINGTON DR STE 1000**
**OVIEDO, FL 32765**

Date(s) debt was incurred _

Last 4 digits of account number  **2298**

**As of the petition filing date, the claim is:** *Check all that apply.*                                  **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.498 9**

**Nonpriority creditor's name and mailing address**

**Kaplan Young & Moll Parron, P.L.L.C.**
**600 Brickell Avenue**
**Suite 1715**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **8282**

**As of the petition filing date, the claim is:** *Check all that apply.*                                  **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.499 0**

**Nonpriority creditor's name and mailing address**

**KAREN B MITCHELL**
**11651 Decatur Street M-202**
**Westminister, CO 80234**

Date(s) debt was incurred _

Last 4 digits of account number  **2386**

**As of the petition filing date, the claim is:** *Check all that apply.*                                  **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.499 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**KAREN D RUNDQUIST**
**8950 SW 74 CT**
**Suite 2203**
**Miami, FL 33156**

Date(s) debt was incurred _
Last 4 digits of account number  **3969**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**KAREN L VARELA PA**
**6303 Blue Lagoon Drive Suite 400**
**Miami, FL 33126**

Date(s) debt was incurred _
Last 4 digits of account number  **8300**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Karen Munzer, P.L.L.C.**
**1041 Ives Dairy Road Suite 236**
**Miami, FL 33179**

Date(s) debt was incurred _
Last 4 digits of account number  **7902**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**KAREN O GAFFNEY**
**221 W Main Street Suite D**
**Inverness, FL 34450**

Date(s) debt was incurred _
Last 4 digits of account number  **4560**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**KAREN R SPELL**
**4981 Southwest 122nd Terrace**
**Cooper City, FL 33330**

Date(s) debt was incurred _
Last 4 digits of account number  **4865**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**KAREN S HARKNESS**
**100 Southeast 2nd Street**
**Miami, FL 33131**

Date(s) debt was incurred _
Last 4 digits of account number  **7656**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**KAREN S KEATON PA**
**P.O. Box 1139**
**St Petersburg, FL 33731-1139**

Date(s) debt was incurred _
Last 4 digits of account number  **0269**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**                                      Case number (if known) **2:23-bk-01538**
_____
Name

| | |
|---|---|
| **3.4998** | |

**Nonpriority creditor's name and mailing address**
**KAREN S. DAY**
**P.O. Box 981**
**Orlando, FL 32802-0981**

Date(s) debt was incurred _

Last 4 digits of account number  **8495**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.4999** | |

**Nonpriority creditor's name and mailing address**
**KAREN V D H FISCHER**
**11620 Dunes Road**
**Boynton Beach, FL 33436**

Date(s) debt was incurred _

Last 4 digits of account number  **4438**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.5000** | |

**Nonpriority creditor's name and mailing address**
**Karim Batista, P.A.**
**250 Catalonia Avenue Suite 305**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **9303**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.5001** | |

**Nonpriority creditor's name and mailing address**
**KARL E HALL JR**
**10830 Southwest 113th Pl Suite A**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number  **7561**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.5002** | |

**Nonpriority creditor's name and mailing address**
**KARL J SCHUMER**
**18851 Northeast 29th Avenue Suite 700**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number  **5656**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.5003** | |

**Nonpriority creditor's name and mailing address**
**KARL M SCHMITZ III**
**12000 N Dale Mabry Highway Suite 110**
**Tampa, FL 33618**

Date(s) debt was incurred _

Last 4 digits of account number  **2324**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.500 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**KARL REED BECKMEYER**
**P.O. Box 2808**
**Key Largo, FL 33037-7808**

Date(s) debt was incurred _

Last 4 digits of account number **4817**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.500 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**KARL W ADLER**
**P.O. Box 24787**
**Ft Lauderdale, FL 33307-4787**

Date(s) debt was incurred _

Last 4 digits of account number **2702**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

| 3.500 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**KARL W BOYLES JR**
**P.O. Box 13464**
**Pensacola, FL 32591-3464**

Date(s) debt was incurred _

Last 4 digits of account number **7738**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.500 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**KARLA ANN CROSBY**
**19931 Holiday Road**
**Miami, FL 33157**

Date(s) debt was incurred _

Last 4 digits of account number **9126**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.500 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**KARLEEN A GRANT**
**1033 Flagler Avenue**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number **4690**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.500 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**KARYL AGUDO ARGAMASILLA**
**Kluger Perez Et Al**
**201 S Biscyane Boulevard 17th Floor**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **7987**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.501 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Karyna Gonzalez-Rabagh, P.A.**
**2999 NE 191st Street**
**Suite 403**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number **8088**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.501
1**

**Nonpriority creditor's name and mailing address**

**KASS SHULER SOLOMON SPECTOR**
**P.O. Box 800**
**Tampa, FL 33601-0800**

Date(s) debt was incurred  _

Last 4 digits of account number  **8561**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.501
2**

**Nonpriority creditor's name and mailing address**

**KATE G BURNETT PA**
**4500 Botanical Pl Center Suite 107**
**Naples, FL 34112-2421**

Date(s) debt was incurred  _

Last 4 digits of account number  **1799**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.501
3**

**Nonpriority creditor's name and mailing address**

**KATHALEEN INMAN**
**200 Southwest Allapattae Road Lot 6b**
**Indiantown, FL 34956-4317**

Date(s) debt was incurred  _

Last 4 digits of account number  **0096**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.501
4**

**Nonpriority creditor's name and mailing address**

**KATHARINE S BARRY**
**2665 Northeast 26th Terrace**
**Ft Lauderdale, FL 33306-1705**

Date(s) debt was incurred  _

Last 4 digits of account number  **360**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.501
5**

**Nonpriority creditor's name and mailing address**

**KATHERINE A BARSKI**
**10933 Southeast Harken Terrace**
**Tequesta, FL 33469**

Date(s) debt was incurred  _

Last 4 digits of account number  **5440**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.501
6**

**Nonpriority creditor's name and mailing address**

**KATHERINE A CHRISTY**
**300 International Parkway Suite 130**
**Heathrow, FL 32746-5018**

Date(s) debt was incurred  _

Last 4 digits of account number  **5832**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.501 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**KATHERINE A NESBITT**
17201 Magnolia Island Boulevard
Clermont, FL 34711-8002

Date(s) debt was incurred _

Last 4 digits of account number **9837**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 8 | Nonpriority creditor's name and mailing address | | $100.00 |
|---|---|---|---|

**KATHERINE J. LANGLEY**
P.O. Box 2427
Ft. Lauderdale, FL 33303-2427

Date(s) debt was incurred _

Last 4 digits of account number **7397**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 9 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**KATHERINE M KILCULLEN**
2901 PGA Boulevard Suite 120
Palm Beach Gardens, FL 33410-2930

Date(s) debt was incurred _

Last 4 digits of account number **3854**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 0 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**KATHERINE M KILCULLEN LLC**
Pebworth Professional Plaza
125 W Indiantown Road Suite 204
Jupiter, FL 33458

Date(s) debt was incurred _

Last 4 digits of account number **3854**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 1 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**KATHERINE MILLS BURNS**
P.O. Box 627
Mcintosh, FL 32664-0627

Date(s) debt was incurred _

Last 4 digits of account number **5037**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 2 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**KATHLEEN A FLYNN**
6080 SW 40TH ST #6
MIAMI, FL 33143

Date(s) debt was incurred _

Last 4 digits of account number **2762**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 3 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**KATHLEEN A WINTERS**
2655 Lejeune Road 5th Floor
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number **2323**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.502 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KATHLEEN ANN PAPARELLA**
P.O. Box 1821
Sylva, NC 28779

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4628**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**KATHLEEN B JOHNSON**
931 Palm Trail, #3
Delray Beach, FL 33483

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6422**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KATHLEEN C FOX**
P.O. Box 1930
Gainesville, FL 32616

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8630**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**KATHLEEN C PASSIDOMO**
The Chamber Building
2390 Tamiami Trail N, Suite 204
Naples, FL 34103

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6798**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**KATHLEEN H WATKINS**
P.O. Box 901729
Homestead, FL 33090-1729

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4590**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KATHLEEN M WEBER RASKIN**
10689 N Kendall Drive Suite 217
Miami, FL 33176-1594

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7060**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.503
0**

**Nonpriority creditor's name and mailing address**
**KATHLEEN REYNOLDS**
**305 Main Street**
**Destin, FL 32541**

Date(s) debt was incurred _

Last 4 digits of account number **5083**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.503
1**

**Nonpriority creditor's name and mailing address**
**KATHRYN GODFREY BANISH**
**180 N. Lasalle Street**
**Chicago, IL 60601-3100**

Date(s) debt was incurred _

Last 4 digits of account number **6892**

As of the petition filing date, the claim is: *Check all that apply.*

$154.82

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.503
2**

**Nonpriority creditor's name and mailing address**
**KATHRYN MARIE WELSH PA**
**1601 East Bay Drive Suite 2**
**Largo, FL 33771**

Date(s) debt was incurred _

Last 4 digits of account number **7975**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.503
3**

**Nonpriority creditor's name and mailing address**
**KATHY CREMER**
**880 N.E. 155th Terrace**
**North Miami Beach, FL 33162-5243**

Date(s) debt was incurred _

Last 4 digits of account number **4064**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.503
4**

**Nonpriority creditor's name and mailing address**
**KATZ & ASSOCIATES LAW FIRM PL**
**625 N. Flagler Drive**
**Suite 605**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **6550**

As of the petition filing date, the claim is: *Check all that apply.*

$125.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.503
5**

**Nonpriority creditor's name and mailing address**
**KATZ & ASSOCIATES LLC**
**390 N Orange Avenue 23rd Floor**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **2758**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.503
6**

**Nonpriority creditor's name and mailing address**
**KATZ & GREEN**
**1 Florida Park Drive S**
**Atrium Suite**
**Palm Coast, FL 32137**

Date(s) debt was incurred _

Last 4 digits of account number **612**

As of the petition filing date, the claim is: *Check all that apply.*

$225.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.503 7**

**Nonpriority creditor's name and mailing address**
**KATZ & KATZ**
**337 E Forsyth Street**
**Jacksonville, FL 32202**

Date(s) debt was incurred  _

Last 4 digits of account number  **6595**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.503 8**

**Nonpriority creditor's name and mailing address**
**Katz Barron Squitero Faust**
**100 Northeast 3rd Avenue Suite 280**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred  _

Last 4 digits of account number  **422**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.503 9**

**Nonpriority creditor's name and mailing address**
**KATZ BARRON SQUITERO FAUST**
**DBA Katz Barron**
**901 Ponce De Leon Boulevard, 10th Floor**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **422**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$375.00**

---

**3.504 0**

**Nonpriority creditor's name and mailing address**
**KATZ BASKIES LLC**
**3020 N. Military Trail**
**Suite 100**
**Boca Raton, FL 33431**

Date(s) debt was incurred  _

Last 4 digits of account number  **5958**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.504 1**

**Nonpriority creditor's name and mailing address**
**KATZ KUTTER ALDERMAN & BRYAN**
**P.O. Box 1877**
**Tallahassee, FL 32302-1877**

Date(s) debt was incurred  _

Last 4 digits of account number  **4823**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.504 2**

**Nonpriority creditor's name and mailing address**
**KATZMAN GARFINKEL**
**1501 NW 49TH ST SECOND FLOOR**
**FT LAUDERDALE, FL 33309**

Date(s) debt was incurred  _

Last 4 digits of account number  **0725**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.504 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**KAUFMAN ATTORNEYS PA**
**Frederic Kaufman**
**1330 NW 6th Street, Suite D**
**Gainesville, FL 32601**

Date(s) debt was incurred  _

Last 4 digits of account number  **5973**

As of the petition filing date, the claim is: *Check all that apply.*

$125.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**KAUFMAN ENGLETT & LYND PA**
**111 N Magnolia Avenue Suite 1500**
**Orlando, FL 32801**

Date(s) debt was incurred  _

Last 4 digits of account number  **5923**

As of the petition filing date, the claim is: *Check all that apply.*

$75.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**KAY LAW OFFICES**
**700 Village Square Crossing Suite 102-B**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred  _

Last 4 digits of account number  **6649**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**KAYE & ASSOCIATES PA**
**4121 Malaga Avenue**
**Miami, FL 33133**

Date(s) debt was incurred  _

Last 4 digits of account number  **0045**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**KAYE & BENDER PL**
**1200 PARK CENTRAL BLVD SOUTH**
**POMPANO BEACH, FL 33064**

Date(s) debt was incurred  _

Last 4 digits of account number  **7384**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kaye Law Offices, P.A.**
**840 Jupiter Park Drive Suite 107**
**Jupiter, FL 33458-8947**

Date(s) debt was incurred  _

Last 4 digits of account number  **7950**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**KAYE SCHOLER FIERMAN HAYS &**
**Philips Point West Tower Suite 1002**
**777 S Flagler Drive**
**West Palm Beach, FL 33401-6163**

Date(s) debt was incurred  _

Last 4 digits of account number  **5369**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.505 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**KAYLEE K RHOADS**
**1207 Southwest 4th Avenue**
**Ft Lauderdale, FL 33315**

Date(s) debt was incurred _

Last 4 digits of account number **4242**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**KAYTON & KAYTON**
**7322 Southwest Freeway (See Br Suite 3)**
**Houston, TX 77074**

Date(s) debt was incurred _

Last 4 digits of account number **8713**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |

**KEATING & SCHLITT PA**
**250 E. Colonial Drive**
**Suite 300**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **4622**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**KEITH A JAMES PA**
**4510 Portofino Way Suite 209**
**West Palm Beach, FL 33409**

Date(s) debt was incurred _

Last 4 digits of account number **1659**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**KEITH A LOWE**
**2233 Coventry Drive**
**Winter Park, FL 32792**

Date(s) debt was incurred _

Last 4 digits of account number **4108**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**KEITH A RINGELSPAUGH**
**3347 49th Street N**
**St Petersburg, FL 33710**

Date(s) debt was incurred _

Last 4 digits of account number **5285**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.505 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KEITH A SCOTT**
Rollins Inc.
2170 Peidmont Road Northeast
Atlanta, GA 30324

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2073**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**KEITH A SELDIN**
270 S. Central Boulevard
Suite 203
Jupiter, FL 33458

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7632**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KEITH ALOYSIUS MARTIN**
2331 N State Road 7 Suite 222
Lauderhill, FL 33313

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2413**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KEITH D DIAMOND**
46 Southwest 1st Street Suite 400
Miami, FL 33130

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8583**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**KEITH H PARK**
P.O. Box 3563
West Palm Beach, FL 33402-3563

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7880**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KEITH J KANOUSE**
Pmb 1070 One Boca Place
2255 Glades Road Suite 324a
Boca Raton, FL 33431-8571

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0977**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.506 2**

**Nonpriority creditor's name and mailing address**
**KEITH J MERRILL**
**7901 SW 67th Avenue**
**Suite 206**
**Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number **7286**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.506 3**

**Nonpriority creditor's name and mailing address**
**KEITH KINDERMAN**
**5837 Bradfordville Road**
**Tallahassee, FL 32308-6613**

Date(s) debt was incurred _

Last 4 digits of account number **4402**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.506 4**

**Nonpriority creditor's name and mailing address**
**KEITH L BRANDON**
**8520 Southwest 84th Terrace**
**South Miami, FL 33143-6922**

Date(s) debt was incurred _

Last 4 digits of account number **8267**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.506 5**

**Nonpriority creditor's name and mailing address**
**KEITH M KRASNOVE**
**2409 University Drive**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number **6198**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$163.21**

---

**3.506 6**

**Nonpriority creditor's name and mailing address**
**KEITH MACK LLP**
**C/O Cohen Fox P.A.**
**201 S Biscayne Boulevard Suite 850**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **275**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$18,625.42**

---

**3.506 7**

**Nonpriority creditor's name and mailing address**
**KEITH NASSETTA**
**8320 Black Olive Drive**
**Tamarac, FL 33321**

Date(s) debt was incurred _

Last 4 digits of account number **195**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$82.63**

---

**3.506 8**

**Nonpriority creditor's name and mailing address**
**KEITH R FREDERICKS**
**P.O. Box 1952**
**Ocala, FL 32678-1952**

Date(s) debt was incurred _

Last 4 digits of account number **4136**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor   **LTGF Business Trust**
Name

Case number (*if known*)   **2:23-bk-01538**

| 3.506 9 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$25.00

**KEITH T GRUMER**
**One E Broward Boulevard Suite 1705**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8467**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.507 0 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$25.00

**KEITH W UPSON**
**P.O. Box 111282**
**Naples, FL 34108**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8968**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.507 1 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$50.00

**Kelk Phillips, P.A.**
**12773 Forest Hill Boulevard**
**Suite 106**
**Wellington, FL 33414**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8564**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.507 2 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$25.00

**Kelleher Title, LLC**
**1100 5th Avenue South**
**Suite 409**
**Naples, FL 34102**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1484**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.507 3 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$50.00

**KELLEY & CORNEAL PL**
**DBA The Corneal Law Firm**
**509 Anastasia Boulevard**
**St Augustine, FL 32080**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1779**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.507 4 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$50.00

**KELLEY & CORNEAL PL**
**43 Cincinnati Avenue**
**St Augustine, FL 32084**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9675**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.507 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |

**Kelley & Grant, P.A.**
**370 Camino Gardens Boulevard**
**Suite 301**
**Boca Raton, FL 33432**

☐ Date(s) debt was incurred _

Last 4 digits of account number **8660**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**KELLEY D JONES**
**4110 NW 37th Place**
**Suite B**
**Gainesville, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number **5733**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00** |

**KELLEY DRYE & WARREN LLP**
**101 Park Avenue**
**New York, NY 10178**

Date(s) debt was incurred _

Last 4 digits of account number **261**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**KELLEY HERMAN & SMITH**
**1401 E Broward Boulevard Suite 206**
**Ft Lauderdale, FL 33301-2116**

Date(s) debt was incurred _

Last 4 digits of account number **8330**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**KELLEY KRONENBERG GILMARTIN**
**8201 Peters Road Suite 4000**
**Ft Lauderdale, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **0139**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Kelley Kronenberg, P.A.**
**10360 W. State Road 84**
**Davie, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **9514**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**KELLEY S ROARK**
**12135 Northeast 10th Avenue**
**North Miami, FL 33161-5723**

Date(s) debt was incurred _

Last 4 digits of account number **5636**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.508 2**

**Nonpriority creditor's name and mailing address**

**KELLY B HARDWICK III**
**341 Davidson Street Suite 301**
**Bartow, FL 33830-0778**

Date(s) debt was incurred _

Last 4 digits of account number **8382**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.508 3**

**Nonpriority creditor's name and mailing address**

**KELLY C PEEL**
**2323 Tarpon Road**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number **3934**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.508 4**

**Nonpriority creditor's name and mailing address**

**KELLY E ELKINS PA**
**6624 12th Avenue North**
**St. Petersburg, FL 33710**

Date(s) debt was incurred _

Last 4 digits of account number **2273**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.508 5**

**Nonpriority creditor's name and mailing address**

**KELLY J HENDERSON**
**4481 Prairie Avenue**
**Miami Beach, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number **8953**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.508 6**

**Nonpriority creditor's name and mailing address**

**KELLY JAMEN-SUAREZ PA**
**1359 E. Sample Road**
**Pompano Beach, FL 33064-6278**

Date(s) debt was incurred _

Last 4 digits of account number **8764**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.508 7**

**Nonpriority creditor's name and mailing address**

**KELLY PRICE PASSIDOMO & SIKET**
**2390 Tamiami Trail N Suite 204**
**Naples, FL 34103**

Date(s) debt was incurred _

Last 4 digits of account number **8019**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.508 8**

**Nonpriority creditor's name and mailing address**

**KELLY, BLACK, BLACK ET AL PA**
**1400 Dupont Building**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **2480**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$1,369.83

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.508 9**

**Nonpriority creditor's name and mailing address**
**KEMPTON P LOGAN**
**P.O. Box 2563**
**Ft Myers, FL 33902-2563**

Date(s) debt was incurred _

Last 4 digits of account number **8095**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.509 0**

**Nonpriority creditor's name and mailing address**
**KEN DAVIS**
**P.O. Box 37190**
**Tallahassee, FL 32315-7190**

Date(s) debt was incurred _

Last 4 digits of account number **4581**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.509 1**

**Nonpriority creditor's name and mailing address**
**Kendrick and Kendrick, PL**
**5511 Southwest 164th Terrace**
**Southwest Ranches, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number **7280**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.509 2**

**Nonpriority creditor's name and mailing address**
**KENNAN G DANDAR**
**P.O. Box 24597**
**Tampa, FL 33623-4597**

Date(s) debt was incurred _

Last 4 digits of account number **145**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.509 3**

**Nonpriority creditor's name and mailing address**
**KENNETH A TREADWELL**
**7240 7th Place N**
**West Palm Bach, FL 34411**

Date(s) debt was incurred _

Last 4 digits of account number **7232**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.509 4**

**Nonpriority creditor's name and mailing address**
**KENNETH A WENZEL**
**C/O Hodgson Russ L.L.P.**
**1801 N Military Trail Suite 200**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **1757**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.509
5**

**Nonpriority creditor's name and mailing address**

**KENNETH B CRENSHAW**
**3175 S Congress Avenue Suite 301**
**Palm Springs, FL 33461-2562**

Date(s) debt was incurred _

Last 4 digits of account number  **8174**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$175.00

---

**3.509
6**

**Nonpriority creditor's name and mailing address**

**KENNETH B EVERS**
**P.O. Drawer 1308**
**Wauchula, FL 33873-1308**

Date(s) debt was incurred _

Last 4 digits of account number  **5695**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.509
7**

**Nonpriority creditor's name and mailing address**

**KENNETH BOHANNON PL**
**221 N. Causeway**
**Suite A**
**New Smyrna Beach, FL 32169**

Date(s) debt was incurred _

Last 4 digits of account number  **6205**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.509
8**

**Nonpriority creditor's name and mailing address**

**KENNETH C BRONCHICK**
**1761 W. Hillsboro Boulevard**
**Suite 205**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number  **8545**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.509
9**

**Nonpriority creditor's name and mailing address**

**KENNETH C SUNDHEIM**
**10694 S Federal Highway Suite B**
**Port St Lucie, FL 34952-6418**

Date(s) debt was incurred _

Last 4 digits of account number  **5388**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.510
0**

**Nonpriority creditor's name and mailing address**

**KENNETH D COOPER**
**400 Southeast 8th Street Suite 1**
**Ft Lauderdale, FL 33316-1124**

Date(s) debt was incurred _

Last 4 digits of account number  **535**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.510
1**

**Nonpriority creditor's name and mailing address**

**KENNETH D GOODMAN**
**Goodman & Breen**
**3838 Tamiami Trail N Suite 300**
**Naples, FL 34103**

Date(s) debt was incurred _

Last 4 digits of account number  **5635**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.510 2**

**Nonpriority creditor's name and mailing address**

**KENNETH D HUTCHISON**
**314 - 5th Avenue S Suite 260**
**Naples, FL 33940**

Date(s) debt was incurred _

Last 4 digits of account number **4965**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.510 3**

**Nonpriority creditor's name and mailing address**

**KENNETH D MORSE**
**390 N Orange Avenue Suite 2100**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **1041**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.510 4**

**Nonpriority creditor's name and mailing address**

**KENNETH D STERN**
**P.O. Box 3878**
**Boca Raton, FL 33427**

Date(s) debt was incurred _

Last 4 digits of account number **623**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.510 5**

**Nonpriority creditor's name and mailing address**

**Kenneth D'Apice, Attorney at Law**
**2020 Jewell Avenue**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number **0041**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.510 6**

**Nonpriority creditor's name and mailing address**

**KENNETH E EASLEY**
**6036 Boynton Homestead**
**Tallahassee, FL 32312-3586**

Date(s) debt was incurred _

Last 4 digits of account number **3673**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.510 7**

**Nonpriority creditor's name and mailing address**

**KENNETH E PADGETT JR**
**P.O. Box 28225**
**Panama City, FL 32411**

Date(s) debt was incurred _

Last 4 digits of account number **5316**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.510 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**KENNETH F OSWALD**
**222 S Westmonte Drive Suite 210**
**Altamonte Springs, FL 32714**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5652**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.510 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**KENNETH F. KIELBANIA**
**P.O. Box 2012**
**Pompano Beach, FL 33061-2012**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6159**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.511 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KENNETH G ARSENAULT JR**
**Arsenault Law Group P.A.**
**10225 Ulmerton Road Suite 2**
**Largo, FL 33771**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1640**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.511 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,326.12 |
|---|---|---|---|

**KENNETH G LANCASTER**
**C/O King & Lancaster P.A.**
**5975 Sunset Drive Suite 703**
**South Miami, FL 33143-4822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1468**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.511 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,829.62 |
|---|---|---|---|

**KENNETH HEYDER**
**6510 Southwest 57th Street**
**Davie, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6087**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.511 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KENNETH J DORCHAK**
**11900 Biscayne Boulevard Suite 310**
**North Miami, FL 33181**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0754**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.511 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KENNETH J HAMEL**
**11420 N Kendall Drive Suite 108**
**Miami, FL 33176**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8894**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**
_____

| | |
|---|---|
| **3.511 5** | |

**Nonpriority creditor's name and mailing address**

**KENNETH J HODGE**
**13009 S Highway 475**
**Ocala, FL 34480-8503**

Date(s) debt was incurred _

Last 4 digits of account number **5268**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.511 6** | |

**Nonpriority creditor's name and mailing address**

**KENNETH J NOLAN**
**350 E Las Olas Boulevard Suite 1270**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **5168**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.511 7** | |

**Nonpriority creditor's name and mailing address**

**KENNETH K THOMPSON**
**1150 Lee Boulevard**
**Suite 1A**
**Lehigh Acres, FL 33936-4805**

Date(s) debt was incurred _

Last 4 digits of account number **1093**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.511 8** | |

**Nonpriority creditor's name and mailing address**

**KENNETH L BAKER PA**
**Bussey White McDonnough Et Al**
**103 E Robinson Street 4th Floor**
**Orlando, FL 32801-1655**

Date(s) debt was incurred _

Last 4 digits of account number **6829**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.511 9** | |

**Nonpriority creditor's name and mailing address**

**KENNETH L MANN**
**6822 N 72nd Place**
**Scottsdale, AZ 85250**

Date(s) debt was incurred _

Last 4 digits of account number **7667**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.512 0** | |

**Nonpriority creditor's name and mailing address**

**KENNETH L MARSHALL**
**3704 Woodfork Road**
**Charlotte Court H, VA 23923-3903**

Date(s) debt was incurred _

Last 4 digits of account number **5030**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**

Name

Case number (if known)  **2:23-bk-01538**

---

| 3.512 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**KENNETH L SALOMONE**
**1701 W. Hillsboro Boulevard**
**Suite 202**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number  **3727**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**KENNETH M BEANE**
**2601 Wells Avenue Suite 181**
**Fern Park, FL 32730**

Date(s) debt was incurred _

Last 4 digits of account number  **4536**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**KENNETH M DIX**
**11173 Manatee Terrace**
**Lake Worth, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number  **1979**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**KENNETH M KALEEL**
**DBA Kaleel & Associates**
**54 NE 4th Avenue**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number  **4738**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**KENNETH M MEYER**
**104 Northwest 134th Terrace Suite 103**
**Plantation, FL 33325**

Date(s) debt was incurred _

Last 4 digits of account number  **7987**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**KENNETH METNICK**
**5150 Linton Boulevard Suite 320**
**Delray Beach, FL 33484-6525**

Date(s) debt was incurred _

Last 4 digits of account number  **4407**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,207.54 |

**KENNETH N JACOBY**
**1423 S Patrick Drive**
**Satellite Beach, FL 32937-4315**

Date(s) debt was incurred _

Last 4 digits of account number  **6344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**
_____

---

| 3.512 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KENNETH N REKANT**
**333 41st Street Suite 506**
**Miami Beach, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number  **7857**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.512 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KENNETH PAUL BERRICK**
**Berrick & Associates**
**11555 Heron Bay Boulevard Suite 200**
**Coral Springs, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number  **6319**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.513 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KENNETH R BERNSTEIN**
**Aventura Mall**
**19501 Biscayne Boulevard Suite 400**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number  **0706**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.513 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**KENNETH R DREYFUSS**
**14813 Southwest 140 Place**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number  **7579**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.513 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**KENNETH R RIDLEHOOVER**
**P.O. Box 12291**
**Pensacola, FL 32581-2291**

Date(s) debt was incurred _

Last 4 digits of account number  **350**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.513 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KENNETH R RONEY**
**220 Lookout Place**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number  **8588**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **LTGF Business Trust**    Case number (if known)    **2:23-bk-01538**
_____
Name

| 3.513 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**KENNETH R WASHBURN**
**1153 Mill Run Circle**
**Apopka, FL 32703**

Date(s) debt was incurred _

Last 4 digits of account number  **3637**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 5 |

**KENNETH S HOFFMAN**
**9745 Sunset Drive Suite 125**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number  **1712**

As of the petition filing date, the claim is: *Check all that apply.*    $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 6 |

**KENNETH S RAPPAPORT**
**1300 N Federal Highway Suite 203**
**Boca Raton, FL 33432-2848**

Date(s) debt was incurred _

Last 4 digits of account number  **4288**

As of the petition filing date, the claim is: *Check all that apply.*    $100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 7 |

**KENNETH S RUBIN PA**
**9900 W. Sample Rd.**
**Suite 404**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number  **5649**

As of the petition filing date, the claim is: *Check all that apply.*    $175.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 8 |

**KENNETH SANDLER**
**2924 Davie Road**
**Suite 102**
**Davie, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number  **6244**

As of the petition filing date, the claim is: *Check all that apply.*    $100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 9 |

**KENNETH STEVENS**
**412 NE 4th Street**
**Ft Lauderdale, FL 33301-1152**

Date(s) debt was incurred _

Last 4 digits of account number  **444**

As of the petition filing date, the claim is: *Check all that apply.*    $7,002.08

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 0 |

**KENNETH U HUBONA**
**835 Seddon Cove Way**
**Tampa, FL 33602-5704**

Date(s) debt was incurred _

Last 4 digits of account number  **6290**

As of the petition filing date, the claim is: *Check all that apply.*    $100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.514**
**1**

Nonpriority creditor's name and mailing address

**KENNETH W BUCHMAN**
**1012 REDBUD CIRCLE**
**PLANT CITY, FL 33563**

Date(s) debt was incurred _

Last 4 digits of account number  **2495**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$275.00**

---

**3.514**
**2**

Nonpriority creditor's name and mailing address

**KENNETH W DODGE**
**1700 Palm Beach Lakes Boulevard Suite 10**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **2155**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.514**
**3**

Nonpriority creditor's name and mailing address

**KENNETH W RICHMAN JR**
**P.O. Box 111682**
**Naples, FL 34108-0129**

Date(s) debt was incurred _

Last 4 digits of account number  **7505**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$275.00**

---

**3.514**
**4**

Nonpriority creditor's name and mailing address

**KENNETH W SHAPIRO**
**1776 N Pine Island Road Suite 308**
**Plantation, FL 33322-5235**

Date(s) debt was incurred _

Last 4 digits of account number  **6962**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.514**
**5**

Nonpriority creditor's name and mailing address

**KENNETH Y GORDON**
**Centex Homes**
**8198 Jog Road Suite 200**
**Boynton Beach, FL 33437**

Date(s) debt was incurred _

Last 4 digits of account number  **4166**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.514**
**6**

Nonpriority creditor's name and mailing address

**KENT B RUNNELLS**
**510 Vonderburg Drive Suite 3008**
**Brandon, FL 33511-5970**

Date(s) debt was incurred _

Last 4 digits of account number  **2649**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.514 7**

**Nonpriority creditor's name and mailing address**

**KENT D HUFFMAN**
**350 Royal Palm Way Suite 409**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number **6951**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.514 8**

**Nonpriority creditor's name and mailing address**

**KENT J ANDERSON PA**
**7101 S Tamiami Trail Suite A**
**Sarasota, FL 34231**

Date(s) debt was incurred _

Last 4 digits of account number **6818**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.514 9**

**Nonpriority creditor's name and mailing address**

**KENT R WEIBLE**
**1110 Druid Road S**
**Clearwater, FL 34616-3818**

Date(s) debt was incurred _

Last 4 digits of account number **4695**

As of the petition filing date, the claim is: *Check all that apply.*

$1,115.41

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.515 0**

**Nonpriority creditor's name and mailing address**

**KEREN SAPAN PA**
**8043 Twin Lake Drive**
**Boca Raton, FL 33498**

Date(s) debt was incurred _

Last 4 digits of account number **2350**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.515 1**

**Nonpriority creditor's name and mailing address**

**KERLINE ALTIDOR-THONY**
**13500 Northeast 3rd Court Suite 424**
**North Miami, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number **2058**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.515 2**

**Nonpriority creditor's name and mailing address**

**KERRY D SAFIER**
**123 Northwest 13th Street Suite 300**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **2129**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.515 3**

**Nonpriority creditor's name and mailing address**

**KERRY E MACK**
**Mack Law Firm Chartered**
**2022 Placida Road**
**Englewood, FL 34224-5204**

Date(s) debt was incurred _

Last 4 digits of account number **7957**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.515 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**KESHA M HOLMES**
**Keisha M Holmes & Associates P.A.**
**20535 Northwest 2nd Avenue Suite 110**
**Miami, FL 33169**

�Date(s) debt was incurred _

Last 4 digits of account number  **5275**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**KETCHEY HORAN**
**P.O. Box 3273**
**Tampa, FL 33601-3273**

Date(s) debt was incurred _

Last 4 digits of account number  **6921**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**KEVAN BOYLES**
**350 Royal Palm Way Suite 405**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number  **4039**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**KEVIN A DENTI PA**
**2180 Immokalee Road**
**Suite 316**
**Naples, FL 34110**

Date(s) debt was incurred _

Last 4 digits of account number  **5867**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**KEVIN A RAUDT PA**
**1290 Weston Road Suite 214**
**Weston, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number  **3493**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**KEVIN A SENTNER**
**13710 N US Highway 441 Suite 100**
**Lady Lake, FL 32159-8988**

Date(s) debt was incurred _

Last 4 digits of account number  **172**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |

**KEVIN F JURSINSKI**
**15701 S Tamiami Trail**
**Ft Myers, FL 33908**

Date(s) debt was incurred _

Last 4 digits of account number  **7429**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

**3.516
1**

**Nonpriority creditor's name and mailing address**

**KEVIN G HENDERSON**
**109 Spring Street**
**Scottsdale, PA 15683-1710**

Date(s) debt was incurred _

Last 4 digits of account number **7696**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.516
2**

**Nonpriority creditor's name and mailing address**

**KEVIN G STAAS PA**
**230 Tamiami Trail S.**
**Suite 1**
**Venice, FL 34285**

Date(s) debt was incurred _

Last 4 digits of account number **8222**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.516
3**

**Nonpriority creditor's name and mailing address**

**KEVIN HENDRICKSON**
**310 South Second Street**
**Ft Pierce, FL 34950**

Date(s) debt was incurred _

Last 4 digits of account number **0216**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.516
4**

**Nonpriority creditor's name and mailing address**

**KEVIN HERNANDEZ**
**2725 Park Drive Suite 2**
**Clearwater, FL 33763**

Date(s) debt was incurred _

Last 4 digits of account number **6132**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.516
5**

**Nonpriority creditor's name and mailing address**

**KEVIN J D'ESPIES**
**5916 Northwest 54th Circle**
**Coral Springs, FL 33067-3523**

Date(s) debt was incurred _

Last 4 digits of account number **8479**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.516
6**

**Nonpriority creditor's name and mailing address**

**KEVIN J PRIBELL**
**430 N. Mills Avenue**
**Suite 1**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number **7763**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.516 7**

**Nonpriority creditor's name and mailing address**

**KEVIN M LAMONTAGNE**
**640 E Ocean Avenue Suite 16**
**Boynton Beach, FL 33435**

Date(s) debt was incurred _

Last 4 digits of account number **6328**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.516 8**

**Nonpriority creditor's name and mailing address**

**KEVIN MACWILLIAM**
**5131 Southeast Lisbon Circle**
**Stuart, FL 34997-6709**

Date(s) debt was incurred _

Last 4 digits of account number **9324**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.516 9**

**Nonpriority creditor's name and mailing address**

**Kevin P. Markey, P.L.**
**380 S. Courtenay Parkway**
**Suite A**
**Merritt Island, FL 32952**

Date(s) debt was incurred _

Last 4 digits of account number **7246**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517 0**

**Nonpriority creditor's name and mailing address**

**KEVIN R GALLAGHER**
**1324 Pine Brook Way**
**Venice, FL 34292-4305**

Date(s) debt was incurred _

Last 4 digits of account number **5133**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517 1**

**Nonpriority creditor's name and mailing address**

**KEVIN R MONAHAN**
**P.O. Box 2682**
**Palatka, FL 32178-2682**

Date(s) debt was incurred _

Last 4 digits of account number **8526**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517 2**

**Nonpriority creditor's name and mailing address**

**KEVIN S DOTY**
**411 Holly Road**
**Vero Veach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number **2093**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517 3**

**Nonpriority creditor's name and mailing address**

**KEYS & KEYS**
**Attn: Neal S. Keys**
**1911 NE 172nd Street**
**North Miami Beach, FL 33162-3103**

Date(s) debt was incurred _

Last 4 digits of account number **2343**

As of the petition filing date, the claim is: *Check all that apply.*

$5,596.12

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.517 4**

**Nonpriority creditor's name and mailing address**

**Keystone Law Firm, P.A.**
**12865 W. Dixie Highway**
**North Miami, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number  **9875**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.517 5**

**Nonpriority creditor's name and mailing address**

**KEYSTONE LAW GROUP PL**
**1665 Kingsley Avenue Suite 108**
**Orange Park, FL 32073**

Date(s) debt was incurred _

Last 4 digits of account number  **4658**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.517 6**

**Nonpriority creditor's name and mailing address**

**KHANI & AUERBACH**
**2338 Hollywood Boulevard**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number  **6061**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.517 7**

**Nonpriority creditor's name and mailing address**

**KIEVIT ODOM & BARLOW**
**635 W Garden Street**
**Pensacola, FL 32502-4733**

Date(s) debt was incurred _

Last 4 digits of account number  **8058**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.517 8**

**Nonpriority creditor's name and mailing address**

**KILPATRICK LAW FIRM LLC**
**9218 Navarre Parkway**
**Navarre, FL 32566**

Date(s) debt was incurred _

Last 4 digits of account number  **5920**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.517 9**

**Nonpriority creditor's name and mailing address**

**KIM & LOWMAN LLP**
**8620 NE 2nd Avenue**
**Miami, FL 33138**

Date(s) debt was incurred _

Last 4 digits of account number  **6010**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**

Name

Case number *(if known)* **2:23-bk-01538**

---

**3.518 0**

**Nonpriority creditor's name and mailing address**

**KIM EWING WILES**
**P.O. Box 1542**
**Boca Raton, FL 33429**

Date(s) debt was incurred _

Last 4 digits of account number **5582**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518 1**

**Nonpriority creditor's name and mailing address**

**KIM R BLACKMAN**
**26901 Monet Lane**
**Valencia, CA 91355-1880**

Date(s) debt was incurred _

Last 4 digits of account number **7275**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518 2**

**Nonpriority creditor's name and mailing address**

**Kim R. Greenberg, P.A.**
**2655 Lejeune Road Suite 500**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **7899**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518 3**

**Nonpriority creditor's name and mailing address**

**KIMARIE R STRATOS PA**
**1172 S Dixie Highway Suite 393**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **6296**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518 4**

**Nonpriority creditor's name and mailing address**

**KIMBERLY A SHURTLEFF**
**711 S. Howard Avenue**
**Suite 200**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number **5354**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518 5**

**Nonpriority creditor's name and mailing address**

**KIMBERLY BOBO-BROWN**
**5440 N State Road 7 Suite 212**
**Ft Lauderdale, FL 33319**

Date(s) debt was incurred _

Last 4 digits of account number **5103**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518 6**

**Nonpriority creditor's name and mailing address**

**KIMBERLY RANGEL PA**
**2709 Oakmont Court**
**Weston, FL 33332**

Date(s) debt was incurred _

Last 4 digits of account number **4578**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.518 7**

Nonpriority creditor's name and mailing address
**KIMBERLY S DAISE PA**
**2450 Hollywood Boulevard Suite 310**
**Hollywood, FL 33020**

Date(s) debt was incurred  _

Last 4 digits of account number  **7608**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.518 8**

Nonpriority creditor's name and mailing address
**KIMBERLY V. BARENZ**
**136 Boca Raton Road**
**Boca Raton, FL 33432-3912**

Date(s) debt was incurred  _

Last 4 digits of account number  **7517**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.518 9**

Nonpriority creditor's name and mailing address
**KIMBROUGH & KOACH LLP**
**727 S Orange Avenue**
**Sarasota, FL 34236**

Date(s) debt was incurred  _

Last 4 digits of account number  **2697**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.519 0**

Nonpriority creditor's name and mailing address
**King & Wood, P.A.**
**1701 Hermitage Boulevard**
**Suite 203**
**Tallahassee, FL 32308**

Date(s) debt was incurred  _

Last 4 digits of account number  **9268**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.519 1**

Nonpriority creditor's name and mailing address
**King and Associates Attorneys, P.A.**
**4430 Park Boulevard N**
**Pinellas Park, FL 33781**

Date(s) debt was incurred  _

Last 4 digits of account number  **7073**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.519 2**

Nonpriority creditor's name and mailing address
**King Law Firm**
**1001 Brickell Bay Drive**
**Suite 1812**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **7427**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor    **LTGF Business Trust**
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.519<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**KINGCADE & GARCIA PA**
**1370 Coral Way**
**Coral Gables, FL 33145**

Date(s) debt was incurred  _

Last 4 digits of account number  **2435**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**KINGSLEY & KINGSLEY**
**8255 W Surise Boulevard Suite 179**
**Plantation, FL 33322-5403**

Date(s) debt was incurred  _

Last 4 digits of account number  **6706**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,125.84** |
|---|---|---|---|

**KINSEY VINCENT PYLE PL**
**150 S. Palmetto Avenue**
**Suite 300**
**Daytona Beach, FL 32114**

Date(s) debt was incurred  _

Last 4 digits of account number  **325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Kira B. Doyle P.A.**
**3637 4th Street North Suite 320**
**St Petersburg, FL 33704**

Date(s) debt was incurred  _

Last 4 digits of account number  **9451**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**KIRK A JASLOW**
**Marcus Centre, Suite 218**
**9990 SW 77th Avenue**
**Miami, FL 33156**

Date(s) debt was incurred  _

Last 4 digits of account number  **4654**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**KIRK FRIEDLAND**
**Kirk Friedland Attorney at Law PL**
**250 S Australian Avenue Suite 601**
**West Palm Beach, FL 33401**

Date(s) debt was incurred  _

Last 4 digits of account number  **6171**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.519 9**

**Nonpriority creditor's name and mailing address**

**KIRK GRANTHAM PA**
**1860 Forest Hill Boulevard**
**Suite 105**
**West Palm Beach, FL 33406**

Date(s) debt was incurred _

Last 4 digits of account number **60**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$125.00**

---

**3.520 0**

**Nonpriority creditor's name and mailing address**

**KIRK J GIRRBACH**
**2787 E Oakland Park Boulevard Suite 305**
**Ft Lauderdale, FL 33306-1631**

Date(s) debt was incurred _

Last 4 digits of account number **5555**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.520 1**

**Nonpriority creditor's name and mailing address**

**KIRK PINKERTON**
**P.O. Box 3798**
**Sarasota, FL 34230**

Date(s) debt was incurred _

Last 4 digits of account number **7076**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$850.00**

---

**3.520 2**

**Nonpriority creditor's name and mailing address**

**KIRK T BAUER**
**Bauer & Associates Attorneys at Law P.A.**
**P.O. Box 459**
**Deland, FL 32721-0459**

Date(s) debt was incurred _

Last 4 digits of account number **4714**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.520 3**

**Nonpriority creditor's name and mailing address**

**KIRKPATRICK & LOCKHART**
**201 S Biscayne Boulevard 20th Floor**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **0079**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.520 4**

**Nonpriority creditor's name and mailing address**

**KIRSTEN I BAIER**
**999 Brickell Avenue Suite 700**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **5607**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.520 5**

**Nonpriority creditor's name and mailing address**

**KIRWIN NORRIS PA**
**15 W Church Street Suite 301**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **6065**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.520
6**

**Nonpriority creditor's name and mailing address**
**KLAUBER & SHIELDS PA**
**8751 W BROWARD BLVD #410**
**PLANTATION, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **7125**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.520
7**

**Nonpriority creditor's name and mailing address**
**KLEIN & DOBBINS PL**
**1903 S 25th Street Suite 200**
**Ft Pierce, FL 34947-4740**

Date(s) debt was incurred _

Last 4 digits of account number  **8807**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.520
8**

**Nonpriority creditor's name and mailing address**
**Klein & Fortune, P.A.**
**7777 Davie Road Extension**
**Suite 301B**
**Hollywood, FL 33024-2523**

Date(s) debt was incurred _

Last 4 digits of account number  **6947**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.520
9**

**Nonpriority creditor's name and mailing address**
**KLEIN & JONAS**
**4400 PGA Boulevard**
**Suite 603**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number  **7473**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.521
0**

**Nonpriority creditor's name and mailing address**
**KLEIN & KLEIN LLC**
**40 SE 11th Avenue**
**Ocala, FL 34471**

Date(s) debt was incurred _

Last 4 digits of account number  **624**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,186.28**

---

**3.521
1**

**Nonpriority creditor's name and mailing address**
**Klein Law Group, P.A.**
**4800 N. Federal Highway**
**Suite 307-B**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **9685**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.521
2**

**Nonpriority creditor's name and mailing address**

**KLEINMAN & ARRIZABALAGA PA**
**Alfred I Dupont Building**
**169 E Flagler Street Suite 1420**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **0082**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.521
3**

**Nonpriority creditor's name and mailing address**

**KLINE MOORE & KLEIN PA**
**2665 S Bayshore Drive Suite 903**
**Coconut Grove, FL 33133-5402**

Date(s) debt was incurred _

Last 4 digits of account number  **3824**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$375.00**

---

**3.521
4**

**Nonpriority creditor's name and mailing address**

**KLINGBEIL & ROBERTS PA**
**341 Venice Avenue W.**
**Venice, FL 34285**

Date(s) debt was incurred _

Last 4 digits of account number  **7874**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.521
5**

**Nonpriority creditor's name and mailing address**

**KLUGER PERETZ KAPLAN & BERLIN**
**201 S Biscayne Boulevard 17th Floor**
**Miami, FL 33131-4329**

Date(s) debt was incurred _

Last 4 digits of account number  **7374**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.521
6**

**Nonpriority creditor's name and mailing address**

**Klymko Law, P.A.**
**200 S. Andrews Avenue**
**Suite 100**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **8876**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.521
7**

**Nonpriority creditor's name and mailing address**

**KNAUST & ASSOCIATES PA**
**2167 5th Avenue N**
**St Petersburg, FL 33713**

Date(s) debt was incurred _

Last 4 digits of account number  **5615**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.521
8**

**Nonpriority creditor's name and mailing address**

**KNOTT CONSOER EBELINI HART**
**P.O. Box 2449**
**Ft Myers, FL 33902-2449**

Date(s) debt was incurred _

Last 4 digits of account number  **4697**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$525.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|------------------------|------------------------|-------------------|
|        | Name                   |                        |                   |

---

**3.521 9**

**Nonpriority creditor's name and mailing address**
**Knox Levine, P.A.**
**36428 US 19 N**
**Palm Harbor, FL 34684**

Date(s) debt was incurred _

Last 4 digits of account number **9018**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.522 0**

**Nonpriority creditor's name and mailing address**
**KODSI LAW FIRM PA**
**701 W Cypress Creek Road Suite 303**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number **8492**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$75.00**

---

**3.522 1**

**Nonpriority creditor's name and mailing address**
**KOEPPEL LAW GROUP PL**
**1515 N. Flagler Drive**
**Suite 220**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **6839**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$250.00**

---

**3.522 2**

**Nonpriority creditor's name and mailing address**
**KOHL & ASSOCIATES PLC**
**2293 Southwest Martin Highway Suite 309**
**Palm City, FL 34990-3270**

Date(s) debt was incurred _

Last 4 digits of account number **8404**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.522 3**

**Nonpriority creditor's name and mailing address**
**KOHL BOBKO MCKEY HIGGINS PA**
**2081 E Ocean Boulevard Suite 2-A**
**Stuart, FL 34996**

Date(s) debt was incurred _

Last 4 digits of account number **6433**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$671.26**

---

**3.522 4**

**Nonpriority creditor's name and mailing address**
**Kopelousos & Bradley, P.A.**
**1279 Kingsley Avenue Suite 118**
**Orange Park, FL 32073**

Date(s) debt was incurred _

Last 4 digits of account number **6890**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

**3.522 5**

**Nonpriority creditor's name and mailing address**

**Kopelowitz Ostrow, P.A.**
**200 E. Palmetto Park Road**
**Suite 103**
**Boca Raton, FL 33432**

**Date(s) debt was incurred** __

**Last 4 digits of account number  6975**

**As of the petition filing date, the claim is:** _Check all that apply._

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$25.00

---

**3.522 6**

**Nonpriority creditor's name and mailing address**

**Kopelowitz Ostrow, P.A.**
**One W Las Olas Boulevard**
**Suite 500**
**Ft Lauderdale, FL 33301**

**Date(s) debt was incurred** __

**Last 4 digits of account number  6975**

**As of the petition filing date, the claim is:** _Check all that apply._

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$75.00

---

**3.522 7**

**Nonpriority creditor's name and mailing address**

**KOPPEN WATKINS PARTNERS &**
**900 W Linton Boulevard Suite 202**
**Delray Beach, FL 33483**

**Date(s) debt was incurred** __

**Last 4 digits of account number  963**

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$14,567.42

---

**3.522 8**

**Nonpriority creditor's name and mailing address**

**KORSHAK & BEAULIEU**
**8680 Commodity Circle Suite 200b**
**Orlando, FL 32819-9120**

**Date(s) debt was incurred** __

**Last 4 digits of account number  4750**

**As of the petition filing date, the claim is:** _Check all that apply._

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$50.00

---

**3.522 9**

**Nonpriority creditor's name and mailing address**

**KOSS JACOBS & ZILBER PA**
**13680 Northwest 5th Street Suite 100**
**Sunrise, FL 33325**

**Date(s) debt was incurred** __

**Last 4 digits of account number  2877**

**As of the petition filing date, the claim is:** _Check all that apply._

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$50.00

---

**3.523 0**

**Nonpriority creditor's name and mailing address**

**KOSTO & ROTELLA PA**
**P.O. Box 113**
**Orlando, FL 32802**

**Date(s) debt was incurred** __

**Last 4 digits of account number  5757**

**As of the petition filing date, the claim is:** _Check all that apply._

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$25.00

---

**3.523 1**

**Nonpriority creditor's name and mailing address**

**KOTZKER SHAMY PL**
**2724 W Atlantic Boulevard**
**Pompano Beach, FL 33069**

**Date(s) debt was incurred** __

**Last 4 digits of account number  9713**

**As of the petition filing date, the claim is:** _Check all that apply._

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$25.00

---

| | |
|---|---|
| Debtor __LTGF Business Trust__ | Case number (if known) __2:23-bk-01538__ |
| Name | |

---

**3.523 2**

**Nonpriority creditor's name and mailing address**
**Kotzker|Shamy, P.L.**
**DBA K/S, Attorneys at Law**
**2424 N. Federal Highway**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number __1077__

**As of the petition filing date, the claim is:** *Check all that apply.*                   **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.523 3**

**Nonpriority creditor's name and mailing address**
**KOZYAK TROPIN THROCKMORTON**
**2525 Ponce De Leon Boulevard 9th Floor**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number __7267__

**As of the petition filing date, the claim is:** *Check all that apply.*                   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.523 4**

**Nonpriority creditor's name and mailing address**
**KP Law, P.L.L.C.**
**221 N. Hogan Street**
**# 375**
**Jacksonville, FL 32202**

Date(s) debt was incurred _

Last 4 digits of account number __0545__

**As of the petition filing date, the claim is:** *Check all that apply.*                   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.523 5**

**Nonpriority creditor's name and mailing address**
**Kracht Law Firm, P.A.**
**831 W. Morse Boulevard**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number __8694__

**As of the petition filing date, the claim is:** *Check all that apply.*                   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.523 6**

**Nonpriority creditor's name and mailing address**
**KRAMER & GOLDEN PA**
**12000 Biscayne Boulevard**
**Suite 700**
**Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number __1243__

**As of the petition filing date, the claim is:** *Check all that apply.*                   **$300.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.523 7**

**Nonpriority creditor's name and mailing address**
**KRAMER SOPKO & LEVENSTEIN PA**
**P.O. Box 2421**
**Stuart, FL 34995-2421**

Date(s) debt was incurred _

Last 4 digits of account number __5528__

**As of the petition filing date, the claim is:** *Check all that apply.*                   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.523 8**

**Nonpriority creditor's name and mailing address**
**KRASNY & DETTMER**
**304 S Harbor City Boulevard Suite 201**
**Melbourne, FL 32901-1324**

Date(s) debt was incurred _

Last 4 digits of account number **4603**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$150.00**

---

**3.523 9**

**Nonpriority creditor's name and mailing address**
**KRAUS & BALLENGER PA**
**1072 Goodlette Road N.**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number **7820**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$75.00**

---

**3.524 0**

**Nonpriority creditor's name and mailing address**
**KRAUS & LISZEWSKI PA**
**27499 Riverview Center Boulevard Suite 2**
**Bonita Springs, FL 34134**

Date(s) debt was incurred _

Last 4 digits of account number **2115**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$50.00**

---

**3.524 1**

**Nonpriority creditor's name and mailing address**
**KRAUSE & BAXTER**
**9555 N. Kendall Drive**
**Suite 202**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number **5908**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$50.00**

---

**3.524 2**

**Nonpriority creditor's name and mailing address**
**KRAUSE & GOLDBERG PA**
**1792 Bell Tower Lane**
**Weston, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number **8312**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$75.00**

---

**3.524 3**

**Nonpriority creditor's name and mailing address**
**Kravit Law, P.A.**
**2101 NW Corporate Blvd.**
**Suite 410**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **0392**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$50.00**

---

**3.524 4**

**Nonpriority creditor's name and mailing address**
**KRINZMAN HUSS & LUBETSKY LLP**
**169 E. Flagler Street**
**Suite 500**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **7815**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$150.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.524 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**KRISTEN M JACKSON**
5401 S. Kirkman Road
Suite 310
Orlando, FL 32819

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6720**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**KRISTI M ODOM**
P.O. Box 1129
Chipley, FL 32428-7129

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8109**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Kristin Lettiere Coomber, P.A.**
902 Clint Moore Road
Suite 120
Boca Raton, FL 33487

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8146**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Kristin Sirota Barbagallo, P.A.**
4715 Hayes Street
Hollywood, FL 33021

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **9196**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Kristina Reed, P.A.**
**Reed Griffith & Moran**
630 E. Ocean Avenue
Boynton Beach, FL 33435

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4272**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**KRISTINE M JOHNSON**
10620 Griffin Road
Suite 106
Cooper City, FL 33328

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4001**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.525**
**1**

Nonpriority creditor's name and mailing address
**Kristine M. Chapman, P.A.**
**551 NW 77th Street**
**Suite 200**
**Boca Raton, FL 33487**

Date(s) debt was incurred _
Last 4 digits of account number **7436**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.525**
**2**

Nonpriority creditor's name and mailing address
**KRISTOPHER E FERNANDEZ**
**114 S. Fremont Avenue**
**Tampa, FL 33606**

Date(s) debt was incurred _
Last 4 digits of account number **7677**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.525**
**3**

Nonpriority creditor's name and mailing address
**KRISTOPHER M CRUZADA PA**
**1605 Tuskawilla Road**
**Oviedo, FL 32765**

Date(s) debt was incurred _
Last 4 digits of account number **0555**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.525**
**4**

Nonpriority creditor's name and mailing address
**KRISTY A MOUNT PA**
**605 S. Palm Avenue**
**Titusville, FL 32796**

Date(s) debt was incurred _
Last 4 digits of account number **9636**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.525**
**5**

Nonpriority creditor's name and mailing address
**KRISTY BRANCH BANKS PA**
**P.O. Box 176**
**Apalachicola, FL 32329**

Date(s) debt was incurred _
Last 4 digits of account number **5535**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.525**
**6**

Nonpriority creditor's name and mailing address
**KRONGOLD & SINGER PL**
**201 Alhambra Circle**
**Suite 514**
**Coral Gables, FL 33134**

Date(s) debt was incurred _
Last 4 digits of account number **4156**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$400.00**

---

**3.525**
**7**

Nonpriority creditor's name and mailing address
**KROSS & BERAHA PA**
**P.O. Drawer 2130**
**Boca Raton, FL 33427-2130**

Date(s) debt was incurred _
Last 4 digits of account number **3826**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.525 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**KRUCHTEN LAW FIRM LLC**
4898 Europa Drive
Naples, FL 34105

Date(s) debt was incurred _

Last 4 digits of account number  **7413**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.525 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KRUG BERMAN & SILVERMAN PA**
509 S Martin Luther King Jr. Avenue
Clearwater, FL 33756-5607

Date(s) debt was incurred _

Last 4 digits of account number  **5690**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.526 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KU-MUSSMAN PA**
11098 Biscayne Boulevard Suite 301
Miami, FL 33161

Date(s) debt was incurred _

Last 4 digits of account number  **0458**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.526 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**KUBICKI DRAPER**
110 E Broward Boulevard
Suite 1400
Ft Lauderdale, FL 33301

Date(s) debt was incurred _

Last 4 digits of account number  **7949**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.526 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KUCKLICK LAW FIRM PA**
10852 Deerwood Park Bvd Suite 100
Jacksonville, FL 32256

Date(s) debt was incurred _

Last 4 digits of account number  **8915**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.526 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**KUEHLING & KUEHLING LLC**
5619 Riverside Drive
Cape Coral, FL 33904

Date(s) debt was incurred _

Last 4 digits of account number  **8786**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.526 4**

Nonpriority creditor's name and mailing address

**Kuhn Law Firm, P.A.**
**6720 Winkler Road**
**Ft Myers, FL 33919**

Date(s) debt was incurred _

Last 4 digits of account number **7150**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.526 5**

Nonpriority creditor's name and mailing address

**Kuhn Raslavich, P.A.**
**2110 West Platt Street**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number **0370**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.526 6**

Nonpriority creditor's name and mailing address

**KURT D ZIMMERMAN PA**
**2400 E Commercial Boulevard Suite 820**
**Ft Lauderdale, FL 33308-4033**

Date(s) debt was incurred _

Last 4 digits of account number **6452**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.526 7**

Nonpriority creditor's name and mailing address

**KURT FRANCIS LEWIS**
**6624 Gateway Avenue**
**Sarasota, FL 34231-5806**

Date(s) debt was incurred _

Last 4 digits of account number **4627**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,009.45**

---

**3.526 8**

Nonpriority creditor's name and mailing address

**KURT R BORGLUM**
**366 E Graves Avenue Suite B**
**Orange City, FL 32763-5266**

Date(s) debt was incurred _

Last 4 digits of account number **2092**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.526 9**

Nonpriority creditor's name and mailing address

**KURT S HARMON**
**8358 W Oakland Park Boulevard Suite 304**
**Ft Lauderdale, FL 33351-7342**

Date(s) debt was incurred _

Last 4 digits of account number **3796**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.527 0**

Nonpriority creditor's name and mailing address

**KURT S HILBERTH PA**
**1930 Tyler Street**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number **2843**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.527**
**1**

**Nonpriority creditor's name and mailing address**
**KURZBAN KURZBAN & WEINGER P A**
**Kurzban Kurzban Weinger Et Al**
**2650 Southwest 27th Avenue**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **8513**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.527**
**2**

**Nonpriority creditor's name and mailing address**
**Kushi Law Firm, P.A.**
**3003 Tamiami Trail N.**
**Suite 300**
**Naples, FL 34103**

Date(s) debt was incurred _

Last 4 digits of account number **0752**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.527**
**3**

**Nonpriority creditor's name and mailing address**
**Kushner Law, P.L.**
**12555 Orange Drive**
**Suite 4113**
**Davie, FL 33330**

Date(s) debt was incurred _

Last 4 digits of account number **9279**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.527**
**4**

**Nonpriority creditor's name and mailing address**
**Kymberlee Curry Smith, P.A.**
**15800 Pines Boulevard**
**Suite 3003**
**Pembroke Pines, FL 33027**

Date(s) debt was incurred _

Last 4 digits of account number **7159**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.527**
**5**

**Nonpriority creditor's name and mailing address**
**L BRUCE SWIREN PA**
**1516 E. Hillcrest Street**
**Suite 200**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number **7657**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$125.00

---

**3.527**
**6**

**Nonpriority creditor's name and mailing address**
**L DAVID SHEAR**
**401 E Jackson Street Suite 2700**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number **2319**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.527 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**L DAVID SIMS**
P.O. Drawer 06205
Ft Myers, FL 33906-6205

Date(s) debt was incurred _

Last 4 digits of account number **7533**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

| 3.527 8 |
|---|

Nonpriority creditor's name and mailing address

**L E BROWN**
P.O. Box 510299
Marathon, FL 33051-0299

Date(s) debt was incurred _

Last 4 digits of account number **2885**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

| 3.527 9 |
|---|

Nonpriority creditor's name and mailing address

**L E TAYLOR**
P.O. Box 490208
Leesburg, FL 34749-0208

Date(s) debt was incurred _

Last 4 digits of account number **6280**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

| 3.528 0 |
|---|

Nonpriority creditor's name and mailing address

**L GREGORY LOOMAR**
1152 N University Drive Suite 201
Pembroke Pines, FL 33024

Date(s) debt was incurred _

Last 4 digits of account number **5069**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.528 1 |
|---|

Nonpriority creditor's name and mailing address

**L GUERRY DOBBINS JR**
P.O. Box 358
Crystal River, FL 34423-0358

Date(s) debt was incurred _

Last 4 digits of account number **7059**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

| 3.528 2 |
|---|

Nonpriority creditor's name and mailing address

**L JAMES CHERRY JR**
227 N Bronough Street Suite 4100
Tallahassee, FL 32301-1329

Date(s) debt was incurred _

Last 4 digits of account number **5771**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

| 3.528 3 |
|---|

Nonpriority creditor's name and mailing address

**L LYNN LAWRENCE**
2291 Southeast 116th Avenue
Morriston, FL 32668

Date(s) debt was incurred _

Last 4 digits of account number **2194**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor __LTGF Business Trust__
Name

Case number (if known) __2:23-bk-01538__

---

**3.528 4**

**Nonpriority creditor's name and mailing address**
**L MICHAEL OSMAN**
**1474-A W. 84th Street**
**Hialeah, FL 33014-3363**

Date(s) debt was incurred _

Last 4 digits of account number __6296__

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.528 5**

**Nonpriority creditor's name and mailing address**
**L MURRAY FITZHUGH**
**2167 Tamiami Trail S**
**Venice, FL 34293-5034**

Date(s) debt was incurred _

Last 4 digits of account number __7183__

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.528 6**

**Nonpriority creditor's name and mailing address**
**L NORMAN VAUGHAN-BIRCH**
**720 S Orange Avenue**
**Sarasota, FL 34286**

Date(s) debt was incurred _

Last 4 digits of account number __4489__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

**$12,198.55**

---

**3.528 7**

**Nonpriority creditor's name and mailing address**
**L PHARR ABNER**
**P.O. Box 1961**
**Winter Park, FL 32790-1961**

Date(s) debt was incurred _

Last 4 digits of account number __0002__

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

**$108.32**

---

**3.528 8**

**Nonpriority creditor's name and mailing address**
**L VAN STILLMAN**
**301 Yamato Road Suite 1200**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number __8187__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

**$69.09**

---

**3.528 9**

**Nonpriority creditor's name and mailing address**
**L VANCE CARR**
**9300 Southwest 124th Street**
**Miami, FL 33176-5031**

Date(s) debt was incurred _

Last 4 digits of account number __6961__

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.529 0**

**Nonpriority creditor's name and mailing address**
**L W CARROLL JR**
**Turnbull Professional Center**
**706 Turnbull Avenue Suite 302**
**Altamonte Springs, FL 32701**

Date(s) debt was incurred _

Last 4 digits of account number __4626__

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.529 1**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **L WESLEY NICHOLS**<br>**1060 Powell Drive**<br>**Riviera Beach, FL 33404-2763** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **7720** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.529 2**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **L. Rick Rivera, P.A.**<br>**6702 Gulf Boulevard**<br>**St Petersburg Beach, FL 33706** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **8329** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.529 3**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **L. Turner Law, P.A.**<br>**P.O. Box 292621**<br>**Davie, FL 33329** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **9903** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.529 4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **La Maison Title, L.L.C.**<br>**611 W. Swann Ave.**<br>**Tampa, FL 33606** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **9792** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.529 5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **Labovitz Law Firm, P.A.**<br>**P.O. Box 560205**<br>**Orlando, FL 32856** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **9457** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.529 6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|
| **Lacayo Law Firm, P.A.**<br>**1000 NW 57 Court**<br>**Suite 250**<br>**Miami, FL 33126** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **0831** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.529 7**

**Nonpriority creditor's name and mailing address**
**LACK AND LACK CHARTERED**
**1165 N Highway State Road A1A**
**Indialantic, FL 32903**

Date(s) debt was incurred _

Last 4 digits of account number **6319**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.529 8**

**Nonpriority creditor's name and mailing address**
**LAFAYETTE N INGRAM III**
**2740 Bayshore Drive**
**Unit 18**
**Naples, FL 34112-5896**

Date(s) debt was incurred _

Last 4 digits of account number **4709**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$5,711.76**

---

**3.529 9**

**Nonpriority creditor's name and mailing address**
**Lalchandani Simon, PL**
**25 Southeast 2nd Avenue Suite 1020**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **7904**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.530 0**

**Nonpriority creditor's name and mailing address**
**LAMAR CONERLY JR**
**CONERLY BOWMAN & DYKES LLP**
**PO BOX 6944**
**DESTIN, FL 32550**

Date(s) debt was incurred _

Last 4 digits of account number **3765**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.530 1**

**Nonpriority creditor's name and mailing address**
**LAMB & LAMB**
**217 Pinewood Drive**
**Tallahassee, FL 32303**

Date(s) debt was incurred _

Last 4 digits of account number **3636**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.530 2**

**Nonpriority creditor's name and mailing address**
**LAMMI & LEINONEN PA**
**2300 Glades Road Suite 430w**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **3351**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$9,326.17**

---

**3.530 3**

**Nonpriority creditor's name and mailing address**
**Lance C. Ball**
**Ball Law P.A.**
**18245 Paulson Drive**
**Port Charlotte, FL 33954**

Date(s) debt was incurred _

Last 4 digits of account number **8827**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.530 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**LANCE GELLER**
**1680 Michigan Avenue**
**Suite 700**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number  **8771**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**LANCTOT LAW PL**
**1100 Fifth Avenue South Suite 201**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number  **4570**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
|---|---|---|---|

**LANDA-POSADA PA**
**1313 Ponce De Leon Boulevard Suite 301**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **9820**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
|---|---|---|---|

**LANDIS & MALLINGER PL**
**7777 Glades Road**
**Suite 403**
**Boca Raton, FL 33434**

Date(s) debt was incurred _

Last 4 digits of account number  **3786**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$875.00** |
|---|---|---|---|

**LANDIS GRAHAM FRENCH PA**
**145 E. Rich Avenue**
**Deland, FL 32724**

Date(s) debt was incurred _

Last 4 digits of account number  **4350**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Landmark Title Services, Inc.**
**1130 S Powerline Road**
**Suite 103**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number  **6983**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.531 0**

**Nonpriority creditor's name and mailing address**
**Landtrust Title of Central Florida, LLC**
**2121 South Hiawassee Road**
**Suite 100**
**Orlando, FL 32835**

Date(s) debt was incurred _

Last 4 digits of account number **0958**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.531 1**

**Nonpriority creditor's name and mailing address**
**LANE & ASSOCIATES PA**
**7087 Grand National Drive Suite 100**
**Orlando, FL 32819-8300**

Date(s) debt was incurred _

Last 4 digits of account number **4115**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.531 2**

**Nonpriority creditor's name and mailing address**
**LANE & ERTL PA**
**P.O. Box 9657**
**Daytona Beach, FL 32120-9357**

Date(s) debt was incurred _

Last 4 digits of account number **6289**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.531 3**

**Nonpriority creditor's name and mailing address**
**LANE TROHN BERTRAND**
**P.O. Box 3**
**Lakeland, FL 33802-0003**

Date(s) debt was incurred _

Last 4 digits of account number **3204**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$9,551.27**

---

**3.531 4**

**Nonpriority creditor's name and mailing address**
**LANE TROHN CLARKE BERTRAND**
**P.O. Box 1578**
**Bartow, FL 33830-1578**

Date(s) debt was incurred _

Last 4 digits of account number **2824**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.531 5**

**Nonpriority creditor's name and mailing address**
**LANG AND BROWN PA**
**Lang & Brown P.A.**
**P.O. Box 7990**
**St Petersburg, FL 33734**

Date(s) debt was incurred _

Last 4 digits of account number **7667**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.531 6**

**Nonpriority creditor's name and mailing address**
**LANGEN & LANGEN PA**
**Hibiscus Island**
**115 E. Palm Midway**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number **7243**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Official Form 206 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 Page **800** of 1581

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**

| 3.531 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**LANGFORD LAW GROUP PA**
**1715 W. Cleveland Street**
**Tampa, FL 33606**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6220**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.531 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LANSHE & CASAS PA**
**9600 W Sample Road Suite 205**
**Coral Springs, FL 33065**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **2490**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.531 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Lapina Law**
**1300 N Semoran Boulevard**
**Suite 215**
**Orlando, FL 32807**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **0460**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.532 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LARA S SHAH PA**
**P.O. Box 739**
**Ft Lauderdale, FL 33302**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8253**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.532 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**LARKRITZ, HERMAN & WISSBRUN,PC**
**3771 Environ Boulevard**
**Suite 451**
**Ft. Lauderdale, FL 33319-4219**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7837**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.532 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**LARRY A ECHOLS**
**Larry A. Echols P.A.**
**P.O. Box 2579**
**Ft Myers Beach, FL 33932-2579**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **1223**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.532 3**

**Nonpriority creditor's name and mailing address**
**LARRY A HARSHMAN**
**10627 N KENDALL DR**
**MIAMI, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number **6133**

As of the petition filing date, the claim is: *Check all that apply.*                          **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.532 4**

**Nonpriority creditor's name and mailing address**
**LARRY A KARNS**
**7 N Dixie Highway**
**Lake Worth, FL 33460**

Date(s) debt was incurred _

Last 4 digits of account number **2322**

As of the petition filing date, the claim is: *Check all that apply.*                          **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.532 5**

**Nonpriority creditor's name and mailing address**
**LARRY A ROTHENBERG**
**11555 Heron Bay Blvd.**
**Suite 101**
**Coral Springs, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number **8242**

As of the petition filing date, the claim is: *Check all that apply.*                          **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.532 6**

**Nonpriority creditor's name and mailing address**
**Larry A. Matthews Managing Attorney**
**Matthews & Higgins L.L.C.**
**114 E Gregory Street**
**Pensacola, FL 32502**

Date(s) debt was incurred _

Last 4 digits of account number **7364**

As of the petition filing date, the claim is: *Check all that apply.*                          **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.532 7**

**Nonpriority creditor's name and mailing address**
**LARRY B ROBERTS**
**108 E Main Street Suite 210**
**Kingsport, TN 37660-4257**

Date(s) debt was incurred _

Last 4 digits of account number **4228**

As of the petition filing date, the claim is: *Check all that apply.*                          **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.532 8**

**Nonpriority creditor's name and mailing address**
**LARRY D BARNES**
**1826 Bluff Oak Street**
**Apopka, FL 32712**

Date(s) debt was incurred _

Last 4 digits of account number **4868**

As of the petition filing date, the claim is: *Check all that apply.*                          **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.532 9**

**Nonpriority creditor's name and mailing address**
**LARRY D SUTTON**
**Roosa & Sutton L.L.P.**
**1714 Cape Coral Parkway**
**Cape Coral, FL 33904**

Date(s) debt was incurred _

Last 4 digits of account number **5845**

As of the petition filing date, the claim is: *Check all that apply.*                          **$200.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.533 0**

**Nonpriority creditor's name and mailing address**

**LARRY E CIESLA**
**4400 NW 23rd Avenue**
**Suite A**
**Gainesville, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number **1720**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.533 1**

**Nonpriority creditor's name and mailing address**

**LARRY J BEHAR**
**Larry J. Behar P.A.**
**888 Southeast 3rd Avenue Suite 400**
**Ft Lauderdale, FL 33316-1159**

Date(s) debt was incurred _

Last 4 digits of account number **6613**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.533 2**

**Nonpriority creditor's name and mailing address**

**LARRY K COLEMAN**
**The Riverview Center Suite 100**
**1111 Third Avenue W**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number **0566**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.533 3**

**Nonpriority creditor's name and mailing address**

**LARRY K MEYER**
**1004 Drew Street**
**Clearwater, FL 33755-4521**

Date(s) debt was incurred _

Last 4 digits of account number **0330**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.533 4**

**Nonpriority creditor's name and mailing address**

**LARRY L ADAIR**
**2400 W Sample Road Suite 7**
**Pompano Beach, FL 33073**

Date(s) debt was incurred _

Last 4 digits of account number **7876**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.533 5**

**Nonpriority creditor's name and mailing address**

**LARRY L DILLAHUNTY**
**P.O. Box 21351**
**St Petersburg, FL 33742**

Date(s) debt was incurred _

Last 4 digits of account number **6547**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| | |
|---|---|
| Debtor | **LTGF Business Trust** |
| | Name |

Case number (*if known*)  **2:23-bk-01538**

---

**3.533 6**

**Nonpriority creditor's name and mailing address**

**LARRY M MESCHES**
**222 Lakeview Avenue Suite 260**
**West Palm Beach, FL 33401-6146**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8248**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$194.01**

---

**3.533 7**

**Nonpriority creditor's name and mailing address**

**LARRY M SEGALL**
**P.O. Box 2177**
**Tampa, FL 33601-2177**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8039**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.533 8**

**Nonpriority creditor's name and mailing address**

**LARRY M STEWART**
**P.O. Box 809**
**Stuart, FL 34995-0809**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1388**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$116.58**

---

**3.533 9**

**Nonpriority creditor's name and mailing address**

**LARRY M. ROTH**
**P.O. Box 1873**
**Orlando, FL 32802-1873**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6366**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.534 0**

**Nonpriority creditor's name and mailing address**

**LARRY P STUDER**
**P.O. Box 1440**
**Oakland, FL 34760**

**Date(s) debt was incurred** _

**Last 4 digits of account number  9909**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.534 1**

**Nonpriority creditor's name and mailing address**

**LARRY R ERSKINE**
**1429 12th Street**
**Key West, FL 33040**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8965**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.534 2**

**Nonpriority creditor's name and mailing address**

**LARRY S HERSCH PA**
**12249 US Highway 301**
**Dade City, FL 33525**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4440**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.534 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**LARRY S SAZANT**
**Penthouse 2**
**1920 E Hallandale Beach Boulevard**
**Hallandale, FL 33009-4727**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number** __7227__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LARRY S TOLCHINSKY**
**2100 E Hallandale Beach Boulevard**
**Suite 200**
**Hallandale, FL 33009**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number** __0515__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LARRY SANDEFER**
**522 Bypass Drive Suite 100**
**Clearwater, FL 34624**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number** __8732__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LARRY T SCHONE**
**72 Northeast Fifth Avenue**
**Delray Beach, FL 33483**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number** __5142__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**LARRY V BISHINS**
**P.O. Box 510536**
**Melbourne Beach, FL 32951**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number** __5789__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**LARRY W WERTZ**
**P.O. Box 12349**
**St Petersburg, FL 33733-2349**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number** __5390__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.534 9**

**Nonpriority creditor's name and mailing address**

**LARRY ZACHARY GLICKMAN**
**P.O. Box 810037**
**Boca Raton, FL 33481-0037**

Date(s) debt was incurred _

Last 4 digits of account number **4455**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.535 0**

**Nonpriority creditor's name and mailing address**

**LARSON & BOBENHAUSEN PA**
**P.O. Box 1368**
**Clearwater, FL 34617-1368**

Date(s) debt was incurred _

Last 4 digits of account number **7530**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.535 1**

**Nonpriority creditor's name and mailing address**

**LASORTE RICHARDSON & GORDON**
**One Clearlake Centre Suite 500**
**250 Australian Avenue S**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **7630**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.535 2**

**Nonpriority creditor's name and mailing address**

**LATHAM SHUKER EDEN & BEAUDINE**
**390 N Orange Avenue Suite 600**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **0729**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.535 3**

**Nonpriority creditor's name and mailing address**

**LAURA A MARTINELLI PA**
**5691 Coral Ridge Drive**
**Coral Springs, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number **6674**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.535 4**

**Nonpriority creditor's name and mailing address**

**LAURA A VOGEL PA**
**12161 Ken Adams Way**
**Suite 110**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number **5649**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.535 5**

**Nonpriority creditor's name and mailing address**

**LAURA BAMOND**
**3510 1st Avenue N.**
**Suite 128**
**St Petersburg, FL 33713**

Date(s) debt was incurred _

Last 4 digits of account number **7033**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.535 6**

Nonpriority creditor's name and mailing address
**Laura Bourne Burkhalter, P.A.**
**403 SW 8th Street**
**Fort Lauderdale, FL 33315**

Date(s) debt was incurred _

Last 4 digits of account number **9600**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.535 7**

Nonpriority creditor's name and mailing address
**LAURA BREWER FREEMAN**
**3300 PGA Boulevard Suite 900**
**West Palm Beach, FL 33410-2811**

Date(s) debt was incurred _

Last 4 digits of account number **4523**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.535 8**

Nonpriority creditor's name and mailing address
**LAURA E KELLY PA**
**1430 S Dixie Highway Unit**
**Suite 309**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **4335**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.535 9**

Nonpriority creditor's name and mailing address
**LAURA F MORGAN**
**701 Market Street**
**Suite 111, PMB 226**
**St. Augustine, FL 32095**

Date(s) debt was incurred _

Last 4 digits of account number **2580**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.536 0**

Nonpriority creditor's name and mailing address
**LAURA G DE ONA**
**375 Cocoplum Road**
**Coral Gables, FL 33143-6408**

Date(s) debt was incurred _

Last 4 digits of account number **8710**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.536 1**

Nonpriority creditor's name and mailing address
**LAURA K BETTEN**
**Betten Murphy & Weiss P.A.**
**1800 Penn Street Suite 6**
**Melbourne, FL 32901-2625**

Date(s) debt was incurred _

Last 4 digits of account number **4260**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.536 2**

**Nonpriority creditor's name and mailing address**
**LAURA L HILLIER**
**1899 Porter Lake Drive Suite 106**
**Sarasota, FL 34240**

Date(s) debt was incurred _

Last 4 digits of account number  **0352**

As of the petition filing date, the claim is: *Check all that apply.*            **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.536 3**

**Nonpriority creditor's name and mailing address**
**LAURA M BALLARD**
**P.O. Box 950955**
**Lake Mary, FL 32795-0955**

Date(s) debt was incurred _

Last 4 digits of account number  **3921**

As of the petition filing date, the claim is: *Check all that apply.*            **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.536 4**

**Nonpriority creditor's name and mailing address**
**LAURA RUSSO ESQ LLC**
**2334 Ponce de Leon Boulevard**
**Suite 240**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **2364**

As of the petition filing date, the claim is: *Check all that apply.*            **$10,613.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.536 5**

**Nonpriority creditor's name and mailing address**
**LAURA SANTAMARIA**
**8750 Doral Boulevard Suite 270**
**Miami, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number  **4209**

As of the petition filing date, the claim is: *Check all that apply.*            **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.536 6**

**Nonpriority creditor's name and mailing address**
**LAUREN A SILL**
**572 2nd Avenue S**
**St Petersburg, FL 33701-4102**

Date(s) debt was incurred _

Last 4 digits of account number  **8502**

As of the petition filing date, the claim is: *Check all that apply.*            **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.536 7**

**Nonpriority creditor's name and mailing address**
**Lauren Luck, P.A.**
**175 SW 7th Street**
**Suite 2020**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number  **0592**

As of the petition filing date, the claim is: *Check all that apply.*            **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.536 8**

**Nonpriority creditor's name and mailing address**
**LAURENCE D GORE**
**One E. Broward Boulevard**
**Suite 700**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **6500**

As of the petition filing date, the claim is: *Check all that apply.*            **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.5369**

**Nonpriority creditor's name and mailing address**

**LAURENCE FEINGOLD**
**6620 Southwest 58th Street**
**So Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number **4324**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$50.00

---

**3.5370**

**Nonpriority creditor's name and mailing address**

**LAURENCE J PINO**
**P.O. Box 1511**
**Orlando, FL 32802-1511**

Date(s) debt was incurred _

Last 4 digits of account number **6835**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$100.00

---

**3.5371**

**Nonpriority creditor's name and mailing address**

**LAURENCE J ROHAN**
**2511 Ponce De Leon Boulevard Suite 320**
**Coral Gables, FL 33134-6082**

Date(s) debt was incurred _

Last 4 digits of account number **5186**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$200.00

---

**3.5372**

**Nonpriority creditor's name and mailing address**

**LAURENCE MEYERSON**
**Akerman Senterfitt**
**1 Southeast 3rd Avenue 28th Floor**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **4691**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$25.00

---

**3.5373**

**Nonpriority creditor's name and mailing address**

**LAURIE E BAKER PA**
**515 9th Street E Suite 100**
**Bradenton, FL 34208**

Date(s) debt was incurred _

Last 4 digits of account number **8999**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$50.00

---

**3.5374**

**Nonpriority creditor's name and mailing address**

**LAURIE L GORDON**
**406 W Gay Street**
**West Chester, PA 19380**

Date(s) debt was incurred _

Last 4 digits of account number **0652**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.537 5**

**Nonpriority creditor's name and mailing address**

**LAURIE P EVANS**
**328 Minorca Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **4817**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.537 6**

**Nonpriority creditor's name and mailing address**

**LAURIE RUSK SEWELL PA**
**3500 SW Palm City School Avenue**
**Palm City, FL 34990**

Date(s) debt was incurred _

Last 4 digits of account number **8860**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.537 7**

**Nonpriority creditor's name and mailing address**

**Laurin Evans, P.A.**
**2979 W Bay Drive**
**Belleair Bluffs, FL 33770**

Date(s) debt was incurred _

Last 4 digits of account number **8436**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.537 8**

**Nonpriority creditor's name and mailing address**

**LAVIGNE COTON & ASSOCIATES PA**
**7087 Grand National Drive Suite 100**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number **6382**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$250.00

---

**3.537 9**

**Nonpriority creditor's name and mailing address**

**LAW FIRM OF JAMES D VARNADO**
**837 Summerbrook Drive**
**Tallahassee, FL 32312**

Date(s) debt was incurred _

Last 4 digits of account number **0469**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.538 0**

**Nonpriority creditor's name and mailing address**

**LAW FIRM OF KAREN SPIGLER LLC**
**7390 NW 5th Street**
**Suite 10**
**Plantation, FL 33317**

Date(s) debt was incurred _

Last 4 digits of account number **0024**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.538 1**

**Nonpriority creditor's name and mailing address**

**LAW FIRM OF MAXWELL & MAXWELL**
**405 Northwest Third Street**
**Okeechobee, FL 34972**

Date(s) debt was incurred _

Last 4 digits of account number **9658**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.538 2**

**Nonpriority creditor's name and mailing address**
**LAW FIRM OF PETER D FELLOWS PA**
**18350 Northwest 2nd Avenue Suite 500**
**Miami, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number **3153**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.538 3**

**Nonpriority creditor's name and mailing address**
**Law Firm of Rubio & Associates, P.A.**
**8950 SW 74th Court**
**Suite 1804**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **8163**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.538 4**

**Nonpriority creditor's name and mailing address**
**Law Firm of Zimmerman & Associates**
**2400 E Commercial Boulevard**
**Suite 820**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number **7970**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.538 5**

**Nonpriority creditor's name and mailing address**
**Law Group of South Florida, LLC**
**782 NW 42nd Avenue**
**Suite 450**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number **0722**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$1,225.00**

---

**3.538 6**

**Nonpriority creditor's name and mailing address**
**Law House of Orlando**
**2995 Dorell Avenue**
**Orlando, FL 32814**

Date(s) debt was incurred _

Last 4 digits of account number **0990**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.538 7**

**Nonpriority creditor's name and mailing address**
**Law Mandel, P.L.L.C.**
**820 W. 41st Street**
**Suite 204**
**Miami Beach, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number **0331**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.538 8**

**Nonpriority creditor's name and mailing address**

**LAW OFC CECILIA ARMENTEROS PA**
**7485 Davie Road Ext.**
**Suite B**
**Davie, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number **4018**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.538 9**

**Nonpriority creditor's name and mailing address**

**LAW OFC OF ARTHUR J HIGGINS**
**P.O. Box 547803**
**Orlando, FL 32854**

Date(s) debt was incurred _

Last 4 digits of account number **1719**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.539 0**

**Nonpriority creditor's name and mailing address**

**LAW OFC OF BARBARA A CUSUMANO**
**126 Northwest 76th Drive Suite B**
**Gainesville, FL 32607**

Date(s) debt was incurred _

Last 4 digits of account number **2993**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.539 1**

**Nonpriority creditor's name and mailing address**

**LAW OFC OF CHRISTOPHER WRIGHT ESQ**
**Rayfield Sepulveres & Wright**
**1101 Miranda Lane Suite 151**
**Kissimmee, FL 34741**

Date(s) debt was incurred _

Last 4 digits of account number **6816**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.539 2**

**Nonpriority creditor's name and mailing address**

**LAW OFC OF EUGENE P MURPHY PA**
**3293 Fruitville Road Suite 101**
**Sarasota, FL 34237**

Date(s) debt was incurred _

Last 4 digits of account number **0559**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.539 3**

**Nonpriority creditor's name and mailing address**

**LAW OFC OF JOHANNE FOSTER LLC**
**11110 W Oakland Park Boulevard Suite 342**
**Sunrise, FL 33351**

Date(s) debt was incurred _

Last 4 digits of account number **9413**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.539 4**

**Nonpriority creditor's name and mailing address**

**LAW OFC OF LINDA K YERGER**
**1570 Shadowlawn Drive**
**Naples, FL 34104**

Date(s) debt was incurred _

Last 4 digits of account number **1672**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.539 5**

**Nonpriority creditor's name and mailing address**
**LAW OFC OF MARIE C CAPITA PA**
**Pmb 31**
**7550 Mission Hills Drive Suite 306**
**Naples, FL 34119-9607**

Date(s) debt was incurred _

Last 4 digits of account number  **5764**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.539 6**

**Nonpriority creditor's name and mailing address**
**LAW OFC OF MICHAEL J HEATH**
**167 108th Avenue**
**Treasure Island, FL 33706**

Date(s) debt was incurred _

Last 4 digits of account number  **1680**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.539 7**

**Nonpriority creditor's name and mailing address**
**LAW OFC OF MITCHELL A HORWICH**
**1541 Sunset Drive**
**Suite 202**
**Coral Gables, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number  **3830**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$275.00**

---

**3.539 8**

**Nonpriority creditor's name and mailing address**
**LAW OFC OF RACHEL MCCLELLAND**
**Law Offices of Joy N Owenby PL**
**555 Water Street Suite 200**
**Jacksonville, FL 32202**

Date(s) debt was incurred _

Last 4 digits of account number  **9650**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.539 9**

**Nonpriority creditor's name and mailing address**
**LAW OFC OF ROBERT W BAUER PA**
**2815 Northwest 13th Street Suite 200e**
**Gainesville, FL 32609**

Date(s) debt was incurred _

Last 4 digits of account number  **4011**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.540 0**

**Nonpriority creditor's name and mailing address**
**LAW OFC OF VAIOS ZAMAKIS PA**
**P.O. Box 11001**
**Ft Lauderdale, FL 33339-1001**

Date(s) debt was incurred _

Last 4 digits of account number  **0505**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.540**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **LAW OFC OF W TRENT STEELE**<br>10995 SE Federal Highway<br>Suite 9<br>Hobe Sound, FL 33455 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **9122** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.540**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **LAW OFCS OF ALEXANDER R**<br>319 Clematis Street Suite 602<br>West Palm Beach, FL 33401 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **8794** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.540**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **LAW OFCS OF ANDREW C MOLER PA**<br>801 N Magnolia Avenue Suite 204<br>Orlando, FL 32803 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **9395** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.540**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **LAW OFCS OF BEATRIZ A LLORENTE**<br>12925 SW 132nd Street<br>Suite 4<br>Miami, FL 33186 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **9874** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.540**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **LAW OFCS OF C ANTHONY RUMORE**<br>517 Southwest 1st Avenue<br>Ft Lauderdale, FL 33301-2803 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **9183** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.540**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **LAW OFCS OF CARLOS A CESPEDES**<br>14750 S.W. 26 Street<br>Suite 116<br>Miami, FL 33185 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **0233** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.540**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **LAW OFCS OF CRAIG ESQUENAZI PA**<br>800 Southeast 3rd Avenue Suite 300<br>Ft Lauderdale, FL 33316 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **8840** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.540 8 | Nonpriority creditor's name and mailing address **LAW OFCS OF ERIC J GRABOIS** 1666 79th Street Causeway Suite 500 North Bay Village, FL 33141 | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  **1709**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.540 9**

Nonpriority creditor's name and mailing address
**LAW OFCS OF ERIC JOHN ENRIQUE**
836 Executive Lane Suite 120
Rockledge, FL 32955-3597

Date(s) debt was incurred  _

Last 4 digits of account number  **9555**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

$25.00

---

**3.541 0**

Nonpriority creditor's name and mailing address
**LAW OFCS OF EVERETT ALGERNON**
111 N Pine Island Road Suite 105
Plantation, FL 33324

Date(s) debt was incurred  _

Last 4 digits of account number  **9777**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

$25.00

---

**3.541 1**

Nonpriority creditor's name and mailing address
**LAW OFCS OF FRANKLIN C**
17760 Northwest 2nd Avenue 100
Miami, FL 33169

Date(s) debt was incurred  _

Last 4 digits of account number  **0564**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

$25.00

---

**3.541 2**

Nonpriority creditor's name and mailing address
**LAW OFCS OF GISELA B GRANADO**
10097 Cleary Boulevard Suite 373
Plantation, FL 33324

Date(s) debt was incurred  _

Last 4 digits of account number  **8524**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

$25.00

---

**3.541 3**

Nonpriority creditor's name and mailing address
**LAW OFCS OF IRINA NEMTSEV PA**
7777 Glades Road
Suite 100
Boca Raton, FL 33434

Date(s) debt was incurred  _

Last 4 digits of account number  **6818**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.541 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFCS OF IVAN D PIEDRAHITA**
**1868 N University Drive Suite 207**
**Plantation, FL 33322**

Date(s) debt was incurred _

Last 4 digits of account number  **2958**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFCS OF JEFFREY A NUSSBAUM**
**4800 Southwest 64th Avenue Suite 103**
**Davie, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number  **7668**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFCS OF JOSEPH A HEINTZ**
**18245 Paulson Drive**
**Port Charlotte, FL 33954**

Date(s) debt was incurred _

Last 4 digits of account number  **8424**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFCS OF KENNETH D KOSSOW**
**1325 Diplomat Parkway**
**Hollywood, FL 33019**

Date(s) debt was incurred _

Last 4 digits of account number  **1751**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFCS OF MARILYN L MALOY PA**
**P.O. Box 640035**
**Miami, FL 33164-0035**

Date(s) debt was incurred _

Last 4 digits of account number  **2292**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**LAW OFCS OF MERRYL A BROWN PA**
**101 Northeast 3rd Avenue Sutie 1500**
**Ft Lauderdale, FL 33301-1181**

Date(s) debt was incurred _

Last 4 digits of account number  **9758**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFCS OF OJ ODUNNA PA**
**Third Floor Suite 301**
**7491 W Oakland Park Boulevard**
**Lauderhill, FL 33319**

Date(s) debt was incurred _

Last 4 digits of account number  **9415**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
<u>                    </u>
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.542 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFCS OF RAMON A CUE**
**255 University Drive**
**Miami, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  <u>1634</u>

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Member</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFCS OF RAWNY GARAY PA**
**19 W Flagler Street Suite 707**
**Miami, FL 33130**

Date(s) debt was incurred  _

Last 4 digits of account number  <u>9458</u>

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Member</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFCS OF REGINALD D**
**115 S Andrews Avenue Suite 423**
**Ft Lauderdale, FL 33301-1826**

Date(s) debt was incurred  _

Last 4 digits of account number  <u>9186</u>

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Member</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFCS OF RICHARD L DENAPOLI**
**1720 Harrison Street Suite 6ce**
**Hollywood, FL 33020**

Date(s) debt was incurred  _

Last 4 digits of account number  <u>9217</u>

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Member</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFCS OF ROLAND CHERASARD**
**909 N Miami Beach Boulevard Suite 501**
**N Miami Beach, FL 33162-3718**

Date(s) debt was incurred  _

Last 4 digits of account number  <u>0465</u>

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Member</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFCS OF SHEREA ANN FERRER**
**7523 Aloma Avenue Suite 211**
**Winter Park, FL 32792-9158**

Date(s) debt was incurred  _

Last 4 digits of account number  <u>9715</u>

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Member</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.542 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFCS OF SUSANA VILLARRUEL**
**10200 Northwest 25th Street Suite 201**
**Miami, FL 33172**

Date(s) debt was incurred  _

Last 4 digits of account number  **9199**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFC MICHELLE C AUSTIN**
**3800 Inverrary Boulevard Suite 101-D**
**Lauderhill, FL 33319**

Date(s) debt was incurred  _

Last 4 digits of account number  **8909**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFC OF ALFREDO J DIAZ PA**
**7455 W Flagler Street**
**Miami, FL 33144**

Date(s) debt was incurred  _

Last 4 digits of account number  **1603**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFC OF ARLENE C UDICK PA**
**39245 Tacoma Drive**
**Lady Lake, FL 32159**

Date(s) debt was incurred  _

Last 4 digits of account number  **6190**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFC OF CATHERINE W ZIPPAY**
**1401 E Atlantic Avenue Suite B**
**Pompano Beach, FL 33060**

Date(s) debt was incurred  _

Last 4 digits of account number  **4775**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFC OF DANIEL M BERMAN PA**
**600 Southwest 4th Avenue Suite 114**
**Ft Lauderdale, FL 33315**

Date(s) debt was incurred  _

Last 4 digits of account number  **3184**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFC OF GENA K THORNTON PL**
**550 Water Street Suite 947**
**Jacksonville, FL 32202**

Date(s) debt was incurred  _

Last 4 digits of account number  **2665**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.543 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LAW OFFC OF GERALD K SCHWARTZ**
**1691 Michigan Avenue**
**Suite 250**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number  **3262**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.543 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LAW OFFC OF I ED PANTALEON PA**
**1645 E Highway 50 Suite 102**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number  **2704**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.543 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LAW OFFC OF LORA L BEDFORD PA**
**1900 Main Street Suite 750**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number  **6119**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.543 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LAW OFFC OF MICHELE SAMAROO PA**
**12550 Biscayne Boulevard Suite 500**
**North Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number  **5881**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.543 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LAW OFFC OF R KELLEN BRYANT PL**
**2033 Flesher Avenue**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number  **6757**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.543 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LAW OFFC OF ROBERT G CHURCHILL**
**232 E 5th Avenue**
**Tallahasee, FL 32303-6206**

Date(s) debt was incurred _

Last 4 digits of account number  **2824**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

**3.544 0**

Nonpriority creditor's name and mailing address

**LAW OFFC OF TREY MILLER III PA**
**3101 N. Federal Highway**
**Suite 606**
**Ft Lauderdale, FL 33306-1018**

Date(s) debt was incurred  _

Last 4 digits of account number  **5397**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.544 1**

Nonpriority creditor's name and mailing address

**LAW OFFCE OF DORIS M RODRIGUEZ**
**13753 Linden Drive**
**Spring Hill, FL 34609**

Date(s) debt was incurred  _

Last 4 digits of account number  **6122**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.544 2**

Nonpriority creditor's name and mailing address

**LAW OFFCS OF AMY G BELLHORN**
**P.O. Box 12168**
**St Petersburg, FL 33733**

Date(s) debt was incurred  _

Last 4 digits of account number  **2840**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.544 3**

Nonpriority creditor's name and mailing address

**LAW OFFCS OF ANTOINE ISMA PA**
**801 Northeast 167th Street 2nd Floor**
**Miami, FL 33162**

Date(s) debt was incurred  _

Last 4 digits of account number  **4029**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.544 4**

Nonpriority creditor's name and mailing address

**LAW OFFCS OF APRIL E ROLLE PL**
**15751 Sheridan Street Suite 205**
**Ft Lauderdale, FL 33331**

Date(s) debt was incurred  _

Last 4 digits of account number  **2897**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.544 5**

Nonpriority creditor's name and mailing address

**LAW OFFCS OF BRAD E KELSKY PA**
**10189 Cleary Boulevard Suite 102**
**Plantation, FL 33324**

Date(s) debt was incurred  _

Last 4 digits of account number  **5589**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.544 6**

Nonpriority creditor's name and mailing address

**LAW OFFCS OF CLAUDINE T SMIKLE**
**Suite 130**
**1580 Sawgrass Corporate Parkway**
**Sunrise, FL 33323**

Date(s) debt was incurred  _

Last 4 digits of account number  **7811**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.544 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFFCS OF DEANA A HOLIDAY**
**17760 Northwest 2nd Avenue Suite 100**
**Miami, FL 33169**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Member__

Last 4 digits of account number  **8315**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.544 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFFCS OF GINGER A MIRANDA**
**3295 South US Highway 1**
**Ft Pierce, FL 34982**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Member__

Last 4 digits of account number  **7566**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.544 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFFCS OF GREGORY R GEORGE**
**5190 Casa Real Drive**
**Delray Beach, FL 33484**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Member__

Last 4 digits of account number  **2685**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.545 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**LAW OFFCS OF JOSEPH A CARBALLO**
**2355 Salzedo Street**
**Suite 300**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Member__

Last 4 digits of account number  **5528**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.545 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFFCS OF KADIAN L FERGUSON**
**119 Lake Darby Pl**
**Gotha, FL 34734-5208**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Member__

Last 4 digits of account number  **4282**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.545 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFFCS OF KERTCH J CONZE PA**
**3600 Red Road Suite 402**
**Miramar, FL 33025**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Member__

Last 4 digits of account number  **3138**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

| | |
|---|---|
| **3.545 3** | |

**Nonpriority creditor's name and mailing address**

**LAW OFFCS OF RICHARDSON &**
**3525 Bonita Beach Road**
**Suite 103**
**Bonita Springs, FL 34134-4192**

Date(s) debt was incurred _

Last 4 digits of account number **5223**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| | |
|---|---|
| **3.545 4** | |

**Nonpriority creditor's name and mailing address**

**LAW OFFCS OF ROBERT P RESKE**
**309 Northeast 22nd Street**
**Wilton Manors, FL 33305-1114**

Date(s) debt was incurred _

Last 4 digits of account number **2563**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| | |
|---|---|
| **3.545 5** | |

**Nonpriority creditor's name and mailing address**

**LAW OFFCS OF RUIZ & RODRIGUEZ**
**3850 Bird Road Suite 302**
**Miami, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **2442**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

| | |
|---|---|
| **3.545 6** | |

**Nonpriority creditor's name and mailing address**

**LAW OFFCS OF STEPHEN G MELCER**
**4800 N Federal Highway Suite 300-D**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **7512**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$75.00

---

| | |
|---|---|
| **3.545 7** | |

**Nonpriority creditor's name and mailing address**

**LAW OFFCS OF STEPHEN K HACHEY PA**
**4007 N Taliaferro Avenue Suite B**
**Tampa, FL 33603**

Date(s) debt was incurred _

Last 4 digits of account number **6787**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

| | |
|---|---|
| **3.545 8** | |

**Nonpriority creditor's name and mailing address**

**LAW OFFCS OF WILLIAM H PINCUS**
**1555 Palm Beach Lakes Blvd.**
**Suite 320**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **9313**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| | |
|---|---|
| **3.545 9** | |

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF**
**5201 Blue Lagoon Drive 8th Floor**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number **3923**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**
_____

| 3.546 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFFICE OF**
**2202 N West Shore Boulevard Suite 200**
**Tampa, FL 33607**

Date(s) debt was incurred  _

Last 4 digits of account number  **3083**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.546 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFFICE OF**
**8370 W Flagler Street Suite 226**
**Miami, FL 33144**

Date(s) debt was incurred  _

Last 4 digits of account number  **2405**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.546 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFFICE OF**
**2500 Weston Road Suite 213**
**Weston, FL 33331**

Date(s) debt was incurred  _

Last 4 digits of account number  **2097**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.546 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFFICE OF**
**1640 Citrine Trail**
**Tarpon Springs, FL 34689-2021**

Date(s) debt was incurred  _

Last 4 digits of account number  **1626**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.546 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFFICE OF**
**200 Central Avenue 3rd Floor**
**St Petersburg, FL 33701-4353**

Date(s) debt was incurred  _

Last 4 digits of account number  **9057**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.546 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFFICE OF**
**5050 San Pablo Road S**
**Jacksonville, FL 32224-0829**

Date(s) debt was incurred  _

Last 4 digits of account number  **8234**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**
Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.546 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**LAW OFFICE OF**
**2005 S Federal Highway Suite 100**
**Ft Lauderdale, FL 33316**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7634**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**LAW OFFICE OF**
**9200 Belvedere Road**
**Suite 113**
**Royal Palm Beach, FL 33411**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6757**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**LAW OFFICE OF**
**4000 Ponce de Leon Blvd.**
**Suite 470**
**Coral Gables, FL 33146**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9595**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**LAW OFFICE OF ADAM FRANZEN**
**400 Southeast 8th Street**
**Ft Lauderdale, FL 33316**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2101**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Law Office of Albert Naon, Jr. P.A.**
**3785 NW 82nd Avenue**
**Suite 107**
**Doral, FL 33166**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8218**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**LAW OFFICE OF ALEXIS GONZALEZ**
**3162 Commodore Plaza**
**Suite 3E**
**Miami, FL 33133**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8284**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**                                    Case number (if known)   **2:23-bk-01538**
_____
Name

| 3.547 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $25.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Law Office of Aliette H. Carolan, P.A.**
**1541 Sunset Drive Suite 201**
**Coral Gables, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number  **7423**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

3.547
3

**Nonpriority creditor's name and mailing address**
**Law Office of Andrea Hache, P.L.L.C.**
**2645 Executive Park Drive**
**Suite 118**
**Weston, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number  **0562**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

3.547
4

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF ANDREW A**
**P.O. Box 2671**
**West Palm Beach, FL 33402**

Date(s) debt was incurred _

Last 4 digits of account number  **6433**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

3.547
5

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF ANDREW M DAVID**
**P.O. Box 273126**
**Boca Raton, FL 33427-3126**

Date(s) debt was incurred _

Last 4 digits of account number  **9366**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

3.547
6

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF ANDREW M REED**
**53 Lake Morton Drive**
**Suite 100**
**Lakeland, FL 33801**

Date(s) debt was incurred _

Last 4 digits of account number  **5700**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

3.547
7

**Nonpriority creditor's name and mailing address**
**Law Office of Anita Geraci-Carver, P.A.**
**1560 Bloxam Avenue**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number  **7732**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

3.547
8

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF ANN W ROGERS PA**
**533 N Nova Road**
**Suite 104A**
**Ormond Beach, FL 32174**

Date(s) debt was incurred _

Last 4 digits of account number  **2694**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.547 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Law Office of Barry M. Deets, P.A.**
**2100 SE Hillmoor Drive**
**Suite 202**
**Port St. Lucie, FL 34952**

Date(s) debt was incurred _

Last 4 digits of account number  **1064**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 0 | **Nonpriority creditor's name and mailing address** | | **$25.00** |
|---|---|---|---|

**Law Office of Brett D. Bevis, PLLC**
**1732 N. Ronald Reagan Blvd.**
**Longwood, FL 32750**

Date(s) debt was incurred _

Last 4 digits of account number  **0576**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 1 | **Nonpriority creditor's name and mailing address** | | **$25.00** |
|---|---|---|---|

**LAW OFFICE OF BRIAN H POLLOCK**
**44 W Flagler Street Suite 675**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number  **2539**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 2 | **Nonpriority creditor's name and mailing address** | | **$50.00** |
|---|---|---|---|

**Law Office of Brian P. Kowal, P.A.**
**7351 Wiles Road**
**Suite 103**
**Coral Springs, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number  **8270**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 3 | **Nonpriority creditor's name and mailing address** | | **$25.00** |
|---|---|---|---|

**Law Office of C.D. Townsend, PLLC**
**100 Court Street SE**
**Live Oak, FL 32064**

Date(s) debt was incurred _

Last 4 digits of account number  **0607**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 4 | **Nonpriority creditor's name and mailing address** | | **$25.00** |
|---|---|---|---|

**LAW OFFICE OF CAMELLA L**
**10144 W Indiantown Road**
**Jupiter, FL 33478**

Date(s) debt was incurred _

Last 4 digits of account number  **4663**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**
　　　　　Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.548 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Law Office of Chad Barrett Penner, P.A.**
**712 US Highway 1**
**Suite 300-7**
**North Palm Beach, FL 33408**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0139**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**LAW OFFICE OF CHEESMAN &**
**1818 S Australian Avenue**
**Suite 406**
**West Palm Beach, FL 33409**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0491**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Law Office of Chester G. McLeod**
**269 N University Drive Suite A**
**Pembroke Pines, FL 33024**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8045**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Law Office of Christian Veras, L.L.C.**
**5951 NW 173rd Drive**
**Suite 1**
**Miami, FL 33015**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0575**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Law Office of Christine Alexander, P.A.**
**9485 Sunset Drive**
**Suite A258-B**
**Miami, FL 33173**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0895**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Law Office of Christine M. Difiore, L.L.**
**14201 W Sunrise Boulevard Suite 201**
**Sunrise, FL 33323**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6749**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**
Name

Case number *(if known)*   **2:23-bk-01538**

---

**3.549
1**

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF CONRAD WILLKOMM**
**3201 Tamiami Trail N.**
**2nd Floor**
**Naples, FL 34103**

Date(s) debt was incurred _

Last 4 digits of account number  **9389**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.549
2**

**Nonpriority creditor's name and mailing address**
**Law Office of Cynthia G. Angelos, P.A.**
**P.O. Box 9163**
**Port St Lucie, FL 34985**

Date(s) debt was incurred _

Last 4 digits of account number  **7865**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.549
3**

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF D GRANT LEGGETT**
**841 Prudential Drive 12th Floor**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number  **4656**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.549
4**

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF DAHLIA A**
**P.O. Box 821315**
**Pembroke Pines, FL 33082**

Date(s) debt was incurred _

Last 4 digits of account number  **9964**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.549
5**

**Nonpriority creditor's name and mailing address**
**Law Office of Damian G. Waldman, P.A.**
**10333 Seminole Boulevard**
**Units 1&2**
**Seminole, FL 33778**

Date(s) debt was incurred _

Last 4 digits of account number  **9383**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.549
6**

**Nonpriority creditor's name and mailing address**
**Law Office of Daniel C. Perri**
**Suite 4 Eleventh Avenue Suite One**
**Shalimar, FL 32579**

Date(s) debt was incurred _

Last 4 digits of account number  **8322**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.549
7**

**Nonpriority creditor's name and mailing address**
**Law Office of Daniel Hernandez, PA**
**7900 NW 155th Street**
**Suite 104**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number  **0789**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.549 8**

**Nonpriority creditor's name and mailing address**
**Law Office of David H. Abrams**
P.O. Box 1246
Orlando, FL 32802-1246

Date(s) debt was incurred _

Last 4 digits of account number **7568**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.549 9**

**Nonpriority creditor's name and mailing address**
**Law Office of David J. Berger, P.A.**
2020 Northeast 163rd Street Suite 103
North Miami Beach, FL 33162

Date(s) debt was incurred _

Last 4 digits of account number **7703**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.550 0**

**Nonpriority creditor's name and mailing address**
**Law Office of Dawn Calache, P.A.**
3959 S Nova Road
Suite 2
Port Orange, FL 32127

Date(s) debt was incurred _

Last 4 digits of account number **0113**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.550 1**

**Nonpriority creditor's name and mailing address**
**Law Office of Devina Mistry, P.A.**
10637 North Kendall Drive
Suite 7G
Miami, FL 33176

Date(s) debt was incurred _

Last 4 digits of account number **0438**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.550 2**

**Nonpriority creditor's name and mailing address**
**Law Office of Elias R. Hilal**
12 SE 7th Street
Suite 700
Ft Lauderdale, FL 33301

Date(s) debt was incurred _

Last 4 digits of account number **6947**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.550 3**

**Nonpriority creditor's name and mailing address**
**Law Office of Elizabeth Ermel Shrode, L.**
2161 Palm Beach Lakes Boulevard Suite 31
West Palm Beach, FL 33409

Date(s) debt was incurred _

Last 4 digits of account number **7742**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.550 4**

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF ERIC D HIGHTOWER**
**2815 Cuyahoga Lane**
**West Palm Beach, FL 33409-7241**

Date(s) debt was incurred _

Last 4 digits of account number  **2482**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.550 5**

**Nonpriority creditor's name and mailing address**

**Law Office of Erik W. Emmett, P.A.**
**2401 PGA Boulevard Suite 280-K**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number  **9139**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.550 6**

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF ERNIE DUKES PA**
**3512 Laurel Mill Drive**
**Orange Park, FL 32065**

Date(s) debt was incurred _

Last 4 digits of account number  **3042**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.550 7**

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF ERWIN DIAZ-SOLIS**
**10661 N Kendall Drive**
**Suite 113**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number  **5123**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.550 8**

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF EVAN D GEORGE PA**
**4400 Northwest 23rd Avenue Suite A**
**Gainesville, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number  **5698**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.550 9**

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF EVELINA LIBHEN**
**16711 Collins Avenue Suite 1208**
**Sunny Isles, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number  **8248**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.551 0**

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF FRANKLIN FIELDS**
**311 State Road 26**
**Melrose, FL 32666**

Date(s) debt was incurred _

Last 4 digits of account number  **6318**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**
_____

| 3.551<br>1 | Nonpriority creditor's name and mailing address<br>**LAW OFFICE OF GARETH BULLOCK**<br>**5220 S University Drive Suite 106-C**<br>**Davie, FL 33328**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  **8500** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |
|---|---|---|---|
| 3.551<br>2 | Nonpriority creditor's name and mailing address<br>**Law Office of George A. Alvarez**<br>**10300 Sunset Drive Suite 140**<br>**Miami, FL 33173**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  **7472** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |
| 3.551<br>3 | Nonpriority creditor's name and mailing address<br>**LAW OFFICE OF GEX F RICHARDSON**<br>**P.O. Box 2503**<br>**Ft Lauderdale, FL 33303-2503**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  **4492** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |
| 3.551<br>4 | Nonpriority creditor's name and mailing address<br>**LAW OFFICE OF GRAZI & GIANINO**<br>**P.O. Drawer 2846**<br>**Stuart, FL 34995-2846**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  **6955** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |
| 3.551<br>5 | Nonpriority creditor's name and mailing address<br>**Law Office of Gretchen M. Ortiz**<br>**467 Lake Howell Road**<br>**Suite 201-A**<br>**Maitland, FL 32751**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  **0756** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |
| 3.551<br>6 | Nonpriority creditor's name and mailing address<br>**LAW OFFICE OF HAN-RALSTON PLLC**<br>**8907 Regents Park Drive**<br>**Suite 390**<br>**Tampa, FL 33647**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  **2053** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |

Debtor **LTGF Business Trust**

Name

Case number (if known) **2:23-bk-01538**

---

| 3.551 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**LAW OFFICE OF HEATHER G ELLIS**
**950 S Pine Island Road Suite A-150**
**Plantation, FL 33324**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2907**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Law Office of Hitesh K. Gupta**
**5340 N. Federal Highway**
**Suite 204**
**Lighthouse Point, FL 33064**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9484**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Law Office of Ian G. Bacheikov, P.A.**
**945 Pennsylvania Avenue 1st Floor**
**Miami Beach, FL 33139**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7470**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**LAW OFFICE OF IAN J NELSON**
**96 E Eau Gallie Causeway**
**Melbourne, FL 32937**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4752**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**LAW OFFICE OF J BRIAN HURT PA**
**4245 Watermill Avenue**
**Orlando, FL 32817-1378**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8596**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**LAW OFFICE OF J M PEREZ JR &**
**7975 Northwest 154th Street Suite 420**
**Hialeah, FL 33016-5849**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7605**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**LAW OFFICE OF J ROSS MACBETH**
**2543 US 27th S**
**Sebring, FL 33870**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4436**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.552 4**

**Nonpriority creditor's name and mailing address**
**Law Office of J. Bernard Chery, P.A.**
**1221 W. Colonial Drive**
**Suite 201**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number **1061**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.552 5**

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF JACK D KING**
**4870 S Orange Blossom Trail Suite 2**
**Orlando, FL 32839**

Date(s) debt was incurred _

Last 4 digits of account number **1976**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.552 6**

**Nonpriority creditor's name and mailing address**
**Law Office of James E. Favero, III, P.A.**
**1555 N. Maitland Ave.**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number **0743**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.552 7**

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF JAMIE B GREUSEL**
**1104 N. Collier Boulevard**
**Marco Island, FL 34145**

Date(s) debt was incurred _

Last 4 digits of account number **6679**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.552 8**

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF JANIS L BURKE**
**P.O. Box 2177**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred _

Last 4 digits of account number **7596**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.552 9**

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF JASON TRACEY PA**
**10299 Southern Blvd**
**#211472**
**Royal Palm Beach, FL 33421**

Date(s) debt was incurred _

Last 4 digits of account number **3945**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.5530**

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF JEFFREY A SHEER**
Law Office Of Jeffrey A Sheer P.A.
6000 Turkey Lake Road, Suite 103
Orlando, FL 32819

Date(s) debt was incurred _

Last 4 digits of account number **8520**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.5531**

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF JEFFREY M**
3400 Tamiami Trail N
Unit 203
Naples, FL 34103

Date(s) debt was incurred _

Last 4 digits of account number **0587**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.5532**

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF JERRY A RIGGS SR**
1926 Hollywood Boulevard Suite 314
Hollywood, FL 33020

Date(s) debt was incurred _

Last 4 digits of account number **6418**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.5533**

**Nonpriority creditor's name and mailing address**

**Law Office of Jerry D. Haynes, P.A.**
DBA HaynesLegal Group
9128 Strada Place,
Naples, FL 34108

Date(s) debt was incurred _

Last 4 digits of account number **0487**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.5534**

**Nonpriority creditor's name and mailing address**

**Law Office of Jocic & Koulianos, P.A.**
26 W. Orange Street
Tarpon Springs, FL 34689

Date(s) debt was incurred _

Last 4 digits of account number **0932**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.5535**

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF JOHN W MILEFF**
4811 Southwest 8th Place Condo 103
Cape Coral, FL 33914

Date(s) debt was incurred _

Last 4 digits of account number **8609**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.5536**

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF JON B COATS JR**
4055 Central Avenue
St. Petersburg, FL 33713

Date(s) debt was incurred _

Last 4 digits of account number **0018**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

| 3.553 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**LAW OFFICE OF JOSE G OLIVEIRA**
**33 E. Robinson Street**
**Suite 215**
**Orlando, FL 32801**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **6067**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.553 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|

**Law Office of Jose R. Fernandez, P.A.**
**2780 SW 87th Avenue**
**Suite 100**
**Miami, FL 33165**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **7525**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.553 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**LAW OFFICE OF JOSEPH DARA**
**906 Atlantic Avenue**
**Baldwin, NY 11510**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **5603**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.554 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**LAW OFFICE OF JOSEPH F SUCHYTA**
**1420 NE Miami Place**
**Suite 2911**
**Miami, FL 33132**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **3010**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.554 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**LAW OFFICE OF JOSEPH P**
**6274 Linton Boulevard Suite 101**
**Delray Beach, FL 33484**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **8242**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.554 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**Law Office of Julie Lewis Hauf**
**2164 W First Street Unit A**
**Ft Myers, FL 33901**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **6900**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.554
3**

**Nonpriority creditor's name and mailing address**

**Law Office of Karen A. Thompson**
**2054 Vista Parkway, Suite 400**
**West Palm Beach, FL 33441**

Date(s) debt was incurred _

Last 4 digits of account number **8713**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.554
4**

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF KAREN M BROWN PA**
**1 H Lexington Lane East**
**Palm Beach Gardens, FL 33418**

Date(s) debt was incurred _

Last 4 digits of account number **6878**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.554
5**

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF KEISHA N HARRIS**
**1844 N Nob Hill Road Suite 112**
**Plantation, FL 33322**

Date(s) debt was incurred _

Last 4 digits of account number **0539**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.554
6**

**Nonpriority creditor's name and mailing address**

**Law Office of Kelly Kobielush**
**1010 E Adams Street Suite 134**
**Jacksonville, FL 32202**

Date(s) debt was incurred _

Last 4 digits of account number **9762**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.554
7**

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF KENYA C BRADSHAW**
**P.O. Box 15315**
**Plantation, FL 33318**

Date(s) debt was incurred _

Last 4 digits of account number **0420**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.554
8**

**Nonpriority creditor's name and mailing address**

**Law Office of Kolleen C. Bannon, LLC**
**4440 PGA Boulevard**
**Suite 600**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number **0934**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.554
9**

**Nonpriority creditor's name and mailing address**

**Law Office of Kyle Felty, P.A.**
**725 N. Highway A1A**
**Suite C112**
**Jupiter, FL 33477**

Date(s) debt was incurred _

Last 4 digits of account number **9845**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor  **LTGF Business Trust**
Name

Case number (if known)  **2:23-bk-01538**

| 3.555 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**3.555 0**

Nonpriority creditor's name and mailing address
**LAW OFFICE OF LASHAWN STRACHAN**
**5118 N. 56th Street**
**Suite 102**
**Tampa, FL 33610**

Date(s) debt was incurred _

Last 4 digits of account number  **0086**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.555 1**

Nonpriority creditor's name and mailing address
**Law Office of Latarsha Brown, P.A.**
**401 E Jackson Street**
**Suite 2340**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number  **0403**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.555 2**

Nonpriority creditor's name and mailing address
**LAW OFFICE OF LAWRENCE LEVY PA**
**12781 Miramar Parkway Suite 203**
**Miramar, FL 33027**

Date(s) debt was incurred _

Last 4 digits of account number  **1633**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.555 3**

Nonpriority creditor's name and mailing address
**LAW OFFICE OF LELAND H TALCOTT**
**2000 N. Dixie Highway**
**Suite 201**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **6181**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.555 4**

Nonpriority creditor's name and mailing address
**Law Office of Lisette M. Blanco, P.A.**
**7900 NW 155 Street**
**Unit 101**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number  **8007**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.555 5**

Nonpriority creditor's name and mailing address
**LAW OFFICE OF LISSETTE A**
**14850 SW 26th Street**
**Suite 204**
**Miami, FL 33185**

Date(s) debt was incurred _

Last 4 digits of account number  **6091**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.555 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **Law Office of Luettich & Knight** | ■ Contingent | |
| **9b Florida Park Drive** | ☐ Unliquidated | |
| **Palm Coast, FL 32137** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **8040** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.555 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **Law Office of Mallorye Cunningham, P.A.** | ■ Contingent | |
| **1645 Palm Beach Lakes Boulevard** | ☐ Unliquidated | |
| **Suite 1200** | ☐ Disputed | |
| **West Palm Beach, FL 33401** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **0905** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.555 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **LAW OFFICE OF MARC S TEPLITZ** | ■ Contingent | |
| **525 SW Camden Avenue** | ☐ Unliquidated | |
| **Stuart, FL 34994** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **9054** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.555 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
| **LAW OFFICE OF MARK A DIENSTAG** | ■ Contingent | |
| **4000 Ponce De Leon Boulevard Suite 470** | ☐ Unliquidated | |
| **Coral Gables, FL 33146-1432** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **2673** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.556 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **Law Office of Marsha Berry, Esq.** | ■ Contingent | |
| **20200 West Dixie Highway** | ☐ Unliquidated | |
| **Suite 902** | ☐ Disputed | |
| **Aventura, FL 33180** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **6840** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.556 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **Law Office of Matthew Rheingans, P.A.** | ■ Contingent | |
| **1314 E Venice Avenue Suite E** | ☐ Unliquidated | |
| **Venice, FL 34285** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **6852** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.556 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **LAW OFFICE OF MELISSA A FERRIS** | ■ Contingent | |
| **1402 Edgewater Drive** | ☐ Unliquidated | |
| **Orlando, FL 32804-6353** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **2494** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

| 3.556 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Law Office of Michael S. Gross, P.A.**
7284 W. Palmetto Park Road
Suite 101
Boca Raton, FL 33433-3406

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **9702**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.556 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Law Office of Michelle Mejia, PLLC**
66 W. Flagler Street
9th Floor
Miami, FL 33130

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **0997**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.556 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Law Office of Nicole Testa Mehdipour, PA**
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **0778**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.556 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFICE OF NORMAN C POWELL**
1666 J.F. Kennedy Causeway
Suite 420
North Bay Village, FL 33141

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **8762**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.556 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFICE OF PABLO E LENSE**
901 Ponce De Leon Boulevard Suite 305
Coral Gables, FL 33134

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **7389**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.556 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Law Office of Patricia Lynch Franklin, P**
1570 Lakeview Drive
Suite 1
Sebring, FL 33870

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **1057**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.5569**

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF PAUL L KUTCHER**
Laviva Plaza
902 W Lumsden Road Suite 109
Brandon, FL 33511

**Date(s) debt was incurred** _

**Last 4 digits of account number  4440**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.5570**

**Nonpriority creditor's name and mailing address**

**Law Office of Paul R. Pearcy, P.A.**
7700 N. Kendall Drive
Suite 412
Miami, FL 33156

**Date(s) debt was incurred** _

**Last 4 digits of account number  9794**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.5571**

**Nonpriority creditor's name and mailing address**

**Law Office of Paul W. Hunn, P.C.**
440 Louisiana Suite 900
Houston, TX 77002

**Date(s) debt was incurred** _

**Last 4 digits of account number  7908**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.5572**

**Nonpriority creditor's name and mailing address**

**Law Office of Peggy Urbaneja, P.A.**
7401 Wiles Road Suite 244
Coral Springs, FL 33067

**Date(s) debt was incurred** _

**Last 4 digits of account number  9290**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.5573**

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF PELAYO DURAN PA**
4640 NW 7th Street
1st Floor
Miami, FL 33126

**Date(s) debt was incurred** _

**Last 4 digits of account number  4405**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.5574**

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF PETER MAYAS**
2784 Southwest 129th Terrace
Miramar, FL 33027-3852

**Date(s) debt was incurred** _

**Last 4 digits of account number  9212**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.557 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**LAW OFFICE OF PETER PREVITI**
**Sunset Business Plaza**
**5825 Sunset Drive, Suite 210**
**South Miami, FL 33143-5222**

Date(s) debt was incurred _

Last 4 digits of account number **6157**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.557 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**LAW OFFICE OF PHILIP S KAPROW**
**1318 Town Plaza Court**
**Winter Springs, FL 32708**

Date(s) debt was incurred _

Last 4 digits of account number **6578**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.557 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Law Office of R.H. Singletary, P.A.**
**1808 N Morgan Street Suite A**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number **8823**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.557 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Law Office of Rafael De Araujo, P.A.**
**1221 Brickell Avenue**
**Suite 900**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **8256**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.557 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**LAW OFFICE OF RAMON RUBIO LLC**
**950 S Pine Island Road Southeast 150-A**
**Plantation, FL 33329**

Date(s) debt was incurred _

Last 4 digits of account number **9680**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.558 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Law Office of Ray Benjamin Kiekel**
**4627 Summer Oak Avenue E Suite 1014**
**Sarasota, FL 34243**

Date(s) debt was incurred _

Last 4 digits of account number **9273**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.558 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFICE OF RAY GARCIA PA**
**14850 SW 26th Street**
**Suite 204**
**Miami, FL 33185-5931**

Date(s) debt was incurred _

Last 4 digits of account number **5907**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.558 2**

Nonpriority creditor's name and mailing address

**LAW OFFICE OF REBECCA I**
P.O. Box 651838
Miami, FL 33265-1838

Date(s) debt was incurred  _

Last 4 digits of account number  **0047**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.558 3**

Nonpriority creditor's name and mailing address

**LAW OFFICE OF RENAE MELTZER**
5045 Southwest 7th Terrace
Miami, FL 33143-6003

Date(s) debt was incurred  _

Last 4 digits of account number  **7564**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.558 4**

Nonpriority creditor's name and mailing address

**LAW OFFICE OF REVECCA L A WOOD**
Brashear Marsh & Associates PL
926 Northwest 13th Street
Gainesville, FL 32601-4140

Date(s) debt was incurred  _

Last 4 digits of account number  **6824**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.558 5**

Nonpriority creditor's name and mailing address

**LAW OFFICE OF RIMA C BARDAWIL**
18520 Northwest 67th Avenue Suite 207
Miami, FL 33015

Date(s) debt was incurred  _

Last 4 digits of account number  **2658**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.558 6**

Nonpriority creditor's name and mailing address

**Law Office of Robert S. Walton, PL**
1304 S De Soto Avenue Suite 307
Tampa, FL 33606

Date(s) debt was incurred  _

Last 4 digits of account number  **7979**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.558 7**

Nonpriority creditor's name and mailing address

**Law Office of Roxana De Los Reyes, P.A.**
2525 Ponce De Leon Boulevard
Suite 300
Coral Gables, FL 33134

Date(s) debt was incurred  _

Last 4 digits of account number  **9652**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| | |
|---|---|
| 3.5588 | |

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF RUDOLPH GRIFFITH**
**19755 Southwest 134th Court**
**Miami, FL 33177**

Date(s) debt was incurred _

Last 4 digits of account number  **4449**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| | |
|---|---|
| 3.5589 | |

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF S N CODNER PL**
**P.O. Box 260443**
**Pembroke Pines, FL 33026**

Date(s) debt was incurred _

Last 4 digits of account number  **5886**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| | |
|---|---|
| 3.5590 | |

**Nonpriority creditor's name and mailing address**

**Law Office of Sam Gonas, P.A.**
**2655 Le Jeune Road**
**Suite 805**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **0875**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| | |
|---|---|
| 3.5591 | |

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF SAUNDERS &**
**7232 W. Sand Lake Road**
**Suite 202**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number  **2069**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| | |
|---|---|
| 3.5592 | |

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF SEAN BOGLE**
**P.O. Box 151358**
**Altamonte Springs, FL 32715**

Date(s) debt was incurred _

Last 4 digits of account number  **6566**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| | |
|---|---|
| 3.5593 | |

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF SHEELEN G KHAN**
**13499 Biscayne Boulevard Suite T-3**
**North Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number  **6198**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| | |
|---|---|
| 3.5594 | |

**Nonpriority creditor's name and mailing address**

**LAW OFFICE OF SHERNA SPENCER**
**4500 W Oakland Park Boulevard**
**Lauderdale Lakes, FL 33313**

Date(s) debt was incurred _

Last 4 digits of account number  **9161**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**
_____

| 3.559 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFICE OF SIAM JOSEPH PA**
P.O. Box 22837
West Palm Beach, FL 33416-2837

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0040**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Law Office of Stephany S. Garcia, P.A.**
8333 NW 53rd Street
Suite 450
Miami, FL 33166

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1046**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Law Office of Steven M. Willner, P.A.**
6115 Stirling Road Suite 216
Davie, FL 33314

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7121**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Law Office of T. Findlay Stokes, P.A.**
DBA Findlay Stokes Law Firm
8551 W. Sunrise Blvd., Suite 101-A
Plantation, FL 33322

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9248**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFICE OF TAMI A PHILLIPS**
6412 N University Drive Suite 124
Tamarac, FL 33321

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6695**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFICE OF TANYA T WILLIAMS**
7411 Northwest 186th Street
Hialeah, FL 33015-3005

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8143**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.560**
**1**

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF THOMAS R HALES**
**9724 N Armenia Avenue Suite 200**
**Tampa, FL 33612-7550**

Date(s) debt was incurred _

Last 4 digits of account number **9746**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.560**
**2**

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF TIFFANY S CRAIG**
**P.O. Box 310048**
**Tampa, FL 33680-0048**

Date(s) debt was incurred _

Last 4 digits of account number **2720**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.560**
**3**

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF TODD PERKINS**
**6815 14th Street W Suite 105**
**Bradenton, FL 34207**

Date(s) debt was incurred _

Last 4 digits of account number **2718**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.560**
**4**

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF TONY E MIZELLE**
**P.O. Box 5248**
**Lighthouse Point, FL 33074**

Date(s) debt was incurred _

Last 4 digits of account number **0483**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.560**
**5**

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF TRACEY L REDD**
**2551 4th Street**
**Ft Myers, FL 33901-2507**

Date(s) debt was incurred _

Last 4 digits of account number **7472**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.560**
**6**

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF TROY NADER**
**5050 67th Street 1 Floor**
**Woodside, NY 11377-7548**

Date(s) debt was incurred _

Last 4 digits of account number **2551**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.560**
**7**

**Nonpriority creditor's name and mailing address**
**Law Office of Valeria Schvartzman, P.A.**
**2999 NE 191st Street**
**Suite 402**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number **7571**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor   **LTGF Business Trust**
_____
Name                                                   Case number (*if known*)   **2:23-bk-01538**

| 3.560 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**LAW OFFICE OF VALESKA CHACON**
**1529 Southwest First Street**
**Miami, FL 33135**

Date(s) debt was incurred _

Last 4 digits of account number  **1624**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Law Office of Vanessa Gonzalez -Vinas, P**
**Park Plaza**
**8900 Southwest 117 Avenue Suite B-201**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number  **7307**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**LAW OFFICE OF WESLEY R DOUGLAS**
**P.O. Box 550**
**Lake City, FL 32056-0550**

Date(s) debt was incurred _

Last 4 digits of account number  **2344**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**LAW OFFICE OF WILLIAM GALARZA**
**5602 Marquesas Circle Suite 210**
**Sarasota, FL 34233-3359**

Date(s) debt was incurred _

Last 4 digits of account number  **1967**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Law Office of William M. Bustamante, Att**
**2655 S. LeJeune Road**
**Suite 531**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **5611**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Law Office of Yoni Markhoff, P.A.**
**1835 Northeast Miami Gardens Drive Suite**
**North Miami Beach, FL 33179**

Date(s) debt was incurred _

Last 4 digits of account number  **8829**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.561 4**

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF ZACHARY ZURICH**
**9600 Northwest 25th Street Ph**
**Doral, FL 33172**

Date(s) debt was incurred  _

Last 4 digits of account number  **7175**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.561 5**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF**
**19390 Collins Avenue**
**Suite B3**
**Sunny Isles, FL 33160**

Date(s) debt was incurred  _

Last 4 digits of account number  **6081**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.561 6**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF**
**P.O. Box 2121**
**Oldsmar, FL 34677**

Date(s) debt was incurred  _

Last 4 digits of account number  **5771**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.561 7**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF**
**514 Colorado Avenue**
**Stuart, FL 34994**

Date(s) debt was incurred  _

Last 4 digits of account number  **2362**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.561 8**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF**
**16401 Northwest 2nd Avenue Suite 102**
**North Miami Beach, FL 33169**

Date(s) debt was incurred  _

Last 4 digits of account number  **2212**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.561 9**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF**
**11900 Biscayne Boulevard Suite 262**
**North Miami, FL 33181**

Date(s) debt was incurred  _

Last 4 digits of account number  **9075**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.562 0**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF**
**90 Southwest 8th Street Suite 211**
**Miami, FL 33130**

Date(s) debt was incurred  _

Last 4 digits of account number  **8933**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor    **LTGF Business Trust**                                         Case number (*if known*)    **2:23-bk-01538**
_____
Name

| | | |
|---|---|---|
| **3.562 1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.562 1**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF**
**1999 W Colonial Drive Suite 204**
**Orlando, FL 32804**

Date(s) debt was incurred  _

Last 4 digits of account number  **8803**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Member**__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.562 2**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF**
**633 SE 3RD AVE STE 202**
**FT LAUDERDALE, FL 33301-3151**

Date(s) debt was incurred  _

Last 4 digits of account number  **8126**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Member**__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.562 3**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF**
**3349 N University Drive Suite 6**
**Hollywood, FL 33024**

Date(s) debt was incurred  _

Last 4 digits of account number  **7795**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Member**__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.562 4**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF**
**7600 W 20th Avenue Suite 220**
**Hialeah, FL 33016**

Date(s) debt was incurred  _

Last 4 digits of account number  **7479**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Member**__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.562 5**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF**
**2277 Main Street**
**Ft Myers, FL 33901**

Date(s) debt was incurred  _

Last 4 digits of account number  **7248**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Member**__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.562 6**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF**
**4780 Davie Road Suite 101**
**Ft Lauderdale, FL 33314-4426**

Date(s) debt was incurred  _

Last 4 digits of account number  **6507**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Member**__

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor  **LTGF Business Trust**                                    Case number (if known)  **2:23-bk-01538**
          Name

---

**3.562 7**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
| **LAW OFFICES OF** | ☑ Contingent | |
| **7600 W 20th Avenue Suite 220** | ☐ Unliquidated | |
| **Hialeah, FL 33016** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **3739** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.562 8**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
| **LAW OFFICES OF** | ☑ Contingent | |
| **6701 Sunset Drive Suite 104** | ☐ Unliquidated | |
| **Miami, FL 33143** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **2634** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.562 9**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
| **LAW OFFICES OF** | ☑ Contingent | |
| **7410 Southwest 130th Avenue** | ☐ Unliquidated | |
| **Miami, FL 33183-3458** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **7807** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.563 0**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
| **LAW OFFICES OF** | ☑ Contingent | |
| **5700 Northwest 2nd Avenue Apt 310** | ☐ Unliquidated | |
| **Boca Raton, FL 33487-3878** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **4835** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.563 1**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
| **LAW OFFICES OF** | ☑ Contingent | |
| **2151 S. Le Jeune Road** | ☐ Unliquidated | |
| **Suite 204** | ☐ Disputed | |
| **Coral Gables, FL 33134** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **6506** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.563 2**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
| **LAW OFFICES OF** | ☑ Contingent | |
| **9204 King Palm Drive** | ☐ Unliquidated | |
| **Tampa, FL 33619-1328** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **7131** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.563 3**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
| **LAW OFFICES OF** | ☑ Contingent | |
| **2744 E. Commercial Blvd** | ☐ Unliquidated | |
| **Ft Lauderdale, FL 33308** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **5899** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.563 4**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF**
**701 Market Street**
**Unit 109**
**St Augustine, FL 32095**

Date(s) debt was incurred _

Last 4 digits of account number **8978**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$175.00

---

**3.563 5**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF**
**P.O. Drawer 7323**
**Winter Haven, FL 33883-7323**

Date(s) debt was incurred _

Last 4 digits of account number **8008**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$250.00

---

**3.563 6**

**Nonpriority creditor's name and mailing address**
**Law Offices of Adelina Ruiz, PA**
**800 Village Square Crossing**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number **0843**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.563 7**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF AGNES CHAU PA**
**5114 W. Colonial Drive**
**Orlando, FL 32808**

Date(s) debt was incurred _

Last 4 digits of account number **8338**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.563 8**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF ALEXANDER B**
**12620-3 Beach Boulevard Suite 314**
**Jacksonville, FL 32246**

Date(s) debt was incurred _

Last 4 digits of account number **5847**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.563 9**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF ALICE B NEWMAN**
**2255 Glades Road**
**Suite 324**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **5893**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.564 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**LAW OFFICES OF ANGELA BUCCI**
**2600 N Andrews Avenue**
**Wilton Manors, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number  **8317**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.564 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Law Offices of Angelina Namia, PLLC**
**1530 W. Boynton Beach Boulevard**
**Unit 3361**
**Boynton Beach, FL 33424**

Date(s) debt was incurred _

Last 4 digits of account number  **9961**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.564 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Law Offices of Annakaye Williams, P.A.**
**888 Kingman Road**
**Homestead, FL 33035**

Date(s) debt was incurred _

Last 4 digits of account number  **6894**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.564 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Law Offices of Annette Lopez, P.A.**
**100 Almeria Avenue**
**Suite 204**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **8315**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.564 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**LAW OFFICES OF ARIEL POPLACK**
**900 S State Road 7**
**Plantation, FL 33317**

Date(s) debt was incurred _

Last 4 digits of account number  **4936**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.564 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**LAW OFFICES OF BORNSTEIN &**
**2138 Hollywood Boulevard**
**Hollywood, FL 33020-6716**

Date(s) debt was incurred _

Last 4 digits of account number  **6876**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.564 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**LAW OFFICES OF BRENDA COX**
**7000 W. Palmetto Park Road**
**Suite 210**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number  **9757**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

| | |
|---|---|
| **3.564 7** | |

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF CARRILLO &**
**1313 Ponce de Leon Boulevard**
**Suite 300**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **9847**

**As of the petition filing date, the claim is:** *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.564 8** | |

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF CARY SABOL**
**P.O. Box 15981**
**West Palm Beach, FL 33416**

Date(s) debt was incurred _

Last 4 digits of account number **0266**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.564 9** | |

**Nonpriority creditor's name and mailing address**
**Law Offices of Champagne & Surin, P.A.**
**480 Northeast 13th Street**
**Ft Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number **7968**

**As of the petition filing date, the claim is:** *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.565 0** | |

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF CHRIS B FISHER**
**One Financial Plaza Suite 2111**
**Ft Lauderdale, FL 33394**

Date(s) debt was incurred _

Last 4 digits of account number **7885**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.565 1** | |

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF CLINTON**
**305 Sixth Street**
**Port Saint Joe, FL 32456**

Date(s) debt was incurred _

Last 4 digits of account number **9272**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.565 2** | |

**Nonpriority creditor's name and mailing address**
**Law Offices of Daren Rubenfeld, P.A.**
**247-A Worth Avenue**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number **9059**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.565 3**

**Nonpriority creditor's name and mailing address**
**Law Offices of David H. Trevett, PL**
**6900 Tavistock Lakes Blvd.**
**Suite 400**
**Orlando, FL 32827**

Date(s) debt was incurred _

Last 4 digits of account number  **8171**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.565 4**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF DAVID J STERN**
**900 S Pine Island Road Suite A-150**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **8997**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$550.00**

---

**3.565 5**

**Nonpriority creditor's name and mailing address**
**Law Offices of David S. Cohen, L.C.**
**5728 Major Boulevard**
**Suite 550**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number  **8423**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.565 6**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF DEBORAH ROSE**
**P.O. Box 101**
**Valrico, FL 33595-0101**

Date(s) debt was incurred _

Last 4 digits of account number  **7779**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.565 7**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF DIANA D CARLI**
**4012 Commons Drive W Unit 104**
**Destin, FL 32541**

Date(s) debt was incurred _

Last 4 digits of account number  **1521**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.565 8**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF DIANE GORDON**
**2699 Stirling Road**
**Suite C-301**
**Ft Lauderdale, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number  **6449**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

Debtor  **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.565 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**LAW OFFICES OF ELIZABETH J**
**7700 N. Kendall Drive**
**Suite 702**
**Miami, FL 33156**

Date(s) debt was incurred _
Last 4 digits of account number  **2195**

**As of the petition filing date, the claim is:** *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**LAW OFFICES OF EMANUEL S**
**2 Northeast 40th Street Suite 403**
**Miami, FL 33137**

Date(s) debt was incurred _
Last 4 digits of account number  **9535**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**LAW OFFICES OF ERIC ALLEN PA**
**620 Robin Road**
**Lakeland, FL 33803-4841**

Date(s) debt was incurred _
Last 4 digits of account number  **4860**

**As of the petition filing date, the claim is:** *Check all that apply.*

$75.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**LAW OFFICES OF ERIC T MAGOON**
**1031 Ives Dairy Road Suite 228**
**North Miami Beach, FL 33179**

Date(s) debt was incurred _
Last 4 digits of account number  **2270**

**As of the petition filing date, the claim is:** *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Law Offices of Evan Fish, P.A.**
**1401 Sawgrass Corporate Pkwy**
**Sunrise, FL 33323**

Date(s) debt was incurred _
Last 4 digits of account number  **0847**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**LAW OFFICES OF FRED MOLDOVAN**
**999 Ponce De Leon Boulevard Suite 500**
**Coral Gables, FL 33134**

Date(s) debt was incurred _
Last 4 digits of account number  **9086**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**LAW OFFICES OF GABRIELLE**
**4613 N University Drive Suite 55801**
**Coral Springs, FL 33067-4602**

Date(s) debt was incurred _
Last 4 digits of account number  **6912**

**As of the petition filing date, the claim is:** *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.566 6**

Nonpriority creditor's name and mailing address
**Law Offices of Geoffrey Gilbert, P.A.**
**433 Plaza Real Suite 275**
**Boca Raton, FL 33432**

Date(s) debt was incurred  _

Last 4 digits of account number  **8298**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.566 7**

Nonpriority creditor's name and mailing address
**Law Offices of Greg Jean-Denis**
**2955 Pineda Plaza Way Suite 125**
**Melbourne, FL 32940**

Date(s) debt was incurred  _

Last 4 digits of account number  **7003**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.566 8**

Nonpriority creditor's name and mailing address
**LAW OFFICES OF GREG ROSS**
**311 Southeast 10th Court**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred  _

Last 4 digits of account number  **7442**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.566 9**

Nonpriority creditor's name and mailing address
**LAW OFFICES OF HAYLEY B**
**10850 S Federal Highway**
**Port St Lucie, FL 34952**

Date(s) debt was incurred  _

Last 4 digits of account number  **2811**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.567 0**

Nonpriority creditor's name and mailing address
**Law Offices of Hector Garcia, P.A.**
**5080 E 4th Avenue**
**Hialeah, FL 33013**

Date(s) debt was incurred  _

Last 4 digits of account number  **8495**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.567 1**

Nonpriority creditor's name and mailing address
**LAW OFFICES OF IAN AIRD &**
**7850 Northwest 146th Street Suite 419**
**Miami Lakes, FL 33016**

Date(s) debt was incurred  _

Last 4 digits of account number  **7110**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.567 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFICES OF ILIANA FORTE PA**
3211 Ponce De Leon Boulevard Suite 200
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **6391**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.567 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFICES OF J ULISES HERRAN**
2655 S Lejeune Road 5th Floor
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **7144**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.567 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFICES OF JACQUELINE M**
9600 Northwest 38th Street Suite 301
Doral, FL 33178

Date(s) debt was incurred _

Last 4 digits of account number  **0411**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.567 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Law Offices of Jake Miller, L.L.C.**
12550 Biscayne Boulevard Suite 800
Miami, FL 33181

Date(s) debt was incurred _

Last 4 digits of account number  **6492**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.567 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Law Offices of James Doddo, P.A.**
255 Alhambra Circle
Suite 925
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **0710**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.567 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFICES OF JAMES W COLLINS**
7273 Bee Ridge Road
Sarasota, FL 34241

Date(s) debt was incurred _

Last 4 digits of account number  **0148**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.567 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFICES OF JARED QUARTELL**
840 US Highway 1
Suite 330
North Palm Beach, FL 33408

Date(s) debt was incurred _

Last 4 digits of account number  **8367**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

**3.5679**

Nonpriority creditor's name and mailing address
**Law Offices of Jarrett R. Williams, P.A.**
**JRW Law**
**401 E. Las Olas Boulevard, Suite 1400**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **8431**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.5680**

Nonpriority creditor's name and mailing address
**Law Offices of Jeffrey A. Herzog, P.A.**
**3106 ALT US Route 19**
**Palm Harbor, FL 34683**

Date(s) debt was incurred _

Last 4 digits of account number  **0525**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.5681**

Nonpriority creditor's name and mailing address
**LAW OFFICES OF JENNIFER D LEAL**
**3676 SW 2nd Street**
**Miami, FL 33135**

Date(s) debt was incurred _

Last 4 digits of account number  **9012**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.5682**

Nonpriority creditor's name and mailing address
**LAW OFFICES OF JEREMY M**
**4400 N Federal Highway Suite 307**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **6420**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.5683**

Nonpriority creditor's name and mailing address
**LAW OFFICES OF JOAN MORRISON**
**9900 Sterling Road Suite 205**
**Cooper City, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number  **1836**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.5684**

Nonpriority creditor's name and mailing address
**LAW OFFICES OF JOHN E BROWN PA**
**6150 SR 70 East**
**Bradenton, FL 34203**

Date(s) debt was incurred _

Last 4 digits of account number  **0232**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.568
5**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF JOHN F COLOWICH**
**225 Main Street Suite 7c**
**Destin, FL 32541**

Date(s) debt was incurred _

Last 4 digits of account number **5820**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.568
6**

**Nonpriority creditor's name and mailing address**
**Law Offices of John P.R. Washington, II,**
**1014 N. Adams Street**
**Tallahassee, FL 32303**

Date(s) debt was incurred _

Last 4 digits of account number **0539**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.568
7**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF JORGE L FLORES**
**7700 N Kendall Drive Suite 701**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **2031**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.568
8**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF JOSE C MARRERO**
**1200 Brickell Avenue Suite 505**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **6874**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.568
9**

**Nonpriority creditor's name and mailing address**
**Law Offices of Josh D. Shocklee**
**6515 Central Avenue**
**St Petersburg, FL 33710**

Date(s) debt was incurred _

Last 4 digits of account number **8341**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.569
0**

**Nonpriority creditor's name and mailing address**
**Law Offices of Justin M. Brick, P.L.L.C.**
**310 Almond Street**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number **9311**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.569
1**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF KAREN COHEN**
**1920 E Hallandale Beach Boulevard**
**Hallandale, FL 33009-4722**

Date(s) debt was incurred _

Last 4 digits of account number **2281**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.569 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFFICES OF KATHLEEN M**
**351 S Cypress Road Suite 404b**
**Pompano Beach, FL 33060**

Date(s) debt was incurred  _

Last 4 digits of account number  **6050**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

**$25.00**

---

| 3.569 3 | Nonpriority creditor's name and mailing address |
|---|---|

**LAW OFFICES OF KATRINA D ROLLE**
**215 Delta Court**
**Tallahassee, FL 32303**

Date(s) debt was incurred  _

Last 4 digits of account number  **2199**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

**$25.00**

---

| 3.569 4 | Nonpriority creditor's name and mailing address |
|---|---|

**LAW OFFICES OF KIMBERLY A**
**3858 Sheridan Street**
**Hollywood, FL 33021**

Date(s) debt was incurred  _

Last 4 digits of account number  **6996**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

**$25.00**

---

| 3.569 5 | Nonpriority creditor's name and mailing address |
|---|---|

**LAW OFFICES OF KRAVITZ &**
**801 Brickell Bay Drive**
**Box 18**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **4283**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

**$50.00**

---

| 3.569 6 | Nonpriority creditor's name and mailing address |
|---|---|

**LAW OFFICES OF LARRY E BRAY PA**
**2500 Quantum Lakes Drive 203-401**
**Boynton Beach, FL 33426**

Date(s) debt was incurred  _

Last 4 digits of account number  **8477**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

**$25.00**

---

| 3.569 7 | Nonpriority creditor's name and mailing address |
|---|---|

**Law Offices of Lisa L. Daniels, P.A.**
**902 Clint Moore Road**
**Suite 120**
**Boca Raton, FL 33487**

Date(s) debt was incurred  _

Last 4 digits of account number  **8726**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.569 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAW OFFICES OF LUIS G MUSA**
**4160 W 16th Avenue Suite 402**
**Hialeah, FL 33012**

Date(s) debt was incurred _

Last 4 digits of account number  **0353**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 9 |

**LAW OFFICES OF LYDIA M GADD**
**P.O. Box 172**
**Angel Fire, NM 87710**

Date(s) debt was incurred _

Last 4 digits of account number  **6252**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.570 0 |

**LAW OFFICES OF M LEVY PA**
**11645 Biscayne Boulevard Suite 305d**
**Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number  **2660**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.570 1 |

**LAW OFFICES OF MARC H COHEN PA**
**2200 S Dixie Highway Suite 702-A**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number  **2029**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.570 2 |

**LAW OFFICES OF MARGARITA PEREZ**
**5001 SW 74th Court**
**Suite 104**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number  **9254**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.570 3 |

**LAW OFFICES OF MARIE G VITAL**
**471 Ives Dairy Road Apt C-102**
**Miami, FL 33179-5419**

Date(s) debt was incurred _

Last 4 digits of account number  **2856**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.570 4 |

**Law Offices of Mark T. Stern, P.A.**
**4326 E. Tradewinds Avenue**
**Lauderdale By The Sea, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **9808**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.570 5**

Nonpriority creditor's name and mailing address
**Law Offices of Marlon K. A. Bennett, P.A**
**12555 Orange Drive**
**Davie, FL 33330-4304**

Date(s) debt was incurred _

Last 4 digits of account number **9240**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.570 6**

Nonpriority creditor's name and mailing address
**LAW OFFICES OF MARTY DAVIS PA**
**609 Northeast 127th Street**
**North Miami, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number **5985**

As of the petition filing date, the claim is: *Check all that apply.*

**$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.570 7**

Nonpriority creditor's name and mailing address
**LAW OFFICES OF MATTHEW**
**2449 Southeast 8th Court**
**Pompano Beach, FL 33062**

Date(s) debt was incurred _

Last 4 digits of account number **8290**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.570 8**

Nonpriority creditor's name and mailing address
**Law Offices of Matthew Cain, P.L.L.C.**
**919 N. Birch Road**
**Ft Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number **6827**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.570 9**

Nonpriority creditor's name and mailing address
**LAW OFFICES OF MAYRA TRINCHET**
**486 Palm Avenue**
**Hialeah, FL 33010-4718**

Date(s) debt was incurred _

Last 4 digits of account number **7989**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.571 0**

Nonpriority creditor's name and mailing address
**Law Offices of Melka M. Perez, P.A.**
**7400 SW 157 Terrace**
**Palmetto Bay, FL 33157**

Date(s) debt was incurred _

Last 4 digits of account number **0820**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|------------------------|------------------------|-------------------|
| | Name | | |

---

**3.571**
**1**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF MICHAEL RAYNE**
P.O. Box 13181
Mexico Beach, FL 32410-3181

Date(s) debt was incurred _

Last 4 digits of account number  **0444**

As of the petition filing date, the claim is: *Check all that apply.*                                 **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.571**
**2**

**Nonpriority creditor's name and mailing address**
**Law Offices of Michael W. Davey, P.L.L.C**
50 W Mashta Drive
Suite 4
Key Biscayne, FL 33149

Date(s) debt was incurred _

Last 4 digits of account number  **6716**

As of the petition filing date, the claim is: *Check all that apply.*                                 **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.571**
**3**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF MIGUEL PARLADE**
15715 S Dixie Highway Suite 405
Miami, FL 33157

Date(s) debt was incurred _

Last 4 digits of account number  **0583**

As of the petition filing date, the claim is: *Check all that apply.*                                 **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.571**
**4**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF MILLER & WU PL**
802 E Colonial Drive
Orlando, FL 32803

Date(s) debt was incurred _

Last 4 digits of account number  **3915**

As of the petition filing date, the claim is: *Check all that apply.*                                 **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.571**
**5**

**Nonpriority creditor's name and mailing address**
**Law Offices of Monica Amor, P.A.**
Invalid Address
Miami, FL 33126

Date(s) debt was incurred _

Last 4 digits of account number  **7806**

As of the petition filing date, the claim is: *Check all that apply.*                                 **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.571**
**6**

**Nonpriority creditor's name and mailing address**
**Law Offices of Nicholas G. Sadaka, P.A.**
8551 W. Sunrise Boulevard
Suite 102
Plantation, FL 33322

Date(s) debt was incurred _

Last 4 digits of account number  **4580**

As of the petition filing date, the claim is: *Check all that apply.*                                 **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.571**
**7**

**Nonpriority creditor's name and mailing address**
**Law Offices of Nora G. Chirinos, P.L.L.C**
1801 NE 123 Street
Suite 314
Miami, FL 33181

Date(s) debt was incurred _

Last 4 digits of account number  **9827**

As of the petition filing date, the claim is: *Check all that apply.*                                 **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**                                    Case number (if known)   **2:23-bk-01538**
_____
Name

| 3.571 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**LAW OFFICES OF NORMAN S WEIDER**
**200 S Biscayne Boulevard**
**6th Floor**
**Miami, FL 33131**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7230**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.571 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LAW OFFICES OF OLGA E PARRA**
**1010 Scarlet Oak Street**
**Hollywood, FL 33019**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5727**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.572 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Law Offices of Omaida Delgado, P.A.**
**P.O. Box 823835**
**Pembroke Pines, FL 33082-3835**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7858**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.572 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Law Offices of Oscar J. Rodriguez, P.A.**
**3850 Bird Road**
**Suite 903**
**Miami, FL 33146**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7956**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.572 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Law Offices of Patrick M. Stevens, P.A.**
**5701 Overseas Highway**
**Suite 1**
**Marathon, FL 33050**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8413**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.572 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Law Offices of Paul Agbeyegbe**
**1031 Ives Dairy Road**
**Building 4, Suite 228**
**Miami, FL 33179**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0079**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.572
4**

**Nonpriority creditor's name and mailing address**
**Law Offices of Peter S. Heller, P.A.**
**9100 S Dadeland Boulevard**
**Suite 903**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **0338**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.572
5**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF PHILIP H FORBES**
**11382 Prosperity Farms Road Suite 227**
**Palm Beach Gardens, FL 33410-3463**

Date(s) debt was incurred _

Last 4 digits of account number  **1610**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.572
6**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF REVA M BROWN**
**4498 Carlton Golf Drive**
**Welington, FL 33449**

Date(s) debt was incurred _

Last 4 digits of account number  **4521**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.572
7**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF REYES &**
**13876 Southwest 56th Street Suite 115**
**Miami, FL 33175**

Date(s) debt was incurred _

Last 4 digits of account number  **2119**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.572
8**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF RICHARDS &**
**7920 Northwest 6th Street Suite 205**
**Pembroke Pines, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number  **0358**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.572
9**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF ROBERT J RIGGIO**
**400 S. Palmetto Avenue**
**Daytona Beach, FL 32114**

Date(s) debt was incurred _

Last 4 digits of account number  **5639**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.573
0**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF ROBERT W SEGUR**
**1460 S McCall Road Suite 2-E**
**Englewood, FL 34223**

Date(s) debt was incurred _

Last 4 digits of account number  **2395**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

Debtor **LTGF Business Trust** _____ Case number (*if known*) **2:23-bk-01538**
Name

---

| 3.573<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Law Offices of Rodrigo S. Da Silva, P.A.**
**777 Arthur Godfrey Road**
**Suite 402**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8706**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Law Offices of Roman Groysman, P.A.**
**101 Northeast 3rd Avenue Suite 1100**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7937**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Law Offices of Ryan T. Hughes, L.L.C.**
**14360 S Tamiami Trail**
**Unit C**
**Ft Myers, FL 33912**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **9907**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**LAW OFFICES OF S C JONES PA**
**P.O. Box 266306**
**Weston, FL 33326**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8062**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Law Offices of Samuel D. Transue, P.A.**
**8590 Potter Park Drive**
**Sarasota, FL 34238**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **0547**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Law Offices of Santiago Lavandera, P.A.**
**815 NW 57 Avenue,**
**Suite 200-5**
**Miami, FL 33126**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **0716**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.573
7**

**Nonpriority creditor's name and mailing address**

**LAW OFFICES OF SARA SABA PA**
**2701 S Bayshore Drive Suite 602**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number  **2403**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.573
8**

**Nonpriority creditor's name and mailing address**

**Law Offices of Schwartz and Zonas, L.L.P**
**700 2nd Avenue N.**
**Suite 102**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number  **8773**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.573
9**

**Nonpriority creditor's name and mailing address**

**LAW OFFICES OF SCOT B COPELAND**
**P.O. Drawer 916**
**Madison, FL 32341-0916**

Date(s) debt was incurred _

Last 4 digits of account number  **9976**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.574
0**

**Nonpriority creditor's name and mailing address**

**Law Offices of Scott A. Frank, P.A.**
**3201 W. Commercial Boulevard**
**Suite 218**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number  **6884**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.574
1**

**Nonpriority creditor's name and mailing address**

**LAW OFFICES OF SHENAE E HOBBS**
**3076 Capri Isle Way**
**Orlando, FL 32835**

Date(s) debt was incurred _

Last 4 digits of account number  **9274**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.574
2**

**Nonpriority creditor's name and mailing address**

**LAW OFFICES OF SQUIRESBENSON**
**DBA Squires International Law, PLLC**
**1001 Brickell Bay Drive,**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **9477**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.574 3**

**Nonpriority creditor's name and mailing address**

**Law Offices of Steve Taylor**
**407 Lincoln Road**
**Suite 310**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number **0409**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.574 4**

**Nonpriority creditor's name and mailing address**

**LAW OFFICES OF STEVEN M PENA**
**123 Southeast Third Avenue Suite 404**
**Miami, FL 33131-2003**

Date(s) debt was incurred _

Last 4 digits of account number **3763**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.574 5**

**Nonpriority creditor's name and mailing address**

**Law Offices of Sunilda E. Casilla, P.A.**
**1470 Northwest 107th Avenue Suite A**
**Miami, FL 33172**

Date(s) debt was incurred _

Last 4 digits of account number **8186**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.574 6**

**Nonpriority creditor's name and mailing address**

**LAW OFFICES OF SUSAN PNIEWSKI**
**4812 San Juan Avenue**
**Jacksonville, FL 32205**

Date(s) debt was incurred _

Last 4 digits of account number **5759**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.574 7**

**Nonpriority creditor's name and mailing address**

**Law Offices of Svetlana Z. Nemeroff, L.L**
**101 SE Ocean Boulevard**
**Suite 102**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number **8601**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.574 8**

**Nonpriority creditor's name and mailing address**

**Law Offices of Terence J. Delahunty, Jr.**
**118 E. Jefferson Street**
**Suite 202**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **7582**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.574 9**

**Nonpriority creditor's name and mailing address**

**LAW OFFICES OF TERRY A LURIE**
**550 N Reo Street**
**Tampa, FL 33609**

Date(s) debt was incurred _

Last 4 digits of account number **4134**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

Debtor  **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

---

**3.575 0**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF THE**
**6157 NW 167th Street**
**Suite F-21**
**Miami, FL 33015**

Date(s) debt was incurred _

Last 4 digits of account number  **8670**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

$25.00

---

**3.575 1**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF THERESE PIKE**
**25 Seabreeze Avenue Suite 202**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number  **6908**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

$25.00

---

**3.575 2**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF THOMAS L NEWMAN**
**1700 Juana Road**
**Suite C**
**Boca Raton, FL 33486**

Date(s) debt was incurred _

Last 4 digits of account number  **2516**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

$25.00

---

**3.575 3**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF THOMAS W DVORAK**
**633 S Andrews Avenue Suite 402**
**Ft Lauderdale, FL 33301-2857**

Date(s) debt was incurred _

Last 4 digits of account number  **3025**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

$25.00

---

**3.575 4**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF TIM ALLEN PA**
**550 Okeechobee Boulevard Suite 526**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **5747**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

$25.00

---

**3.575 5**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF VANESSA K SNOW**
**1002 Island Manor Drive**
**Greenacres, FL 33413**

Date(s) debt was incurred _

Last 4 digits of account number  **1805**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

$50.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

**3.575
6**

**Nonpriority creditor's name and mailing address**
**Law Offices of Victor T. Armstrong, P.A.**
**999 Ponce De Leon Boulevard Suite 510**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **6878**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.575
7**

**Nonpriority creditor's name and mailing address**
**LAW OFFICES OF WILLIAM W HAURY**
**201 Southeast 6th Street Room 7790**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **7948**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.575
8**

**Nonpriority creditor's name and mailing address**
**LAW OFFICS OF MARIO O MATEO PA**
**2380 Southwest 117th Avenue**
**Miramar, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number **6640**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.575
9**

**Nonpriority creditor's name and mailing address**
**LAW OFFS OF IRMA I BARRIOS PA**
**7220 Northwest 36th Street Suite 122**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number **9364**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.576
0**

**Nonpriority creditor's name and mailing address**
**Law Services, P.A.**
**3006 Aviation Avenue**
**Suite 3A**
**Coconut Grove, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **8737**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$50.00**

---

**3.576
1**

**Nonpriority creditor's name and mailing address**
**LAWRENCE A CAPLAN**
**1375 Gateway Boulevard**
**Boynton Beach, FL 33426**

Date(s) debt was incurred _

Last 4 digits of account number **0490**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.576
2**

**Nonpriority creditor's name and mailing address**
**LAWRENCE A FRANCE**
**1001 N Miami Beach Boulevard**
**North Miami Beach, FL 33162-3842**

Date(s) debt was incurred _

Last 4 digits of account number **8548**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**
_____

| 3.576 3 |
|---|

**Nonpriority creditor's name and mailing address**
**LAWRENCE A LEVINE PA**
**300 SE 17th Street**
**Ft. Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **8510**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

| 3.576 4 |
|---|

**Nonpriority creditor's name and mailing address**
**LAWRENCE B JURAN PA**
**1200 Corporate Center Way Suite 100**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number  **2374**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.576 5 |
|---|

**Nonpriority creditor's name and mailing address**
**LAWRENCE B PITT**
**111 N Orange Avenue 20th Floor**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number  **7968**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

| 3.576 6 |
|---|

**Nonpriority creditor's name and mailing address**
**LAWRENCE BIELER**
**2825 University Drive**
**Suite 300**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number  **9783**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.576 7 |
|---|

**Nonpriority creditor's name and mailing address**
**LAWRENCE BLACKE**
**3326 Northeast 33rd Street**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **8566**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.576 8 |
|---|

**Nonpriority creditor's name and mailing address**
**LAWRENCE BRAISTED**
**507 W Main Street**
**Inverness, FL 34450**

Date(s) debt was incurred _

Last 4 digits of account number  **4957**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$350.00

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.576 9**

**Nonpriority creditor's name and mailing address**

**LAWRENCE BUNIN**
**P.O. Box 16816**
**Plantation, FL 33318-6816**

Date(s) debt was incurred  _

Last 4 digits of account number  **6955**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.577 0**

**Nonpriority creditor's name and mailing address**

**LAWRENCE C SCHILL**
**226 S Palafox Street 6th Floor**
**Pensacola, FL 32501**

Date(s) debt was incurred  _

Last 4 digits of account number  **5812**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.577 1**

**Nonpriority creditor's name and mailing address**

**LAWRENCE C UPDIKE**
**P.O. Box 231**
**Lake Wales, FL 33859-0231**

Date(s) debt was incurred  _

Last 4 digits of account number  **7727**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.577 2**

**Nonpriority creditor's name and mailing address**

**LAWRENCE D BLACK**
**The Pcta Building**
**650 Seminole Boulevard**
**Largo, FL 34640**

Date(s) debt was incurred  _

Last 4 digits of account number  **4827**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.577 3**

**Nonpriority creditor's name and mailing address**

**LAWRENCE D JOHNSON**
**925 S Denning Drive Suite 4**
**Winter Park, FL 32789-4959**

Date(s) debt was incurred  _

Last 4 digits of account number  **8543**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.577 4**

**Nonpriority creditor's name and mailing address**

**LAWRENCE D ZIETZ**
**8181 W Broward Boulevard Suite 201**
**Plantation, FL 33324-2049**

Date(s) debt was incurred  _

Last 4 digits of account number  **4644**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.577 5**

**Nonpriority creditor's name and mailing address**

**LAWRENCE E HAYDEN JR**
**DBA Hayden Law**
**1301 Penman Road**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred  _

Last 4 digits of account number  **9097**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.577 6**

**Nonpriority creditor's name and mailing address**

**LAWRENCE E MURPHY**
**Suite B-201**
**11211 Prosperity Farms Road**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number  **9442**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$29,729.71**

---

**3.577 7**

**Nonpriority creditor's name and mailing address**

**LAWRENCE E. LYMAN**
**4747 Central Avenue**
**St Petersburg, FL 33713-8139**

Date(s) debt was incurred _

Last 4 digits of account number  **3294**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.577 8**

**Nonpriority creditor's name and mailing address**

**LAWRENCE F GALLMAN**
**P.O. Box 540**
**Orlando, FL 32802-0540**

Date(s) debt was incurred _

Last 4 digits of account number  **3994**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.577 9**

**Nonpriority creditor's name and mailing address**

**LAWRENCE F KAINE**
**170 Northeast 29th Street**
**Miami, FL 33137**

Date(s) debt was incurred _

Last 4 digits of account number  **4117**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.578 0**

**Nonpriority creditor's name and mailing address**

**LAWRENCE F KAIZEN**
**Suite 203**
**1820 N Corporate Lakes Boulevard**
**Weston, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number  **5779**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.578 1**

**Nonpriority creditor's name and mailing address**

**LAWRENCE F MICHELSON**
**1550 Madruga Avenue Suite 120**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number  **4046**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.578 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LAWRENCE F. KRANERT, JR PA**
P.O. Box 926
Ft. Lauderdale, FL 33302-0926

Date(s) debt was incurred _

Last 4 digits of account number **6728**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.578 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LAWRENCE H FEDER**
3900 Hollywood Boulevard
Suite 103
Hollywood, FL 33021

Date(s) debt was incurred _

Last 4 digits of account number **6651**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

| 3.578 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LAWRENCE H KATZ**
470 Hillandale Lane
Maitland, FL 32751

Date(s) debt was incurred _

Last 4 digits of account number **3686**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.578 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LAWRENCE J BOHANNON**
1141 Southeast 2nd Avenue
Ft Lauderdale, FL 33316-1007

Date(s) debt was incurred _

Last 4 digits of account number **6261**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.578 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LAWRENCE J FORNO**
P.O. Box 1327
Pompano Beach, FL 33061

Date(s) debt was incurred _

Last 4 digits of account number **7051**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.578 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LAWRENCE J MARCHBANKS PA**
110 Cleveland Avenue
Wildwood, FL 34785

Date(s) debt was incurred _

Last 4 digits of account number **6994**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

| 3.578 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LAWRENCE J MEYER**
125 N 46th Avenue
Hollywood, FL 33021

Date(s) debt was incurred _

Last 4 digits of account number **8397**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$10,499.32**

---

Debtor   **LTGF Business Trust**
         Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.578 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**LAWRENCE J MILLER**
**2300 Glades Road Suite 400 E**
**2200 Corporate Boulevard Northwest Suite**
**Boca Raton, FL 33431**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Member**

**Last 4 digits of account number  7606**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.579 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAWRENCE J NAVARRO**
**8362 Pines Boulevard Suite 377**
**Pembroke Pines, FL 33024**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Member**

**Last 4 digits of account number  8723**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.579 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**LAWRENCE J SPIEGEL**
**343 Almeria Avenue**
**Coral Gables, FL 33134-5811**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Member**

**Last 4 digits of account number  7184**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.579 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**LAWRENCE JAY DAVIS PA**
**1601 N. Flamingo Road**
**Suite 1**
**Pembroke Pines, FL 33028-1004**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Member**

**Last 4 digits of account number  8343**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.579 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAWRENCE K JUDD**
**1995 E Oakland Park Boulevard**
**Suite 105**
**Ft Lauderdale, FL 33306**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Member**

**Last 4 digits of account number  2427**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.579 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**LAWRENCE KLEPETKO CHARTERED**
**46 N Washington Boulevard Suite 15**
**Sarasota, FL 34236-5920**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Member**

**Last 4 digits of account number  6499**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **LTGF Business Trust**                                    Case number (if known)    **2:23-bk-01538**
          Name

---

| 3.579 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAWRENCE M ABRAMSON**
**1860 Forest Hill Boulevard**
**Suite 200**
**West Palm Beach, FL 33406**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9873**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.579 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**LAWRENCE M FLASTER**
**13363 Northwest 11th Drive**
**Sunrise, FL 33323-2934**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6156**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.579 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**LAWRENCE M HANKIN PA**
**100 Wallace Avenue**
**Suite 100**
**Sarasota, FL 34237**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6624**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.579 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAWRENCE M KASEN**
**50 N Market Street**
**Charleston, SC 29401**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5802**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.579 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**LAWRENCE M WOLF**
**3117 Hollywood Boulevard**
**Hollywood, FL 33021-6326**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4214**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.580 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LAWRENCE N NATINSKY**
**9400 S Dadeland Boulevard Ph 5**
**Miami, FL 33156**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5160**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.580 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**LAWRENCE N NATINSKY**
**DBA Landmark Title Company**
**9124 Greenstone Ridge Way**
**Boynton Beach, FL 33473**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5160**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

| 3.580 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
| **LAWRENCE R STEINER** | ■ Contingent | |
| **797 Douglas Avenue** | ☐ Unliquidated | |
| **Altamonte Springs, FL 32714-2541** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **6782** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.580 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **LAWRENCE S KLITZMAN PA** | ■ Contingent | |
| **P.O. Box 267430** | ☐ Unliquidated | |
| **Weston, FL 33326** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **6692** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.580 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
| **LAWRENCE S SILVER** | ■ Contingent | |
| **3731 N Cntry Club Drive Apt 1521** | ☐ Unliquidated | |
| **Aventura, FL 33180-1743** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **6934** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.580 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
| **LAWRENCE S SMITH** | ■ Contingent | |
| **1745 Camino Palmero Street Apt 208** | ☐ Unliquidated | |
| **Los Angeles, CA 90046-2918** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **0830** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.580 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **LAWRENCE U TAUBE** | ■ Contingent | |
| **500 S. Australian Avenue** | ☐ Unliquidated | |
| **Suite 630** | ☐ Disputed | |
| **West Palm Beach, FL 33401** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **5183** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.580 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **LAWRENCE W THOMAS** | ■ Contingent | |
| **Weiffenbach & Thomas P.A.** | ☐ Unliquidated | |
| **6400 Manatee Avenue W Suite I** | ☐ Disputed | |
| **Bradenton, FL 34209-2357** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Member** | |
| Last 4 digits of account number  **4150** | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.580 8**

**Nonpriority creditor's name and mailing address**
**LAWRENCE WEINER**
**1428 Brickell Avenue 4th Floor**
**Miami, FL 33131-3409**

Date(s) debt was incurred _

Last 4 digits of account number **5971**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.580 9**

**Nonpriority creditor's name and mailing address**
**Lawyer Mike D., P.L.L.C.**
**21 Old Kings Road North**
**Suite B-212**
**Palm Coast, FL 32137**

Date(s) debt was incurred _

Last 4 digits of account number **9655**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.581 0**

**Nonpriority creditor's name and mailing address**
**LAWYERS SERVICES GROUP PA**
**467 Lake Howell Road Suite 209**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number **4602**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.581 1**

**Nonpriority creditor's name and mailing address**
**Lawyers Title Network**
**7751 Kingspointe Pkwy**
**Unit 110**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number **7463**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.581 2**

**Nonpriority creditor's name and mailing address**
**LAYNE VEREBAY**
**8201 Peters Road Suite 1000**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **5245**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.581 3**

**Nonpriority creditor's name and mailing address**
**LAZ L SCHNEIDER**
**100 Northeast 3rd Avenue Suite 400**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **7009**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.581 4**

**Nonpriority creditor's name and mailing address**
**LAZARO J LOPEZ**
**2333 Brickell Avenue Suite A1**
**Miami, FL 33129-2497**

Date(s) debt was incurred _

Last 4 digits of account number **9961**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.581 5**

Nonpriority creditor's name and mailing address

**LAZARUS ROTHSTEIN**
**800 Brickell Avenue 4th Floor**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **8072**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.581 6**

Nonpriority creditor's name and mailing address

**LAZER APTHEKER ROSELLA & YEDID**
**515 N. Flagler Drive**
**Suite 400**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **5827**

As of the petition filing date, the claim is: *Check all that apply.*

$125.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.581 7**

Nonpriority creditor's name and mailing address

**LEANDRO NUNEZ**
**13458 Southwest 62nd Street Apt Q103**
**Miami, FL 33183-5063**

Date(s) debt was incurred _

Last 4 digits of account number  **8560**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.581 8**

Nonpriority creditor's name and mailing address

**LEANDRO O LEAL PA**
**4221 SW 75th Avenue**
**Miami, FL 33155-4475**

Date(s) debt was incurred _

Last 4 digits of account number  **3320**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.581 9**

Nonpriority creditor's name and mailing address

**LEBOEUF LAMB GREENE & MACRAE**
**50 N Laura Street Suite 2800**
**Jacksonville, FL 32202**

Date(s) debt was incurred _

Last 4 digits of account number  **7271**

As of the petition filing date, the claim is: *Check all that apply.*

$75.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.582 0**

Nonpriority creditor's name and mailing address

**LEE B GORDON**
**265 Sunrise Avenue Suite 204**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number  **3591**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.582 1**

**Nonpriority creditor's name and mailing address**
**LEE B SAYLER PA**
**323 River Drive**
**Tequesta, FL 33469**

Date(s) debt was incurred  _

Last 4 digits of account number  **5982**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.582 2**

**Nonpriority creditor's name and mailing address**
**LEE C SCHMACHTENBERG**
**Suite 201 Sunset Building**
**1533 Sunset Drive**
**Miami, FL 33143**

Date(s) debt was incurred  _

Last 4 digits of account number  **3814**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.582 3**

**Nonpriority creditor's name and mailing address**
**LEE C TRAVELSTEAD**
**201 Sun Bank Building**
**221 Commercial Boulevard**
**Lauderdale By The Sea, FL 33308-4489**

Date(s) debt was incurred  _

Last 4 digits of account number  **1002**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.582 4**

**Nonpriority creditor's name and mailing address**
**LEE D GLASSMAN**
**2200 N. Commerce Parkway**
**Suite 105**
**Ft Lauderdale, FL 33326**

Date(s) debt was incurred  _

Last 4 digits of account number  **2974**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.582 5**

**Nonpriority creditor's name and mailing address**
**LEE F CARNEY**
**P.O. Box 366343**
**Bonita Springs, FL 34136**

Date(s) debt was incurred  _

Last 4 digits of account number  **7845**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.582 6**

**Nonpriority creditor's name and mailing address**
**LEE H GROSS**
**100 Biscayne Boulevard Suite 2810**
**Miami, FL 33132-2305**

Date(s) debt was incurred  _

Last 4 digits of account number  **4031**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.582 7**

**Nonpriority creditor's name and mailing address**
**LEE H SCHILLINGER**
**4601 Sheridan Street Suite 202**
**Hollywood, FL 33021-3432**

Date(s) debt was incurred  _

Last 4 digits of account number  **6431**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

| | | |
|---|---|---|
| **3.582 8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Lee H. Schillinger, P.A.**
**2200 N Commerce Parkway**
**Unit 200**
**Weston, FL 33326**

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6431**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.582 9** | **Nonpriority creditor's name and mailing address** |

**LEE HUSZAGH**
**249 E Virginia Street**
**Tallahassee, FL 32301**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **426**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.583 0** | **Nonpriority creditor's name and mailing address** |

**LEE I MANDELL ESQ**
**16 Wild Ivy Run**
**Hendersonville, NC 28739**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7471**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.583 1** | **Nonpriority creditor's name and mailing address** |

**LEE JAY COLLING & ASSOCIATES**
**529 Versailles Drive**
**Suite 103**
**Maitland, FL 32751**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5536**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.583 2** | **Nonpriority creditor's name and mailing address** |

**LEE S JOHNSON JR**
**4908 Northwest 34th Street Suite 9**
**Gainesville, FL 32605**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2294**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.583 3** | **Nonpriority creditor's name and mailing address** |

**LEEDS COLBY PARIS SPENCE**
**2400 S Dixie Highway**
**Miami, FL 33133**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2027**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __LTGF Business Trust__      Case number (*if known*) __2:23-bk-01538__
Name

---

**3.583 4**

**Nonpriority creditor's name and mailing address**
**LEENETTE W MCMILLAN**
**P.O. Box 1388**
**Mayo, FL 32066**

Date(s) debt was incurred _

Last 4 digits of account number __6436__

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.583 5**

**Nonpriority creditor's name and mailing address**
**LeFever and Patel, PA**
**1111 NE 25th Avenue**
**Suite 501**
**Ocala, FL 34470**

Date(s) debt was incurred _

Last 4 digits of account number __0966__

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.583 6**

**Nonpriority creditor's name and mailing address**
**Legacy Law, P.A.**
**150 SE 2nd Avenue**
**Suite 1410**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number __9260__

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.583 7**

**Nonpriority creditor's name and mailing address**
**Legal Milestone, P.A.**
**6099 Stirling Road**
**Suite 210**
**Davie, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number __0077__

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.583 8**

**Nonpriority creditor's name and mailing address**
**Legal Tree, P.A.**
**6278 N Federal Highway Suite 256**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number __9091__

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.583 9**

**Nonpriority creditor's name and mailing address**
**LEGON PONCE & FODIMAN PA**
**1111 Brickell Avenue Suite 2150**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number __4973__

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.584 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**Lehn Law, P.A.**
**1777 Tamiami Trail**
**Suite 505**
**Port Charlotte, FL 33948**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Member

Last 4 digits of account number  **0591**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.584 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$190.00** |
|---|---|---|---|

**LEIBY CONSTRUCTION LAW FIRM PA**
**1390 N University Drive**
**Plantation, FL 33322**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Member

Last 4 digits of account number  **5227**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.584 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**Leiderman Shelomith + Somodevilla, PLLC**
**One Biscayne Tower**
**2 S Biscayne Boulevard, Suite 2300**
**Miami, FL 33131**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Member

Last 4 digits of account number  **8559**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.584 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$225.00** |
|---|---|---|---|

**LEIGH M FISHER PA**
**P.O. Drawer 101465**
**Cape Coral, FL 33910**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Member

Last 4 digits of account number  **6200**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.584 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**LEIGH M ROSENTHAL**
**2701 Lejeune Road Suite 404**
**Coral Gables, FL 33134-5821**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Member

Last 4 digits of account number  **4230**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.584 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**LEIGH TUCKER PA**
**481 E Highway 50**
**Suite 201**
**Clermont, FL 34711**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Member

Last 4 digits of account number  **6586**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.584 6**

**Nonpriority creditor's name and mailing address**

**LEILA D ANDERSON**
Leila D. Anderson P.A.
2911 Southwest 22nd Circle Unit 37b
Delray Beach, FL 33445

Date(s) debt was incurred _

Last 4 digits of account number  **4415**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.584 7**

**Nonpriority creditor's name and mailing address**

**LELAND W WOOTEN JR**
335 S Plumosa Street Suite E
Merritt Island, FL 32952

Date(s) debt was incurred _

Last 4 digits of account number  **4928**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.584 8**

**Nonpriority creditor's name and mailing address**

**LENOFF & LENOFF PA**
4800 N. Federal Highway
Building E, Suite 301
Boca Raton, FL 33431

Date(s) debt was incurred _

Last 4 digits of account number  **4891**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.584 9**

**Nonpriority creditor's name and mailing address**

**LENORA M BACH**
7600 Southwest 69th Avenue
Miami, FL 33143

Date(s) debt was incurred _

Last 4 digits of account number  **8143**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.585 0**

**Nonpriority creditor's name and mailing address**

**LEO A MANZANILLA PA**
770 Ponce De Leon Boulevard Suite 101
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **4591**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.585 1**

**Nonpriority creditor's name and mailing address**

**LEO GREENFIELD PA**
11601 Biscayne Boulevard Suite 201
North Miami, FL 33181

Date(s) debt was incurred _

Last 4 digits of account number  **4270**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.585 2**

**Nonpriority creditor's name and mailing address**

**LEO L BENTZ PA**
980 N Federal Highway Suite 205
Boca Raton, FL 33432

Date(s) debt was incurred _

Last 4 digits of account number  **3696**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.585 3**

**Nonpriority creditor's name and mailing address**
**LEON A ROTH**
**13701 Southwest 12th Street**
**Pembroke Pines, FL 33027-3555**

Date(s) debt was incurred _

Last 4 digits of account number  **7516**

**As of the petition filing date, the claim is:** Check all that apply.

$13.29

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.585 4**

**Nonpriority creditor's name and mailing address**
**LEON B CHEEK III**
**P.O. Box 715**
**Winter Park, FL 32790-0715**

Date(s) debt was incurred _

Last 4 digits of account number  **7025**

**As of the petition filing date, the claim is:** Check all that apply.

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.585 5**

**Nonpriority creditor's name and mailing address**
**LEON E SHARPE**
**4770 Biscayne Boulevard Suite 970**
**Miami, FL 33137-3252**

Date(s) debt was incurred _

Last 4 digits of account number  **7551**

**As of the petition filing date, the claim is:** Check all that apply.

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.585 6**

**Nonpriority creditor's name and mailing address**
**LEON G NICHOLS**
**1627 US Highway 1**
**Suite 218**
**Sebastian, FL 32958**

Date(s) debt was incurred _

Last 4 digits of account number  **5286**

**As of the petition filing date, the claim is:** Check all that apply.

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.585 7**

**Nonpriority creditor's name and mailing address**
**Leon Law Office, P.A.**
**3785 NW 82 Avenue**
**Suite 417**
**Doral, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number  **0690**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.585 8**

**Nonpriority creditor's name and mailing address**
**LEON OLDAK**
**217 N Miami Avenue**
**Miami, FL 33128-1529**

Date(s) debt was incurred _

Last 4 digits of account number  **4708**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.585 9**

**Nonpriority creditor's name and mailing address**
**LEON POMERANCE**
**6961 Brandon Mill Road Northwest**
**Atlanta, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number  **4597**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.586 0**

**Nonpriority creditor's name and mailing address**
**LEON STROMIRE**
**P.O. Box 8248**
**Cocoa, FL 32924-8248**

Date(s) debt was incurred _

Last 4 digits of account number  **0464**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.586 1**

**Nonpriority creditor's name and mailing address**
**LEON WHITEHURST JR**
**720 Snug Is**
**Clearwater, FL 33767-1831**

Date(s) debt was incurred _

Last 4 digits of account number  **1227**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.586 2**

**Nonpriority creditor's name and mailing address**
**LEONARD & MORRISON**
**2817 E Oakland Park Boulevard**
**Suite 201-A**
**Ft Lauderdale, FL 33306**

Date(s) debt was incurred _

Last 4 digits of account number  **970**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$31,779.93**

---

**3.586 3**

**Nonpriority creditor's name and mailing address**
**LEONARD A SELBER**
**959 Maple Lane**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number  **4531**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,065.35**

---

**3.586 4**

**Nonpriority creditor's name and mailing address**
**LEONARD ALTERWEIN**
**8930 State Road 84 Suite 324**
**Ft Lauderdale, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **5586**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.586 5**

**Nonpriority creditor's name and mailing address**
**LEONARD E MONDSCHEIN**
**10691 N. Kendall Drive**
**Suite 205**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number  **5983**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.586 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LEONARD F BAER**
2600 Douglas Road Ph3
Coral Gables, FL 33134-6125

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4288**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.586 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LEONARD FRISHMAN**
P.O. Box 326
Crystal River, FL 34423-0326

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **3098**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.586 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**LEONARD H BAIRD JR**
P.O. Drawer 121066
Clermont, FL 34712-1066

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7011**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.586 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**LEONARD H RUBIN PA**
1125 Alfred I Dupont Building
169 E Flagler Street
Miami, FL 33131

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4212**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.587 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**LEONARD H. JOHNSON**
P.O. Box 2337
Dade City, FL 33526-2337

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7866**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.587 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65.00 |
|---|---|---|---|

**LEONARD HANSER**
2294 Palmetto Road
West Palm Beach, FL 33406

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6893**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.587 2**

**Nonpriority creditor's name and mailing address**

**LEONARD I SINGER**
**1860 Forest Hill Boulevard**
**Suite 201**
**West Palm Beach, FL 33406**

Date(s) debt was incurred _

Last 4 digits of account number  **4403**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.587 3**

**Nonpriority creditor's name and mailing address**

**LEONARD J CONNORS**
**1007 E Reynolds Street**
**Plant City, FL 33566-3756**

Date(s) debt was incurred _

Last 4 digits of account number  **7534**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.587 4**

**Nonpriority creditor's name and mailing address**

**LEONARD J DUDZIAK**
**13326 W Blue Bonnet Drive**
**Sun City West, AZ 85375-2536**

Date(s) debt was incurred _

Last 4 digits of account number  **601**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.587 5**

**Nonpriority creditor's name and mailing address**

**LEONARD L SHELDON**
**1935 S Conway Road R-8**
**Orlando, FL 32812-8610**

Date(s) debt was incurred _

Last 4 digits of account number  **3554**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$479.92

---

**3.587 6**

**Nonpriority creditor's name and mailing address**

**LEONARD L. LISZEWSKI**
**2110 S. Cleveland Avenue**
**Ft. Myers, FL 33901-3403**

Date(s) debt was incurred _

Last 4 digits of account number  **6470**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.587 7**

**Nonpriority creditor's name and mailing address**

**LEONARD L. STAFFORD**
**201 S.E 6th Street**
**Ft. Lauderdale, FL 33301-3302**

Date(s) debt was incurred _

Last 4 digits of account number  **3592**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.587 8**

**Nonpriority creditor's name and mailing address**

**LEONARD OSHINSKY PA**
**350 E. Las Olas Boulevard**
**Suite 970**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **0357**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.5879**

**Nonpriority creditor's name and mailing address**

**LEONARD P REINA**
**255 8th Street S**
**Naples, FL 34102**

Date(s) debt was incurred  _

Last 4 digits of account number  **2516**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.5880**

**Nonpriority creditor's name and mailing address**

**LEONARD RUTLAND JR**
**759 S Federal Highway Suite 218**
**Stuart, FL 34994-2972**

Date(s) debt was incurred  _

Last 4 digits of account number  **6379**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.5881**

**Nonpriority creditor's name and mailing address**

**LEONARD SELKOWITZ**
**8640 Southwest 87th Terrace**
**Miami, FL 33143-6952**

Date(s) debt was incurred  _

Last 4 digits of account number  **3451**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.5882**

**Nonpriority creditor's name and mailing address**

**LEONARD SMITH**
**P.O. Box 7599**
**St Petersburg, FL 33734**

Date(s) debt was incurred  _

Last 4 digits of account number  **4121**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.5883**

**Nonpriority creditor's name and mailing address**

**LEONARD SPIELVOGEL**
**P.O. Box 1362**
**Cape Canaveral, FL 32920**

Date(s) debt was incurred  _

Last 4 digits of account number  **1900**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.5884**

**Nonpriority creditor's name and mailing address**

**LEONARD T LINCOLN**
**206 S Arrawana Avenue**
**Tampa, FL 33609**

Date(s) debt was incurred  _

Last 4 digits of account number  **8086**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**
_____

---

| 3.588 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |

**LEONARD U STOLAR**
**300 71st Street Suite 540**
**Miami Beach, FL 33141-3038**

Date(s) debt was incurred _

Last 4 digits of account number  **3163**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.588 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**LEONARDO D STARKE I**
**3340 Southwest 32nd Avenue**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number  **8972**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.588 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**LEONARDO J MAIMAN**
**3100 Barnett Center**
**50 N Laura Street**
**Jacksonville, FL 32202**

Date(s) debt was incurred _

Last 4 digits of account number  **0402**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.588 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**LEONARDO P MENDEZ ESQ**
**2530 Southwest 5th Avenue**
**Miami, FL 33129-2215**

Date(s) debt was incurred _

Last 4 digits of account number  **4207**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.588 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**LEONARDO SPITALE JR**
**1355 SW 17th Terrace**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number  **1537**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.589 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |

**LEONCIO E DE LA PENA**
**De La Pena Group P.A.**
**601 Brickell Key Drive Suite 705**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **8252**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.589 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |

**LEOPOLD KORN & LEOPOLD PA**
**18851 NE 29th Avenue**
**Suite 410**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number  **5722**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.589 2**

**Nonpriority creditor's name and mailing address**

**LEROY V ZUGRAVU**
**4840 S Boulevard Northwest Suite 3**
**Canton, OH 44718-1948**

Date(s) debt was incurred _

Last 4 digits of account number **1911**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$831.62**

---

**3.589 3**

**Nonpriority creditor's name and mailing address**

**LES H STEVENS**
**4612 N Flagler Drive Suite 201**
**West Palm Beach, FL 33407**

Date(s) debt was incurred _

Last 4 digits of account number **2397**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.589 4**

**Nonpriority creditor's name and mailing address**

**Les Laroche PL**
**947 NE 125 Street**
**North Miami, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number **1065**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.589 5**

**Nonpriority creditor's name and mailing address**

**LES SCHNEIDERMAN**
**7877 Rockport Circle**
**Lake Worth, FL 33467**

Date(s) debt was incurred _

Last 4 digits of account number **8539**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.589 6**

**Nonpriority creditor's name and mailing address**

**LESER HUNTER TAUBMAN & TAUBMAN**
**1000 5th Street Suite 200**
**Miami Beach, FL 33319**

Date(s) debt was incurred _

Last 4 digits of account number **0355**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.589 7**

**Nonpriority creditor's name and mailing address**

**Leslie & Ofstein Law Group, P.L.L.C.**
**7401 Wiles Road**
**Suite 105**
**Coral Springs, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number **8577**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.589 8**

**Nonpriority creditor's name and mailing address**

**LESLIE A TODD**
**14545 Southwest 84th Avenue**
**Palmetto Bay, FL 33158-1414**

Date(s) debt was incurred _

Last 4 digits of account number **4055**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.5899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LESLIE ALAN SCHERE**
**1865 Brickell Avenue Suite A-207**
**Miami, FL 33129**

Date(s) debt was incurred _

Last 4 digits of account number  **2648**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LESLIE CAMPIONE PA**
**342 E. 5th Avenue**
**Mount Dora, FL 32757**

Date(s) debt was incurred _

Last 4 digits of account number  **0038**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**LESLIE H BERGER**
**6526 Via Vicenza**
**Delray Beach, FL 33446**

Date(s) debt was incurred _

Last 4 digits of account number  **4241**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LESLIE J SCHREIBER PA**
**4095 Hardie Avenue**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number  **8431**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**LESLIE L FLOREZ**
**782 NW Le Jeune Road**
**Suite 350**
**Miami, FL 33126-5524**

Date(s) debt was incurred _

Last 4 digits of account number  **8247**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LESLIE LAVIN-PENA**
**19495 Biscayne Boulevard Suite 400**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number  **0620**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.590 5**

**Nonpriority creditor's name and mailing address**
**LESLIE ROBERT EVANS & ASSCS PA**
**214 Brazilian Avenue Suite 200**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number **2351**

As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590 6**

**Nonpriority creditor's name and mailing address**
**LESSER LESSER LANDY & SMITH**
**101 Northpoint Parkway**
**West Palm Beach, FL 33407**

Date(s) debt was incurred _

Last 4 digits of account number **4021**

As of the petition filing date, the claim is: *Check all that apply.*          **$150.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590 7**

**Nonpriority creditor's name and mailing address**
**LESTER BALES JR**
**P.O. Box 1445**
**Zephyrhillis, FL 33539-1445**

Date(s) debt was incurred _

Last 4 digits of account number **1043**

As of the petition filing date, the claim is: *Check all that apply.*          **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590 8**

**Nonpriority creditor's name and mailing address**
**LESTER G KATES**
**2655 Le Jeune Road**
**Suite 808**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **0614**

As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590 9**

**Nonpriority creditor's name and mailing address**
**LESTER M BLAIN**
**L M Buddy Blain**
**801 S Boulevard**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number **1706**

As of the petition filing date, the claim is: *Check all that apply.*          **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.591 0**

**Nonpriority creditor's name and mailing address**
**LESTER RICHARD GROSS**
**P.O. Box 2521**
**Tarpon Springs, FL 34688**

Date(s) debt was incurred _

Last 4 digits of account number **8307**

As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.591 1**

**Nonpriority creditor's name and mailing address**
**LESTER S KAFER**
**8102 Puffin Drive**
**Orlando, FL 32825-7846**

Date(s) debt was incurred _

Last 4 digits of account number **1729**

As of the petition filing date, the claim is: *Check all that apply.*          **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.591 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**LETITIA E WOOD**
**111 N Orange Avenue Suite 900**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **3833**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.591 3 | Nonpriority creditor's name and mailing address | | $175.00 |

**LEVIN & MCMILLAN PA**
**9385 N 56th Street Suite 200**
**Temple Terrace, FL 33617-5505**

Date(s) debt was incurred _

Last 4 digits of account number **4506**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.591 4 | Nonpriority creditor's name and mailing address | | $75.00 |

**LEVIN LAW LC**
**1444 1st Street**
**Suite A**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number **5022**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.591 5 | Nonpriority creditor's name and mailing address | | $11,081.76 |

**LEVIN MIDDLEBROOKS MABIE**
**P.O. Box 12308**
**Pensacola, FL 32581-2308**

Date(s) debt was incurred _

Last 4 digits of account number **2820**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.591 6 | Nonpriority creditor's name and mailing address | | $25.00 |

**LEVIN MORGAN & LONGO LLC**
**165 W Jessup Avenue**
**Longwood, FL 32750**

Date(s) debt was incurred _

Last 4 digits of account number **3067**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.591 7 | Nonpriority creditor's name and mailing address | | $50.00 |

**LEVINE & PARTNERS PA**
**3350 Mary Street**
**Miami, FL 33133-5215**

Date(s) debt was incurred _

Last 4 digits of account number **0675**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.591 8 | Nonpriority creditor's name and mailing address | | $100.00 |

**LEVINE GEIGER & PERLOW**
**1428 Brickell Avenue 6th Floor**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **8649**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.5919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Levine Kellogg Lehman Schneider + Grossm**
100 SE 2nd Street
Suite 3600
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0849**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**LEVINE LAW OFFICE**
5425 Golden Gate Parkway
Suite 3
Naples, FL 34116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **101**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**LEVY & ASSOCIATES PA**
Levy & Associates P.A.
1732 N. Ronald Reagan Boulevard
Longwood, FL 32750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5783**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**LEVY & LEVY**
802 Spinnaker Drive E
Hollywood, FL 33019-5025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2982**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Levy Closings, P.A.**
1001 Yamato Road
Suite 401
Boca Raton, FL 33431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1220**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256.30 |
|---|---|---|---|

**LEVY KNEEN PL**
1601 Forum Place
Suite 500
West Palm Beach, FL 33401-7412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8211**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor __**LTGF Business Trust**_____  Case number (if known) __**2:23-bk-01538**__
                  Name

---

**3.592
5**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$200.00**

**LEW A MERRYDAY**
**425 N Palm Avenue Suite B**                                 ■ Contingent
**Palatka, FL 32177-2500**                                   ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number **5865**                     Basis for the claim: __**Member**__

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.592
6**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$25.00**

**LEWIS & CRICHTON**
**P.O. Box 1119**                                            ■ Contingent
**Winter Park, FL 32789**                                    ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number **6551**                     Basis for the claim: __**Member**__

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.592
7**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$350.00**

**LEWIS & LEWIS PA**
**P.O. Box 10029**                                           ■ Contingent
**Tallahassee, FL 32302-2029**                               ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number **4579**                     Basis for the claim: __**Member**__

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.592
8**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$200.00**

**LEWIS D MILLEDGE JR**
**4700 Southwest 74th Street**                               ■ Contingent
**South Miami, FL 33143-6117**                               ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number **485**                      Basis for the claim: __**Member**__

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.592
9**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$200.00**

**LEWIS E DINKINS**
**201 Northeast 8th Avenue**                                 ■ Contingent
**Ocala, FL 34470**                                          ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number **3993**                     Basis for the claim: __**Member**__

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.593
0**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$8,488.09**

**LEWIS H HILL III**
**P.O. Box 3391**                                            ☐ Contingent
**Tampa, FL 33601-3391**                                     ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number **0225**                     Basis for the claim: __**Member**__

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.593
1**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$200.00**

**LEWIS H HOMER III**
**P.O. Box 151**                                             ■ Contingent
**Brooksville, FL 34605-0151**                               ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number **4967**                     Basis for the claim: __**Member**__

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __**LTGF Business Trust**__      Case number (*if known*)    **2:23-bk-01538**
     Name

---

**3.593 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$125.00** |

**LEWIS LONGMAN & WALKER PA**
**360 S. Rosemary Avenue**
**Suite 1100**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **2155**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.593 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$25.00** |

**Lewis Longman & Walker, P.A.**
**100 2nd Avenue S.**
**Suite 501-S**
**St. Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number  **2155**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.593 4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$225.00** |

**LEWIS M KANNER**
**80 Southwest 8th Street Suite 2550**
**Miami, FL 33131-2991**

Date(s) debt was incurred _

Last 4 digits of account number  **4674**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.593 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$25.00** |

**LEWIS MICHAEL**
**26060 Splendid Meadow Court**
**Astatula, FL 34705**

Date(s) debt was incurred _

Last 4 digits of account number  **6356**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.593 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$200.00** |

**LEWIS R LINDSEY**
**609 Hill Street**
**Defuniak Springs, FL 32433-2760**

Date(s) debt was incurred _

Last 4 digits of account number  **222**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.593 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$25.00** |

**LEWIS R SHAFER**
**Shafer & Associates**
**5550 Glades Road Suite 250**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **3771**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

| | |
|---|---|
| 3.593 8 | |

**Nonpriority creditor's name and mailing address**

**LEWIS ROBERTS**
**Lewis Roberts P.C.**
**20719 Moreland Drive**
**Spring Hill, FL 34610**

Date(s) debt was incurred _

Last 4 digits of account number  **5000**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| 3.593 9 | |

**Nonpriority creditor's name and mailing address**

**Lewis Roberts, P.A.**
**105 W Orange Street**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred _

Last 4 digits of account number  **5000**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| 3.594 0 | |

**Nonpriority creditor's name and mailing address**

**LIANA MARTINEZ PA**
**11077 Biscayne Boulevard**
**Suite 209**
**North Miami, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number  **7601**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| 3.594 1 | |

**Nonpriority creditor's name and mailing address**

**LIBERIS & ASSOCIATES PA**
**1610 Barrancas Avenue**
**Pensacola, FL 32501-3281**

Date(s) debt was incurred _

Last 4 digits of account number  **7655**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$93.56

---

| | |
|---|---|
| 3.594 2 | |

**Nonpriority creditor's name and mailing address**

**Liberty and Trust Law Group of Florida,**
**4846 Cardinal Boulevard**
**Jacksonville, FL 32210**

Date(s) debt was incurred _

Last 4 digits of account number  **8745**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| 3.594 3 | |

**Nonpriority creditor's name and mailing address**

**Liberty Express Title & Escrow Company**
**153 NE 97th Street**
**Miami Shores, FL 33138**

Date(s) debt was incurred _

Last 4 digits of account number  **0996**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| 3.594 4 | |

**Nonpriority creditor's name and mailing address**

**Liberty Title & Escrow Company**
**100 W Cypress Creek Road Suite 1045**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number  **8053**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.594 5**

**Nonpriority creditor's name and mailing address**

**LIBO B FINEBERG**
**210 SW Natura Avenue**
**Deerfield Beach, FL 33441**

Date(s) debt was incurred _

Last 4 digits of account number **7490**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.594 6**

**Nonpriority creditor's name and mailing address**

**LIBOW & SHAHEEN LLP**
**3351 Northwest Boca Raton Boulevard**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **9507**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.594 7**

**Nonpriority creditor's name and mailing address**

**LIEBLER GONZALEZ & PORTUONDO**
**44 W. Flagler Street**
**25th Floor**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number **7247**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.594 8**

**Nonpriority creditor's name and mailing address**

**LIGHT & ASSOCIATES PA**
**1990 Main Street Suite 750**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number **4920**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.594 9**

**Nonpriority creditor's name and mailing address**

**Lighthouse Title Services, L.L.C.**
**4420 Beacon Circle**
**Suite 100**
**West Palm Beach, FL 33407**

Date(s) debt was incurred _

Last 4 digits of account number **6575**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.595 0**

**Nonpriority creditor's name and mailing address**

**LILIA BIBERMAN PA**
**12762 Tulipwood Circle**
**Boca Raton, FL 33428**

Date(s) debt was incurred _

Last 4 digits of account number **2511**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.595<br>1 | **Nonpriority creditor's name and mailing address**<br>**LILIA CASAL-DIAZ**<br>Lilia Casal-Diaz P.A.<br>**1111 Lincoln Road 4th Floor**<br>**Miami Beach, FL 33139** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number **6794**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595<br>2 | **Nonpriority creditor's name and mailing address**<br>**LILIAN SREDNI**<br>**2450 Hollywood Boulevard**<br>**Suite 600**<br>**Hollywood, FL 33020** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number **5600**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595<br>3 | **Nonpriority creditor's name and mailing address**<br>**LILIANA CANO AGRON**<br>**4000 Ponce De Leon Boulevard Suite 470**<br>**Coral Gables, FL 33146** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number **1994**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595<br>4 | **Nonpriority creditor's name and mailing address**<br>**LILIANA V AVELLAN PA**<br>**P.O. Box 836657**<br>**Miami, FL 33283** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number **6685**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595<br>5 | **Nonpriority creditor's name and mailing address**<br>**LILLIAN ARANGO DE LA HOZ**<br>**1236 Algardi Avenue**<br>**Coral Gables, FL 33146** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number **7794**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595<br>6 | **Nonpriority creditor's name and mailing address**<br>**Lilly Law, P.L.L.C.**<br>**400 N Tampa Street Suite 1100**<br>**Tampa, FL 33602** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number **0036**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595<br>7 | **Nonpriority creditor's name and mailing address**<br>**LINDA A LAWSON**<br>**P.O. Box 111990**<br>**Naples, FL 34108** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number **5048**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

---

**3.595 8**

Nonpriority creditor's name and mailing address
**LINDA B ROBINSON**
**4 Bison Court**
**Placitas, NM 87043-9406**

Date(s) debt was incurred _

Last 4 digits of account number **4119**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.595 9**

Nonpriority creditor's name and mailing address
**LINDA B WHEELER**
**1213 White Street**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number **4664**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.596 0**

Nonpriority creditor's name and mailing address
**LINDA BIRREL GIBSON PA**
**677 Dave Nisbet Drive Suite 111**
**Cape Canaveral, FL 32920**

Date(s) debt was incurred _

Last 4 digits of account number **8184**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.596 1**

Nonpriority creditor's name and mailing address
**LINDA C BRINKMAN**
**712 Anderson Drive Suite A**
**Naples, FL 34103-2811**

Date(s) debt was incurred _

Last 4 digits of account number **2600**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.596 2**

Nonpriority creditor's name and mailing address
**LINDA C MCGURN**
**101 Southeast 2nd Pl Suite 202**
**Gainesville, FL 32601**

Date(s) debt was incurred _

Last 4 digits of account number **7253**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.596 3**

Nonpriority creditor's name and mailing address
**LINDA C SINGER**
**Linda C. Singer P.A.**
**9500 S. Dadeland Boulevard, Suite 703**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **6360**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

Debtor    **LTGF Business Trust**
_____    Case number (if known)    **2:23-bk-01538**
Name

| 3.596 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**LINDA D ELLIOTT**
**134 Paces Run Court**
**Columbia, SC 29223**

Date(s) debt was incurred _

Last 4 digits of account number  **8023**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.596 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**LINDA F. ALBRITTON**
**10303 Seagrape Way**
**Palm Beach Gardens, FL 33418-4531**

Date(s) debt was incurred _

Last 4 digits of account number  **7132**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.596 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**LINDA K ADLER**
**1400 Northwest 107th Avenue**
**Miami, FL 33172**

Date(s) debt was incurred _

Last 4 digits of account number  **8358**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.596 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**LINDA K PHIPPS**
**1850 Lee Road Suite 111**
**Winter Park, FL 32789-2104**

Date(s) debt was incurred _

Last 4 digits of account number  **7013**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.596 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**LINDA K THOMAS**
**P.O. Box 14776**
**Bradenton, FL 34280-4776**

Date(s) debt was incurred _

Last 4 digits of account number  **0069**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.596 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**LINDA L WEIKSNAR**
**221 E Osceola Street Suite 200 K**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number  **9944**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.597 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**LINDA M KNOERR**
**1521 Alton Road Suite 362**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number  **4181**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.597 1**

**Nonpriority creditor's name and mailing address**

**LINDA MCVEIGH MATLACK**
**12595 Northeast 7th Avenue**
**North Miami, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number  **2004**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.597 2**

**Nonpriority creditor's name and mailing address**

**LINDA R MULLIGAN**
**Office of The Attorney General**
**4000 Hollywood Boulevard Suite 505-S**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number  **7842**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.597 3**

**Nonpriority creditor's name and mailing address**

**LINDA ROTH-CORTINA**
**55 Miracle Mile Suite 320**
**Miami, FL 33134-5440**

Date(s) debt was incurred _

Last 4 digits of account number  **2708**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.597 4**

**Nonpriority creditor's name and mailing address**

**LINDA S WEITZMAN**
**4102 Washington Road**
**West Palm Beach, FL 33405-2742**

Date(s) debt was incurred _

Last 4 digits of account number  **2527**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.597 5**

**Nonpriority creditor's name and mailing address**

**LINDA TREIMAN**
**1025 Southwest Martin Downs Boulevard Su**
**Palm City, FL 34990-2857**

Date(s) debt was incurred _

Last 4 digits of account number  **7135**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$229.94

---

**3.597 6**

**Nonpriority creditor's name and mailing address**

**LINDELL FARSON & PINCKET PA**
**12276 San Jose Boulevard Suite 126**
**Jacksonville, FL 32223-8630**

Date(s) debt was incurred _

Last 4 digits of account number  **9866**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.597 7**

**Nonpriority creditor's name and mailing address**

**Lindsay & Allen, P.L.L.C.**
**5692 Strand Court**
**Suite 1**
**Naples, FL 34110**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8956**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.597 8**

**Nonpriority creditor's name and mailing address**

**Lindsay R. Harrison Associate General Co**
**Fbc Mortgage L.L.C.**
**189 S Orange Avenue Suite 970**
**Orlando, FL 32801**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8078**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.597 9**

**Nonpriority creditor's name and mailing address**

**LINES HINSON & LINES**
**121 N Madison Street**
**Quincy, FL 32351**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3393**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.598 0**

**Nonpriority creditor's name and mailing address**

**LINFENG ZHOU**
**3107 Stirling Road Suite 106**
**Ft Lauderdale, FL 33312**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3717**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.598 1**

**Nonpriority creditor's name and mailing address**

**LINSKY & REIBER**
**2109 E Palm Avenue Suite 202**
**Tampa, FL 33605-3909**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6082**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.598 2**

**Nonpriority creditor's name and mailing address**

**LINWOOD CABOT**
**1850 Ellen Drive Suite 502**
**Ft Lauderdale, FL 33316**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4633**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.598 3**

**Nonpriority creditor's name and mailing address**

**Liron Offir PL**
**Suite 120**
**490 Sawgrass Corporate Parkway**
**Sunrise, FL 33325**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7861**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.598 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **LISA B GOLDBERG**<br>**888 E Las Olas Boulevard Suite 200**<br>**Ft Lauderdale, FL 33301-2239** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **6807** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.598 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **LISA BARATZ**<br>**5920 Southwest 33rd Avenue**<br>**Ft Lauderdale, FL 33312** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **0473** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.598 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **LISA BISAGNI**<br>**2400 E Commercial Boulevard Suite 517b**<br>**Ft Lauderdale, FL 33308** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **9585** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.598 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|
| **LISA G QUARRIE & ASSOCIATES PA**<br>**Florida Power & Light Company**<br>**700 Universe Boulevard**<br>**Juno Beach, FL 33408-2657** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **2456** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.598 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **LISA I GLASSMAN PA**<br>**20283 State Road 7**<br>**Suite 400**<br>**Boca Raton, FL 33498** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **6929** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.598 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **Lisa K. Crawford, Esquire P.L.L.C.**<br>**Suite 315**<br>**2787 E Oakland Park Boulevard**<br>**Ft Lauderdale, FL 33306** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **9810** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **LTGF Business Trust**
_____
Name                                                          Case number (if known)    **2:23-bk-01538**

---

| 3.599 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LISA L DANIELS**
**Daniels & Daniels Attorneys at Law**
**2000 Glades Road Suite 312**
**Boca Raton, FL 33431**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8726**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.599 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Lisa M. Boswell, P.A.**
**12161 Ken Adams Way Suite 110-D1**
**Wellington, FL 33414**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9329**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.599 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LISA MARIE MACCI**
**2255 Glades Road Suite 324-A**
**Boca Raton, FL 33431-8571**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9014**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.599 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LISA N HODAPP PA**
**P.O. Box 772412**
**Coral Springs, FL 33077-2412**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7228**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.599 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LISA N PEARSON PA**
**P.O. Box 402571**
**Miami Beach, FL 33140**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8018**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.599 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LISA O'NEILL**
**Dadeland Center Suite 1602**
**9155 S Dadeland Boulevard**
**Miami, FL 33156**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  3879**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.599 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LISBET CAMPO**
**10041 Bird Road**
**Miami, FL 33165**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5648**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.599<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**LISETTE PIE SALAZAR PA**
**200 Crandon Boulevard**
**Suite 311**
**Key Biscayne, FL 33149**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **9847**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.599<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**LISTER WITHERSPOON IV**
**721 Northwest 14th Court**
**Miami, FL 33125-3619**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **6334**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.599<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $758.58 |
|---|---|---|---|

**LISTICK & KRALL PA**
**800 Palm Trail**
**Suite 210**
**Delray Beach, FL 33483**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **3561**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.600<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**LISZT & ASSOCIATES PA**
**2701 NW 2nd Avenue**
**Suite 107**
**Boca Raton, FL 33431**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **9060**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.600<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**LITCHFORD & CHRISTOPHER PA**
**P.O. Box 1549**
**Orlando, FL 32802-1549**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **8306**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.600<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LITMAN & ARVESU**
**2000 S Dixie Highway Suite 101**
**Miami, FL 33133**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **8563**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.600 3**

**Nonpriority creditor's name and mailing address**
**LITTMAN SHERLOCK & HEIMS PA**
**P.O. Box 1197**
**Stuart, FL 34995-1197**

Date(s) debt was incurred _

Last 4 digits of account number **3329**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.600 4**

**Nonpriority creditor's name and mailing address**
**LITVAK BEASLEY & WILSON LLP**
**40 Palafox Place**
**Suite 300**
**Pensacola, FL 32502**

Date(s) debt was incurred _

Last 4 digits of account number **5845**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.600 5**

**Nonpriority creditor's name and mailing address**
**LIVINGSTON AND LIVINGSTON**
**445 S Commerce Avenue**
**Sebring, FL 33870-3702**

Date(s) debt was incurred _

Last 4 digits of account number **2543**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.600 6**

**Nonpriority creditor's name and mailing address**
**LIZABETH F CALVO**
**328 Crandon Boulevard**
**Suite 226**
**Key Biscayne, FL 33149-1331**

Date(s) debt was incurred _

Last 4 digits of account number **0229**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.600 7**

**Nonpriority creditor's name and mailing address**
**LIZETTE BABUN**
**Babun & Torres P.A.**
**10621 N Kendall Drive Suite 121**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number **4060**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.600 8**

**Nonpriority creditor's name and mailing address**
**LIZETTE REBOREDO PA**
**6850 Southwest 75th Avenue**
**Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number **7313**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.6009**

**Nonpriority creditor's name and mailing address**
Llerena Law, P.A.
2393 S. Congress Avenue
Suite 200
West Palm Beach, FL 33406

Date(s) debt was incurred _
Last 4 digits of account number  **9144**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.6010**

**Nonpriority creditor's name and mailing address**
**LLOYD C HAWTHORNE**
16649 N County Road 349
Mcalpin, FL 32062-2179

Date(s) debt was incurred _
Last 4 digits of account number  **2994**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.6011**

**Nonpriority creditor's name and mailing address**
**LLOYD E PETERSON JR PA**
905 Southwest Baya Drive
Lake City, FL 32025

Date(s) debt was incurred _
Last 4 digits of account number  **0175**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.6012**

**Nonpriority creditor's name and mailing address**
**LLOYD E SWAIM**
2929 E Commercial Boulevard
Ft Lauderdale, FL 33308-4214

Date(s) debt was incurred _
Last 4 digits of account number  **8472**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.6013**

**Nonpriority creditor's name and mailing address**
**LLOYD GRANET**
2295 Northwest Corporate Boulevard Suite
Boca Raton, FL 33431

Date(s) debt was incurred _
Last 4 digits of account number  **0695**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.6014**

**Nonpriority creditor's name and mailing address**
**LLOYD GRANET PA**
2295 NW Corporate Boulevard
Suite 235
Boca Raton, FL 33431

Date(s) debt was incurred _
Last 4 digits of account number  **0695**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.6015**

**Nonpriority creditor's name and mailing address**
**LLOYD M ROUTMAN**
Routman & Mellinger
2300 Northwest Corporate Boulevard Suite
Boca Raton, FL 33431

Date(s) debt was incurred _
Last 4 digits of account number  **8536**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.601 6**

**Nonpriority creditor's name and mailing address**

**LLOYD W PROCTON**
**400 Southeast 18th Street**
**Ft Lauderdale, FL 33316-2820**

Date(s) debt was incurred _

Last 4 digits of account number  **6762**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.601 7**

**Nonpriority creditor's name and mailing address**

**LLOYD, BROWN, FOWLER, HOSKINS**
**P.O. Box 4382**
**Ft. Pierce, FL 34948-4382**

Date(s) debt was incurred _

Last 4 digits of account number  **6316**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$350.00**

---

**3.601 8**

**Nonpriority creditor's name and mailing address**

**Loan Lawyers, L.L.C.**
**2150 S Andrews Avenue**
**2nd Floor**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **9497**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.601 9**

**Nonpriority creditor's name and mailing address**

**LOBRANO & KINCAID PA**
**76 South Laura Street Suite 2100**
**Jacksonville, FL 32202-3492**

Date(s) debt was incurred _

Last 4 digits of account number  **8090**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$469.33**

---

**3.602 0**

**Nonpriority creditor's name and mailing address**

**LOCKLIN JONES & SABA PA**
**6460 Justice Avenue**
**Milton, FL 32570**

Date(s) debt was incurred _

Last 4 digits of account number  **6351**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.602 1**

**Nonpriority creditor's name and mailing address**

**Loevin Law Group, P.A.**
**800 West Cypress Creek Road**
**Suite 528**
**Ft. Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number  **8610**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

Debtor  **LTGF Business Trust**
        Name

Case number (if known)  **2:23-bk-01538**

---

| 3.602 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**LOEWS HOTELS AT UNIVERSAL**
**Public Relations**
**6800 Lakewood Plaza Drive**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number **1814**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Logs Legal Group, LLP**
**4630 Woodland Corporate Boulevard**
**Suite 100**
**Tampa, FL 33614**

Date(s) debt was incurred _

Last 4 digits of account number **7522**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**LOIS B LEPP PA**
**902 E. Gadsden Street**
**Pensacola, FL 32501**

Date(s) debt was incurred _

Last 4 digits of account number **6386**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**LOIS R CLEMENTE**
**6606 20TH ST PLANTATION PLAZA**
**LOIS R CLEMENTE PA**
**VERO BEACH, FL 32966-7902**

Date(s) debt was incurred _

Last 4 digits of account number **7481**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**LOLA BOHN THOMAS**
**100 S Pointe Drive Apt 306**
**Miami Beach, FL 33139-7380**

Date(s) debt was incurred _

Last 4 digits of account number **6906**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**LON WORTH CROW IV PA**
**211 N Commerce Avenue**
**Sebring, FL 33870**

Date(s) debt was incurred _

Last 4 digits of account number **9241**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**LONNIE L SIMMONS**
**3008 Langley Avenue**
**Pensacola, FL 32504**

Date(s) debt was incurred _

Last 4 digits of account number **2414**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.6029**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **Lonnie L Simmons P.A.**<br>**3008 Langley Avenue**<br>**Pensacola, FL 32504** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Member__ | |
| **Last 4 digits of account number  2414** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.6030**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|
| **Loper Law Group, P.A.**<br>**6526 Old Brick Road**<br>**Suite 120-113**<br>**Windermere, FL 34786** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Member__ | |
| **Last 4 digits of account number  1216** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.6031**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **Lopez Law Group**<br>**360 Central Avenue**<br>**Suite 800**<br>**St. Petersburg, FL 33701** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Member__ | |
| **Last 4 digits of account number  0962** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.6032**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **Lora L. Howell, P.A.**<br>**46 N. Washington Boulevard**<br>**Suite 3**<br>**Sarasota, FL 34236** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Member__ | |
| **Last 4 digits of account number  0938** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.6033**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **Lore Legal Services, PLLC**<br>**5323 Millenia Lakes Blvd.**<br>**Suite 300-352**<br>**Orlando, FL 32839** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Member__ | |
| **Last 4 digits of account number  0660** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.6034**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **LOREN E BODEM**<br>**700 Colorado Street**<br>**Stuart, FL 34994** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Member__ | |
| **Last 4 digits of account number  5919** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Debtor    **LTGF Business Trust**                                    Case number (if known)    **2:23-bk-01538**
_____
Name

---

**3.603 5**

**Nonpriority creditor's name and mailing address**

**LOREN M PAUL PA**
**503 Manatee Avenue**
**Bradenton, FL 34208**

Date(s) debt was incurred _

Last 4 digits of account number **4106**

As of the petition filing date, the claim is: *Check all that apply.*                    $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.603 6**

**Nonpriority creditor's name and mailing address**

**LORENE SEELER YOUNG PA**
**9124 Griffin Road**
**Cooper City, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number **3112**

As of the petition filing date, the claim is: *Check all that apply.*                    $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.603 7**

**Nonpriority creditor's name and mailing address**

**LORENZO CAPUA CABALLERO**
**9192 Coral Way Suite 201**
**Miami, FL 33165**

Date(s) debt was incurred _

Last 4 digits of account number **8491**

As of the petition filing date, the claim is: *Check all that apply.*                    $50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.603 8**

**Nonpriority creditor's name and mailing address**

**LORETTA SIMON**
**P.O. Box 162439**
**Coral Gables, FL 33116-2439**

Date(s) debt was incurred _

Last 4 digits of account number **3949**

As of the petition filing date, the claim is: *Check all that apply.*                    $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.603 9**

**Nonpriority creditor's name and mailing address**

**LORI ELLEN WARD PL**
**11490 Emerald Coast Parkway Suite 201e**
**Miramar Beach, FL 32550**

Date(s) debt was incurred _

Last 4 digits of account number **5534**

As of the petition filing date, the claim is: *Check all that apply.*                    $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.604 0**

**Nonpriority creditor's name and mailing address**

**LORIN E BOLTON**
**Lorin E. Bolton P.A.**
**3470 N 31st Avenue**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **3699**

As of the petition filing date, the claim is: *Check all that apply.*                    $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.604 1**

**Nonpriority creditor's name and mailing address**

**Lorium PLLC**
**101 NE 3rd Avenue**
**Suite 1800**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **8220**

As of the petition filing date, the claim is: *Check all that apply.*                    $75.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.604
2**

**Nonpriority creditor's name and mailing address**
**LORRIER LAW FIRM PA**
**8500 Kenwood Road Suite A**
**Largo, FL 33777-3113**

Date(s) debt was incurred _

Last 4 digits of account number **9432**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.604
3**

**Nonpriority creditor's name and mailing address**
**LOUANNE S LOVE**
**Pmb 181**
**914 Curlew Road**
**Dunedin, FL 34698-1901**

Date(s) debt was incurred _

Last 4 digits of account number **5741**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.604
4**

**Nonpriority creditor's name and mailing address**
**LOUIS BAKKALAPULO**
**111 N Belcher Road Suite 201**
**Clearwater, FL 33765**

Date(s) debt was incurred _

Last 4 digits of account number **9146**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.604
5**

**Nonpriority creditor's name and mailing address**
**LOUIS C ANDERSON**
**224 Commercial Boulevard**
**Suite 310**
**Lauderdale By The Sea, FL 33308-4443**

Date(s) debt was incurred _

Last 4 digits of account number **5396**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,750.33**

---

**3.604
6**

**Nonpriority creditor's name and mailing address**
**LOUIS D ZARETSKY**
**2800 Biscayne Boulevard**
**Suite 500**
**Miami, FL 33137**

Date(s) debt was incurred _

Last 4 digits of account number **8979**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.604
7**

**Nonpriority creditor's name and mailing address**
**LOUIS GIOVACHINO**
**436 Sail Boat Circle**
**Ft Lauderdale, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number **6392**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.6048**

**Nonpriority creditor's name and mailing address**
**LOUIS GOUZ**
**P.O. Box 9826**
**Coral Springs, FL 33075-0826**

Date(s) debt was incurred _

Last 4 digits of account number **5927**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.6049**

**Nonpriority creditor's name and mailing address**
**LOUIS H WEBER**
**10742 Northwest 17th Street**
**Coral Springs, FL 33071-4202**

Date(s) debt was incurred _

Last 4 digits of account number **6820**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.6050**

**Nonpriority creditor's name and mailing address**
**LOUIS J CARBONE**
**90 SE 4th Avenue**
**Suite 1**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number **9260**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.6051**

**Nonpriority creditor's name and mailing address**
**LOUIS J PLEETER**
**6518 Timber Lane**
**Boca Raton, FL 33433-5726**

Date(s) debt was incurred _

Last 4 digits of account number **4224**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.6052**

**Nonpriority creditor's name and mailing address**
**LOUIS M ROCKMAN**
**8500 Southwest 92nd Street Suite 106**
**Miami, FL 33156-7379**

Date(s) debt was incurred _

Last 4 digits of account number **8190**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$88.37

---

**3.6053**

**Nonpriority creditor's name and mailing address**
**LOUIS P PFEFFER PA**
**250 S Central Boulevard Suite 205**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number **2257**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.6054**

**Nonpriority creditor's name and mailing address**
**LOUIS R MCBANE**
**90 Apple Blossom Lane**
**Whittier, NC 28789-8199**

Date(s) debt was incurred _

Last 4 digits of account number **537**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

Debtor  **LTGF Business Trust**
<br>Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.605 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**LOUIS SCHWARZKOPF**
**1454 Northwest 17th Avenue Suite 200**
**Miami, FL 33125-2323**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **451**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.605 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LOUIS STINSON JR PA**
**55 Merrick Way**
**Suite 202-A**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3989**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.605 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**LOUIS T SENA**
**P.O. Box 894**
**Islamorada, FL 33036-0894**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1748**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.605 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**LOUIS VERNELL**
**P.O. Box 600949**
**North Miami Beach, FL 33160**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1156**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.605 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**LOUIS VITALE JR**
**73 N Skeenah Road**
**Franklin, NC 28734-9224**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4345**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.606 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**LOUIS W ADAMS JR**
**3108 Vistamar Street**
**Ft Lauderdale, FL 33304-4118**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1809**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.606**
**1**

**Nonpriority creditor's name and mailing address**
**LOUIS W HIGH**
**4386 Cortez Boulevard**
**Weeki Wachee, FL 34607-1209**

Date(s) debt was incurred _

Last 4 digits of account number  **4180**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.606**
**2**

**Nonpriority creditor's name and mailing address**
**LOUIS WHITEHEAD III**
**5119 Cordova Way S**
**St Petersburg, FL 33712-4271**

Date(s) debt was incurred _

Last 4 digits of account number  **2240**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.606**
**3**

**Nonpriority creditor's name and mailing address**
**LOUIS X AMATO**
**28209 Jewel Fish Lane**
**Bonita Springs, FL 34135**

Date(s) debt was incurred _

Last 4 digits of account number  **5531**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.606**
**4**

**Nonpriority creditor's name and mailing address**
**LOUISE A MATHEWS**
**1250 Connecticut Avenue**
**Washington, DC 20036-2603**

Date(s) debt was incurred _

Last 4 digits of account number  **4800**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$474.02**

---

**3.606**
**5**

**Nonpriority creditor's name and mailing address**
**LOUISE E TUDZAROV**
**4111 Southwest 47th Avenue Suite 232**
**Davie, FL 33314-4039**

Date(s) debt was incurred _

Last 4 digits of account number  **7425**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.606**
**6**

**Nonpriority creditor's name and mailing address**
**LOURDES B RIVERA PA**
**7742 N. Kendall Drive**
**#165**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **5534**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.606**
**7**

**Nonpriority creditor's name and mailing address**
**LOURDES CASTILLO ESQUIRE PA**
**296 Wynchmere Terrace**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number  **0263**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.606 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LOURDES CORVO**
**14750 NW 77th Court**
**Suite 300**
**Miami Lakes, FL 33016**

Date(s) debt was incurred  _

Last 4 digits of account number  **4081**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.606 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LOURDES L DOMINGUEZ**
**370 Minorca Avenue Suite 2**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **4534**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.607 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LOURDES M CLINE**
**1126 S. Federal Highway**
**Box 376**
**Ft. Lauderdale, FL 33316**

Date(s) debt was incurred  _

Last 4 digits of account number  **3902**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.607 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LOURDES MARIN PA**
**5245 NW 36th Street**
**Suite 205**
**Miami Springs, FL 33166**

Date(s) debt was incurred  _

Last 4 digits of account number  **9002**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.607 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LOURDES NUNEZ**
**1839 SW 27th Avenue**
**Miami, FL 33145**

Date(s) debt was incurred  _

Last 4 digits of account number  **4550**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.607 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LOWENTHAL LANDAU FISCHER &**
**1650 S Dixie Highway Stes 2a & 2b**
**Boca Raton, FL 33432**

Date(s) debt was incurred  _

Last 4 digits of account number  **9094**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.607 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,953.13 |
|---|---|---|---|

**LOWNDES DROSDICK DOSTER**
**215 N. Eola Drive**
**Orlando, FL 32801**

Date(s) debt was incurred  _

Last 4 digits of account number  **3555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor __LTGF Business Trust_____     Case number (*if known*)   __2:23-bk-01538__
       Name

---

| 3.607 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**LUBELL & ROSEN LLC**
**200 S. Andrews Avenue**
**Suite 900**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __6697__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Lubell & Rosen, L.L.C.**
**1 Alhambra Plaza**
**Suite 1410**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __6697__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LUCIANO ISLA**
**1790 W 49th Street Suite 300**
**Hialeah, FL 33012**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __4339__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LUCILLE M ESPEY**
**355 W Alfred Street**
**Tavares, FL 32778**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __6918__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LUCILO RAMOS JR**
**2525 Ponce De Leon Boulevard**
**3rd Floor**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __8339__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.608 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LUCINDA J WARREN**
**P.O. Box 1009**
**Crystal Beach, FL 34681**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __3825__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **LTGF Business Trust**
Name

Case number (if known)    **2:23-bk-01538**

---

**3.608**
**1**

**Nonpriority creditor's name and mailing address**

**LUCIO BRONSTEIN GARBETT**
**80 Southwest 8th Street Suite 3100**
**Miami, FL 33130**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2122**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$125.00

---

**3.608**
**2**

**Nonpriority creditor's name and mailing address**

**LUDOVICI & LUDOVICI PA**
**9000 SW 152nd Street**
**Suite 106**
**Palmetto Bay, FL 33157**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1821**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

**3.608**
**3**

**Nonpriority creditor's name and mailing address**

**LUDWIG J ABRUZZO**
**5425 Park Central Court**
**Naples, FL 34109-5934**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2603**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.608**
**4**

**Nonpriority creditor's name and mailing address**

**LUIS A CONSUEGRA**
**780 Northwest 42nd Avenue**
**Ocean Bank Of Miami**
**Miami, FL 33126-5597**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8386**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.608**
**5**

**Nonpriority creditor's name and mailing address**

**LUIS A FIGUEROA**
**815 Ponce De Leon Boulevard Suite 200**
**Coral Gables, FL 33134-3007**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4240**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.608**
**6**

**Nonpriority creditor's name and mailing address**

**LUIS A GONZALEZ**
**809 Irma Avenue Suite 1**
**Orlando, FL 32803**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4803**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.608**
**7**

**Nonpriority creditor's name and mailing address**

**Luis A. Perez, P.A.**
**8950 SW 74th Court**
**Suite 2265**
**Miami, FL 33156**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8178**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.6088**

**Nonpriority creditor's name and mailing address**
**LUIS ARTIME PA**
**4 Williamsburg Lane**
**Bella Vista, AR 72714-2451**

Date(s) debt was incurred _

Last 4 digits of account number **7586**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.6089**

**Nonpriority creditor's name and mailing address**
**LUIS CRUZ**
**2655 Le Jeune Road**
**Suite 324**
**Corla Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **3804**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.6090**

**Nonpriority creditor's name and mailing address**
**Luis E. Fernandez, P.A.**
**2525 Ponce De Leon Boulevard**
**Suite 300**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **9959**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.6091**

**Nonpriority creditor's name and mailing address**
**LUIS F ESTRADA**
**16300 Northeast 19th Avenue Suite 213**
**North Miami Beach, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number **8971**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.6092**

**Nonpriority creditor's name and mailing address**
**LUIS F GOMEZ PA**
**1500 S Semoran Boulevard**
**Orlando, FL 32807-2920**

Date(s) debt was incurred _

Last 4 digits of account number **288**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.6093**

**Nonpriority creditor's name and mailing address**
**LUIS H ROSES**
**6451 Southwest 39 Terrace**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number **2652**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.609 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**LUIS L FERNANDEZ**
P.O. Box 45-3536
Coral Gables, FL 33245-3536

Date(s) debt was incurred _

Last 4 digits of account number **313**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**LUIS M PADRON**
19 W Flagler Street Suite 412
Miami, FL 33130

Date(s) debt was incurred _

Last 4 digits of account number **7243**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**LUIS REY**
505 Northwest 65th Court Suite 204
Ft Lauderdale, FL 33309

Date(s) debt was incurred _

Last 4 digits of account number **4186**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**LUIS STABINSKI**
757 N.W. 27th Ave.
Miami, FL 33125-3012

Date(s) debt was incurred _

Last 4 digits of account number **6168**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**LUISA LORENZO**
6820 Portillo Street
Coral Gables, FL 33146

Date(s) debt was incurred _

Last 4 digits of account number **1893**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Lulich & Attorneys**
1069 Main Street
Sebastian, FL 32958

Date(s) debt was incurred _

Last 4 digits of account number **8192**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**LUSK DRASITES & TOLISANO**
202 Del Prado Boulevard
Cape Coral, FL 33990-1726

Date(s) debt was incurred _

Last 4 digits of account number **7776**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known)   **2:23-bk-01538**

| 3.610 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**LUSK DRASITES TOLISANO & SMITH**
P.O. Box 152468
Cape Coral, FL 33915-2468

Date(s) debt was incurred _

Last 4 digits of account number  **4883**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.610 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lusky & Rodriguez, P.A.**
770 Ponce De Leon Boulevard
Suite 306
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **4012**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.610 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**LUTZ BOBO & TELFAIR PA**
One Sarasota Tower
2 N. Tamiami Trail, Suite 500
Sarasota, FL 34236

Date(s) debt was incurred _

Last 4 digits of account number  **6228**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.610 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Luxe Legal, L.L.C.**
250 Catalonia Avenue Suite 706
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **9787**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.610 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**LYDECKER LEE BERGA &**
1221 Brickell Avenue
19 Floor
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number  **0452**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.610 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**LYDIA MANRIQUE**
1425 Southwest 93rd Pl
Miami, FL 33174-3032

Date(s) debt was incurred _

Last 4 digits of account number  **6112**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor __LTGF Business Trust_____     Case number (if known) __2:23-bk-01538__
Name

| 3.610 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**LYDIA P HERNANDEZ**
14024 Northwest 82nd Avenue
Miami Lakes, FL 33016

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __7720__

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**LYLE & SKIPPER PA**
P.O. Box 897
Tampa, FL 33601-0897

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __5548__

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475.00 |
|---|---|---|---|

**LYLE & SKIPPER PA**
P.O. Drawer 76380
St Petersburg, FL 33734-6380

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __5548__

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LYLE M KOENIG**
7800 W Oakland Park Boulevard Suite 101
Sunrise, FL 33351-6741

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2717__

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**LYLE R HITCHENS**
P.O. Box 9772
Dayton, OH 32120

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __6384__

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Lynchard & Seely, P.L.L.C.**
1901 Andorra Street
Navarre, FL 32566

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0583__

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**LYNDA AMADI**
Lynda Amadi P.A.
P.O. Box 694066
Miami, FL 33269

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __8703__

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.611 4**

**Nonpriority creditor's name and mailing address**

**LYNDA J HARRIS**
**P.O. Box 150**
**West Palm Beach, FL 33402-0150**

Date(s) debt was incurred  _

Last 4 digits of account number  **8078**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$175.00

---

**3.611 5**

**Nonpriority creditor's name and mailing address**

**LYNN B LEWIS**
**1390 Brickell Avenue Suite 280**
**Miami, FL 33131-3322**

Date(s) debt was incurred  _

Last 4 digits of account number  **4557**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.611 6**

**Nonpriority creditor's name and mailing address**

**LYNN D SOLOMON**
**315 11th Street**
**West Palm Beach, FL 33401**

Date(s) debt was incurred  _

Last 4 digits of account number  **5610**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.611 7**

**Nonpriority creditor's name and mailing address**

**LYNN H GELMAN**
**1450 Madruga Avenue Suite 408**
**Coral Gables, FL 33146**

Date(s) debt was incurred  _

Last 4 digits of account number  **9800**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.611 8**

**Nonpriority creditor's name and mailing address**

**LYNNE HANKINS FIELDER**
**Lynne Hankins Fielder P.A.**
**P.O. Box 420973**
**Summerland Key, FL 33042-0973**

Date(s) debt was incurred  _

Last 4 digits of account number  **6194**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.611 9**

**Nonpriority creditor's name and mailing address**

**LYNNE R THOMPSON**
**P.O. Box 608**
**Melbourne, FL 32902-0608**

Date(s) debt was incurred  _

Last 4 digits of account number  **1868**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor    **LTGF Business Trust**

Name

Case number (*if known*)    **2:23-bk-01538**

| 3.612 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**LYNWOOD F ARNOLD JR**
P.O. Box 13677
Tallahassee, FL 32317-3677

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **7598**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.612 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**LYONS & LYONS PA**
27911 Crown Lake Boulevard
Suite 205
Bonita Springs, FL 34135

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **7500**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.612 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Lyons & Ruggerio, P.L.L.C.**
2014 E Robinson Street
Orlando, FL 32803

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **8242**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.612 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**LYONS & SANDERS, CHARTERED**
600 N.E. 3rd Avenue
Ft Lauderdale, FL 33304-2674

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **3494**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.612 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**LYONS & SMITH PA**
1230 NW 7th Street
Miami, FL 33125-3702

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **2393**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.612 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**LYONS BEAUDRY HARRISON &**
1605 Main Street
Suite 1111
Sarasota, FL 34236-5809

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **438**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.612 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Lyons Title & Trust**
27911 Crown Lake Boulevard
Suite 205
Bonita Springs, FL 34135

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **7002**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.612 7**

**Nonpriority creditor's name and mailing address**
**M A HUEY PA**
**255 Alhambra Circle Suite 850**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **4878**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.612 8**

**Nonpriority creditor's name and mailing address**
**M ADAM BANKIER PA**
**101 SE 6th Avenue**
**Suite C**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number  **3982**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.612 9**

**Nonpriority creditor's name and mailing address**
**M ALISANDRA DEYOUNG PL**
**P.O. Box 2767**
**Tampa, FL 33601**

Date(s) debt was incurred _

Last 4 digits of account number  **0516**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.613 0**

**Nonpriority creditor's name and mailing address**
**M CHRIS EDWARDS**
**4425 Military Trail**
**Suite 200**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number  **6273**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.613 1**

**Nonpriority creditor's name and mailing address**
**M CRAIG MASSEY**
**P.O. Box 24628**
**Lakeland, FL 33802-4628**

Date(s) debt was incurred _

Last 4 digits of account number  **3216**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.613 2**

**Nonpriority creditor's name and mailing address**
**M CRISTINA DEL-VALLE**
**1001 S Bayshore Drive Suite 2704**
**Miami, FL 33131-4940**

Date(s) debt was incurred _

Last 4 digits of account number  **4229**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.613 |
|-------|
| 3 |

**Nonpriority creditor's name and mailing address**

**M DANIEL HUGHES**
**3000 N. Federal Highway**
**Building 2, Suite 200**
**Ft Lauderdale, FL 33306-1416**

Date(s) debt was incurred _

Last 4 digits of account number  **8172**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.613 |
|-------|
| 4 |

**Nonpriority creditor's name and mailing address**

**M DANIEL SASSO**
**4020 Del Prado Boulevard Suite A1**
**Cape Coral, FL 33904**

Date(s) debt was incurred _

Last 4 digits of account number  **8112**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.613 |
|-------|
| 5 |

**Nonpriority creditor's name and mailing address**

**M DIANE CHECCHIO PA**
**5840 Red Bug Lake Road Suite 180**
**Winter Springs, FL 32708**

Date(s) debt was incurred _

Last 4 digits of account number  **6431**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.613 |
|-------|
| 6 |

**Nonpriority creditor's name and mailing address**

**M DONALD DRESCHER**
**1001 N Federal Highway Suite 313**
**Hallandale, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number  **3765**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.613 |
|-------|
| 7 |

**Nonpriority creditor's name and mailing address**

**M DWIGHT EVANS**
**P.O. Box 2405**
**Little Rock, AR 72203-2405**

Date(s) debt was incurred _

Last 4 digits of account number  **0639**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.613 |
|-------|
| 8 |

**Nonpriority creditor's name and mailing address**

**M ELVIRA FERRO**
**1073 Northeast 125th Street**
**North Miami, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number  **8415**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.613 |
|-------|
| 9 |

**Nonpriority creditor's name and mailing address**

**M FRANKLYN ROMAN**
**Sevilla Center**
**241 Sevilla Avenue Suite 805**
**Coral Gables, FL 33134-6622**

Date(s) debt was incurred _

Last 4 digits of account number  **7316**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|-------------------------|------------------------|-------------------|
| | Name | | |

| 3.614 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---------|----|----|----|

**M FUENTES & CO**
P.O. Box 431725
Miami, FL 33243-1725

Date(s) debt was incurred  _

Last 4 digits of account number  **8020**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.614 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---------|----|----|----|

**M JEFFREY SPENO**
14 Evergreen Avenue Apt 9
Mill Valley, CA 94941-5604

Date(s) debt was incurred  _

Last 4 digits of account number  **6998**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.614 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---------|----|----|----|

**M JORGE ARECES PA**
13615 S Dixie Highway Suite 114-491
Miami, FL 33176

Date(s) debt was incurred  _

Last 4 digits of account number  **5102**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.614 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---------|----|----|----|

**M KEITH MARSHALL**
3363 NE 163rd Street
Suite 801
North Miami Beach, FL 33160

Date(s) debt was incurred  _

Last 4 digits of account number  **8300**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.614 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---------|----|----|----|

**M KIRBY WATSON**
944 4th Street N Suite 800
St Petersburg, FL 33701-1735

Date(s) debt was incurred  _

Last 4 digits of account number  **2153**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.614 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---------|----|----|----|

**M LEE FAGAN**
P.O. Box 600457
Jacksonville, FL 32260-0457

Date(s) debt was incurred  _

Last 4 digits of account number  **0903**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.614 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**M LISA SHASTEEN PA**
**905 N Florida Avenue**
**Tampa, FL 33602**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **9071**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.61** |

**M MALINDA OTTINGER PA**
**535 Central Avenue Suite 211**
**St Petersburg, FL 33701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **8258**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**M PAUL GARCIA**
**M Paul Garcia P.A.**
**12790 S Dixie Highway**
**Miami, FL 33156-5960**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **3951**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**M RAY FRIEDMAN**
**6020 N Federal Highway**
**Boca Raton, FL 33487**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **927**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**M ROSS SHULMISTER**
**590 Southeast 12th Street**
**Pompano Beach, FL 33060**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **6917**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |

**M S MARLIN**
**250 Catalonia Suite 303**
**Coral Gables, FL 33134-6730**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **2179**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,948.11** |

**M W SCHRYVER**
**481 8th Avenue So**
**Naples, FL 34102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **3557**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

| 3.615 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**M. ROSS SHULMISTER**
**590 SE 12 Street**
**Pompano Beach, FL 33060**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  6917**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**M.T.K. International Law Group, P.A.**
**1900 N. Bayshore Drive**
**Suite 1A-101**
**Miami, FL 33132**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  1066**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**MAC D HEAVENER III**
**4463 River Trail Road**
**Jacksonville, FL 32277**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  4595**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Mac Law Firm PLLC**
**10800 Biscayne Boulevard**
**Suite 700**
**Miami, FL 33161**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  0919**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**MAC'KIE & MARNELL PA**
**4001 Tamiami Trail N Suite 320**
**Naples, FL 34103**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  2303**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,015.73** |

**MACFARLANE FERGUSON**
**P.O. Box 1669**
**Clearwater, FL 34617-1669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  1455**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,213.89** |

**MACFARLANE FERGUSON**
**P.O. Box 1669**
**Clearwater, FL 34617-1669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  1254**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **LTGF Business Trust**                                      Case number (if known)    **2:23-bk-01538**
_____
Name

| | |
|---|---|
| 3.616 0 | |

**Nonpriority creditor's name and mailing address**
**MacFarlane Ferguson & McMullen**
**P.O. Box 1669**
**Clearwater, FL 33757-1669**

Date(s) debt was incurred _

Last 4 digits of account number  **8922**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| | |
|---|---|
| 3.616 1 | |

**Nonpriority creditor's name and mailing address**
**MACFARLANE FERGUSON & MCMULLEN**
**P.O. Box 1531**
**Tampa, FL 33601**

Date(s) debt was incurred _

Last 4 digits of account number  **8922**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$450.00

---

| | |
|---|---|
| 3.616 2 | |

**Nonpriority creditor's name and mailing address**
**MACHADO & HERRAN PA**
**8500 SW 8th Street**
**Suite 238**
**Miami, FL 33144**

Date(s) debt was incurred _

Last 4 digits of account number  **8373**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$75.00

---

| | |
|---|---|
| 3.616 3 | |

**Nonpriority creditor's name and mailing address**
**MACK A. PLANT**
**310 E. Government Street Suite 100**
**Pensacola, FL 32501-6076**

Date(s) debt was incurred _

Last 4 digits of account number  **7206**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$302.22

---

| | |
|---|---|
| 3.616 4 | |

**Nonpriority creditor's name and mailing address**
**MACK WILLIAMS HAYGOOD & MCLEAN**
**980 N Federal Highway Suite 305**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number  **7746**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$175.00

---

| | |
|---|---|
| 3.616 5 | |

**Nonpriority creditor's name and mailing address**
**MACKENSON BERNARD**
**2605 W Atlantic Avenue Unit D-202**
**Delray Beach, FL 33445**

Date(s) debt was incurred _

Last 4 digits of account number  **8679**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| | |
|---|---|
| 3.616 6 | |

**Nonpriority creditor's name and mailing address**
**MACKEY LAW PA**
**1402 3rd Avenue W.**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number  **6966**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$125.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.616 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,462.32** |

**MACLEAN & EMA**
**2600 NE 14th Street Causeway**
**Pompano Beach, FL 33062-8224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5840**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**MACLEAN & SCHLOTH PA**
**P.O. Box 551108**
**Jacksonville, FL 32255-1108**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8968**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00** |

**MACMILLAN STANLEY PLLC**
**33 NE 4th Avenue**
**Delray Beach, FL 33483**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3318**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**MACWILLIAM MCCAIN & HILL PA**
**1826 14th Avenue Suite 201**
**Vero Beach, FL 32960**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4015**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**MADDEN AND BREGOFF PLC**
**900 Southeast Ocean Boulevard Suite 126-**
**Stuart, FL 34994**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6211**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**MADELINE C EVANS-ERVIN**
**20178 Ocean Key Drive**
**Boca Raton, FL 33498**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0349**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**MADIGAN, PARKER, GATLIN TRUETT**
**P.O. Box 669**
**Tallahassee, FL 32302-0669**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4596**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**
Name

Case number (if known)   **2:23-bk-01538**

---

**3.617 4**

**Nonpriority creditor's name and mailing address**

**MAGGIE B EVANS**
**131 Waterman Avenue**
**Mount Dora, FL 32757-9541**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8736**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.617 5**

**Nonpriority creditor's name and mailing address**

**Magnolia Law, PLLC**
**101 NE 3rd Avenue**
**Suite 1500**
**Ft. Lauderdale, FL 33301**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0898**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.617 6**

**Nonpriority creditor's name and mailing address**

**MAGUIRE VOORHIS & WELLS PA**
**200 S Orange Avenue**
**Orlando, FL 32801**

**Date(s) debt was incurred** _

**Last 4 digits of account number  19**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Member**

Is the claim subject to offset? ■ No ☐ Yes

$19,602.20

---

**3.617 7**

**Nonpriority creditor's name and mailing address**

**Maguire | Miller PLLC**
**dba Maguire | Miller**
**400 Columbia Drive, Suite 100**
**West Palm Beach, FL 33409**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0804**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.617 8**

**Nonpriority creditor's name and mailing address**

**MAHAFFEY & LEITCH**
**2461 W. SR 426**
**Suite 1001**
**Oviedo, FL 32765**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3239**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Member**

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

**3.617 9**

**Nonpriority creditor's name and mailing address**

**Mahoney Law Group, P.A.**
**2240 Belleair Road**
**Suite 210**
**Clearwater, FL 33764**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6981**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.618 0**

**Nonpriority creditor's name and mailing address**

**Mahshie DeCosta, PA**
**407 E. Marion Avenue**
**Suite 101**
**Punta Gorda, FL 33950**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7706**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.618
1**

Nonpriority creditor's name and mailing address

**MAIR JEAN-FRANCOIS & ASSOC PA
6100 Hollywood Boulevard
Suite 211
Hollywood, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number  **6420**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$50.00**

---

**3.618
2**

Nonpriority creditor's name and mailing address

**MAITE L DIAZ PA
400 N Hiatus Road Suite 200
Pembroke Pines, FL 33026**

Date(s) debt was incurred _

Last 4 digits of account number  **4367**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$25.00**

---

**3.618
3**

Nonpriority creditor's name and mailing address

**MAITTE R NETSCH
122 Madeira Avenue
Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **2155**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$25.00**

---

**3.618
4**

Nonpriority creditor's name and mailing address

**Malcolm B. Wiseheart, III P.L.L.C.
2840 SW 3rd Avenue
Suite 201
Miami, FL 33129**

Date(s) debt was incurred _

Last 4 digits of account number  **9819**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$25.00**

---

**3.618
5**

Nonpriority creditor's name and mailing address

**MALCOLM B. WISEHEART, JR.
2840 S.W. 3rd Avenue
Miami, FL 33129-2328**

Date(s) debt was incurred _

Last 4 digits of account number  **4778**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$200.00**

---

**3.618
6**

Nonpriority creditor's name and mailing address

**MALCOLM J PITCHFORD
P.O. Box 49948
Sarasota, FL 34230-6948**

Date(s) debt was incurred _

Last 4 digits of account number  **2425**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

**$11,139.63**

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.618 7**

Nonpriority creditor's name and mailing address
**MALCOLM P MICKLER III**
P.O. Box 441
Tampa, FL 33601-0441

Date(s) debt was incurred _

Last 4 digits of account number **6949**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.618 8**

Nonpriority creditor's name and mailing address
**MALCOLM R SMITH**
8605 Regency Park Boulevard
Port Richey, FL 34668-5742

Date(s) debt was incurred _

Last 4 digits of account number **4332**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.618 9**

Nonpriority creditor's name and mailing address
**Maldonado Miranda P.A.**
3006 Aviation Avenue
Suite 2B
Coconut Grove, FL 33133

Date(s) debt was incurred _

Last 4 digits of account number **1032**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.619 0**

Nonpriority creditor's name and mailing address
**MALKA ISAAK**
306 E Tyler Street Floor 2
Tampa, FL 33602

Date(s) debt was incurred _

Last 4 digits of account number **231**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.619 1**

Nonpriority creditor's name and mailing address
**MALLORY E HORNE**
Rrt Box 942
Tallahassee, FL 32312-9740

Date(s) debt was incurred _

Last 4 digits of account number **8377**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.619 2**

Nonpriority creditor's name and mailing address
**Mallory Law Firm, P.A.**
P.O Box 2178
Panama City, FL 32402

Date(s) debt was incurred _

Last 4 digits of account number **9044**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.619 3**

Nonpriority creditor's name and mailing address
**Manausa Law Firm, P.A.**
1701 Hermitage Boulevard Suite 100
Tallahassee, FL 32308

Date(s) debt was incurred _

Last 4 digits of account number **8226**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**
_____

| 3.619 4 | **Nonpriority creditor's name and mailing address**<br>**Mancebo Law, P.A.**<br>**7380 SW 48th Street**<br>**Miami, FL 33155**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **7740** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

| 3.619 5 | **Nonpriority creditor's name and mailing address**<br>**MANDEL & PERKINS PA**<br>**10115 W. Sample Road**<br>**Coral Springs, FL 33065-3937**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **8453** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$75.00** |

| 3.619 6 | **Nonpriority creditor's name and mailing address**<br>**MANDEL WEISMAN & KIRSCHNER PA**<br>**2385 EXECUTIVE CTR DR STE 270**<br>**BOCA RATON, FL 33431**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **1245** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |

| 3.619 7 | **Nonpriority creditor's name and mailing address**<br>**Mangrove Title & Law, P.A.**<br>**12440 SW 1st Street**<br>**Plantation, FL 33325**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **0675** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

| 3.619 8 | **Nonpriority creditor's name and mailing address**<br>**MANJULA KALIDINDI PA**<br>**300 S Pine Island Road Suite 206**<br>**Plantation, FL 33324**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **9544** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

| 3.619 9 | **Nonpriority creditor's name and mailing address**<br>**Mankin Law Group**<br>**2535 Landmark Drive Suite 212**<br>**Clearwater, FL 33761**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **8640** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |

Debtor  **LTGF Business Trust**
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.620 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MANN & WOLF LLP**
7800 W. Oakland Park Boulevard
Suite B-104
Sunrise, FL 33351

Date(s) debt was incurred _

Last 4 digits of account number  **6669**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.620 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.96 |
|---|---|---|---|

**MANN, DADY, CORRIGAN ET AL**
444 Brickell Ave.
Suite 500
Miami, FL 33131-2405

Date(s) debt was incurred _

Last 4 digits of account number  **5164**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.620 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MANNING LAW OFFICE PL**
41644 Dahlia Street
Port Orange, FL 32736-9690

Date(s) debt was incurred _

Last 4 digits of account number  **8847**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.620 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MANNO & DINNERSTEIN PA**
1391 Sawgrass Corporate Parkway
Sunrise, FL 33323

Date(s) debt was incurred _

Last 4 digits of account number  **6274**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.620 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**MANNY (MANMINDERJIT) SINGH**
6610 N University Drive Suite 220
Tamarac, FL 33321-4034

Date(s) debt was incurred _

Last 4 digits of account number  **8222**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.620 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MANUEL A BLANCO**
Suite 301
1313 Ponce De Leon Boulevard
Coral Gables, FL 33134-3343

Date(s) debt was incurred _

Last 4 digits of account number  **7734**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.620 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MANUEL A MESA**
730 Northwest 107th Avenue Suite 117
Miami, FL 33172-3104

Date(s) debt was incurred _

Last 4 digits of account number  **5690**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (_if known_) **2:23-bk-01538**

---

| 3.620 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$200.00** |
|---|---|---|---|

**MANUEL ALONSO-POCH DBA**
**3138 Commodore Plaza Suite 318**
**Coconut Grove, FL 33133**

Date(s) debt was incurred  _

Last 4 digits of account number  **6427**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$25.00** |
|---|---|---|---|

**MANUEL CHONG CUAN JR**
**1105 SW 87th Avenue**
**Miami, FL 33174**

Date(s) debt was incurred  _

Last 4 digits of account number  **3902**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$200.00** |
|---|---|---|---|

**MANUEL DINER**
**Manuel Diner P.A.**
**7735 Northwest 146th Street Suite 300**
**Miami Lakes, FL 33016**

Date(s) debt was incurred  _

Last 4 digits of account number  **6783**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$50.00** |
|---|---|---|---|

**MANUEL E CABEZA**
**338 Minorca Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **2052**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$200.00** |
|---|---|---|---|

**MANUEL E OLIVER**
**2193 Vance Road**
**Deltona, FL 32738-5038**

Date(s) debt was incurred  _

Last 4 digits of account number  **8087**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$200.00** |
|---|---|---|---|

**MANUEL F FENTE**
**1835 W Flagler Street Suite 201**
**Miami, FL 33135-1914**

Date(s) debt was incurred  _

Last 4 digits of account number  **7220**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.621 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MANUEL FARACH**
**Phillips Point W Tower**
**777 S Flagler Drive Suite 1601**
**West Palm Beach, FL 33401**

Date(s) debt was incurred  _

Last 4 digits of account number  **4806**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.621 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MANUEL J MARI**
**11120 N. Kendall Drive**
**Suite 201**
**Miami, FL 33176**

Date(s) debt was incurred  _

Last 4 digits of account number  **7256**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| 3.621 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MANUEL J PEREZ**
**P.O. Box 257**
**San Juan, PR 00919-0257**

Date(s) debt was incurred  _

Last 4 digits of account number  **5991**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.621 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MANUEL J RAMIREZ**
**1200 Brickell Avenue Suite 1440**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **182**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| 3.621 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MANUEL L CRESPO**
**201 Alhambra Circle Suite 1205**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **3886**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.621 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MANUEL M RODRIGUEZ-FIOL**
**251 Crandon Boulevard Unit 109**
**Key Biscayne, FL 33149-1505**

Date(s) debt was incurred  _

Last 4 digits of account number  **7902**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| 3.621 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MANUEL VEGA JR**
**2600 S Douglas Road Ph-10**
**Coral Gables, FL 33134-6134**

Date(s) debt was incurred  _

Last 4 digits of account number  **7307**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.622 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**MARC BIRNBAUM**
Marc Birnbaum P.A.
1041 Ives Dairy Road Suite 238
Miami, FL 33179

**Date(s) debt was incurred** _

**Last 4 digits of account number  6123**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Marc Brown, P.A.**
10420 Northwest 12 Place
Plantation, FL 33322

**Date(s) debt was incurred** _

**Last 4 digits of account number  0202**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**MARC F OATES PA**
5515 Bryson Drive
Suite 502
Naples, FL 34109

**Date(s) debt was incurred** _

**Last 4 digits of account number  5053**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**MARC FRANCIS OATES**
1100 5th Avenue S Suite 405
Naples, FL 34102

**Date(s) debt was incurred** _

**Last 4 digits of account number  5053**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$225.00** |
|---|---|---|---|

**MARC HAUSER**
1111 Kane Concourse
Suite 616
Bay Harbor Islands, FL 33154-2029

**Date(s) debt was incurred** _

**Last 4 digits of account number  6747**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**MARC J CHAMBERLAND**
550 Fairway Drive Suite 101
Deerfield Beach, FL 33441

**Date(s) debt was incurred** _

**Last 4 digits of account number  6530**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.622 6**

**Nonpriority creditor's name and mailing address**
**MARC J KLEIMAN**
**7300 Northeast 8th Court**
**Boca Raton, FL 33487-1712**

Date(s) debt was incurred _

Last 4 digits of account number  **7045**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.622 7**

**Nonpriority creditor's name and mailing address**
**MARC M COHEN**
**7900 Glades Road Suite 330**
**Boca Raton, FL 33434-4104**

Date(s) debt was incurred _

Last 4 digits of account number  **4674**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.622 8**

**Nonpriority creditor's name and mailing address**
**MARC P OSSINSKY**
**Ossinsky & Cathcart P.A.**
**2699 Lee Road Suite 101**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number  **6715**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.622 9**

**Nonpriority creditor's name and mailing address**
**MARC R GAYLORD PA**
**12000 SE Old Dixie Highway**
**Hobe Sound, FL 33455**

Date(s) debt was incurred _

Last 4 digits of account number  **7938**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.623 0**

**Nonpriority creditor's name and mailing address**
**MARC R TILLER**
**5521 University Drive Suite 104**
**Coral Springs, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number  **2188**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.623 1**

**Nonpriority creditor's name and mailing address**
**MARC S LEVIN**
**500 E Broward Boulevard Suite 1350**
**Ft Lauderdale, FL 33394-3002**

Date(s) debt was incurred _

Last 4 digits of account number  **3947**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.623 2**

**Nonpriority creditor's name and mailing address**
**MARCELL FELIPE PA**
**1200 Ponce de Leon Blvd.**
**Suite 703**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **0220**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.623 3**

**Nonpriority creditor's name and mailing address**
**MARCELLA C GRIDLEY**
**P.O. Box 1648**
**Dunedin, FL 34697-1648**

Date(s) debt was incurred _

Last 4 digits of account number **4959**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.623 4**

**Nonpriority creditor's name and mailing address**
**MARCHENA & GRAHAM PA**
**976 Lake Baldwin Lane**
**Suite 101**
**Orlando, FL 32814**

Date(s) debt was incurred _

Last 4 digits of account number **4330**

As of the petition filing date, the claim is: *Check all that apply.*

$75.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.623 5**

**Nonpriority creditor's name and mailing address**
**MARCI L ROSE**
**810 Thomas Street**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number **9798**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.623 6**

**Nonpriority creditor's name and mailing address**
**MARCI LOWMAN**
**2020 Northeast 163 Street Suite 300**
**N Miami Beach, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number **6010**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.623 7**

**Nonpriority creditor's name and mailing address**
**MARCIA C MERMELSTEIN**
**P.O. Box 771525**
**Coral Springs, FL 33077-1515**

Date(s) debt was incurred _

Last 4 digits of account number **4399**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.623 8**

**Nonpriority creditor's name and mailing address**
**MARCIA RAMSDELL**
**2525 Temple Drive**
**Winter Park, FL 32789-1343**

Date(s) debt was incurred _

Last 4 digits of account number **5846**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **LTGF Business Trust**                                     Case number (if known)    **2:23-bk-01538**
          Name

---

| 3.623 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Marcie Cohen, Esquire**
**1767 Northeast 162nd Street**
**North Miami Beach, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number __7116__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.624 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**MARCO DE LA CAL**
**6653 SW 105 Avenue**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number __3496__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.624 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |

**MARCUS & MARCUS PA**
**15600 SW 288th Street**
**Suite 307**
**Homestead, FL 33033**

Date(s) debt was incurred _

Last 4 digits of account number __2322__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.624 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**MARCUS G BODET**
**11020 Pembroke Road Suite 141**
**Miramar, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number __6179__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.624 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**MARCUS MCMAHON & MYERS PL**
**1515 Park Center Drive Suite 2g**
**Orlando, FL 32835**

Date(s) debt was incurred _

Last 4 digits of account number __9563__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.624 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**MARCUS S AMBROSE**
**7040 Avenida Encinas Suite 104-351**
**Carlsbad, CA 92009-4652**

Date(s) debt was incurred _

Last 4 digits of account number __6980__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.624 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**Marenco Rodriguez, P.L.L.C.**
**357 Almeria Avenue Suite 103**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number __8721__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.624 6**

**Nonpriority creditor's name and mailing address**

**MARGARET A BROZ**
**Comeau Building**
**319 Clematis Street Suite 602**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **5629**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.624 7**

**Nonpriority creditor's name and mailing address**

**MARGARET A WHARTON**
**P.O. Box 1172**
**Oviedo, FL 32765-1172**

Date(s) debt was incurred _

Last 4 digits of account number  **7428**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.624 8**

**Nonpriority creditor's name and mailing address**

**MARGARET BOWLES PA**
**3944 W Eden Roc Circle**
**Tampa, FL 33634**

Date(s) debt was incurred _

Last 4 digits of account number  **0866**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.624 9**

**Nonpriority creditor's name and mailing address**

**MARGARET E RUDDY**
**Lynn University**
**3601 N Military Trail**
**Boca Raton, FL 33431-5507**

Date(s) debt was incurred _

Last 4 digits of account number  **6443**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.625 0**

**Nonpriority creditor's name and mailing address**

**MARGARET JARRELL-COLE**
**University of Florida Fnd Inc.**
**P.O. Box 14425**
**Gainesville, FL 32604**

Date(s) debt was incurred _

Last 4 digits of account number  **7700**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.625 1**

**Nonpriority creditor's name and mailing address**

**MARGARET MONTALVO**
**800 Village Square Xing Suite 207**
**Palm Beach Gardens, FL 33410-4540**

Date(s) debt was incurred _

Last 4 digits of account number  **5417**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.625
2**

**Nonpriority creditor's name and mailing address**

**MARGARET NAPOLITAN**
**260 Ocean Ridge Drive**
**Melbourne Beach, FL 32951**

Date(s) debt was incurred _

Last 4 digits of account number  **1614**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.625
3**

**Nonpriority creditor's name and mailing address**

**MARGARET PALMER**
**P.O. Box 280**
**Ocala, FL 34478-0280**

Date(s) debt was incurred _

Last 4 digits of account number  **8120**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.625
4**

**Nonpriority creditor's name and mailing address**

**MARGARET T ROBERTS**
**P.O. Box 832**
**New Smyrna Beach, FL 32170-0382**

Date(s) debt was incurred _

Last 4 digits of account number  **7816**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.625
5**

**Nonpriority creditor's name and mailing address**

**MARGARET TOWNSEND**
**99 26th Street Northwest**
**Atlanta, GA 30309-2004**

Date(s) debt was incurred _

Last 4 digits of account number  **7281**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.625
6**

**Nonpriority creditor's name and mailing address**

**MARGARITA BOUZA**
**1234 S Dixie Highway Suite 319**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number  **8241**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.625
7**

**Nonpriority creditor's name and mailing address**

**MARGARITA J MENDIVE**
**8567 Coral Way**
**Suite 445**
**Miami, FL 33155-2335**

Date(s) debt was incurred _

Last 4 digits of account number  **5394**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.625
8**

**Nonpriority creditor's name and mailing address**

**MARGARITA P MUINA PA**
**Bank of America Tower**
**100 Southeast 2nd Street Suite 2600**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **8602**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __LTGF Business Trust_____     Case number (if known) __2:23-bk-01538__
          Name

---

**3.625 9**

**Nonpriority creditor's name and mailing address**

**MARGOLIN & MARGOLIN**
**Lake Wyman Plaza**
**2424 N Federal Highway**
**Boca Raton, FL 33431-7735**

Date(s) debt was incurred _

Last 4 digits of account number  **6282**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.626 0**

**Nonpriority creditor's name and mailing address**

**MARIA ALICE SINGER**
**P.O. Box 290724**
**Davie, FL 33329-0724**

Date(s) debt was incurred _

Last 4 digits of account number  **4285**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.626 1**

**Nonpriority creditor's name and mailing address**

**MARIA BEHAR**
**13899 Biscayne Boulevard Suite 107**
**North Miami Beach, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number  **9189**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.626 2**

**Nonpriority creditor's name and mailing address**

**MARIA C ARRIOLA VELEZ**
**35 Almeria Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **8513**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.626 3**

**Nonpriority creditor's name and mailing address**

**MARIA C SUAREZ PA**
**Pmb 146**
**8004 Northwest 154th Street**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number  **9080**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.626 4**

**Nonpriority creditor's name and mailing address**

**MARIA D SARIOL**
**990 Southwest 93rd Avenue**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **0006**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.626 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**MARIA DEL CARMEN CUETO**
10231 Southwest 91st Street
Miami, FL 33176

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Member**

Last 4 digits of account number  **6535**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.626 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**MARIA E CORREDOR PA**
Doral Park Centre
3905 NW 107 Avenue, Suite 502
Doral, FL 33178

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Member**

Last 4 digits of account number  **2962**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.626 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MARIA E PENA PA**
2460 Southwest 137th Avenue Suite 248
Miami, FL 33175-6399

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Member**

Last 4 digits of account number  **7258**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.626 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MARIA ELSA ESPINOSA**
P.O. Box 300010
Fern Park, FL 32730

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Member**

Last 4 digits of account number  **4538**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.626 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MARIA I ESCOTO-CASTIELLO PA**
2000 S. Dixie Highway
Suite 104-A
Miami, FL 33133

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Member**

Last 4 digits of account number  **0166**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.627 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MARIA L ALO-NARANJO**
6262 SW 40th Street
Suite 3K
Miami, FL 33155

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Member**

Last 4 digits of account number  **6499**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.627 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MARIA LAPI DRUMM**
6201 Presidential Court Suite 104
Ft Myers, FL 33919-3578

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Member**

Last 4 digits of account number  **3706**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|-------------------------|------------------------|-------------------|
|        | Name                    |                        |                   |

---

**3.627
2**

**Nonpriority creditor's name and mailing address**

**MARIA PRATS HAMILTON**
**7600 Red Road**
**Suite 229**
**South Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number  **8138**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.627
3**

**Nonpriority creditor's name and mailing address**

**MARIA R DE LA PORTILLA**
**1 South Drive**
**Miami Springs, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number  **6914**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.627
4**

**Nonpriority creditor's name and mailing address**

**MARIA T DIPASQUALE**
**19562 Trails End Terrace**
**Jupiter, FL 33458-2437**

Date(s) debt was incurred _

Last 4 digits of account number  **1466**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.627
5**

**Nonpriority creditor's name and mailing address**

**MARIA T LOPEZ**
**759 Northwest 22nd Avenue 2nd Floor**
**Miami, FL 33125**

Date(s) debt was incurred _

Last 4 digits of account number  **5756**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.627
6**

**Nonpriority creditor's name and mailing address**

**MARIA V LAPIETRA PA**
**1680 Michigan Avenue**
**Suite 700**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number  **0534**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.627
7**

**Nonpriority creditor's name and mailing address**

**MARIA V YAZJI PA**
**465 Ocean Drive Apt 212**
**Miami, FL 33139-6623**

Date(s) debt was incurred _

Last 4 digits of account number  **8496**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.627 8**

**Nonpriority creditor's name and mailing address**
**MARIA VERONICA RIVES PA**
**12781 NW 11 Street**
**Miami, FL 33182**

Date(s) debt was incurred _

Last 4 digits of account number  **8220**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.627 9**

**Nonpriority creditor's name and mailing address**
**MARIA VICTORIA MARABOTTO**
**4412 Alhambra Circle**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number  **2791**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.628 0**

**Nonpriority creditor's name and mailing address**
**MARIAN H MCGRATH**
**P.O. Box 384**
**St Petersburg, FL 33731-0384**

Date(s) debt was incurred _

Last 4 digits of account number  **2430**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.628 1**

**Nonpriority creditor's name and mailing address**
**MARIAN PEARLMAN NEASE**
**350 E Las Olas Boulevard Suite 100**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **5597**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.628 2**

**Nonpriority creditor's name and mailing address**
**MARIANNE WIERCIOCH**
**709 W Royal Palm Road**
**Boca Raton, FL 33486-4666**

Date(s) debt was incurred _

Last 4 digits of account number  **8076**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$38.45

---

**3.628 3**

**Nonpriority creditor's name and mailing address**
**MARIANO SOLE PA**
**782 Northwest 42nd Avenue Suite 340**
**Miami, FL 33126-5524**

Date(s) debt was incurred _

Last 4 digits of account number  **4739**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.628 4**

**Nonpriority creditor's name and mailing address**
**MARIE E HENKEL**
**3560 S Magnolia Avenue**
**Orlando, FL 32806**

Date(s) debt was incurred _

Last 4 digits of account number  **2389**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.628 5**

**Nonpriority creditor's name and mailing address**

**MARIE E PETERS**
**30020 Johnston Road**
**Dade City, FL 33523-1917**

Date(s) debt was incurred _

Last 4 digits of account number **2071**

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.628 6**

**Nonpriority creditor's name and mailing address**

**MARILYN BLANCO-REYES**
**One Southeast Third Avenue Suite 2400**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **7812**

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.628 7**

**Nonpriority creditor's name and mailing address**

**MARILYN D DVORES**
**200 E Robinson Street Suite 1250**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **9117**

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.628 8**

**Nonpriority creditor's name and mailing address**

**MARILYN D GREENBLATT**
**Marilyn D. Greenblatt P.A.**
**539 King Edward Road**
**Charlotte, NC 28211-4527**

Date(s) debt was incurred _

Last 4 digits of account number **2224**

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.628 9**

**Nonpriority creditor's name and mailing address**

**MARILYN H OTTO**
**605 Northwest 10th Court**
**Boca Raton, FL 33486-3450**

Date(s) debt was incurred _

Last 4 digits of account number **7512**

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.629 0**

**Nonpriority creditor's name and mailing address**

**MARILYN J HOCHMAN**
**1420 Alafaya Trail Suite 101**
**Oviedo, FL 32765**

Date(s) debt was incurred _

Last 4 digits of account number **8346**

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.629 1**

**Nonpriority creditor's name and mailing address**

**MARILYN W. MILLER**
**P.O. Box 1467**
**Ft. Myers, FL 33902-1467**

Date(s) debt was incurred _

Last 4 digits of account number **8346**

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.629 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|
| **MARIN PA**<br>**2601 S Bayshore Drive Suite 700**<br>**Coconut Grove, FL 33133** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Member** | |
| Last 4 digits of account number **5991** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.629 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **Mariner Title Company**<br>**100 SW Albany Avenue**<br>**Suite 310**<br>**Stuart, FL 34994** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Member** | |
| Last 4 digits of account number **5526** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.629 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|
| **Marinosci Law Group, P.C.**<br>**100 W Cypress Creek Road**<br>**Suite 1045**<br>**Ft Lauderdale, FL 33309** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Member** | |
| Last 4 digits of account number **6946** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.629 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **MARIO A GARCIA PA**<br>**400 N. Ferncreek Avenue**<br>**Orlando, FL 32803-5432** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Member** | |
| Last 4 digits of account number **9918** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.629 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|
| **MARIO A LAMAR PA**<br>**3971 SW 8th Street**<br>**Suite 305**<br>**Miami, FL 33134-2950** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Member** | |
| Last 4 digits of account number **8438** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.629 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **MARIO BRAMNICK**<br>**12401 Orange Drive Suite 218**<br>**Davie, FL 33330** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Member** | |
| Last 4 digits of account number **6643** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.6298**

**Nonpriority creditor's name and mailing address**

**MARIO D GERMAN LAW CENTER PA**
**55 Northeast 5th Avenue Suite 501**
**Boca Raton, FL 33432-5081**

Date(s) debt was incurred _

Last 4 digits of account number **6642**

**As of the petition filing date, the claim is:** Check all that apply.                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6299**

**Nonpriority creditor's name and mailing address**

**MARIO G DE MENDOZA III**
**12765 Forest Hill Boulevard Suite 1302**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number **5605**

**As of the petition filing date, the claim is:** Check all that apply.                    **$150.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6300**

**Nonpriority creditor's name and mailing address**

**MARIO L CABELLO**
**2020 Southwest First Street**
**Miami, FL 33135-1603**

Date(s) debt was incurred _

Last 4 digits of account number **4767**

**As of the petition filing date, the claim is:** Check all that apply.                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6301**

**Nonpriority creditor's name and mailing address**

**MARIO LAMAR**
**3971 Southwest 8th Street**
**Miami, FL 33134-2950**

Date(s) debt was incurred _

Last 4 digits of account number **2255**

**As of the petition filing date, the claim is:** Check all that apply.                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6302**

**Nonpriority creditor's name and mailing address**

**MARIO R DELGADO**
**2000 Ponce De Leon Boulevard Suite 102**
**Coral Gables, FL 33134-4435**

Date(s) debt was incurred _

Last 4 digits of account number **2381**

**As of the petition filing date, the claim is:** Check all that apply.                    **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6303**

**Nonpriority creditor's name and mailing address**

**MARIO VELEZ**
**10030 SW 40th Street**
**Suite B**
**Miami, FL 33165**

Date(s) debt was incurred _

Last 4 digits of account number **7019**

**As of the petition filing date, the claim is:** Check all that apply.                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6304**

**Nonpriority creditor's name and mailing address**

**MARION E. SIBLEY**
**1301 Dade Boulevard**
**Miami Beach, FL 33139-1438**

Date(s) debt was incurred _

Last 4 digits of account number **694**

**As of the petition filing date, the claim is:** Check all that apply.                    **$350.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.630 5**

**Nonpriority creditor's name and mailing address**

**MARION J RADSON**
**739 Northwest 23rd Street**
**Gainesville, FL 32607**

Date(s) debt was incurred _

Last 4 digits of account number **6525**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.630 6**

**Nonpriority creditor's name and mailing address**

**MARJORIE DESPORTE**
**5533 Northwest 53rd Circle**
**Coconut Creek, FL 33073**

Date(s) debt was incurred _

Last 4 digits of account number **4712**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.630 7**

**Nonpriority creditor's name and mailing address**

**MARJORIE KRET PA**
**5841 Southwest 17th Street**
**Plantation, FL 33317**

Date(s) debt was incurred _

Last 4 digits of account number **4167**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.630 8**

**Nonpriority creditor's name and mailing address**

**MARJORIE N ALTIDOR**
**5475 Northeast Street James Drive Suite**
**Port St Lucie, FL 34983**

Date(s) debt was incurred _

Last 4 digits of account number **8141**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.630 9**

**Nonpriority creditor's name and mailing address**

**Mark & Brown, P.A.**
**5728 Major Boulevard Suite 502**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number **7011**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.631 0**

**Nonpriority creditor's name and mailing address**

**MARK A EMANUELE**
**3600 N Federal Highway 3rd Floor**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number **3965**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.631 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**MARK A KOTEEN**
**3100 Clay Avenue,Suite 177**
**Orlando, FL 32804-4040**

Date(s) debt was incurred _

Last 4 digits of account number  **5938**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.631 2 | Nonpriority creditor's name and mailing address | | $25.00 |

**MARK A MARDER**
**9400 Dadeland Towers**
**9400 S Dadeland Boulevard Ph-5**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **7145**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.631 3 | Nonpriority creditor's name and mailing address | | $6.50 |

**MARK A VALENTINE**
**3831 Grand Avenue**
**Coconut Grove, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number  **8468**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.631 4 | Nonpriority creditor's name and mailing address | | $50.00 |

**MARK A VIOLETTE PA**
**4405 Commons Drive East Suite 102**
**Destin, FL 32541**

Date(s) debt was incurred _

Last 4 digits of account number  **6534**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.631 5 | Nonpriority creditor's name and mailing address | | $25.00 |

**Mark A. Bednar, P.A.**
**11 E. Zaragoza Street**
**Pensacola, FL 32502**

Date(s) debt was incurred _

Last 4 digits of account number  **8554**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.631 6 | Nonpriority creditor's name and mailing address | | $100.00 |

**MARK A. FISHER**
**P.O. Box 249**
**Middleton, NY 10940-0249**

Date(s) debt was incurred _

Last 4 digits of account number  **6211**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.631 7 | Nonpriority creditor's name and mailing address | | $100.00 |

**MARK A. SEGAL**
**12740 Biscayne Bay Dr.**
**N. Miami Beach, FL 33181-2414**

Date(s) debt was incurred _

Last 4 digits of account number  **7975**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|--------|-------------------------|--------------------------|-------------------|
| | Name | | |

---

**3.631 8**

**Nonpriority creditor's name and mailing address**

**MARK B GOLDSTEIN**
**2700 N. Military Trail**
**Suite 130**
**Boca Raton, FL 33431-6934**

Date(s) debt was incurred  _

Last 4 digits of account number  **5059**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.631 9**

**Nonpriority creditor's name and mailing address**

**MARK B KLEINFELD**
**Mark B. Kleinfeld P.A.**
**P.O. Box 2203**
**Palm Beach, FL 33480**

Date(s) debt was incurred  _

Last 4 digits of account number  **4908**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.632 0**

**Nonpriority creditor's name and mailing address**

**MARK B SEVERS**
**10 Balch Hill Lane**
**Hanover, NH 03775**

Date(s) debt was incurred  _

Last 4 digits of account number  **7565**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.632 1**

**Nonpriority creditor's name and mailing address**

**MARK BUCHBINDER**
**5104 Southwest 72nd Avenue**
**Miami, FL 33155**

Date(s) debt was incurred  _

Last 4 digits of account number  **3856**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,170.09**

---

**3.632 2**

**Nonpriority creditor's name and mailing address**

**MARK C BRUNI**
**150 Southeast 2nd Avenue Suite 1405**
**Miami, FL 33131-1582**

Date(s) debt was incurred  _

Last 4 digits of account number  **4763**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.632 3**

**Nonpriority creditor's name and mailing address**

**MARK C CAPWELL PA**
**4955 Chardonnay Drive**
**Coral Springs, FL 33067**

Date(s) debt was incurred  _

Last 4 digits of account number  **8213**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.632 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARK C KATZEF**
**20801 Biscayne Blvd.**
**Suite 304**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number  **3871**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.632 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARK C MAROON**
**2900 Southwest 58th Avenue**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number  **0390**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.632 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARK C RUTECKI**
**412 Arbir Circle**
**Celebration, FL 34747**

Date(s) debt was incurred _

Last 4 digits of account number  **4929**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.632 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARK D BALZLI**
**Law Office of Mark D Balzli P.A.**
**1111 Lincoln Road Suite 400**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number  **1347**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.632 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARK D BOGEN**
**1761 W Hillsboro Boulevard Suite 328**
**Deerfield Beach, FL 33442-1562**

Date(s) debt was incurred _

Last 4 digits of account number  **3969**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.632 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARK D BREAKSTONE & ASSOCIATES**
**P.O. Box 1599**
**Camarillo, CA 93011-1599**

Date(s) debt was incurred _

Last 4 digits of account number  **5080**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.633 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARK D JASPERSON**
**4106 Gray Street**
**Tampa, FL 33609-2211**

Date(s) debt was incurred _

Last 4 digits of account number  **8624**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.633 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|

**MARK D. GROSSMAN**
**1390 South Dixie Highway**
**Suite 2109**
**Coral Gables, FL 33146-2944**

Date(s) debt was incurred _

Last 4 digits of account number  **2053**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.633 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|

**MARK DOUGLASS DAVIS**
**694 Baldwin Avenue Suite 1**
**Defuniak Springs, FL 32433**

Date(s) debt was incurred _

Last 4 digits of account number  **6746**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.633 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|

**MARK E ALLSWORTH**
**Doumar Allsworth Laystrom Et Al**
**1177 SE 3rd Avenue**
**Ft. Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **8494**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.633 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|

**MARK E CLEMENTS**
**310 E Main Street**
**Lakeland, FL 33801**

Date(s) debt was incurred _

Last 4 digits of account number  **4743**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.633 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|

**MARK E FRIED**
**1110 Brickell Avenue**
**Suite 310**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **563**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.633 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|

**MARK E HAGER**
**Pilka & Associates P.A.**
**P.O. Box 3470**
**Brandon, FL 33509-3470**

Date(s) debt was incurred _

Last 4 digits of account number  **0457**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.633
7**

Nonpriority creditor's name and mailing address
**MARK E KASS**
**1497 NW 7th Street**
**Miami, FL 33125-3640**

Date(s) debt was incurred _

Last 4 digits of account number **4867**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.633
8**

Nonpriority creditor's name and mailing address
**MARK E ROUSSO PA**
**Suite B**
**1000 E Hallandale Beach Boulevard**
**Hallandale Beach, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number **5975**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.633
9**

Nonpriority creditor's name and mailing address
**MARK E TIPPINS**
**6320 Saint Augustine Road Suite 11**
**Jacksonville, FL 32217**

Date(s) debt was incurred _

Last 4 digits of account number **6971**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.634
0**

Nonpriority creditor's name and mailing address
**MARK F DAHLE PA**
**P.O. Box 6629**
**Lakeland, FL 33807-6629**

Date(s) debt was incurred _

Last 4 digits of account number **7873**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.634
1**

Nonpriority creditor's name and mailing address
**MARK G CARUSILLO**
**9 Kevin-Way**
**Marlton, NJ 08053**

Date(s) debt was incurred _

Last 4 digits of account number **9278**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.634
2**

Nonpriority creditor's name and mailing address
**MARK G LANGER**
**P.O. Box 430763**
**South Miami, FL 33243-0763**

Date(s) debt was incurred _

Last 4 digits of account number **5592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$31,952.81

---

**3.634
3**

Nonpriority creditor's name and mailing address
**MARK H GREGG**
**P.O. Box 324**
**Micanopy, FL 32667**

Date(s) debt was incurred _

Last 4 digits of account number **2346**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor __LTGF Business Trust_____     Case number (if known) __2:23-bk-01538__
　　　　Name

---

**3.634
4**

**Nonpriority creditor's name and mailing address**
**MARK H KLEIN**
**11098 Biscayne Boulevard Suite 203**
**North Miami, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number __5646__

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634
5**

**Nonpriority creditor's name and mailing address**
**MARK H KLEIN PA**
**2263 Northwest Boca Raton Boulevard Suit**
**Boca Raton, FL 33431-7401**

Date(s) debt was incurred _

Last 4 digits of account number __0425__

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634
6**

**Nonpriority creditor's name and mailing address**
**MARK I BLUMSTEIN PA**
**4040 Sheridan Street**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number __4721__

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634
7**

**Nonpriority creditor's name and mailing address**
**MARK J ALBRECHTA**
**15824 Hampton Village Drive**
**Tampa, FL 33618**

Date(s) debt was incurred _

Last 4 digits of account number __3749__

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634
8**

**Nonpriority creditor's name and mailing address**
**MARK J ALDERUCCIO**
**851 Fifth Avenue North**
**Suite 303**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number __2569__

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634
9**

**Nonpriority creditor's name and mailing address**
**MARK J BOULRIS**
**15060 Southwest 71st Court**
**Miami, FL 33158**

Date(s) debt was incurred _

Last 4 digits of account number __4561__

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.635
0**

**Nonpriority creditor's name and mailing address**
**MARK J LABATE**
**2744 E Commercial Boulevard**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number __5600__

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**
_____

| 3.635 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**MARK J LYNN PA**
**108 Heatherbrook Way**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number  **6013**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**MARK J NOWICKI**
**480 Maplewood Drive**
**Suite 2**
**Jupiter, FL 33458-5845**

Date(s) debt was incurred _

Last 4 digits of account number  **4067**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**MARK J WOLFF**
**Street Thomas Univ School of Law**
**16400 Northwest 32nd Avenue**
**Opa Locka, FL 33054-6459**

Date(s) debt was incurred _

Last 4 digits of account number  **7627**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**MARK J YERMAN**
**4167 W Vicksburg Drive**
**Citrus Spring, FL 34429**

Date(s) debt was incurred _

Last 4 digits of account number  **7391**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**Mark J. Labate, P.A.**
**2744 E. Commercial Boulevard**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **5600**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**MARK KASPEROVICH**
**C & S Bank Building**
**Financial Plaza Suite 2200**
**Ft Lauderdale, FL 33394**

Date(s) debt was incurred _

Last 4 digits of account number  **2321**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

| | | |
|---|---|---|
| 3.635<br>7 | **Nonpriority creditor's name and mailing address**<br>**MARK L KATZMAN**<br>**1017 Northeast Bear Creek Road**<br>**Bent, OR 97701-5009** | **As of the petition filing date, the claim is:** _Check all that apply._   **$100.00**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred  _

Last 4 digits of account number  **7620**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.635<br>8 | **Nonpriority creditor's name and mailing address**<br>**MARK L PATEMAN**<br>**330 Tuxedo Lane**<br>**West Palm Beach, FL 33401** | **As of the petition filing date, the claim is:** _Check all that apply._   **$25.00**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred  _

Last 4 digits of account number  **7010**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.635<br>9 | **Nonpriority creditor's name and mailing address**<br>**MARK L RIVLIN PA**<br>**1501 Venera Avenue**<br>**Suite 312**<br>**Coral Gables, FL 33146** | **As of the petition filing date, the claim is:** _Check all that apply._   **$50.00**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred  _

Last 4 digits of account number  **5260**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.636<br>0 | **Nonpriority creditor's name and mailing address**<br>**MARK LACEDONIA**<br>**1520 Ancona Avenue**<br>**Coral Gables, FL 33146** | **As of the petition filing date, the claim is:** _Check all that apply._   **$25.00**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred  _

Last 4 digits of account number  **2082**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.636<br>1 | **Nonpriority creditor's name and mailing address**<br>**MARK N MUSIAL**<br>**2002 Del Prado Boulevard S Suite 101**<br>**Cape Coral, FL 33990-4557** | **As of the petition filing date, the claim is:** _Check all that apply._   **$25.00**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred  _

Last 4 digits of account number  **5800**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.636<br>2 | **Nonpriority creditor's name and mailing address**<br>**MARK R HALL PA**<br>**124 Faulkner Street**<br>**New Smyrna Beach, FL 32168-7108** | **As of the petition filing date, the claim is:** _Check all that apply._   **$200.00**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred  _

Last 4 digits of account number  **4353**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.636<br>3 | **Nonpriority creditor's name and mailing address**<br>**MARK R LEWIS**<br>**6830 Central Avenue Suite D**<br>**St Petersburg, FL 33707-1208** | **As of the petition filing date, the claim is:** _Check all that apply._   **$25.00**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred  _

Last 4 digits of account number  **3904**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.636 4**

Nonpriority creditor's name and mailing address
**MARK R MANCERI**
**2929 E Commercial Boulevard Suite 702**
**Ft Lauderdale, FL 33308-4223**

Date(s) debt was incurred _
Last 4 digits of account number  **5655**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.636 5**

Nonpriority creditor's name and mailing address
**MARK R OSHEROW**
**Osherow Shiner & Associates P.A.**
**P.O. Box 880575**
**Boca Raton, FL 33488-0575**

Date(s) debt was incurred _
Last 4 digits of account number  **3334**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.636 6**

Nonpriority creditor's name and mailing address
**MARK R RUBIN**
**P.O. Box 402279**
**Miami Beach, FL 33140-0279**

Date(s) debt was incurred _
Last 4 digits of account number  **6255**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$100.00

---

**3.636 7**

Nonpriority creditor's name and mailing address
**MARK R STARKMAN**
**Packman Neuwahl & Rosenberg**
**1500 San Remo Avenue Suite 125**
**Coral Gables, FL 33146-3041**

Date(s) debt was incurred _
Last 4 digits of account number  **6289**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$75.00

---

**3.636 8**

Nonpriority creditor's name and mailing address
**MARK R WHITTAKER**
**17 W Cervantes Street**
**Pensacola, FL 32501-3125**

Date(s) debt was incurred _
Last 4 digits of account number  **7791**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$200.00

---

**3.636 9**

Nonpriority creditor's name and mailing address
**MARK R. BAER**
**28 W. Flagler St.**
**Suite 400**
**Miami, FL 33130-1891**

Date(s) debt was incurred _
Last 4 digits of account number  **5158**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$16.81

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.637 0**

**Nonpriority creditor's name and mailing address**
**MARK S FISCH**
**4400 PGA Boulevard Suite 900**
**Palm Beach Gardens, FL 33410-6560**

Date(s) debt was incurred _

Last 4 digits of account number  **4802**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.637 1**

**Nonpriority creditor's name and mailing address**
**MARK S GALLEGOS**
**One Southeast Third Avenue Suite 1440**
**Miami, FL 33131-1715**

Date(s) debt was incurred _

Last 4 digits of account number  **5081**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.637 2**

**Nonpriority creditor's name and mailing address**
**MARK S KIMMEL**
**6701 Sunset Drive**
**Suite 105**
**Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number  **6597**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.637 3**

**Nonpriority creditor's name and mailing address**
**MARK S LEVINE**
**245 E Virginia Street**
**Cambridge Centre**
**Tallahassee, FL 32301-1263**

Date(s) debt was incurred _

Last 4 digits of account number  **6741**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.637 4**

**Nonpriority creditor's name and mailing address**
**MARK S LONDON**
**Mark S. London P.A.**
**4030c Sheridan Street**
**Hollywood, FL 33021-3536**

Date(s) debt was incurred _

Last 4 digits of account number  **4132**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.637 5**

**Nonpriority creditor's name and mailing address**
**MARK S SCHECHNER**
**2 Grove Isle Drive**
**Suite 910**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number  **3919**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**
_____

| | |
|---|---|
| **3.637**<br>**6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |

**3.637**
**6**

**Nonpriority creditor's name and mailing address**
**MARK S SCHECTER**
**Schecter Law P.A.**
**101 NE 3rd Avenue, Suite 1250**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **7625**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.637**
**7**

**Nonpriority creditor's name and mailing address**
**MARK S ULMER**
**890 S Dixie Highway**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **1582**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.637**
**8**

**Nonpriority creditor's name and mailing address**
**MARK S WEINBERG**
**1221 Brickell Avenue Suite 1650**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **3342**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.637**
**9**

**Nonpriority creditor's name and mailing address**
**MARK STEINBERG**
**9719 S Dixie Highway Suite 17**
**Miami, FL 33156-2806**

Date(s) debt was incurred _

Last 4 digits of account number **8006**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.638**
**0**

**Nonpriority creditor's name and mailing address**
**MARK STEVEN BENTLEY**
**101 E Kennedy Boulevard Suite 3140**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number **9775**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.638**
**1**

**Nonpriority creditor's name and mailing address**
**MARK T BLAKE**
**Mark T. Blake LI.M P.A.**
**4905 Cameron Valley Parkway**
**Charlotte, NC 28210**

Date(s) debt was incurred _

Last 4 digits of account number **8680**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.638**
**2**

**Nonpriority creditor's name and mailing address**
**MARK W BRANDT**
**595 Main Street**
**Dunedin, FL 34698**

Date(s) debt was incurred _

Last 4 digits of account number **5825**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.638 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**MARK W GARRETT**
**Garrett Law Firm P.A.**
**1850 Lee Road Suite 330**
**Winter Park, FL 32789**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **2068**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**MARK W JACKSON PA**
**P.O. Box 271028**
**Tampa, FL 33688-1028**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **3654**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**MARK W. MERRILL**
**P.O. Box 405**
**Tampa, FL 33601-0405**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **4350**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**MARK WARDA**
**P.O. Box 7**
**Clearwater, FL 33757-0007**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **6948**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$225.00** |

**MARKOWITZ RINGEL TRUSTY &**
**Two Datran Center**
**9130 S Dadeland Boulevard, Suite 1800**
**Miami, FL 33156-7858**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **6899**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**MARKS & CHONG PA**
**605 E Robinson Street Suite 510**
**Orlando, FL 32801**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **7241**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

**3.6389**

**Nonpriority creditor's name and mailing address**
**MARKS & FRAZIER LLP**
**P.O. Box 899**
**Flagler Beach, FL 32136**

Date(s) debt was incurred _

Last 4 digits of account number **3061**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6390**

**Nonpriority creditor's name and mailing address**
**MARLENE GARCIA**
**5860 SW 87th Street**
**Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number **0150**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6391**

**Nonpriority creditor's name and mailing address**
**MARLENE ORTEGA**
**2474 Southwest 27th Terrace**
**Coconut Grove, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **0858**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6392**

**Nonpriority creditor's name and mailing address**
**MARLIN M FEAGLE**
**P.O. Box 1653**
**Lake City, FL 32056-1653**

Date(s) debt was incurred _

Last 4 digits of account number **7496**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6393**

**Nonpriority creditor's name and mailing address**
**MARLOW V WHITE JR**
**P.O. Box 1050**
**Tallahassee, FL 32302**

Date(s) debt was incurred _

Last 4 digits of account number **5259**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6394**

**Nonpriority creditor's name and mailing address**
**MARLYN J WIENER PA**
**6111 NW Broken Sound Parkway**
**Suite 330**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number **4745**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6395**

**Nonpriority creditor's name and mailing address**
**MARQUEZ & MARCELO-ROBAINA PA**
**6505 Blue Lagoon Drive**
**Suite 130**
**Miami, FL 33126-6041**

Date(s) debt was incurred _

Last 4 digits of account number **8231**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.639 6**

Nonpriority creditor's name and mailing address
**Marro Law, P.A.**
**950 S. Pine Island Road**
**Suite A-150**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **8123**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.639 7**

Nonpriority creditor's name and mailing address
**MARSHA B GLISSON**
**5924 Main Street**
**New Port Richey, FL 34652-2716**

Date(s) debt was incurred _

Last 4 digits of account number **111**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$258.21**

---

**3.639 8**

Nonpriority creditor's name and mailing address
**MARSHALL A ADAMS**
**One Financial Plaza Suite 2700**
**Ft Lauderdale, FL 33384**

Date(s) debt was incurred _

Last 4 digits of account number **8952**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.639 9**

Nonpriority creditor's name and mailing address
**MARSHALL C DEASON**
**3902 Henderson Boulevard Suite 203**
**Tampa, FL 33629-5034**

Date(s) debt was incurred _

Last 4 digits of account number **7176**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.640 0**

Nonpriority creditor's name and mailing address
**MARSHALL C WATSON PA**
**P.O. Box 9908**
**Ft Lauderdale, FL 33310-9908**

Date(s) debt was incurred _

Last 4 digits of account number **8390**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$75.00**

---

**3.640 1**

Nonpriority creditor's name and mailing address
**MARSHALL D PLATT**
**4402 Martinique Court Suite A-1**
**Coconut Creek, FL 33066**

Date(s) debt was incurred _

Last 4 digits of account number **6983**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.640 2**

Nonpriority creditor's name and mailing address
**MARSHALL E. SIGEL**
**P.O. Box 273408**
**Boca Raton, FL 33427-3408**

Date(s) debt was incurred _

Last 4 digits of account number **511**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.640 3**

**Nonpriority creditor's name and mailing address**

**MARSHALL G SLAUGHTER**
**860 Forestview Drive**
**Sarasota, FL 34232-2458**

Date(s) debt was incurred _

Last 4 digits of account number  **6765**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640 4**

**Nonpriority creditor's name and mailing address**

**MARSHALL J EMAS**
**200 E Broward Boulevard Suite 2000**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **4822**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640 5**

**Nonpriority creditor's name and mailing address**

**MARSHALL L COHEN PA**
**P.O. Box 60292**
**Ft Myers, FL 33906**

Date(s) debt was incurred _

Last 4 digits of account number  **413**

As of the petition filing date, the claim is: *Check all that apply.*                    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640 6**

**Nonpriority creditor's name and mailing address**

**MARSHALL N FEUER**
**P.O. Box 560432**
**Miami, FL 33256**

Date(s) debt was incurred _

Last 4 digits of account number  **8356**

As of the petition filing date, the claim is: *Check all that apply.*                    **$732.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640 7**

**Nonpriority creditor's name and mailing address**

**MARSHALL P KRUPNICK**
**121 S. 61st Terrace**
**Suite A**
**Hollywood, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number  **4159**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640 8**

**Nonpriority creditor's name and mailing address**

**MARSHALL R CASSEDY**
**P.O. Box 2174**
**Tallahassee, FL 32316-2174**

Date(s) debt was incurred _

Last 4 digits of account number  **6732**

As of the petition filing date, the claim is: *Check all that apply.*                    **$400.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640 9**

**Nonpriority creditor's name and mailing address**

**MARSHALL S. HARRIS**
**4725 Pine Drive**
**South Miami, FL 33143-8631**

Date(s) debt was incurred _

Last 4 digits of account number  **3096**

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,937.52**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**

---

**3.6410**

**Nonpriority creditor's name and mailing address**
**MARSHALL W LIPTAK PA**
**505 Lake Charm Court**
**Oviedo, FL 32765-7712**

Date(s) debt was incurred _

Last 4 digits of account number **7022**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.6411**

**Nonpriority creditor's name and mailing address**
**Martell & Ozim, P.A.**
**37 N. Orange Avenue**
**Suite 500**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **8760**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.6412**

**Nonpriority creditor's name and mailing address**
**MARTELLA LAW FIRM PL**
**Martella Law Firm PL**
**18501 Murdock Circle Suite 304**
**Port Charlotte, FL 33948**

Date(s) debt was incurred _

Last 4 digits of account number **5677**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.6413**

**Nonpriority creditor's name and mailing address**
**MARTHA A KIMBALL**
**P.O. Box 7168**
**Clearwater, FL 33758-7168**

Date(s) debt was incurred _

Last 4 digits of account number **8396**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.6414**

**Nonpriority creditor's name and mailing address**
**MARTHA A PARDO PL**
**160 Catania Way**
**Royal Palm Beach, FL 33411-4314**

Date(s) debt was incurred _

Last 4 digits of account number **4701**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.6415**

**Nonpriority creditor's name and mailing address**
**MARTHA JEAN EICHELBERG**
**1671 Southeast 10th Street**
**Deerfield Beach, FL 33441-7161**

Date(s) debt was incurred _

Last 4 digits of account number **6404**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.641 6**

**Nonpriority creditor's name and mailing address**
**MARTHA K FEIGENBAUM**
11131 Callanish Park Drive
Austin, TX 78750

Date(s) debt was incurred _

Last 4 digits of account number **642**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$100.00**

---

**3.641 7**

**Nonpriority creditor's name and mailing address**
**MARTHA POZO-DIAZ**
9260 Sunset Drive
Suite 119
Miami, FL 33173

Date(s) debt was incurred _

Last 4 digits of account number **6646**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.641 8**

**Nonpriority creditor's name and mailing address**
**MARTIN & BENNIS PA**
319 SE 14th Street
Ft Lauderdale, FL 33316-1929

Date(s) debt was incurred _

Last 4 digits of account number **2926**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$99.99**

---

**3.641 9**

**Nonpriority creditor's name and mailing address**
**MARTIN & MARTIN PA**
Martin & Martin P.A.
P.O. Box 117
Lakeland, FL 33802-0117

Date(s) debt was incurred _

Last 4 digits of account number **2213**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$5,113.31**

---

**3.642 0**

**Nonpriority creditor's name and mailing address**
**MARTIN A SCHWARTZ**
C/O Rubin Baun Et Al
2500 Southeast Financial Center
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number **7544**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$175.00**

---

**3.642 1**

**Nonpriority creditor's name and mailing address**
**MARTIN A SMITH**
5300 Long Island Drive
Atlanta, GA 30327-4912

Date(s) debt was incurred _

Last 4 digits of account number **941**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$591.35**

---

**3.642 2**

**Nonpriority creditor's name and mailing address**
**MARTIN A ZUCKER PA**
800 W Cypress Creek Road Suite 502
Ft Lauderdale, FL 33309

Date(s) debt was incurred _

Last 4 digits of account number **7039**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.642
3**

**Nonpriority creditor's name and mailing address**

**MARTIN ADE BIRCHFIELD &**
**P.O. Box 59**
**Jacksonville, FL 32201-0059**

Date(s) debt was incurred _

Last 4 digits of account number  **4473**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.642
4**

**Nonpriority creditor's name and mailing address**

**MARTIN C BOIRE**
**Martin C. Boire P.A.**
**1 Circle Oaks Trail**
**Ormond Beach, FL 32174**

Date(s) debt was incurred _

Last 4 digits of account number  **6547**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.642
5**

**Nonpriority creditor's name and mailing address**

**MARTIN D BERG**
**19 W Flagler Street Suite 401**
**Miami, FL 33130-4409**

Date(s) debt was incurred _

Last 4 digits of account number  **4699**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.642
6**

**Nonpriority creditor's name and mailing address**

**MARTIN E PONS**
**10764 Southwest 118th Street**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number  **6375**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.642
7**

**Nonpriority creditor's name and mailing address**

**MARTIN E RICE**
**P.O. Box 205**
**St Petersburg, FL 33731-0205**

Date(s) debt was incurred _

Last 4 digits of account number  **7262**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.642
8**

**Nonpriority creditor's name and mailing address**

**MARTIN F STAMP JR**
**P.O. Box 1913**
**Orlando, FL 32802-1913**

Date(s) debt was incurred _

Last 4 digits of account number  **5207**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.6429**

**Nonpriority creditor's name and mailing address**

**MARTIN GOLD**
**200 Central Park**
**So New York, NY 10019-1415**

Date(s) debt was incurred _

Last 4 digits of account number **7885**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$112.50**

---

**3.6430**

**Nonpriority creditor's name and mailing address**

**MARTIN H COHEN**
**600 N Pine Island Road Suite 450**
**Plantation, FL 33324-1311**

Date(s) debt was incurred _

Last 4 digits of account number **5493**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.6431**

**Nonpriority creditor's name and mailing address**

**MARTIN H COLIN**
**P.O. Box 9530**
**Lake Worth, FL 33466-9530**

Date(s) debt was incurred _

Last 4 digits of account number **2421**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.6432**

**Nonpriority creditor's name and mailing address**

**MARTIN I LIPNACK**
**Martin I. Lipnack P.A.**
**7027 W Broward Boulevard Suite 277**
**Plantation, FL 33317**

Date(s) debt was incurred _

Last 4 digits of account number **4786**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.6433**

**Nonpriority creditor's name and mailing address**

**MARTIN J FELDMAN**
**P O Box 1647**
**Deerfield Beach, FL 33443-1647**

Date(s) debt was incurred _

Last 4 digits of account number **6718**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.6434**

**Nonpriority creditor's name and mailing address**

**MARTIN J HANNA**
**Colonial Place**
**1515 University Drive Suite 231**
**Coral Springs, FL 33071**

Date(s) debt was incurred _

Last 4 digits of account number **4107**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.6435**

**Nonpriority creditor's name and mailing address**

**MARTIN J HASEY**
**42 N Swinton Avenue Suite 2**
**Delray Beach, FL 33444-2685**

Date(s) debt was incurred _

Last 4 digits of account number **8100**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.643
6**

**Nonpriority creditor's name and mailing address**

**MARTIN J KAISER**
**695 Central Avenue Suite 202**
**St Petersburg, FL 33701-3662**

Date(s) debt was incurred _

Last 4 digits of account number **7207**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$200.00

---

**3.643
7**

**Nonpriority creditor's name and mailing address**

**MARTIN KESSLER PA**
**3225 S Macdill Avenue Suite 129-295**
**Tampa, FL 33629-8171**

Date(s) debt was incurred _

Last 4 digits of account number **6498**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$200.00

---

**3.643
8**

**Nonpriority creditor's name and mailing address**

**MARTIN LAW FIRM PL**
**3701 S Del Prado Boulevard**
**Cape Coral, FL 33904**

Date(s) debt was incurred _

Last 4 digits of account number **6488**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$75.00

---

**3.643
9**

**Nonpriority creditor's name and mailing address**

**Martin Law Group, PL**
**1 South Boulevard E Suite 220**
**Davenport, FL 33837**

Date(s) debt was incurred _

Last 4 digits of account number **7474**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.644
0**

**Nonpriority creditor's name and mailing address**

**MARTIN LAW PA**
**9240 Sunset Drive**
**Suite 109**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number **9226**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.644
1**

**Nonpriority creditor's name and mailing address**

**MARTIN LEVINSON**
**9350 S. Dixie Highway**
**Suite 1000**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **2505**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$200.00

---

Debtor **LTGF Business Trust**

Name

Case number (if known) **2:23-bk-01538**

---

| 3.644 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARTIN MONCARZ**
**6614 Via Trento**
**Delray Beach, FL 33446-3738**

Date(s) debt was incurred _

Last 4 digits of account number **6475**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.644 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARTIN ROTH**
**1460 Wellington Way Suite 302**
**Decatur, IL 62526**

Date(s) debt was incurred _

Last 4 digits of account number **6070**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.644 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARTIN S FRIEDMAN**
**Rose Sundstrom & Bentley L.L.P.**
**600 S North Lake Boulevard Suite 160**
**Altamonte Springs, FL 32701**

Date(s) debt was incurred _

Last 4 digits of account number **2465**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.644 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARTIN S ROTHKOPF**
**7401 Wiles Road Suite 148**
**Coral Springs, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number **6577**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.644 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARTIN THIRER**
**1475 W Cypress Creek Road Suite 204**
**Ft Lauderdale, FL 33309-1945**

Date(s) debt was incurred _

Last 4 digits of account number **8670**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.644 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARTIN W WASSERMAN**
**4770 Biscayne Boulevard Suite 1400**
**Miami Beach, FL 33137**

Date(s) debt was incurred _

Last 4 digits of account number **6753**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.644 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARTIN-HERAS PA**
**3191 Coral Way**
**Suite 1005**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number **4418**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.6449**

Nonpriority creditor's name and mailing address
**Martinez & Morales, L.L.C.**
**2600 S. Douglas Road**
**Suite 305**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **8521**

As of the petition filing date, the claim is: *Check all that apply.*

�True Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

**$125.00**

---

**3.6450**

Nonpriority creditor's name and mailing address
**Martinez Azoy, L.L.P.**
**2655 Le Jeune Road**
**Suite 504**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **9254**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

**$50.00**

---

**3.6451**

Nonpriority creditor's name and mailing address
**MARTINEZ CHARLIP DELGADO &**
**999 Ponce de Leon Blvd.**
**Suite 735**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **8056**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

**$200.00**

---

**3.6452**

Nonpriority creditor's name and mailing address
**Martinez Denbo, L.L.C.**
**2935 1st Avenue N**
**2nd Floor**
**St Petersburg, FL 33713**

Date(s) debt was incurred _

Last 4 digits of account number  **8777**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

**$50.00**

---

**3.6453**

Nonpriority creditor's name and mailing address
**MARTOCCIO & DEFILIPPO LLP**
**3380 Woods Edge Circle Suite 104**
**Bonita Springs, FL 34134**

Date(s) debt was incurred _

Last 4 digits of account number  **9645**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

**$50.00**

---

**3.6454**

Nonpriority creditor's name and mailing address
**MARTYN W D VERSTER**
**9425 Sunset Drive**
**Suite 124**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number  **8161**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.645
5**

**Nonpriority creditor's name and mailing address**

**MARVENE A GORDON
2831 Ringling Boulevard
Suite 208C
Sarasota, FL 34237-5351**

Date(s) debt was incurred _

Last 4 digits of account number **4749**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.645
6**

**Nonpriority creditor's name and mailing address**

**MARVIN E ROOKS
500 Crown Oaks Centre Drive
Longwood, FL 32750**

Date(s) debt was incurred _

Last 4 digits of account number **3987**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.645
7**

**Nonpriority creditor's name and mailing address**

**MARVIN HAUSMAN
107 Colonial Parkway
Yonkers, NY 10710-3816**

Date(s) debt was incurred _

Last 4 digits of account number **6690**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.645
8**

**Nonpriority creditor's name and mailing address**

**MARVIN I MOSS
20801 Biscayne Boulevard Suite 506
Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number **4966**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.645
9**

**Nonpriority creditor's name and mailing address**

**MARVIN I WIENER PA
2121 Ponce De Leon Boulevard Suite 900
Coral Gables, FL 33134-5285**

Date(s) debt was incurred _

Last 4 digits of account number **1653**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,661.65**

---

**3.646
0**

**Nonpriority creditor's name and mailing address**

**MARVIN KURZBAN
2650 S.W. 27th Ave.
Second Floor
Miami, FL 33133-3003**

Date(s) debt was incurred _

Last 4 digits of account number **4072**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.646
1**

**Nonpriority creditor's name and mailing address**

**MARVIN L BEAMAN JR
Marvin L. Beaman Jr. P.A.
605 N Wymore Road
Winter Park, FL 32789-2893**

Date(s) debt was incurred _

Last 4 digits of account number **7112**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.646
2**

**Nonpriority creditor's name and mailing address**

**MARVIN P JACKSON**
**P.O. Box 7461**
**Tampa, FL 33673-7461**

Date(s) debt was incurred  _

Last 4 digits of account number  **8511**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.646
3**

**Nonpriority creditor's name and mailing address**

**MARVIN QUITTNER**
**7027 W Broward Boulevard Suite 201**
**Plantation, FL 33317-2237**

Date(s) debt was incurred  _

Last 4 digits of account number  **4880**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.646
4**

**Nonpriority creditor's name and mailing address**

**MARVIN ROSENGARTEN**
**2861 Northwest 47th Terrace Suite 201**
**Ft Lauderdale, FL 33313**

Date(s) debt was incurred  _

Last 4 digits of account number  **4614**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.646
5**

**Nonpriority creditor's name and mailing address**

**MARVIN S GRANT**
**10073 S Yacht Club Drive**
**Treasure Island, FL 33706-3101**

Date(s) debt was incurred  _

Last 4 digits of account number  **4404**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.646
6**

**Nonpriority creditor's name and mailing address**

**MARVIN SOLOMON**
**P.O. Box 3275**
**Tampa, FL 33601-3275**

Date(s) debt was incurred  _

Last 4 digits of account number  **2764**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.646
7**

**Nonpriority creditor's name and mailing address**

**MARVIN W BINGHAM JR**
**Bingham & Mikolaitis P.A.**
**P.O. Box 1930**
**Alachua, FL 32615-1930**

Date(s) debt was incurred  _

Last 4 digits of account number  **7749**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Debtor  **LTGF Business Trust**  Case number (if known)  **2:23-bk-01538**
_____
Name

| 3.646 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
| **MARY A HOFFORD** | | ☑ Contingent | |
| **5025 Trail Side Court** | | ☐ Unliquidated | |
| **Jeannette, PA 15644-4770** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number __5028__ | | **Basis for the claim:** __Member__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.646 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
| **MARY A MARNELL** | | ☑ Contingent | |
| **424 Raven Way** | | ☐ Unliquidated | |
| **Naples, FL 34110** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number __7743__ | | **Basis for the claim:** __Member__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.647 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
| **MARY A WEAVER-TOVORNIK** | | ☑ Contingent | |
| **251 Shellbank Drive** | | ☐ Unliquidated | |
| **Longs, SC 29568** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number __2146__ | | **Basis for the claim:** __Member__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.647 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
| **MARY ALICE ROBISON** | | ☑ Contingent | |
| **501 Riverside Avenue Suite 600** | | ☐ Unliquidated | |
| **Jacksonville, FL 32202** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number __0394__ | | **Basis for the claim:** __Member__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.647 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
| **MARY ANN PATTI LLC** | | ☑ Contingent | |
| **2005 W Garden Street** | | ☐ Unliquidated | |
| **Pensacola, FL 32501** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number __9595__ | | **Basis for the claim:** __Member__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.647 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
| **MARY ANN PLECAS** | | ☑ Contingent | |
| **P.O. Box 197** | | ☐ Unliquidated | |
| **Mount Dora, FL 32756-0197** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number __4771__ | | **Basis for the claim:** __Member__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.647 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
| **MARY ANN STILES PA** | | ☑ Contingent | |
| **315 Plant Avenue** | | ☐ Unliquidated | |
| **Tampa, FL 33606-2325** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number __449__ | | **Basis for the claim:** __Member__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.647 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**MARY CAROTENUTO**
**3000 Gulf To Bay Boulevard Suite 206**
**Clearwater, FL 34619**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **0363**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**MARY ELIZABETH BRITT**
**8 Briny Avenue, Apt. 302**
**Pompano Beach, FL 33062-5609**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **8612**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**MARY ELIZABETH M BROWDER**
**1201 N Orange Street Suite 502**
**Wilmington, DE 19801**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **6196**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**MARY ELLEN MCDONALD**
**633 Orange Court**
**Rockledge, FL 32955-2412**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **2646**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**MARY JANE MATHENY**
**906 Southeast Lakeview Drive Suite 3**
**Sebring, FL 33870-4397**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **6667**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.648 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**MARY LOU RODON PA**
**201 Alhambra Circle**
**Suite 504**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **6104**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**

Name

Case number (if known)    **2:23-bk-01538**

---

| 3.648 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**MARY LYNN DESJARLAIS**
**7029 S Tamiami Trail Suite A**
**Sarasota, FL 34231-5552**

Date(s) debt was incurred  _

Last 4 digits of account number  **4598**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**MARY M DUNN**
**254 N Center Street**
**Casper, WY 82601-1927**

Date(s) debt was incurred  _

Last 4 digits of account number  **5497**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**MARY M MCDANIEL**
**Mary M McDaniel & Associates P.A.**
**1330 Citizens Boulevard Suite 302**
**Leesburg, FL 34748**

Date(s) debt was incurred  _

Last 4 digits of account number  **8245**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**MARY PIA KASTRENAKES**
**18844 Point Drive**
**Tequesta, FL 33469**

Date(s) debt was incurred  _

Last 4 digits of account number  **8668**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**MARY SPENCER CORDESMAN**
**21218 Street Andrews Boulevard Suite 607**
**Boca Raton, FL 33433**

Date(s) debt was incurred  _

Last 4 digits of account number  **6835**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**MARY SUE BEELER**
**13716 Marseilles Court**
**Clearwater, FL 33762**

Date(s) debt was incurred  _

Last 4 digits of account number  **5322**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**MARY SUE DONOHUE**
**1515 N Federal Highway Suite 418**
**Boca Raton, FL 33432-1954**

Date(s) debt was incurred  _

Last 4 digits of account number  **3922**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**

---

**3.648 8**

**Nonpriority creditor's name and mailing address**
**MARY THERESA BAKER**
**628 Southeast 17th Street**
**Ocala, FL 34471**

Date(s) debt was incurred _

Last 4 digits of account number  **8018**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.648 9**

**Nonpriority creditor's name and mailing address**
**MARY V PALUMBO**
**7980 Summerlin Lakes Drive Suite 200**
**Ft Myers, FL 33907-1816**

Date(s) debt was incurred _

Last 4 digits of account number  **0102**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.649 0**

**Nonpriority creditor's name and mailing address**
**MARY VAN LEUVEN**
**Lefkowitz Bloom & Vanleuven P.A.**
**430 N Mills Avenue**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number  **9843**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.649 1**

**Nonpriority creditor's name and mailing address**
**MARY W MYERS**
**P.O. Box 1191**
**Winter Haven, FL 33882-1191**

Date(s) debt was incurred _

Last 4 digits of account number  **7441**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.649 2**

**Nonpriority creditor's name and mailing address**
**MARY WILSON MONACO**
**9130 Corsea Del Fontana Way**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number  **0111**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.649 3**

**Nonpriority creditor's name and mailing address**
**MARYBETH LAVALLEE PULLUM**
**1330 W Citizens Boulevard**
**Suite 701 First Family Oaks**
**Leesburg, FL 34748**

Date(s) debt was incurred _

Last 4 digits of account number  **5896**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,840.04**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.649 4**

**Nonpriority creditor's name and mailing address**

**MARYPAT ELDERKIN**
**10541 Northwest 11th Court**
**Plantation, FL 33322**

Date(s) debt was incurred _

Last 4 digits of account number  **8483**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.649 5**

**Nonpriority creditor's name and mailing address**

**MASE & LARA PA**
**80 Southwest 8th Street Suite 2700**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number  **9084**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.649 6**

**Nonpriority creditor's name and mailing address**

**MASON LAW PA**
**4592 Ulmerton Road Suite 101**
**Clearwater, FL 33762-4107**

Date(s) debt was incurred _

Last 4 digits of account number  **8462**

As of the petition filing date, the claim is: *Check all that apply.*

$375.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.649 7**

**Nonpriority creditor's name and mailing address**

**Massimo Reboa, P.A.**
**d/b/a Reboa Law Firm**
**12 SE 7th Street, Suite 704**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **1067**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.649 8**

**Nonpriority creditor's name and mailing address**

**MASTON A O'NEAL JR**
**P.O. Box 1232**
**Apopka, FL 32704-1232**

Date(s) debt was incurred _

Last 4 digits of account number  **4764**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.649 9**

**Nonpriority creditor's name and mailing address**

**MASTRIANA & CHRISTIANSEN PA**
**1500 N. Federal Highway**
**Suite 200**
**Ft Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number  **5941**

As of the petition filing date, the claim is: *Check all that apply.*

$125.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.650 0**

**Nonpriority creditor's name and mailing address**

**MASTRY MARGER & DAVIS**
**P.O. Box 3542**
**St Petersburg, FL 33731-3542**

Date(s) debt was incurred _

Last 4 digits of account number  **3201**

As of the petition filing date, the claim is: *Check all that apply.*

$275.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __LTGF Business Trust_____   Case number (if known) __2:23-bk-01538__
       Name

| | |
|---|---|
| 3.650 1 | |

**Nonpriority creditor's name and mailing address**
**MATEER & HARBERT**
**P.O. Box 2854**
**Orlando, FL 32802-2854**

Date(s) debt was incurred _

Last 4 digits of account number __2817__

**As of the petition filing date, the claim is:** Check all that apply.                    **$4,585.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.650 2 | |

**Nonpriority creditor's name and mailing address**
**Mathew Poling, P.A.**
**5746 Stag Ticket Lane**
**Palm Harbor, FL 34685**

Date(s) debt was incurred _

Last 4 digits of account number __9194__

**As of the petition filing date, the claim is:** Check all that apply.                    **$25.00**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.650 3 | |

**Nonpriority creditor's name and mailing address**
**MATHEWS & PIAZZA PA**
**Congress Center**
**1325 S. Congress Avenue, Suite 104**
**Boynton Beach, FL 33426**

Date(s) debt was incurred _

Last 4 digits of account number __7587__

**As of the petition filing date, the claim is:** Check all that apply.                    **$225.00**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.650 4 | |

**Nonpriority creditor's name and mailing address**
**MATHEWS LAW FIRM PA**
**277 Pinewood Drive**
**Tallahassee, FL 32303**

Date(s) debt was incurred _

Last 4 digits of account number __6152__

**As of the petition filing date, the claim is:** Check all that apply.                    **$25.00**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.650 5 | |

**Nonpriority creditor's name and mailing address**
**MATHIS LAW FIRM PA**
**300 S Orange Avenue Suite 1500**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number __7547__

**As of the petition filing date, the claim is:** Check all that apply.                    **$25.00**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.650 6 | |

**Nonpriority creditor's name and mailing address**
**Mathison Whittles, L.L.P.**
**P.O. Box 30519**
**Palm Beach Gardens, FL 33420**

Date(s) debt was incurred _

Last 4 digits of account number __9073__

**As of the petition filing date, the claim is:** Check all that apply.                    **$25.00**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.650
7**

**Nonpriority creditor's name and mailing address**

**Matlyn Title, LLC**
**6735 Conroy Road**
**Suite 301**
**Orlando, FL 32835**

Date(s) debt was incurred _

Last 4 digits of account number **0567**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.650
8**

**Nonpriority creditor's name and mailing address**

**MATT C MYERS**
**1715 W Cleveland Street**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number **9620**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.650
9**

**Nonpriority creditor's name and mailing address**

**MATT D GOLDMAN**
**1501 Venera Avenue Suite 201**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **556**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.651
0**

**Nonpriority creditor's name and mailing address**

**Matt Mathews**
**277 Pinewood Drive**
**Tallahassee, FL 32303**

Date(s) debt was incurred _

Last 4 digits of account number **9079**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.651
1**

**Nonpriority creditor's name and mailing address**

**MATT MATHEWS**
**Mathews Law Firm P.A.**
**277 Pinewood Drive**
**Tallahassee, FL 32303**

Date(s) debt was incurred _

Last 4 digits of account number **9079**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.651
2**

**Nonpriority creditor's name and mailing address**

**MATTHEW A LEIBERT**
**112-114 E Concord Street**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **9015**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.651
3**

**Nonpriority creditor's name and mailing address**

**MATTHEW C BAPTY**
**4625 Southwest 31 Drive**
**Hollywood, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number **8304**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**

| | |
|---|---|
| 3.651 4 | |

**Nonpriority creditor's name and mailing address**

**Matthew C. Bates, P.L.L.C.**
**81 Kercheval Avenue**
**Suite 300**
**Groose Point Farms, MI 48236**

**Date(s) debt was incurred** _

**Last 4 digits of account number  9165**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| 3.651 5 | |

**Nonpriority creditor's name and mailing address**

**MATTHEW D MILLER PA**
**1720 Southeast Indian Street**
**Stuart, FL 34997**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1585**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| 3.651 6 | |

**Nonpriority creditor's name and mailing address**

**MATTHEW D WEIDNER PA**
**Weidner Law P.A.**
**250 Mirror Lake Drive North**
**St Petersburg, FL 33701**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4120**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

| | |
|---|---|
| 3.651 7 | |

**Nonpriority creditor's name and mailing address**

**MATTHEW E LADD PA**
**255 University Drive**
**Miami, FL 33134**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5845**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| 3.651 8 | |

**Nonpriority creditor's name and mailing address**

**MATTHEW F LUPARDO**
**Regional Professional Building**
**685 Royal Palm Beach Boulevard, Suite 10**
**Royal Palm Beach, FL 33411**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5880**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| 3.651 9 | |

**Nonpriority creditor's name and mailing address**

**MATTHEW G LERNER**
**5500 South Flamingo Road**
**Suite 203**
**Cooper City, FL 33330**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2398**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

| | |
|---|---|
| **3.652 0** | |

**Nonpriority creditor's name and mailing address**
**MATTHEW GISSEN**
**3180 Biscayne Boulevard**
**Miami, FL 33137-4127**

Date(s) debt was incurred _

Last 4 digits of account number  **3352**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

| | |
|---|---|
| **3.652 1** | |

**Nonpriority creditor's name and mailing address**
**MATTHEW H ROBY**
**201 W Canton Avenue Suite 275**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number  **9496**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.652 2** | |

**Nonpriority creditor's name and mailing address**
**MATTHEW J SCHAEFER**
**9035 Northwest 51st Place**
**Coral Springs, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number  **6711**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

| | |
|---|---|
| **3.652 3** | |

**Nonpriority creditor's name and mailing address**
**MATTHEW J SCHIRMER**
**The Florida Insurance Center**
**800 N Belcher Road**
**Clearwater, FL 33765**

Date(s) debt was incurred _

Last 4 digits of account number  **9750**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.652 4** | |

**Nonpriority creditor's name and mailing address**
**MATTHEW L EVANS**
**300 Turner Street**
**Clearwater, FL 34616**

Date(s) debt was incurred _

Last 4 digits of account number  **9836**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.652 5** | |

**Nonpriority creditor's name and mailing address**
**Matthew Lundy Law**
**1401 N University Drive Suite 600**
**Coral Springs, FL 33071**

Date(s) debt was incurred _

Last 4 digits of account number  **8347**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| **3.652 6** | |

**Nonpriority creditor's name and mailing address**
**MATTHEW PALENTCHAR**
**2253 Central Avenue**
**Unit 106**
**St Petersburg, FL 33713**

Date(s) debt was incurred _

Last 4 digits of account number  **0164**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.652 7**

Nonpriority creditor's name and mailing address

**MATTHEW S TAYLOR**
**13077 164th Court N**
**Jupiter, FL 33478**

Date(s) debt was incurred _

Last 4 digits of account number  **2211**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.652 8**

Nonpriority creditor's name and mailing address

**Mattnew T. Vanden Bosch, Attorney at Law**
**1260 S. Federal Highway**
**Suite 201**
**Boynton Beach, FL 33435**

Date(s) debt was incurred _

Last 4 digits of account number  **7508**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.652 9**

Nonpriority creditor's name and mailing address

**MATTHEWS & HAWKINS**
**4475 Legendary Drive**
**Destin, FL 32541**

Date(s) debt was incurred _

Last 4 digits of account number  **4680**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.653 0**

Nonpriority creditor's name and mailing address

**Matthews Law, P.L.L.C.**
**4767 New Broad St.**
**Orlando, FL 32814**

Date(s) debt was incurred _

Last 4 digits of account number  **0563**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.653 1**

Nonpriority creditor's name and mailing address

**MATZNER ZISKIND HERMELEE**
**100 Southeast 2nd Street Suite 2800**
**Miami, FL 33131-2150**

Date(s) debt was incurred _

Last 4 digits of account number  **4659**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.653 2**

Nonpriority creditor's name and mailing address

**MAUREEN A ARAGO**
**Maureen A. Arago P.A.**
**5310 Venta Court**
**Orlando, FL 32810-1740**

Date(s) debt was incurred _

Last 4 digits of account number  **7289**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.653 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MAUREEN J RUTHMAN PA**
**703 E Palmetto Park Road**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number  **1674**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.653 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MAUREEN K B CONDIOTTE**
**221 Cedar Park Circle**
**Sarasota, FL 34242-1215**

Date(s) debt was incurred _

Last 4 digits of account number  **9326**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.653 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MAURER & MAURER**
**4332 East Tradewinds Avenue**
**Lauderdale by the Sea, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **408**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

| 3.653 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MAURICE E. DONSKY, P.A.**
**440 Rovino Avenue**
**Coral Gables, FL 33156-4261**

Date(s) debt was incurred _

Last 4 digits of account number  **8667**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.653 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MAURICE F SPRINZ**
**P.O. Box 5804**
**Sarasota, FL 34277-5804**

Date(s) debt was incurred _

Last 4 digits of account number  **4422**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.653 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MAURICE GRAHAM**
**1020 Northeast 45th Street**
**Oakland Park, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number  **5479**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.653 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MAURICIO MAGAROLAS**
**3850 Galloway Road**
**Suite 203**
**Miami, FL 33165-5473**

Date(s) debt was incurred _

Last 4 digits of account number  **6105**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.654 0**

**Nonpriority creditor's name and mailing address**
**MAX D PUYANIC**
**30 W Mashta Drive Suite 400**
**Key Biscayne, FL 33149-4135**

Date(s) debt was incurred _

Last 4 digits of account number  **6576**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$175.00**

---

**3.654 1**

**Nonpriority creditor's name and mailing address**
**MAX KARYO**
**800 Yamato Road Suite 103**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **4018**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.654 2**

**Nonpriority creditor's name and mailing address**
**MAX L. RUBIN**
**83 Normandy B**
**Delray Beach, FL 33484-4741**

Date(s) debt was incurred _

Last 4 digits of account number  **8476**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.654 3**

**Nonpriority creditor's name and mailing address**
**MAX M HAGEN**
**Hagen & Hagen P.A.**
**3531 Griffin Road**
**Ft Lauderdale, FL 33312-5444**

Date(s) debt was incurred _

Last 4 digits of account number  **2995**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$175.00**

---

**3.654 4**

**Nonpriority creditor's name and mailing address**
**MAX MORRIS/ROBERT WEBB**
**P.O. Box 540234**
**Orlando, FL 32884-0234**

Date(s) debt was incurred _

Last 4 digits of account number  **481**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$350.00**

---

**3.654 5**

**Nonpriority creditor's name and mailing address**
**MAX P ENGEL**
**901 Northwest 22nd Avenue**
**Miami, FL 33125-3342**

Date(s) debt was incurred _

Last 4 digits of account number  **5598**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.654**
**6**

**Nonpriority creditor's name and mailing address**

**MAX R SILVER**
**Silver & Silver**
**108 S Miami Avenue 2nd Floor**
**Miami, FL 33130**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5639**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

**3.654**
**7**

**Nonpriority creditor's name and mailing address**

**MAX RUDMANN**
**2101 Northwest Corporate Boulevard Suite**
**Boca Raton, FL 33431**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7929**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.654**
**8**

**Nonpriority creditor's name and mailing address**

**MAXWELL W WELLS JR**
**Maxwell W. Wells Jr. P.A.**
**P.O. Box 3628**
**Orlando, FL 32802-3628**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2544**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

**3.654**
**9**

**Nonpriority creditor's name and mailing address**

**MAY MEACHAM & DAVELL PA**
**1 Financial Plaza**
**Suite 2602**
**Ft Lauderdale, FL 33394**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7685**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.655**
**0**

**Nonpriority creditor's name and mailing address**

**Mayersohn Law Group, P.A.**
**101 NE 3rd Avenue**
**Suite 1250**
**Fort Lauderdale, FL 33301**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0867**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.655**
**1**

**Nonpriority creditor's name and mailing address**

**MAYLENE C ABAD**
**207 Key Deer Boulevard**
**Suite B13**
**Big Pine Key, FL 33043**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0563**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.655 2**

**Nonpriority creditor's name and mailing address**
**MCARDLE & PEREZ PA**
**255 Alhambra Circle**
**Suite 925**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **6595**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.655 3**

**Nonpriority creditor's name and mailing address**
**MCCABE & SAMILJAN LLC**
**30 South**
**Lake Worth, FL 33460**

Date(s) debt was incurred _

Last 4 digits of account number **7609**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.655 4**

**Nonpriority creditor's name and mailing address**
**MCCABE & VAUGHN PA**
**1600 Prudential Drive**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number **5787**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.655 5**

**Nonpriority creditor's name and mailing address**
**McCalla Raymer Leibert Pierce, L.L.C.**
**110 SE 6th Street**
**Suite 2400**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **7719**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.655 6**

**Nonpriority creditor's name and mailing address**
**MCCALLA RAYMER VARGO & AKSELL**
**P.O. Box 2126**
**Winter Park, FL 32790-2126**

Date(s) debt was incurred _

Last 4 digits of account number **8892**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.655 7**

**Nonpriority creditor's name and mailing address**
**MCCARTHY CRENSHAW, JR.**
**3855 St. Johns Avenue**
**Jacksonville, FL 32205-9395**

Date(s) debt was incurred _

Last 4 digits of account number **6120**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.655 8**

**Nonpriority creditor's name and mailing address**
**MCCARTHY SUMMERS BOBKO WOOD**
**2400 SE Federal Highway**
**4th Floor**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number **7901**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

Debtor    **LTGF Business Trust**
Name

Case number (*if known*)    **2:23-bk-01538**

---

**3.6559**

Nonpriority creditor's name and mailing address
**MCCAUGHEY & MARCUS**
P.O. Box 1978
Dunedin, FL 34697-1978

Date(s) debt was incurred _

Last 4 digits of account number  **8012**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6560**

Nonpriority creditor's name and mailing address
**MCCLAIN ALFONSO MEEKER &**
P.O. Box 4
Dade City, FL 33526

Date(s) debt was incurred _

Last 4 digits of account number  **1983**

As of the petition filing date, the claim is: *Check all that apply.*

$425.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6561**

Nonpriority creditor's name and mailing address
**McClain Legal Services, P.A.**
2900 N University Drive Floor 2
Coral Springs, FL 33065

Date(s) debt was incurred _

Last 4 digits of account number  **9246**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6562**

Nonpriority creditor's name and mailing address
**MCCLELLAND JONES & LYONS LC**
One Harbour Pl Suite 500
1901 S Harbour City Boulevard
Melbourne, FL 32901-4770

Date(s) debt was incurred _

Last 4 digits of account number  **7538**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6563**

Nonpriority creditor's name and mailing address
**MCCLELLAND JONES LYONS LACEY**
1901 S Harbor City Boulevard Suite 500
Melbourne, FL 32901

Date(s) debt was incurred _

Last 4 digits of account number  **6410**

As of the petition filing date, the claim is: *Check all that apply.*

$75.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6564**

Nonpriority creditor's name and mailing address
**McClure Bloodworth, P.L.**
219 23rd Street
St Augustine, FL 32084

Date(s) debt was incurred _

Last 4 digits of account number  **7522**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.656 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**MCCONNAUGHHAY ROLAND MAIDA**
P.O. Drawer 229
Tallahassee, FL 32302-0229

Date(s) debt was incurred _

Last 4 digits of account number **5974**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MCCORD BUBSEY KETCHUM &**
210 S Monroe Street
Tallahassee, FL 32301

Date(s) debt was incurred _

Last 4 digits of account number **3674**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**MCCORMICK & DRURY**
P.O. Drawer O
Jasper, FL 32052-0695

Date(s) debt was incurred _

Last 4 digits of account number **3430**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MCCORMICK MCCORMICK &**
7550 Southwest 57th Avenue Suite 203
South Miami, FL 33143-5336

Date(s) debt was incurred _

Last 4 digits of account number **8918**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**McCrory Law Firm, P.L.**
309 Tamiami Trail
Punta Gorda, FL 33950

Date(s) debt was incurred _

Last 4 digits of account number **6126**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**McCumber Daniels Buntz Hartig & Puig, P.**
4401 W Kennedy Boulevard
Suite 200
Tampa, FL 33609

Date(s) debt was incurred _

Last 4 digits of account number **8887**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,749.45 |
|---|---|---|---|

**MCCUNE HIAASEN CRUM GARDNER**
P.O. Box 14636
Ft Lauderdale, FL 33302-4636

Date(s) debt was incurred _

Last 4 digits of account number **867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.657 2**

**Nonpriority creditor's name and mailing address**

**MCCUNE LAW OFFICE OF**
**38 Grant Street**
**St Augustine, FL 32084**

Date(s) debt was incurred _

Last 4 digits of account number  **3177**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.657 3**

**Nonpriority creditor's name and mailing address**

**MCDERMOTT WILL & EMERY LLP**
**333 Avenue Of The Americas**
**Suite 4500**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **505**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$375.00**

---

**3.657 4**

**Nonpriority creditor's name and mailing address**

**MCDONALD & ASSOCIATES CHT'D**
**17000 Southwest 272nd Street**
**Homestead, FL 33031**

Date(s) debt was incurred _

Last 4 digits of account number  **1696**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.657 5**

**Nonpriority creditor's name and mailing address**

**MCDONALD & CRAWFORD PA**
**315 Southeast 7 Street Suite 303**
**Ft Lauderdale, FL 33301-3158**

Date(s) debt was incurred _

Last 4 digits of account number  **6287**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.657 6**

**Nonpriority creditor's name and mailing address**

**MCDONALD FLEMING MOOREHEAD**
**25 W Government Street**
**Pensacola, FL 32502**

Date(s) debt was incurred _

Last 4 digits of account number  **2681**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.657 7**

**Nonpriority creditor's name and mailing address**

**MCDONALD HOPKINS LPA**
**505 South Flagler Drive**
**Suite 300**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **5783**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.657 8**

**Nonpriority creditor's name and mailing address**

**MCDONOUGH & SERANO**
**19 E Central Boulevard**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number  **7440**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.6579**

**Nonpriority creditor's name and mailing address**
McEwen Dubovis, P.A.
774 N. SR 13
Suite 8
Jacksonville, FL 32259

**Date(s) debt was incurred** _

**Last 4 digits of account number  8861**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.6580**

**Nonpriority creditor's name and mailing address**
MCFARLAIN WILEY CASSEDY &
P.O. Box 2174
Tallahassee, FL 32316-2174

**Date(s) debt was incurred** _

**Last 4 digits of account number  4123**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$75.00**

---

**3.6581**

**Nonpriority creditor's name and mailing address**
MCFARLAND GOULD LYONS SULLIVAN
311 S. Missouri Avenue
Clearwater, FL 33756

**Date(s) debt was incurred** _

**Last 4 digits of account number  256**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$19,758.24**

---

**3.6582**

**Nonpriority creditor's name and mailing address**
MCGUIRE PRATT MASIO FARRANCE
P.O. Box 1866
Bradenton, FL 34206-1866

**Date(s) debt was incurred** _

**Last 4 digits of account number  7729**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$400.00**

---

**3.6583**

**Nonpriority creditor's name and mailing address**
MCGUIRE WOODS BATTLE &
50 N Laura Street Suite 3300
Jacksonville, FL 32202

**Date(s) debt was incurred** _

**Last 4 digits of account number  7542**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$150.00**

---

**3.6584**

**Nonpriority creditor's name and mailing address**
MCINTOSH SAWRAN PELTZ &
Attn: Maribel C. Mezquita
1615 Arlington Drive
Lake Clarke Shores, FL 33406-8701

**Date(s) debt was incurred** _

**Last 4 digits of account number  6139**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.658 5**

**Nonpriority creditor's name and mailing address**

**McKillop Law Firm, P.L.**
**7563 Philips Highway**
**Building 500**
**Jacksonville, FL 32256**

Date(s) debt was incurred _

Last 4 digits of account number  **7974**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.658 6**

**Nonpriority creditor's name and mailing address**

**MCKINNON & MCKINNON CHARTERED**
**5070 N Highway A-1-A Suite 200**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number  **9768**

As of the petition filing date, the claim is: *Check all that apply.*

$212.50

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.658 7**

**Nonpriority creditor's name and mailing address**

**MCLANE AND MCLANE**
**275 Clearwater-Largo Road N.**
**Largo, FL 33770**

Date(s) debt was incurred _

Last 4 digits of account number  **3462**

As of the petition filing date, the claim is: *Check all that apply.*

$225.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.658 8**

**Nonpriority creditor's name and mailing address**

**MCLAUGHLIN & STERN LLP**
**McLaughlin & Stern L.L.P.**
**525 Okeechobee Boulevard Suite 1530**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **3909**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.658 9**

**Nonpriority creditor's name and mailing address**

**MCLEOD MCLEOD & MCLEOD**
**P.O. Drawer 950**
**Apopka, FL 32704-0950**

Date(s) debt was incurred _

Last 4 digits of account number  **705**

As of the petition filing date, the claim is: *Check all that apply.*

$275.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.659 0**

**Nonpriority creditor's name and mailing address**

**McLin & Burnsed, P.A.**
**Villages**
**1028 Lake Sumter Landing, Office 3**
**The Villages, FL 32162**

Date(s) debt was incurred _

Last 4 digits of account number  **2647**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.659 1**

**Nonpriority creditor's name and mailing address**

**MCLINBURNSED**
**P.O. Drawer 491357**
**Leesburg, FL 34749-1357**

Date(s) debt was incurred _

Last 4 digits of account number  **2647**

As of the petition filing date, the claim is: *Check all that apply.*

$3,716.21

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.659 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**MCMANUS & MCMANUS PA**
**79 Overbrook Boulevard**
**Largo, FL 33770-2899**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3386**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MCNAMARA & MCNAMARA**
**712 US Highway 1 Suite 301-36**
**North Palm Beach, FL 33408**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8387**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MCRAE & METCALF**
**2612 Centennial Place**
**Tallahassee, FL 32308**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2794**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MCRAE LAW OFFICES PA**
**5300 W Atlantic Avenue Suite 412**
**Delray Beach, FL 33484-8141**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4303**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**MCWHIRTER REEVES**
**P.O. Box 3350**
**Tampa, FL 33601-3350**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7771**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**MEAH ROTHMAN TELL**
**P.O. Box 25490**
**Tamarac, FL 33310-4921**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6788**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**

Name

Case number (if known)  **2:23-bk-01538**

---

| 3.6598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**MECHANIK NUCCIO WILLIAMS**
**305 South Boulevard**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number  **3361**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6599 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**MEDACIER LAW OFFICES LLC**
**7771 W Oakland Park Boulevard Suite 223**
**Sunrise, FL 33351**

Date(s) debt was incurred _

Last 4 digits of account number  **8954**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6600 | Nonpriority creditor's name and mailing address | | $125.00 |
|---|---|---|---|

**MEDALIE & MEDALIE**
**1401 E Broward Boulevard Suite 206**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **3095**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6601 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**MEENAKSHI A HIRANI PA**
**2265 Lee Road**
**Suite 109**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number  **7510**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6602 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**MEGAN DARA SAPERSTEIN**
**12105 Northwest 51st Place**
**Coral Springs, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number  **6714**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6603 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**MEIROSE & FRISCIA PA**
**5550 W Executive Drive Suite 250**
**Tampa, FL 33609**

Date(s) debt was incurred _

Last 4 digits of account number  **6737**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6604 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**MEL C MAGIDSON JR PA**
**P.O. Box 340**
**Port St Joe, FL 32457**

Date(s) debt was incurred _

Last 4 digits of account number  **7129**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.660 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**MELAND RUSSIN & BUDWICK PA**
**3000 Wachovia Financial Center**
**200 S Biscayne Boulevard**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number  6293**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MELANIE A MCGAHEE**
**417 W Sugarland Highway**
**Clewiston, FL 33440**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number  2670**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Melanson Law, P.A.**
**1430 Royal Palm Square Boulevard**
**Suite 103**
**Ft Myers, FL 33919**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number  7022**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MELIDA VIERA PA**
**111 Northeast 1st Street Suite 902**
**Miami, FL 33132**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number  9073**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MELISSA A TARTAGLIA**
**P.O. Box 5028**
**Clearwater, FL 33758**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number  4231**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MELISSA D MUNROE**
**P.O. Box 533942**
**Orlando, FL 32803**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number  5494**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

**3.661
1**

Nonpriority creditor's name and mailing address
**MELISSA JAY MURPHY**
P.O. Box 357399
Gainesville, FL 32635-7399

Date(s) debt was incurred _

Last 4 digits of account number **7152**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

**3.661
2**

Nonpriority creditor's name and mailing address
**MELISSA P LANZA PA**
104 Crandon Boulevard
Suite 420
Key Biscayne, FL 33149

Date(s) debt was incurred _

Last 4 digits of account number **6169**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.661
3**

Nonpriority creditor's name and mailing address
**MELLOR & GRISSINGER**
13801 S Tamiami Trail Suite D
North Port, FL 34287

Date(s) debt was incurred _

Last 4 digits of account number **8920**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.661
4**

Nonpriority creditor's name and mailing address
**MELODEE M HICKS**
921 Southwest 73rd Street Road
Ocala, FL 34476

Date(s) debt was incurred _

Last 4 digits of account number **9946**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.661
5**

Nonpriority creditor's name and mailing address
**MELVILLE & SOWERBY PL**
2940 S. 25th Street
Ft Pierce, FL 34981-5605

Date(s) debt was incurred _

Last 4 digits of account number **0059**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.661
6**

Nonpriority creditor's name and mailing address
**MELVILLE DUNN**
P.O. Box 161767
Miami, FL 33116-1767

Date(s) debt was incurred _

Last 4 digits of account number **6725**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.661
7**

Nonpriority creditor's name and mailing address
**MELVIN & MELVIN PA**
3101 N Federal Highway Suite 602
Ft Lauderdale, FL 33306-1042

Date(s) debt was incurred _

Last 4 digits of account number **3847**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,056.21**

---

Debtor **LTGF Business Trust**
Name

Case number (if known)  **2:23-bk-01538**

---

**3.6618**

**Nonpriority creditor's name and mailing address**
**MELVIN J WITTE**
**4868 Northeast 12th Avenue**
**Oakland Park, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number  **7269**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.6619**

**Nonpriority creditor's name and mailing address**
**MELVIN SCHAFFER**
**29 Utsonati Lane**
**Brevard, NC 28712-9462**

Date(s) debt was incurred _

Last 4 digits of account number  **1747**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.6620**

**Nonpriority creditor's name and mailing address**
**MELVIN WOLFE**
**7249 Northwest 36th Court**
**Miami, FL 33147-5837**

Date(s) debt was incurred _

Last 4 digits of account number  **5793**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.6621**

**Nonpriority creditor's name and mailing address**
**MELVYN B FRUMKES**
**100 N Biscayne Boulevard Suite 1607**
**Miami, FL 33132-2308**

Date(s) debt was incurred _

Last 4 digits of account number  **1255**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.6622**

**Nonpriority creditor's name and mailing address**
**MELVYN P SCHOLNICK**
**8871 Southwest 86th Street**
**Miami, FL 33173-4538**

Date(s) debt was incurred _

Last 4 digits of account number  **3283**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.6623**

**Nonpriority creditor's name and mailing address**
**MELVYN TRUTE PA**
**P.O. Box 6260**
**Surfside, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number  **4511**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,071.88**

---

**3.6624**

**Nonpriority creditor's name and mailing address**
**Members' Title Services, Inc.**
**7951 SW 6th Street**
**Suite 212**
**Plantation, FL 33324-3211**

Date(s) debt was incurred _

Last 4 digits of account number  **5664**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.662
5**

**Nonpriority creditor's name and mailing address**

**MENDEZ & MENDEZ PA**
**7400 SW 57th Street**
**Suite 202**
**South Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number **4314**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$4,157.82

---

**3.662
6**

**Nonpriority creditor's name and mailing address**

**MENENDEZ MONCARZ PL**
**2699 Stirling Road, B200**
**Ft Lauderdale, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number **7241**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.662
7**

**Nonpriority creditor's name and mailing address**

**MENTOR LAW FIRM**
**8811 Southeast Bridge Road**
**Hobe Sound, FL 33435**

Date(s) debt was incurred _

Last 4 digits of account number **2084**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.662
8**

**Nonpriority creditor's name and mailing address**

**MERCEDES LOPEZ CISNEROS**
**Mercedes Lopez Cisneros P.A.**
**8700 W Flagler Street Suite 390**
**Miami, FL 33174**

Date(s) debt was incurred _

Last 4 digits of account number **8740**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.662
9**

**Nonpriority creditor's name and mailing address**

**MERCY B PINA-BRITO**
**Mercy Pina-Brito P.A.**
**9950 Southwest 107 Avenue Suite 204**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **5150**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.663
0**

**Nonpriority creditor's name and mailing address**

**MEREDITH J COHEN**
**P.O. Box 622346**
**Oviedo, FL 32762-2346**

Date(s) debt was incurred _

Last 4 digits of account number **1645**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.663
1**

**Nonpriority creditor's name and mailing address**

**MERIDETH C NAGEL PA**
**1201 W. Highway 50**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number **9120**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**
_____

---

| 3.663 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.64 |

**MEROLA, MCCARTHY & COX, P.A.**
**4114 Northlake Blvd.**
**Suite 301**
**Palm Bch Gardens, FL 33410-6271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8238**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**MEROS SMITH OLNEY & LAZZARA PA**
**P.O. Box 27**
**St Petersburg, FL 33731-0027**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2128**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**MERRILL A BOOKSTEIN**
**2200 NE 33rd Avenue**
**Suite 18D**
**Ft Lauderdale, FL 33305**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6040**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**MERRILL B QUINTERO**
**1320 S Dixie Highway Suite 1251**
**Coral Gables, FL 33146**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8366**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**MERRITT & MASON PA**
**P.O. Box 1900**
**Brooksville, FL 34605-1900**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3907**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**MERRITT C FORE JR**
**P.O. Box 1358**
**Ocala, FL 34478**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4721**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.6638**

**Nonpriority creditor's name and mailing address**

**MERRITT LAW OFFICES PA**
P.O. Box 92412
Lakeland, FL 33804

Date(s) debt was incurred _

Last 4 digits of account number  **4846**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.6639**

**Nonpriority creditor's name and mailing address**

**MERSHON SAWYER JOHNSTON**
11098 Biscayne Boulevard Suite 205
Miami, FL 33161

Date(s) debt was incurred _

Last 4 digits of account number  **355**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$29,678.51**

---

**3.6640**

**Nonpriority creditor's name and mailing address**

**MERTING & DENISON PA**
421 N Palafox Street
Pensacola, FL 32501-3918

Date(s) debt was incurred _

Last 4 digits of account number  **8405**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.6641**

**Nonpriority creditor's name and mailing address**

**MERY LOPEZ PA**
491 Okeechobee Road
Hialeah, FL 33010

Date(s) debt was incurred _

Last 4 digits of account number  **8176**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.6642**

**Nonpriority creditor's name and mailing address**

**MERYL CONTE CLAYTON**
Meryl Conte Clayton P.A.
2014 Fourth Street
Sarasota, FL 34237

Date(s) debt was incurred _

Last 4 digits of account number  **3680**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.6643**

**Nonpriority creditor's name and mailing address**

**Mesches & Johnson, PL**
4400 PGA Boulevard
Suite 304
Palm Beach Gardens, FL 33410

Date(s) debt was incurred _

Last 4 digits of account number  **7802**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.6644**

**Nonpriority creditor's name and mailing address**

**MESSER VICKERS CAPARELLO**
P.O. Box 1876
Tallahassee, FL 32302-1876

Date(s) debt was incurred _

Last 4 digits of account number  **6282**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,110.13**

---

Debtor   **LTGF Business Trust**                                          Case number (if known)   **2:23-bk-01538**
         Name

---

**3.664
5**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

**Metro Land Title, Inc.**
**P.O. Box 739**                                                      ☑ Contingent
**Ft Lauderdale, FL 33302**                                           ☐ Unliquidated
                                                                      ☐ Disputed
Date(s) debt was incurred _
                                                                      Basis for the claim:  **Member**
Last 4 digits of account number  **9043**
                                                                      Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.664
6**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$7,130.91**

**METTLER SHELTON RANDOLPH**
**340 Royal Palm Way**                                                ☐ Contingent
**Suite 100**                                                         ☐ Unliquidated
**Palm Beach, FL 33480**                                              ☐ Disputed

Date(s) debt was incurred _                                           Basis for the claim:  **Member**

Last 4 digits of account number  **3068**                             Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.664
7**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

**Miami Legal, P.A.**
**300 S. Aragon Avenue**                                              ☑ Contingent
**Suite 310**                                                         ☐ Unliquidated
**Coral Gables, FL 33134**                                            ☐ Disputed

Date(s) debt was incurred _                                           Basis for the claim:  **Member**

Last 4 digits of account number  **9448**                             Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.664
8**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

**MICHAEL A BAVIELLO JR**
**P.O. Box 112079**                                                   ☑ Contingent
**Naples, FL 34108-0135**                                             ☐ Unliquidated
                                                                      ☐ Disputed
Date(s) debt was incurred _
                                                                      Basis for the claim:  **Member**
Last 4 digits of account number  **7623**
                                                                      Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.664
9**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$100.00**

**MICHAEL A BLANK**
**251 Royal Palm Way Suite 601**                                      ☑ Contingent
**Palm Beach, FL 33480-4339**                                         ☐ Unliquidated
                                                                      ☐ Disputed
Date(s) debt was incurred _
                                                                      Basis for the claim:  **Member**
Last 4 digits of account number  **7904**
                                                                      Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.665
0**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$50.00**

**MICHAEL A BRYANT & ASSOCIATES**
**Trafalgar Plaza One Suite 217**                                     ☑ Contingent
**5300 Northwest 33rd Avenue**                                        ☐ Unliquidated
**Ft Lauderdale, FL 33309**                                           ☐ Disputed

Date(s) debt was incurred _                                           Basis for the claim:  **Member**

Last 4 digits of account number  **7041**                             Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.665
1**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$75.00**

**MICHAEL A CAPIRO PA**
**9130 S Dadeland Boulevard Suite 1509**                              ☑ Contingent
**Miami, FL 33156**                                                   ☐ Unliquidated
                                                                      ☐ Disputed
Date(s) debt was incurred _
                                                                      Basis for the claim:  **Member**
Last 4 digits of account number  **6702**
                                                                      Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**
_____

| 3.665<br>2 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL A CHIANTELLA PA**<br>**209 Nassau Street S Suite 101**<br>**Venice, FL 34285**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  1759** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |

| 3.665<br>3 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL A COHEN PA**<br>**20801 Biscayne Boulevard Suite 300**<br>**Aventura, FL 33180**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  6769** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |

| 3.665<br>4 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL A CROAK**<br>**2785 S Bay Street**<br>**Suite G**<br>**Eustis, FL 32726**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  5371** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,558.98** |

| 3.665<br>5 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL A CURREA**<br>**6303 Blue Lagoon Drive**<br>**Suite 400**<br>**Miami, FL 33126**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  7866** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |

| 3.665<br>6 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL A GOTTLIEB**<br>**Michael A. Gottlieb P.A.**<br>**1311 Southeast 2nd Avenue**<br>**Ft Lauderdale, FL 33316**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  6472** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25.00** |

| 3.665<br>7 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL A HOULLIS**<br>**P.O. Box 564**<br>**Tarpon Springs, FL 34688-0564**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  4169** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Member**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$200.00** |

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**
_____

| | |
|---|---|
| 3.6658 | |

**Nonpriority creditor's name and mailing address**
**MICHAEL A KAISER**
**3446 Laurel Oaks Lane**
**Hollywood, FL 33021-8441**

Date(s) debt was incurred _

Last 4 digits of account number  **8390**

**As of the petition filing date, the claim is:** Check all that apply.                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.6659 | |

**Nonpriority creditor's name and mailing address**
**MICHAEL A KRAMER**
**P.O. Box 181268**
**Casselberry, FL 32718-1268**

Date(s) debt was incurred _

Last 4 digits of account number  **6837**

**As of the petition filing date, the claim is:** Check all that apply.               $200.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.6660 | |

**Nonpriority creditor's name and mailing address**
**MICHAEL A MOCTEZUMA MILO**
**P.O. Box 203**
**Dunedin, FL 34697-0203**

Date(s) debt was incurred _

Last 4 digits of account number  **3033**

**As of the petition filing date, the claim is:** Check all that apply.                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.6661 | |

**Nonpriority creditor's name and mailing address**
**MICHAEL A NUGENT PA**
**631 US Highway One Suite 405**
**North Palm Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number  **8329**

**As of the petition filing date, the claim is:** Check all that apply.                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.6662 | |

**Nonpriority creditor's name and mailing address**
**MICHAEL A O'QUINN**
**28 W Central Boulevard 4th Floor**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number  **2745**

**As of the petition filing date, the claim is:** Check all that apply.                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.6663 | |

**Nonpriority creditor's name and mailing address**
**MICHAEL A RIDER PA**
**13 N. Oak Avenue**
**Lake Placid, FL 33852**

Date(s) debt was incurred _

Last 4 digits of account number  **7145**

**As of the petition filing date, the claim is:** Check all that apply.               $250.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.6664 | |

**Nonpriority creditor's name and mailing address**
**MICHAEL A RUBIN**
**420 S Dixie Highway Suite 4b**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number  **6698**

**As of the petition filing date, the claim is:** Check all that apply.               $200.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.666 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**MICHAEL A SCHROEDER PL**
1031 Royal Palm Boulevard
Suite A
Vero Beach, FL 32960

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8198**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**MICHAEL A SIEFERT**
351 Northeast 8th Avenue
Ocala, FL 34470

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **0458**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**MICHAEL A TONELLI**
P.O. Box 172118
Tampa, FL 33672-0118

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5207**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**MICHAEL A TRINKLER**
5501 University Drive Suite 101
Coral Springs, FL 33067

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2790**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**MICHAEL A. SIEGEL**
6 Faneuil Hall, Suite 311
Market Place
Boston, MA 02109-1632

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8660**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.667 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**MICHAEL ALAN LINSKY**
412 E. Madison Street
Suite 800
Tampa, FL 33602

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4642**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.667**
**1**

Nonpriority creditor's name and mailing address

**MICHAEL B SMALL**
**440 Royal Palm Way Suite 104**
**Palm Beach, FL 33480-4179**

Date(s) debt was incurred  _

Last 4 digits of account number  **4088**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.667**
**2**

Nonpriority creditor's name and mailing address

**MICHAEL B SOLOMON**
**Penthouse**
**11077 Biscayne Boulevard**
**Miami, FL 33161**

Date(s) debt was incurred  _

Last 4 digits of account number  **5540**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.667**
**3**

Nonpriority creditor's name and mailing address

**MICHAEL B UDELL**
**11282 Southwest 9th Court**
**Pembroke Pines, FL 33025**

Date(s) debt was incurred  _

Last 4 digits of account number  **6688**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.667**
**4**

Nonpriority creditor's name and mailing address

**MICHAEL B. SMITH**
**500 S.E. 6th. St.**
**Suite 101**
**Ft. Lauderdale, FL 33301-3421**

Date(s) debt was incurred  _

Last 4 digits of account number  **5174**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$370.19**

---

**3.667**
**5**

Nonpriority creditor's name and mailing address

**MICHAEL BLACKER**
**701 Brickell Avenue Suite 280**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **6309**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.667**
**6**

Nonpriority creditor's name and mailing address

**MICHAEL BORELL**
**2655 S. Le Jeune Road**
**#535**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **4629**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.667**
**7**

Nonpriority creditor's name and mailing address

**MICHAEL C BERRY SR**
**501 S Fort Harrison Avenue Suite 1**
**Clearwater, FL 34616-5348**

Date(s) debt was incurred  _

Last 4 digits of account number  **7340**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

**3.6678**

**Nonpriority creditor's name and mailing address**
**MICHAEL C GONGORA PA**
**767 Arthur Godgrey Road**
**Miami Beach, FL 33140-3413**

Date(s) debt was incurred _

Last 4 digits of account number  **7966**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.6679**

**Nonpriority creditor's name and mailing address**
**MICHAEL C NORVELL**
**Michael C. Norvell P.A.**
**P.O. Box 491615**
**Leesburg, FL 34749-1615**

Date(s) debt was incurred _

Last 4 digits of account number  **5948**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.6680**

**Nonpriority creditor's name and mailing address**
**MICHAEL C SLOTNICK PA**
**10340 SW 96th Terrace**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number  **3797**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$350.00**

---

**3.6681**

**Nonpriority creditor's name and mailing address**
**Michael C. Compo, P.A.**
**175 Southwest 7th Street Suite 1912**
**Miami, FL 33130-2960**

Date(s) debt was incurred _

Last 4 digits of account number  **7049**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.6682**

**Nonpriority creditor's name and mailing address**
**MICHAEL CONNOLLY**
**46 N Washington Boulevard Suite 21**
**Sarasota, FL 34236-5928**

Date(s) debt was incurred _

Last 4 digits of account number  **7923**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.6683**

**Nonpriority creditor's name and mailing address**
**MICHAEL COSCULLUELA**
**Cosculluela & Marzano P.A.**
**14211 Commerce Way Suite 300**
**Miami Lakes, FL 33016-1555**

Date(s) debt was incurred _

Last 4 digits of account number  **5191**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**
_____

| 3.668 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**MICHAEL D BODNE**
**2081 Northeast 205th Street**
**North Miami Beach, FL 33162**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5535**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.83 |
|---|---|---|---|

**MICHAEL D EDENFIELD**
**2617 Knoll Street E**
**Palm Harbor, FL 34684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **706**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MICHAEL D FRIEDMAN**
**6625 Miami Lakes Drive Suite 316**
**Miami Lakes, FL 33014-2705**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5234**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**MICHAEL D LABARBERA**
**13309 Winding Oak Court**
**Suite B**
**Tampa, FL 33612-1530**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6539**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MICHAEL D MCDONOUGH**
**12798 Forest Hill Boulevard Suite 201a**
**Wellington, FL 33414-4704**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7256**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**MICHAEL D MORELLY**
**1046 Overseas Highway**
**Key Largo, FL 33037**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7182**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MICHAEL D TANNENBAUM**
**2161 Palm Beach Lakes Boulevard**
**Suite 304**
**West Palm Beach, FL 33409-6612**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8655**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.669
1**

**Nonpriority creditor's name and mailing address**

**MICHAEL D TIDWELL**
**811 N Spring Street**
**Pensacola, FL 32501-3119**

Date(s) debt was incurred _

Last 4 digits of account number **2586**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.669
2**

**Nonpriority creditor's name and mailing address**

**MICHAEL D. ORENSTEIN**
**4601 Sheridan Street, 5th Fl.**
**Hollywood, FL 33021-3412**

Date(s) debt was incurred _

Last 4 digits of account number **8361**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.669
3**

**Nonpriority creditor's name and mailing address**

**MICHAEL DUBINER**
**1101 North Congress Avenue**
**Suite 200,Promenade**
**Boynton Beach, FL 33426-3319**

Date(s) debt was incurred _

Last 4 digits of account number **8049**

**As of the petition filing date, the claim is:** Check all that apply.

$1.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.669
4**

**Nonpriority creditor's name and mailing address**

**MICHAEL E BOTOS**
**29 Country Road**
**Village Of Golf, FL 33436**

Date(s) debt was incurred _

Last 4 digits of account number **2609**

**As of the petition filing date, the claim is:** Check all that apply.

$105.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.669
5**

**Nonpriority creditor's name and mailing address**

**MICHAEL E BOUTZOUKAS**
**704 W Bay Street**
**Tampa, FL 33636**

Date(s) debt was incurred _

Last 4 digits of account number **7052**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.669
6**

**Nonpriority creditor's name and mailing address**

**MICHAEL E COX**
**P.O. Box 506**
**Key Largo, FL 33037**

Date(s) debt was incurred _

Last 4 digits of account number **4494**

**As of the petition filing date, the claim is:** Check all that apply.

$3,428.33

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.669
7**

**Nonpriority creditor's name and mailing address**

**MICHAEL E DRIS PA**
**29 N Pinellas Avenue**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred _

Last 4 digits of account number **8007**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|-------------------------|------------------------|-------------------|
| | Name | | |

---

**3.6698**

Nonpriority creditor's name and mailing address
**MICHAEL E HILL**
**801 Brickell Avenue Suite 1401**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **8139**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.6699**

Nonpriority creditor's name and mailing address
**MICHAEL E LEACH**
**2400 E. Commercial Boulevard**
**Suite 706**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number **8448**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.6700**

Nonpriority creditor's name and mailing address
**MICHAEL E NEBEL**
**P.O. Box 533638**
**Orlando, FL 32853**

Date(s) debt was incurred _

Last 4 digits of account number **7218**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.6701**

Nonpriority creditor's name and mailing address
**MICHAEL E REHR**
**9500 S Dadeland Boulevard Suite 550**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **4101**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.6702**

Nonpriority creditor's name and mailing address
**MICHAEL E SAMUEL**
**P.O. Box 220044**
**Hollywood, FL 33022**

Date(s) debt was incurred _

Last 4 digits of account number **4269**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$100.00

---

**3.6703**

Nonpriority creditor's name and mailing address
**MICHAEL E WATKINS**
**P.O. Box 901729**
**Homestead, FL 33090-1659**

Date(s) debt was incurred _

Last 4 digits of account number **583**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$13,260.80

---

**3.6704**

Nonpriority creditor's name and mailing address
**MICHAEL E. JACKSON**
**1047 Raintree Drive**
**Palm Beach Gardens, FL 33410-5247**

Date(s) debt was incurred _

Last 4 digits of account number **5981**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$100.00

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.670
5**

**Nonpriority creditor's name and mailing address**

**MICHAEL EDWARDS**
**P.O. Box 7399**
**Port St Lucie, FL 34985**

Date(s) debt was incurred _

Last 4 digits of account number **7357**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.670
6**

**Nonpriority creditor's name and mailing address**

**MICHAEL ELIOT RUBIN**
**2833 Exchange Court Suite Ab**
**West Palm Beach, FL 33409**

Date(s) debt was incurred _

Last 4 digits of account number **9721**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.670
7**

**Nonpriority creditor's name and mailing address**

**MICHAEL F CHENOWETH**
**P.O. Box 236**
**Homestead, FL 33090-0236**

Date(s) debt was incurred _

Last 4 digits of account number **7901**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.670
8**

**Nonpriority creditor's name and mailing address**

**MICHAEL F DUNN**
**2701 Southwest Lejeune Road Suite 301**
**Coral Gables, FL 33134-5821**

Date(s) debt was incurred _

Last 4 digits of account number **4131**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.670
9**

**Nonpriority creditor's name and mailing address**

**MICHAEL F HORNUNG**
**13515 Bell Tower Drive Suite 300**
**Ft Myers, FL 33907**

Date(s) debt was incurred _

Last 4 digits of account number **0615**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.671
0**

**Nonpriority creditor's name and mailing address**

**MICHAEL F KATZIN**
**3449 E Rochelle Avenue**
**Las Vegas, NV 89121-5005**

Date(s) debt was incurred _

Last 4 digits of account number **6209**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.671**
**1**

**Nonpriority creditor's name and mailing address**

**MICHAEL F KAYUSA**
P.O. Box 6096
Ft Myers, FL 33911-6096

Date(s) debt was incurred _

Last 4 digits of account number **5196**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.671**
**2**

**Nonpriority creditor's name and mailing address**

**MICHAEL F KEMPNER PA**
6314 W Larkspur Drive
Glendale, AZ 85304-1613

Date(s) debt was incurred _

Last 4 digits of account number **7514**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.671**
**3**

**Nonpriority creditor's name and mailing address**

**MICHAEL F NOVILLA**
6524 First Avenue N
St Petersburg, FL 33710

Date(s) debt was incurred _

Last 4 digits of account number **6883**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.671**
**4**

**Nonpriority creditor's name and mailing address**

**MICHAEL F SPANO**
2140 S Dixie Highway
Miami, FL 33133

Date(s) debt was incurred _

Last 4 digits of account number **7288**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.671**
**5**

**Nonpriority creditor's name and mailing address**

**MICHAEL F. BEAL**
4532 E Tamiami Trail Suite 400
Naples, FL 33962-6783

Date(s) debt was incurred _

Last 4 digits of account number **7484**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.671**
**6**

**Nonpriority creditor's name and mailing address**

**MICHAEL G BARKET PA**
19 W Flagler Street Suite 406
Miami, FL 33130

Date(s) debt was incurred _

Last 4 digits of account number **7376**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.671**
**7**

**Nonpriority creditor's name and mailing address**

**MICHAEL G BASS**
Michael G. Bass P.A.
8900 SW 107th Avenue, Suite 206
Miami, FL 33176

Date(s) debt was incurred _

Last 4 digits of account number **7220**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.6718**

Nonpriority creditor's name and mailing address

**MICHAEL G HOWELL**
**P.O. Box 2302**
**Tampa, FL 33601**

Date(s) debt was incurred _

Last 4 digits of account number  **2131**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6719**

Nonpriority creditor's name and mailing address

**MICHAEL G JOYCE**
**5940 Granada Boulevard**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number  **4504**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6720**

Nonpriority creditor's name and mailing address

**MICHAEL G PARK**
**750 Park of Commerce Boulevard Suite 310**
**Delray Beach, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number  **7406**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6721**

Nonpriority creditor's name and mailing address

**MICHAEL G SALAZAR PA**
**888 S. Andrews Avenue**
**Suite 203**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **5533**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6722**

Nonpriority creditor's name and mailing address

**MICHAEL G WIDOFF**
**3210 Northeast 57th Court**
**Ft Lauderdale, FL 33308-2818**

Date(s) debt was incurred _

Last 4 digits of account number  **4008**

As of the petition filing date, the claim is: *Check all that apply.*

$125.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6723**

Nonpriority creditor's name and mailing address

**MICHAEL H GORA**
**7777 Glades Road Suite 400**
**Boca Raton, FL 33434**

Date(s) debt was incurred _

Last 4 digits of account number  **0190**

As of the petition filing date, the claim is: *Check all that apply.*

$4,913.02

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6724**

Nonpriority creditor's name and mailing address

**MICHAEL H HATFIELD**
**P.O. Box 1290**
**Umatilla, FL 32784**

Date(s) debt was incurred _

Last 4 digits of account number  **5290**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

**3.672 5**

**Nonpriority creditor's name and mailing address**
**MICHAEL H HIRSCH**
**2809 Florida Boulevard**
**Unit 107**
**Delray Beach, FL 33483**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5723**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

**$75.00**

---

**3.672 6**

**Nonpriority creditor's name and mailing address**
**MICHAEL H LUBIN**
**12865 W Dixie Highway Suite 102**
**North Miami, FL 33161-4800**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7200**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

**$25.00**

---

**3.672 7**

**Nonpriority creditor's name and mailing address**
**MICHAEL H MERINO**
**Michael H. Merino P.A.**
**6741 Orange Drive**
**Davie, FL 33314**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2340**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

**$25.00**

---

**3.672 8**

**Nonpriority creditor's name and mailing address**
**MICHAEL H STAUDER**
**1201 US Highway One Suite 315**
**North Palm Beach, FL 33408-3548**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4362**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

**$100.00**

---

**3.672 9**

**Nonpriority creditor's name and mailing address**
**MICHAEL H WOLF**
**3832 N Umiversity Drive**
**Sunrise, FL 33351-6300**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6836**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

**$200.00**

---

**3.673 0**

**Nonpriority creditor's name and mailing address**
**MICHAEL HRIC, P.A.**
**2801 Fruitville Road Suite 100**
**Sarasota, FL 34237-6823**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8104**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☐ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.673**
**1**

**Nonpriority creditor's name and mailing address**
**MICHAEL I BERNSTEIN PA**
**1688 Meridian Avenue Suite 418**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number  **4083**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.673**
**2**

**Nonpriority creditor's name and mailing address**
**MICHAEL I KOTLER**
**54 Southwest Boca Raton Boulevard**
**Boca Raton, FL 33432-4708**

Date(s) debt was incurred _

Last 4 digits of account number  **4695**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.673**
**3**

**Nonpriority creditor's name and mailing address**
**MICHAEL I ROSE**
**150 W Flagler Street Suite 1525**
**Miami, FL 33130-1555**

Date(s) debt was incurred _

Last 4 digits of account number  **7686**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.673**
**4**

**Nonpriority creditor's name and mailing address**
**MICHAEL J BAZALO**
**838 Anchor Rode Drive**
**Naples, FL 33940**

Date(s) debt was incurred _

Last 4 digits of account number  **8168**

As of the petition filing date, the claim is: *Check all that apply.*

$1.30

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.673**
**5**

**Nonpriority creditor's name and mailing address**
**MICHAEL J BELLE PA**
**2364 Fruitville Road**
**Sarasota, FL 34237**

Date(s) debt was incurred _

Last 4 digits of account number  **8014**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.673**
**6**

**Nonpriority creditor's name and mailing address**
**MICHAEL J BRUDNY**
**One Urban Centre Suite 985**
**4830 W Kennedy Boulevard**
**Tampa, FL 33609**

Date(s) debt was incurred _

Last 4 digits of account number  **1491**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.673**
**7**

**Nonpriority creditor's name and mailing address**
**MICHAEL J BRUTZ**
**2351 W Eau Galle Boulevard Suite 1**
**Melbourne, FL 32935**

Date(s) debt was incurred _

Last 4 digits of account number  **552**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.673 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **MICHAEL J BURLEY PA**<br>**736 Ibis Way**<br>**North Palm Beach, FL 33408** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **3040** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.673 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **MICHAEL J CANAN**<br>**Gray Harris & Robinson**<br>**P.O. Box 3068**<br>**Orlando, FL 32802-3068** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **6043** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.674 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **MICHAEL J CARBO**<br>**9935 Northwest 15th Court**<br>**Coral Springs, FL 33071** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **5940** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.674 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **MICHAEL J COOPER**<br>**1900 N. Atlantic Avenue**<br>**#1203**<br>**Daytona Beach, FL 32118** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **8019** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.674 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **MICHAEL J FREEMAN**<br>**P.O. Box 14-0668**<br>**Coral Gables, FL 33114-0668** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **5629** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.674 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **MICHAEL J GETELMAN**<br>**Michael J. Getelman P.A.**<br>**9040 Southwest 87th Street**<br>**Miami, FL 33173-4584** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **3199** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.674 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **MICHAEL J HANLEY**<br>**P.O. Box 3082**<br>**Vero Beach, FL 32964** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **1509** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.674 5**

**Nonpriority creditor's name and mailing address**

**MICHAEL J HEISE**
**633 S Andrews Avenue 3rd Floor**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred  _

Last 4 digits of account number  **8486**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.674 6**

**Nonpriority creditor's name and mailing address**

**MICHAEL J KNOWLES**
**335 Northwest 54th Street**
**Miami, FL 33127-1919**

Date(s) debt was incurred  _

Last 4 digits of account number  **675**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.674 7**

**Nonpriority creditor's name and mailing address**

**MICHAEL J LAVERY**
**4600 N Ocean Boulevard Suite 201**
**Boynton Beach, FL 33435**

Date(s) debt was incurred  _

Last 4 digits of account number  **0486**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.674 8**

**Nonpriority creditor's name and mailing address**

**MICHAEL J MCDERMOTT**
**McDermott & Thacker P.A.**
**791 W Lumsden Road**
**Brandon, FL 33511**

Date(s) debt was incurred  _

Last 4 digits of account number  **8576**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.674 9**

**Nonpriority creditor's name and mailing address**

**MICHAEL J MCGARRY**
**18226 Petoskey Circle**
**Port Charlotte, FL 33948**

Date(s) debt was incurred  _

Last 4 digits of account number  **7742**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.675 0**

**Nonpriority creditor's name and mailing address**

**MICHAEL J MCMANUS PA**
**P.O. Box 33022**
**Palm Beach Gardens, FL 33420**

Date(s) debt was incurred  _

Last 4 digits of account number  **2593**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.675 1**

**Nonpriority creditor's name and mailing address**
**MICHAEL J MCNICHOLAS**
**P.O. Box 2394**
**Stuart, FL 34995-2394**

Date(s) debt was incurred _

Last 4 digits of account number  **0697**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.675 2**

**Nonpriority creditor's name and mailing address**
**MICHAEL J MORA**
**407 Lincoln Road Suite 503**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number  **7643**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$82.28**

---

**3.675 3**

**Nonpriority creditor's name and mailing address**
**MICHAEL J MOSKOWITZ**
**2525 N State Road 7 Suite 205**
**Hollywood, FL 33020-6613**

Date(s) debt was incurred _

Last 4 digits of account number  **6857**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.675 4**

**Nonpriority creditor's name and mailing address**
**MICHAEL J QUAREQUIO**
**320 SE 11th Street**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **8024**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.675 5**

**Nonpriority creditor's name and mailing address**
**MICHAEL J QUICKER**
**P.O. Box 19797**
**Sarasota, FL 34276-2797**

Date(s) debt was incurred _

Last 4 digits of account number  **9147**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.675 6**

**Nonpriority creditor's name and mailing address**
**MICHAEL J SABATELLO PL**
**6706 143rd Street N.**
**Palm Beach Gardens, FL 33418**

Date(s) debt was incurred _

Last 4 digits of account number  **5713**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.675 7**

**Nonpriority creditor's name and mailing address**
**MICHAEL J SALOMONE**
**P.O. Box 970500**
**Coconut Creek, FL 33097**

Date(s) debt was incurred _

Last 4 digits of account number  **5449**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$5,195.31**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.675 8**

**Nonpriority creditor's name and mailing address**
**MICHAEL J SAMUELS**
**P.O. Box 33022**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **4664**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.675 9**

**Nonpriority creditor's name and mailing address**
**MICHAEL J SCHAAF**
**P.O. Box 9151**
**Naples, FL 33941**

Date(s) debt was incurred _

Last 4 digits of account number **8699**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.676 0**

**Nonpriority creditor's name and mailing address**
**MICHAEL J SMITH JR**
**241 W Lake Sue Avenue**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number **6339**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.676 1**

**Nonpriority creditor's name and mailing address**
**MICHAEL J SNYDER**
**20803 Biscayne Boulevard Suite 200**
**Aventura, FL 33180-1429**

Date(s) debt was incurred _

Last 4 digits of account number **6291**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.676 2**

**Nonpriority creditor's name and mailing address**
**MICHAEL J STYLES**
**300 SE 2nd Street**
**Suite 600**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **5053**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.676 3**

**Nonpriority creditor's name and mailing address**
**MICHAEL J TROMBLEY**
**329 S Commerce Avenue**
**Sebring, FL 33870-3607**

Date(s) debt was incurred _

Last 4 digits of account number **5819**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.676 4**

**Nonpriority creditor's name and mailing address**
**MICHAEL J VOLPE**
**711 5th Avenue S Suite 201**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number **2266**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.676 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**MICHAEL J YATES**
**Law Offices of Michael J Yates PL**
**5975 Sunset Drive Suite 602**
**Miami, FL 33143-5174**

Date(s) debt was incurred _
Last 4 digits of account number **5520**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Michael J. Alonso, Esquire**
**2127 W Dr. Mlk Jr. Boulevard**
**Tampa, FL 33607**

Date(s) debt was incurred _
Last 4 digits of account number **8583**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Michael J. Ferrin**
**910 South 8th Street**
**Suite 303**
**Fernandina Beach, FL 32034**

Date(s) debt was incurred _
Last 4 digits of account number **9750**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**MICHAEL JAMES PALERMO**
**1501 S Dale Mabry Highway Suite A-5**
**Tampa, FL 33629**

Date(s) debt was incurred _
Last 4 digits of account number **6377**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**MICHAEL K FELDMAN PA**
**1111 Kane Concourse Suite 209**
**Bay Harbor Islands, FL 33154**

Date(s) debt was incurred _
Last 4 digits of account number **7084**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**MICHAEL K MCFADDEN**
**261 Indian Rocks Rd N.**
**Belleair Bluffs, FL 33770**

Date(s) debt was incurred _
Last 4 digits of account number **5855**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.677**
**1**

Nonpriority creditor's name and mailing address

**MICHAEL K. LUKER**
**3971 Amron Court**
**Orlando, FL 32822-7738**

Date(s) debt was incurred _

Last 4 digits of account number  **6608**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.677**
**2**

Nonpriority creditor's name and mailing address

**MICHAEL KLASFELD**
**2424 NE 22nd Street**
**Pompano Beach, FL 33062**

Date(s) debt was incurred _

Last 4 digits of account number  **3730**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.677**
**3**

Nonpriority creditor's name and mailing address

**MICHAEL L ABRAMS**
**121 S 61st Terrace**
**Hollywood, FL 33023-1376**

Date(s) debt was incurred _

Last 4 digits of account number  **5766**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.677**
**4**

Nonpriority creditor's name and mailing address

**MICHAEL L BERGER**
**2500 W Broad Street Suite 413**
**Athens, GA 30606**

Date(s) debt was incurred _

Last 4 digits of account number  **6126**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.677**
**5**

Nonpriority creditor's name and mailing address

**MICHAEL L BREWER**
**500 Canal Street**
**New Smyrna Beach, FL 32168-7012**

Date(s) debt was incurred _

Last 4 digits of account number  **7205**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.677**
**6**

Nonpriority creditor's name and mailing address

**MICHAEL L COHEN**
**2328 10th Avenue N Suite 403**
**Lake Worth, FL 33461**

Date(s) debt was incurred _

Last 4 digits of account number  **8178**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.677**
**7**

Nonpriority creditor's name and mailing address

**MICHAEL L DALE**
**2616 SE Willoughby Boulevard**
**Stuart, FL 34994-1577**

Date(s) debt was incurred _

Last 4 digits of account number  **8022**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

Debtor    **LTGF Business Trust**                                    Case number (*if known*)    **2:23-bk-01538**
_____
Name

| 3.677 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**MICHAEL L FEINSTEIN**
**888 E Las Olas Boulevard Suite 700**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **0545**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.677 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**MICHAEL L GUTTMANN**
**314 S Baylen Street Suite 201**
**Pensacola, FL 32501-5949**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **4032**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.678 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**MICHAEL L MICHETTI PL**
**Vanderbilt Galleria**
**9045 Strada Stell Court, Suite 400**
**Naples, FL 34109**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **6426**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.678 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**MICHAEL L NIKOLAS**
**1300 N Federal Highway Suite 110**
**Boca Raton, FL 33432**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **4019**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.678 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**MICHAEL LECHTMAN**
**17001 Northeast 6th Avenue**
**Miami Beach, FL 33162-2408**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **4719**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.678 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**MICHAEL M DISLER**
**143 E. Center Avenue**
**Sebring, FL 33870**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Member**

Last 4 digits of account number  **8656**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **LTGF Business Trust**                                   Case number (if known)   **2:23-bk-01538**
_____
Name

---

| 3.678 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MICHAEL M GFESSER**
Michael M. Gfesser, P.A.
65 Princewood Lane
Palm Beach Gardens, FL 33410

Date(s) debt was incurred  _

Last 4 digits of account number  **2030**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.678 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MICHAEL M INGRAM PA**
P.O. Box 31
Boca Grande, FL 33921

Date(s) debt was incurred  _

Last 4 digits of account number  **5560**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.678 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MICHAEL M STOREY**
P.O. Box 541709
Merritt Island, FL 32954-1709

Date(s) debt was incurred  _

Last 4 digits of account number  **7679**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.678 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MICHAEL M WALLACK**
Wallack Law Firm
3260 Fruitville Road Suite A
Sarasota, FL 34237

Date(s) debt was incurred  _

Last 4 digits of account number  **5187**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.678 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MICHAEL MALISZEWSKI**
532 Colorado Avenue
Stuart, FL 34994

Date(s) debt was incurred  _

Last 4 digits of account number  **2439**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.678 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MICHAEL N GOMES**
303 E. Woolbright Road
Suite 269
Boynton Beach, FL 33435

Date(s) debt was incurred  _

Last 4 digits of account number  **6077**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.679 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MICHAEL ORTIZ PA**
**1430 S Dixie Highway**
**Suite 321**
**Coral Gables, FL 33146**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6382**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.679 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MICHAEL P CUDLIPP PA**
**12555 Biscayne Boulevard Suite 785**
**Miami, FL 33181**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6588**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.679 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MICHAEL P DULIN**
**2700 S Commerce Parkway Suite 101**
**Weston, FL 33331-3629**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6148**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.679 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**MICHAEL P FINNEY**
**3550 Cortez Drive**
**Pensacola, FL 32503-3116**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5091**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.679 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**MICHAEL P GABLE**
**Presidential Circle**
**4000 Hollywood Boulevard, Suite 735 S**
**Hollywood, FL 33021-6755**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7058**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.679 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**MICHAEL P HAYMANS PA**
**215 W. Olympia Avenue**
**Punta Gorda, FL 33950**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6564**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.679 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MICHAEL P NORDMAN**
**112 N Florida Avenue**
**Deland, FL 32720**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2314**

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**
_____

---

| 3.6797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**MICHAEL P SCIAN**
**777 Brickell Avenue Suite 900**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **8490**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6798 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**MICHAEL P SIM**
**Hillier & Wanless P.A.**
**4800 N Federal Highway Suite 300b**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **4803**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6799 | Nonpriority creditor's name and mailing address | | $200.00 |
|---|---|---|---|

**MICHAEL P SMODISH**
**3959 Island Club Circle**
**Lake Worth, FL 33462-2183**

Date(s) debt was incurred _

Last 4 digits of account number **6022**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6800 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**Michael P. McSoley, P.A.**
**4190 Belfort Road**
**Suite 300**
**Jacksonville, FL 32216**

Date(s) debt was incurred _

Last 4 digits of account number **0961**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6801 | Nonpriority creditor's name and mailing address | | $200.00 |
|---|---|---|---|

**MICHAEL R BLYNN**
**11900 Biscayne Boulevard**
**Suite 269**
**North Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number **7905**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6802 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**MICHAEL R FLAM PA**
**1144 E Newport Center Drive**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number **2336**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.680 3**

**Nonpriority creditor's name and mailing address**
**MICHAEL R MENG**
**907 Belmont Pl**
**Uniondale, NY 11553-1125**

Date(s) debt was incurred _

Last 4 digits of account number **123**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.680 4**

**Nonpriority creditor's name and mailing address**
**MICHAEL R N MCDONNELL PA**
**5150 Tamiami Trail N Suite 501**
**Naples, FL 34103-2822**

Date(s) debt was incurred _

Last 4 digits of account number **7576**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.680 5**

**Nonpriority creditor's name and mailing address**
**MICHAEL R PINTER**
**640 13th Street Northwest**
**Naples, FL 34120-5028**

Date(s) debt was incurred _

Last 4 digits of account number **8030**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.680 6**

**Nonpriority creditor's name and mailing address**
**MICHAEL R PRESLEY**
**Pmb 521**
**10006 Cross Creek Boulevard**
**Tampa, FL 33647-2595**

Date(s) debt was incurred _

Last 4 digits of account number **6593**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.680 7**

**Nonpriority creditor's name and mailing address**
**MICHAEL R STORACE**
**9100 S Dadeland Boulevard Suite 1607**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **5011**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.680 8**

**Nonpriority creditor's name and mailing address**
**MICHAEL R TILLEY**
**128 Wilderness Cay**
**Naples, FL 34114-1673**

Date(s) debt was incurred _

Last 4 digits of account number **8643**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.680 9**

**Nonpriority creditor's name and mailing address**
**MICHAEL R VINES PA**
**950 S Pine Island Road Suite A-150**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **0080**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.681 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MICHAEL R WALLACE**
**Wallace Law Firm P.A.**
**3225 S Macdill Avenue Suite 129**
**Tampa, FL 33629-8171**

Date(s) debt was incurred _

Last 4 digits of account number **4971**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.681 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,960.42 |
|---|---|---|---|

**MICHAEL R. FISHMAN**
**7959 S.W. 104th Street Suite B205**
**Miami, FL 33156-3663**

Date(s) debt was incurred _

Last 4 digits of account number **4071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.681 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Michael R. Kadoch, P.A.**
**7501 NW 4th Street**
**Suite 204**
**Plantation, FL 33317**

Date(s) debt was incurred _

Last 4 digits of account number **6573**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.681 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MICHAEL R. SMITH**
**701 Southwest 62 Boulevard Ff 232**
**Gainesville, FL 32607**

Date(s) debt was incurred _

Last 4 digits of account number **3701**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.681 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MICHAEL S ACKERMAN**
**Guiollettstr. 25**
**60325 Frankfurt**
**Germany, XX 11111**

Date(s) debt was incurred _

Last 4 digits of account number **8066**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.681 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MICHAEL S CEASE**
**225 Alcazar Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **5214**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.681 6**

**Nonpriority creditor's name and mailing address**
**MICHAEL S EDENFIELD**
**206 Mason Street**
**Brandon, FL 33511-5212**

Date(s) debt was incurred _

Last 4 digits of account number  **7230**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.681 7**

**Nonpriority creditor's name and mailing address**
**MICHAEL S GOLDBERG**
**2455 Hollywood Boulevard Suite 308**
**Hollywood, FL 33020-6605**

Date(s) debt was incurred _

Last 4 digits of account number  **7382**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.681 8**

**Nonpriority creditor's name and mailing address**
**MICHAEL S HAGEN**
**6249 Presidential Court Suite F**
**Ft Myers, FL 33919-3525**

Date(s) debt was incurred _

Last 4 digits of account number  **8465**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.681 9**

**Nonpriority creditor's name and mailing address**
**MICHAEL S KAUFMAN**
**11900 Biscayne Boulevard**
**Suite 511**
**Miami, FL 33181-2726**

Date(s) debt was incurred _

Last 4 digits of account number  **4809**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.682 0**

**Nonpriority creditor's name and mailing address**
**MICHAEL S MINOT**
**319 Riveredge Boulevard Suite 218**
**Cocoa, FL 32922**

Date(s) debt was incurred _

Last 4 digits of account number  **7668**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.682 1**

**Nonpriority creditor's name and mailing address**
**MICHAEL S PRICE**
**1616 Jork Road Suite 302**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number  **2415**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.682 2**

**Nonpriority creditor's name and mailing address**
**MICHAEL S. DAVIS**
**C/O Boone & Davis**
**2311 N Andrews Avenue**
**Ft Laduderdale, FL 33311-3993**

Date(s) debt was incurred _

Last 4 digits of account number  **7124**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

Debtor **LTGF Business Trust**

Name

Case number (if known) **2:23-bk-01538**

---

**3.682
3**

**Nonpriority creditor's name and mailing address**

**Michael S. Drews
Drews Law Firm
4455 Baymeadows Road Suite 102
Jacksonville, FL 32217**

**Date(s) debt was incurred** _

**Last 4 digits of account number  9442**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.682
4**

**Nonpriority creditor's name and mailing address**

**MICHAEL S. GELLERT
5950 Washington St., Suite 400
Hollywood, FL 33023**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2460**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.682
5**

**Nonpriority creditor's name and mailing address**

**MICHAEL SCOTT BLOOM
2200 NW Corporate Boulevard
Suite 406
Boca Raton, FL 33431**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0661**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.682
6**

**Nonpriority creditor's name and mailing address**

**MICHAEL SIERRA
703 W Swann Avenue
Tampa, FL 33606-2729**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3819**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.682
7**

**Nonpriority creditor's name and mailing address**

**MICHAEL SILVERSTEIN
20801 Biscayne Boulevard Suite 504
Aventura, FL 33180-1400**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1392**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.682
8**

**Nonpriority creditor's name and mailing address**

**MICHAEL STERLACE
2850 66th Street Southwest
Naples, FL 34105-7314**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6048**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

**3.6829**

Nonpriority creditor's name and mailing address
**MICHAEL STEVEN GREENE**
**10950 Snapper Creek Road**
**Coral Gables, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **641**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$125.00

---

**3.6830**

Nonpriority creditor's name and mailing address
**MICHAEL STRATTON PA**
**P.O. Box 196577**
**Winter Springs, FL 32719-6577**

Date(s) debt was incurred _

Last 4 digits of account number **2244**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.6831**

Nonpriority creditor's name and mailing address
**MICHAEL T CALLAHAN**
**475 Central Avenue Suite 300**
**St Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number **6143**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.6832**

Nonpriority creditor's name and mailing address
**MICHAEL T CALVIT**
**650 Azalea Lane Suite B**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number **0339**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.6833**

Nonpriority creditor's name and mailing address
**MICHAEL T HEIDER PA**
**P.O. Box 1713**
**Auburndale, FL 33823**

Date(s) debt was incurred _

Last 4 digits of account number **6526**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.6834**

Nonpriority creditor's name and mailing address
**MICHAEL T MONTERO PA**
**7270 NW 12th Street**
**Suite 380**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number **8095**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.6835**

Nonpriority creditor's name and mailing address
**MICHAEL T. HARRIS**
**6060 Kimberly Blvd., Suite 104a**
**North Ft. Lauderdale, FL 33068-2825**

Date(s) debt was incurred _

Last 4 digits of account number **2578**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.683 6**

**Nonpriority creditor's name and mailing address**

**MICHAEL T. WEBSTER**
**P.O. Box 873**
**Shalimar, FL 32579-0873**

Date(s) debt was incurred _

Last 4 digits of account number **8223**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.683 7**

**Nonpriority creditor's name and mailing address**

**MICHAEL TILLMAN PA**
**5346 Southwest 91st Terrace**
**Gainesville, FL 32608-7124**

Date(s) debt was incurred _

Last 4 digits of account number **8329**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.683 8**

**Nonpriority creditor's name and mailing address**

**MICHAEL W HILL**
**1117 Russell Drive**
**Highland Beach, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number **3644**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.683 9**

**Nonpriority creditor's name and mailing address**

**MICHAEL W LEONARD**
**1614 Colonial Boulevard**
**Ft Myers, FL 33907**

Date(s) debt was incurred _

Last 4 digits of account number **9794**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.684 0**

**Nonpriority creditor's name and mailing address**

**MICHAEL W SIMON**
**Simon & Sigalos L.L.P.**
**3839 Northwest Boca Raton Boulevard Suit**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **9781**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.684 1**

**Nonpriority creditor's name and mailing address**

**MICHAEL W. ROSS, P.A.**
**5607 26th Street West**
**Bradenton, FL 34207-3516**

Date(s) debt was incurred _

Last 4 digits of account number **6906**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.684
2**

**Nonpriority creditor's name and mailing address**

**MICHAEL WM LEBRON**
**400 E Buffalo Avenue Suite 104**
**Tampa, FL 33603-3866**

Date(s) debt was incurred _

Last 4 digits of account number **8620**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.684
3**

**Nonpriority creditor's name and mailing address**

**MICHAEL WM MEAD**
**P.O. Drawer 1329**
**Ft Walton Beach, FL 32549-1329**

Date(s) debt was incurred _

Last 4 digits of account number **6995**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$12,526.99**

---

**3.684
4**

**Nonpriority creditor's name and mailing address**

**MICHEL HUYSMAN**
**2000 S Dixie Highway Suite 100**
**Miami, FL 33133-2441**

Date(s) debt was incurred _

Last 4 digits of account number **7913**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.684
5**

**Nonpriority creditor's name and mailing address**

**MICHELE J HODKIN**
**2131 Century Park Lane Apt 206**
**Los Angeles, CA 90067-3315**

Date(s) debt was incurred _

Last 4 digits of account number **0571**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.684
6**

**Nonpriority creditor's name and mailing address**

**MICHELE M BERNARD PA**
**100 S Kentucky Avenue Suite 295**
**Lakeland, FL 33801**

Date(s) debt was incurred _

Last 4 digits of account number **5060**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.684
7**

**Nonpriority creditor's name and mailing address**

**Michele M. Lewis, P.A.**
**250 S. Central Boulevard**
**Suite 101**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number **8035**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.684
8**

**Nonpriority creditor's name and mailing address**

**MICHELLE A PIVAR**
**6401 Southwest 87th Avenue Suite 101**
**Miami, FL 33173-2520**

Date(s) debt was incurred _

Last 4 digits of account number **5150**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| | |
|---|---|
| Debtor | **LTGF Business Trust** |
| | Name |

Case number (if known)  **2:23-bk-01538**

---

**3.684 9**

**Nonpriority creditor's name and mailing address**

**MICHELLE B ALVAREZ PA**
**Suite 170 Building B**
**800 Douglas Road**
**Coral Gables, FL 33134-3119**

Date(s) debt was incurred _

Last 4 digits of account number **8725**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.685 0**

**Nonpriority creditor's name and mailing address**

**MICHELLE C FRIGOLA**
**P.O. Box 5925**
**Lighthouse Point, FL 33064**

Date(s) debt was incurred _

Last 4 digits of account number **1407**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.685 1**

**Nonpriority creditor's name and mailing address**

**MICHELLE C SKINNER PA**
**P.O. Box 720206**
**Orlando, FL 32872-0206**

Date(s) debt was incurred _

Last 4 digits of account number **2076**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.685 2**

**Nonpriority creditor's name and mailing address**

**MICHELLE C WILKINSON**
**Northbridge Center 300 Pavilion**
**515 N Flagler Drive**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **3988**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.685 3**

**Nonpriority creditor's name and mailing address**

**MICHELLE FAVA CAPITANO**
**P.O. Box 5238**
**Tampa, FL 33675**

Date(s) debt was incurred _

Last 4 digits of account number **0610**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.685 4**

**Nonpriority creditor's name and mailing address**

**MICHELLE G HASBUN**
**13701 N Kendall Drive Suite 200**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number **6496**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.685 5**

**Nonpriority creditor's name and mailing address**

**MICHELLE G TRCA**
**1133 Southeast 4th Avenue**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number **4607**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Official Form 206 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 1036 of 1581

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**
_____

| 3.685 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MICHELLE I CATES PA**
**507 Whitehead Street Suite 1**
**Key West, FL 33040**

Date(s) debt was incurred  _

Last 4 digits of account number  **7700**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.685 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MICHELLE L PERDOMO PA**
**3675 Southwest 24th Street Stop 1**
**Miami, FL 33145-3007**

Date(s) debt was incurred  _

Last 4 digits of account number  **1810**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.685 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MICHELLE N SHUPE-ABBAS ESQ**
**907 Southwest 123rd Terrace**
**Pembroke Pines, FL 33025-5786**

Date(s) debt was incurred  _

Last 4 digits of account number  **9479**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.685 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MICHELLE R BERG ESQUIRE PA**
**198 Via Condado Way**
**Palm Beach Gardens, FL 33418**

Date(s) debt was incurred  _

Last 4 digits of account number  **4338**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.686 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MICHELLE R DONAHUE PA**
**545 Avenue K Southeast**
**Winter Haven, FL 33880**

Date(s) debt was incurred  _

Last 4 digits of account number  **8327**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.686 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**MICHELLE S GARCIA-RIVERA**
**2950 Southwest 27 Avenue Suite 100**
**Miami, FL 33133**

Date(s) debt was incurred  _

Last 4 digits of account number  **8863**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.686 2**

**Nonpriority creditor's name and mailing address**

**MICHELLE SMITH**
**P.O. Box 970150**
**Coconut Creek, FL 33097-0150**

Date(s) debt was incurred _

Last 4 digits of account number  **0068**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.686 3**

**Nonpriority creditor's name and mailing address**

**MICHELLE T VISIEDO-HIDALGO**
**1431 Certoso Avenue**
**Miami, FL 33146-1919**

Date(s) debt was incurred _

Last 4 digits of account number  **7877**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.686 4**

**Nonpriority creditor's name and mailing address**

**MIGUEL DIAZ DE LA PORTILLA**
**100 Southeast 2nd Street Suite 3700**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **0412**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.686 5**

**Nonpriority creditor's name and mailing address**

**MIGUEL F MIRABAL**
**441 Sansovino Avenue**
**Coral Gables, FL 33146-2219**

Date(s) debt was incurred _

Last 4 digits of account number  **1787**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.686 6**

**Nonpriority creditor's name and mailing address**

**MIGUEL M GONZALEZ**
**605 Ocean Drive Apt 3m**
**Key Biscayne, FL 33149-2305**

Date(s) debt was incurred _

Last 4 digits of account number  **6449**

**As of the petition filing date, the claim is:** *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.686 7**

**Nonpriority creditor's name and mailing address**

**Miguelez Lorenzo, L.L.P.**
**220 Miracle Mile Suite 235**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **9282**

**As of the petition filing date, the claim is:** *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.686 8**

**Nonpriority creditor's name and mailing address**

**Mika & Nikolich, P.A.**
**1330 Main Street**
**2nd Floor, Office 1**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number  **9191**

**As of the petition filing date, the claim is:** *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.6869**

**Nonpriority creditor's name and mailing address**

Mila Lopata, P.A.
15807 Biscayne Blvd.
Suite 213
North Miami Beach, FL 33160

Date(s) debt was incurred _

Last 4 digits of account number **9408**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.6870**

**Nonpriority creditor's name and mailing address**

MILAGROS R VAZQUEZ
Milagros R. Vazquez P.A.
3663 Southwest 8th Street Suite 200
Miami, FL 33135

Date(s) debt was incurred _

Last 4 digits of account number **7550**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.6871**

**Nonpriority creditor's name and mailing address**

MILAM HOWARD NICANDRI DEES &
50 N Laura Street Suite 2900
Jacksonville, FL 32202-3619

Date(s) debt was incurred _

Last 4 digits of account number **7694**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.6872**

**Nonpriority creditor's name and mailing address**

MILAN SAMARGYA
529 N Magnolia Avenue
Orlando, FL 32801-1338

Date(s) debt was incurred _

Last 4 digits of account number **4962**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.6873**

**Nonpriority creditor's name and mailing address**

Milberg Klein P.L.
5550 Glades Road
Suite 500
Boca Raton, FL 33431

Date(s) debt was incurred _

Last 4 digits of account number **0605**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.6874**

**Nonpriority creditor's name and mailing address**

MILDRED C MARINER
Mildred C. Mariner P.A.
236 E 47th Street Apt 37f
New York, NY 10017

Date(s) debt was incurred _

Last 4 digits of account number **4464**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.687 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**MILENA ABREU PA**
**608 Lavilla Drive**
**Miami Springs, FL 33166**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **2197**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**MILENA CHRISTOPHER**
**500 Southeast 6th Street Suite 100**
**Ft Lauderdale, FL 33301-3421**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8261**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**MILES E FERRIS**
**3329 Mineola Drive**
**Sarasota, FL 34239**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**MILES J. GOPMAN**
**6916 S.W. 37th Street**
**Miramar, FL 33023-6624**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8417**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**MILITANA MILITANA & MILITANA**
**8801 Biscayne Boulevard**
**Suite 101**
**Miami, FL 33138**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **9717**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Mill Stone Legal Group, L.L.C.**
**200 S. Andrews Avenue**
**Suite 700**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **9609**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**MILLER & O'NEILL PL**
**2300 Glades Road Suite 400 E**
**Boca Raton, FL 33431**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7471**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.688 2**

Nonpriority creditor's name and mailing address
**MILLER & WEBNER PA**
P.O. Box 266947
Weston, FL 33326-6947

Date(s) debt was incurred _

Last 4 digits of account number **3857**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.688 3**

Nonpriority creditor's name and mailing address
**MILLER & ZACHMAN**
P.O. Box 9
Ft Lauderdale, FL 33302-0009

Date(s) debt was incurred _

Last 4 digits of account number **3749**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$12,289.02**

---

**3.688 4**

Nonpriority creditor's name and mailing address
**MILLER CANFIELD PADDOCK &**
Attn: William Parsons
150 W Jefferson Suite 2500
Detroit, MI 48226-4415

Date(s) debt was incurred _

Last 4 digits of account number **520**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.688 5**

Nonpriority creditor's name and mailing address
**MILLER CROSBY & MILLER PA**
P.O. Box 8169
Lakeland, FL 33802-8169

Date(s) debt was incurred _

Last 4 digits of account number **3267**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.688 6**

Nonpriority creditor's name and mailing address
**MILLER HAMILTON SNIDER**
1200 Brickell Avenue 10th Floor
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number **2148**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.688 7**

Nonpriority creditor's name and mailing address
**MILLER HESTER & EISELE PL**
429 S Keller Road Suite 310
Orlando, FL 32810

Date(s) debt was incurred _

Last 4 digits of account number **6477**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.688 8**

Nonpriority creditor's name and mailing address
**MILTON A FRIED**
P.O. Box 927
Miami, FL 33137

Date(s) debt was incurred _

Last 4 digits of account number **2907**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.688 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**MILTON A GALBRAITH JR**
P.O. Box 2842
St Petersburg, FL 33731-2842

Date(s) debt was incurred _

Last 4 digits of account number  **7993**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.689 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**MILTON E MCKAY**
7074 Southeast Bunker Hill Drive
Hobe Sound, FL 33607-5922

Date(s) debt was incurred _

Last 4 digits of account number  **3752**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.689 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |

**MILTON E. GOLDFINE**
725 Fifth Avenue
The Trump Organization
New York, NY 10022-2520

Date(s) debt was incurred _

Last 4 digits of account number  **7417**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.689 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |

**MILTON H BEVIS**
648 Forest Lair
Tallahassee, FL 32312-1736

Date(s) debt was incurred _

Last 4 digits of account number  **3763**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.689 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,512.32** |

**MILTON J WALLACE**
1111 Brickell Avenue Suite 2150
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number  **4973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.689 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Milton J. Figueroa, P.A.**
12701 S John Young Parkway
Suite 212
Orlando, FL 32837

Date(s) debt was incurred _

Last 4 digits of account number  **7391**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

| 3.689 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**MILTON MILLER**
**4275 University Drive**
**Coral Gables, FL 33146**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  1029**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**MIMI S WOLOK**
**1248 Frank Whiteman Boulevard**
**Naples, FL 34103-3845**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7474**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**MINDY KING OGDEN**
**P.O. Box 3127**
**Tampa, FL 33601-3127**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  8521**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**MINDY KRAUT ESQ**
**6635 W Commercial Boulevard Suite 119**
**Tamarac, FL 33319**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  8508**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**MINERLEY FEIN PA**
**1200 N. Federal Highway**
**Suite 420**
**Boca Raton, FL 33432**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  2139**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**MINIX & NORMAN**
**215 S Federal Highway Suite 303**
**Stuart, FL 34994**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7896**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**MINOTT GORE PA**
**201 S Biscayne Boulevard Suite 2800**
**Miami, FL 33131**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  4885**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.690 2**

**Nonpriority creditor's name and mailing address**
**MIRIAM BECKERMAN**
**1024 Long Branch Lane**
**Oviedo, FL 32765-6018**

Date(s) debt was incurred  _

Last 4 digits of account number  **7186**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.690 3**

**Nonpriority creditor's name and mailing address**
**MIRIAM BENSINGER**
**420 Lincoln Road, Suite 285**
**Miami Beach, FL 33139-3009**

Date(s) debt was incurred  _

Last 4 digits of account number  **5256**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.690 4**

**Nonpriority creditor's name and mailing address**
**MIRZA BASULTO & ROBBINS LLP**
**14160 Northwest 77th Court Ste#22**
**Miami Lakes, FL 33016**

Date(s) debt was incurred  _

Last 4 digits of account number  **2509**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.690 5**

**Nonpriority creditor's name and mailing address**
**MISHAN SLOTO GREENBERG**
**First Union Financ'L Center Suite 3000**
**200 S Biscayne Boulevard**
**Miami, FL 33131-2328**

Date(s) debt was incurred  _

Last 4 digits of account number  **109**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.690 6**

**Nonpriority creditor's name and mailing address**
**MITCHEL W ROTH**
**608 Bostwick Avenue**
**Daytona Beach, FL 32118**

Date(s) debt was incurred  _

Last 4 digits of account number  **4989**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.690 7**

**Nonpriority creditor's name and mailing address**
**MITCHELL & MITCHELL**
**1105 Browning Drive**
**Tallahassee, FL 32308**

Date(s) debt was incurred  _

Last 4 digits of account number  **1307**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.690 8**

**Nonpriority creditor's name and mailing address**
**Mitchell & West, L.L.C.**
**3191 Coral Way Suite 504**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number  **8590**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.690 9**

**Nonpriority creditor's name and mailing address**
**MITCHELL A FELDMAN**
**10065 Bay Harbor Terrace**
**Bay Harbor Islands, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number  **6126**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.691 0**

**Nonpriority creditor's name and mailing address**
**MITCHELL A HIPSMAN**
**1111 Kane Concourse Suite 401**
**Bay Harbor Islands, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number  **9039**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.691 1**

**Nonpriority creditor's name and mailing address**
**MITCHELL A SHERMAN**
**7593 Boynton Beach Boulevard Ste220**
**Boynton Beach, FL 33437**

Date(s) debt was incurred _

Last 4 digits of account number  **3613**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.691 2**

**Nonpriority creditor's name and mailing address**
**MITCHELL B KIRSCHNER PA**
**1515 N Federal Highway Suite 314**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number  **1396**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.691 3**

**Nonpriority creditor's name and mailing address**
**MITCHELL B LUBER**
**International Building Suite 815**
**2455 E Sunrise Boulevard**
**Ft Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number  **6957**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.691 4**

**Nonpriority creditor's name and mailing address**
**MITCHELL C PASIN**
**3300 University Drive Suite 406**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number  **5710**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.691 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**MITCHELL COCKEY & EDWARDS PA**
P.O. Box 3433
Tampa, FL 33601-3433

Date(s) debt was incurred  _

Last 4 digits of account number  **6425**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.691 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**MITCHELL D KLEIN**
400 S Dixie Highway Suite 8
Hallandale Beach, FL 33009-6396

Date(s) debt was incurred  _

Last 4 digits of account number  **5395**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.691 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**MITCHELL E MONROE PA**
107 Southeast 5th Street
Dania Beach, FL 33004

Date(s) debt was incurred  _

Last 4 digits of account number  **4529**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.691 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**MITCHELL I KITROSER**
8895 N Military Trail Suite 201c
Palm Beach Gardens, FL 33410-6291

Date(s) debt was incurred  _

Last 4 digits of account number  **6405**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.691 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**MITCHELL JACOBS**
Attn: Danays Casanova
7320 Griffin Road Suite 221
Davie, FL 33314

Date(s) debt was incurred  _

Last 4 digits of account number  **2326**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.692 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**MITCHELL L BERKOWITZ**
Mitchell L. Berkowitz P.A.
14581 69th Drive N
Palm Beach Gardens, FL 33418

Date(s) debt was incurred  _

Last 4 digits of account number  **3590**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**
_____

| | |
|---|---|
| **3.692**<br>**1** | **Nonpriority creditor's name and mailing address** |

**MITCHELL L PERLSTEIN PA**
**4400 N Federal Highway Suite 210**
**Boca Raton, FL 33431**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6546**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| | |
|---|---|
| **3.692**<br>**2** | **Nonpriority creditor's name and mailing address** |

**MITCHELL NOWACK**
**8551 Sunrise Boulevard**
**Suite 208**
**Plantation, FL 33322**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4959**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.692**<br>**3** | **Nonpriority creditor's name and mailing address** |

**MITCHELL S POLANSKY**
**999 Brickell Avenue**
**Suite 600**
**Miami, FL 33131**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7380**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| | |
|---|---|
| **3.692**<br>**4** | **Nonpriority creditor's name and mailing address** |

**MITRANI RYNOR & ADAMSKY PA**
**2200 Suntrust International Center**
**One Southeast Third Avenue**
**Miami, FL 33131-1715**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5081**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.692**<br>**5** | **Nonpriority creditor's name and mailing address** |

**MITRANI RYNOR ADAMSKY & TOLAND**
**Mitrani Rynor Adamsky & Toland**
**1200 Weston Road Ph**
**Weston, FL 33326**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4692**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.692**<br>**6** | **Nonpriority creditor's name and mailing address** |

**MITTENTHAL WEINSTEIN LLP**
**3100 S Federal Highway**
**Suite B**
**Delray Beach, FL 33483**

**Date(s) debt was incurred** _

**Last 4 digits of account number  9613**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.692 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**MIZELL LAW FIRM PA**
**331 Sullivan Street**
**Punta Gorda, FL 33950**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1998**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.692 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MMC Law & Title, P.A.**
**1777 Tamiami Trail**
**Suite 304-5**
**Port Charlotte, FL 33948**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8253**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.692 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MODESTO ABELAIRAS**
**8405 Northwest 53rd Street Suite C-212**
**Doral, FL 33166**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8064**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.693 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MODESTO LOPEZ**
**930 Woodstock Road Suite 236**
**Orlando, FL 32803**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4605**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.693 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MOISES KABA III**
**7951 Bird Road Suite 208**
**Miami, FL 33155-6752**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8032**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.693 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**MOLLIE M GARRETT**
**3900 Commonwealth Blvd.**
**Room 506-C**
**Tallahassee, FL 32399-3000**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6677**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.693 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

**MOMBACH BOYLE & HARDIN**
**100 NE 3rd Avenue**
**Suite 1000**
**Ft Lauderdale, FL 33301**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8081**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**
_____

---

| 3.693 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MONA WEISS**
Weiss Seavey P.A.
512-2 Northeast 7th Avenue
Ft Lauderdale, FL 33301

Date(s) debt was incurred _

Last 4 digits of account number  **8885**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.693 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Monarch Law & Title, L.L.C.**
2151 Consulate Drive
Suite 14B
Orlando, FL 32837

Date(s) debt was incurred _

Last 4 digits of account number  **0498**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.693 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MONEQUE S WALKER PA**
Suite 108a-Pmb 167
2653 Bruce B Downs Boulevard
Wesley Chapel, FL 33544-9206

Date(s) debt was incurred _

Last 4 digits of account number  **9189**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.693 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MONICA HIRSCH WILSON**
P.O. Box 291328
Port Orange, FL 32129-1328

Date(s) debt was incurred _

Last 4 digits of account number  **0267**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.693 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MONICA KALKER CARUSO**
11440 Okeechobee Boulevard
Royal Palm Beach, FL 33414

Date(s) debt was incurred _

Last 4 digits of account number  **3713**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.693 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Monica L. Sierra, P.L.L.C.**
703 W. Swann Avenue
Tampa, FL 33606

Date(s) debt was incurred _

Last 4 digits of account number  **0541**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

| 3.694 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MONICA R BAILEY PA**
17760 Northwest 2nd Avenue Suite 100
Miami, FL 33169

Date(s) debt was incurred _
Last 4 digits of account number **1678**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MONICA S MARSELLI**
P.O. Box 25158
Tampa, FL 33622-5158

Date(s) debt was incurred _
Last 4 digits of account number **7582**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Montalvo Law Firm, P.A.**
44 W. Flagler Street
Suite 2050
Miami, FL 33130

Date(s) debt was incurred _
Last 4 digits of account number **8587**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**MONTELLO & ASSOCIATES PA**
2750 NE 185th Street
Suite 201
Aventura, FL 33180

Date(s) debt was incurred _
Last 4 digits of account number **4047**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MONTERO FINIZIO VELASQUEZ**
515 E Las Olas Boulevard Suite 1500
Ft Lauderdale, FL 33301

Date(s) debt was incurred _
Last 4 digits of account number **0137**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Montes De Oca Law Group, L.L.C.**
8 S. Orlando Avenue
Kissimmee, FL 34741

Date(s) debt was incurred _
Last 4 digits of account number **9768**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Montesano Law Firm, P.L.**
782 NW Le Jeune Road
Suite 530
Miami, FL 33126

Date(s) debt was incurred _
Last 4 digits of account number **9223**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.694 7**

**Nonpriority creditor's name and mailing address**

**MONTY JAY TILLES**
P.O. Box 69
Strafford, VT 05072

Date(s) debt was incurred _

Last 4 digits of account number **5296**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.694 8**

**Nonpriority creditor's name and mailing address**

**MOODY & SALZMAN**
500 E University Avenue Suite A
Gainesville, FL 32601

Date(s) debt was incurred _

Last 4 digits of account number **3548**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.694 9**

**Nonpriority creditor's name and mailing address**

**MOODY JONES INGINO & MOREHEAD**
1333 S University Drive Suite 201
Plantation, FL 33324-4001

Date(s) debt was incurred _

Last 4 digits of account number **5029**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,193.64**

---

**3.695 0**

**Nonpriority creditor's name and mailing address**

**MOORE & MENKHAUS PA**
2700 W. Cypress Creek Road
Suite A-108
Ft. Lauderdale, FL 33309

Date(s) debt was incurred _

Last 4 digits of account number **8480**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.695 1**

**Nonpriority creditor's name and mailing address**

**MOORE & WAKSLER PL**
P.O. Box 512713
Punta Gorda, FL 33951-2713

Date(s) debt was incurred _

Last 4 digits of account number **6195**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.695 2**

**Nonpriority creditor's name and mailing address**

**MOORE HILL & WESTMORELAND PA**
P.O. Box 13290
Pensacola, FL 32591-3290

Date(s) debt was incurred _

Last 4 digits of account number **4696**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.695 3**

**Nonpriority creditor's name and mailing address**

**MORAITIS & COFAR**
915 Middle River Drive Suite 506
Ft Lauderdale, FL 33304-3561

Date(s) debt was incurred _

Last 4 digits of account number **7027**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$13,120.22**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**
_____

| 3.695 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,864.98 |
|---|---|---|---|

**MORAITIS COFAR KARNEY &**
**915 Middle River Drive**
**Suite 506**
**Ft Lauderdale, FL 33304-3561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **3702**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**MORALES LAW GROUP PA**
**21500 Biscayne Boulevard**
**Suite 600**
**Aventura, FL 33180**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6692**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,171.02 |
|---|---|---|---|

**MORAN KIDD LYONS JOHNSON &**
**P.O. Box 472**
**Orlando, FL 32802-0472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5138**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**MORELAND & MENDEZ PA**
**202 Lookout Place**
**Maitland, FL 32751**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2702**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**MORELLI LAW OFFICES PLLC**
**1200 Brickell Avenue**
**Suite 1270**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5976**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**MOREY UDINE**
**6208 W Commercial Boulevard Suite 1**
**Ft Lauderdale, FL 33319**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7424**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.696 0**

**Nonpriority creditor's name and mailing address**
**MORGAN & HENDRICK**
**P O Box 1117**
**Key West, FL 33041-1117**

Date(s) debt was incurred _

Last 4 digits of account number **5365**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$375.00**

---

**3.696 1**

**Nonpriority creditor's name and mailing address**
**MORGAN CARRATT & OCONNOR PA**
**111 Southeast 12th Street**
**Ft Lauderdale, FL 33316-1813**

Date(s) debt was incurred _

Last 4 digits of account number **1848**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$375.00**

---

**3.696 2**

**Nonpriority creditor's name and mailing address**
**MORGAN HAREWOOD & ASSOCIATES**
**Attn: Florence D. Harewood**
**505 Northwest 214th Street Apt 106**
**Miami, FL 33169-2130**

Date(s) debt was incurred _

Last 4 digits of account number **0050**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$50.00**

---

**3.696 3**

**Nonpriority creditor's name and mailing address**
**MORGAN OLSEN & OLSEN**
**633 S. Federal Highway**
**Suite 400-A**
**Ft Lauderdale, FL 33301-1149**

Date(s) debt was incurred _

Last 4 digits of account number **7756**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$150.00**

---

**3.696 4**

**Nonpriority creditor's name and mailing address**
**MORISON BUCK**
**907 S Newport Avenue**
**Tampa, FL 33606-2936**

Date(s) debt was incurred _

Last 4 digits of account number **1571**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$200.00**

---

**3.696 5**

**Nonpriority creditor's name and mailing address**
**MORRELL WATSON & SOUTHWELL PA**
**P.O. Box 2786**
**Lakeland, FL 33806-2786**

Date(s) debt was incurred _

Last 4 digits of account number **2590**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$50.00**

---

**3.696 6**

**Nonpriority creditor's name and mailing address**
**MORRIS J WATSKY**
**231 Ashton Park**
**Peachtree City, GA 30269-3662**

Date(s) debt was incurred _

Last 4 digits of account number **6097**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|-------------------------|------------------------|-------------------|
|        | Name                    |                        |                   |

---

**3.696 7**

Nonpriority creditor's name and mailing address

**MORRIS S FINKEL**
**2401 E Atlantic Boulevard Suite 400**
**Pompano Beach, FL 33062-5243**

Date(s) debt was incurred _

Last 4 digits of account number **0922**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.696 8**

Nonpriority creditor's name and mailing address

**MORTELL & BAGGETT PA**
**1115 E Ocean Boulevard**
**Stuart, FL 34996**

Date(s) debt was incurred _

Last 4 digits of account number **3045**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.696 9**

Nonpriority creditor's name and mailing address

**MORTIMER FRIED**
**291 Harbor Court**
**Key Biscayne, FL 33149**

Date(s) debt was incurred _

Last 4 digits of account number **1070**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.697 0**

Nonpriority creditor's name and mailing address

**MORTIMER S COHEN**
**3600 Yacht Club Drive Suite 901**
**Aventura, FL 33180-4005**

Date(s) debt was incurred _

Last 4 digits of account number **1691**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.697 1**

Nonpriority creditor's name and mailing address

**MORTON ANTMAN ESQ**
**P.O. Box 4483**
**Ft Lauderdale, FL 33338**

Date(s) debt was incurred _

Last 4 digits of account number **2972**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.697 2**

Nonpriority creditor's name and mailing address

**MORTON B ZEMEL**
**7301-A W Palmetto Park Road Suite 305-C**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number **3589**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,879.32**

---

**3.697 3**

Nonpriority creditor's name and mailing address

**MORTON D AULLS**
**3000 N Highway 19-A**
**Mount Dora, FL 32757**

Date(s) debt was incurred _

Last 4 digits of account number **4082**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.697 4**

Nonpriority creditor's name and mailing address

**MORTON R GOUDISS**
P.O. Box 546541
Surfside, FL 33154-6514

Date(s) debt was incurred _

Last 4 digits of account number **2618**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.697 5**

Nonpriority creditor's name and mailing address

**MORTON S BRAVERMAN**
4700-B Sheridan Street
Hollywood, FL 33021

Date(s) debt was incurred _

Last 4 digits of account number **4349**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.697 6**

Nonpriority creditor's name and mailing address

**Moseley Prichard Parrish Knight & Jones,**
501 W. Bay Street
Jacksonville, FL 32202

Date(s) debt was incurred _

Last 4 digits of account number **0353**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.697 7**

Nonpriority creditor's name and mailing address

**MOSHER & SCHNEIDER PA**
Centurion Tower
1601 Forum Place, Suite 1150
West Palm Beach, FL 33401

Date(s) debt was incurred _

Last 4 digits of account number **7698**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.697 8**

Nonpriority creditor's name and mailing address

**MOSKOWITZ MANDELL SALIM &**
800 Corporate Drive
Suite 500
Ft Lauderdale, FL 33334

Date(s) debt was incurred _

Last 4 digits of account number **3984**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.697 9**

Nonpriority creditor's name and mailing address

**MOSLEY WALLIS & WHITEHEAD PA**
1221 E New Haven Avenue
Melbourne, FL 32901-7305

Date(s) debt was incurred _

Last 4 digits of account number **8737**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.698 0**

**Nonpriority creditor's name and mailing address**

**MOSS HENDERSON BLANTON**
P.O. Box 3406
Vero Beach, FL 32964-3406

Date(s) debt was incurred _

Last 4 digits of account number **603**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$425.00**

---

**3.698 1**

**Nonpriority creditor's name and mailing address**

**MOTOLA & ASSOCIATES**
301 Almeria Avenue Suite 345
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number **5673**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.698 2**

**Nonpriority creditor's name and mailing address**

**MOULTON MCEACHERN & WALKER PA**
P.O. Box 11964
Pensacola, FL 32524

Date(s) debt was incurred _

Last 4 digits of account number **5330**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.698 3**

**Nonpriority creditor's name and mailing address**

**MOYLE FLANIGAN KATZ WHITE**
660 US Highway One Floor 3
North Palm Beach, FL 33408-4620

Date(s) debt was incurred _

Last 4 digits of account number **3874**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$1,901.50**

---

**3.698 4**

**Nonpriority creditor's name and mailing address**

**Muinos & Morales, P.L.**
7355 SW 87th Avenue
Suite 200
Miami, FL 33173

Date(s) debt was incurred _

Last 4 digits of account number **7215**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.698 5**

**Nonpriority creditor's name and mailing address**

**MULLEN & BIZZARRO PA**
2929 E. Commercial Boulevard
Penthouse C
Ft Lauderdale, FL 33308-4239

Date(s) debt was incurred _

Last 4 digits of account number **7234**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.698 6**

**Nonpriority creditor's name and mailing address**

**MUNSON VINING & MIDYETTE LLLP**
500 S Florida Avenue Suite 530
Lakeland, FL 33801

Date(s) debt was incurred _

Last 4 digits of account number **4924**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.698 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **Mur Law Group, PLLC**<br>**1414 NW 107th Avenue**<br>**Suite 310**<br>**Doral, FL 33172** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __0993__ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.698 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|
| **MURAI WALD BIONDO & MORENO PA**<br>**2121 Ponce De Leon Boulevard**<br>**Suite 600**<br>**Coral Gables, FL 33134** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __9133__ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.698 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|
| **MUROFF MILESTONE & MILESTONE**<br>**100 N. Federal Highway**<br>**Suite 200**<br>**Hallandale Beach, FL 33009** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __1218__ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.699 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.52 |
|---|---|---|
| **MURPHY & PARENTE**<br>**1830 Ponce Deleon Boulevard**<br>**Coral Gables, FL 33134-4419** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __7995__ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.699 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|
| **MURPHY REID & PILOTTE PA**<br>**11300 Highway 1**<br>**Suite 401**<br>**Palm Beach Gardens, FL 33408** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __5426__ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.699 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,210.52 |
|---|---|---|
| **MURRAH DOYLE & WIGLE PA**<br>**P.O. Box 1328**<br>**Winter Park, FL 32790-1328** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __2477__ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.699<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**MURRAY & SIMMONS LLP**
**1401 E Broward Boulevard Suite 200**
**Ft Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4892**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**MURRAY H DUBBIN TRUSTEE**
**City of Miami Beach**
**1700 Convention Center Drive 4th Floor**
**Miami Beach, FL 33139**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **136**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**MURTHA MURTHA & COLLINS PA**
**7640 N Wickham Road Suite 121**
**Melbourne, FL 32940**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5864**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**MUSKAT & ASSOCIATES PA**
**2620 W Community Drive**
**Jupiter, FL 33458**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5855**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Mustafa Law Firm, P.A.**
**P.O. Box 1487**
**Elfers, FL 34680**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0479**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**MUSTAPHA ABBA GANA**
**3221 Sabal Palm Manor Suite 202**
**Hollywood, FL 33024**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9752**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**MYERS & FOREHAND**
**402 Office Plaza Drive**
**Tallahassee, FL 32301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7665**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**                              Case number (if known)  **2:23-bk-01538**
        Name

---

| 3.700 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**MYRA BENNETT TORRES**
**780 Northwest Lejeune Road**
**Suite 421 Lejeune Centre**
**Miami, FL 33126-5536**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **6496**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**Myron E. Siegel & Associates, LTD**
**1055 S Federal Highway**
**Hollywood, FL 33020**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **7780**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**MYRON J MENSH**
**Myron J. Mensh PL**
**1700 66th Street N Suite 300**
**St Petersbrug, FL 33710-5500**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **6257**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**MYRON J RAYVIS**
**7780 Southwest 142nd Street**
**Miami, FL 33150-1515**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **5835**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**MYRON M STEVENS**
**1696 Grand Isle Boulevard**
**Viera, FL 32940-6202**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **3391**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**MYRTICE SMITH LESTER**
**2626 Mahan Drive**
**Tallahassee, FL 32308**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number  **9575**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____    Case number (if known)    **2:23-bk-01538**
Name

---

| 3.700 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**N JOHN STEWART JR**
**5435 Main Street**
**New Port Richey, FL 34652-2504**

Date(s) debt was incurred  _

Last 4 digits of account number  **5673**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.700 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**N MICHAEL KOUSKOUTIS**
**623 E Tarpon Avenue Suite A**
**Tarpon Springs, FL 34689-4201**

Date(s) debt was incurred  _

Last 4 digits of account number  **9328**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.700 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**N PETER LASKEY**
**31 Water Street**
**Mystic, CT 06355**

Date(s) debt was incurred  _

Last 4 digits of account number  **0834**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.700 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**NABORS GIBLIN & NICKERSON PA**
**1500 Mahan Drive**
**Suite 200**
**Tallahassee, FL 32308**

Date(s) debt was incurred  _

Last 4 digits of account number  **7045**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.701 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Nabors Giblin & Nickerson, P.A.**
**2502 Rocky Point Drive Suite 1060**
**Tampa, FL 33607**

Date(s) debt was incurred  _

Last 4 digits of account number  **7995**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.701 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**NADERPOUR & ASSOCIATES PA**
**1906 Hollywood Boulevard**
**Hollywood, FL 33020-4524**

Date(s) debt was incurred  _

Last 4 digits of account number  **2636**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.701 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**NADINE L GIRAULT PA**
**629 Southeast 5th Avenue**
**Ft Lauderdale, FL 33301-3103**

Date(s) debt was incurred  _

Last 4 digits of account number  **7591**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.701 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **NAGIN GALLOP & FIGUEREDO PA**<br>18001 Old Cutler Road Suite 556<br>Miami, FL 33157 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **3345** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.701 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|
| **NAJMY THOMPSON PL**<br>1401 8th Avenue W.<br>Bradenton, FL 34205-6711 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **5740** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.701 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **NANCY A DAVITO**<br>3117 Edgewater Drive Suite A<br>Orlando, FL 32804 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **0044** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.701 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **NANCY C BANNER PA**<br>800 Village Square Crossing<br>Suite 108<br>Palm Beach Gardens, FL 33410 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **0006** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.701 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **NANCY E CROWN**<br>Suite 101-A<br>7301 W Palmetto Park Road<br>Boca Raton, FL 33433-3455 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **0031** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.701 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **NANCY E YENSER PL**<br>9958 Southwest 52nd Road<br>Gainesville, FL 32608-1440 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **9986** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.7019**

Nonpriority creditor's name and mailing address
**NANCY F ETHERIDGE**
**P.O. Box 14742**
**Tallahassee, FL 32317-4742**

Date(s) debt was incurred _
Last 4 digits of account number  **4965**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.7020**

Nonpriority creditor's name and mailing address
**NANCY J ABERNATHY**
**Debeaubien Knight Simmons Etal**
**332 N Magnolia Avenue**
**Orlando, FL 32801**

Date(s) debt was incurred _
Last 4 digits of account number  **5506**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.7021**

Nonpriority creditor's name and mailing address
**NANCY M ARROYO**
**Arroyo Professional Assoc'N**
**Pmb#145 9737 Northwest 41st Street**
**Miami, FL 33178-2924**

Date(s) debt was incurred _
Last 4 digits of account number  **8243**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.7022**

Nonpriority creditor's name and mailing address
**NANCY M. BARR**
**1651 19th Streety**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _
Last 4 digits of account number  **2672**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.7023**

Nonpriority creditor's name and mailing address
**NANCY NEIDICH HERKERT**
**P.O. Box 5725**
**Hialeah, FL 33014-1725**

Date(s) debt was incurred _
Last 4 digits of account number  **6272**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.7024**

Nonpriority creditor's name and mailing address
**NANCY RUBIN**
**2345 Southwest 28th Street**
**Miami, FL 33133-3124**

Date(s) debt was incurred _
Last 4 digits of account number  **5665**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.7025**

Nonpriority creditor's name and mailing address
**NANCY STONER**
**3300 Ponce De Leon Boulevard**
**Coral Gables, FL 33134**

Date(s) debt was incurred _
Last 4 digits of account number  **8281**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| | |
|---|---|
| Debtor | **LTGF Business Trust** |
| | Name |

Case number (*if known*) **2:23-bk-01538**

---

**3.702
6**

**Nonpriority creditor's name and mailing address**

**NANCY W HUNT**
**Mangrove Bay Office Centre**
**17757 US Highway 19 N Suite 500**
**Clearwater, FL 33764**

Date(s) debt was incurred _

Last 4 digits of account number  **8561**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.702
7**

**Nonpriority creditor's name and mailing address**

**NANETTE C BECERRA PA**
**19721 E Oakmont Drive**
**Hialeah, FL 33015**

Date(s) debt was incurred _

Last 4 digits of account number  **8458**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.702
8**

**Nonpriority creditor's name and mailing address**

**NANETTE COLON**
**2114 Granada Boulevard**
**Coral Gables, FL 33134-4705**

Date(s) debt was incurred _

Last 4 digits of account number  **8132**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.702
9**

**Nonpriority creditor's name and mailing address**

**NAPIER & DONOVAN**
**1570 Shadowlawn Drive**
**Naples, FL 33942-4321**

Date(s) debt was incurred _

Last 4 digits of account number  **5089**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.703
0**

**Nonpriority creditor's name and mailing address**

**NARDELLA CHONG PA**
**234 N Westmonte Drive Suite 3000**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred _

Last 4 digits of account number  **4257**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.703
1**

**Nonpriority creditor's name and mailing address**

**Nash Law Firm, P.A.**
**9296 Westlinks Terrace**
**Seminole, FL 33777**

Date(s) debt was incurred _

Last 4 digits of account number  **7306**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.703 2**

**Nonpriority creditor's name and mailing address**

**NASON YEAGER GERSON WHITE**
**3001 PGA Boulevard**
**Suite 305**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number **1907**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$7,093.07**

---

**3.703 3**

**Nonpriority creditor's name and mailing address**

**NATALE G. SAVASTA**
**P.O. Box 4356**
**Clifton, NJ 07012-0997**

Date(s) debt was incurred _

Last 4 digits of account number **8542**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.703 4**

**Nonpriority creditor's name and mailing address**

**NATALIE CATERINA CHIN-LENN**
**2300 Palm Beach Lakes Boulevard Suite 30**
**West Palm Beach, FL 33409**

Date(s) debt was incurred _

Last 4 digits of account number **2363**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.703 5**

**Nonpriority creditor's name and mailing address**

**NATE HOSKINS PA**
**Interlachen Mortgage Inc.**
**1154 Adair Park Pl**
**Orlando, FL 32804-6201**

Date(s) debt was incurred _

Last 4 digits of account number **9537**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.703 6**

**Nonpriority creditor's name and mailing address**

**NATHALIE F DEMESMIN PA**
**290 Northwest 165th Street Suite P100**
**Miami, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number **8498**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.703 7**

**Nonpriority creditor's name and mailing address**

**NATHAN I LEDER**
**6511 Nova Drive**
**Davie, FL 33317**

Date(s) debt was incurred _

Last 4 digits of account number **1244**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.703 8**

**Nonpriority creditor's name and mailing address**

**NATHAN L BOND**
**P.O. Box 26**
**Tallahassee, FL 32302**

Date(s) debt was incurred _

Last 4 digits of account number **6556**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.7039**

**Nonpriority creditor's name and mailing address**
**NATHAN S COLLIER**
P.O. Box 13116
Gainesville, FL 32604

Date(s) debt was incurred _

Last 4 digits of account number  **5567**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.7040**

**Nonpriority creditor's name and mailing address**
**NATHANIEL L. DOLINER**
P.O. Box 3239
Tampa, FL 33601-3239

Date(s) debt was incurred _

Last 4 digits of account number  **5140**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.7041**

**Nonpriority creditor's name and mailing address**
**Naumann Law, P.A.**
15065 McGregor Boulevard
Suite 104
Ft Myers, FL 33908

Date(s) debt was incurred _

Last 4 digits of account number  **7924**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.7042**

**Nonpriority creditor's name and mailing address**
**NAUTILUS LEGAL SERVICES PA**
150 Southeast 2nd Avenue Suite Ph1
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number  **6384**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.7043**

**Nonpriority creditor's name and mailing address**
**NAVON KOPELMAN & O'DONNELL PA**
2699 Stirling Road Suite B-100
Ft Lauderdale, FL 33312

Date(s) debt was incurred _

Last 4 digits of account number  **7886**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.7044**

**Nonpriority creditor's name and mailing address**
**NEAL BRIAN LECHTNER**
P.O. Box 222083
Hollywood, FL 33022

Date(s) debt was incurred _

Last 4 digits of account number  **0169**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.704
5**

**Nonpriority creditor's name and mailing address**

**NEAL C PATTERSON JR**
**1420 Southeast 47th Street**
**Cape Coral, FL 33904-9634**

Date(s) debt was incurred _

Last 4 digits of account number **6814**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.704
6**

**Nonpriority creditor's name and mailing address**

**NEAL E YOUNG**
**300 3rd Street Northwest**
**Winter Haven, FL 33881-4002**

Date(s) debt was incurred _

Last 4 digits of account number **5761**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.704
7**

**Nonpriority creditor's name and mailing address**

**NEAL S LITMAN PA**
**169 E. Flagler Street**
**Suite 500**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **5136**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.704
8**

**Nonpriority creditor's name and mailing address**

**NEAL WEINSTEIN**
**412 E. Madison Street**
**Suite 1111**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number **4396**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.704
9**

**Nonpriority creditor's name and mailing address**

**NEALE J POLLER**
**550 Biltmore Way Suite 700**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **7557**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.705
0**

**Nonpriority creditor's name and mailing address**

**NEBLETT & SAUER PA**
**2 Allamanda Terrace**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number **2344**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.705
1**

**Nonpriority creditor's name and mailing address**

**NED KIMMELMAN**
**2424 N Federal Highway Suite 157**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **7728**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

**3.705
2**

Nonpriority creditor's name and mailing address
**NEDUCHAL & MAGEE PA**
**501 N. Magnolia Avenue**
**Orlando, FL 32801-1364**

Date(s) debt was incurred  _

Last 4 digits of account number  **6879**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.705
3**

Nonpriority creditor's name and mailing address
**NEERA P KAR LLP**
**1507 S Hiawassee Road Suite 102**
**Orlando, FL 32835**

Date(s) debt was incurred  _

Last 4 digits of account number  **6140**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.705
4**

Nonpriority creditor's name and mailing address
**NEESA B KURLAND**
**100 S Pine Island Road Suite 600**
**Plantation, FL 33324**

Date(s) debt was incurred  _

Last 4 digits of account number  **4926**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.705
5**

Nonpriority creditor's name and mailing address
**Neighbors Law & Mediation, P.L.L.C.**
**300 5th Avenue South 203-C**
**Naples, FL 34102**

Date(s) debt was incurred  _

Last 4 digits of account number  **8238**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.705
6**

Nonpriority creditor's name and mailing address
**NEIL A MALPHURS**
**P.O. Box 969**
**Alachua, FL 32615-0969**

Date(s) debt was incurred  _

Last 4 digits of account number  **6181**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.705
7**

Nonpriority creditor's name and mailing address
**NEIL A SAYDAH PA**
**DBA Saydah Law Firm**
**7250 Red Bug Lake Road, Suite 1012**
**Oviedo, FL 32765**

Date(s) debt was incurred  _

Last 4 digits of account number  **4340**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

**3.705 8**

**Nonpriority creditor's name and mailing address**
**NEIL B TYGAR**
**16384 Via Venetia W**
**Delray Beach, FL 33484**

Date(s) debt was incurred _

Last 4 digits of account number **6083**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.705 9**

**Nonpriority creditor's name and mailing address**
**NEIL FLAXMAN**
**550 Biltmore Way Suite 780**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **4436**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.706 0**

**Nonpriority creditor's name and mailing address**
**NEIL J BERMAN**
**Berman Rennert Vogel Et Al**
**100 Southeast 2nd Street Suite 2900**
**Miami, FL 33131-2119**

Date(s) debt was incurred _

Last 4 digits of account number **6817**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.706 1**

**Nonpriority creditor's name and mailing address**
**NEIL J BUCHALTER**
**P.O. Box 5087**
**Titusville, FL 32783-5087**

Date(s) debt was incurred _

Last 4 digits of account number **7540**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.706 2**

**Nonpriority creditor's name and mailing address**
**NEIL LEAVITT**
**70 Ivy Road**
**Hollywood, FL 33021-2816**

Date(s) debt was incurred _

Last 4 digits of account number **7076**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.706 3**

**Nonpriority creditor's name and mailing address**
**NEIL P LINDEN**
**Adorno & Yoss L.L.P.**
**2525 Ponce Deleon Boulevard Suite 400**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **1766**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.706 4**

**Nonpriority creditor's name and mailing address**
**NEIL R COVERT**
**2653 McCormick Drive**
**Clearwater, FL 34619-1041**

Date(s) debt was incurred _

Last 4 digits of account number **7792**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.706 5**

**Nonpriority creditor's name and mailing address**

**NEIL S ROLLNICK**
**Adorno & Yoss L.L.P.**
**2525 Ponce De Leon Boulevard Suite 400**
**Miami, FL 33134-6012**

Date(s) debt was incurred _

Last 4 digits of account number  **1765**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$175.00**

---

**3.706 6**

**Nonpriority creditor's name and mailing address**

**NEIL S SCHECHT**
**3630 W Kennedy Boulevard**
**Tampa, FL 33609**

Date(s) debt was incurred _

Last 4 digits of account number  **4668**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.706 7**

**Nonpriority creditor's name and mailing address**

**NEIL W MACMILLAN**
**930 Northeast Jensen Beach Boulevard**
**Jensen Beach, FL 34957-4704**

Date(s) debt was incurred _

Last 4 digits of account number  **5059**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$7,251.55**

---

**3.706 8**

**Nonpriority creditor's name and mailing address**

**NEIL W MACMILLAN**
**Citizens Building Suite 704**
**105 S Narcissus Avenue**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **5059**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.706 9**

**Nonpriority creditor's name and mailing address**

**NEIL W MACMILLAN**
**930 NE Jensen Beach Boulevard**
**Jensen Beach, FL 34957-4704**

Date(s) debt was incurred _

Last 4 digits of account number  **5059**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$125.00**

---

**3.707 0**

**Nonpriority creditor's name and mailing address**

**NEILL GRIFFIN TIERNEY**
**P.O. Box 1270**
**Ft Pierce, FL 34954-1270**

Date(s) debt was incurred _

Last 4 digits of account number  **3844**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$9,966.75**

---

**3.707 1**

**Nonpriority creditor's name and mailing address**

**NEIMARK & NADEL PA**
**301 W Hallandale Beach Boulevard**
**Hallandale, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number  **8319**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.707**
**2**

**Nonpriority creditor's name and mailing address**
**NEIMARK NEIMARK & KRAWITZ**
**800 Corporate Drive Suite 420**
**Ft Lauderdale, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number **7328**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.707**
**3**

**Nonpriority creditor's name and mailing address**
**NELSON & FELDMAN**
**1111 Kane Concourse Suite 200**
**Bay Harbor Islands, FL 33154-2025**

Date(s) debt was incurred _

Last 4 digits of account number **3817**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$8,867.27**

---

**3.707**
**4**

**Nonpriority creditor's name and mailing address**
**NELSON A HUNTER PA**
**12485 World Cup Lane**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number **9422**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.707**
**5**

**Nonpriority creditor's name and mailing address**
**NELSON A RODRIGUEZ VARELA PA**
**1190 S. Lejeune Road**
**Miami, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **9828**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.707**
**6**

**Nonpriority creditor's name and mailing address**
**NELSON BECKETT & NELSON**
**1127 9th Avenue N**
**St Petersburg, FL 33705**

Date(s) debt was incurred _

Last 4 digits of account number **2607**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.707**
**7**

**Nonpriority creditor's name and mailing address**
**NELSON C KESHEN**
**9155 S. Dadeland Boulevard**
**Suite 1718**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **4413**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.707**
**8**

**Nonpriority creditor's name and mailing address**
**NELSON HESSE**
**2070 Ringling Boulevard**
**Sarasota, FL 34237-7002**

Date(s) debt was incurred _

Last 4 digits of account number **2434**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$8,523.94**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.7079**

**Nonpriority creditor's name and mailing address**

**NELSON LAW FIRM PLC**
**1020 E Lafayette Street Suite 214**
**Tallahassee, FL 32301**

Date(s) debt was incurred _

Last 4 digits of account number **9166**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7080**

**Nonpriority creditor's name and mailing address**

**NELSON M TARACIDO**
**5825 Sunset Drive Suite 210**
**South Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number **6053**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7081**

**Nonpriority creditor's name and mailing address**

**NELSON SLOSBERGAS PA**
**501 Brickell Key Drive Suite 400**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **640**

**As of the petition filing date, the claim is:** Check all that apply.

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7082**

**Nonpriority creditor's name and mailing address**

**NEMIA L SCHULTE**
**2401 E. Atlantic Blvd.**
**Suite 210**
**Pompano Beach, FL 33062**

Date(s) debt was incurred _

Last 4 digits of account number **5156**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7083**

**Nonpriority creditor's name and mailing address**

**Nepola Yonta, Attorneys at Law**
**701 NW Federal Highway**
**Suite 201**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number **0296**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7084**

**Nonpriority creditor's name and mailing address**

**NERDINSKY LAW GROUP PA**
**2847 Hollywood Boulevard**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number **4499**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.708 5**

**Nonpriority creditor's name and mailing address**

**Ness Law LLC**
**DBA The FL Closing Attorney**
**3735 S. Highway 27**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number **0933**

As of the petition filing date, the claim is: Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.708 6**

**Nonpriority creditor's name and mailing address**

**NESTOR ALVAREZ**
**3971 Southwest 8th Street Suite 209**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **8748**

As of the petition filing date, the claim is: Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.708 7**

**Nonpriority creditor's name and mailing address**

**NESTOR B GORFINKEL**
**19790 West Dixie Highway**
**Suite 1101**
**Miami, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number **4713**

As of the petition filing date, the claim is: Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.708 8**

**Nonpriority creditor's name and mailing address**

**NETA L SEIBER**
**Route 2 Box 88**
**Opt, AL 36467**

Date(s) debt was incurred _

Last 4 digits of account number **8746**

As of the petition filing date, the claim is: Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.708 9**

**Nonpriority creditor's name and mailing address**

**New Day Law Group, P.A.**
**234 N Rhodes Avenue Suite 107**
**Sarasota, FL 34237**

Date(s) debt was incurred _

Last 4 digits of account number **8001**

As of the petition filing date, the claim is: Check all that apply.

$50.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.709 0**

**Nonpriority creditor's name and mailing address**

**NEW HOUSE TITLE LLC**
**ATTN: MARTIN BROWN**
**PO BOX 25018 MAIL STOP #4**
**TAMPA, FL 33622**

Date(s) debt was incurred _

Last 4 digits of account number **4705**

As of the petition filing date, the claim is: Check all that apply.

$300.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.709 1**

**Nonpriority creditor's name and mailing address**

**NEWMAN DEASON & ROLAND PA**
**3750 Gunn Highway Suite 2-C**
**Tampa, FL 33624-4905**

Date(s) debt was incurred _

Last 4 digits of account number **7149**

As of the petition filing date, the claim is: Check all that apply.

$50.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.709 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Newmeyer Law, P.L.L.C.**
**1390 S. Dixie Highway**
**Suite 1203**
**Coral Gables, FL 33146**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0033**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Newport Law, P.A.**
**DBA The O'boyle Law Firm**
**1286 W. Newport Center Drive**
**Deerfield Beach, FL 33442**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0564**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**NICHOLA G AHRENS**
**101 Park Ridge Avenue**
**Temple Terrace, FL 33617**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5566**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**NICHOLAS E BOUYOUCAS PA**
**1840 Forest Hill Boulevard Suite 203**
**West Palm Beach, FL 33406**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2867**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**NICHOLAS FELZEN**
**1360 S. Dixie Highway**
**Suite 3407**
**Coral Gables, FL 33146**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4501**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**NICHOLAS G SCHOMMER**
**329 S Commerce Avenue**
**Sebring, FL 33870-3607**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7572**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.7098**

**Nonpriority creditor's name and mailing address**
**NICHOLAS GALANTINO**
**2919 Swann Avenue Suite 404**
**Tampa, FL 33609**

Date(s) debt was incurred  _

Last 4 digits of account number  **8380**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.7099**

**Nonpriority creditor's name and mailing address**
**NICHOLAS H HAGOORT JR**
**P.O. Box 3438**
**Boynton Beach, FL 33424-3438**

Date(s) debt was incurred  _

Last 4 digits of account number  **8702**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.7100**

**Nonpriority creditor's name and mailing address**
**NICHOLAS J MARGARITIS**
**2525 Norris Road Apt 123**
**Columbus, GA 31907-8489**

Date(s) debt was incurred  _

Last 4 digits of account number  **1036**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.7101**

**Nonpriority creditor's name and mailing address**
**NICK B KANELIDIS**
**2400 E. Commercial Boulevard**
**Suite 706**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred  _

Last 4 digits of account number  **7248**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.7102**

**Nonpriority creditor's name and mailing address**
**Nick Ficarrotta, Jr. P.A.**
**238 E. Davis Boulevard**
**Suite 210**
**Tampa, FL 33606**

Date(s) debt was incurred  _

Last 4 digits of account number  **1058**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.7103**

**Nonpriority creditor's name and mailing address**
**NICK ROKNICH, III**
**P.O. Box 3979**
**Sarasota, FL 34230-3979**

Date(s) debt was incurred  _

Last 4 digits of account number  **4397**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.7104**

**Nonpriority creditor's name and mailing address**
**NICKOLAS C EKONOMIDES**
**791 Bayway Boulevard**
**Clearwater, FL 33767**

Date(s) debt was incurred  _

Last 4 digits of account number  **4133**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.710 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**NICOLA L ZAGAROLO**
**3800 NE 3rd Avenue**
**Pompano Beach, FL 33064-3528**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __0179__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
|---|---|---|---|

**NICOLAS FERNANDEZ PA**
**5760 SW 8th Street**
**Suite 500**
**Miami, FL 33144**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __7212__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**NICOLE J HUESMANN**
**150 Alhambra Circle**
**Suite 1150**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __2533__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**NICOLE J MONSEES**
**240 Fox Run**
**Los Gatos, CA 95033-7816**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __4407__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Nicole L. Jordan, P.A.**
**9040 Town Center Parkway**
**Bradenton, FL 34202**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __9620__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**NICOLE TAPLIN PA**
**20801 Biscayne Boulevard Suite 403**
**Aventura, FL 33180**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __4672__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.711**
**1**

**Nonpriority creditor's name and mailing address**
**Nina L. Ferraro, P.A.**
**943 SE Central Parkway**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number **8255**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.711**
**2**

**Nonpriority creditor's name and mailing address**
**NISHAD KHAN PL**
**1303 N. Orange Avenue**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number **4574**

As of the petition filing date, the claim is: *Check all that apply.*

$125.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.711**
**3**

**Nonpriority creditor's name and mailing address**
**NIURKA R PIEDRA**
**7001 SW 87 Court**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number **7962**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.711**
**4**

**Nonpriority creditor's name and mailing address**
**NIXON PEABODY LLP**
**Attn: Anthony J. Prezioso**
**P.O. Box 31051 Clinton Square**
**Rochester, NY 14603-1051**

Date(s) debt was incurred _

Last 4 digits of account number **5676**

As of the petition filing date, the claim is: *Check all that apply.*

$225.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.711**
**5**

**Nonpriority creditor's name and mailing address**
**NNAMDIE LAW FIRM PA**
**P.O. Box 600216**
**North Miami Beach, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number **2239**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.711**
**6**

**Nonpriority creditor's name and mailing address**
**NOAH C MCKINNON JR PA**
**P.O. Box 305**
**Ormond Beach, FL 32175-0305**

Date(s) debt was incurred _

Last 4 digits of account number **0840**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.711**
**7**

**Nonpriority creditor's name and mailing address**
**Nobile Law Firm, P.A.**
**201 S Biscayne Boulevard**
**Suite 2650**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **9896**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.711 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**NOEL GIFFORD LAWRENCE**
**101 E. Union Street**
**Suite 200**
**Jacksonville, FL 32202**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number** **0512**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.711 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**NOEL J. FEINBERG**
**12550 Biscayne Blvd.**
**Suite 304b**
**North Miami, FL 33181-2541**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number** **4869**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.712 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**NOELIA F MORENO**
**3130 W 15th Avenue Suite 100**
**Hialeah, FL 33012**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number** **6219**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.712 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$350.00** |
|---|---|---|---|

**NOHRR NOHRR BOYD HOWZE &**
**P.O. Box 369**
**Melbourne, FL 32902-0369**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number** **2869**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.712 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**NOLD & LARSON PA**
**P.O. Box 288**
**Marco Island, FL 33969**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number** **8985**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.712 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**Noohani Law, P.A.**
**450 Northeast 5th Street Suite 2**
**Ft Lauderdale, FL 33301**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Member__

**Last 4 digits of account number** **9013**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.712 4**

**Nonpriority creditor's name and mailing address**
**NORD L JOHNSON**
**105 E Church Street**
**Deland, FL 32724-4323**

Date(s) debt was incurred _

Last 4 digits of account number **5366**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.712 5**

**Nonpriority creditor's name and mailing address**
**NOREEN E SEGREST**
**University of S Florida**
**4202 E Fowler Avenue Adm250**
**Tampa, FL 33620**

Date(s) debt was incurred _

Last 4 digits of account number **8534**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.712 6**

**Nonpriority creditor's name and mailing address**
**NOREEN WISCOVITCH-RENTAS PA**
**P.O. Box 20438**
**West Palm Beach, FL 33416**

Date(s) debt was incurred _

Last 4 digits of account number **1877**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.712 7**

**Nonpriority creditor's name and mailing address**
**NORM D FUGATE**
**248 NW Main Street**
**Williston, FL 32696**

Date(s) debt was incurred _

Last 4 digits of account number **2055**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.712 8**

**Nonpriority creditor's name and mailing address**
**NORM LA COE**
**Suite 101 The Fairways**
**4351 27th Court Southwest**
**Naples, FL 34116-7973**

Date(s) debt was incurred _

Last 4 digits of account number **8451**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.712 9**

**Nonpriority creditor's name and mailing address**
**Norma Echarte & Associates**
**2 Grove Isle Drive**
**Apt B-304**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **8386**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.713 0**

**Nonpriority creditor's name and mailing address**
**NORMAN A HARTMAN JR PA**
**P.O. Box 6844**
**Ft Myers, FL 33911-6844**

Date(s) debt was incurred _

Last 4 digits of account number **7015**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.713 1**

**Nonpriority creditor's name and mailing address**

**NORMAN A SHARE**
**50 Northwest 14th Street**
**Homestead, FL 33030-4238**

Date(s) debt was incurred _

Last 4 digits of account number **3324**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.713 2**

**Nonpriority creditor's name and mailing address**

**NORMAN A. GREEN**
**P.O. Box 2618**
**Vero Beach, FL 32961-2618**

Date(s) debt was incurred _

Last 4 digits of account number **5445**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.713 3**

**Nonpriority creditor's name and mailing address**

**NORMAN D KAPLAN PA**
**7770 W Oakland Park Boulevard Suite 470**
**Sunrise, FL 33351**

Date(s) debt was incurred _

Last 4 digits of account number **6749**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.713 4**

**Nonpriority creditor's name and mailing address**

**NORMAN E TAPLIN**
**1555 Palm Beach Lakes Boulevard Suite 15**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **2569**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.713 5**

**Nonpriority creditor's name and mailing address**

**NORMAN J SILBER**
**700 Brickell Avenue**
**8th Floor**
**Miami, FL 33131-2804**

Date(s) debt was incurred _

Last 4 digits of account number **6569**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.713 6**

**Nonpriority creditor's name and mailing address**

**NORMAN K RUTKIN**
**9105 Southwest 78 Court**
**Miami, FL 33156-7540**

Date(s) debt was incurred _

Last 4 digits of account number **765**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|-------------------------|------------------------|-------------------|
|        | Name                    |                        |                   |

---

**3.713 7**

**Nonpriority creditor's name and mailing address**
**NORMAN K SCHWARZ**
**5229 Alton Road**
**Miami Beach, FL 33140-2004**

Date(s) debt was incurred _

Last 4 digits of account number  **1290**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.713 8**

**Nonpriority creditor's name and mailing address**
**NORMAN L PAXTON JR**
**606 Boston Avenue**
**Ft Pierce, FL 34950-4241**

Date(s) debt was incurred _

Last 4 digits of account number  **6874**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.713 9**

**Nonpriority creditor's name and mailing address**
**NORMAN M OSTRAU**
**8181 W Broward Boulevard Suite 300**
**Plantation, FL 33324-2049**

Date(s) debt was incurred _

Last 4 digits of account number  **6710**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.714 0**

**Nonpriority creditor's name and mailing address**
**NORMAN MARCUS**
**8181 W Broward Boulevard Suite 201**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **9912**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.714 1**

**Nonpriority creditor's name and mailing address**
**NORMAN S FRANK**
**7499 W Atlantic Avenue Suite 212**
**Glendale Federal Building**
**Delray Beach, FL 33446-1302**

Date(s) debt was incurred _

Last 4 digits of account number  **8688**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.714 2**

**Nonpriority creditor's name and mailing address**
**NORMAN S KLEIN**
**C/O Klein & Tannen P.A.**
**4000 Hollywood Boulevard Suite 620 N**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number  **4328**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.714 3**

**Nonpriority creditor's name and mailing address**
**NORMAN S MOSS**
**P.O. Box 560665**
**Orlando, FL 32856**

Date(s) debt was incurred _

Last 4 digits of account number  **5833**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.714
4**

**Nonpriority creditor's name and mailing address**

**NORMAN S PALLOT**
**9103 Alexandria Drive**
**Weeki Wachee, FL 34613**

Date(s) debt was incurred _

Last 4 digits of account number  **3227**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.714
5**

**Nonpriority creditor's name and mailing address**

**NORMAN S WEIDER**
**100 Southeast 2nd Street Suite 3950**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **7230**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.714
6**

**Nonpriority creditor's name and mailing address**

**NORMAN T ROBERTS PA**
**12555 Biscayne Boulevard**
**Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number  **5052**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$225.00

---

**3.714
7**

**Nonpriority creditor's name and mailing address**

**NORRIS & NORRIS PA**
**253 NW Main Boulevard**
**Lake City, FL 32055**

Date(s) debt was incurred _

Last 4 digits of account number  **8121**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.714
8**

**Nonpriority creditor's name and mailing address**

**Norsoph, Alcalay & Orner LLP**
**2691 E. Oakland Park Boulevard**
**Suite 404**
**Ft. Lauderdale, FL 33306**

Date(s) debt was incurred _

Last 4 digits of account number  **9096**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.714
9**

**Nonpriority creditor's name and mailing address**

**North Beach Law & Title, P.L.L.C.**
**1476 Linkside Drive**
**Atlantic Beach, FL 32233**

Date(s) debt was incurred _

Last 4 digits of account number  **9406**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

| | |
|---|---|
| **3.715 0** | **Nonpriority creditor's name and mailing address** |

**NORTH FLORIDA LAW CENTER PA**
Pmb 381
1093 A1A Beach Boulevard
St Augustine, FL 32080

Date(s) debt was incurred _

Last 4 digits of account number  **2730**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.715 1** | **Nonpriority creditor's name and mailing address** |

**North Florida Lawyers, P.L.L.C.**
P.O. Box 1241
Silver Springs, FL 34489

Date(s) debt was incurred _

Last 4 digits of account number  **0277**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.715 2** | **Nonpriority creditor's name and mailing address** |

**North Tampa Law Group, L.L.C.**
26852 Tanic Drive
Suite 102
Wesley Chapel, FL 33544

Date(s) debt was incurred _

Last 4 digits of account number  **8952**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.715 3** | **Nonpriority creditor's name and mailing address** |

**Northrup Law, PLLC**
13990 Bartram Park Blvd.
Unit 2010
Jacksonville, FL 32258

Date(s) debt was incurred _

Last 4 digits of account number  **0599**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.715 4** | **Nonpriority creditor's name and mailing address** |

**NORTON HAMMERSLEY LOPEZ &**
1819 Main Street
Suite 610
Sarasota, FL 34236

Date(s) debt was incurred _

Last 4 digits of account number  **4530**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

| | |
|---|---|
| **3.715 5** | **Nonpriority creditor's name and mailing address** |

**NOVAK LAW GROUP PLLC**
402 Reid Avenue
Port St Joe, FL 32456

Date(s) debt was incurred _

Last 4 digits of account number  **4763**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**
_____    Case number (if known)    **2:23-bk-01538**
Name

---

| 3.715 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
| **NOVEY MENDELSON & ADAMSON** | | |
| **851 E Park Avenue** | ■ Contingent | |
| **Tallahassee, FL 32301-2620** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **6909** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.715 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,918.90** |
| **NOWLIN & NOWLIN PA** | | |
| **2201 Southwest Roma Way** | ☐ Contingent | |
| **Boynton Beach, FL 33426-6530** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **9611** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.715 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
| **NOWLIN & SCHONE** | | |
| **308 Northwest 17th Street** | ■ Contingent | |
| **Delray Beach, FL 33444-3121** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **268** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.715 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
| **NUCKOLLS JOHNSON & BELCHER PA** | | |
| **P.O. Drawer 2199** | ■ Contingent | |
| **Ft Myers, FL 33902-2199** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **6065** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.716 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **NUGENT & GROUND LLC** | | |
| **2455 E. Sunrise Boulevard** | ■ Contingent | |
| **Suite 807** | ☐ Unliquidated | |
| **Ft Lauderdale, FL 33304** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **0462** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.716 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **Nunez Estate Law & Title, P.A.** | | |
| **7700 N. Kendall Drive** | ■ Contingent | |
| **Suite 607** | ☐ Unliquidated | |
| **Miami, FL 33156** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **8810** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.716 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **NUSSBAUM & NUSSBAUM** | | |
| **334 E Duval Street** | ■ Contingent | |
| **Jacksonville, FL 32202** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **8609** | Basis for the claim: **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor  **LTGF Business Trust**
Name

Case number (if known)  **2:23-bk-01538**

---

**3.716 3**

Nonpriority creditor's name and mailing address
**O B (BUD) STANSELL JR**
**1707 E Bearss Avenue**
**Tampa, FL 33613**

Date(s) debt was incurred _

Last 4 digits of account number  **5244**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.716 4**

Nonpriority creditor's name and mailing address
**O STEPHEN THACKER**
**407 S Ewing Avenue**
**Clearwater, FL 33756-5766**

Date(s) debt was incurred _

Last 4 digits of account number  **6811**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.716 5**

Nonpriority creditor's name and mailing address
**O'BRIEN RIEMENSCHNEIDER**
**175 E. Nasa Boulevard**
**Suite 303**
**Melbourne, FL 32901**

Date(s) debt was incurred _

Last 4 digits of account number  **3795**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.716 6**

Nonpriority creditor's name and mailing address
**O'CONNELL & O'CONNELL PA**
**P.O. Box 3917**
**West Palm Beach, FL 33402-3917**

Date(s) debt was incurred _

Last 4 digits of account number  **2080**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$14,094.25

---

**3.716 7**

Nonpriority creditor's name and mailing address
**O'HAIRE QUINN CANDLER &**
**P.O. Box 643347**
**Vero Beach, FL 32964-3347**

Date(s) debt was incurred _

Last 4 digits of account number  **2171**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$29,976.33

---

**3.716 8**

Nonpriority creditor's name and mailing address
**O'HALLORAN JOHNSON WALTEMYER**
**P.O. Box 540**
**Ft Myers, FL 33902-0540**

Date(s) debt was incurred _

Last 4 digits of account number  **5893**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$350.00

---

**3.716 9**

Nonpriority creditor's name and mailing address
**O'Neill Law and Title, P.A.**
**4575 Via Royale**
**Suite 102**
**Fort Myers, FL 33919**

Date(s) debt was incurred _

Last 4 digits of account number  **9699**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
| --- | --- | --- | --- |
| | Name | | |

| 3.717 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
| --- | --- | --- | --- |

**Oak Ridge Title, Inc.**
**350 Jim Moran Boulevard Suite 100**
**Deerfield Beach, FL 33442**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **5660**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.717 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
| --- | --- | --- | --- |

**OATES & OATES PA**
**1701 East Atlantic Boulevard**
**Suite 4**
**Pompano Beach, FL 33060**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **8103**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.717 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
| --- | --- | --- | --- |

**Ochoa & Rubio, P.A.**
**2001 Palm Beach Lakes Boulevard**
**Suite 502**
**West Palm Beach, FL 33409**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **9940**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.717 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
| --- | --- | --- | --- |

**OCTAVIO E MESTRE**
**Mestre & Associates P.A.**
**7385 Southwest 87th Avenue Suite 100**
**Miami, FL 33173**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **8420**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.717 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
| --- | --- | --- | --- |

**OCTAVIO L MARTINEZ PA**
**7700 N Kendall Drive Suite 707**
**Miami, FL 33156**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **6041**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.717 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
| --- | --- | --- | --- |

**ODALYS ILTER**
**3320 Paddock**
**Ft Lauderdale, FL 33331**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **7583**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

| | |
|---|---|
| 3.717<br>6 | **Nonpriority creditor's name and mailing address**<br>**OFELIA DAMAS-RODRIGUEZ PA**<br>**200 W Cypress Creek Road Suite 210**<br>**Ft Lauderdale, FL 33309** |

**As of the petition filing date, the claim is:** *Check all that apply.*   **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2434**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

3.717
7   **Nonpriority creditor's name and mailing address**
**Old City Law, PLLC**
**1 Riberia Street**
**St. Augustine, FL 32084**

**As of the petition filing date, the claim is:** *Check all that apply.*   **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1052**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

3.717
8   **Nonpriority creditor's name and mailing address**
**Old Tampa Title Agency, LLC**
**301 W. Platt Street**
**Suite 395**
**Tampa, FL 33606**

**As of the petition filing date, the claim is:** *Check all that apply.*   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0989**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

3.717
9   **Nonpriority creditor's name and mailing address**
**Oldham Law Group, L.L.C.**
**9800 4th Street N**
**Suite 200**
**St Petersburg, FL 33702**

**As of the petition filing date, the claim is:** *Check all that apply.*   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9942**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

3.718
0   **Nonpriority creditor's name and mailing address**
**OLDS & STEPHENS PA**
**711 N Flagler Drive**
**West Palm Beach, FL 33401**

**As of the petition filing date, the claim is:** *Check all that apply.*   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5230**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

3.718
1   **Nonpriority creditor's name and mailing address**
**OLENICK & SAWYER PA**
**2081 E Ocean Boulevard Suite 2-A**
**Stuart, FL 34994**

**As of the petition filing date, the claim is:** *Check all that apply.*   **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3994**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

3.718
2   **Nonpriority creditor's name and mailing address**
**OLIMPIA BOVEDA DEPENA**
**P. O Drawer 9304**
**Fort Myers, FL 33902-9304**

**As of the petition filing date, the claim is:** *Check all that apply.*   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2616**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

Debtor     **LTGF Business Trust**                                    Case number (if known)    **2:23-bk-01538**
           Name

---

| 3.718 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**OLIN W. SHINHOLSER**
4501 Selah Road
Sebring, FL 33872-4723

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6161**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**OLIVE & ASSOCIATES PA**
2426 E. Las Olas Boulevard
Ft Lauderdale, FL 33301

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9959**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**OLIVER P TANKSLEY III**
P.O. Box 2247
Sarasota, FL 34230-2247

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8402**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**OLIVIER TYLER & ASSOCIATES**
150 Northwest 168th Street Suite 209
Miami, FL 33169-6034

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8843**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**OLMSTED & WILSON PA**
17801 Murdock Circle
Suite A
Port Charlotte, FL 33948

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1027**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Ontivero Law & Title, P.A.**
7501 NW 4th Street
Suite 203
Plantation, FL 33317

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9011**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**                                     Case number (if known)   **2:23-bk-01538**
_____
Name

| 3.718 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Orange Title, P.A.**
**327 N Orange Avenue Suite 201**
**Orlando, FL 32801**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9861**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Oren Property Advisers, PLLC**
**8950 SW 74th Court**
**Suite 2201**
**Miami, FL 33156**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0839**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**OREN Z BRENNER**
**1030 N Shore Drive**
**Miami Beach, FL 33141**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7860**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.00 |

**ORFINGER & STOUT PA**
**P.O. Box 15200**
**Daytona Beach, FL 32115**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1583**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ORLANDO ANTELO JR**
**2150 Coral Way Suite 5d**
**Miami, FL 33145**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6049**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Orlando Delgado**
**Orlando Delgado P.A.**
**8522 Southwest 102nd Street**
**Miami, FL 33156**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4252**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**ORLANDO DELGADO**
**150 Alhambra Circle Suite 1240**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4252**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.719 6**

**Nonpriority creditor's name and mailing address**
**ORLANDO E REYES**
**14311 SW 34 Street**
**Miami, FL 33175**

Date(s) debt was incurred _

Last 4 digits of account number  **8318**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.719 7**

**Nonpriority creditor's name and mailing address**
**ORLANDO J CABRERA**
**The Waterford Suite 700**
**5200 Blue Lagoon Drive**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number  **8424**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.719 8**

**Nonpriority creditor's name and mailing address**
**ORRIN M GOWEN**
**3000 Bayport Drive Suite 1100**
**Tampa, FL 33607-8405**

Date(s) debt was incurred _

Last 4 digits of account number  **0196**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.719 9**

**Nonpriority creditor's name and mailing address**
**ORSATTI & ASSOCIATES PA**
**3204 Alternate 19 N**
**Palm Harbor, FL 34683**

Date(s) debt was incurred _

Last 4 digits of account number  **9648**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.720 0**

**Nonpriority creditor's name and mailing address**
**OSBORNE & OSBORNE PA**
**P.O. Drawer 40**
**Boca Raton, FL 33429-0040**

Date(s) debt was incurred _

Last 4 digits of account number  **3070**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$22,123.54**

---

**3.720 1**

**Nonpriority creditor's name and mailing address**
**OSCAR A WHITE**
**200 White Building**
**1 Northeast 2nd Avenue**
**Miami, FL 33132-2507**

Date(s) debt was incurred _

Last 4 digits of account number  **2968**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,271.11**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.720 2**

**Nonpriority creditor's name and mailing address**

**OSCAR J DELGADO**
**7950 Northwest 155th Street Suite 104**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number **7617**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.720 3**

**Nonpriority creditor's name and mailing address**

**OSCAR M HOWARD III PA**
**315 W Green Street Suite 100**
**Perry, FL 32347**

Date(s) debt was incurred _

Last 4 digits of account number **2613**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.720 4**

**Nonpriority creditor's name and mailing address**

**OSENTON LAW OFFICES PA**
**510 Vonderburg Drive Suite 310**
**Brandon, FL 33511**

Date(s) debt was incurred _

Last 4 digits of account number **5896**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.720 5**

**Nonpriority creditor's name and mailing address**

**OSIASON & SINGER PA**
**4519 Polk Street**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **1895**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.720 6**

**Nonpriority creditor's name and mailing address**

**OSMOND C HOWE JR**
**2000 Towerside Terrace**
**Suite 402**
**Miami, FL 33138-2223**

Date(s) debt was incurred _

Last 4 digits of account number **0234**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.720 7**

**Nonpriority creditor's name and mailing address**

**Ossi Law Group, P.A.**
**5618 NW 43rd Street**
**Gainesville, FL 32653**

Date(s) debt was incurred _

Last 4 digits of account number **9593**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.720 8**

**Nonpriority creditor's name and mailing address**

**OSSINSKY & GEORGE**
**500 N Oleander Avenue**
**Daytona Beach, FL 32118-4020**

Date(s) debt was incurred _

Last 4 digits of account number **1635**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**
_____

---

| 3.720 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**OSSINSKY AND KROL PA**
**924 Peninsula Drive**
**Ormond Beach, FL 32176**

Date(s) debt was incurred  _

Last 4 digits of account number  **1141**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$450.00**

---

| 3.721 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**OSTERHOUT & MCKINNEY PA**
**3783 Seago Lane**
**Ft Myers, FL 33901-8113**

Date(s) debt was incurred  _

Last 4 digits of account number  **4963**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.721 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**OSTERNDORF & ASSOCIATES PA**
**P.O. Box 2352**
**Daytona Beach, FL 32115-2352**

Date(s) debt was incurred  _

Last 4 digits of account number  **577**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.721 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**OSVALDO N SOTO**
**1535 Mercado Avenue**
**Coral Gables, FL 33146-1033**

Date(s) debt was incurred  _

Last 4 digits of account number  **5347**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

| 3.721 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**OSVALDO R OROZCO**
**122 Minorca Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **6371**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.721 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**OSWALD J MORA**
**15 Lagorge Circle**
**Miami Beach, FL 33141**

Date(s) debt was incurred  _

Last 4 digits of account number  **4974**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.721 5**

**Nonpriority creditor's name and mailing address**
**Ouellette Hartzog, P.A.**
**151 E. Central Avenue**
**Lake Wales, FL 33853**

Date(s) debt was incurred _

Last 4 digits of account number **0546**

As of the petition filing date, the claim is: *Check all that apply.*                **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.721 6**

**Nonpriority creditor's name and mailing address**
**OUGHTERSON SUNDHEIM &**
**Central Parkway Professional Plaza**
**612 SE Central Parkway**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number **357**

As of the petition filing date, the claim is: *Check all that apply.*            **$1,465.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.721 7**

**Nonpriority creditor's name and mailing address**
**OVERSTREET MILES RITCH**
**100 Church Street**
**Suite 1**
**Kissimmee, FL 34741**

Date(s) debt was incurred _

Last 4 digits of account number **35**

As of the petition filing date, the claim is: *Check all that apply.*               **$391.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.721 8**

**Nonpriority creditor's name and mailing address**
**OWENS LAW GROUP PA**
**811-B Cypress Village Boulevard**
**Ruskin, FL 33573**

Date(s) debt was incurred _

Last 4 digits of account number **5843**

As of the petition filing date, the claim is: *Check all that apply.*                **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.721 9**

**Nonpriority creditor's name and mailing address**
**OXFORD TITLE & TRUST A PRIVATE**
**7210 Red Road Suite 213**
**South Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number **8820**

As of the petition filing date, the claim is: *Check all that apply.*                **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.722 0**

**Nonpriority creditor's name and mailing address**
**Oza Law, P.A.**
**955-N NW 17th Avenue**
**Delray Beach, FL 33445**

Date(s) debt was incurred _

Last 4 digits of account number **0056**

As of the petition filing date, the claim is: *Check all that apply.*                **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.722 1**

**Nonpriority creditor's name and mailing address**
**OZARK PERRON & NELSON PA**
**2816 Manatee Avenue W**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number **0805**

As of the petition filing date, the claim is: *Check all that apply.*                **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.722 2**

**Nonpriority creditor's name and mailing address**
**P AUSE BROWN**
**4001 Northwest 9th Court**
**Gainesville, FL 32605**

Date(s) debt was incurred _

Last 4 digits of account number  **6388**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$225.00**

---

**3.722 3**

**Nonpriority creditor's name and mailing address**
**P GREGORY JONES**
**Fla Department of Transportation**
**605 Suwannee Street Suite Ms-58**
**Tallahassee, FL 32399-6544**

Date(s) debt was incurred _

Last 4 digits of account number  **6748**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.722 4**

**Nonpriority creditor's name and mailing address**
**P MICHAEL MANNING JR**
**101 Southeast 6th Avenue Suite B**
**Delray Beach, FL 33483-5261**

Date(s) debt was incurred _

Last 4 digits of account number  **1472**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.722 5**

**Nonpriority creditor's name and mailing address**
**P MICHAEL VILLALOBOS**
**3621 Cleveland Avenue**
**Fort Myers, FL 33901-7905**

Date(s) debt was incurred _

Last 4 digits of account number  **4377**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.722 6**

**Nonpriority creditor's name and mailing address**
**PABLO R BARED**
**13123 Southwest 64th Court**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **6841**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.722 7**

**Nonpriority creditor's name and mailing address**
**PACE ALLEN JR**
**2121 W Tennessee Street**
**Tallahassee, FL 32304**

Date(s) debt was incurred _

Last 4 digits of account number  **5216**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**                              Case number (if known)   **2:23-bk-01538**
_____
Name

| | | |
|---|---|---|
| 3.722 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**PACHECO PEREZ ORTIZ PA**
**2121 S Douglas Road Suite 200**
**Miami, FL 33145**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  4176**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|

**Pacheco Perez P.A.**
**2121 SW 37th Avenue**
**Suite 200**
**Miami, FL 33145**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  1020**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|

**PACKMAN NEUWAHL & ROSENBERG**
**8950 SW 74th Court**
**Suite 1901**
**Miami, FL 33156**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  314**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|

**PADIERNE & ASSOCIATES PA**
**P.O. Box 45-2323**
**Miami, FL 33245**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  6941**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|

**Padly Law, P.A.**
**1415 Panther Lane**
**Suite 240**
**Naples, FL 34109**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  8461**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|

**PADRON LAW FIRM PA**
**10691 N. Kendall Drive**
**Suite 109**
**Miami, FL 33176**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  4946**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.723 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**PAEZ & GARCIA PA**
5979 NW 151st Street
Suite 111
Miami Lakes, FL 33014-2400

Date(s) debt was incurred _

Last 4 digits of account number  **2654**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.723 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Pagan & Stroleny, PL**
1 Northeast 2nd Avenue Suite 200
Miami, FL 33132

Date(s) debt was incurred _

Last 4 digits of account number  **9205**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.723 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**PAGE LAW FIRM LLC**
Attn: Christina Page
7932 W. Sand Lake Road, Suite 204
Orlando, FL 32819

Date(s) debt was incurred _

Last 4 digits of account number  **5866**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.723 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**PALEN & HOCHBERG PA**
P.O. Box 3686
West Palm Beach, FL 33402-3686

Date(s) debt was incurred _

Last 4 digits of account number  **7306**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.723 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,249.98 |

**PALLOT & POPPELL**
169 East Flagler Street,#1517
Alfred I Dupont Building
Miami, FL 33131-1207

Date(s) debt was incurred _

Last 4 digits of account number  **6287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.723 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |

**PALLOTTO & HAYSON PA**
7777 A Davie Road Extension
Suite 100A
Hollywood, FL 33024

Date(s) debt was incurred _

Last 4 digits of account number  **6212**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.724 0**

**Nonpriority creditor's name and mailing address**

**Palma Law Group, P.A.**
**5510 Roosevelt Boulevard**
**Clearwater, FL 33760**

Date(s) debt was incurred _

Last 4 digits of account number **8497**

As of the petition filing date, the claim is: *Check all that apply.*          **$75.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.724 1**

**Nonpriority creditor's name and mailing address**

**PALMER PALMER & MANGIERO**
**Falls Professional Center**
**12790 S. Dixie Highway**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **1078**

As of the petition filing date, the claim is: *Check all that apply.*          **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.724 2**

**Nonpriority creditor's name and mailing address**

**PALMER W COLLINS PA**
**2230 N Riverside Drive**
**Indialantic, FL 32903-3618**

Date(s) debt was incurred _

Last 4 digits of account number **4108**

As of the petition filing date, the claim is: *Check all that apply.*          **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.724 3**

**Nonpriority creditor's name and mailing address**

**Palumbo & Bertrand, P.A.**
**2500 S. Bumby Avenue**
**Orlando, FL 32806**

Date(s) debt was incurred _

Last 4 digits of account number **8468**

As of the petition filing date, the claim is: *Check all that apply.*          **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.724 4**

**Nonpriority creditor's name and mailing address**

**PAMELA J WALDORF**
**Pj Waldorf P.L.C.**
**P.O. Box 70**
**West Palm Beach, FL 33402**

Date(s) debt was incurred _

Last 4 digits of account number **5703**

As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.724 5**

**Nonpriority creditor's name and mailing address**

**PAMELA JO HATLEY PA**
**P.O. Box 47477**
**Tampa, FL 33646-0113**

Date(s) debt was incurred _

Last 4 digits of account number **9797**

As of the petition filing date, the claim is: *Check all that apply.*          **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.724 6**

**Nonpriority creditor's name and mailing address**

**PAMELA MILTON ROBB**
**214 N. 3rd Street**
**Suite B**
**Leesburg, FL 34748**

Date(s) debt was incurred _

Last 4 digits of account number **4950**

As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.724 7**

**Nonpriority creditor's name and mailing address**

**PAMELA STEWART**
**P.O. Box 25**
**Naples, FL 34106-0025**

Date(s) debt was incurred _

Last 4 digits of account number  **4264**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.724 8**

**Nonpriority creditor's name and mailing address**

**PAMELA T DUNSTON**
**777 S Flagler Drive Suite 800**
**West Palm Beach, FL 33401-6161**

Date(s) debt was incurred _

Last 4 digits of account number  **5292**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.724 9**

**Nonpriority creditor's name and mailing address**

**PAMELA T KARLSON PA**
**301 Dal Hall Boulevard**
**Lake Placid, FL 33852**

Date(s) debt was incurred _

Last 4 digits of account number  **8374**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.725 0**

**Nonpriority creditor's name and mailing address**

**PAMELA Y BRAYNON**
**872 Brokview Lane**
**Rockledge, FL 32955-4083**

Date(s) debt was incurred _

Last 4 digits of account number  **4651**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.725 1**

**Nonpriority creditor's name and mailing address**

**Panza Maurer & Maynard, P.A.**
**3600 N Federal Highway Suite 300**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **7987**

**As of the petition filing date, the claim is:** *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.725 2**

**Nonpriority creditor's name and mailing address**

**PAOLA A GOMEZ-PEREZ PA**
**7990 Southwest 117th Avenue Suite 201**
**Miami, FL 33183**

Date(s) debt was incurred _

Last 4 digits of account number  **4180**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust** _____  Case number (if known) **2:23-bk-01538**
       Name

---

| 3.725 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PAPPAS & RUSSELL PA**
**213 Silver Beach Avenue**
**Daytona Beach, FL 32118**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6615**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Pappas Legal Group, P.L.L.C.**
**150 SE 2nd Avenue**
**Suite 300**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **9443**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PAPPAS METCALF JENKS MILLER**
**245 Riverside Avenue Suite 400**
**Jacksonville, FL 32202-4926**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5491**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**PAPY WEISSENBORN VRASPIR &**
**3001 Ponce De Leon Boulevard Suite 214**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **1451**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**PARADY & ZIKAKIS PA**
**307 SE 14th Street**
**Ft Lauderdale, FL 33316-1124**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2148**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**PARIS & ASSOCIATES PA**
**34 Camino Del Carrisito**
**Placitas, NM 87043-8705**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7586**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PARKER & ASSOCIATES PA**
**1215 E Amelia Street**
**Orlando, FL 32803-5403**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2821**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.726 0**

**Nonpriority creditor's name and mailing address**
**PARKS & BENNETT**
**865 Fifth Avenue S**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number  **1095**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$450.00

---

**3.726 1**

**Nonpriority creditor's name and mailing address**
**PARLADE LAW FIRM PA**
**7050 SW 86th Avenue**
**Miami, FL 33143-2426**

Date(s) debt was incurred _

Last 4 digits of account number  **7652**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$300.00

---

**3.726 2**

**Nonpriority creditor's name and mailing address**
**Parwani Law, P.A.**
**9905 Alambra Avenue**
**Tampa, FL 33619**

Date(s) debt was incurred _

Last 4 digits of account number  **8244**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.726 3**

**Nonpriority creditor's name and mailing address**
**Paster Ray & Cohen**
**6108 26th Street W.**
**Suite 2**
**Bradenton, FL 34207**

Date(s) debt was incurred _

Last 4 digits of account number  **7192**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.726 4**

**Nonpriority creditor's name and mailing address**
**PASTOR ANDREU & MONTES PA**
**290 Northwest 165th Street P100**
**Miami, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number  **6590**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.726 5**

**Nonpriority creditor's name and mailing address**
**Patch Reef Title Company, Inc.**
**6100 Glades Road**
**Suite 204**
**Boca Raton, FL 33434**

Date(s) debt was incurred _

Last 4 digits of account number  **4652**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.726 6**

**Nonpriority creditor's name and mailing address**
**Patchen Law, P.A.**
**15165 Northwest 77th Avenue**
**Suite 2005**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _
Last 4 digits of account number **8140**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.726 7**

**Nonpriority creditor's name and mailing address**
**PATHMAN LEWIS LLP**
**2 S. Biscayne Boulevard**
**Suite 2400**
**Miami, FL 33131**

Date(s) debt was incurred _
Last 4 digits of account number **5360**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.726 8**

**Nonpriority creditor's name and mailing address**
**PATINO & ASSOCIATES PA**
**550 Biltmore Way Suite 740**
**Coral Gables, FL 33134**

Date(s) debt was incurred _
Last 4 digits of account number **9397**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.726 9**

**Nonpriority creditor's name and mailing address**
**Patino & Associates, P.A.**
**113 Almeria Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred _
Last 4 digits of account number **8392**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.727 0**

**Nonpriority creditor's name and mailing address**
**PATRICE BOYES**
**414 Southwest 140th Terrace Suite 100**
**Newberry, FL 32669**

Date(s) debt was incurred _
Last 4 digits of account number **3327**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.727 1**

**Nonpriority creditor's name and mailing address**
**PATRICIA A BALDWIN**
**8000 S. Federal Highway**
**Suite 300**
**Port St Lucie, FL 34952**

Date(s) debt was incurred _
Last 4 digits of account number **4792**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.727 2**

**Nonpriority creditor's name and mailing address**
**PATRICIA A BURTON**
**1881 Northeast 26th Street Suite 212e**
**Ft Lauderdale, FL 33305**

Date(s) debt was incurred _
Last 4 digits of account number **6856**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$21.44

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.727 3**

Nonpriority creditor's name and mailing address
**PATRICIA A RAHL**
Attn: Joanne Cusack
2951 High Point Boulevard
Kissimmee, FL 34747

Date(s) debt was incurred _
Last 4 digits of account number **599**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.727 4**

Nonpriority creditor's name and mailing address
**PATRICIA A RATHBURN**
500 SE 17th Street
Suite 312
Ft Lauderdale, FL 33316-2547

Date(s) debt was incurred _
Last 4 digits of account number **7398**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.727 5**

Nonpriority creditor's name and mailing address
**PATRICIA DALTON**
421 Essex Avenue
Spring Lake, NJ 07762-1146

Date(s) debt was incurred _
Last 4 digits of account number **5658**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.727 6**

Nonpriority creditor's name and mailing address
**PATRICIA DEL PINO ARIAS PA**
3900 Northwest 79th Avenue Suite 805
Miami, FL 33166

Date(s) debt was incurred _
Last 4 digits of account number **7407**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.727 7**

Nonpriority creditor's name and mailing address
**PATRICIA E GLEASON**
4121 N 31st Avenue
Hollywood, FL 33021

Date(s) debt was incurred _
Last 4 digits of account number **4866**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.727 8**

Nonpriority creditor's name and mailing address
**PATRICIA E THORNE**
Varner & Thorne P.A.
75 Northwest 1st Avenue Suite 102
Delray Beach, FL 33444-2601

Date(s) debt was incurred _
Last 4 digits of account number **8021**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.7279**

Nonpriority creditor's name and mailing address
**PATRICIA ESPINOSA**
**P.O. Box 142058**
**Miami, FL 33114-2058**

Date(s) debt was incurred _

Last 4 digits of account number **8328**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.7280**

Nonpriority creditor's name and mailing address
**PATRICIA G WILLIAMS**
**1055 Northwest 183 Street**
**Miami, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number **7706**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$100.00

---

**3.7281**

Nonpriority creditor's name and mailing address
**PATRICIA GESSEL PL**
**103 Donlon Drive**
**New Smyrna Beach, FL 32168**

Date(s) debt was incurred _

Last 4 digits of account number **8302**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.7282**

Nonpriority creditor's name and mailing address
**Patricia J. Kates, P.A.**
**2655 Le Jeune Road**
**Suite 804**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **8994**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.7283**

Nonpriority creditor's name and mailing address
**PATRICIA K ALLEN**
**324 Datura Street Suite 206**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **5008**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.7284**

Nonpriority creditor's name and mailing address
**PATRICIA K LYTLE**
**98 Rock Road Wrt**
**Green Brook, NJ 08812-2023**

Date(s) debt was incurred _

Last 4 digits of account number **6623**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$200.00

---

**3.7285**

Nonpriority creditor's name and mailing address
**PATRICIA KLEIN**
**3860 N Powerline**
**Deerfield Beach, FL 33073**

Date(s) debt was incurred _

Last 4 digits of account number **8412**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.728 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**PATRICIA L BOYCHUK**
**2300 Palm Beach Lakes Boulevard Suite 30**
**West Palm Beach, FL 33409-3306**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **7200**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**PATRICIA L PEREZ**
**Patricia L. Perez P.A.**
**250 Cocoplum Road**
**Coral Gables, FL 33143**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **3686**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$377.32** |

**PATRICIA LEENHOUTS**
**P.O. Box 025380**
**Miami, FL 33102-1156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **382**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**PATRICIA M MENENDEZ-CAMBO**
**Greenberg Traurig**
**1221 Brickell Avenue 24th Floor**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **7792**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**PATRICIA M WHIPPLE**
**P.O. Box 570657**
**Miami, FL 33257-0657**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **0903**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |

**PATRICIA MUSCARELLA**
**P.O. Box 276**
**Clearwater, FL 34617-0276**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **8201**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.729 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|
| **PATRICIA R MUELLER**<br>PO Box 1034<br>Tavares, FL 32778 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **8127** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.729 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|
| **PATRICIA S HUSBANDS**<br>P.O. Drawer 1047<br>Dade City, FL 33526-1047 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **5108** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.729 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|
| **PATRICIA V COHEN**<br>**PATRICIA V COHEN & ASSOCS PA**<br>252 E BOCA RATON RD<br>BOCA RATON, FL 33432 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **7405** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.729 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|
| **PATRICK B CASEY**<br>P.O. Box 2527<br>Bonita Springs, FL 34133-2527 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **2436** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.729 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|
| **PATRICK CICALESE**<br>250 Tequesta Drive Suite 200<br>Tequesta, FL 33469-2765 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **8358** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.729 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|
| **PATRICK CICALESE**<br>129 Center Street<br>Jupiter, FL 33458 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **8358** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.729 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|
| **PATRICK G EMMANUEL JR**<br>P.O. Box B<br>Jacksonville, FL 32203-0297 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Member** | |
| Last 4 digits of account number **3957** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.7299**

Nonpriority creditor's name and mailing address
**PATRICK G GILLIGAN**
**7 E Silver Springs Boulevard Suite 500**
**Ocala, FL 34470-6659**

Date(s) debt was incurred _

Last 4 digits of account number **6698**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.7300**

Nonpriority creditor's name and mailing address
**PATRICK G KELLEY PA**
**3020 NE 32nd Avenue**
**Suite 226**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number **6187**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.7301**

Nonpriority creditor's name and mailing address
**PATRICK H NEALE**
**Patrick Neale & Associates**
**5470 Bryson Court, Suite 103**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number **6684**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.7302**

Nonpriority creditor's name and mailing address
**PATRICK J CASEY**
**515 N Flagler Drive 19th Floor**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **5507**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.7303**

Nonpriority creditor's name and mailing address
**PATRICK J NEWTON**
**First American Title Insurance Company**
**5000 Tamiami Trail North**
**Naples, FL 34103**

Date(s) debt was incurred _

Last 4 digits of account number **1805**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.7304**

Nonpriority creditor's name and mailing address
**PATRICK M GORDON**
**Patrick M. Gordon P.A.**
**810 Saturn Street Suite 17**
**Jupiter, FL 33477**

Date(s) debt was incurred _

Last 4 digits of account number **7387**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$13,202.29

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.730 5**

**Nonpriority creditor's name and mailing address**
**PATRICK M MAGILL**
P.O. Box 922
Orlando, FL 32802-0922

Date(s) debt was incurred _

Last 4 digits of account number **6224**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.730 6**

**Nonpriority creditor's name and mailing address**
**PATRICK M O'CONNOR**
DBA O'Connor Law Firm
2240 Belleair Road, Suite 115
Clearwater, FL 33764

Date(s) debt was incurred _

Last 4 digits of account number **6832**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.730 7**

**Nonpriority creditor's name and mailing address**
**Patrick Magner, P.A.**
3055 Northeast 49th Street
Ft Lauderdale, FL 33308

Date(s) debt was incurred _

Last 4 digits of account number **8933**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.730 8**

**Nonpriority creditor's name and mailing address**
**PATRICK R CUNNINGHAM**
3008 Manatee Avenue W
Bradenton, FL 34205-4241

Date(s) debt was incurred _

Last 4 digits of account number **7672**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.730 9**

**Nonpriority creditor's name and mailing address**
**PATRICK ROBERT SMITH**
P.O. Box 310719
Tampa, FL 33680

Date(s) debt was incurred _

Last 4 digits of account number **0694**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.731 0**

**Nonpriority creditor's name and mailing address**
**PATRICK S SWEENEY**
5763 Golden Terrace
Madison, WI 53711

Date(s) debt was incurred _

Last 4 digits of account number **4709**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.731 1**

**Nonpriority creditor's name and mailing address**
**PATRICK W GILLEN**
2250 Southeast Letha Court Apt 30-8
Stuart, FL 34994

Date(s) debt was incurred _

Last 4 digits of account number **4462**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**
_____

| 3.731 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**PATRICK W RINARD**
P.O. Box 10194
Clearwater, FL 34617-8194

Date(s) debt was incurred _

Last 4 digits of account number  **0904**

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.731 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|

**PATRICK W SKELTON**
P.O. Box 1288
Tampa, FL 33601

Date(s) debt was incurred _

Last 4 digits of account number  **7364**

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.731 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**PATTERSON & HARMON PA**
4701 N. Federal Highway
Suite 480
Pompano Beach, FL 33064-6587

Date(s) debt was incurred _

Last 4 digits of account number  **3027**

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.731 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$375.00** |
|---|---|---|---|

**PATTERSON & MALONEY**
600 S Andrews Avenue Suite 600
Ft Lauderdale, FL 33301-2802

Date(s) debt was incurred _

Last 4 digits of account number  **2893**

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.731 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$350.00** |
|---|---|---|---|

**PATTILLO & MCKEEVER PA**
500 Northeast 8th Avenue
Ocala, FL 34470

Date(s) debt was incurred _

Last 4 digits of account number  **2886**

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.731 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**PAUL A DUFFETT**
P.O. Box 2633
Ormond Beach, FL 32175-2633

Date(s) debt was incurred _

Last 4 digits of account number  **4145**

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.731 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,786.26** |
|---|---|---|---|

**PAUL A GORE**
4613 N University Drive Box 423
Coral Springs, FL 33067

Date(s) debt was incurred _

Last 4 digits of account number  **5168**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.7319**

**Nonpriority creditor's name and mailing address**

**PAUL A LESTER PA**
**9150 S. Dadeland Boulevard**
**Suite 1400**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **5922**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7320**

**Nonpriority creditor's name and mailing address**

**PAUL A LEVINE**
**1401 Brickell Avenue Suite 700**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **4966**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7321**

**Nonpriority creditor's name and mailing address**

**PAUL A MILLER**
**2863 Sanbina Street**
**Winter Park, FL 32789-1129**

Date(s) debt was incurred _

Last 4 digits of account number **5719**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7322**

**Nonpriority creditor's name and mailing address**

**PAUL A MURRAY**
**5667 Naples Boulevard Suite 1**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number **2245**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7323**

**Nonpriority creditor's name and mailing address**

**PAUL A ROSEN**
**3901 N 38th Avenue**
**Hollywood, FL 33021-1932**

Date(s) debt was incurred _

Last 4 digits of account number **8691**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7324**

**Nonpriority creditor's name and mailing address**

**Paul A. Moran, P.A.**
**46 N. Washington Boulevard**
**Suite 25**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number **9016**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.732 5**

**Nonpriority creditor's name and mailing address**
**PAUL B STEINBERG**
**767 Arthur Godfrey Road**
**Miami Beach, FL 33140-9998**

Date(s) debt was incurred  _

Last 4 digits of account number  **3256**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.732 6**

**Nonpriority creditor's name and mailing address**
**PAUL BUECHELE PA**
**6350 Pinetree Drive**
**Miami Beach, FL 33141**

Date(s) debt was incurred  _

Last 4 digits of account number  **1715**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.732 7**

**Nonpriority creditor's name and mailing address**
**PAUL C MUELLER**
**7141 Southwest 6th Street**
**Ft Lauderdale, FL 33317-3832**

Date(s) debt was incurred  _

Last 4 digits of account number  **3815**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$399.67**

---

**3.732 8**

**Nonpriority creditor's name and mailing address**
**PAUL D BARNS JR**
**550 Ocean Drive Unit 8-E**
**Key Biscayne, FL 33149**

Date(s) debt was incurred  _

Last 4 digits of account number  **0027**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$92.50**

---

**3.732 9**

**Nonpriority creditor's name and mailing address**
**PAUL D BEITLICH**
**P.O. Box 4195**
**Sarasota, FL 34230-4195**

Date(s) debt was incurred  _

Last 4 digits of account number  **664**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$299.50**

---

**3.733 0**

**Nonpriority creditor's name and mailing address**
**PAUL D NEWELL**
**P.O. Drawer 1369**
**Keystone Heights, FL 32656-1369**

Date(s) debt was incurred  _

Last 4 digits of account number  **4554**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,239.89**

---

**3.733 1**

**Nonpriority creditor's name and mailing address**
**PAUL E RIFFEL**
**1319 W Fletcher Avenue**
**Tampa, FL 33612**

Date(s) debt was incurred  _

Last 4 digits of account number  **0264**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.733 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**PAUL E WATSON**
P.O. Box 11
Bartow, FL 33831-0011

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **637**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.733 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PAUL F ANGUEIRA PA**
1808 Northwest 126th Avenue
Pembroke Pines, FL 33028

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **1655**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.733 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**PAUL F HARTSFIELD JR**
4913 N Monroe Street
Tallahassee, FL 32303

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **7691**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.733 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PAUL FELDMAN PA**
2750 NE 185TH STREET SUITE 303
AVENTURA, FL 33180

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **8530**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.733 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.46 |
|---|---|---|---|

**PAUL G BLOCK PA**
Dadeland Towers
9200 S Dadeland Boulevard Suite 412
Miami, FL 33156-2703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **5243**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.733 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**PAUL G FLETCHER**
Bank of America
1500 S Dixie Highway Suite 200
Coral Gables, FL 33146

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **4653**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.733 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PAUL H NESSLER JR**
10002 Cortez Boulevard
Spring Hill, FL 34613-6303

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number **4153**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.7339**

Nonpriority creditor's name and mailing address

**PAUL I SCHERMAN**
**935 Northwest 164th Avenue**
**Pembroke Pines, FL 33028-1138**

Date(s) debt was incurred _

Last 4 digits of account number  **6169**

As of the petition filing date, the claim is: Check all that apply.

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7340**

Nonpriority creditor's name and mailing address

**PAUL J HEALY**
**1830 Atlantic Boulevard**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number  **7208**

As of the petition filing date, the claim is: Check all that apply.

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7341**

Nonpriority creditor's name and mailing address

**PAUL J LANE**
**2856 E Oakland Park Boulevard**
**Ft Lauderdale, FL 33306**

Date(s) debt was incurred _

Last 4 digits of account number  **5740**

As of the petition filing date, the claim is: Check all that apply.

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7342**

Nonpriority creditor's name and mailing address

**PAUL J MORGAN & ASSOCIATES PA**
**1099 W Morse Boulevard**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number  **2845**

As of the petition filing date, the claim is: Check all that apply.

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7343**

Nonpriority creditor's name and mailing address

**PAUL J NICOLETTI**
**121 Southwest Flagler Avenue**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number  **7765**

As of the petition filing date, the claim is: Check all that apply.

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7344**

Nonpriority creditor's name and mailing address

**PAUL J SARDON PA**
**201 Madeira Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **2117**

As of the petition filing date, the claim is: Check all that apply.

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.734 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PAUL J SCHLEGEL**
**Trade Center S.**
**100 W. Cypress Creek Road, Suite 910**
**Ft Lauderdale, FL 33309**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8613**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.734 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**PAUL J. DIGIULIO**
**3067 E. Commercial Blvd.**
**Ft Lauderdale, FL 33308-4311**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6445**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.734 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PAUL K HEISTAND**
**P.O. Box 120**
**St Petersburg, FL 33731-0120**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4448**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.734 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PAUL K SILVERBERG PA**
**2665 Executive Park Drive Suite 2**
**Weston, FL 33331**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6427**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.734 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PAUL L MCKEAN**
**5531 Marquesas Circle**
**Sarasota, FL 34233-3332**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7011**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.735 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**PAUL L STEINER**
**1101 Northeast 86th Street**
**Miami, FL 33138-3433**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **894**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.735 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**PAUL M BARBATO**
**Chicago Title Insurance Suite 460**
**4170 Ashford Dunwoody Road Northeast**
**Atlanta, GA 30319**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7299**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.735 2**

**Nonpriority creditor's name and mailing address**

**PAUL M BLOOMGARDEN**
**8551 W Sunrise Boulevard**
**Ft Lauderdale, FL 33322-4007**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7988**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,078.19**

---

**3.735 3**

**Nonpriority creditor's name and mailing address**

**PAUL M CALDWELL**
**25 Town Center Boulevard Suite C**
**Clermont, FL 34714**

**Date(s) debt was incurred** _

**Last 4 digits of account number  9755**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.735 4**

**Nonpriority creditor's name and mailing address**

**PAUL M HENDRICK**
**7983 Hampton Park Boulevard E**
**Jacksonville, FL 32256**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6023**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.735 5**

**Nonpriority creditor's name and mailing address**

**PAUL M KADE**
**2357-3 Tamiami Trail S.**
**Suite 151**
**Venice, FL 34293**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8098**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.735 6**

**Nonpriority creditor's name and mailing address**

**PAUL M SULLIVAN JR PA**
**Brandywine Centre 1**
**580 Village Boulevard Suite 580**
**West Palm Beach, FL 33409-1904**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7250**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.735 7**

**Nonpriority creditor's name and mailing address**

**PAUL M VOLMERT**
**1005 Marina Mile Boulevard**
**Suite 461**
**Ft Lauderdale, FL 33315**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5219**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**

| | |
|---|---|
| 3.735 8 | |

**Nonpriority creditor's name and mailing address**

**PAUL N CONTESSA**
Paul N. Contessa P.A.
15321 S Dixie Highway Suite 207
Miami, FL 33157

Date(s) debt was incurred _

Last 4 digits of account number  **2197**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.735 9 | |

**Nonpriority creditor's name and mailing address**

**PAUL N LASHBROOK**
524 S Andrews Avenue Suite 203 Suite Rth
Ft Lauderdale, FL 33301-2878

Date(s) debt was incurred _

Last 4 digits of account number  **4172**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.736 0 | |

**Nonpriority creditor's name and mailing address**

**PAUL PACCHIANA**
5621 Strand Boulevard
Suite 210
Naples, FL 34110

Date(s) debt was incurred _

Last 4 digits of account number  **6342**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.736 1 | |

**Nonpriority creditor's name and mailing address**

**PAUL R CORBETT**
3585 Indigo Pond Drive
Palm Harbor, FL 34685

Date(s) debt was incurred _

Last 4 digits of account number  **9087**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.736 2 | |

**Nonpriority creditor's name and mailing address**

**PAUL R SASSO**
12372 SW 82nd Avenue
Pinecrest, FL 33156

Date(s) debt was incurred _

Last 4 digits of account number  **8031**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.736 3 | |

**Nonpriority creditor's name and mailing address**

**PAUL R STANTON ESQ**
Douglas Centre
2600 Douglas Rd., Suite 304
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **7568**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

| | |
|---|---|
| 3.736 4 | |

**Nonpriority creditor's name and mailing address**

**PAUL R. ALFIERI**
P.O. Box 11062
Ft. Lauderdale, FL 33339-1062

Date(s) debt was incurred _

Last 4 digits of account number  **8331**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor __LTGF Business Trust_____  Case number (if known) __2:23-bk-01538__
        Name

---

**3.736
5**

Nonpriority creditor's name and mailing address
**Paul R. Venning, P.A.
120 E. Oakland Park Boulevard
Suite 105
Oakland, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number __0815__

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.736
6**

Nonpriority creditor's name and mailing address
**PAUL RAMPELL
125 Worth Avenue Suite 202
Palm Beach, FL 33480-4466**

Date(s) debt was incurred _

Last 4 digits of account number __8703__

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.736
7**

Nonpriority creditor's name and mailing address
**PAUL REED TOOMEY
1633 Northwest 19th Circle
Gainesville, FL 32605-4094**

Date(s) debt was incurred _

Last 4 digits of account number __3568__

As of the petition filing date, the claim is: *Check all that apply.*                    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.736
8**

Nonpriority creditor's name and mailing address
**PAUL REGENSDORF
Akerman Senterfitt & Eidson
350 E Las Olas Boulevard Suite 1600
Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number __6853__

As of the petition filing date, the claim is: *Check all that apply.*                    **$4,143.03**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.736
9**

Nonpriority creditor's name and mailing address
**PAUL S BERGER
100 Southeast 2nd Street Floor 17
Miami, FL 33131-2158**

Date(s) debt was incurred _

Last 4 digits of account number __3743__

As of the petition filing date, the claim is: *Check all that apply.*                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.737
0**

Nonpriority creditor's name and mailing address
**PAUL S MARTIN & ASSOCIATES PA
2134 Hollywood Boulevard
Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number __9006__

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

**3.737**
**1**

**Nonpriority creditor's name and mailing address**
**PAUL S. FRASER**
**600 El Bosque Road**
**Santa Barbara, CA 93108-1308**

Date(s) debt was incurred _

Last 4 digits of account number  **5399**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$71.03

---

**3.737**
**2**

**Nonpriority creditor's name and mailing address**
**PAUL SAFRAN JR PA**
**630 US Highway 1 Suite 300**
**North Palm Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number  **7294**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.737**
**3**

**Nonpriority creditor's name and mailing address**
**PAUL SALVER PA**
**2721 Executive Park Drive**
**Suite 3**
**Weston, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number  **5086**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.737**
**4**

**Nonpriority creditor's name and mailing address**
**PAUL SIDNEY ELLIOTT**
**P.O. Box 274204**
**Tampa, FL 33688-4204**

Date(s) debt was incurred _

Last 4 digits of account number  **4641**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.737**
**5**

**Nonpriority creditor's name and mailing address**
**PAUL STANLEY WEST PA**
**950 S Winter Park Drive Suite 333**
**Casselberry, FL 32707**

Date(s) debt was incurred _

Last 4 digits of account number  **5841**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.737**
**6**

**Nonpriority creditor's name and mailing address**
**PAUL T JESKE**
**1904 East Busch Boulevard**
**Sprague & Jeske Pa**
**Tampa, FL 33612-8666**

Date(s) debt was incurred _

Last 4 digits of account number  **7430**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.737**
**7**

**Nonpriority creditor's name and mailing address**
**PAUL T. DOUGLAS**
**2328 S. Congress, Suite 1-D**
**West Palm Beach, FL 33406-7671**

Date(s) debt was incurred _

Last 4 digits of account number  **3897**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.737 8**

**Nonpriority creditor's name and mailing address**

**PAUL THIBADEAU**
**205 Worth Avenue**
**Suite 306**
**Palm Beach, FL 33480-4618**

Date(s) debt was incurred _

Last 4 digits of account number **5606**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.737 9**

**Nonpriority creditor's name and mailing address**

**PAUL V DEBIANCHI**
**111 SE 12th Street**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number **6465**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.738 0**

**Nonpriority creditor's name and mailing address**

**PAUL V MOYER**
**2601 Technology Drive**
**Orlando, FL 32804-8003**

Date(s) debt was incurred _

Last 4 digits of account number **8677**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.738 1**

**Nonpriority creditor's name and mailing address**

**PAUL V SCOTT PL**
**1639 Cape Coral Parkway Unit 203**
**Cape Coral, FL 33904**

Date(s) debt was incurred _

Last 4 digits of account number **2219**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.738 2**

**Nonpriority creditor's name and mailing address**

**Paul, Elkind, Branz & Paul, LLP**
**142 E. New York Avenue**
**Deland, FL 32724**

Date(s) debt was incurred _

Last 4 digits of account number **8144**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.738 3**

**Nonpriority creditor's name and mailing address**

**PAULA D HICKMAN**
**P.O. Box 770176**
**Coral Springs, FL 33077-0176**

Date(s) debt was incurred _

Last 4 digits of account number **8654**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**
        Name                                      Case number (*if known*)    **2:23-bk-01538**

| | |
|---|---|
| **3.738**<br>**4** | |

**Nonpriority creditor's name and mailing address**

**PAULICH SLACK & WOLFF PA**
**GrayRobinson P.A.**
**8889 Pelican Bay Boulevard Suite 400**
**Naples, FL 34108**

Date(s) debt was incurred _

Last 4 digits of account number **7385**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.738**
**5**

**Nonpriority creditor's name and mailing address**

**PAULINA A CERVANTES**
**9840 Southwest 77th Avenue Suite 202**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **9922**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.738**
**6**

**Nonpriority creditor's name and mailing address**

**PAULUS LAW LLC**
**429 Deer Pointe Circle**
**Casselberry, FL 32707**

Date(s) debt was incurred _

Last 4 digits of account number **6512**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.738**
**7**

**Nonpriority creditor's name and mailing address**

**PAVESE LAW FIRM**
**P.O. Drawer 1507**
**Ft Myers, FL 33902-1507**

Date(s) debt was incurred _

Last 4 digits of account number **1562**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$21,610.60**

---

**3.738**
**8**

**Nonpriority creditor's name and mailing address**

**Pazos and Guerrero Law, P.L.L.C.**
**12000 Biscayne Boulevard Suite 503**
**Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number **8981**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.738**
**9**

**Nonpriority creditor's name and mailing address**

**PEACOCK GAFFNEY & DAMIANAKIS**
**2348 Sunset Point Road**
**Clearwater, FL 33765-1431**

Date(s) debt was incurred _

Last 4 digits of account number **5554**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.739**
**0**

**Nonpriority creditor's name and mailing address**

**Pearson Doyle Mohre & Pastis, LLP**
**485 N. Keller Road**
**Suite 401**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number **1034**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.739
1**

Nonpriority creditor's name and mailing address
**PEAVYHOUSE GRANT CLARK**
**P.O. Box 24268**
**Tampa, FL 33623-4268**

Date(s) debt was incurred  _

Last 4 digits of account number  **3734**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$350.00

---

**3.739
2**

Nonpriority creditor's name and mailing address
**PECAREK & HERMAN CHARTERED**
**200 Clearwater-Largo Road S**
**Largo, FL 33770**

Date(s) debt was incurred  _

Last 4 digits of account number  **4498**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$250.00

---

**3.739
3**

Nonpriority creditor's name and mailing address
**PECK & PECK**
**Suite 103 Wachovia Building**
**5801 Pelican Bay Boulevard**
**Naples, FL 34108**

Date(s) debt was incurred  _

Last 4 digits of account number  **1342**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$75.00

---

**3.739
4**

Nonpriority creditor's name and mailing address
**PECKAR & ABRAMSON**
**1 SE 3rd Avenue**
**Suite 2000**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **8735**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$75.00

---

**3.739
5**

Nonpriority creditor's name and mailing address
**PEDRO P SAEZ**
**888 Brickell Avenue 5th Floor**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **3910**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.739
6**

Nonpriority creditor's name and mailing address
**Pedro Perez-Roura, P.A.**
**2828 Coral Way**
**Suite 206**
**Miami, FL 33145**

Date(s) debt was incurred  _

Last 4 digits of account number  **9141**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

| 3.739 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**PEDRO ROIG**
**6321 Bird Road**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number **4058**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**PEEBLES & MORIARTY PA**
**1001 Third Avenue W Suite 650**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number **9726**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**PEGGY L CARRY**
**1515 N. Federal Highway**
**Suite 300**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number **1116**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**PEGGY R HOYT**
**Hoyt & Bryan L.L.C.**
**254 Plaza Drive**
**Oviedo, FL 32765**

Date(s) debt was incurred _

Last 4 digits of account number **2536**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Peles & Associates, L.L.C.**
**945 Pennsylvania Avenue**
**Suite 101**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number **0165**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**PELLEGRINO & STEIER PA**
**135 Southeast 21st Terrace**
**Cape Coral, FL 33990-4317**

Date(s) debt was incurred _

Last 4 digits of account number **5560**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.740 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**PENALVER & PENALVER PA**
**2655 Le Jeune Road**
**Suite 508**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Member**

**Last 4 digits of account number  8717**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**PENELOPE THURMON ROWLETT PA**
**P.O. Box 12746**
**St Petersburg, FL 33733-2746**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Member**

**Last 4 digits of account number  2980**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**PENNINGTON MOORE WILKINSON**
**2701 N Rocky Point Drive Suite 900**
**Tampa, FL 33607**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Member**

**Last 4 digits of account number  7984**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $304.66 |
|---|---|---|---|

**PENNINGTON MOORE WILKINSON**
**P.O. Box 10095**
**Tallahassee, FL 32302-2095**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Member**

**Last 4 digits of account number  7984**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Pensky & Kim, P.A.**
**12550 Biscayne Boulevard**
**Suite 401**
**Miami, FL 33181**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Member**

**Last 4 digits of account number  0763**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Penson Law Firm, P.A.**
**2810 Remington Green Circle**
**Tallahassee, FL 32308**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Member**

**Last 4 digits of account number  2363**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**PereGonza Law Group**
**1414 NW 107 Avenue**
**Suite 302**
**Doral, FL 33172**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Member**

**Last 4 digits of account number  0681**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**
_____

| | |
|---|---|
| **3.741 0** | |

**Nonpriority creditor's name and mailing address**
**PEREZ & PERUYERA PA**
**9240 Southwest 72nd Street Suite 202**
**Miami, FL 33173**

Date(s) debt was incurred  _

Last 4 digits of account number  **7461**

As of the petition filing date, the claim is: *Check all that apply.*                     **$50.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.741 1** | |

**Nonpriority creditor's name and mailing address**
**Perez Abello Law, PLLC**
**1390 S. Dixie Highway**
**Suite 1309**
**Coral Gables, FL 33146**

Date(s) debt was incurred  _

Last 4 digits of account number  **3686**

As of the petition filing date, the claim is: *Check all that apply.*                     **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.741 2** | |

**Nonpriority creditor's name and mailing address**
**PEREZ-ABREU & ZAMORA**
**901 Ponce Deleon Boulevard Suite 502**
**Coral Gables, FL 33134-3073**

Date(s) debt was incurred  _

Last 4 digits of account number  **8734**

As of the petition filing date, the claim is: *Check all that apply.*                     **$50.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.741 3** | |

**Nonpriority creditor's name and mailing address**
**PEREZ-CEBALLOS & ASSOCIATES**
**814 Ponce De Leon Boulevard Suite 318**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **3035**

As of the petition filing date, the claim is: *Check all that apply.*                     **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.741 4** | |

**Nonpriority creditor's name and mailing address**
**PERLA & ASSOCIATES PA**
**203 E Livingston Street**
**Orlando, FL 32801**

Date(s) debt was incurred  _

Last 4 digits of account number  **8628**

As of the petition filing date, the claim is: *Check all that apply.*                     **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.741 5** | |

**Nonpriority creditor's name and mailing address**
**PERLA F ABRAMS**
**9769 South Dixie Highway**
**Suite 203**
**Pinecrest, FL 33156**

Date(s) debt was incurred  _

Last 4 digits of account number  **5018**

As of the petition filing date, the claim is: *Check all that apply.*                     **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **LTGF Business Trust**                          Case number (if known)  **2:23-bk-01538**
_____
Name

| 3.741 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**PERLA SOLE CALAS**
**14750 NW 77th Court**
**Suite 300**
**Miami Lakes, FL 33016**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** __Member__

Last 4 digits of account number  **5501**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.741 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28.78** |
|---|---|---|---|

**PERLMAN & PERLOW PA**
**1820 E Hallandale Beach Boulevard**
**Hallandale, FL 33009-4717**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** __Member__

Last 4 digits of account number  **7798**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.741 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**PERLMAN YEVOLI & ALBRIGHT PL**
**200 S Andrews Avenue Suite 600**
**Ft Lauderdale, FL 33301**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** __Member__

Last 4 digits of account number  **5948**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.741 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**PERNETTI & WHITTLE PA**
**10100 Deer Run Farms Road Suite 202**
**Ft Myers, FL 33912-1093**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** __Member__

Last 4 digits of account number  **8666**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.742 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**PERRY & KERN PA**
**88 NE 5th Avenue**
**Delray Beach, FL 33483**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** __Member__

Last 4 digits of account number  **6815**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.742 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.00** |
|---|---|---|---|

**PERRY & TAYLOR PA**
**2000 PGA Boulevard**
**Suite 4440 PMB #199**
**Palm Beach Gardens, FL 33408**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** __Member__

Last 4 digits of account number  **3913**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.742 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**PERRY D MONIOUDIS**
**800 Southeast 3rd Avenue Suite 200**
**Ft Lauderdale, FL 33316**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** __Member__

Last 4 digits of account number  **7538**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor __**LTGF Business Trust**__       Case number (*if known*) __**2:23-bk-01538**__
Name

---

| 3.742 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**PERRY DOUGLAS WEST**
**Perry Douglas West Chartered**
**P.O. Box 1656**
**Cocoa, FL 32923-1656**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **5133**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**PERRY G GRUMAN**
**3400 W Kennedy Boulevard**
**Tampa, FL 33609-2906**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **8334**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Perry Law, P.A.**
**100 Main Street**
**Suite 208**
**Safety Harbor, FL 34695**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **6902**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**PERRY W HODGES JR**
**4700 Sheridan Street Suite I**
**Hollywood, FL 33021-3416**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **5870**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**PERSAUD & NUNEZ**
**9100 S. Dadeland Boulevard**
**Suite 400**
**Miami, FL 33156**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **4404**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**PERSHES & SCHWARTZ**
**P.O. Box 9057**
**Ft Lauderdale, FL 33310-9057**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **7196**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.7429**

**Nonpriority creditor's name and mailing address**

**PERTNOY SOLOWSKY & ALLEN PA**
**Museum Tower Suite 2000**
**150 W Flagler Street**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number **7638**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.7430**

**Nonpriority creditor's name and mailing address**

**PETER A COHEN**
**19 W Flagler Street Suite 810**
**Miami, FL 33130-4409**

Date(s) debt was incurred _

Last 4 digits of account number **7139**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.7431**

**Nonpriority creditor's name and mailing address**

**PETER A MCFARLANE**
**500 S Florida Avenue Suite 715**
**Lakeland, FL 33801**

Date(s) debt was incurred _

Last 4 digits of account number **9791**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.7432**

**Nonpriority creditor's name and mailing address**

**PETER A NAPOLITANO**
**8406 Massachusetts Avenue Suite A1**
**New Port Richey, FL 34653-3129**

Date(s) debt was incurred _

Last 4 digits of account number **2570**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.7433**

**Nonpriority creditor's name and mailing address**

**PETER A PORTLEY**
**Lighthouse Point Professional Building**
**2211 E Sample Road Suite 204**
**Lighthouse Point, FL 33064-5225**

Date(s) debt was incurred _

Last 4 digits of account number **3632**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.7434**

**Nonpriority creditor's name and mailing address**

**PETER B CAGLE PA**
**2555 Ponce De Leon Boulevard**
**Suite 320**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **7815**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$350.00**

---

**3.7435**

**Nonpriority creditor's name and mailing address**

**PETER B HEEBNER**
**523 N Halifax**
**Daytona Beach, FL 32118-4017**

Date(s) debt was incurred _

Last 4 digits of account number **7004**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.743 6**

**Nonpriority creditor's name and mailing address**

**PETER B WEINTRAUB**
**Weintraub & Weintraub P.A.**
**2700 N Military Trail Suite 355**
**Boca Raton, FL 33431-6345**

Date(s) debt was incurred _

Last 4 digits of account number  **1702**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.743 7**

**Nonpriority creditor's name and mailing address**

**PETER C CLEMENT PA**
**35084 US Highway 19 N**
**Palm Harbor, FL 34684-1925**

Date(s) debt was incurred _

Last 4 digits of account number  **6655**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$664.70**

---

**3.743 8**

**Nonpriority creditor's name and mailing address**

**PETER C K ENWALL**
**P.O. Box 7117**
**Gainesville, FL 32605**

Date(s) debt was incurred _

Last 4 digits of account number  **7516**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.743 9**

**Nonpriority creditor's name and mailing address**

**PETER D CARRATT**
**3019 W. Azeele Street**
**Tampa, FL 33609**

Date(s) debt was incurred _

Last 4 digits of account number  **2900**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.744 0**

**Nonpriority creditor's name and mailing address**

**PETER E TAYLOR**
**1521 Alton Road Suite 534**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number  **7357**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.744 1**

**Nonpriority creditor's name and mailing address**

**PETER E. ITZLER**
**515 S.E. 7th Street**
**Ft. Lauderdale, FL 33301-3150**

Date(s) debt was incurred _

Last 4 digits of account number  **8418**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.744 2**

**Nonpriority creditor's name and mailing address**

**PETER E. PERETTINE**
**2424 N. Federal Highway Suite 360**
**Boca Raton, FL 33431-7781**

Date(s) debt was incurred _

Last 4 digits of account number  **8419**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.744 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |

**PETER H SCHMIDT**
**400 S Dixie Highway Suite 420**
**Boca Raton, FL 33432-6023**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7936**

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.744 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**PETER J HENN**
**P.O. Box 970038**
**Boca Raton, FL 33497-0038**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7491**

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.744 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**PETER J HOBSON**
**P.O. Box 172117**
**Tampa, FL 33672-0117**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3788**

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.744 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**PETER J JAENSCH**
**2198 S Main Street**
**Sarasota, FL 34237-6024**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7567**

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.744 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**PETER J MUNSON**
**1501 S Florida Avenue**
**Lakeland, FL 33803**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7161**

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.744 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**PETER J SNYDER**
**2234 N Federal Highway Suite 490**
**Boca Raton, FL 33431**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **682**

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.7449**

**Nonpriority creditor's name and mailing address**

**PETER KEATING**
**Peter Keating P.A.**
**528 N Halifax Avenue**
**Daytona Beach, FL 32118-4018**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5340**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.7450**

**Nonpriority creditor's name and mailing address**

**PETER M HODKIN PA**
**3389 Sheridan Street Suite 560**
**Hollywood, FL 33021**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3900**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.7451**

**Nonpriority creditor's name and mailing address**

**PETER M LOPEZ PA**
**1911 NW 150th Avenue**
**Suite 201**
**Pembroke Pines, FL 33028**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8880**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.7452**

**Nonpriority creditor's name and mailing address**

**PETER M WEINSTEIN**
**10050 Vestal Pl**
**Coral Springs, FL 33071**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1705**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$87.50**

---

**3.7453**

**Nonpriority creditor's name and mailing address**

**Peter M. Feaman, P.A.**
**1880 N. Congress Avenue**
**Suite 302**
**Boynton Beach, FL 33426**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0555**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.7454**

**Nonpriority creditor's name and mailing address**

**PETER MATWICZYK**
**3300 PGA Boulevard**
**Suite 600**
**Palm Beach Gardens, FL 33410**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8344**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

Debtor  **LTGF Business Trust** _____  Case number (if known)  **2:23-bk-01538**
        Name

---

| 3.745 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**PETER N HANNA**
**500 Southeast 12th Street**
**Ft Lauderdale, FL 33316-1904**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1421**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PETER N PRICE PA**
**P.O. Box 220314**
**Hollywood, FL 33022-0314**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7385**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PETER P LINDLEY PA**
**1200 N. Federal Highway**
**Suite 200**
**Boca Raton, FL 33432**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3052**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PETER R ABESADA & ASSOCIATES**
**3676 Southwest 2nd Street**
**Miami, FL 33135**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5836**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PETER R MAYER**
**4921 Southfork Drive Suite 3**
**Lakeland, FL 33813-2078**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6381**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**PETER SCAGLIONE JR**
**2127 W M L King Jr. Boulevard**
**Tampa, FL 33607**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6795**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PETER SPINDEL PA**
**11741 Southwest 117th Court**
**Miami, FL 33186-3976**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8395**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.746 2**

Nonpriority creditor's name and mailing address
**Peter Tappert**
**One SE 3rd Avenue**
**Suite 1700**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **6875**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.746 3**

Nonpriority creditor's name and mailing address
**PETER Z KAMENESH**
**2601 S Bayshore Drive Suite 1030**
**Coconut Grove, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **7883**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.746 4**

Nonpriority creditor's name and mailing address
**PETERS MAXEY SHORT & MAXEY PA**
**3001 Ponce Deleon Boulevard**
**Coral Gables, FL 33134-6824**

Date(s) debt was incurred _

Last 4 digits of account number **3210**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.746 5**

Nonpriority creditor's name and mailing address
**PETERSON & MYERS PA**
**P.O. Drawer 7608**
**Winter Haven, FL 33883-7608**

Date(s) debt was incurred _

Last 4 digits of account number **2148**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.746 6**

Nonpriority creditor's name and mailing address
**PETERSON & MYERS PA**
**P.O. Box 24628**
**Lakeland, FL 33802-4628**

Date(s) debt was incurred _

Last 4 digits of account number **2148**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.746 7**

Nonpriority creditor's name and mailing address
**PETERSON & MYERS PA**
**242 W. Central Avenue**
**Winter Haven, FL 33880-2947**

Date(s) debt was incurred _

Last 4 digits of account number **2148**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$21,248.93**

---

**3.746 8**

Nonpriority creditor's name and mailing address
**Peterson Law Group, PLLC**
**418 Canal Street**
**New Smyrna Beach, FL 32168**

Date(s) debt was incurred _

Last 4 digits of account number **7107**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**
_____

| 3.746 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Petitt Worrell Craine Wolfe, L.L.C.**
**4830 W Kennedy Boulevard Suite 475**
**Tampa, FL 33609**

Date(s) debt was incurred _

Last 4 digits of account number **7411**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Petruccelli Mason, L.L.P.**
**5121 Ehrlich Road Suite 102-B**
**Tampa, FL 33624**

Date(s) debt was incurred _

Last 4 digits of account number **7174**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Pette P.A.**
**12565 Orange Drive**
**Suite 411**
**Davie, FL 33330**

Date(s) debt was incurred _

Last 4 digits of account number **0852**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Peyton Bolin, PL**
**3343 West Commercial Boulevard**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number **7549**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PFLAUM DANNHEISSER WALLACE**
**1819 Main Street Suite 302**
**Sarasota, FL 34236-5983**

Date(s) debt was incurred _

Last 4 digits of account number **6267**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**PG Law**
**5030 Champion Boulevard**
**Suite G11-281**
**Boca Raton, FL 33496**

Date(s) debt was incurred _

Last 4 digits of account number **7316**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.747 5**

**Nonpriority creditor's name and mailing address**

**PHELPS DUNBAR LLP**
**100 S. Ashley Drive**
**Suite 2000**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number **3381**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.747 6**

**Nonpriority creditor's name and mailing address**

**PHILIP A BATES**
**P.O. Box 1390**
**Pensacola, FL 32591-1390**

Date(s) debt was incurred _

Last 4 digits of account number **2282**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.747 7**

**Nonpriority creditor's name and mailing address**

**PHILIP A DIGATI**
**Trail Lawyers Building**
**633 Southeast Third Avenue Suite 4f**
**Ft Lauderdale, FL 33301-1814**

Date(s) debt was incurred _

Last 4 digits of account number **5364**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.747 8**

**Nonpriority creditor's name and mailing address**

**Philip B. Harris, P.A.**
**685 Royal Palm Beach Boulevard**
**Suite 205**
**Royal Palm Beach, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number **8407**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.747 9**

**Nonpriority creditor's name and mailing address**

**PHILIP BLOOM**
**Imperial House Apt 3j**
**5255 Collins Avenue**
**Miami Beach, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number **3429**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.748 0**

**Nonpriority creditor's name and mailing address**

**PHILIP BRUCE BERGER**
**Philip Bruce Berger P.A.**
**8021 Southeast Sequoia Drive**
**Hobe Sound, FL 33455**

Date(s) debt was incurred _

Last 4 digits of account number **7902**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.748 1**

**Nonpriority creditor's name and mailing address**
**PHILIP C. ASHER**
**1755 Olive Street**
**Lakeland, FL 33801-4047**

Date(s) debt was incurred _

Last 4 digits of account number **7871**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.748 2**

**Nonpriority creditor's name and mailing address**
**PHILIP COOK**
**7865 Southwest 126th Terrace**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **51**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.748 3**

**Nonpriority creditor's name and mailing address**
**PHILIP E BALAS**
**4400 PGA Boulevard**
**Suite 603**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number **1839**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.748 4**

**Nonpriority creditor's name and mailing address**
**PHILIP E DEBERARD III**
**P.O. Box 953326**
**Stuart, FL 33495**

Date(s) debt was incurred _

Last 4 digits of account number **609**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.748 5**

**Nonpriority creditor's name and mailing address**
**PHILIP E VITELLO**
**P.O. Box 700729**
**Wabasso, FL 32970-0729**

Date(s) debt was incurred _

Last 4 digits of account number **7381**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.748 6**

**Nonpriority creditor's name and mailing address**
**PHILIP F LUDOVICI**
**17415 S Dixie Highway**
**Miami, FL 33157-5434**

Date(s) debt was incurred _

Last 4 digits of account number **1821**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,218.83**

---

**3.748 7**

**Nonpriority creditor's name and mailing address**
**PHILIP G BRAUN**
**10410 S Ocean Drive Suite 609**
**Jenson Beach, FL 34957**

Date(s) debt was incurred _

Last 4 digits of account number **7882**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.748 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PHILIP H BUSH**
P.O. Box 38
Lakeland, FL 33802-0038

Date(s) debt was incurred _

Last 4 digits of account number  **7383**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.748 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**PHILIP H ELLIOTT JR**
125 S Palmetto Avenue
Daytona Beach, FL 32114-4333

Date(s) debt was incurred _

Last 4 digits of account number  **2780**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.749 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.00 |
|---|---|---|---|

**PHILIP J CHANFRAU JR**
Bouck & Chanfrau
444 Seabreeze Boulevard
Daytona Beach, FL 32118

Date(s) debt was incurred _

Last 4 digits of account number  **5723**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.749 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PHILIP J CROYLE**
STE 300
370 W CAMINO GARDENS BLVD
BOCA RATON, FL 33432-5817

Date(s) debt was incurred _

Last 4 digits of account number  **7501**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.749 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PHILIP J GOUZE**
414 Northeast 4th Street
Ft Lauderdale, FL 33301

Date(s) debt was incurred _

Last 4 digits of account number  **8989**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.749 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**PHILIP J O'CONNELL**
4260 Central Ave.
St. Petersburg, FL 33711-1140

Date(s) debt was incurred _

Last 4 digits of account number  **3058**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.749 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**PHILIP J REICHENTHAL**
15280 Northwest 79th Court Suite 101
Miami Lakes, FL 33016

Date(s) debt was incurred _

Last 4 digits of account number  **4289**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.749 5**

**Nonpriority creditor's name and mailing address**

**PHILIP L BRAWNER**
**9100 School House Road**
**Coral Gables, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **2922**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.749 6**

**Nonpriority creditor's name and mailing address**

**PHILIP L BRAWNER**
**210 Grove Professional Building**
**2950 Southwest 27th Avenue**
**Miami, FL 33133-3765**

Date(s) debt was incurred _

Last 4 digits of account number  **0048**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$133.33**

---

**3.749 7**

**Nonpriority creditor's name and mailing address**

**PHILIP L COLLER**
**8500 Southwest 92 Street Suite 106**
**Miami, FL 33156-7379**

Date(s) debt was incurred _

Last 4 digits of account number  **4431**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,021.51**

---

**3.749 8**

**Nonpriority creditor's name and mailing address**

**PHILIP L COLLER PA**
**9480 SW 99th Street**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number  **4050**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.749 9**

**Nonpriority creditor's name and mailing address**

**PHILIP L LOGAS PA**
**1525 International Parkway**
**Suite 4021**
**Lake Mary, FL 32746**

Date(s) debt was incurred _

Last 4 digits of account number  **7127**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.750 0**

**Nonpriority creditor's name and mailing address**

**PHILIP M WARREN**
**3350 East Atlantic Boulevard Suite 300**
**Pompano Beach, FL 33062-5710**

Date(s) debt was incurred _

Last 4 digits of account number  **5213**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.750**
**1**

**Nonpriority creditor's name and mailing address**
**PHILIP M ZYNE**
**1978 Bridgewater Drive**
**Heathrow, FL 32746-6907**

Date(s) debt was incurred _

Last 4 digits of account number **5872**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.750**
**2**

**Nonpriority creditor's name and mailing address**
**PHILIP MEDVIN**
**1699 Coral Way Suite 311**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number **540**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.750**
**3**

**Nonpriority creditor's name and mailing address**
**PHILIP N SHERWIN**
**1227 Southeast 2nd Pl**
**Cape Coral, FL 33990**

Date(s) debt was incurred _

Last 4 digits of account number **8053**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.750**
**4**

**Nonpriority creditor's name and mailing address**
**PHILIP NEMETH**
**P.O. Box 270**
**Gatlinburg, TN 37738-0270**

Date(s) debt was incurred _

Last 4 digits of account number **5322**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.750**
**5**

**Nonpriority creditor's name and mailing address**
**PHILIP O ALLEN**
**P.O. Box 24628**
**Lakeland, FL 33802-4628**

Date(s) debt was incurred _

Last 4 digits of account number **6905**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.750**
**6**

**Nonpriority creditor's name and mailing address**
**PHILIP S VOVA PA**
**4000 Hollywood Boulevard Suite 500 N**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **7736**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.750**
**7**

**Nonpriority creditor's name and mailing address**
**PHILIP S WARE**
**10395 54th Avenue North**
**St Petersburg, FL 33708-3325**

Date(s) debt was incurred _

Last 4 digits of account number **2678**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.750 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**PHILIP S. PARSONS**
**P.O. Box 271**
**Tallahassee, FL 32302-0271**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4794**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.750 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**PHILIP S. SHAILER**
**1322 S.E. 3rd Avenue**
**Ft Lauderdale, FL 33316-1908**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3746**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.751 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**PHILIP SOTOLONGO**
**1812 Barbeados Road**
**West Palm Beach, FL 33406**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6448**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.751 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**PHILIP TATICH**
**P.O. Drawer 7540**
**Maitland, FL 32751**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7215**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.751 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**PHILIP W DANN**
**540 4th Street N**
**St Petersburg, FL 33701-2302**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8149**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.751 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**PHILIP Z LEVINSON**
**1300 N Federal Highway Suite 107**
**Boca Raton, FL 33432**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3875**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.751 4**

**Nonpriority creditor's name and mailing address**
**PHILIPPE SYMONOVICZ**
**1995 E Oakland Park Boulevard Suite 210**
**Ft Lauderdale, FL 33306**

Date(s) debt was incurred _

Last 4 digits of account number  **5137**

**As of the petition filing date, the claim is:** Check all that apply.                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.751 5**

**Nonpriority creditor's name and mailing address**
**PHILLIP A WOLFF**
**4099 Losillas Drive**
**Sarasota, FL 34238**

Date(s) debt was incurred _

Last 4 digits of account number  **0734**

**As of the petition filing date, the claim is:** Check all that apply.                **$12,198.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.751 6**

**Nonpriority creditor's name and mailing address**
**PHILLIP B RARICK**
**The Colonnade at Miami Lakes**
**6500 Cowpen Road Suite 204**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number  **2663**

**As of the petition filing date, the claim is:** Check all that apply.                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.751 7**

**Nonpriority creditor's name and mailing address**
**PHILLIP K BECK**
**P.O. Box 875**
**Chiefland, FL 32626**

Date(s) debt was incurred _

Last 4 digits of account number  **4730**

**As of the petition filing date, the claim is:** Check all that apply.                    **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.751 8**

**Nonpriority creditor's name and mailing address**
**PHILLIP R TROVILLO**
**3550 Southeast 25th Avenue**
**Ocala, FL 34471**

Date(s) debt was incurred _

Last 4 digits of account number  **4093**

**As of the petition filing date, the claim is:** Check all that apply.                    **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.751 9**

**Nonpriority creditor's name and mailing address**
**PHILLIP T CRENSHAW**
**Phillip T. Crenshaw P.A.**
**3175 S Congress Avenue Suite 301**
**Palm Springs, FL 33461**

Date(s) debt was incurred _

Last 4 digits of account number  **5437**

**As of the petition filing date, the claim is:** Check all that apply.                    **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.752 0**

**Nonpriority creditor's name and mailing address**
**PHILLIPS & PHILLIPS**
**3500 N State Road 7 Suite 308**
**Ft Lauderdale, FL 33319**

Date(s) debt was incurred _

Last 4 digits of account number  **7267**

**As of the petition filing date, the claim is:** Check all that apply.                    **$225.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.752 1**

**Nonpriority creditor's name and mailing address**
**PHILLIPS LANIER**
**One Biscayne Tower**
**2 S. Biscayne Boulevard, Suite 2200**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **4610**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.752 2**

**Nonpriority creditor's name and mailing address**
**PHOENIX LAW PLLC**
**2407 Periwinkle Way Suite 6**
**Sanibel, FL 33957**

Date(s) debt was incurred _

Last 4 digits of account number **8258**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.752 3**

**Nonpriority creditor's name and mailing address**
**PHYLLIS H B DRICKMAN**
**P.O. Box 58**
**Largo, FL 33779-0058**

Date(s) debt was incurred _

Last 4 digits of account number **5171**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.752 4**

**Nonpriority creditor's name and mailing address**
**PHYLLIS HOWARD**
**300 E. Las Olas Blvd, 2nd Flr.**
**Ft Lauderdale, FL 33301-2229**

Date(s) debt was incurred _

Last 4 digits of account number **8101**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$15.17**

---

**3.752 5**

**Nonpriority creditor's name and mailing address**
**PHYLLIS SHUSTER BLOCK**
**515 N Flagler Drive Suite 600**
**West Palm Beach, FL 33401-4323**

Date(s) debt was incurred _

Last 4 digits of account number **4149**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.752 6**

**Nonpriority creditor's name and mailing address**
**Piedra & Associates, P.A.**
**201 Alhambra Circle**
**Suite 1200, 12th Floor**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **8817**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.752 7**

**Nonpriority creditor's name and mailing address**

**PIERCE & ASSOCIATES PL**
**800 N Ferncreek Avenue**
**Orlando, FL 32803-4172**

Date(s) debt was incurred __

Last 4 digits of account number  **4804**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.752 8**

**Nonpriority creditor's name and mailing address**

**PIERCE E RIVERA**
**782 NW Le Jeune Road**
**Suite 529**
**Miami, FL 33126**

Date(s) debt was incurred __

Last 4 digits of account number  **5568**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.752 9**

**Nonpriority creditor's name and mailing address**

**PIERCE J GUARD JR**
**908 E Parker Street**
**Lakeland, FL 33801-1968**

Date(s) debt was incurred __

Last 4 digits of account number  **7986**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.753 0**

**Nonpriority creditor's name and mailing address**

**PIERO SALUSSOLIA**
**1410 20th Street Suite 214**
**Miami Beach, FL 33139**

Date(s) debt was incurred __

Last 4 digits of account number  **0175**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.753 1**

**Nonpriority creditor's name and mailing address**

**Pierre Hachar, Jr.**
**The Hachar Law Firm P.A.**
**8100 Oak Lane Suite 401**
**Miami Lakes, FL 33016**

Date(s) debt was incurred __

Last 4 digits of account number  **7352**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.753 2**

**Nonpriority creditor's name and mailing address**

**PIERRE-ANTOINE LAW FIRM**
**110 E Broward Boulevard Suite 1700**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred __

Last 4 digits of account number  **2865**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.753 3**

**Nonpriority creditor's name and mailing address**

**Pigott Pigott & Kearce**
**4600 Military Trail**
**Suite 201**
**Jupiter, FL 33458**

Date(s) debt was incurred __

Last 4 digits of account number  **8083**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.753
4**

**Nonpriority creditor's name and mailing address**

**PILKA & ASSOCIATES PA**
**330 Pauls Drive**
**Suite 100**
**Brandon, FL 33511**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __2997__

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$75.00

---

**3.753
5**

**Nonpriority creditor's name and mailing address**

**PILLSBURY WINTHROP LLP**
**50 Fremont 4th Floor**
**San Francisco, CA 94105**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __6044__

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$400.00

---

**3.753
6**

**Nonpriority creditor's name and mailing address**

**Pineapple Law, P.A.**
**390 N. Orange Avenue**
**Suite 2300**
**Orlando, FL 32801**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __0084__

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.753
7**

**Nonpriority creditor's name and mailing address**

**PINEIRO BYRD PLLC**
**4600 Military Trail**
**Suite 212**
**Jupiter, FL 33458**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __6663__

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.753
8**

**Nonpriority creditor's name and mailing address**

**PINKERT LAW FIRM PA**
**1500 San Remo Avenue Suite 275**
**Coral Gables, FL 33146**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __6754__

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$125.00

---

**3.753
9**

**Nonpriority creditor's name and mailing address**

**PINO & ASSOCIATES**
**4447 S.W. 15th Street**
**Miami, FL 33134**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __8493__

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

Debtor    **LTGF Business Trust**                                    Case number (if known)    **2:23-bk-01538**
_____
Name

| | |
|---|---|
| 3.754 0 | **$25.00** |

**Nonpriority creditor's name and mailing address**
**Pinson Law, P.A.**
**7821 N. Dale Mabry Hwy**
**Suite 110**
**Tampa, FL 33614**

Date(s) debt was incurred _

Last 4 digits of account number  **0656**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.754 1 | **$350.00** |

**Nonpriority creditor's name and mailing address**
**PIPER KARVONEN LEWIS & SCHAFER**
**Attn: John E. Karvonen**
**3637 4th Street N., Suite 410**
**St Petersburg, FL 33704**

Date(s) debt was incurred _

Last 4 digits of account number  **6322**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.754 2 | **$25.00** |

**Nonpriority creditor's name and mailing address**
**Pirez Law Firm, P.A.**
**5979 NW 151st Street**
**Suite 112**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number  **9625**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.754 3 | **$25.00** |

**Nonpriority creditor's name and mailing address**
**PITELL LAW FIRM PL**
**4400 E Highway 20 Suite 202**
**Niceville, FL 32578**

Date(s) debt was incurred _

Last 4 digits of account number  **2478**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.754 4 | **$25.00** |

**Nonpriority creditor's name and mailing address**
**PJ Waldorf, P.L.C.**
**224 Datura Street Suite 315**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **5703**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.754 5 | **$25.00** |

**Nonpriority creditor's name and mailing address**
**Platock Law, P.A.**
**3801 PGA Boulevard Suite 600**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number  **7982**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.754 6 | **$50.00** |

**Nonpriority creditor's name and mailing address**
**PLATT & SURBER PA**
**830 SE 5th Avenue**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number  **7174**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

| 3.754 7 | Nonpriority creditor's name and mailing address<br>**PLEAT & PERRY PA**<br>**Suite 202**<br>**4477 Legendary Drive**<br>**Destin, FL 32541**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **5479** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Member**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$25.00** |
|---|---|---|---|

| 3.754 8 | Nonpriority creditor's name and mailing address<br>**PLIEGO LAW FIRM**<br>**3201 Tampa Bay Boulevard**<br>**Tampa, FL 33607**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **8845** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Member**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$25.00** |
|---|---|---|---|

| 3.754 9 | Nonpriority creditor's name and mailing address<br>**Plotkin Law Firm, P.A.**<br>**2500 Hollywood Boulevard**<br>**Suite 202**<br>**Hollywood, FL 33020**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **8313** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Member**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$25.00** |
|---|---|---|---|

| 3.755 0 | Nonpriority creditor's name and mailing address<br>**Podvin Law Group, L.L.C.**<br>**2930 Biscayne Boulevard Suite 102**<br>**Miami, FL 33137**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **9499** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Member**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$25.00** |
|---|---|---|---|

| 3.755 1 | Nonpriority creditor's name and mailing address<br>**POHL & SHORT PA**<br>**P.O. Box 3208**<br>**Winter Park, FL 32790**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1725** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Member**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$125.00** |
|---|---|---|---|

| 3.755 2 | Nonpriority creditor's name and mailing address<br>**Ponce De Leon Title Services, Inc.**<br>**P.O. Box 144296**<br>**Coral Gables, FL 33114**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **4594** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Member**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$25.00** |
|---|---|---|---|

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.755
3**

**Nonpriority creditor's name and mailing address**

**POPKIN & ROSALER PA**
**1701 W. Hillsboro Boulevard**
**Suite 400**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number **7315**

**As of the petition filing date, the claim is:** Check all that apply.

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.755
4**

**Nonpriority creditor's name and mailing address**

**PORATH & ASSOCIATES PA**
**1732 W Co Hwy 30A**
**#106**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred _

Last 4 digits of account number **6741**

**As of the petition filing date, the claim is:** Check all that apply.

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.755
5**

**Nonpriority creditor's name and mailing address**

**PORGES HAMLIN KNOWLES &**
**P.O. Box 9320**
**Bradenton, FL 34206-9320**

Date(s) debt was incurred _

Last 4 digits of account number **7344**

**As of the petition filing date, the claim is:** Check all that apply.

$500.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.755
6**

**Nonpriority creditor's name and mailing address**

**PORTER WRIGHT MORRIS &**
**9132 Strada Place**
**3rd Floor**
**Naples, FL 34108**

Date(s) debt was incurred _

Last 4 digits of account number **8189**

**As of the petition filing date, the claim is:** Check all that apply.

$75.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.755
7**

**Nonpriority creditor's name and mailing address**

**PORTIA B SCOTT CHARTERED**
**921 Southeast Central Parkway**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number **7097**

**As of the petition filing date, the claim is:** Check all that apply.

$75.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.755
8**

**Nonpriority creditor's name and mailing address**

**POSESS & WALSER PA**
**6100 Glades Road Suite 204**
**Boca Raton, FL 33434**

Date(s) debt was incurred _

Last 4 digits of account number **7203**

**As of the petition filing date, the claim is:** Check all that apply.

$154.55

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.755
9**

**Nonpriority creditor's name and mailing address**

**POTTER CLEMENT LOWRY & DUNCAN**
**308 E Fifth Avenue**
**Mount Dora, FL 32757-5661**

Date(s) debt was incurred _

Last 4 digits of account number **7960**

**As of the petition filing date, the claim is:** Check all that apply.

$125.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.756 0**

**Nonpriority creditor's name and mailing address**
**POTTINGER PA**
**11322 Taft Street**
**Hollywood, FL 33025**

Date(s) debt was incurred  _

Last 4 digits of account number  **2078**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.756 1**

**Nonpriority creditor's name and mailing address**
**POWELL CARNEY HAYES &**
**P.O. Box 1689**
**St Petersburg, FL 33731-1689**

Date(s) debt was incurred  _

Last 4 digits of account number  **4343**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.756 2**

**Nonpriority creditor's name and mailing address**
**POWELL CARNEY MALLER RAMSAY &**
**ONE PROGRESS PLAZA STE 1210**
**ST PETERSBURG, FL 33701**

Date(s) debt was incurred  _

Last 4 digits of account number  **5823**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.756 3**

**Nonpriority creditor's name and mailing address**
**PraDa Law Firm PLLC**
**DBA Prada Law**
**1450 NW 87th Avenue, Suite 210**
**Doral, FL 33172**

Date(s) debt was incurred  _

Last 4 digits of account number  **9838**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.756 4**

**Nonpriority creditor's name and mailing address**
**Premier Florida Title, L.L.C.**
**479 Montgomery Place**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred  _

Last 4 digits of account number  **7808**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.756 5**

**Nonpriority creditor's name and mailing address**
**Premier Title Services, LLC**
**3999 Sheridan Street**
**2nd Floor**
**Hollywood, FL 33021**

Date(s) debt was incurred  _

Last 4 digits of account number  **0766**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor    **LTGF Business Trust**      Case number (if known)    **2:23-bk-01538**
Name

---

**3.756 6**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.      **$25.00**

**PRESLEY & DOCKERTY PA**
**110 Merrick Way Suite 3-B**
**Coral Gables, FL 33134**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2264**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.756 7**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.      **$50.00**

**Presley Law and Associates, P.A.**
**5 Harvard Circle**
**Suite 109**
**West Palm Beach, FL 33409**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8010**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.756 8**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.      **$25.00**

**PRESSLY & PRESSLY**
**Plaza Center**
**251 Royal Palm Way, Suite 300**
**Palm Beach, FL 33480**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6198**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.756 9**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.      **$25.00**

**Prestige National Title Services, LLC**
**1031 North Miami Beach Blvd.**
**North Miami Beach, FL 33162**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1029**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.757 0**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.      **$50.00**

**Prestige Settlement & Title Services, LL**
**795 Ontario Street**
**Jacksonville, FL 32254**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0593**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.757 1**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.      **$50.00**

**PRESTON J FIELDS PA**
**11211 Prosperity Farms Road**
**Suite 301C**
**Palm Beach Gardens, FL 33410**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6753**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.757
2**

**Nonpriority creditor's name and mailing address**

**PRESTON O COCKEY JR PA**
110 E. Madison Street
Suite 204
Tampa, FL 33602

Date(s) debt was incurred _

Last 4 digits of account number  **9143**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.757
3**

**Nonpriority creditor's name and mailing address**

**Primicias Title and Escrow, Inc.**
2949 W Cypress Creek Road
Ft Lauderdale, FL 33309

Date(s) debt was incurred _

Last 4 digits of account number  **2922**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.757
4**

**Nonpriority creditor's name and mailing address**

**PRINCE A DONNAHOE IV PA**
1401 N. University Drive
Suite 401
Coral Springs, FL 33071

Date(s) debt was incurred _

Last 4 digits of account number  **6623**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.757
5**

**Nonpriority creditor's name and mailing address**

**PRISCILLA D VARGAS**
1200 Brickell Avenue Suite 1720
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number  **0365**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.757
6**

**Nonpriority creditor's name and mailing address**

**PRITCHARD & REISSMAN PA**
P.O. Box 25158
Tampa, FL 33622-5158

Date(s) debt was incurred _

Last 4 digits of account number  **7582**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.757
7**

**Nonpriority creditor's name and mailing address**

**PROF JOHN W STANFORD**
Cbn University School of Law
Virginia Beach, VA 23463-0001

Date(s) debt was incurred _

Last 4 digits of account number  **3010**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.757
8**

**Nonpriority creditor's name and mailing address**

**PROM KORN & ZEHNER PA**
P.O. Box 550700
Jacksonville, FL 32255-0700

Date(s) debt was incurred _

Last 4 digits of account number  **8028**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

**3.7579**

Nonpriority creditor's name and mailing address
**PROPERTY LAW PA**
**804 3rd Street N Suite C**
**Neptune Beach, FL 32266**

Date(s) debt was incurred _

Last 4 digits of account number **0585**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.7580**

Nonpriority creditor's name and mailing address
**PROSKAUER ROSE LLP**
**Suite 340 West**
**2255 Glades Road**
**Boca Raton, FL 33431-7360**

Date(s) debt was incurred _

Last 4 digits of account number **4430**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.7581**

Nonpriority creditor's name and mailing address
**PROSPER LAW GROUP PA**
**115 Maitland Avenue**
**Altamonte Springs, FL 32701**

Date(s) debt was incurred _

Last 4 digits of account number **2716**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.7582**

Nonpriority creditor's name and mailing address
**PSJ LAW GROUP PA**
**13377 W Dixie Highway Suite 2-B**
**North Miami, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number **4238**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.7583**

Nonpriority creditor's name and mailing address
**PUEMSUK T PORNPRINYA**
**1555 NE 123rd Street**
**North Miami, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number **9802**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.7584**

Nonpriority creditor's name and mailing address
**Pugliese Law, P.A.**
**700 Biltmore Way**
**Suite 408**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **0901**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

| 3.758 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**PUIG & DELGADO LLP**
**150 Alhambra Circle Suite 1240**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **7221**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.758 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**PUJOL LAW OFFICES PA**
**782 NW Le Jeune Road**
**Suite 628**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number  **3872**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.758 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Pullen Law Office, L.L.C.**
**7635 Ashley Park Court Suite 503j**
**Orlando, FL 32835**

Date(s) debt was incurred _

Last 4 digits of account number  **8117**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.758 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Push Singh, P.A.**
**8333 Northwest 53rd Street Suite 450**
**Doral, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number  **9501**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.758 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |

**PUTNAM CREIGHTON & AIRTH PA**
**500 S. Florida Avenue**
**Lakeland, FL 33801**

Date(s) debt was incurred _

Last 4 digits of account number  **3796**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.759 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Pw Kelly Associates, P.A.**
**P.O. Box 331083**
**Miami, FL 33233**

Date(s) debt was incurred _

Last 4 digits of account number  **9803**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.759 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |

**PYLE & DELLINGER PL**
**1655 N. Clyde Morris Boulevard**
**Suite 1**
**Daytona Beach, FL 32117**

Date(s) debt was incurred _

Last 4 digits of account number  **1779**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.759
2**

**Nonpriority creditor's name and mailing address**                                                    **$25.00**

**Quantum Title LLC**
**9050 Pines Boulevard**
**Suite 450-11**
**Pembroke Pines, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number **0891**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.759
3**

**Nonpriority creditor's name and mailing address**                                                    **$500.00**

**QUARLES & BRADY LLP**
**1395 PANTHER LANE #300**
**NAPLES, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number **8488**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.759
4**

**Nonpriority creditor's name and mailing address**                                                    **$25.00**

**Quesada Law, P.A.**
**6500 Cowpen Road**
**Suite 101**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number **9370**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.759
5**

**Nonpriority creditor's name and mailing address**                                                    **$50.00**

**QUINN & CASON PA**
**457 Turkey Crk**
**Alachua, FL 32615-9303**

Date(s) debt was incurred _

Last 4 digits of account number **6316**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.759
6**

**Nonpriority creditor's name and mailing address**                                                    **$25.00**

**QUINONES & OLIVER PL**
**10967 Lake Underhill Road**
**Suite 108**
**Orlando, FL 32825**

Date(s) debt was incurred _

Last 4 digits of account number **7232**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.759
7**

**Nonpriority creditor's name and mailing address**                                                    **$200.00**

**QUINTAIROS PRIETO WOOD & BOYER**
**1410 N. Westshore Boulevard**
**Suite 200**
**Tampa, FL 33607-4533**

Date(s) debt was incurred _

Last 4 digits of account number **5071**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|--------|--------------------------|--------------------------|-------------------|
| | Name | | |

---

**3.759 8**

**Nonpriority creditor's name and mailing address**

**Quintairos Prieto Wood & Boyer, P.A.**
**9200 S. Dadeland Boulevard**
**Suite 200**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **5071**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.759 9**

**Nonpriority creditor's name and mailing address**

**QUINTANA & ASSOCIATES PA**
**145 Almeria Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **4432**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.760 0**

**Nonpriority creditor's name and mailing address**

**R A NUNEZ**
**15291 Northwest 60th Avenue Suite 100**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number **3970**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.760 1**

**Nonpriority creditor's name and mailing address**

**R ADAM CARNEGIE**
**R Adam Carnegie P.A.**
**17322 Hubers Court**
**Odessa, FL 33556-1960**

Date(s) debt was incurred _

Last 4 digits of account number **9124**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.760 2**

**Nonpriority creditor's name and mailing address**

**R ANDERSON MADDOX**
**R Anderson Maddox P.A.**
**37 N Orange Avenue Suite 500**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **8527**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.760 3**

**Nonpriority creditor's name and mailing address**

**R BRUCE AKERSON**
**1135 Pasadena Avenue South**
**St Petersburg, FL 33707-2855**

Date(s) debt was incurred _

Last 4 digits of account number **4923**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.760
4**

**Nonpriority creditor's name and mailing address**

**R BRUCE CRANMER**
**2801 University Drive**
**Suite 203**
**Coral Springs, FL 33071**

Date(s) debt was incurred _

Last 4 digits of account number  **7532**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.760
5**

**Nonpriority creditor's name and mailing address**

**R EARL WARREN**
**P.O. Box 1207**
**Englewood, FL 34295-1207**

Date(s) debt was incurred _

Last 4 digits of account number  **5105**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.760
6**

**Nonpriority creditor's name and mailing address**

**R EDWARD COOLEY**
**R Edward Cooley P.A.**
**2965 W State Road 434 Suite 200**
**Longwood, FL 32779**

Date(s) debt was incurred _

Last 4 digits of account number  **5336**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.760
7**

**Nonpriority creditor's name and mailing address**

**R G MAXWELL**
**15210 Portside Drive Suite 403**
**Ft Myers, FL 33908**

Date(s) debt was incurred _

Last 4 digits of account number  **908**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.760
8**

**Nonpriority creditor's name and mailing address**

**R J ADAMS & ASSOCIATES PA**
**6500 Cowpen Road**
**Suite 101**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number  **8116**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.760
9**

**Nonpriority creditor's name and mailing address**

**R JOEL WEISS**
**4741 N. 37th Street**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number  **6088**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.761
0**

**Nonpriority creditor's name and mailing address**

**R JOHN COLE II**
**46 N Washington Boulevard Suite 24**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number  **6486**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.761 1**

Nonpriority creditor's name and mailing address

**R K KRAMER**
**1514 Shirley Court**
**Lake Worth, FL 33461**

Date(s) debt was incurred _

Last 4 digits of account number  **4197**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.761 2**

Nonpriority creditor's name and mailing address

**R LANE LYNCHARD**
**Lynchard Law Firm P.A.**
**1901 Andora Street**
**Navarre, FL 32566**

Date(s) debt was incurred _

Last 4 digits of account number  **5204**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.761 3**

Nonpriority creditor's name and mailing address

**R LEE HAWKINS JR PA**
**1073 Wc 48**
**Bushnell, FL 33513**

Date(s) debt was incurred _

Last 4 digits of account number  **9907**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.761 4**

Nonpriority creditor's name and mailing address

**R LYNN LOVEJOY**
**1900 Centre Point Boulevard Suite 239**
**Tallahassee, FL 32308**

Date(s) debt was incurred _

Last 4 digits of account number  **2459**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.761 5**

Nonpriority creditor's name and mailing address

**R MASON BLAKE**
**101 S Courtenay Parkway Suite 201**
**Merritt Island, FL 32952-4855**

Date(s) debt was incurred _

Last 4 digits of account number  **1281**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.761 6**

Nonpriority creditor's name and mailing address

**R MATTHEW GENTILE & ASSOCIATES**
**3155 Jackson Avenue**
**Coconut Grove, FL 33133-4432**

Date(s) debt was incurred _

Last 4 digits of account number  **6597**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.761 7**

**Nonpriority creditor's name and mailing address**
**R MICHAEL KENNEDY**
**3 Sunshine Boulevard**
**Ormond Beach, FL 32174-3953**

Date(s) debt was incurred _

Last 4 digits of account number **8013**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.761 8**

**Nonpriority creditor's name and mailing address**
**R N KOBLEGARD III**
**200 S. Indian River Drive**
**Suite 201**
**Ft Pierce, FL 34950**

Date(s) debt was incurred _

Last 4 digits of account number **5658**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.761 9**

**Nonpriority creditor's name and mailing address**
**R NORWOOD GAY III**
**P.O. Box 628600**
**Orlando, FL 32862-8600**

Date(s) debt was incurred _

Last 4 digits of account number **3921**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.762 0**

**Nonpriority creditor's name and mailing address**
**R PATRICK PHILLIPS**
**200 N. Thornton Avenue**
**Orlando, FL 32801-2173**

Date(s) debt was incurred _

Last 4 digits of account number **5827**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.762 1**

**Nonpriority creditor's name and mailing address**
**R SCOTT BARKER**
**R Scott Barker P.A.**
**P.O. Drawer 159**
**Ft Myers, FL 33902-0159**

Date(s) debt was incurred _

Last 4 digits of account number **7670**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.762 2**

**Nonpriority creditor's name and mailing address**
**R SCOTT CROSS**
**P.O. Box 2470**
**Ocala, FL 34478**

Date(s) debt was incurred _

Last 4 digits of account number **8323**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.762 3**

**Nonpriority creditor's name and mailing address**
**R SCOTT WHITEHEAD**
**R Scott Whitehead P.A.**
**4507 Furling Lane Suite 209**
**Destin, FL 32541**

Date(s) debt was incurred _

Last 4 digits of account number **9031**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.762 4**

**Nonpriority creditor's name and mailing address**

**R STEPHEN MILES JR**
**100 CHURCH STREET**
**KISSIMMEE, FL 34741**

Date(s) debt was incurred _

Last 4 digits of account number **0860**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.762 5**

**Nonpriority creditor's name and mailing address**

**R TED NIPPER**
**1401 Manatee Avenue W Suite 600**
**Bradenton, FL 34205-7412**

Date(s) debt was incurred _

Last 4 digits of account number **5532**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.762 6**

**Nonpriority creditor's name and mailing address**

**R WILLIAM FUTCH**
**P.O. Box 4885**
**Ocala, FL 34478-4885**

Date(s) debt was incurred _

Last 4 digits of account number **7858**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.762 7**

**Nonpriority creditor's name and mailing address**

**R. Aponte & Associates, P.L.L.C.**
**9495 SW 72 Street**
**B-294**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number **9670**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.762 8**

**Nonpriority creditor's name and mailing address**

**R. Cash Barlow**
**P.O.Box 477**
**Yulee, FL 32041**

Date(s) debt was incurred _

Last 4 digits of account number **0920**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.762 9**

**Nonpriority creditor's name and mailing address**

**R. FRANKLIN RITCH**
**P.O. Box 1143**
**Gainesville, FL 32602-1143**

Date(s) debt was incurred _

Last 4 digits of account number **6228**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.763 0**

**Nonpriority creditor's name and mailing address**
**Rabin Parker Gurley, P.A.**
**2653 McCormick Drive**
**Clearwater, FL 33759**

Date(s) debt was incurred _

Last 4 digits of account number **6784**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.763 1**

**Nonpriority creditor's name and mailing address**
**Rachel Popper, P.A.**
**8461 Lake Worth Road**
**Suite 415**
**Lake Worth, FL 33467**

Date(s) debt was incurred _

Last 4 digits of account number **8704**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.763 2**

**Nonpriority creditor's name and mailing address**
**RAE FRANKS**
**224 Datura Street**
**Suite 913**
**West Palm Beach, FL 33401-5637**

Date(s) debt was incurred _

Last 4 digits of account number **2215**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.763 3**

**Nonpriority creditor's name and mailing address**
**RAFAEL A PEREZ**
**600 Brickell Avenue Suite 203a**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **8342**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.763 4**

**Nonpriority creditor's name and mailing address**
**RAFAEL DE ARMAS**
**4630 S Fairway Drive**
**Punta Gorda, FL 33982**

Date(s) debt was incurred _

Last 4 digits of account number **5596**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.763 5**

**Nonpriority creditor's name and mailing address**
**RAFAEL E SILVA**
**P.O. Box 161018**
**Miami, FL 33116-1018**

Date(s) debt was incurred _

Last 4 digits of account number **4746**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.763 6**

**Nonpriority creditor's name and mailing address**
**RAFAEL FABIAN**
**4675 Ponce de Leon Blvd.**
**Suite 302**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **1002**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**
_____

| 3.763 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RAFAEL GONZALEZ**
**6600 Taft Street Suite 307**
**Hollywood, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number **6378**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 8 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**RAFAEL M OROPESA**
**Penthouse Suite 503**
**4160 W 16th Avenue**
**Hialeah, FL 33012**

Date(s) debt was incurred _

Last 4 digits of account number **8692**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 9 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**RAFAEL SANCHEZ-ABALLI ESQ**
**445 Gerona Avenue**
**Coral Gables, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number **8400**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 0 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**RAFAEL UBIETA**
**9560 Southwest 107th Avenue Suite 102**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number **5205**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 1 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**RAFFEL WELLER & LOSNER**
**2600 S Kanner Highway Apt F-7**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number **4860**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 2 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**RAFFERTY GUTIERREZ**
**1101 Brickell Avenue Suite 1400**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **4191**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.764 3**

**Nonpriority creditor's name and mailing address**
**Rahdert & Mortimer, PLLC**
**535 Central Avenue**
**St Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number **6652**

**As of the petition filing date, the claim is:** *Check all that apply.*

$75.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.764 4**

**Nonpriority creditor's name and mailing address**
**RAHDERT STEELE BRYAN BOYLE**
**Penelope T. Bryan Esquire**
**535 Central Avenue**
**St Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number **0021**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.764 5**

**Nonpriority creditor's name and mailing address**
**Rahman Le, P.L.L.C.**
**1000 SW 86th Court**
**Miami, FL 33144**

Date(s) debt was incurred _

Last 4 digits of account number **9829**

**As of the petition filing date, the claim is:** *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.764 6**

**Nonpriority creditor's name and mailing address**
**RAJ AGARWAL**
**P.O. Box 3093**
**Alexandria, VA 22302**

Date(s) debt was incurred _

Last 4 digits of account number **7404**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.764 7**

**Nonpriority creditor's name and mailing address**
**RALLS LAW FIRM LLC**
**5201 N Davis Highway**
**Pensacola, FL 32503**

Date(s) debt was incurred _

Last 4 digits of account number **5544**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.764 8**

**Nonpriority creditor's name and mailing address**
**RALPH E. MOON, JR.**
**3576 Fairway Forest Drive**
**Palm Harbor, FL 34685-1005**

Date(s) debt was incurred _

Last 4 digits of account number **8032**

**As of the petition filing date, the claim is:** *Check all that apply.*

$350.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.764 9**

**Nonpriority creditor's name and mailing address**
**RALPH H ATWELL**
**310 N 58th Avenue**
**Pensacola, FL 32506-5290**

Date(s) debt was incurred _

Last 4 digits of account number **8646**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.7650**

**Nonpriority creditor's name and mailing address**
**RALPH L FRIEDLAND**
**2033 Main Street Suite 100**
**Sarasota, FL 34237-6049**

Date(s) debt was incurred _
Last 4 digits of account number **4670**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.7651**

**Nonpriority creditor's name and mailing address**
**RALPH L ROUSSEAU JR**
**568 E Puritan Road**
**Tampa, FL 33601**

Date(s) debt was incurred _
Last 4 digits of account number **3397**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$164.40**

---

**3.7652**

**Nonpriority creditor's name and mailing address**
**RALPH L. EVANS**
**P.O. Box 3247**
**Vero Beach, FL 32964-3247**

Date(s) debt was incurred _
Last 4 digits of account number **7302**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$275.00**

---

**3.7653**

**Nonpriority creditor's name and mailing address**
**RALPH M MOBLEY**
**P.O. Box 1069**
**Estero, FL 33928**

Date(s) debt was incurred _
Last 4 digits of account number **8520**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.7654**

**Nonpriority creditor's name and mailing address**
**RALPH O WALLACE**
**1690 Vega Avenue**
**Merritt Island, FL 32953**

Date(s) debt was incurred _
Last 4 digits of account number **5715**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.7655**

**Nonpriority creditor's name and mailing address**
**RALPH PAUL DOUGLAS**
**P.O. Box 831**
**New Smyrna Beach, FL 32170-0831**

Date(s) debt was incurred _
Last 4 digits of account number **2979**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$8,971.28**

---

**3.7656**

**Nonpriority creditor's name and mailing address**
**RALPH R CRABTREE**
**Crabtree & Fallar P.A.**
**8777 San Jose Boulevard Suite 200 Buildi**
**Jacksonville, FL 32217-4248**

Date(s) debt was incurred _
Last 4 digits of account number **2620**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor   **LTGF Business Trust**                                    Case number (if known)   **2:23-bk-01538**
_____
Name

| 3.765 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**RALPH STANLEY FRANCOIS**
108 S Miami Avenue Suite 306
Miami, FL 33130

Date(s) debt was incurred  _

Last 4 digits of account number  **3726**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.765 8 |

**RALPH V HADLEY III PA**
P.O. Box 1961
Winter Park, FL 32790-1961

Date(s) debt was incurred  _

Last 4 digits of account number  **209**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$175.00

---

| 3.765 9 |

**RALPH VENTURA**
90 Southwest 3rd Street Suite 3605
Miami Beach, FL 33139

Date(s) debt was incurred  _

Last 4 digits of account number  **8353**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.766 0 |

**Ralph W. Symons, P.A.**
1172 S Dixie Highway Suite 610
Coral Gables, FL 33146

Date(s) debt was incurred  _

Last 4 digits of account number  **7516**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.766 1 |

**RAMON CARRION**
28100 US Highway 19 N Suite 502
Clearwater, FL 34621-2686

Date(s) debt was incurred  _

Last 4 digits of account number  **7213**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

| 3.766 2 |

**RAMON M RODRIGUEZ**
782 Northwest Lejeune Road Suite 329
Miami, FL 33126-5524

Date(s) debt was incurred  _

Last 4 digits of account number  **5100**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.766
3**

**Nonpriority creditor's name and mailing address**

**RAMON R CACICEDO JR**
**275 Fontainbleau Boulevard Suite 195**
**Miami, FL 33172-4509**

Date(s) debt was incurred _

Last 4 digits of account number  **2210**

As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.766
4**

**Nonpriority creditor's name and mailing address**

**RAMON TOURGEMAN**
**P.O. Box 800-111**
**Aventura, FL 33280**

Date(s) debt was incurred _

Last 4 digits of account number  **5272**

As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.766
5**

**Nonpriority creditor's name and mailing address**

**RAMONA ANDERSON**
**7401 Wiles Road Suite 314**
**Coral Springs, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number  **7025**

As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.766
6**

**Nonpriority creditor's name and mailing address**

**RAMONA L TOLLEY PA**
**400 Southeast 9th Street**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **9311**

As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.766
7**

**Nonpriority creditor's name and mailing address**

**RAMONA M CHANCE**
**6915 NW 65 Avenue**
**Gainesville, FL 32653**

Date(s) debt was incurred _

Last 4 digits of account number  **5549**

As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.766
8**

**Nonpriority creditor's name and mailing address**

**RAMSBERGER LAW GROUP PA**
**255 Sunset Drive N**
**St Petersburg, FL 33710-7441**

Date(s) debt was incurred _

Last 4 digits of account number  **1536**

As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.766
9**

**Nonpriority creditor's name and mailing address**

**RAMSINGH & ASSOCIATES PA**
**679 Southwest Treasury Cv**
**Port St Lucie, FL 34986**

Date(s) debt was incurred _

Last 4 digits of account number  **4869**

As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.767 0**

**Nonpriority creditor's name and mailing address**

**RANA E EPSTEIN**
**8840 S Lake Dasha Drive**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **6997**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.767 1**

**Nonpriority creditor's name and mailing address**

**RANA M GORZECK**
**Suite 910 Trade Centre S**
**100 W Cypress Creek Road**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number **4580**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.767 2**

**Nonpriority creditor's name and mailing address**

**Randall A. Fischer, P.A.**
**2100 SE Ocean Boulevard**
**Suite 203**
**Stuart, FL 34996**

Date(s) debt was incurred _

Last 4 digits of account number **0838**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.767 3**

**Nonpriority creditor's name and mailing address**

**RANDALL J DEHAYES**
**4521 PGA Boulevard Suite 327**
**Palm Bch Gardens, FL 33418**

Date(s) debt was incurred _

Last 4 digits of account number **7721**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.767 4**

**Nonpriority creditor's name and mailing address**

**RANDALL J MARSHALL**
**Marshall Law Office P.A.**
**1019 Town Center Drive, Suite 101**
**Orange City, FL 32763**

Date(s) debt was incurred _

Last 4 digits of account number **8485**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.767 5**

**Nonpriority creditor's name and mailing address**

**RANDALL K ROGER & ASSOCIATES**
**621 NW 53RD ST #300**
**BOCA RATON, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number **7430**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**                    Case number (if known) **2:23-bk-01538**
_____
Name

---

| 3.767<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RANDALL L LESHIN**
**712 S McNab Road**
**Pompano Beach, FL 33060-9430**

Date(s) debt was incurred _

Last 4 digits of account number **2766**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RANDALL L SIDLOSCA**
**14305 Southwest 99th Court**
**Miami, FL 33176-7092**

Date(s) debt was incurred _

Last 4 digits of account number **0176**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**RANDALL N THORNTON**
**P.O. Box 58**
**Lake Panasoffkee, FL 33538-0058**

Date(s) debt was incurred _

Last 4 digits of account number **5769**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RANDALL O REDER**
**1319 W Fletcher Avenue**
**Tampa, FL 33612**

Date(s) debt was incurred _

Last 4 digits of account number **3664**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RANDEE J GOLDER**
**P.O. Box 3756**
**Boynton Beach, FL 33424-3756**

Date(s) debt was incurred _

Last 4 digits of account number **9073**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RANDEE SUSAN SCHATZ**
**P.O. Box 510506**
**Melbourne Beach, FL 32951**

Date(s) debt was incurred _

Last 4 digits of account number **8733**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RANDI S TOMPKINS**
**4960 Blue Lake Drive**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **0148**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.768 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**RANDOLPH J F POTTER**
**1200 S Pine Island Road Suite 230**
**Plantation, FL 33324-4459**

�a Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7949**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.768 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**RANDY HILLMAN PA**
**P.O. Box 420007**
**Kissimmee, FL 34742-0007**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7725**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.768 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**RANDY LUDACER**
**123 Orange Road Northwest**
**Lake Placid, FL 33852-6870**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3716**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.768 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RANDY MARK GOLDBERG**
**1101 Southwest 71st Avenue**
**Plantation, FL 33317**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0601**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.768 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RANDY ZELDIN**
**1501 Corporate Drive Suite 240**
**Boynton Beach, FL 33426-6654**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4840**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.768 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**RANTSON E DAVIS**
**103 S Old Dixie Highway**
**Lady Lake, FL 32159-4349**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5482**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.7689**

**Nonpriority creditor's name and mailing address**

**RAPHAEL STEINHARDT**
**2121 N.E. 190th Street**
**North Miami Beach, FL 33179-4352**

Date(s) debt was incurred _

Last 4 digits of account number  **3943**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.7690**

**Nonpriority creditor's name and mailing address**

**Raposo Walled, P.L.**
**216 N Miami Avenue**
**Miami, FL 33128**

Date(s) debt was incurred _

Last 4 digits of account number  **8013**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.7691**

**Nonpriority creditor's name and mailing address**

**RAQUEL M MATAS**
**2333 Ponce De Leon Boulevard Suite 650**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **0409**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.7692**

**Nonpriority creditor's name and mailing address**

**RAQUEL PUIG ZALDIVAR**
**P.O. Box 557182**
**Miami, FL 33255-7182**

Date(s) debt was incurred _

Last 4 digits of account number  **4987**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.7693**

**Nonpriority creditor's name and mailing address**

**RAQUEL ROTHMAN PL**
**20900 Northeast 30th Avenue 8th Floor**
**Aventura, FL 33180-2100**

Date(s) debt was incurred _

Last 4 digits of account number  **7898**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.7694**

**Nonpriority creditor's name and mailing address**

**RAS Title, L.L.C.**
**6409 Congress Avenue**
**Suite 100**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number  **7034**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.7695**

**Nonpriority creditor's name and mailing address**

**RASCO KLOCK REININGER PEREZ**
**2555 Ponce De Leon Boulevard**
**Suite 600**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **8244**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.7696**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|
| **RAUL A COSSIO**<br>**103301 Overseas Highway Suite A**<br>**Key Largo, FL 33037** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __6246__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.7697**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **RAUL A MONTANER**<br>**175 Fountainebleau Boulevard Suite 1a**<br>**Miami, FL 33172** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __6891__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.7698**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|
| **RAUL CARRERAS JR**<br>**P.O. Box 2405**<br>**Ocala, FL 34478-2405** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __7575__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.7699**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **RAUL D CABRERA**<br>**4201 Southwest 11th Street**<br>**Miami, FL 33134** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __2662__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.7700**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **RAUL DELGADO**<br>**10235 Southwest 8th Terrace**<br>**Miami, FL 33174** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __7874__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.7701**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|
| **RAUL E SALAS PA**<br>**6301 Sunset Drive**<br>**Suite 203**<br>**South Miami, FL 33143** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Member__ | |
| Last 4 digits of account number __4377__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor **LTGF Business Trust**

Name

Case number (if known) **2:23-bk-01538**

---

**3.770**
**2**

**Nonpriority creditor's name and mailing address**
**RAUL FERNANDEZ-VALLE**
**5460 Southwest 65th Avenue Road**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number **4109**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.770**
**3**

**Nonpriority creditor's name and mailing address**
**RAUL FLORES PA**
**P.O. Box 772073**
**Miami, FL 33177**

Date(s) debt was incurred _

Last 4 digits of account number **7002**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.770**
**4**

**Nonpriority creditor's name and mailing address**
**RAUL G MENDOZA**
**2600 Douglas Road**
**Suite 400**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **8577**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.770**
**5**

**Nonpriority creditor's name and mailing address**
**RAUL GASTESI JR**
**8105 Northwest 155th Street**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number **6500**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.770**
**6**

**Nonpriority creditor's name and mailing address**
**RAUL J A MARTINEZ-ESTEVE**
**901 Ponce Deleon Boulevard Suite 304**
**Coral Gables, FL 33134-3073**

Date(s) debt was incurred _

Last 4 digits of account number **359**

As of the petition filing date, the claim is: *Check all that apply.*

$225.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.770**
**7**

**Nonpriority creditor's name and mailing address**
**RAUL J SANCHEZ DE VARONA**
**1320 S Dixie Highway Suite 280**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **9080**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.770**
**8**

**Nonpriority creditor's name and mailing address**
**RAUL R DELGADO DE ARMAS**
**600 Brickell Avenue Suite 500**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **4766**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.7709**

**Nonpriority creditor's name and mailing address**

**RAUL ROQUE**
**2021 East 7th Ave.**
**Tampa, FL 33605-3901**

Date(s) debt was incurred _

Last 4 digits of account number **2118**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.7710**

**Nonpriority creditor's name and mailing address**

**RAUL SOCARRAS PA**
**255 S Orange Avenue**
**Suite 720**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **1884**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.7711**

**Nonpriority creditor's name and mailing address**

**RAVI VAIDYA**
**C/O E Zayas Beneficial Finance**
**8181 Northwest 36th Street**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number **2357**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.7712**

**Nonpriority creditor's name and mailing address**

**RAY A SCHLICHTE JR PA**
**2134 Hollywood Boulevard**
**Hollywood, FL 33020-6701**

Date(s) debt was incurred _

Last 4 digits of account number **4333**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.7713**

**Nonpriority creditor's name and mailing address**

**RAY P POPE**
**P.O. Box 30112**
**Pensacola, FL 32503-1112**

Date(s) debt was incurred _

Last 4 digits of account number **1649**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.7714**

**Nonpriority creditor's name and mailing address**

**RAY STRAUSS**
**17280 NE 19th Avenue**
**North Miami Beach, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number **6929**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,283.56**

---

Debtor   **LTGF Business Trust**                                    Case number (if known)   **2:23-bk-01538**
_____
Name

---

**3.771
5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

**Rayboun Mulligan, P.L.L.C.**
**105 West 5th Avenue**              ■ Contingent
**Tallahassee, FL 32303**            ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number  **9468**          Basis for the claim:  **Member**

                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.771
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$200.00**

**RAYMER F MAGUIRE 111**
**1010 Executive Center Drive Suite 121**    ■ Contingent
**Orlando, FL 32803-3521**           ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number  **8061**          Basis for the claim:  **Member**

                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.771
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$200.00**

**RAYMOND A GOODWILL JR**
**P.O. Box 2334**                    ■ Contingent
**Winter Haven, FL 33883-2334**      ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number  **3800**          Basis for the claim:  **Member**

                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.771
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

**RAYMOND B PALMER**
**913 Gulf Breeze Parkway**          ■ Contingent
**Suite 41**                         ☐ Unliquidated
**Gulf Breeze, FL 32561-4728**       ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number  **0627**          Basis for the claim:  **Member**

                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.771
9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$200.00**

**RAYMOND C CONKLIN**
**3111 Sharer Road**                 ■ Contingent
**Tallahassee, FL 32312-1909**       ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number  **7352**          Basis for the claim:  **Member**

                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.772
0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$100.00**

**RAYMOND E MAKOWSKI**
**P.O. Box 551174**                  ■ Contingent
**Jacksonville, FL 32255-1174**      ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number  **4999**          Basis for the claim:  **Member**

                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.772
1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$200.00**

**RAYMOND E MILLER**
**P.O. Box 983**                     ■ Contingent
**Venice, FL 34280**                 ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number  **4161**          Basis for the claim:  **Member**

                                     Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

| 3.772 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**RAYMOND H. HODGES**
P.O. Box 548
Zephyrhills, FL 33539-0548

Date(s) debt was incurred _

Last 4 digits of account number **1575**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

| 3.772 3 |

**RAYMOND J BOWIE**
900 Sixth Avenue S Suite 104
Naples, FL 34102

Date(s) debt was incurred _

Last 4 digits of account number **2095**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.772 4 |

**RAYMOND J KAYAL JR**
6910 NW 12th Street
Miami, FL 33126

Date(s) debt was incurred _

Last 4 digits of account number **6675**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.772 5 |

**RAYMOND J RAFOOL II**
P.O. Box 7286
Winter Haven, FL 33883-7286

Date(s) debt was incurred _

Last 4 digits of account number **7438**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.772 6 |

**RAYMOND K STEELE**
Street Martin - Suite 912
1717 E Beltline Road
Coppel, TX 75019

Date(s) debt was incurred _

Last 4 digits of account number **3731**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.772 7 |

**RAYMOND L BALLOU PA**
P.O. Box 47565
St Petersburg, FL 33743-7565

Date(s) debt was incurred _

Last 4 digits of account number **3901**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.772 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**RAYMOND L ROBINSON**
**Robinson & Associates P.A.**
**1501 Venera Avenue Suite 300**
**Coral Gables, FL 33146**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  4596**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.772 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$275.00** |

**RAYMOND L SYFRETT PA**
**P.O. Box 1186**
**Panama City, FL 32402-1186**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  4486**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.773 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**RAYMOND M BLACKLIDGE**
**28810 Falling Leaves Way**
**Wesley Chapel, FL 33543**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  7597**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.773 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**RAYMOND M MASCIARELLA II**
**840 Us. Highway One Suite 340**
**North Palm Beach, FL 33408-3834**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  8034**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.773 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.55** |

**RAYMOND P. HARRIS, JR.**
**1920 E. Hillsboro, Suite 246**
**Tampa, FL 33610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  6699**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.773 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**RAYMOND PLACID**
**15275 Collier Boulevard Suite 201**
**Naples, FL 34119**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  9191**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.773 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**RAYMOND R BEITRA**
**900 W 49th Street Suite 430**
**Hialeah, FL 33012-3488**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  1098**

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**
_____

---

**3.773 5**

**Nonpriority creditor's name and mailing address**
**RAYMOND R SCHROEDER**
**P.O. Box 1029**
**Mauldin, SC 29662-1029**

Date(s) debt was incurred _

Last 4 digits of account number  **6380**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.773 6**

**Nonpriority creditor's name and mailing address**
**RAYMOND REA**
**Box 310**
**Boynton Beach, FL 33425-0310**

Date(s) debt was incurred _

Last 4 digits of account number  **8714**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.773 7**

**Nonpriority creditor's name and mailing address**
**RAYMOND S GRIMM**
**1800 2nd Street Suite 900**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number  **7864**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.773 8**

**Nonpriority creditor's name and mailing address**
**RAYMOND W ROYCE**
**222 Lakeview Avenue Suite 1000**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **7315**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$11,182.28

---

**3.773 9**

**Nonpriority creditor's name and mailing address**
**RAYMOND WILSON & CONWAY PA**
**192 Vining Court**
**Ormond Beach, FL 32176**

Date(s) debt was incurred _

Last 4 digits of account number  **189**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$9,123.60

---

**3.774 0**

**Nonpriority creditor's name and mailing address**
**Read Law, PLLC**
**25 SE 2nd Avenue**
**Suite 828**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **0753**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.774 1**

**Nonpriority creditor's name and mailing address**
**Real Estate and Association Law Firm, P.**
**401 E Las Olas Blve Suite 1301-168**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **8162**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.774 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Real Estate Law Group, P.L.L.C.**
**2645 Southwest 37th Avenue Suite 301**
**Miami, FL 33133**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7918**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.774 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Real Estate Matters Law Firm, P.L.L.C.**
**8695 College Parkway Suite 2025**
**Ft Myers, FL 33915**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8659**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.774 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Realty Law Group, P.L.L.C.**
**560 Village Boulevard**
**Suite 120**
**West Palm Beach, FL 33409**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9348**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.774 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Realty Title Services, Inc.**
**3971 SW 8th Street**
**Suite 305**
**Miami, FL 33134-2951**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5589**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.774 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Recalde & Friedman, P.L.L.C.**
**2875 NE 191st Street**
**Suite 500**
**Aventura, FL 33180**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7114**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.774 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Red Five Law & Title, LLC**
**6810 N. State Road 7**
**Coconut Creek, FL 33073**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9146**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | LTGF Business Trust | Case number (if known) | 2:23-bk-01538 |
|---|---|---|---|
| | Name | | |

| 3.7748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**REDDING & ASSOCIATES PA**
113 S. MacDill Avenue
Suite A
Tampa, FL 33609

Date(s) debt was incurred _
Last 4 digits of account number  6034

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**REDGRAVE & OLIVER LLP**
120 E Palmetto Park Road Suite 400
Boca Raton, FL 33432

Date(s) debt was incurred _
Last 4 digits of account number  5185

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Reef Title Company, L.L.C.**
31 Ocean Reef Drive
Suite A-201
Key Largo, FL 33037

Date(s) debt was incurred _
Last 4 digits of account number  8202

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**REEVES & DAVIS**
730 BAYFRONT PARKWAY STE 4-B
PENSACOLA, FL 32501

Date(s) debt was incurred _
Last 4 digits of account number  5629

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**REGALADO-HERRERA PA**
2250 Southwest 3rd Avenue Suite 500
Miami, FL 33129

Date(s) debt was incurred _
Last 4 digits of account number  9043

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**REGENT LAW FIRM PA**
1020 E Brandon Boulevard Suite 211
Brandon, FL 33511

Date(s) debt was incurred _
Last 4 digits of account number  6494

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**REGGIE D SANGER**
208 Southeast 9th Street
Ft Lauderdale, FL 33316

Date(s) debt was incurred _
Last 4 digits of account number  6633

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.775 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**REGINA TSOMBANAKIS PA**
600 Southwest 4th Avenue Suite 114
Ft Lauderdale, FL 33315

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  3186

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.775 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Reginald G. Stambaugh, P.A.**
224 Datura Street
Suite 1001
West Palm Beach, FL 33401

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  0353

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.775 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**REGLA M SIBILA**
815 Ponce De Leon Boulevard Suite 305
Coral Gables, FL 33134

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  3920

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.775 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Regueyra & Llerandi, PLLC**
5901 SW 74th Street
Suite 300
Miami, FL 33143

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  0724

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.775 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**REID & AGEE PLLC**
3633 26th Street West
Bradenton, FL 34205

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  5344

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.776 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Reid Legal Solutions, P.A.**
120 E. 4th Avenue
Suite B-2
Mount Dora, FL 32757

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  1053

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.776**
**1**

**Nonpriority creditor's name and mailing address**
**REID MOORE JR**
P.O. Box 2764
Palm Beach, FL 33480-2764

Date(s) debt was incurred _

Last 4 digits of account number **8409**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.776**
**2**

**Nonpriority creditor's name and mailing address**
**REINHARD G STEPHAN**
241 S. Westmonte Drive
Suite 1010
Altamonte Springs, FL 32714

Date(s) debt was incurred _

Last 4 digits of account number **9929**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.776**
**3**

**Nonpriority creditor's name and mailing address**
**REINMAN HARRELL GRAHAM**
1825 S Riverview Drive
Melbourne, FL 32901-4711

Date(s) debt was incurred _

Last 4 digits of account number **5190**

As of the petition filing date, the claim is: *Check all that apply.*

$5,513.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.776**
**4**

**Nonpriority creditor's name and mailing address**
**REISMAN LAW GROUP PA**
1379 Harbor View East
Hollywood, FL 33019

Date(s) debt was incurred _

Last 4 digits of account number **6690**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.776**
**5**

**Nonpriority creditor's name and mailing address**
**REMER & GEORGES-PIERRE PA**
11900 Biscayne Boulevard Suite 288
Miami, FL 33181

Date(s) debt was incurred _

Last 4 digits of account number **8723**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.776**
**6**

**Nonpriority creditor's name and mailing address**
**RENA K MAGOLNICK**
P.O. Box 424
Everglades City, FL 34139

Date(s) debt was incurred _

Last 4 digits of account number **4693**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.776**
**7**

**Nonpriority creditor's name and mailing address**
**Renaissance Title Corporation**
6111 Broken Sound Parkway
Suite 200
Boca Raton, FL 33487

Date(s) debt was incurred _

Last 4 digits of account number **8381**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.7768**

**Nonpriority creditor's name and mailing address**
**RENATO PEREZ**
**1105 Southwest 87th Avenue**
**Miami, FL 33174**

Date(s) debt was incurred _

Last 4 digits of account number **4208**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.7769**

**Nonpriority creditor's name and mailing address**
**RENE E COTO PA**
**14345 Commerce Way**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number **1414**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.7770**

**Nonpriority creditor's name and mailing address**
**RENE G VAN DE VOORDE**
**1327 N Central Avenue**
**Sebastian, FL 32958-1607**

Date(s) debt was incurred _

Last 4 digits of account number **6638**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$275.00

---

**3.7771**

**Nonpriority creditor's name and mailing address**
**Rene G. Sagebien, P.A.**
**2127 Brickell Avenue**
**Suite 3405**
**Miami, FL 33129**

Date(s) debt was incurred _

Last 4 digits of account number **0761**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.7772**

**Nonpriority creditor's name and mailing address**
**RENE NAVARRO**
**Rene Navarro P.A.**
**782 Northwest 42nd Avenue Suite 341**
**Miami, FL 33126-5550**

Date(s) debt was incurred _

Last 4 digits of account number **8249**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.7773**

**Nonpriority creditor's name and mailing address**
**RENE SACASAS**
**3790 Kent Circle**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **6991**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| | |
|---|---|
| Debtor | **LTGF Business Trust** |
| | Name |

Case number (if known)  **2:23-bk-01538**

---

**3.777 4**

**Nonpriority creditor's name and mailing address**

**RENEE ADWAR ESQUIRE**
Renee Adwar P.A.
848 Brickell Avenue, Suite 900
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number  **2235**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.777 5**

**Nonpriority creditor's name and mailing address**

**RENEE DEMARAS**
5409 Overseas Highway Suite 286d
Marathon, FL 33050

Date(s) debt was incurred _

Last 4 digits of account number  **9068**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.777 6**

**Nonpriority creditor's name and mailing address**

**RENIER CRUZ**
300 Sevilla Avenue Suite 301
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **7354**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.777 7**

**Nonpriority creditor's name and mailing address**

**RENU N MODY**
1000 Venetian Way Suite 103
Miami, FL 33139

Date(s) debt was incurred _

Last 4 digits of account number  **7805**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.777 8**

**Nonpriority creditor's name and mailing address**

**REV LESTER E DURST**
4535 Menewa Path
Pensacola, FL 32504

Date(s) debt was incurred _

Last 4 digits of account number  **7552**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,034.19**

---

**3.777 9**

**Nonpriority creditor's name and mailing address**

**REVIS & BLACKBURN PA**
648 S Ridgewood Avenue
Daytona Beach, FL 32114-4932

Date(s) debt was incurred _

Last 4 digits of account number  **7899**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.778 0**

**Nonpriority creditor's name and mailing address**

**REX B GUTHRIE**
370 Minorca Avenue Suite 15
Coral Gables, FL 33134-4311

Date(s) debt was incurred _

Last 4 digits of account number  **597**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | LTGF Business Trust | Case number (if known) | 2:23-bk-01538 |
|---|---|---|---|
| | Name | | |

**3.778**
**1**

Nonpriority creditor's name and mailing address
**REX J FORD**
**P.O. Box 488**
**Ocala, FL 32678-0488**

Date(s) debt was incurred _

Last 4 digits of account number **8661**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.778**
**2**

Nonpriority creditor's name and mailing address
**REX P COWAN**
**P.O. Box 857**
**Winter Haven, FL 33882-0857**

Date(s) debt was incurred _

Last 4 digits of account number **6707**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.778**
**3**

Nonpriority creditor's name and mailing address
**Reyer Law Group, P.A.**
**5301 N. Federal Highway**
**Suite 130**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number **3916**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.778**
**4**

Nonpriority creditor's name and mailing address
**Reyes & Busutil Law, P.A.**
**8485 SW 40th Street**
**Suite 301**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number **0142**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.778**
**5**

Nonpriority creditor's name and mailing address
**Reyes Law Group, P.A.**
**2898 East Crooked Lake Drive**
**Eustis, FL 32726**

Date(s) debt was incurred _

Last 4 digits of account number **6398**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.778**
**6**

Nonpriority creditor's name and mailing address
**Reynolds & Reynolds, P.L.**
**120 S. Olive Avenue**
**Suite 600**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **8635**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.778**
**7**

Nonpriority creditor's name and mailing address
**REYNOLDS & STOWELL PA**
**8700 4th Street N**
**St Petersburg, FL 33702**

Date(s) debt was incurred _

Last 4 digits of account number **6210**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

| 3.778 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Rgm Title Services, L.L.C.**
**17961 Biscayne Boulevard Suite A1**
**Aventura, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number  **7410**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**RHADAMES C BATISTA**
**Batista & Batista P.A.**
**7171 Coral Way Suite 400**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number  **4497**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,936.36 |
|---|---|---|---|

**RHODES TUCKER & GARRETSON**
**1060 Borghese Lane Suite 1803**
**Naples, FL 34114**

Date(s) debt was incurred _

Last 4 digits of account number  **6333**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**RHONDA A ANDERSON**
**2420 Coral Way**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number  **8396**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,917.85 |
|---|---|---|---|

**RICARDO MARTINEZ-CID**
**2250 SW 3rd Avenue**
**Suite 203**
**Miami, FL 33129**

Date(s) debt was incurred _

Last 4 digits of account number  **5634**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**RICARDO R VIVES**
**201 Alhambra Circle Suite 500**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **4988**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.779
4**

**Nonpriority creditor's name and mailing address**

**RICCA & WHITMIRE PA**
**P.O. Drawer 4888**
**West Palm Beach, FL 33402**

Date(s) debt was incurred _

Last 4 digits of account number **5094**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.779
5**

**Nonpriority creditor's name and mailing address**

**RICE AND ROSE**
**P.O. Box 2599**
**Daytona Beach, FL 32115-2599**

Date(s) debt was incurred _

Last 4 digits of account number **8615**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.779
6**

**Nonpriority creditor's name and mailing address**

**RICHARD A ARONSKY PA**
**16425 Collins Avenue Suite Ws6a**
**Sunny Isles Beach, FL 33160-4537**

Date(s) debt was incurred _

Last 4 digits of account number **5745**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.779
7**

**Nonpriority creditor's name and mailing address**

**RICHARD A BEAUCHAMP**
**Suite 350**
**1995 E Oakland Park Boulevard**
**Ft Lauderdale, FL 33306**

Date(s) debt was incurred _

Last 4 digits of account number **5087**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.779
8**

**Nonpriority creditor's name and mailing address**

**RICHARD A COLLMAN**
**The Village**
**2340 Periwinkle Way Suite I-2**
**Sanibel, FL 33957**

Date(s) debt was incurred _

Last 4 digits of account number **7468**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.779
9**

**Nonpriority creditor's name and mailing address**

**RICHARD A CRISONINO**
**2534 Southwest 6th Street**
**Miami, FL 33135-2926**

Date(s) debt was incurred _

Last 4 digits of account number **4933**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.780
0**

**Nonpriority creditor's name and mailing address**

**RICHARD A GESCHEIDT**
**P.O. Box 2702**
**Ft Myers, FL 33902-2702**

Date(s) debt was incurred _

Last 4 digits of account number **5545**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**
_____

| 3.780 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**RICHARD A HEROLD**
P.O. Box 76
Elijay, GA 30540-3555

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6969**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.780 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |

**RICHARD A KRAUSE**
35 Clayton Lane
Santa Rosa Beach, FL 32459

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4287**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.780 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |

**RICHARD A LEYDIG JR**
107 Southeast 10th Street
Ft Lauderdale, FL 33316

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7786**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.780 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**RICHARD A MANZO**
P.O. Box 599
Titusville, FL 32781-0599

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4271**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.780 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**RICHARD A MILLS III**
73 Mountain View Road
Black Mountain, NC 28711-9769

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0011**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.780 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**RICHARD A MUNOZ**
2030 S Douglas Road Suite 206
Coral Gables, FL 33134

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3490**

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.780 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**RICHARD A ROSENBERG**
P.O. Box 5113
Cleveland, TN 37320-5113

Date(s) debt was incurred _

Last 4 digits of account number **2854**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**RICHARD A SHAPIRO**
2071 Main Street
Sarasota, FL 34237-6038

Date(s) debt was incurred _

Last 4 digits of account number **6338**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**RICHARD A VENDITTI PA**
500 E Tarpon Avenue
Tarpon Springs, FL 34689

Date(s) debt was incurred _

Last 4 digits of account number **9082**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**RICHARD A WAGNER**
19 Orange Avenue
Rockledge, FL 32955

Date(s) debt was incurred _

Last 4 digits of account number **1102**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**RICHARD A WHITTINGTON**
494 N Harbor City Boulevard
Melbourne, FL 32935-6858

Date(s) debt was incurred _

Last 4 digits of account number **6086**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**RICHARD A. LAWRENCE, JR, PA**
P.O. Drawer 818
Melbourne, FL 32902-0818

Date(s) debt was incurred _

Last 4 digits of account number **3194**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Richard A. Lopez**
933 S. Florida Avenue
Lakeland, FL 33803

Date(s) debt was incurred _

Last 4 digits of account number **0533**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.781 4**

Nonpriority creditor's name and mailing address

**RICHARD A. RADIS**
**1215 E. Broward Blvd.**
**Ft Lauderdale, FL 33301-2133**

Date(s) debt was incurred _

Last 4 digits of account number **3032**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.781 5**

Nonpriority creditor's name and mailing address

**RICHARD ALAN RUSSELL**
**350 Jim Moran Boulevard Suite 210**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number **4381**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.781 6**

Nonpriority creditor's name and mailing address

**RICHARD ALTSHULER**
**3100 Jefferson Street**
**Miami, FL 33133-3820**

Date(s) debt was incurred _

Last 4 digits of account number **1511**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.781 7**

Nonpriority creditor's name and mailing address

**RICHARD B AUSTIN**
**P.O. Box 830310**
**Miami, FL 33283-0310**

Date(s) debt was incurred _

Last 4 digits of account number **2403**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.781 8**

Nonpriority creditor's name and mailing address

**RICHARD B BADGLEY**
**P.O. Box 40031**
**St Petersburg, FL 33743-0031**

Date(s) debt was incurred _

Last 4 digits of account number **7118**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.781 9**

Nonpriority creditor's name and mailing address

**RICHARD B BURK**
**7400 W Lake Drive**
**West Palm Beach, FL 33406-6724**

Date(s) debt was incurred _

Last 4 digits of account number **7318**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$8,904.39**

---

**3.782 0**

Nonpriority creditor's name and mailing address

**RICHARD B COLLINS**
**P.O. Box 12429**
**Tallahassee, FL 32317-2429**

Date(s) debt was incurred _

Last 4 digits of account number **6551**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.782 1**

**Nonpriority creditor's name and mailing address**

**RICHARD B MARX**
**Concord Building 2nd Floor**
**66 W Flagler Street**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number **5525**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.782 2**

**Nonpriority creditor's name and mailing address**

**RICHARD B MATEER PA**
**21301 Powerline Road**
**Suite 309 Grove Center**
**Boca Raton, FL 33433-2391**

Date(s) debt was incurred _

Last 4 digits of account number **5327**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.782 3**

**Nonpriority creditor's name and mailing address**

**RICHARD B PYLES**
**15888 Southwest 95 Avenue Suite 126**
**Miami, FL 33157**

Date(s) debt was incurred _

Last 4 digits of account number **0328**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.782 4**

**Nonpriority creditor's name and mailing address**

**RICHARD B SCHWALBE**
**1301 Gulf Life Drive Suite 1500**
**Jacksonville, FL 32207-9018**

Date(s) debt was incurred _

Last 4 digits of account number **6946**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.782 5**

**Nonpriority creditor's name and mailing address**

**RICHARD B WARREN PA**
**4800 N. Federal Highway**
**Suite A-205**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **3746**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.782 6**

**Nonpriority creditor's name and mailing address**

**RICHARD BURNS**
**10900 N. Kendall Drive**
**Suite 100**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number **7590**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.782**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **RICHARD C BOOTH**<br>**100 E. Granada Boulevard**<br>**Suite 209**<br>**Ormond Beach, FL 32176** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **4109** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.782**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52.12 |
|---|---|---|
| **RICHARD C DAVIS**<br>**920 W Bay Drive**<br>**Largo, FL 34640-3224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **8096** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.782**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **RICHARD C ENTIN**<br>**110 Southeast 6th Street Suite 1970**<br>**Ft Lauderdale, FL 33301** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **6294** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.783**
**0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **RICHARD C GRIESINGER**<br>**24641 US Highway 19 N Suite 525**<br>**Clearwater, FL 34623-4084** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **8129** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.783**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **RICHARD C HALTON**<br>**89 Haren Drive**<br>**Rocky Hill, CT 06067-1063** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **8434** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.783**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **RICHARD C KOSKEY**<br>**3511 W Commercial Boulevard Suite 302**<br>**Ft Lauderdale, FL 33309** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **4555** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.783**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **RICHARD C LANGFORD**<br>**P.O. Box 868**<br>**Bartow, FL 33831** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **4292** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.783
4**

**Nonpriority creditor's name and mailing address**

**RICHARD C MIGLIACCIO**
**1507 Golfside Drive**
**Winter Park, FL 32792-3157**

Date(s) debt was incurred _

Last 4 digits of account number **7712**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.783
5**

**Nonpriority creditor's name and mailing address**

**RICHARD C MILSTEIN**
**801 Brickell Avenue 24th Floor**
**Miami, FL 33131-2900**

Date(s) debt was incurred _

Last 4 digits of account number **8563**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.783
6**

**Nonpriority creditor's name and mailing address**

**RICHARD C TROLLOPE**
**P.O. Box 106**
**Panama City, FL 32402-0106**

Date(s) debt was incurred _

Last 4 digits of account number **1504**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.783
7**

**Nonpriority creditor's name and mailing address**

**RICHARD C WALLER**
**11463-A Southwest 109th Road**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number **4883**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.783
8**

**Nonpriority creditor's name and mailing address**

**RICHARD C WILLIAMS JR**
**6337 Grand Boulevard**
**New Port Richey, FL 34652-2312**

Date(s) debt was incurred _

Last 4 digits of account number **2705**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.783
9**

**Nonpriority creditor's name and mailing address**

**RICHARD C. WOLFE**
**1031 North Miami Beach Blvd.**
**North Miami Beach, FL 33162-3842**

Date(s) debt was incurred _

Last 4 digits of account number **8709**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.784
0**

**Nonpriority creditor's name and mailing address**

**RICHARD D CIMINO**
**4851 Tamiami Trail N.**
**Unit 222**
**Naples, FL 34103**

Date(s) debt was incurred _

Last 4 digits of account number **9212**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.784 1**

**Nonpriority creditor's name and mailing address**
**RICHARD D DAVIDSON**
**P.O. Box 2809**
**Orlando, FL 32802-2809**

Date(s) debt was incurred _

Last 4 digits of account number **526**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.784 2**

**Nonpriority creditor's name and mailing address**
**RICHARD D KATZ**
**2600 S Douglas Road Suite 607**
**Coral Gables, FL 33134-6100**

Date(s) debt was incurred _

Last 4 digits of account number **0342**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.784 3**

**Nonpriority creditor's name and mailing address**
**RICHARD D LYONS**
**Bond Schoeneck & King P.A.**
**26811 S Bay Drive Suite 200**
**Bonita Springs, FL 34134**

Date(s) debt was incurred _

Last 4 digits of account number **2724**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.784 4**

**Nonpriority creditor's name and mailing address**
**RICHARD D PERCIC**
**1061 E Indian Town Road Suite 400**
**Jupiter, FL 33477**

Date(s) debt was incurred _

Last 4 digits of account number **2063**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.784 5**

**Nonpriority creditor's name and mailing address**
**RICHARD D SABA PA**
**2033 Main Street**
**Suite 400**
**Sarasota, FL 34237**

Date(s) debt was incurred _

Last 4 digits of account number **7926**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.784 6**

**Nonpriority creditor's name and mailing address**
**RICHARD D SNEED JR PA**
**Mardi Executive Center**
**1905 S 25th Street, Suite 206**
**Ft Pierce, FL 34947**

Date(s) debt was incurred _

Last 4 digits of account number **4636**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.784 7**

**Nonpriority creditor's name and mailing address**
**RICHARD D TOBIN**
**2929 E Commercial Boulevard Suite 702**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number **5153**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.784 8**

**Nonpriority creditor's name and mailing address**
**RICHARD D. SCHULER**
**1615 Forum Place**
**Suite 4-D, Barristers Building**
**West Palm Beach, FL 33401-2317**

Date(s) debt was incurred _

Last 4 digits of account number **4787**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.784 9**

**Nonpriority creditor's name and mailing address**
**RICHARD E BENTON**
**1415 E. Piedmont Drive**
**Suite 4**
**Tallahassee, FL 32308**

Date(s) debt was incurred _

Last 4 digits of account number **1139**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.785 0**

**Nonpriority creditor's name and mailing address**
**RICHARD E BOSSE PA**
**P.O. Box 315**
**Henning, MN 56551-0357**

Date(s) debt was incurred _

Last 4 digits of account number **4740**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.785 1**

**Nonpriority creditor's name and mailing address**
**RICHARD E CLARK**
**P.O. Box 14637**
**North Palm Beach, FL 33408-0637**

Date(s) debt was incurred _

Last 4 digits of account number **4039**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.785 2**

**Nonpriority creditor's name and mailing address**
**RICHARD E DEUTCH JR**
**One Southeast Third Avenue Suite 3050**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **5978**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.785 3**

**Nonpriority creditor's name and mailing address**
**RICHARD E DOUGLAS PA**
**3440 Hollywood Boulevard**
**Suite 415**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **2577**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.785 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**RICHARD E DUNEGAN**
Bc 2323
413 Interamerica Boulevard Wh1
Laredo, TX 78045

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **7981**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RICHARD E GITLEN**
611 S Federal Highway Suite G
Stuart, FL 34994

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **2404**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RICHARD E JESMONTH**
217 E Intendencia Street Suite A
Pensacola, FL 32501-6022

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **5903**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RICHARD E LAWHORN**
120 E Granada Boulevard
Ormond Beach, FL 32176

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **6438**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**RICHARD F CHAMBERLIN**
P.O. Box 3542
Crestline, CA 92325-3542

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **1726**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RICHARD F HUSSEY**
P.O. Box 14333
Ft Lauderdale, FL 33302-4333

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **4578**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __LTGF Business Trust_____     Case number (if known) __2:23-bk-01538__
         Name

---

**3.786
0**

**Nonpriority creditor's name and mailing address**
**RICHARD F KONDLA**
**3929 NE 171 Street**
**North Miami Beach, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number __5705__

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.786
1**

**Nonpriority creditor's name and mailing address**
**RICHARD F TRISMEN**
**P.O. Box 1660**
**Winter Park, FL 32790-1660**

Date(s) debt was incurred _

Last 4 digits of account number __4426__

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.786
2**

**Nonpriority creditor's name and mailing address**
**RICHARD F. SCOTT**
**1214 E. Robinson Street**
**Orlando, FL 32801-2116**

Date(s) debt was incurred _

Last 4 digits of account number __7796__

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.786
3**

**Nonpriority creditor's name and mailing address**
**RICHARD FRANZBLAU LLC**
**3505 Lake Lynda Drive**
**Suite 200**
**Orlando, FL 32817**

Date(s) debt was incurred _

Last 4 digits of account number __4706__

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.786
4**

**Nonpriority creditor's name and mailing address**
**RICHARD G COKER JR**
**1404 S Andrews Avenue**
**Ft Lauderdale, FL 33316-1840**

Date(s) debt was incurred _

Last 4 digits of account number __253__

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.786
5**

**Nonpriority creditor's name and mailing address**
**RICHARD G SALZMAN PA**
**4340 Sheridan Street**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number __0122__

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.786
6**

**Nonpriority creditor's name and mailing address**
**RICHARD G. OZELIE**
**1750 E. Sunrise Boulevard**
**Ft Lauderdale, FL 33304-3013**

Date(s) debt was incurred _

Last 4 digits of account number __6813__

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.786 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RICHARD GOLDSTONE PA**
**2717 W Cypress Creek Road Suite 800**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number **8679**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.786 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.16 |
|---|---|---|---|

**RICHARD GUTTMAN**
**10 Old Farm Road**
**Bay Harbor, ME 04609-1504**

Date(s) debt was incurred _

Last 4 digits of account number **0733**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.786 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**RICHARD H BRESLOW**
**7000 Island Boulevard Apt 1004**
**Aventura, FL 33160-2460**

Date(s) debt was incurred _

Last 4 digits of account number **203**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.787 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**RICHARD H CRITCHFIELD**
**1001 E Atlantic Avenue Suite 201**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number **8203**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.787 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**RICHARD H HUNT & ASSOCIATES PA**
**600 Biltmore Way Suite 418**
**Coral Gables, FL 33134-7530**

Date(s) debt was incurred _

Last 4 digits of account number **3989**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.787 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**RICHARD H JACKERSON**
**313 Bryn Mawr Island**
**Bradenton, FL 34207**

Date(s) debt was incurred _

Last 4 digits of account number **8088**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.787
3**

**Nonpriority creditor's name and mailing address**

**RICHARD H LOPEZ PA
5201 Blue Lagoon Drive Suite 807
Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number  **7560**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.787
4**

**Nonpriority creditor's name and mailing address**

**RICHARD H POWELL
P.O. Drawer 2167
Ft Walton Beach, FL 32549-2167**

Date(s) debt was incurred _

Last 4 digits of account number  **8116**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.787
5**

**Nonpriority creditor's name and mailing address**

**RICHARD H SIMONSON
2800 W Oakland Park Boulevard Suite 301
Oakland Park, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number  **6271**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.787
6**

**Nonpriority creditor's name and mailing address**

**RICHARD H VURA
3228 Huntington
Ft Lauderdale, FL 33332**

Date(s) debt was incurred _

Last 4 digits of account number  **4902**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.787
7**

**Nonpriority creditor's name and mailing address**

**RICHARD H. W. MALOY
605 Ocean Drive, Apt. 4m
Key Biscayne, FL 33149-2305**

Date(s) debt was incurred _

Last 4 digits of account number  **3959**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.787
8**

**Nonpriority creditor's name and mailing address**

**RICHARD I BLINDERMAN
P.O. Box 9057
Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number  **9062**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.787
9**

**Nonpriority creditor's name and mailing address**

**RICHARD I CERVELLI PA
1848 Airport Road South
Naples, FL 33962-3816**

Date(s) debt was incurred _

Last 4 digits of account number  **3853**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

| | | |
|---|---|---|
| 3.788 0 | **Nonpriority creditor's name and mailing address** | **$25.00** |

**RICHARD I GLICK**
**4300 N University Drive Suite A-106**
**Lauderhill, FL 33351**

Date(s) debt was incurred _

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| 3.788 1 | **Nonpriority creditor's name and mailing address** | **$25.00** |

**RICHARD I KANTNER JR**
**31 Beach Drive Southeast**
**St Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number **8588**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| 3.788 2 | **Nonpriority creditor's name and mailing address** | **$25.00** |

**RICHARD I KORMAN**
**407 Lincoln Road**
**Suite 8R**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number **7191**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| 3.788 3 | **Nonpriority creditor's name and mailing address** | **$200.00** |

**RICHARD I MANAS**
**3726 Twisted Oaks Drive**
**San Antonio, TX 78217-3423**

Date(s) debt was incurred _

Last 4 digits of account number **3852**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| 3.788 4 | **Nonpriority creditor's name and mailing address** | **$175.00** |

**RICHARD J BARRON PA**
**Prospect Place**
**3111 S Dixie Highway Suite 221**
**West Palm Beach, FL 33405**

Date(s) debt was incurred _

Last 4 digits of account number **7916**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| 3.788 5 | **Nonpriority creditor's name and mailing address** | **$25.00** |

**RICHARD J BURTON**
**18305 Biscayne Boulevard Suite 300**
**Aventura, FL 33160-2172**

Date(s) debt was incurred _

Last 4 digits of account number **4819**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.788 6**

**Nonpriority creditor's name and mailing address**

**RICHARD J CORY PA**
P.O. Box 643442
Vero Beach, FL 32964

Date(s) debt was incurred _

Last 4 digits of account number  **2103**

As of the petition filing date, the claim is: *Check all that apply.*

�GRAY Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☐ No ☐ Yes

**$175.00**

---

**3.788 7**

**Nonpriority creditor's name and mailing address**

**RICHARD J DAFONTE PA**
P.O. Box 6047
Largo, FL 33773

Date(s) debt was incurred _

Last 4 digits of account number  **1840**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.788 8**

**Nonpriority creditor's name and mailing address**

**RICHARD J DEWITT**
Richard J. Dewitt P.A.
2000 Ponce De Leon Boulevard 6th Floor
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **8866**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.788 9**

**Nonpriority creditor's name and mailing address**

**RICHARD J DUNGEY**
P.O. Drawer 6
Stuart, FL 34995-0006

Date(s) debt was incurred _

Last 4 digits of account number  **6890**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.789 0**

**Nonpriority creditor's name and mailing address**

**RICHARD J GEISERT PA**
9851 NW 58th Street
Unit 115
Miami, FL 33178-2718

Date(s) debt was incurred _

Last 4 digits of account number  **9323**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.789 1**

**Nonpriority creditor's name and mailing address**

**RICHARD J KAPLAN**
1999 University Drive Suite 402
Coral Springs, FL 33071

Date(s) debt was incurred _

Last 4 digits of account number  **307**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.789 2**

**Nonpriority creditor's name and mailing address**

**RICHARD J MARKOWITZ**
13701 SW 88th Street
Suite 201
Miami, FL 33186

Date(s) debt was incurred _

Last 4 digits of account number  **5637**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.789 3**

**Nonpriority creditor's name and mailing address**

**RICHARD J MONESCALCHI PA**
**5905-B S. State Road 7**
**Lake Worth, FL 33449**

Date(s) debt was incurred _

Last 4 digits of account number  **6154**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.789 4**

**Nonpriority creditor's name and mailing address**

**RICHARD J NEEFE**
**138 107th Avenue Suite 105**
**Treasure Island, FL 33706-4713**

Date(s) debt was incurred _

Last 4 digits of account number  **7194**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.789 5**

**Nonpriority creditor's name and mailing address**

**RICHARD J O'HARE**
**2073 E. Dimple Dell Road**
**Sandy, UT 84092**

Date(s) debt was incurred _

Last 4 digits of account number  **488**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.789 6**

**Nonpriority creditor's name and mailing address**

**RICHARD J OSTERNDORF**
**P.O. Box 2352**
**Daytona Beach, FL 32115-2352**

Date(s) debt was incurred _

Last 4 digits of account number  **577**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.789 7**

**Nonpriority creditor's name and mailing address**

**RICHARD J POTASH**
**Jacaranda Professional Park**
**133 Northwest 100th Avenue**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **3584**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.789 8**

**Nonpriority creditor's name and mailing address**

**RICHARD J R PARKINSON**
**3507 Laughlin Road**
**Zellwood, FL 32798**

Date(s) debt was incurred _

Last 4 digits of account number  **1782**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|------------------------|------------------------|-------------------|
| | Name | | |

| 3.789 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RICHARD J ROSENBAUM**
Richard J. Rosenbaum P.A.
17827 Murdock Circle Suite A
Port Charlotte, FL 33948

Date(s) debt was incurred _
Last 4 digits of account number **5608**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**RICHARD J SALEM**
101 E Kennedy Boulevard Suite 3220
Tampa, FL 33602-3399

Date(s) debt was incurred _
Last 4 digits of account number **7163**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**RICHARD J SCRABIS**
2831 Vistamar Street
Ft Lauderdale, FL 33304-4015

Date(s) debt was incurred _
Last 4 digits of account number **7339**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**RICHARD J TAYLOR**
1 S School Avenue Suite 700
Sarasota, FL 34237-6045

Date(s) debt was incurred _
Last 4 digits of account number **6478**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,532.67 |
|---|---|---|---|

**RICHARD K INGLIS**
2617 Northeast 27 Terrace
Ft Lauderdale, FL 33306

Date(s) debt was incurred _
Last 4 digits of account number **3774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**RICHARD KANE**
928 George Hecker Drive
South Daytona, FL 32119-3173

Date(s) debt was incurred _
Last 4 digits of account number **4018**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RICHARD L ALFORD PA**
36426 US Highway 19 N
Palm Harbor, FL 34684

Date(s) debt was incurred _
Last 4 digits of account number **6023**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.790 6**

**Nonpriority creditor's name and mailing address**

**RICHARD L CASSIN JR**
**C/O McDermott Singapore**
**P.O. Box 61961**
**New Orleans, LA 70161**

Date(s) debt was incurred _

Last 4 digits of account number **6723**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$129.00**

---

**3.790 7**

**Nonpriority creditor's name and mailing address**

**RICHARD L FLETCHER JR**
**1200 Belleair Circle**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number **0159**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.790 8**

**Nonpriority creditor's name and mailing address**

**RICHARD L GUMO**
**611 Newbridge Road**
**New York, NY 11554-5219**

Date(s) debt was incurred _

Last 4 digits of account number **6773**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.790 9**

**Nonpriority creditor's name and mailing address**

**RICHARD L LAMB**
**P.O. Box 6704**
**Vero Beach, FL 32961-6704**

Date(s) debt was incurred _

Last 4 digits of account number **4340**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.791 0**

**Nonpriority creditor's name and mailing address**

**RICHARD L PEARSE JR**
**569 S Duncan Avenue**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number **2057**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.791 1**

**Nonpriority creditor's name and mailing address**

**RICHARD L ZIFF**
**1961 Northwest 150 Avenue Suite 102**
**Pembroke Pines, FL 33028**

Date(s) debt was incurred _

Last 4 digits of account number **7313**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.791 2**

**Nonpriority creditor's name and mailing address**

**RICHARD L. JOHNSON**
**362 Glenbrook Drive**
**Lantana, FL 33462-1017**

Date(s) debt was incurred _

Last 4 digits of account number **5381**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.791 3**

**Nonpriority creditor's name and mailing address**
**RICHARD L. POLIN**
**401 N.W. 2nd Avenue, Suite 820**
**Miami, FL 33128-1740**

Date(s) debt was incurred _

Last 4 digits of account number **6641**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.791 4**

**Nonpriority creditor's name and mailing address**
**RICHARD M CAPALBO**
**633 SE 3rd Avenue**
**Suite 4F**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **4924**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.791 5**

**Nonpriority creditor's name and mailing address**
**RICHARD M FERNANDEZ**
**P.O. Box 530676**
**Miami Shores, FL 33153-0676**

Date(s) debt was incurred _

Last 4 digits of account number **8444**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.791 6**

**Nonpriority creditor's name and mailing address**
**RICHARD M GEORGES**
**P.O. Box 14545**
**St Petersburg, FL 33733**

Date(s) debt was incurred _

Last 4 digits of account number **5734**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.791 7**

**Nonpriority creditor's name and mailing address**
**RICHARD M HABER**
**1311 N Church Avenue**
**Tampa, FL 33607-2484**

Date(s) debt was incurred _

Last 4 digits of account number **4274**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.791 8**

**Nonpriority creditor's name and mailing address**
**RICHARD M KIRSHNER**
**5901 Southwest 74th Street Suite 404**
**South Miami, FL 33143-5164**

Date(s) debt was incurred _

Last 4 digits of account number **8316**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$87.50**

---

Debtor **LTGF Business Trust**

Name

Case number (if known) **2:23-bk-01538**

---

**3.791
9**

**Nonpriority creditor's name and mailing address**

**RICHARD M KLITENICK**
**1009 Simonton Street**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number **9933**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.792
0**

**Nonpriority creditor's name and mailing address**

**RICHARD M KNELLINGER**
**2815 Northwest 13th Street Suite 305**
**Gainesville, FL 32609-2865**

Date(s) debt was incurred _

Last 4 digits of account number **4042**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.792
1**

**Nonpriority creditor's name and mailing address**

**RICHARD M MCIVER**
**7500 Southwest 104th Street**
**Miami, FL 33156-3143**

Date(s) debt was incurred _

Last 4 digits of account number **959**

As of the petition filing date, the claim is: *Check all that apply.*

$1,401.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.792
2**

**Nonpriority creditor's name and mailing address**

**RICHARD M MOGERMAN**
**Richard M. Mogerman P.A.**
**8211 W Broward Boulevard Suite 200**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **5151**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.792
3**

**Nonpriority creditor's name and mailing address**

**RICHARD M MOWRY JR**
**1351 Banyan Road**
**Boca Raton, FL 33432-4419**

Date(s) debt was incurred _

Last 4 digits of account number **4908**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.792
4**

**Nonpriority creditor's name and mailing address**

**RICHARD M POWERS**
**1506 Kessel Drive**
**Tallahassee, FL 32308**

Date(s) debt was incurred _

Last 4 digits of account number **2101**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.792
5**

**Nonpriority creditor's name and mailing address**

**RICHARD M ROBBINS**
**1230 S Myrtle Avenue Suite 302**
**Clearwater, FL 33756-3455**

Date(s) debt was incurred _

Last 4 digits of account number **3996**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.792 6**

**Nonpriority creditor's name and mailing address**
**RICHARD M SELMAN**
**1515 Lucena Drive**
**Fair Lawn, NJ 04710**

Date(s) debt was incurred _

Last 4 digits of account number **7458**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.792 7**

**Nonpriority creditor's name and mailing address**
**RICHARD M SEPLER**
**2997 Day Avenue**
**Miami, FL 33133-5203**

Date(s) debt was incurred _

Last 4 digits of account number **0066**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$137.50**

---

**3.792 8**

**Nonpriority creditor's name and mailing address**
**RICHARD M VOGEL**
**3936 N Tamiami Trail Suite B**
**Naples, FL 34103**

Date(s) debt was incurred _

Last 4 digits of account number **7303**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.792 9**

**Nonpriority creditor's name and mailing address**
**RICHARD M WHITEBROOK PA**
**2775 Sunny Isle Boulevard**
**Suite 118**
**North Miami Beach, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number **6626**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.793 0**

**Nonpriority creditor's name and mailing address**
**RICHARD M ZELMAN**
**Sacher Zelman Et Al P.A.**
**9130 S Dadeland Boulevard, Suite 2000**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **5543**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.793 1**

**Nonpriority creditor's name and mailing address**
**RICHARD MELLMAN, P.A.**
**P.O. Box 2922**
**Gainesville, FL 32602-2922**

Date(s) debt was incurred _

Last 4 digits of account number **6556**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.793 2**

**Nonpriority creditor's name and mailing address**
**RICHARD MORGENTALER**
**18305 Biscayne Boulevard**
**Suite 214**
**Aventura, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number **7026**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.793 3**

**Nonpriority creditor's name and mailing address**

**RICHARD MORTON**
**2699 S Bayshore Drive Suite 700**
**Miami, FL 33133-5425**

Date(s) debt was incurred _

Last 4 digits of account number **4433**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.793 4**

**Nonpriority creditor's name and mailing address**

**RICHARD N GREATWOOD**
**P.O. Box 547875**
**Orlando, FL 32854-7875**

Date(s) debt was incurred _

Last 4 digits of account number **9245**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.793 5**

**Nonpriority creditor's name and mailing address**

**RICHARD O JONES**
**1250 Eau Gallie Boulevard Suite J**
**Melbourne, FL 32935**

Date(s) debt was incurred _

Last 4 digits of account number **1982**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.793 6**

**Nonpriority creditor's name and mailing address**

**RICHARD P BREGER**
**3440 Hollywood Boulevard**
**Suite 415**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **8681**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.793 7**

**Nonpriority creditor's name and mailing address**

**RICHARD P O'CONNOR**
**19321 Wind Dancer Street**
**Lutz, FL 33558**

Date(s) debt was incurred _

Last 4 digits of account number **2092**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.793 8**

**Nonpriority creditor's name and mailing address**

**RICHARD P PETERMANN**
**P.O. Box 2379**
**Ft Walton Beach, FL 32549**

Date(s) debt was incurred _

Last 4 digits of account number **9218**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|--------------------------|------------------------|--------------------|
|        | Name                     |                        |                    |

---

**3.793 9**

**Nonpriority creditor's name and mailing address**
**RICHARD P ZARETSKY PA**
**1615 Forum Place**
**Suite 3A**
**West Palm Beach, FL 33401-2267**

Date(s) debt was incurred _

Last 4 digits of account number **8437**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.794 0**

**Nonpriority creditor's name and mailing address**
**RICHARD P. MCCUSKER JR.**
**1223 Walnut Street**
**Newton, MA 02161-1820**

Date(s) debt was incurred _

Last 4 digits of account number  **4080**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.794 1**

**Nonpriority creditor's name and mailing address**
**RICHARD PERLINI**
**200 E Broward Boulevard Suite 1210**
**Ft Lauderdale, FL 33301-1915**

Date(s) debt was incurred _

Last 4 digits of account number  **5446**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.794 2**

**Nonpriority creditor's name and mailing address**
**RICHARD R COOK**
**P.O. Box 1929**
**Deland, FL 32721-1929**

Date(s) debt was incurred _

Last 4 digits of account number  **6772**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.794 3**

**Nonpriority creditor's name and mailing address**
**RICHARD R HAAS**
**700 S Cypress Road**
**Pompano Beach, FL 33060-8316**

Date(s) debt was incurred _

Last 4 digits of account number  **2566**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$228.66**

---

**3.794 4**

**Nonpriority creditor's name and mailing address**
**RICHARD R KOSAN**
**112 W Windhorst Road**
**Brandon, FL 33511**

Date(s) debt was incurred _

Last 4 digits of account number  **6072**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.794 5**

**Nonpriority creditor's name and mailing address**
**RICHARD R MCCORMACK**
**5915 Ponce De Leon Boulevard Suite 63**
**Miami, FL 33146-2435**

Date(s) debt was incurred _

Last 4 digits of account number  **5547**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**

---

| 3.794 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,822.57** |
|---|---|---|---|

**RICHARD R MICHELSON**
Nationsbank Building Suite 100
7770 W Oakland Park Boulevard
Sunrise, FL 33351

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **0809**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**RICHARD R ROBLES**
Tower 2 Mezzanine, Suite 228
905 Brickell Bay Drive
Miami, FL 33131

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4127**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,742.81** |
|---|---|---|---|

**RICHARD R. PAIGE**
169 E. Flagler Street
800 Alfred I. Dupont Building
Miami, FL 33131-1210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **1808**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**RICHARD S BERGHOLTZ PA**
Lake Town Center
3747 Lake Center Drive
Mt Dora, FL 32757

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8181**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.795 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**RICHARD S GENDLER & ASSOCIATES**
18300 Northwest 62nd Avenue
Suite 200
Miami, FL 33015

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **5789**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.795 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**RICHARD S PILLINGER**
3300 University Drive Suite 408
Coral Springs, FL 33065

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4195**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **LTGF Business Trust**

Name

Case number (if known)    **2:23-bk-01538**

---

**3.795 2**

Nonpriority creditor's name and mailing address

**RICHARD S RUSSELL**
**2298 NW 2nd Avenue**
**Suite 15**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **5918**

As of the petition filing date, the claim is: Check all that apply.

$125.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.795 3**

Nonpriority creditor's name and mailing address

**RICHARD S TAYLOR JR**
**531 Dog Track Road**
**Longwood, FL 32750**

Date(s) debt was incurred _

Last 4 digits of account number  **7716**

As of the petition filing date, the claim is: Check all that apply.

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.795 4**

Nonpriority creditor's name and mailing address

**RICHARD S WEBB IV**
**One Sarasota Tower Suite 500**
**2 N Tamiami Trail**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number  **6228**

As of the petition filing date, the claim is: Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.795 5**

Nonpriority creditor's name and mailing address

**RICHARD S WEINSTEIN PA**
**312 S Old Dixie Highway Suite 206**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number  **6294**

As of the petition filing date, the claim is: Check all that apply.

$75.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.795 6**

Nonpriority creditor's name and mailing address

**RICHARD S. KESSLER**
**1101 North Congress Avenue**
**Suite 200**
**Boynton Beach, FL 33426-3319**

Date(s) debt was incurred _

Last 4 digits of account number  **8181**

As of the petition filing date, the claim is: Check all that apply.

$1.30

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.795 7**

Nonpriority creditor's name and mailing address

**RICHARD S. PATTERSON**
**P.O. Box 270492**
**Houston, TX 77277-0492**

Date(s) debt was incurred _

Last 4 digits of account number  **7020**

As of the petition filing date, the claim is: Check all that apply.

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.795 8**

Nonpriority creditor's name and mailing address

**RICHARD S. PIPKIN**
**230 S. Commerce Avenue**
**Sebring, FL 33870-3605**

Date(s) debt was incurred _

Last 4 digits of account number  **3503**

As of the petition filing date, the claim is: Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.795 9**

**Nonpriority creditor's name and mailing address**

**RICHARD S. RHODES, P.A.**
**126 E. Jefferson Street**
**Orlando, FL 32801-1822**

Date(s) debt was incurred _

Last 4 digits of account number  **4042**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.796 0**

**Nonpriority creditor's name and mailing address**

**RICHARD STEPHEN OTTEWELL**
**3389a W Woolbright Road**
**Boynton Beach, FL 33436-7245**

Date(s) debt was incurred _

Last 4 digits of account number  **8962**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.796 1**

**Nonpriority creditor's name and mailing address**

**RICHARD T AVIS**
**535 Central Avenue Suite 301**
**St Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number  **8257**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.796 2**

**Nonpriority creditor's name and mailing address**

**RICHARD T BENNISON**
**1446 Court Street**
**Clearwater, FL 34616-6147**

Date(s) debt was incurred _

Last 4 digits of account number  **6636**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$1,168.26**

---

**3.796 3**

**Nonpriority creditor's name and mailing address**

**RICHARD T COTTER PA**
**6100 Estero Boulevard**
**Ft Myers Beach, FL 33931**

Date(s) debt was incurred _

Last 4 digits of account number  **3902**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$5,471.14**

---

**3.796 4**

**Nonpriority creditor's name and mailing address**

**RICHARD T DONATO PA**
**1620 West Oakland Park Boulevard**
**Suite 200**
**Oakland Park, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number  **7757**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$97.83**

---

**3.796 5**

**Nonpriority creditor's name and mailing address**

**RICHARD T EARLE JR**
**P.O. Box 416**
**St Petersburg, FL 33731-0416**

Date(s) debt was incurred _

Last 4 digits of account number  **1971**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.796 6**

**Nonpriority creditor's name and mailing address**

**RICHARD T HEIDEN PA**
**2723 State Road 580**
**Clearwater, FL 33761**

Date(s) debt was incurred _

Last 4 digits of account number **6297**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.796 7**

**Nonpriority creditor's name and mailing address**

**RICHARD V ELLIS**
**3104 N Tamiami Trail**
**Hausburg Jaensch & Ellis**
**Sarasota, FL 34234-5876**

Date(s) debt was incurred _

Last 4 digits of account number **570**

**As of the petition filing date, the claim is:** *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.796 8**

**Nonpriority creditor's name and mailing address**

**RICHARD V GRAY**
**7700 N Kendall Drive Suite 305**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **7778**

**As of the petition filing date, the claim is:** *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.796 9**

**Nonpriority creditor's name and mailing address**

**RICHARD V HARRISON**
**1264 N Palm Avenue**
**Sarasota, FL 34236-5604**

Date(s) debt was incurred _

Last 4 digits of account number **2333**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.797 0**

**Nonpriority creditor's name and mailing address**

**RICHARD V S ROOSA**
**1714 Cape Coral Parkway**
**Cape Coral, FL 33904-0535**

Date(s) debt was incurred _

Last 4 digits of account number **5858**

**As of the petition filing date, the claim is:** *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.797 1**

**Nonpriority creditor's name and mailing address**

**RICHARD W ASCHENBRENNER**
**8306 Mills Drive Box 193**
**Miami, FL 33183**

Date(s) debt was incurred _

Last 4 digits of account number **7296**

**As of the petition filing date, the claim is:** *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | LTGF Business Trust | Case number (if known) | 2:23-bk-01538 |
|---|---|---|---|
| | Name | | |

---

**3.797
2**

**Nonpriority creditor's name and mailing address**

**RICHARD W CARTER**
**P.O. Box 277**
**Bradenton Beach, FL 34217-0277**

Date(s) debt was incurred _

Last 4 digits of account number **4198**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.797
3**

**Nonpriority creditor's name and mailing address**

**RICHARD W GLENN**
**2000 PGA Boulevard Suite 3200a**
**Palm Beach Gardens, FL 33408-2722**

Date(s) debt was incurred _

Last 4 digits of account number **5936**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.797
4**

**Nonpriority creditor's name and mailing address**

**RICHARD W GROSS**
**39 E 6th Street**
**Hialeah, FL 33010**

Date(s) debt was incurred _

Last 4 digits of account number **6174**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.797
5**

**Nonpriority creditor's name and mailing address**

**RICHARD W HENNINGS**
**600 Jennings Avenue**
**Eustis, FL 32726**

Date(s) debt was incurred _

Last 4 digits of account number **5161**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.797
6**

**Nonpriority creditor's name and mailing address**

**RICHARD W LYONS**
**1230 Northwest 7th Street**
**Miami, FL 33125-3702**

Date(s) debt was incurred _

Last 4 digits of account number **135**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$12,610.81**

---

**3.797
7**

**Nonpriority creditor's name and mailing address**

**RICHARD W NORRIS**
**7651-A Ashley Park Court Suite 402**
**Orlando, FL 32835**

Date(s) debt was incurred _

Last 4 digits of account number **1535**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.797
8**

**Nonpriority creditor's name and mailing address**

**RICHARD W ROE**
**3302 Southeast Bay Point Drive**
**Vancouver, WA 98683**

Date(s) debt was incurred _

Last 4 digits of account number **2828**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor **LTGF Business Trust**
Name

Case number (if known)  **2:23-bk-01538**

---

**3.797 9**

**Nonpriority creditor's name and mailing address**
**RICHARD W TAYLOR PA**
**112 N. Florida Avenue**
**Deland, FL 32720**

Date(s) debt was incurred _
Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$275.00**

---

**3.798 0**

**Nonpriority creditor's name and mailing address**
**RICHARD W WASSERMAN**
**7230 Miami Lakeway S**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _
Last 4 digits of account number  **2814**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.798 1**

**Nonpriority creditor's name and mailing address**
**RICHARD W WOOD**
**1806 78th Street**
**W. Bradenton, FL 34209**

Date(s) debt was incurred _
Last 4 digits of account number  **6389**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.798 2**

**Nonpriority creditor's name and mailing address**
**RICHARD WASERSTEIN**
**1124 Kane Concourse**
**Bay Harbour Island, FL 33154**

Date(s) debt was incurred _
Last 4 digits of account number  **2645**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.798 3**

**Nonpriority creditor's name and mailing address**
**RICHARDS & ASSOCIATES PA**
**2665 S. Bayshore Drive**
**Suite 703**
**Miami, FL 33133**

Date(s) debt was incurred _
Last 4 digits of account number  **6334**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.798 4**

**Nonpriority creditor's name and mailing address**
**RICHARDS GILKEY FITE**
**1253 Park Street**
**Clearwater, FL 33756**

Date(s) debt was incurred _
Last 4 digits of account number  **237**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,845.81**

---

**3.798 5**

**Nonpriority creditor's name and mailing address**
**Richards Legal, L.L.C.**
**14920 Indigo Lake Drive**
**Orlando, FL 32824**

Date(s) debt was incurred _
Last 4 digits of account number  **9552**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.798 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|

**RICHMAN GREER PA**
**N Tower**
**396 Alhambra Circle, 14th Floor**
**Miami, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7018**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**RICK A SATURN**
**3437 Southeast Ankeny Street**
**Portland, OR 97214-2045**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0193**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**RICK W SADORF**
**DBA PLG Law**
**3684 Tampa Road, Suite 2**
**Oldsmar, FL 34677**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8630**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**RICKEY L FARRELL**
**P.O. Box 15069**
**Fort Pierce, FL 34979**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4261**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**RICKY J WEISS**
**5501 University Drive Suite 103**
**Coral Springs, FL 33067**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8573**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**RILEY LAW FIRM PA**
**4805 W Laurel Street Suite 230**
**Tampa, FL 33607**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6010**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**RISH GIBSON & SCHOLZ PA**
**Rish Gibson & Scholz P.A.**
**P.O. Box 39**
**Port St Joe, FL 32457**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7537**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

| 3.799 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**RISSMAN WEISBERG BARRETT HURT**
P.O. Box 4940
Orlando, FL 32802-4940

Date(s) debt was incurred _

Last 4 digits of account number  **6363**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.799 4 |
|---|

**RISTAU LAW FIRM PA**
900 SW Pine Island Road
Suite 206
Cape Coral, FL 33991

Date(s) debt was incurred _

Last 4 digits of account number  **0557**

$25.00

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.799 5 |
|---|

**RITTER CHUSID BIVONA & COHEN**
5850 Coral Ridge Drive
Suite 201
Coral Springs, FL 33076

Date(s) debt was incurred _

Last 4 digits of account number  **9962**

$25.00

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.799 6 |
|---|

**Rivero Law, L.L.C.**
1390 Brickell Avenue
Suite 420
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number  **8568**

$25.00

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.799 7 |
|---|

**RJON ROBINS**
3528 Royal Palm Avenue
Miami, FL 33133-6225

Date(s) debt was incurred _

Last 4 digits of account number  **3868**

$25.00

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.799 8 |
|---|

**RMorales Law, P.L.L.C.**
42 Easy Street
Box 2176
Carefree, AZ 85377

Date(s) debt was incurred _

Last 4 digits of account number  **8286**

$25.00

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.7999**

**Nonpriority creditor's name and mailing address**
**Rob Hyman, P.A.**
**110 SE 6th Street**
**17th Floor**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **9799**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.8000**

**Nonpriority creditor's name and mailing address**
**ROBERT A ARABIAN**
**2034 New London Turnpike**
**Coventry, RI 02816**

Date(s) debt was incurred _

Last 4 digits of account number **4441**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.8001**

**Nonpriority creditor's name and mailing address**
**ROBERT A BRANDT**
**696 NE 125th Street**
**North Miami, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number **2471**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.8002**

**Nonpriority creditor's name and mailing address**
**ROBERT A BURSON PA**
**P.O. Box 1620**
**Stuart, FL 34995-1620**

Date(s) debt was incurred _

Last 4 digits of account number **7375**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$125.00

---

**3.8003**

**Nonpriority creditor's name and mailing address**
**ROBERT A CEDENO PA**
**3600 Red Road**
**Suite 409**
**Miramar, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number **9652**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.8004**

**Nonpriority creditor's name and mailing address**
**ROBERT A D'AMORE**
**4800 N Federal Highway Suite 200e**
**Boca Raton, FL 33434-3415**

Date(s) debt was incurred _

Last 4 digits of account number **3930**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.8005**

**Nonpriority creditor's name and mailing address**
**ROBERT A D'ANGIO JR**
**685 Royal Palm Beach Boulevard**
**Suite 205**
**Royal Palm Beach, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number **5993**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8006**

Nonpriority creditor's name and mailing address
**ROBERT A DENNIS JR**
**Federal Public Defender's Office**
**41 N Jefferson Street Suite 301**
**Pensacola, FL 32501-5644**

Date(s) debt was incurred _
Last 4 digits of account number **7788**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$200.00**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8007**

Nonpriority creditor's name and mailing address
**ROBERT A DICKINSON**
**460 S. Indiana Avenue**
**Englewood, FL 34223-3702**

Date(s) debt was incurred _
Last 4 digits of account number **5729**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$125.00**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8008**

Nonpriority creditor's name and mailing address
**ROBERT A DRESSLER**
**P.O. Box 2425**
**Ft Lauderdale, FL 33303-2425**

Date(s) debt was incurred _
Last 4 digits of account number **1526**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25.00**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8009**

Nonpriority creditor's name and mailing address
**ROBERT A DULBERG**
**One Datran Center Suite 400**
**9100 S Dadeland Boulevard**
**Miami, FL 33156**

Date(s) debt was incurred _
Last 4 digits of account number **110**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$100.00**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8010**

Nonpriority creditor's name and mailing address
**ROBERT A FORLIZZO**
**2903 Rigsby Lane**
**Safety Harbor, FL 34695-4828**

Date(s) debt was incurred _
Last 4 digits of account number **7094**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$5,394.83**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8011**

Nonpriority creditor's name and mailing address
**ROBERT A FREEMAN**
**2601 S Bayshore Drive Suite 1106**
**Miami, FL 33133**

Date(s) debt was incurred _
Last 4 digits of account number **4429**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$142.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8012**

Nonpriority creditor's name and mailing address
**ROBERT A GEISS**
**333 N New River Drive East**
**1500 Riverwalk Plaza**
**Ft Lauderdale, FL 33301-2205**

Date(s) debt was incurred _
Last 4 digits of account number **5700**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$1,045.37**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.801 3**

**Nonpriority creditor's name and mailing address**

**ROBERT A HENDRICKS**
**Hendricks & Hendricks**
**2555 Ponce De Leon Boulevard Suite 320**
**Coral Gables, FL 33134**

**Date(s) debt was incurred** _

**Last 4 digits of account number  412**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.801 4**

**Nonpriority creditor's name and mailing address**

**ROBERT A HUTH JR**
**2300 Glades Road Suite 260-W**
**Boca Raton, FL 33431**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8293**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.801 5**

**Nonpriority creditor's name and mailing address**

**ROBERT A KIMBROUGH**
**1530 Cross Street**
**Sarasota, FL 34236-7015**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2697**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

**3.801 6**

**Nonpriority creditor's name and mailing address**

**ROBERT A KRAVITZ**
**Law Offices of Robert Kravitz P.A.**
**800 Brickell Avenue Suite 701**
**Miami, FL 33131**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4283**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.801 7**

**Nonpriority creditor's name and mailing address**

**ROBERT A RABIN**
**7700 N. Kendall Drive**
**Suite 509**
**Miami, FL 33156**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0308**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.801 8**

**Nonpriority creditor's name and mailing address**

**ROBERT A RAND**
**Rand & Orswell**
**140 W Mountain Avenue**
**Fort Collins, CO 80524-2823**

**Date(s) debt was incurred** _

**Last 4 digits of account number  9956**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8019**

**Nonpriority creditor's name and mailing address**
**ROBERT A RAY PA**
**3408a W San Juan Street**
**Tampa, FL 33629**

Date(s) debt was incurred _

Last 4 digits of account number  **8026**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8020**

**Nonpriority creditor's name and mailing address**
**ROBERT A STEBBINS**
**P.O. Box 1220**
**Eustis, FL 32727-1220**

Date(s) debt was incurred _

Last 4 digits of account number  **5922**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.8021**

**Nonpriority creditor's name and mailing address**
**ROBERT A STERMER**
**7763 Southwest Highway 200**
**Ocala, FL 34476-7049**

Date(s) debt was incurred _

Last 4 digits of account number  **4254**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8022**

**Nonpriority creditor's name and mailing address**
**ROBERT A STERN**
**537 NE 1st Street**
**Suite 5**
**Gainesville, FL 32601-5366**

Date(s) debt was incurred _

Last 4 digits of account number  **8648**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8023**

**Nonpriority creditor's name and mailing address**
**ROBERT A WHITE PA**
**7319 Dover Court**
**Parkland, FL 33067-1691**

Date(s) debt was incurred _

Last 4 digits of account number  **6927**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.8024**

**Nonpriority creditor's name and mailing address**
**ROBERT A WILCOX**
**159 Honeysuckle Drive**
**Jupiter, FL 33458-2841**

Date(s) debt was incurred _

Last 4 digits of account number  **8131**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.8025**

**Nonpriority creditor's name and mailing address**
**ROBERT A. GREEN, JR.**
**P.O. Drawer 1206**
**Starke, FL 32091-1206**

Date(s) debt was incurred _

Last 4 digits of account number  **8494**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.802 6**

**Nonpriority creditor's name and mailing address**
**ROBERT A. NELSON**
**2446 East 12 Mile Road**
**Key Oldsmobile, Inc.**
**Warren, MI 48092-5619**

Date(s) debt was incurred _

Last 4 digits of account number **4449**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$26,713.01**

---

**3.802 7**

**Nonpriority creditor's name and mailing address**
**ROBERT A. WALTER**
**4320 W. Kennedy Blvd.**
**Tampa, FL 33609-2127**

Date(s) debt was incurred _

Last 4 digits of account number **6681**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.802 8**

**Nonpriority creditor's name and mailing address**
**ROBERT A. WARE, JR.**
**P.O. Box 14098**
**Ft. Lauderdale, FL 33302-4098**

Date(s) debt was incurred _

Last 4 digits of account number **4708**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.802 9**

**Nonpriority creditor's name and mailing address**
**ROBERT ABRAHAM**
**568 Pelican Bay Drive**
**Daytona Beach, FL 32119**

Date(s) debt was incurred _

Last 4 digits of account number **0963**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.803 0**

**Nonpriority creditor's name and mailing address**
**ROBERT B COOK**
**P.O. Box 3609**
**Tequesta, FL 33469**

Date(s) debt was incurred _

Last 4 digits of account number **4489**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.803 1**

**Nonpriority creditor's name and mailing address**
**ROBERT B DUNCKEL**
**100 N. Andrews Avenue**
**7th Floor**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **7612**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.06**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.803
2**

**Nonpriority creditor's name and mailing address**
**ROBERT B RAMIREZ JR**
**1030 S Southlake Drive**
**Hollywood, FL 33019**

Date(s) debt was incurred _

Last 4 digits of account number  **6509**

As of the petition filing date, the claim is: *Check all that apply.*   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.803
3**

**Nonpriority creditor's name and mailing address**
**ROBERT B REED JR**
**Reed Griffith & Moran**
**P.O. Drawer 10**
**Boynton Beach, FL 33425-0010**

Date(s) debt was incurred _

Last 4 digits of account number  **4272**

As of the petition filing date, the claim is: *Check all that apply.*   **$14,134.69**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.803
4**

**Nonpriority creditor's name and mailing address**
**ROBERT B SIESHOLTZ**
**P.O. Box 630832**
**Miami, FL 33163-0832**

Date(s) debt was incurred _

Last 4 digits of account number  **6853**

As of the petition filing date, the claim is: *Check all that apply.*   **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.803
5**

**Nonpriority creditor's name and mailing address**
**ROBERT BRODY PA**
**1601 Forum Place**
**Suite 1101**
**West Palm Beach, FL 33401-8104**

Date(s) debt was incurred _

Last 4 digits of account number  **2183**

As of the petition filing date, the claim is: *Check all that apply.*   **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.803
6**

**Nonpriority creditor's name and mailing address**
**ROBERT BRUCE SNOW**
**112 N Orange Avenue**
**Brooksville, FL 34601**

Date(s) debt was incurred _

Last 4 digits of account number  **4552**

As of the petition filing date, the claim is: *Check all that apply.*   **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.803
7**

**Nonpriority creditor's name and mailing address**
**ROBERT C ADAMSKI**
**1714 Cape Coral Parkway E**
**Cape Coral, FL 33904-9659**

Date(s) debt was incurred _

Last 4 digits of account number  **7860**

As of the petition filing date, the claim is: *Check all that apply.*   **$225.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.803
8**

**Nonpriority creditor's name and mailing address**
**ROBERT C ALLEN PA**
**P.O. Box 1270**
**Pensacola, FL 32591**

Date(s) debt was incurred _

Last 4 digits of account number  **6167**

As of the petition filing date, the claim is: *Check all that apply.*   **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.803 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**ROBERT C ANDERSON**
**1314 E Venice Avenue Suite E**
**Venice, FL 34284-1576**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **7500**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.804 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**ROBERT C BYRNE**
**203 Southwest 13th Street**
**Miami, FL 33130-4210**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **5566**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.804 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**ROBERT C CLARK**
**1601 20th Street**
**Vero Beach, FL 32960-3565**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **6383**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.804 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**ROBERT C EBER**
**9415 Sunset Drive**
**Suite 258**
**Miami, FL 33173**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **4717**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.804 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**ROBERT C HESSON PA**
**212 So Third Street**
**Oakland, MD 21550-1527**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **7228**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.804 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**ROBERT C MALAND**
**One Datran Center Suite 1705**
**9130 S Dadeland Boulevard**
**Miami, FL 33156-7814**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **7044**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.804 5**

**Nonpriority creditor's name and mailing address**

**ROBERT C MCCLAIN**
**4910 Flora Drive**
**Melbourne, FL 32934-7845**

Date(s) debt was incurred _

Last 4 digits of account number  **5385**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.804 6**

**Nonpriority creditor's name and mailing address**

**ROBERT C MCCLYMONDS**
**7900 Red Road Suite 25**
**South Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number  **9918**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.804 7**

**Nonpriority creditor's name and mailing address**

**ROBERT C NALL**
**P.O. Box 5325**
**Vero Beach, FL 32960**

Date(s) debt was incurred _

Last 4 digits of account number  **5202**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.804 8**

**Nonpriority creditor's name and mailing address**

**ROBERT C PARKER JR**
**43 Harbour Point Drive**
**Crawfordville, FL 32327-4623**

Date(s) debt was incurred _

Last 4 digits of account number  **4502**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.804 9**

**Nonpriority creditor's name and mailing address**

**ROBERT C ROGERS JR**
**1141 Southeast 2nd Avenue**
**Ft Lauderdale, FL 33316-1007**

Date(s) debt was incurred _

Last 4 digits of account number  **7603**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.805 0**

**Nonpriority creditor's name and mailing address**

**ROBERT C ROSS**
**7615 Southwest 103rd Avenue**
**Gainesville, FL 32608**

Date(s) debt was incurred _

Last 4 digits of account number  **8649**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.805 1**

**Nonpriority creditor's name and mailing address**

**ROBERT C WILKINS JR**
**341 N Maitland Avenue Suite 346**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number  **8308**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.805 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Robert Carl Davis, P.A.**
**1919 Blanding Boulevard**
**Suite 8**
**Jacksonville, FL 32210**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0928**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.805 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROBERT D BARCLEY**
**5500 Sycamore Street N.**
**St Petersburg, FL 33703**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8854**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.805 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**ROBERT D JONES**
**590 Royal Palm Beach Boulevard**
**Royal Palm Beach, FL 33411-7681**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6610**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.805 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**ROBERT D KORNER**
**200 Ocean Lane Drive Suite 1107**
**Key Biscayne, FL 33149**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3710**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.805 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**ROBERT D LETTMAN**
**8010 N University Drive 2 Floor**
**Tamarac, FL 33321-2151**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8240**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.805 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,742.26 |
|---|---|---|---|

**ROBERT D MCINTOSH**
**1418 Ponce De Leon Drive**
**Ft Lauderdale, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6855**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.805 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROBERT D ROYSTON JR**
**P.O. Box 07159**
**Ft Myers, FL 33919-7159**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8206**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.8059 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ROBERT D SCHWARTZ**
555 S Federal Highway Suite 330
Boca Raton, FL 33432-6033

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2132**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8060 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**ROBERT D. MELTON**
P.O. Box 1032
Orlando, FL 32802-1032

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3990**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8061 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.20 |

**ROBERT D. SCHRAM**
16390 N.E. 6th Ave.
N. Miami Beach, FL 33162-3602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3612**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8062 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ROBERT DAVID WERTH**
1755 Village Boulevard Apt 204
West Palm Beach, FL 33409-2071

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9955**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8063 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ROBERT DE LA VEGA**
328 Minorca Avenue
Coral Gables, FL 33134

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8527**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8064 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ROBERT DI STEFANO**
7451 W Oakland Park Boulevard Suite 202
Lauderhill, FL 33319-4943

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3832**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8065 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ROBERT DOUGLAS PERMENTER**
P.O. Box 489
Gulf Breeze, FL 32562-0489

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4138**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.806 6**

**Nonpriority creditor's name and mailing address**
**ROBERT E AUSTIN JR**
P.O. Drawer 490200
Leesburg, FL 34749-0200

Date(s) debt was incurred _

Last 4 digits of account number **3371**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.806 7**

**Nonpriority creditor's name and mailing address**
**ROBERT E BOURNE JR**
101 N
Lake Worth, FL 33460-3847

Date(s) debt was incurred _

Last 4 digits of account number **7745**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.806 8**

**Nonpriority creditor's name and mailing address**
**ROBERT E DADY PA**
Siegfred Rivera Lerner Et Al
201 Alhambra Circle Suite 1102
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number **6031**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.806 9**

**Nonpriority creditor's name and mailing address**
**ROBERT E DEZIEL**
311 Brazilian Avenue
Palm Beach, FL 33480

Date(s) debt was incurred _

Last 4 digits of account number **3704**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.807 0**

**Nonpriority creditor's name and mailing address**
**ROBERT E DILLON**
P.O. Box 8829
Coral Springs, FL 33075

Date(s) debt was incurred _

Last 4 digits of account number **6666**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.807 1**

**Nonpriority creditor's name and mailing address**
**ROBERT E DOOLEY**
P.O. Box 11877
Ft Lauderdale, FL 33339-1877

Date(s) debt was incurred _

Last 4 digits of account number **3415**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

Debtor     **LTGF Business Trust**                                      Case number (if known)   **2:23-bk-01538**
_____
Name

| 3.807 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|

**ROBERT E GORDON**
Gordon & Donor P.A.
4114 Northlake Boulevard Suite 200
Palm Beach Gardens, FL 33410

Date(s) debt was incurred  _

Last 4 digits of account number  **1681**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 3 | **Nonpriority creditor's name and mailing address** | | $25.00 |
|---|---|---|---|

**ROBERT E KRAMER**
555 W GRANADA BLVD STE A-9
ORMOND BEACH, FL 32174

Date(s) debt was incurred  _

Last 4 digits of account number  **8746**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 4 | **Nonpriority creditor's name and mailing address** | | $25.00 |
|---|---|---|---|

**ROBERT E MCGILL III**
36008 Emerald Coast Parkway Suite 301
Destin, FL 32541

Date(s) debt was incurred  _

Last 4 digits of account number  **5251**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 5 | **Nonpriority creditor's name and mailing address** | | $25.00 |
|---|---|---|---|

**ROBERT E MILLER**
990 Douglas Avenue
Raintree Office Park
Altamonte Springs, FL 32714-2054

Date(s) debt was incurred  _

Last 4 digits of account number  **8605**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 6 | **Nonpriority creditor's name and mailing address** | | $100.00 |
|---|---|---|---|

**ROBERT E OGLESBY**
250 Australian Avenue S Suite 1400
West Palm Beach, FL 33401

Date(s) debt was incurred  _

Last 4 digits of account number  **7258**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 7 | **Nonpriority creditor's name and mailing address** | | $25.00 |
|---|---|---|---|

**ROBERT E STUCKER**
10040 Southwest 199th Street
Miami, FL 33157-8623

Date(s) debt was incurred  _

Last 4 digits of account number  **2653**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 8 | **Nonpriority creditor's name and mailing address** | | $200.00 |
|---|---|---|---|

**ROBERT E VENNEY**
901 Ponce De Leon Boulevard Suite 1000
Coral Gables, FL 33134-3073

Date(s) debt was incurred  _

Last 4 digits of account number  **2889**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8079**

Nonpriority creditor's name and mailing address
**ROBERT F BOLLINGER**
**5313 Collins Avenue**
**Suite 408**
**Miami Beach, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number  **0331**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8080**

Nonpriority creditor's name and mailing address
**ROBERT F COOKE PA**
**9245 Southwest 158 Lane**
**Miami, FL 33157**

Date(s) debt was incurred _

Last 4 digits of account number  **2331**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8081**

Nonpriority creditor's name and mailing address
**ROBERT F CURRAN**
**7520 Northwest 6th Court**
**Plantation, FL 33317-1007**

Date(s) debt was incurred _

Last 4 digits of account number  **7024**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8082**

Nonpriority creditor's name and mailing address
**ROBERT F EIMERS**
**12 Diamond Drive**
**Key West, FL 33040-5633**

Date(s) debt was incurred _

Last 4 digits of account number  **6867**

As of the petition filing date, the claim is: *Check all that apply.*

$261.83

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8083**

Nonpriority creditor's name and mailing address
**ROBERT F EVANS JR**
**103 S Osceola Avenue**
**Suite 1**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number  **4847**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8084**

Nonpriority creditor's name and mailing address
**ROBERT F HOOGLAND**
**P.O. Box 160021**
**Altamonte Springs, FL 32716-0021**

Date(s) debt was incurred _

Last 4 digits of account number  **4602**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8085**

Nonpriority creditor's name and mailing address
**ROBERT F LILLEY**
**P.O. Box 443**
**Orlando, FL 32802-0443**

Date(s) debt was incurred _

Last 4 digits of account number  **6430**

As of the petition filing date, the claim is: *Check all that apply.*

$1,436.01

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**
_____

| | |
|---|---|
| **3.808** **6** | **Nonpriority creditor's name and mailing address** | **$25.00** |

**ROBERT F MACKINNON JR**
**Osprey Cove Professional Park**
**21750 State Road 54**
**Lutz, FL 33549**

Date(s) debt was incurred _

Last 4 digits of account number  **6664**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.808** **7** | **Nonpriority creditor's name and mailing address** | **$25.00** |

**ROBERT F MCROBERTS JR**
**P.O. Box 2810**
**Stuart, FL 34995**

Date(s) debt was incurred _

Last 4 digits of account number  **1225**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.808** **8** | **Nonpriority creditor's name and mailing address** | **$25.00** |

**ROBERT F MELONE PA**
**P.O. Box 7511**
**Wesley Chapel, FL 33543**

Date(s) debt was incurred _

Last 4 digits of account number  **2394**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.808** **9** | **Nonpriority creditor's name and mailing address** | **$25.00** |

**ROBERT F ROGERS**
**98 Vineyards Boulevard**
**Naples, FL 34119**

Date(s) debt was incurred _

Last 4 digits of account number  **0732**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.809** **0** | **Nonpriority creditor's name and mailing address** | **$125.00** |

**ROBERT F VASON JR PA**
**501 E. 5th Avenue**
**Mount Dora, FL 32757**

Date(s) debt was incurred _

Last 4 digits of account number  **4303**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.809** **1** | **Nonpriority creditor's name and mailing address** | **$25.00** |

**ROBERT FELDMAN**
**55 NE 5th Avenue**
**Suite 500**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number  **6163**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.809 2**

**Nonpriority creditor's name and mailing address**
**ROBERT FLAVELL**
**14400 Northwest 77th Court Suite 101**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number **7903**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.809 3**

**Nonpriority creditor's name and mailing address**
**ROBERT G BERRIN**
**4601 Ponce De Leon Boulevard Suite 300**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **0975**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$137.50

---

**3.809 4**

**Nonpriority creditor's name and mailing address**
**ROBERT G CLEMENTS PA**
**10560 Woodchase Circle**
**Orlando, FL 32836-5872**

Date(s) debt was incurred _

Last 4 digits of account number **8902**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.809 5**

**Nonpriority creditor's name and mailing address**
**ROBERT G COVINGTON**
**D/B/A Total Title Company**
**5901 Southwest 74th Street Suite 402**
**South Miami, FL 33143-5150**

Date(s) debt was incurred _

Last 4 digits of account number **4613**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.809 6**

**Nonpriority creditor's name and mailing address**
**ROBERT G FEGERS PL**
**P.O. Box 7692**
**Winter Haven, FL 33883-7692**

Date(s) debt was incurred _

Last 4 digits of account number **4811**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.809 7**

**Nonpriority creditor's name and mailing address**
**ROBERT G HARRIS**
**5550 Glades Road**
**Suite 500**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **7666**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.809 8**

**Nonpriority creditor's name and mailing address**
**ROBERT G HEWITT**
**5458 Southwest 25th Avenue**
**Ft Lauderdale, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number **3864**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.8099**

Nonpriority creditor's name and mailing address
**ROBERT G JACOBSON**
**6981 Red Bug Lake Road**
**Oviedo, FL 32765-6528**

Date(s) debt was incurred _

Last 4 digits of account number **6090**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$10,099.83

---

**3.8100**

Nonpriority creditor's name and mailing address
**ROBERT G LOWE PL**
**2744 Summerdale Drive**
**Clearwater, FL 33761**

Date(s) debt was incurred _

Last 4 digits of account number **9785**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.8101**

Nonpriority creditor's name and mailing address
**ROBERT G SCHRADER**
**P.O. Box 1900**
**Ft Lauderdale, FL 33302-1900**

Date(s) debt was incurred _

Last 4 digits of account number **7750**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.8102**

Nonpriority creditor's name and mailing address
**ROBERT GELTNER**
**P.O. Box 100773**
**Cape Coral, FL 33910-0773**

Date(s) debt was incurred _

Last 4 digits of account number **6989**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.8103**

Nonpriority creditor's name and mailing address
**ROBERT GEORGE WILLMAN PA**
**P.O. Box 50123**
**Sarasota, FL 34232**

Date(s) debt was incurred _

Last 4 digits of account number **467**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.8104**

Nonpriority creditor's name and mailing address
**ROBERT H ASCHHEIM**
**18851 Northeast 29 Avenue Suite 1010**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number **5394**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

**3.8105**

Nonpriority creditor's name and mailing address
**ROBERT H CULTON II**
**4285 Tidewater Drive**
**Orlando, FL 32812**

Date(s) debt was incurred _

Last 4 digits of account number **7878**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.810 6**

**Nonpriority creditor's name and mailing address**

**ROBERT H MORINER**
**1101 Hardwood Holw**
**Greensboro, GA 30642-4915**

Date(s) debt was incurred _

Last 4 digits of account number  **3512**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.810 7**

**Nonpriority creditor's name and mailing address**

**ROBERT H SCHULTZ ESQ**
**3911 Golf Park Loop Suite 102**
**Bradenton, FL 34203-3453**

Date(s) debt was incurred _

Last 4 digits of account number  **3138**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.810 8**

**Nonpriority creditor's name and mailing address**

**ROBERT H TURNER**
**619 E First Avenue**
**Mt Dora, FL 32757**

Date(s) debt was incurred _

Last 4 digits of account number  **8164**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.810 9**

**Nonpriority creditor's name and mailing address**

**ROBERT H WILLIS JR**
**P.O. Box 30**
**St Petersburg, FL 33731-0030**

Date(s) debt was incurred _

Last 4 digits of account number  **5876**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.811 0**

**Nonpriority creditor's name and mailing address**

**ROBERT I FEIN**
**8879 Golden Mountain Cir**
**Boynton Beach, FL 33473**

Date(s) debt was incurred _

Last 4 digits of account number  **6308**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.811 1**

**Nonpriority creditor's name and mailing address**

**ROBERT J ANDRINGA**
**4488 Star Street N**
**St Petersburg, FL 33709**

Date(s) debt was incurred _

Last 4 digits of account number  **7599**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.811**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|
| **ROBERT J BLACK**<br>**7740 SW 104th Street**<br>**Suite 104**<br>**Miami, FL 33156** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **6076** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.811**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **ROBERT J CAPKO PA**<br>**145 E Wilbur Avenue**<br>**Lake Mary, FL 32746-3225** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **7173** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.811**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,397.05** |
|---|---|---|
| **ROBERT J CARR**<br>**76 Osprey Point Drive**<br>**Osprey, FL 34229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **0692** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.811**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **ROBERT J DORN PA**<br>**7815 W Commercial Boulevard**<br>**Tamarac, FL 33351** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **9460** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.811**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|
| **ROBERT J FENSTERSHEIB**<br>**520 W Hallandale Beach Boulevard**<br>**Hallandale, FL 33009-4945** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **167** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.811**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|
| **ROBERT J FRIEDMAN**<br>**1150 E Hallandale Beach Boulevard Suite**<br>**Hallandale, FL 33009** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **4372** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.811**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|
| **ROBERT J GORMAN**<br>**1209 Delaware Avenue**<br>**Ft Pierce, FL 34950** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **1219** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.8119**

Nonpriority creditor's name and mailing address

**ROBERT J HEAD JR**
**Suite 4**
**1530 Business Center Drive**
**Orange Park, FL 32073**

Date(s) debt was incurred _

Last 4 digits of account number **4960**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.8120**

Nonpriority creditor's name and mailing address

**ROBERT J KANJIAN**
**10 Fairway Drive Suite 302**
**Plantation, FL 33441**

Date(s) debt was incurred _

Last 4 digits of account number **3913**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8121**

Nonpriority creditor's name and mailing address

**ROBERT J KELLY**
**Robert J. Kelly P.A.**
**P.O. Box 1056**
**Dunedin, FL 34697**

Date(s) debt was incurred _

Last 4 digits of account number **6779**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.8122**

Nonpriority creditor's name and mailing address

**ROBERT J LEVY**
**2503 Davis Boulevard**
**Sarasota, FL 34237-7238**

Date(s) debt was incurred _

Last 4 digits of account number **5684**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.8123**

Nonpriority creditor's name and mailing address

**ROBERT J MCDERMOTT**
**101 N Clearwater-Largo Road**
**Largo, FL 33770**

Date(s) debt was incurred _

Last 4 digits of account number **806**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.8124**

Nonpriority creditor's name and mailing address

**ROBERT J MORAITIS**
**1310 SE 3rd Avenue**
**Ft Lauderdale, FL 33316-1050**

Date(s) debt was incurred _

Last 4 digits of account number **7703**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.8125**

Nonpriority creditor's name and mailing address

**ROBERT J NORTON**
**2511 Vasco Street Suite 114**
**Punta Gorda, FL 33950-5276**

Date(s) debt was incurred _

Last 4 digits of account number **5404**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.812 6**

**Nonpriority creditor's name and mailing address**

**ROBERT J O'TOOLE**
**1215 E Broward Boulevard**
**Ft Lauderdale, FL 33301-2133**

Date(s) debt was incurred _

Last 4 digits of account number **1312**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.812 7**

**Nonpriority creditor's name and mailing address**

**ROBERT J RAO**
**P.O. Box 421845**
**Kissimmee, FL 34742-1845**

Date(s) debt was incurred _

Last 4 digits of account number **5205**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.812 8**

**Nonpriority creditor's name and mailing address**

**ROBERT J ROHAN**
**13834 Highway 441 S**
**Micanopy, FL 32667-5327**

Date(s) debt was incurred _

Last 4 digits of account number **6744**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.812 9**

**Nonpriority creditor's name and mailing address**

**ROBERT J STAMPFL**
**8449 Ardoch Road**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number **4215**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.813 0**

**Nonpriority creditor's name and mailing address**

**ROBERT J STANZ PA**
**5121 S. Lakeland Drive**
**Suite 1**
**Lakeland, FL 33813**

Date(s) debt was incurred _

Last 4 digits of account number **4359**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.813 1**

**Nonpriority creditor's name and mailing address**

**ROBERT J STINNETT**
**3215 Glenna Lane**
**Sarasota, FL 34239-3408**

Date(s) debt was incurred _

Last 4 digits of account number **5092**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.813 2**

**Nonpriority creditor's name and mailing address**

**ROBERT J TAMBURRO PA**
**401 Sunshine Boulevard**
**Lady Lake, FL 32159**

Date(s) debt was incurred _

Last 4 digits of account number **6781**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.813 3**

**Nonpriority creditor's name and mailing address**

**ROBERT J WHEELOCK**
**7575 Dr. Phillips Boulevard Suite 360**
**Orlando, FL 32819-7220**

Date(s) debt was incurred _

Last 4 digits of account number **7207**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.813 4**

**Nonpriority creditor's name and mailing address**

**ROBERT J. KULAS**
**789 S. Federal Highway Suite 201**
**Stuart, FL 34994-2962**

Date(s) debt was incurred _

Last 4 digits of account number **8364**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.813 5**

**Nonpriority creditor's name and mailing address**

**ROBERT J. LOEWENTHAL**
**2095 Mountain Creek Ct.**
**Stone Mountain, GA 30087-1012**

Date(s) debt was incurred _

Last 4 digits of account number **3077**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.813 6**

**Nonpriority creditor's name and mailing address**

**Robert J. Warren, P.A.**
**703 N. Main Street**
**Suite C**
**Gainesville, FL 32601**

Date(s) debt was incurred _

Last 4 digits of account number **9637**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.813 7**

**Nonpriority creditor's name and mailing address**

**Robert Joseph Alwine, P.A.**
**1441 Brickell Avenue Suite 1400**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **7952**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.813 8**

**Nonpriority creditor's name and mailing address**

**ROBERT K DIXON**
**202 Harbor Drive S**
**Venice, FL 34285-2215**

Date(s) debt was incurred _

Last 4 digits of account number **2437**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$44.92**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8139**

**Nonpriority creditor's name and mailing address**

**ROBERT K LEWIS JR**
**1433 Claret Court**
**Ft Myers, FL 33919**

Date(s) debt was incurred _

Last 4 digits of account number  **4650**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.8140**

**Nonpriority creditor's name and mailing address**

**ROBERT K RUSHING**
**2710 Edmund Drive**
**Gulf Breeze, FL 32563-3715**

Date(s) debt was incurred _

Last 4 digits of account number  **4703**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.8141**

**Nonpriority creditor's name and mailing address**

**ROBERT KIT KOREY**
**595 W. Granada Boulevard**
**Suite A**
**Ormond Beach, FL 32174**

Date(s) debt was incurred _

Last 4 digits of account number  **2328**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$525.00**

---

**3.8142**

**Nonpriority creditor's name and mailing address**

**ROBERT L BEALS**
**Robert L. Beals P.A.**
**96 Willard Street**
**Cocoa, FL 32922**

Date(s) debt was incurred _

Last 4 digits of account number  **7826**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.8143**

**Nonpriority creditor's name and mailing address**

**ROBERT L BLAKE**
**General Council Univ of Miami**
**5915 Ponce De Leon Boulevard Suite 10**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number  **5848**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.8144**

**Nonpriority creditor's name and mailing address**

**ROBERT L CHIPINSKI**
**14813 Williamsburg Curve**
**Burnsville, MN 55306**

Date(s) debt was incurred _

Last 4 digits of account number  **7366**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.8145**

**Nonpriority creditor's name and mailing address**

**ROBERT L DONALD**
**1375 Jackson Street Suite 402**
**Ft Myers, FL 33901-2811**

Date(s) debt was incurred _

Last 4 digits of account number  **2343**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.814 6**

**Nonpriority creditor's name and mailing address**
**ROBERT L KING**
**2780 E Oakland Park Boulevard**
**Ft Lauderdale, FL 33306**

Date(s) debt was incurred _

Last 4 digits of account number **5388**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.814 7**

**Nonpriority creditor's name and mailing address**
**ROBERT L KOIS JR**
**12 Amberjack Road**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred _

Last 4 digits of account number **0753**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.814 8**

**Nonpriority creditor's name and mailing address**
**ROBERT L LEEDS**
**P.O. Box 32**
**Richmond, KY 40476-0032**

Date(s) debt was incurred _

Last 4 digits of account number **744**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.814 9**

**Nonpriority creditor's name and mailing address**
**ROBERT L PASEKOFF**
**6625 Southwest 120th Street**
**Miami, FL 33156-4837**

Date(s) debt was incurred _

Last 4 digits of account number **4379**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.815 0**

**Nonpriority creditor's name and mailing address**
**ROBERT L RATLIFF III**
**P.O. Box 566**
**Sanibel Island, FL 33957**

Date(s) debt was incurred _

Last 4 digits of account number **5551**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.815 1**

**Nonpriority creditor's name and mailing address**
**ROBERT L SADER**
**Robert Sader P.A.**
**1901 W Cypress Creek Road Suite 415**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number **6652**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**                                    Case number (if known)  **2:23-bk-01538**
_____
Name

| 3.815<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |

**ROBERT L SADER (SEE #16652)**
**2400 E Commercial Boulevard Suite 318**
**Ft Lauderdale, FL 33309-4022**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **1148**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.815<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |

**ROBERT L SAYLOR**
**1615 Forum Pl Suite 300**
**West Palm Beach, FL 33401-2316**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4811**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.815<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**ROBERT L SCHIMMEL PA**
**701 Brickell Avenue**
**Suite 1550**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7319**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.815<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**ROBERT L TAYLOR**
**150 N. Westmonte Drive**
**Altamonte Springs, FL 32714-3342**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7071**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.815<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |

**ROBERT L THOMAS**
**8547 Southwest 90th Lane Unit B**
**Ocala, FL 34481**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4487**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.815<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |

**ROBERT L TRESCOTT**
**2605 Ponce De Leon Boulevard**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **5064**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.815<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**ROBERT L WILLIAMS**
**209 S Nassau Street S Suite 101**
**Venice, FL 34285-2358**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **337**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8159**

**Nonpriority creditor's name and mailing address**
**ROBERT L WILSON**
**4001 Tamiami Trail N**
**Naples, FL 33940-3591**

Date(s) debt was incurred _

Last 4 digits of account number **4418**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$396.08**

---

**3.8160**

**Nonpriority creditor's name and mailing address**
**Robert L. Gioia, P.A.**
**940 S. State Road 7**
**Plantation, FL 33317**

Date(s) debt was incurred _

Last 4 digits of account number **7536**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8161**

**Nonpriority creditor's name and mailing address**
**Robert L. Kline, P.A.**
**16801 SW 78th Place**
**Palmetto Bay, FL 33157**

Date(s) debt was incurred _

Last 4 digits of account number **0791**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8162**

**Nonpriority creditor's name and mailing address**
**ROBERT LEDERMAN**
**1541 Sunset Drive**
**Suite 202**
**Coral Gables, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number **6660**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.8163**

**Nonpriority creditor's name and mailing address**
**ROBERT LEE SHAPIRO**
**2401 PGA Boulevard Suite 272**
**Palm Beach Gardens, FL 33410-3515**

Date(s) debt was incurred _

Last 4 digits of account number **8352**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8164**

**Nonpriority creditor's name and mailing address**
**ROBERT LERNER**
**P.O. Box 150176**
**Altamonte Springs, FL 32715**

Date(s) debt was incurred _

Last 4 digits of account number **4364**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8165**

**Nonpriority creditor's name and mailing address**
**ROBERT LYNNE**
**80 Southwest 8 Street Suite 1910**
**Miami, FL 33130-3047**

Date(s) debt was incurred _

Last 4 digits of account number **4641**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$1,223.91**

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.816 6**

**Nonpriority creditor's name and mailing address**
**ROBERT M ABRAMSON**
**Ingraham Building**
**25 SE 2nd Avenue, Suite 1045**
**Miami, FL 33131-1604**

Date(s) debt was incurred _

Last 4 digits of account number  **6345**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.816 7**

**Nonpriority creditor's name and mailing address**
**ROBERT M BAKER**
**3535 S Ocean Drive**
**Apt. 2201**
**Hollywood, FL 33019**

Date(s) debt was incurred _

Last 4 digits of account number  **8128**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.816 8**

**Nonpriority creditor's name and mailing address**
**ROBERT M BENO**
**2300 Euclid Avenue**
**Ft Myers, FL 33901-3514**

Date(s) debt was incurred _

Last 4 digits of account number  **4416**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.816 9**

**Nonpriority creditor's name and mailing address**
**ROBERT M BULFIN**
**P.O. Box 24802**
**Ft Lauderdale, FL 33307-4802**

Date(s) debt was incurred _

Last 4 digits of account number  **7177**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.817 0**

**Nonpriority creditor's name and mailing address**
**ROBERT M CHAMBERS**
**P.O. Box 779**
**Winter Haven, FL 33882-0779**

Date(s) debt was incurred _

Last 4 digits of account number  **7412**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.817 1**

**Nonpriority creditor's name and mailing address**
**ROBERT M CHISHOLM PA**
**7378 SW 48th Street**
**Suite B**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number  **2851**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.817 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**ROBERT M COPLEN**
**10225 Ulmerton Road Suite 5a**
**Largo, FL 33771**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  8369**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**ROBERT M DONLON**
**Robert M. Donlon P.A.**
**4400 PGA Boulevard Suite 900**
**Palm Beach Gardens, FL 33410-6556**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  3768**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**ROBERT M GARDNER**
**157 E New England Avenue Suite 370**
**Winter Park, FL 32789-4346**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  2469**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**ROBERT M JOHNSON**
**One N Tuttle Avenue**
**Sarasota, FL 34237**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  5660**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**ROBERT M KAHN**
**8211 W Broward Boulevard Ph 4**
**Plantation, FL 33324-2744**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  6586**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**ROBERT M KESTEN PA**
**1500 Gateway Boulevard Suite 220**
**Boynton Beach, FL 33426**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  6202**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**ROBERT M LIPSHUTZ**
**3613 Del Prado Boulevard S.**
**Cape Coral, FL 33904**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7598**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8179**

Nonpriority creditor's name and mailing address
**ROBERT M LLOYD**
P.O. Box 12009
Ft Pierce, FL 34979-2009

Date(s) debt was incurred _
Last 4 digits of account number **0541**

As of the petition filing date, the claim is: Check all that apply.                    **$25.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8180**

Nonpriority creditor's name and mailing address
**ROBERT M MAYER & ASSOCIATES**
1441 Brickell Avenue 15 Floor
Miami, FL 33131

Date(s) debt was incurred _
Last 4 digits of account number **9673**

As of the petition filing date, the claim is: Check all that apply.                    **$25.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8181**

Nonpriority creditor's name and mailing address
**ROBERT M MORGAN**
12428 San Jose Boulevard Suite 1
Jacksonville, FL 32223

Date(s) debt was incurred _
Last 4 digits of account number **5839**

As of the petition filing date, the claim is: Check all that apply.                    **$25.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8182**

Nonpriority creditor's name and mailing address
**ROBERT M PRETSCHNER**
889 N Washington Boulevard
Sarasota, FL 34236

Date(s) debt was incurred _
Last 4 digits of account number **7582**

As of the petition filing date, the claim is: Check all that apply.                    **$175.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8183**

Nonpriority creditor's name and mailing address
**ROBERT M RIDDLE**
11183 Northeast 8th Court
Miami, FL 33161-7205

Date(s) debt was incurred _
Last 4 digits of account number **1664**

As of the petition filing date, the claim is: Check all that apply.                    **$310.19**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8184**

Nonpriority creditor's name and mailing address
**ROBERT M SAUNDERS**
96 Flintlock Lane
Bell Canyon, CA 91307

Date(s) debt was incurred _
Last 4 digits of account number **3906**

As of the petition filing date, the claim is: Check all that apply.                    **$25.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8185**

Nonpriority creditor's name and mailing address
**ROBERT M STURRUP**
Robert M. Sturrup P.A.
2601 E Oakland Park Boulevard Suite 503
Ft Lauderdale, FL 33306-1616

Date(s) debt was incurred _
Last 4 digits of account number **3055**

As of the petition filing date, the claim is: Check all that apply.                    **$200.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**LTGF Business Trust**_____     Case number (*if known*) __**2:23-bk-01538**__
                    Name

---

| 3.818 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**ROBERT M. SEGAL**
**428 S Scott Avenue**
**Sanford, FL 32771-2244**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __4947__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.818 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**ROBERT MARC SCHWARTZ PA**
**4700 NW Boca Raton Boulevard**
**Suite 104**
**Boca Raton, FL 33431-4860**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __4608__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.818 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ROBERT MARK FORE**
**P.O. Box 3**
**Lakeland, FL 33803-0003**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __7263__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.818 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ROBERT MCDONALD**
**Greenberg Traurig Hoffman**
**101 E College Avenue Suite 100**
**Tallahassee, FL 32301-7703**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __4970__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.819 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**ROBERT N ALLEN JR PA**
**The Four Seasons Office Tower**
**1441 Brickell Avenue, Suite 1400**
**Miami, FL 33131**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __8412__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.819 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ROBERT N HEATH JR**
**P.O. Box 13543**
**Pensacola, FL 32591**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __7838__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.819
2**

**Nonpriority creditor's name and mailing address**

**ROBERT O MARKS**
**255 S Orange Avenue Suite 800**
**Orlando, FL 32801**

Date(s) debt was incurred  _

Last 4 digits of account number  **8570**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.819
3**

**Nonpriority creditor's name and mailing address**

**ROBERT P BERTHIAUME**
**397 Sequoia Lane**
**Boca Raton, FL 33487-1463**

Date(s) debt was incurred  _

Last 4 digits of account number  **2191**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.819
4**

**Nonpriority creditor's name and mailing address**

**ROBERT P BUTTS**
**Fisher & Butts L.L.P.**
**5203 Southwest 91st Terrace Suite D**
**Gainesville, FL 32608-8131**

Date(s) debt was incurred  _

Last 4 digits of account number  **5203**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.819
5**

**Nonpriority creditor's name and mailing address**

**ROBERT P FRITTS**
**5700 Lake Worth Road**
**Suite 105**
**Lake Worth, FL 33463**

Date(s) debt was incurred  _

Last 4 digits of account number  **6682**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.819
6**

**Nonpriority creditor's name and mailing address**

**ROBERT P HENDERSON**
**P.O. Box 1906**
**Fort Myers, FL 33902-1906**

Date(s) debt was incurred  _

Last 4 digits of account number  **5801**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.819
7**

**Nonpriority creditor's name and mailing address**

**ROBERT P SALTSMAN**
**P.O. Box 2146**
**Winter Park, FL 32790-2146**

Date(s) debt was incurred  _

Last 4 digits of account number  **8324**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.819
8**

**Nonpriority creditor's name and mailing address**

**ROBERT R CRITTENDEN**
**P.O. Drawer 152**
**Winter Haven, FL 33882-0152**

Date(s) debt was incurred  _

Last 4 digits of account number  **3609**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8199**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **ROBERT R FOSTER**<br>P.O. Box 41<br>Deland, FL 32721-0041 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **8558** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.8200**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|
| **ROBERT R GILBERT**<br>20464 Northeast 34th Court<br>North Miami Beach, FL 33180-1650 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **2730** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.8201**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,358.00 |
|---|---|---|
| **ROBERT R HAGAMAN CHARTERED**<br>607 Myrtle Road<br>Naples, FL 34108-2624 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **3142** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.8202**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|
| **ROBERT R MCDANIEL**<br>103 N Devilliers<br>Pensacola, FL 32502-4723 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **7138** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.8203**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|
| **ROBERT R MORRIS**<br>Robert R. Morris P.A.<br>685 Royal Palm Beach Boulevard Suite 205<br>Royal Palm Beach, FL 33411 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **2658** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.8204**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.54 |
|---|---|---|
| **ROBERT R. COOMBES**<br>1118 N. J Street<br>Lake Worth, FL 33460-2230 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **4417** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.8205**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|
| **ROBERT RICHARD ZWICKY**<br>P.O. Box 2073<br>Ft Lauderdale, FL 33303-2073 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **4620** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.820 6**

Nonpriority creditor's name and mailing address

**ROBERT ROBINS**
**P.O. Box 1649**
**Daytona Beach, FL 32115**

Date(s) debt was incurred _

Last 4 digits of account number **8109**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.820 7**

Nonpriority creditor's name and mailing address

**ROBERT S HIGHTOWER**
**P.O. Box 4165**
**Tallahassee, FL 32315-4165**

Date(s) debt was incurred _

Last 4 digits of account number **8327**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.820 8**

Nonpriority creditor's name and mailing address

**ROBERT S HOOFMAN**
**P.O. Box 3208**
**Winter Park, FL 32790**

Date(s) debt was incurred _

Last 4 digits of account number **8559**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.820 9**

Nonpriority creditor's name and mailing address

**ROBERT S KAUFMAN**
**1020 Country Club Prado**
**Coral Gables, FL 33144**

Date(s) debt was incurred _

Last 4 digits of account number **2002**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.821 0**

Nonpriority creditor's name and mailing address

**ROBERT S KLEINMAN**
**1701 W. Hillsboro Boulevard**
**Suite 207**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number **6391**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.821 1**

Nonpriority creditor's name and mailing address

**ROBERT S KORSCHUN**
**19 W Flagler Street Suite 205**
**Miami, FL 33130-4406**

Date(s) debt was incurred _

Last 4 digits of account number **8323**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**
_____

---

**3.821 2**

**Nonpriority creditor's name and mailing address**

**ROBERT S LEVY**
**1615 Forum Pl Suite 3a**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **3380**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.821 3**

**Nonpriority creditor's name and mailing address**

**ROBERT S MANDEL PA**
**9601 Collins Avenue Suite 1405**
**Bal Harbour, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number **6777**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.821 4**

**Nonpriority creditor's name and mailing address**

**ROBERT S MCCORMICK**
**1323 Southeast 3rd Avenue**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number **93**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.821 5**

**Nonpriority creditor's name and mailing address**

**ROBERT S MILLER**
**414 NE 4th Street**
**Ft Lauderdale, FL 33301-1152**

Date(s) debt was incurred _

Last 4 digits of account number **4318**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.821 6**

**Nonpriority creditor's name and mailing address**

**ROBERT S MOSKOVITZ**
**48 E Flagler Street Ph 105**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **7202**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.821 7**

**Nonpriority creditor's name and mailing address**

**ROBERT S THURLOW**
**415 Canal Street**
**New Smyrna Beach, FL 32168**

Date(s) debt was incurred _

Last 4 digits of account number **2493**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.821 8**

**Nonpriority creditor's name and mailing address**

**ROBERT S WISE**
**1205 W. Fletcher Avenue**
**Suite A**
**Tampa, FL 33612-3363**

Date(s) debt was incurred _

Last 4 digits of account number **7670**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8219**

**Nonpriority creditor's name and mailing address**

**ROBERT S ZIPPIN**
**Robert Stewart Zippin P.A.**
**7101 W. McNab Road, Suite 200**
**Tamarac, FL 33321**

Date(s) debt was incurred _

Last 4 digits of account number **0810**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$87.50**

---

**3.8220**

**Nonpriority creditor's name and mailing address**

**ROBERT T ADAMS JR**
**P.O. Box 981**
**Marianna, FL 32446-0981**

Date(s) debt was incurred _

Last 4 digits of account number **1674**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.8221**

**Nonpriority creditor's name and mailing address**

**ROBERT T BURGER**
**200 Southwest Harbor City Boulevard Suit**
**Melbourne, FL 32901-1389**

Date(s) debt was incurred _

Last 4 digits of account number **5246**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.8222**

**Nonpriority creditor's name and mailing address**

**ROBERT T CARLILE**
**3945 Southwest Bimini Circle S**
**Palm City, FL 34990-1340**

Date(s) debt was incurred _

Last 4 digits of account number **1933**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.8223**

**Nonpriority creditor's name and mailing address**

**ROBERT T CLELLAND JR**
**2523 29th Avenue W**
**Seattle, WA 98199-3323**

Date(s) debt was incurred _

Last 4 digits of account number **4341**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.8224**

**Nonpriority creditor's name and mailing address**

**ROBERT T FELDMAN**
**3158 Northside Drive**
**Key West, FL 33040-8025**

Date(s) debt was incurred _

Last 4 digits of account number **3469**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.822 5**

**Nonpriority creditor's name and mailing address**

**ROBERT T GILLIGAN**
**5629 Azalea Circle**
**West Palm Beach, FL 33415**

Date(s) debt was incurred _

Last 4 digits of account number  **4267**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.822 6**

**Nonpriority creditor's name and mailing address**

**ROBERT T WESTMAN**
**5845 Windover Way**
**Titusville, FL 32780-7013**

Date(s) debt was incurred _

Last 4 digits of account number  **3370**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.822 7**

**Nonpriority creditor's name and mailing address**

**ROBERT T WESTMAN**
**1970 Michigan Avenue Building F**
**Cocoa, FL 32922**

Date(s) debt was incurred _

Last 4 digits of account number  **0503**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.822 8**

**Nonpriority creditor's name and mailing address**

**ROBERT V DIALBERTO**
**4807 Southwest 118th Terrace**
**Cooper City, FL 33330-4431**

Date(s) debt was incurred _

Last 4 digits of account number  **6538**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.822 9**

**Nonpriority creditor's name and mailing address**

**ROBERT V DUSS**
**1050 Riverside Avenue**
**Jacksonville, FL 32204**

Date(s) debt was incurred _

Last 4 digits of account number  **1496**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.823 0**

**Nonpriority creditor's name and mailing address**

**ROBERT V FITZSIMMONS**
**2515 Abaco Avenue**
**Coconut Grove, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number  **4454**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.823 1**

**Nonpriority creditor's name and mailing address**

**ROBERT V ROSENWASSER**
**687 N Biscayne River Drive**
**North Miami Beach, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number  **8448**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor __LTGF Business Trust_____     Case number (if known) __2:23-bk-01538__
       Name

| 3.823 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROBERT W BROWNING JR**
**1800 Second Street Suite 880**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number  **9773**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**ROBERT W FRAZIER JR**
**6550 N Federal Highway Suite 220**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **6607**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**ROBERT W GROTH PA**
**5425 Park Central Court**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number  **5608**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROBERT W JOHNSON**
**7575 Gosling Road Apt 836**
**The Woodlands, TX 77382**

Date(s) debt was incurred _

Last 4 digits of account number  **0860**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROBERT W MCCLURE**
**9240 Bonita Beach Road Southeast Suite 1**
**Bonita Springs, FL 34135**

Date(s) debt was incurred _

Last 4 digits of account number  **1541**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**ROBERT W MORRISON**
**P.O. Box 540088**
**Orlando, FL 32854-0088**

Date(s) debt was incurred _

Last 4 digits of account number  **1937**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.823 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**ROBERT W PEACOCK JR PA**
P.O. Box 3000
Orlando, FL 32802-3000

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **4589**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.823 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**ROBERT W SCHLORFF II**
1995 E Oakland Park Boulevard Suite 300
Ft Lauderdale, FL 33306-1138

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **478**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.824 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,641.22 |
|---|---|---|---|

**ROBERT W SHAUGHNESSY PA**
7845 Southwest 126th Terrace
Miami, FL 33156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **522**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.824 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $802.18 |
|---|---|---|---|

**ROBERT W SMITH**
430 N Mills Avenue Suite 1000
Orlando, FL 32803-5746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **6669**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.824 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**ROBERT W. HORRELL**
521 Lake Avenue
Lake Worth, FL 33460-3847

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **4586**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.824 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**ROBERT WAYNE**
1225 Southwest 87th Avenue
Miami, FL 33174-3306

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **6800**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.824 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROBERT WORMAN**
Robert M. Worman P.A.
7481 W Oakland Park Boulevard Suite 101
Ft Lauderdale, FL 33319

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **5164**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.824
5**

**Nonpriority creditor's name and mailing address**

**ROBERTA BOYER BRABER**
**3000 University Drive Suite D**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number  **8672**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.824
6**

**Nonpriority creditor's name and mailing address**

**ROBERTA DUNN BARTLEY**
**370 W. Camino Gardens Boulevard**
**Suite 300**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number  **3945**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.824
7**

**Nonpriority creditor's name and mailing address**

**ROBERTA E ROBBINS**
**7800 Red Road Suite 117**
**South Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number  **8362**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.824
8**

**Nonpriority creditor's name and mailing address**

**ROBERTA G STANLEY**
**One E Broward Boulevard Suite 1710**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **2060**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.824
9**

**Nonpriority creditor's name and mailing address**

**ROBERTA J CREIGHTON**
**P.O. Box 3545**
**Lakeland, FL 33802-3545**

Date(s) debt was incurred _

Last 4 digits of account number  **0859**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.825
0**

**Nonpriority creditor's name and mailing address**

**ROBERTA KOHN PA**
**2404 Creel Lane**
**Suite 101**
**Wesley Chapel, FL 33544**

Date(s) debt was incurred _

Last 4 digits of account number  **9927**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.825
1**

**Nonpriority creditor's name and mailing address**

**ROBERTA L FENNER**
**13093 60th Street S**
**Wellington, FL 33467**

Date(s) debt was incurred _

Last 4 digits of account number  **0693**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.825
2**

**Nonpriority creditor's name and mailing address**

**ROBERTO F FLEITAS**
**782 Northwest Lejeune Road Suite 530**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number  **8321**

**As of the petition filing date, the claim is:** *Check all that apply.*                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.825
3**

**Nonpriority creditor's name and mailing address**

**Roberto F. Fleitas, Jr. P.A.**
**803 Malaga Avenue**
**Coral Gables, FL 33134-6412**

Date(s) debt was incurred _

Last 4 digits of account number  **8321**

**As of the petition filing date, the claim is:** *Check all that apply.*                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.825
4**

**Nonpriority creditor's name and mailing address**

**ROBERTO L PALENZUELA**
**701 Brickell Avenue Suite 2150**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **6959**

**As of the petition filing date, the claim is:** *Check all that apply.*                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.825
5**

**Nonpriority creditor's name and mailing address**

**ROBERTO M URETA PA**
**13360 Southwest 128th Street**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number  **9340**

**As of the petition filing date, the claim is:** *Check all that apply.*                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.825
6**

**Nonpriority creditor's name and mailing address**

**ROBERTO MATUS**
**28 W. Flagler Street**
**Suite 301**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number  **5363**

**As of the petition filing date, the claim is:** *Check all that apply.*                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.825
7**

**Nonpriority creditor's name and mailing address**

**ROBERTO ROJAS**
**Brickell Bayview Centre**
**80 Southwest 8th Street Suite 1900**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number  **9130**

**As of the petition filing date, the claim is:** *Check all that apply.*                $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**                    Case number (if known) **2:23-bk-01538**
_____
Name

| | |
|---|---|
| **3.8258** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

**ROBERTO VILLASANTE**
**44 W Flagler Street Suite 1700**          ■ Contingent
**Miami, FL 33130**                        ☐ Unliquidated
                                           ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number **4137**    Basis for the claim:  **Member**

                                           Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.8259** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$325.00**

**ROBERTS & LAW PA**
**P.O. Box 57**                            ■ Contingent
**Groveland, FL 34736**                    ☐ Unliquidated
                                           ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number **2242**    Basis for the claim:  **Member**

                                           Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.8260** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

**Robertson & Hunter, LLP**
**501 Whitehead Street**                   ■ Contingent
**Suite 2**                                ☐ Unliquidated
**Key West, FL 33040**                     ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number **0959**    Basis for the claim:  **Member**

                                           Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.8261** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

**Robertson Law Associates, P.A.**
**2441 West SR 426 Suite 1011**            ■ Contingent
**Oviedo, FL 32765**                       ☐ Unliquidated
                                           ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number **8811**    Basis for the claim:  **Member**

                                           Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.8262** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$25.00**

**ROBIN A HELLMAN PA**
**12000 Northeast 8th Avenue**             ■ Contingent
**Miami, FL 33161-6308**                   ☐ Unliquidated
                                           ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number **4008**    Basis for the claim:  **Member**

                                           Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.8263** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$200.00**

**ROBIN A VAILLANCOURT**
**2342 Kings Point Drive**                 ■ Contingent
**Largo, FL 33774**                        ☐ Unliquidated
                                           ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number **8114**    Basis for the claim:  **Member**

                                           Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.8264** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$100.00**

**ROBIN B GLUCK**
**P.O. Box 414255**                        ■ Contingent
**Miami, FL 33141-0255**                   ☐ Unliquidated
                                           ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number **6731**    Basis for the claim:  **Member**

                                           Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)   **2:23-bk-01538**

---

**3.8265**

Nonpriority creditor's name and mailing address
**ROBIN F FRYDMAN PA**
**3111 N. University Drive**
**Suite 403**
**Coral Springs, FL 32127**

Date(s) debt was incurred _

Last 4 digits of account number  **2127**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.8266**

Nonpriority creditor's name and mailing address
**ROBIN J PECORA PA**
**204 East Preston Street**
**Baltimore, MD 21202-3956**

Date(s) debt was incurred _

Last 4 digits of account number  **656**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.8267**

Nonpriority creditor's name and mailing address
**ROBIN LAW PA**
**18305 Biscayne Boulevard Suite 302**
**Aventura, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number  **4998**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.8268**

Nonpriority creditor's name and mailing address
**ROBIN LLOYD SR & ASSOCIATES PA**
**5089 Highway A1A**
**Suite 100**
**Vero Beach, FL 32963-1707**

Date(s) debt was incurred _

Last 4 digits of account number  **1816**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$150.00

---

**3.8269**

Nonpriority creditor's name and mailing address
**ROBIN M GRONSKY**
**315 N Pleasant Avenue**
**Ridgewood, NJ 07450**

Date(s) debt was incurred _

Last 4 digits of account number  **4698**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.8270**

Nonpriority creditor's name and mailing address
**ROBIN M PETERSEN**
**1601 Airport Boulevard Suite 1**
**Melbourne, FL 32901-4379**

Date(s) debt was incurred _

Last 4 digits of account number  **6314**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|-------------------------|------------------------|-------------------|
| | Name | | |

---

**3.827**
**1**

**Nonpriority creditor's name and mailing address**
**ROBIN PETER JUNG**
**9400 S Dadeland Boulevard Ph 3**
**Miami, FL 33137**

Date(s) debt was incurred _

Last 4 digits of account number **6939**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.827**
**2**

**Nonpriority creditor's name and mailing address**
**ROBINS KAPLAN MILLER & CIRESI**
**711 Fifth Avenue S Suite 201**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number **6065**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.827**
**3**

**Nonpriority creditor's name and mailing address**
**Robinson Collins, P.L.**
**1604 Stockton Street**
**Jacksonville, FL 32204**

Date(s) debt was incurred _

Last 4 digits of account number **9679**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.827**
**4**

**Nonpriority creditor's name and mailing address**
**Robinson Kennon & Kendron, P.A.**
**582 W. Duval Street**
**Lake City, FL 32055**

Date(s) debt was incurred _

Last 4 digits of account number **0107**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.827**
**5**

**Nonpriority creditor's name and mailing address**
**ROBISON OWEN & COOK PA**
**P.O. Box 180895**
**Casselberry, FL 32716-0895**

Date(s) debt was incurred _

Last 4 digits of account number **7475**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.827**
**6**

**Nonpriority creditor's name and mailing address**
**ROCA GONZALEZ PA**
**3370 Mary Street**
**Miami, FL 33133-5419**

Date(s) debt was incurred _

Last 4 digits of account number **2501**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.827**
**7**

**Nonpriority creditor's name and mailing address**
**ROCHELLE Z CATZ**
**6361 Presidential Court Suite B**
**Ft Myers, FL 33919**

Date(s) debt was incurred _

Last 4 digits of account number **4400**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8278**

**Nonpriority creditor's name and mailing address**
**ROCK O'NEAL**
**150 153rd Avenue Suite 203**
**Madeira Beach, FL 33708**

Date(s) debt was incurred _

Last 4 digits of account number **7306**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.8279**

**Nonpriority creditor's name and mailing address**
**ROD A FEINER**
**1404 S Andrews Avenue**
**Ft Lauderdale, FL 33316-1840**

Date(s) debt was incurred _

Last 4 digits of account number **7887**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8280**

**Nonpriority creditor's name and mailing address**
**ROD TENNYSON**
**1450 Centrepark Boulevard Suite 100**
**West Palm Beach, FL 33401-7404**

Date(s) debt was incurred _

Last 4 digits of account number **5859**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.8281**

**Nonpriority creditor's name and mailing address**
**RODGER J BAKERMAN PA**
**5979 NW 151st Street**
**Suite 102F**
**Miami Lakes, FL 33014-2492**

Date(s) debt was incurred _

Last 4 digits of account number **4631**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.8282**

**Nonpriority creditor's name and mailing address**
**RODGER L SPINK**
**12169 Sheridan Street**
**Cooper City, FL 33026**

Date(s) debt was incurred _

Last 4 digits of account number **6297**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.8283**

**Nonpriority creditor's name and mailing address**
**RODNEY B BLANKENSHIP**
**116 W America Street**
**Orlando, FL 32801-3610**

Date(s) debt was incurred _

Last 4 digits of account number **6343**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.828 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RODNEY DURRANCE JR**
**101 Avenue C Southwest Suite 508**
**Winter Haven, FL 33880**

Date(s) debt was incurred _

Last 4 digits of account number  **8487**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

| 3.828 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RODNEY L DILLON**
**2831 Ringling Boulevard Suite 210-D**
**Sarasota, FL 34237-5352**

Date(s) debt was incurred _

Last 4 digits of account number  **7591**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

| 3.828 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RODNEY W BRYSON**
**15605 Ocean Breeze Lane**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number  **4609**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

| 3.828 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RODOLFO M BLANCO**
**13379 Southwest 28th Street**
**Mimamar, FL 33027-3880**

Date(s) debt was incurred _

Last 4 digits of account number  **6838**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.828 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RODOLFO NUNEZ**
**Rodolfo Nunez P.A.**
**255 University Drive**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **8611**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.828 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RODRIGO L SAAVEDRA JR**
**Building 2 Suite 300**
**3000 N Federal Highway**
**Ft Lauderdale, FL 33306-1416**

Date(s) debt was incurred _

Last 4 digits of account number  **3937**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.829 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RODRIGUEZ & DELGADO**
**1835 West Flagler Street**
**Suite 200**
**Miami, FL 33135-1914**

Date(s) debt was incurred _

Last 4 digits of account number  **8141**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$225.00

---

Official Form 206 E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     Page 1255 of 1581

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.829 1**

**Nonpriority creditor's name and mailing address**

**RODRIGUEZ & QUINCOCES PA**
**5040 Northwest 7th Street 2nd Floor**
**Miami, FL 33126-3422**

Date(s) debt was incurred  _

Last 4 digits of account number  **6211**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.829 2**

**Nonpriority creditor's name and mailing address**

**RODRIGUEZ GUERRA & NUNEZ PA**
**1401 Brickell Avenue Suite 600**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **6327**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.829 3**

**Nonpriority creditor's name and mailing address**

**RODRIGUEZ LAW PA**
**14261 Commerce Way**
**Suite 105**
**Miami Lakes, FL 33016**

Date(s) debt was incurred  _

Last 4 digits of account number  **4470**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.829 4**

**Nonpriority creditor's name and mailing address**

**Rodriguez-Albizu Law, P.A.**
**759 SW Federal Highway**
**Suite 321**
**Stuart, FL 34994**

Date(s) debt was incurred  _

Last 4 digits of account number  **9760**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.829 5**

**Nonpriority creditor's name and mailing address**

**RODRIGUEZ-PIEDRA & ASSOCIATES**
**12360 Southwest 132nd Court Suite 215**
**Miami, FL 33186-6463**

Date(s) debt was incurred  _

Last 4 digits of account number  **8623**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.829 6**

**Nonpriority creditor's name and mailing address**

**ROEMY WAISMAN**
**1599 Druid Road**
**Maitland, FL 32751**

Date(s) debt was incurred  _

Last 4 digits of account number  **4199**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.829 7**

**Nonpriority creditor's name and mailing address**
**ROETZEL & ANDRESS**
**999 Vanderbilt Beach Road**
**Suite 401**
**Naples, FL 34108**

Date(s) debt was incurred _

Last 4 digits of account number **1939**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$925.00**

---

**3.829 8**

**Nonpriority creditor's name and mailing address**
**ROGER ALLY**
**100 Southeast 6th Street**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **6557**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.829 9**

**Nonpriority creditor's name and mailing address**
**ROGER B RICE**
**9010 Strada Stell Court Suite 207**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number **5365**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.830 0**

**Nonpriority creditor's name and mailing address**
**ROGER BESU PA**
**233 Palm Avenue**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number **5622**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,692.87**

---

**3.830 1**

**Nonpriority creditor's name and mailing address**
**ROGER C LAMBERT**
**P.O. Box 33328**
**Palm Beach Gardens, FL 33420-3328**

Date(s) debt was incurred _

Last 4 digits of account number **7358**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.830 2**

**Nonpriority creditor's name and mailing address**
**ROGER C. BLINN**
**5620 N.W. 28th Terrace**
**Gainesville, FL 32606-1873**

Date(s) debt was incurred _

Last 4 digits of account number **2480**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.830 3**

**Nonpriority creditor's name and mailing address**
**ROGER D BEAR PA**
**135 W Central Boulevard Suite 730**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **7100**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

| 3.830 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**ROGER D HAAGENSON**
**201 Southeast 19th Street**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **5417**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROGER D HAAGENSON PA**
**300 SE 19th Street**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **5417**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**ROGER F BORRELLO**
**300 NW 70th Avenue**
**Suite 301**
**Plantation, FL 33317**

Date(s) debt was incurred _

Last 4 digits of account number  **3980**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROGER F DYKES**
**120 Oakledge Drive**
**Rockledge, FL 32955-5611**

Date(s) debt was incurred _

Last 4 digits of account number  **4008**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**ROGER FRIEDBAUER**
**701 Brickell Avenue Suite 2525**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **8048**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**ROGER G SABERSON**
**70 Southeast 4th Avenue**
**Delray Beach, FL 33483-4514**

Date(s) debt was incurred _

Last 4 digits of account number  **5087**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**ROGER G STANWAY**
**2122 Hollywood Boulevard**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number  **5127**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

**3.831 1**

**Nonpriority creditor's name and mailing address**
**ROGER L BROWN**
**Carpenter & Brown P.A.**
**1451 W. Cypress Creek Road**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _
Last 4 digits of account number  **4777**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.831 2**

**Nonpriority creditor's name and mailing address**
**ROGER L WIEDEBACK**
**744 Wedge Drive Suite 27**
**Naples, FL 34103**

Date(s) debt was incurred _
Last 4 digits of account number  **4045**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.831 3**

**Nonpriority creditor's name and mailing address**
**ROGER M BERNSTEIN**
**P.O. Box 144235**
**Coral Gables, FL 33114-4235**

Date(s) debt was incurred _
Last 4 digits of account number  **5675**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.831 4**

**Nonpriority creditor's name and mailing address**
**ROGER M DUNETZ PA**
**P.O. Box 347733**
**Coral Gables, FL 33234**

Date(s) debt was incurred _
Last 4 digits of account number  **3175**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.831 5**

**Nonpriority creditor's name and mailing address**
**ROGER M POMERANCE PA**
**East Building Suite 201-A**
**1900 Corporate Boulevard Northwest**
**Boca Raton, FL 33431-7340**

Date(s) debt was incurred _
Last 4 digits of account number  **5447**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.831 6**

**Nonpriority creditor's name and mailing address**
**ROGER MCCLELLAND**
**18653 Worthington Road**
**Hudson, FL 34667-5506**

Date(s) debt was incurred _
Last 4 digits of account number  **193**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.831
7**

**Nonpriority creditor's name and mailing address**
**ROGER O ISPHORDING**
**240 Nokomis Avenue S Suite 200**
**Venice, FL 34285-2321**

Date(s) debt was incurred _

Last 4 digits of account number **5163**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$10,597.19**

---

**3.831
8**

**Nonpriority creditor's name and mailing address**
**ROGER P CONLEY CHARTERED**
**2401 Manatee Avenue W**
**Bradenton, FL 34205-4933**

Date(s) debt was incurred _

Last 4 digits of account number **5257**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$9,913.98**

---

**3.831
9**

**Nonpriority creditor's name and mailing address**
**ROGER P HARTLEY**
**1430 Court Street**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number **6528**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.832
0**

**Nonpriority creditor's name and mailing address**
**Roger W. Cruce, Attorney at Law, P.A.**
**1409 Kingsley Avenue**
**Suite 1B**
**Orange Park, FL 32073**

Date(s) debt was incurred _

Last 4 digits of account number **0805**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.832
1**

**Nonpriority creditor's name and mailing address**
**ROGERS MORRIS & ZIEGLER**
**1401 E. Broward Boulevard**
**Suite 300**
**Ft Lauderdale, FL 33301-2116**

Date(s) debt was incurred _

Last 4 digits of account number **362**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.832
2**

**Nonpriority creditor's name and mailing address**
**ROGERS TOWERS**
**1301 Riverplace Boulevard**
**Suite 1500**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number **5822**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.832
3**

**Nonpriority creditor's name and mailing address**
**ROHAN KELLEY**
**3365 Galt Ocean Drive**
**Ft Lauderdale, FL 33308-7002**

Date(s) debt was incurred _

Last 4 digits of account number **6378**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$60.35**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.832 4**

**Nonpriority creditor's name and mailing address**

**ROJAS & STANHAM LLP**
**1000 Brickell Avenue**
**Suite 400**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number __4793__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.832 5**

**Nonpriority creditor's name and mailing address**

**ROJAS AND SOLOMON, P.A.**
**2701 E. Sunrise Boulevard**
**Suite 212**
**Ft Lauderdale, FL 33304-3218**

Date(s) debt was incurred _

Last 4 digits of account number __8540__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.832 6**

**Nonpriority creditor's name and mailing address**

**ROJAS LAW FIRM LLP**
**9130 S Dadeland Boulevard Suite 1209**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number __6581__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.832 7**

**Nonpriority creditor's name and mailing address**

**ROLAND C ROBINSON**
**633 North Krome Avenue Suite 5**
**Homestead, FL 33030**

Date(s) debt was incurred _

Last 4 digits of account number __5223__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.832 8**

**Nonpriority creditor's name and mailing address**

**ROLAND D WALLER**
**Waller & Mitchell**
**5332 Main Street**
**New Port Richey, FL 34652-2509**

Date(s) debt was incurred _

Last 4 digits of account number __5812__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$7,917.05**

---

**3.832 9**

**Nonpriority creditor's name and mailing address**

**ROLAND H ACOSTA & ASSOCIATES**
**1085 W. Morse Boulevard**
**Suite 210**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number __5503__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **LTGF Business Trust**                                    Case number (if known) **2:23-bk-01538**
_____
Name

| 3.833 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROLAND J MARTINEZ**
**1102 Ponce De Leon Boulevard**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9128**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROLAND LANGEN**
**P.O. Box 398570**
**Miami Beach, FL 33239-8570**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5201**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**ROLAND N. CATALDO, P.A.**
**1600 N.W. 114th Avenue**
**Pembroke Pines, FL 33026-2540**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6937**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**ROLAND ST LOUIS PA**
**300 Sevilla Avenue Suite 201**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2600**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROLANDO A SOLER PA**
**13420 Southwest 17 Court**
**Miramar, FL 33027**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9482**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**ROLFE D DUGGAR**
**4699 Central Avenue**
**St Petersburg, FL 33713-8146**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2415**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROLLIN E TOMBERLIN**
**Suite 202**
**2800 E Silver Springs Boulevard**
**Ocala, FL 32670**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7419**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | LTGF Business Trust | Case number (if known) | 2:23-bk-01538 |
|---|---|---|---|
| | Name | | |

---

**3.833 7**

Nonpriority creditor's name and mailing address
**ROLLO E KARKEET**
**Route 2 Box 2502**
**Hernando, FL 32642**

Date(s) debt was incurred _

Last 4 digits of account number **472**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$1,005.87**

---

**3.833 8**

Nonpriority creditor's name and mailing address
**ROMAINE N BROWN LAW OFFICES PA**
**633 Southeast Third Avenue Suite 4-F**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **4020**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.833 9**

Nonpriority creditor's name and mailing address
**ROMAN & ROMAN PA**
**2274 SR 580**
**Clearwater, FL 33763**

Date(s) debt was incurred _

Last 4 digits of account number **8179**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.834 0**

Nonpriority creditor's name and mailing address
**ROMERO LAW OFFICE**
**569 Hill Side Street**
**Urb Summit Hills**
**San Juan, PR 00920-4353**

Date(s) debt was incurred _

Last 4 digits of account number **8983**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.834 1**

Nonpriority creditor's name and mailing address
**RONALD A DANTON**
**1076 Almaden Village Lane**
**San Jose, CA 95120-3300**

Date(s) debt was incurred _

Last 4 digits of account number **6328**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.834 2**

Nonpriority creditor's name and mailing address
**RONALD A DAVID**
**P.O. Box 2204**
**Boca Raton, FL 33427-2204**

Date(s) debt was incurred _

Last 4 digits of account number **6851**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.834 3**

Nonpriority creditor's name and mailing address
**RONALD A LISAK**
**301 E 1st Street Suite 201**
**Port St Joe, FL 32456-1872**

Date(s) debt was incurred _

Last 4 digits of account number **6565**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.834 4**

**Nonpriority creditor's name and mailing address**
**RONALD A LUZIM**
**5531 N. University Drive**
**Suite 101**
**Coral Springs, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number **7920**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.834 5**

**Nonpriority creditor's name and mailing address**
**RONALD C DILLON**
**P.O. Box 31147**
**Raleigh, NC 27622-1147**

Date(s) debt was incurred _

Last 4 digits of account number **6902**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$213.42**

---

**3.834 6**

**Nonpriority creditor's name and mailing address**
**RONALD C HOGUE**
**115 Sunset Street**
**Hot Springs, AR 71913-3000**

Date(s) debt was incurred _

Last 4 digits of account number **5727**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.834 7**

**Nonpriority creditor's name and mailing address**
**RONALD C. WHITE, P.A.**
**5348 One Avenue North**
**St Petersburg, FL 33710-8106**

Date(s) debt was incurred _

Last 4 digits of account number **518**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.834 8**

**Nonpriority creditor's name and mailing address**
**RONALD COLELLA PA**
**32 N Kirkman Road**
**Orlando, FL 32811-1402**

Date(s) debt was incurred _

Last 4 digits of account number **246**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.834 9**

**Nonpriority creditor's name and mailing address**
**RONALD D REID**
**2425 Grand Avenue**
**Baldwin, NY 11510-3219**

Date(s) debt was incurred _

Last 4 digits of account number **3973**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.835 0**

**Nonpriority creditor's name and mailing address**
**RONALD D SURRENCY**
**200 NE 1st Street**
**Gainesville, FL 32601**

Date(s) debt was incurred _

Last 4 digits of account number **2740**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.835 1**

**Nonpriority creditor's name and mailing address**

**RONALD E FEIGIN**
**25832 Miramonte Drive**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number  **4757**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.835 2**

**Nonpriority creditor's name and mailing address**

**RONALD E HOLMES**
**1118 Northwest 36th Terrace**
**Gainesville, FL 32605-4949**

Date(s) debt was incurred _

Last 4 digits of account number  **487**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.835 3**

**Nonpriority creditor's name and mailing address**

**RONALD E JONES PA**
**1610 Southern Boulevard**
**W Palm Beach, FL 33406-3242**

Date(s) debt was incurred _

Last 4 digits of account number  **4200**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.835 4**

**Nonpriority creditor's name and mailing address**

**RONALD E SHNIDER PA**
**3389 Sheridan Street**
**Suite 12**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number  **2389**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,351.22**

---

**3.835 5**

**Nonpriority creditor's name and mailing address**

**RONALD E SMITH**
**823 Ponce De Leon Pl**
**Atlanta, GA 30306**

Date(s) debt was incurred _

Last 4 digits of account number  **8684**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.835 6**

**Nonpriority creditor's name and mailing address**

**RONALD E SMITH**
**Smith & Hopen**
**15950 Bay Vista Drive Suite 220**
**Clearwater, FL 33760-3131**

Date(s) debt was incurred _

Last 4 digits of account number  **5692**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**
_____

| 3.835.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**RONALD E TEMKIN**
**616 Atlantic Shores Boulevard**
**Suite A**
**Hallandale Beach, FL 33009**

Date(s) debt was incurred  _

Last 4 digits of account number  **7774**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**RONALD E YOUNG**
**7020 Half Moon Circle Suite 302**
**Lantana, FL 33462-5434**

Date(s) debt was incurred  _

Last 4 digits of account number  **7070**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**RONALD FIELDSTONE PA**
**2601 S Bayshore Drive Suite 1600**
**Miami, FL 33133**

Date(s) debt was incurred  _

Last 4 digits of account number  **4838**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836.0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**RONALD G BAKER LLC**
**2655 Lejeune Road Ph 2-B**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **5879**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**RONALD G ENGLERT**
**11125 Windward Drive**
**Knoxville, TN 37922-4049**

Date(s) debt was incurred  _

Last 4 digits of account number  **606**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**RONALD G KLEIN**
**4340 Sheridan Street Suite 102**
**Hollywood, FL 33020-3512**

Date(s) debt was incurred  _

Last 4 digits of account number  **6947**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**RONALD G NEIWIRTH**
**100 Southeast 2nd Street Floor 17**
**Miami, FL 33131-2158**

Date(s) debt was incurred  _

Last 4 digits of account number  **7547**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

**3.836 4**

Nonpriority creditor's name and mailing address
**RONALD H KAUFFMAN**
**100 Southeast 2nd Street Suite 2700**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **9682**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.836 5**

Nonpriority creditor's name and mailing address
**RONALD H PEACOCK**
**P.O. Box 1523**
**Lake City, FL 32056-1523**

Date(s) debt was incurred _

Last 4 digits of account number **7578**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$100.00

---

**3.836 6**

Nonpriority creditor's name and mailing address
**RONALD H ROBY**
**201 W Canton Avenue Suite 275**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number **3701**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$200.00

---

**3.836 7**

Nonpriority creditor's name and mailing address
**RONALD I OSTROW**
**6336 Camino Marinero**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number **1147**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$5,501.95

---

**3.836 8**

Nonpriority creditor's name and mailing address
**RONALD J HOFFER**
**318 5th Avenue**
**Zephyrhills, FL 33599**

Date(s) debt was incurred _

Last 4 digits of account number **4874**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$1,289.53

---

**3.836 9**

Nonpriority creditor's name and mailing address
**RONALD J RAFFONY**
**4428 Northwest 113th Terrace**
**Coral Springs, FL 33065-7279**

Date(s) debt was incurred _

Last 4 digits of account number **6855**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$100.00

---

**3.837 0**

Nonpriority creditor's name and mailing address
**RONALD K LANTZ**
**1st Professional Building**
**636 US Highway 1, 3rd Floor**
**North Palm Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number **6788**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

| Debtor | LTGF Business Trust | Case number (if known) | 2:23-bk-01538 |
|---|---|---|---|
| | Name | | |

---

**3.837 1**

**Nonpriority creditor's name and mailing address**
**RONALD L DAVIS**
**16375 NE 18th Avenue**
**Suite 334**
**Miami, FL 33162-4787**

Date(s) debt was incurred _

Last 4 digits of account number  **6203**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.837 2**

**Nonpriority creditor's name and mailing address**
**RONALD L FICK**
**239 S County Road Suite 300**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number  **8720**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$73.14**

---

**3.837 3**

**Nonpriority creditor's name and mailing address**
**RONALD L NELSON**
**150 2nd Avenue N Suite 810**
**St Petersburg, FL 33701-3341**

Date(s) debt was incurred _

Last 4 digits of account number  **4120**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.837 4**

**Nonpriority creditor's name and mailing address**
**RONALD L SIEGEL**
**200 E Las Olas Boulevard 19th Floor**
**Boca Raton, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **284**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.837 5**

**Nonpriority creditor's name and mailing address**
**RONALD L SIMS**
**940 N Highland Avenue**
**Orlando, FL 32803-3941**

Date(s) debt was incurred _

Last 4 digits of account number  **5242**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.837 6**

**Nonpriority creditor's name and mailing address**
**RONALD L STETLER**
**8889 Pelican Bay Boulevard Suite 300**
**Naples, FL 34108-7512**

Date(s) debt was incurred _

Last 4 digits of account number  **4151**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**

Name

Case number (if known)  **2:23-bk-01538**

---

**3.837 7**

**Nonpriority creditor's name and mailing address**

**RONALD M EEFTING**
**735 Northeast 91st Street Suite 3**
**Miami, FL 33138-3245**

Date(s) debt was incurred _

Last 4 digits of account number  **1378**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.837 8**

**Nonpriority creditor's name and mailing address**

**RONALD M HAND**
**921 Emmett Street**
**Kissimmee, FL 34741-5435**

Date(s) debt was incurred _

Last 4 digits of account number  **7171**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.837 9**

**Nonpriority creditor's name and mailing address**

**Ronald M. Emanuel, P.A.**
**7900 Peters Road**
**Building B, Suite 100**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **7487**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.838 0**

**Nonpriority creditor's name and mailing address**

**RONALD N JOHNSON**
**326 S Grandview Avenue**
**Daytona Beach, FL 32118**

Date(s) debt was incurred _

Last 4 digits of account number  **9900**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.838 1**

**Nonpriority creditor's name and mailing address**

**RONALD N ROSENWASSER**
**The Plaza Suite 801**
**5355 Town Center Road**
**Boca Raton, FL 33846**

Date(s) debt was incurred _

Last 4 digits of account number  **8226**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.838 2**

**Nonpriority creditor's name and mailing address**

**RONALD NELSON**
**517 E Government Street**
**Pensacola, FL 32501**

Date(s) debt was incurred _

Last 4 digits of account number  **7770**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.838 3**

**Nonpriority creditor's name and mailing address**

**RONALD P TEEVAN**
**200 N Garden Avenue Suite A**
**Clearwater, FL 33755-4179**

Date(s) debt was incurred _

Last 4 digits of account number  **1343**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**

| | |
|---|---|
| **3.838 4** | |

**Nonpriority creditor's name and mailing address**
**RONALD R FRIEDMAN**
**7301 W Palmetto Park Road Suite 204-A**
**Boca Raton, FL 33433-3456**

Date(s) debt was incurred  _

Last 4 digits of account number  **5194**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.838 5** | |

**Nonpriority creditor's name and mailing address**
**RONALD R GOLLER**
**1 15th Avenue Suite 102**
**Indian Rocks Beach, FL 34635-2785**

Date(s) debt was incurred  _

Last 4 digits of account number  **4694**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| | |
|---|---|
| **3.838 6** | |

**Nonpriority creditor's name and mailing address**
**RONALD R RICHMOND**
**1607 Village Square Boulevard Suite 7**
**Tallahassee, FL 32309**

Date(s) debt was incurred  _

Last 4 digits of account number  **4124**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.838 7** | |

**Nonpriority creditor's name and mailing address**
**RONALD R ROGOWSKI**
**628 Southeast 5th Avenue**
**Ft Lauderdale, FL 33301-3104**

Date(s) debt was incurred  _

Last 4 digits of account number  **5197**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| | |
|---|---|
| **3.838 8** | |

**Nonpriority creditor's name and mailing address**
**RONALD S KOLSKY**
**7776 Travelers Tree Drive**
**Boca Raton, FL 33433-6122**

Date(s) debt was incurred  _

Last 4 digits of account number  **7617**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.838 9** | |

**Nonpriority creditor's name and mailing address**
**RONALD S URKOVICH**
**2323 Wooster Lane Unit 2**
**Sanibel, FL 33957**

Date(s) debt was incurred  _

Last 4 digits of account number  **3407**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor __LTGF Business Trust__  Case number (if known) __2:23-bk-01538__
Name

| 3.839 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**RONALD S WEBSTER**
**985 N Collier Boulevard**
**Marco Island, FL 34145**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __4689__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**RONALD SALES PA**
**1545 Bear Island Drive**
**West Palm Beach, FL 33409-2017**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __3418__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**RONALD SILVER**
**P.O. Box 801301**
**Miami, FL 33280-1301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __5565__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**RONALD T BUCKINGHAM**
**4595 Lexington Avenue Suite 100**
**Jacksonville, FL 32210-2058**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __0056__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**RONALD T DUGGAN**
**540 Long Island Avenue**
**Ft Lauderdale, FL 33312**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __1206__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.44 |

**RONALD T MURPHY PA**
**P.O. Box 5955**
**Lakeland, FL 33807-5955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __1765__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.20 |

**RONALD T SPANN**
**P.O. Box 1799**
**Ft Lauderdale, FL 33302-1799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Member__

Last 4 digits of account number __7942__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.839 7**

**Nonpriority creditor's name and mailing address**
**RONALD W BLACK**
**1101 N Lake Destiny Road Suite 475**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number  **7658**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.839 8**

**Nonpriority creditor's name and mailing address**
**RONALD W HOUCHINS**
**P.O. Box 22429**
**Ft Lauderdale, FL 33335**

Date(s) debt was incurred _

Last 4 digits of account number  **7444**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.839 9**

**Nonpriority creditor's name and mailing address**
**RONALD W RUDOLPH**
**9200 S Dadeland Boulevard Suite 308**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **6074**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.840 0**

**Nonpriority creditor's name and mailing address**
**RONALD W SIKES**
**P.O. Box 472**
**Orlando, FL 32802-0472**

Date(s) debt was incurred _

Last 4 digits of account number  **6776**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.840 1**

**Nonpriority creditor's name and mailing address**
**RONALD WITKOWSKI**
**3121 Fontana Lake Drive**
**Bryson City, NC 28713**

Date(s) debt was incurred _

Last 4 digits of account number  **8290**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.840 2**

**Nonpriority creditor's name and mailing address**
**RONALD Y SCHRAM**
**1420 N Ocean Boulevard**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number  **4528**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.840 3**

**Nonpriority creditor's name and mailing address**
**RONNI SUE GREEN**
**9050 Pines Boulevard Suite 359**
**Pembroke Pines, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number  **249**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.840 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**RONNIE C HENDERSON**
2520 Northwest 97th Avenue Suite 120
Miami, FL 33172

Date(s) debt was incurred _

Last 4 digits of account number  **2761**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**RORY B WEINER PA**
635 W. Lumsden Road
Brandon, FL 33511

Date(s) debt was incurred _

Last 4 digits of account number  **6588**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROSA BUSTO-PINA**
11951 Southwest 51st Street
Miami, FL 33175

Date(s) debt was incurred _

Last 4 digits of account number  **0645**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROSA GARCIA ACEVEDO**
380 W 49th Street
Hialeah, FL 33012

Date(s) debt was incurred _

Last 4 digits of account number  **6461**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROSA M VEGA**
8500 W. Flagler Street
Suite 204-B
Miami, FL 33144

Date(s) debt was incurred _

Last 4 digits of account number  **7863**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROSARIO PORTUONDO DUNCAN**
8950 Southwest 74th Court 23rd Floor
Miami, FL 33156

Date(s) debt was incurred _

Last 4 digits of account number  **7335**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.841 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |

**ROSE & ROSE PA**
1877 S. Federal Highway
Suite 100
Boca Raton, FL 33432

Date(s) debt was incurred _

Last 4 digits of account number  **5575**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.841 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ROSE A WALKER**
P.O. Box 840744
Hollywood, FL 33084

Date(s) debt was incurred _

Last 4 digits of account number  **4498**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.841 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**ROSE M SHEEHAN**
2900 University Drive Suite 76
Coral Springs, FL 33065

Date(s) debt was incurred _

Last 4 digits of account number  **9138**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.841 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ROSEANNE N LYNCH**
1627 Riparian Drive
Naperville, IL 60565

Date(s) debt was incurred _

Last 4 digits of account number  **7507**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.841 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ROSEMARIE A GERONAZZO**
Rosemarie A. Geronazzo P.A.
21494 Saint Andrews Grand Circle
Boca Raton, FL 33486-8651

Date(s) debt was incurred _

Last 4 digits of account number  **6685**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.841 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**ROSEMARIE BACALLAO**
5895 Southwest 117th Street
Coral Gables, FL 33156

Date(s) debt was incurred _

Last 4 digits of account number  **6048**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.841 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**ROSEMARY U JONES**
1033 Hardee Road
Coral Gables, FL 33146-3329

Date(s) debt was incurred _

Last 4 digits of account number  **3642**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.841 7**

**Nonpriority creditor's name and mailing address**
**ROSEN & EICHNER PA**
P.O. Box 1900
Ft Lauderdale, FL 33302

Date(s) debt was incurred _

Last 4 digits of account number  **2983**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.841 8**

**Nonpriority creditor's name and mailing address**
**ROSEN & ROSEN PA**
2719 Hollywood Boulevard
Suite B-224
Hollywood, FL 33020

Date(s) debt was incurred _

Last 4 digits of account number  **6706**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.841 9**

**Nonpriority creditor's name and mailing address**
**ROSEN & WINIG PA**
2925 PGA Boulevard Suite 100
Palm Beach Gardens, FL 33410

Date(s) debt was incurred _

Last 4 digits of account number  **6113**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.842 0**

**Nonpriority creditor's name and mailing address**
**ROSENTHAL & YARCHIN**
First Union Finc'L Center 20th
200 S Biscayne Boulevard
Miami, FL 33131-2310

Date(s) debt was incurred _

Last 4 digits of account number  **8001**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$195.25**

---

**3.842 1**

**Nonpriority creditor's name and mailing address**
**ROSENTHAL AND LEVY PA**
7410 S US Highway 1 Suite 406
Port Saint Lucie, FL 34952

Date(s) debt was incurred _

Last 4 digits of account number  **0251**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.842 2**

**Nonpriority creditor's name and mailing address**
**ROSENTHAL ROSENTHAL RASCO**
20900 NE 30th Avenue
Suite 600
Aventura, FL 33180

Date(s) debt was incurred _

Last 4 digits of account number  **3588**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.842 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROSHAWN BANKS**
P.O. Box 25978
Ft Lauderdale, FL 33320

Date(s) debt was incurred _

Last 4 digits of account number **1687**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 4 |
|---|

**ROSLYN C LEWIN**
2 S University Drive Suite 312
Plantation, FL 33324

Date(s) debt was incurred _

Last 4 digits of account number **8273**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.842 5 |
|---|

**ROSS & BURDEN PA**
434 N Halifax Avenue Suite 1
Daytona Beach, FL 32118

Date(s) debt was incurred _

Last 4 digits of account number **8738**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.842 6 |
|---|

**ROSS B TOYNE**
Toyne & Mayo P.A.
150 Southeast 2nd Avenue Suite 1025
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number **3950**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.842 7 |
|---|

**ROSS E PAYNE**
2832 Waymeyer Drive
Orlando, FL 32812

Date(s) debt was incurred _

Last 4 digits of account number **8449**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.842 8 |
|---|

**ROSS EARLE & BONAN PA**
P.O. Box 2401
Stuart, FL 34995-2401

Date(s) debt was incurred _

Last 4 digits of account number **8163**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

| 3.842 9 |
|---|

**ROSS FIRTELL PA**
6100 Glades Road Suite 201
Boca Raton, FL 33434

Date(s) debt was incurred _

Last 4 digits of account number **8104**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.843 0**

**Nonpriority creditor's name and mailing address**

**ROSS G BAYLOR**
**600 Northlake Boulevard**
**North Palm Beach, FL 33408-5324**

Date(s) debt was incurred _

Last 4 digits of account number  **4619**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.843 1**

**Nonpriority creditor's name and mailing address**

**ROSS H MANELLA PA**
**Hinshaw Culbertson**
**1 E Broward Boulevard Suite 1010**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **6889**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.843 2**

**Nonpriority creditor's name and mailing address**

**ROSS LANIER DEIFIK & CLIFF PA**
**Tib Financial Center**
**599 9th Street N Suite 300**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number  **9281**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.843 3**

**Nonpriority creditor's name and mailing address**

**Ross Rosenberg Law, P.A.**
**9100 S. Dadeland Boulevard**
**Suite 1500**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **7774**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.843 4**

**Nonpriority creditor's name and mailing address**

**ROSSANO TORRENT & LEYTE-VIDAL**
**1110 Brickell Avenue 7th Floor**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **7249**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$350.00

---

**3.843 5**

**Nonpriority creditor's name and mailing address**

**ROSSWAY MOORE & TAYLOR**
**2101 Indian River Boulevard**
**Suite 200**
**Vero Beach, FL 32960**

Date(s) debt was incurred _

Last 4 digits of account number  **4430**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

Debtor    **LTGF Business Trust**                                    Case number (if known)    **2:23-bk-01538**
_____
Name

| | | |
|---|---|---|
| 3.843 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | **Roth Law, P.A.** | |
| | **433 Plaza Real** | |
| | **Suite 275** | |
| | **Boca Raton, FL 33432** | |

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0557**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.843 7    **Nonpriority creditor's name and mailing address**

**ROTH ROTH & ASSOCIATES PA**
**1951 Northwest 150th Avenue Suite 103**
**Hollywood, FL 33028-2876**

Date(s) debt was incurred _

Last 4 digits of account number  **5754**

**As of the petition filing date, the claim is:** Check all that apply.    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.843 8    **Nonpriority creditor's name and mailing address**

**ROTH ROTH & ASSOCIATES PA**
**2020 Northeast 163 Street Suite 300**
**North Miami Beach, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number  **5754**

**As of the petition filing date, the claim is:** Check all that apply.    **$150.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.843 9    **Nonpriority creditor's name and mailing address**

**ROTH ROUSSO & KATSMAN LLP**
**841 W 47th Street**
**Miami, FL 33140-2902**

Date(s) debt was incurred _

Last 4 digits of account number  **9947**

**As of the petition filing date, the claim is:** Check all that apply.    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.844 0    **Nonpriority creditor's name and mailing address**

**ROTHFELD & PIERCE PA**
**7961 Northwest 54th Court**
**Lauderhill, FL 33351-5062**

Date(s) debt was incurred _

Last 4 digits of account number  **4973**

**As of the petition filing date, the claim is:** Check all that apply.    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.844 1    **Nonpriority creditor's name and mailing address**

**ROTHMAN & TOBIN PA**
**10800 Biscayne Blvd**
**Suite 700**
**Miami, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number  **1014**

**As of the petition filing date, the claim is:** Check all that apply.    **$75.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.844 2    **Nonpriority creditor's name and mailing address**

**ROTHMAN & VERNER**
**1300 N Federal Highway Suite 203**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number  **8475**

**As of the petition filing date, the claim is:** Check all that apply.    **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|------------------------|------------------------|-------------------|
| | Name | | |

---

**3.844 3**

**Nonpriority creditor's name and mailing address**
**ROTHSTEIN ROSENFELDT ADLER**
**Las Olas City Centre**
**401 E Las Olas Boulevard Suite 1650**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **5490**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.844 4**

**Nonpriority creditor's name and mailing address**
**ROWLAND THOMAS & JACOBS PA**
**2401 Shoreham Road**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number  **6768**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$350.00**

---

**3.844 5**

**Nonpriority creditor's name and mailing address**
**ROXANA I NASCO PA**
**2600 S. Douglas Road**
**Suite 913**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **6146**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.844 6**

**Nonpriority creditor's name and mailing address**
**ROXANA MIRABAL**
**3650 NW 82nd Avenue**
**Penthouse 505**
**Doral, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number  **5782**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.844 7**

**Nonpriority creditor's name and mailing address**
**Roxane Fuentes, P.A.**
**P.O. Box 820292**
**Pembroke Pines, FL 33082**

Date(s) debt was incurred _

Last 4 digits of account number  **0342**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.844 8**

**Nonpriority creditor's name and mailing address**
**ROXANNE BETH AXELROD PA**
**2290 10th Avenue N Suite 402**
**Lake Worth, FL 33461-6611**

Date(s) debt was incurred _

Last 4 digits of account number  **1308**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8449**

**Nonpriority creditor's name and mailing address**
**ROXANNE HINO**
**1420 Southeast 47th Street**
**Cape Coral, FL 33904**

Date(s) debt was incurred _

Last 4 digits of account number **9583**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.8450**

**Nonpriority creditor's name and mailing address**
**ROXANNE HINO**
**1700 Monroe Street**
**Ft Myers, FL 33901**

Date(s) debt was incurred _

Last 4 digits of account number **9631**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.8451**

**Nonpriority creditor's name and mailing address**
**ROY A ALTERMAN**
**2115 Palm Bay Road NE**
**Suite 1E**
**Palm Bay, FL 32905**

Date(s) debt was incurred _

Last 4 digits of account number **5975**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.8452**

**Nonpriority creditor's name and mailing address**
**ROY D OPPENHEIM**
**1290 Weston Road Suite 214**
**Weston, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number **9202**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.8453**

**Nonpriority creditor's name and mailing address**
**ROY L LUCAS**
**P.O. Box 190007**
**Ft Lauderdale, FL 33319**

Date(s) debt was incurred _

Last 4 digits of account number **3850**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.8454**

**Nonpriority creditor's name and mailing address**
**ROY L WEINFELD PA**
**2665 S. Douglas Road**
**Suite 805**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **8397**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.8455**

**Nonpriority creditor's name and mailing address**
**ROY M SPEER**
**2535 Success Drive**
**Odessa, FL 33556-3401**

Date(s) debt was incurred _

Last 4 digits of account number **2335**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$32,399.48**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**
_____

---

| 3.845 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**ROY THORNTON MCDANIEL JR**
P.O. Box 1518
Key Largo, FL 33037

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **7600**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**ROYAL FLAGG JONAS**
300 71st Street Suite 405
Miami Beach, FL 33141

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **676**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Royal Palm Title**
3860 N. Powerline
Deerfield Beach, FL 33073

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **6056**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**ROYCE D PIPKINS**
P.O. Box 720857
Orlando, FL 32872-0857

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **3998**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**ROYCE D PIPKINS**
P.O. Box 720857
Orlando, FL 32872-0857

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **3998**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**ROZALYN LANDISBURG**
220 Meadowbrook Avenue
Upper Darby, PA 19082-1220

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **6938**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.846
2**

**Nonpriority creditor's name and mailing address**

**RUBEN J PADRON PA**
**9370 SW 72nd Street**
**Suite A142**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number **2771**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.846
3**

**Nonpriority creditor's name and mailing address**

**Ruben Spinrad, P.L.**
**631 US Highway 1**
**Suite 206**
**North Palm Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number **7813**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.846
4**

**Nonpriority creditor's name and mailing address**

**RUBINO AND ASSOCIATES PA**
**159 Lookout Pl Suite 101**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number **6860**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.846
5**

**Nonpriority creditor's name and mailing address**

**Rubino Findley, P.L.L.C.**
**20283 State Road 7**
**Suite 400**
**Boca Raton, FL 33498**

Date(s) debt was incurred _

Last 4 digits of account number **0451**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.846
6**

**Nonpriority creditor's name and mailing address**

**RUDEN MCCLOSKY**
**701 Brickell Avenue Suite 1900**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **3691**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,316.43**

---

**3.846
7**

**Nonpriority creditor's name and mailing address**

**RUDEN MCCLOSKY PA**
**222 Lakeview Avenue Suite 800**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **920**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.846
8**

**Nonpriority creditor's name and mailing address**

**RUDEN MCCLOSKY PA**
**P.O. Box 1900**
**Ft Lauderdale, FL 33302-1900**

Date(s) debt was incurred _

Last 4 digits of account number **920**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$675.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8469**

**Nonpriority creditor's name and mailing address**
**RUDEN MCCLOSKY SMITH**
**701 Brickell Avenue Suite 1900**
**Miami, FL 33131-2860**

Date(s) debt was incurred _

Last 4 digits of account number **4912**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$26,145.40**

---

**3.8470**

**Nonpriority creditor's name and mailing address**
**RUDNICK & WOLFE**
**101 E Kennedy Boulevard Suite 2000**
**Tampa, FL 33602-5150**

Date(s) debt was incurred _

Last 4 digits of account number **7143**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.8471**

**Nonpriority creditor's name and mailing address**
**RUDOLF & HOFFMAN PA**
**615 Northeast Third Avenue**
**Ft Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number **5876**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8472**

**Nonpriority creditor's name and mailing address**
**RUDOLPH J. INMAN, JR.**
**2252 Gulf Life Tower**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number **3505**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.8473**

**Nonpriority creditor's name and mailing address**
**RUDOLPH M DI LASCIO JR**
**5798 Johnson Street**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **6825**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.8474**

**Nonpriority creditor's name and mailing address**
**RUFUS O JEFFERSON**
**693 Riggins Road**
**Tallahassee, FL 32308**

Date(s) debt was incurred _

Last 4 digits of account number **2733**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$86.66**

---

**3.8475**

**Nonpriority creditor's name and mailing address**
**Ruiz Law, P.A.**
**1101 Miranda Lane**
**#107**
**Kissimmee, FL 34741**

Date(s) debt was incurred _

Last 4 digits of account number **1059**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

| | |
|---|---|
| **3.847 6** | |

**Nonpriority creditor's name and mailing address**
**Ruiz-Gonzalez Law PLLC**
**12030 SW 129th Court**
**Suite 208**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number  **1024**

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.847 7** | |

**Nonpriority creditor's name and mailing address**
**RULON D MUNNS**
**Bogin Munns & Munns**
**2601 Technology Drive**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number  **6196**

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

| | |
|---|---|
| **3.847 8** | |

**Nonpriority creditor's name and mailing address**
**RUMBERGER KIRK & CALDWELL PA**
**P.O. Box 1873**
**Orlando, FL 32802-1873**

Date(s) debt was incurred _

Last 4 digits of account number  **4428**

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.847 9** | |

**Nonpriority creditor's name and mailing address**
**Rumrell Bate McLeod & Brock, P.A.**
**24 Cathedral Place Suite 504**
**St Augustine, FL 32084**

Date(s) debt was incurred _

Last 4 digits of account number  **7884**

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.848 0** | |

**Nonpriority creditor's name and mailing address**
**RUSH & GLASSMAN**
**11 Southeast 2nd Avenue**
**Gainesville, FL 32601**

Date(s) debt was incurred _

Last 4 digits of account number  **5067**

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.848 1** | |

**Nonpriority creditor's name and mailing address**
**RUSH MARSHALL JONES AND**
**P.O. Box 3146**
**Orlando, FL 32802-3146**

Date(s) debt was incurred _

Last 4 digits of account number  **10**

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$425.00**

---

Debtor   **LTGF Business Trust**                                    Case number (if known)   **2:23-bk-01538**
_____
Name

| 3.848<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Rushing Law Firm, P.L.L.C.**
**3124 West County Highway 30A**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred _

Last 4 digits of account number  **8962**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.848<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,323.23 |
|---|---|---|---|

**RUSSELL A MEADE**
**256 Miami Avenue W**
**Venice, FL 34285**

Date(s) debt was incurred _

Last 4 digits of account number  **5946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.848<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**RUSSELL D GAUTIER**
**P.O. Box 1169**
**Tallahassee, FL 32302-1169**

Date(s) debt was incurred _

Last 4 digits of account number  **1913**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.848<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**RUSSELL D KAPLAN**
**7951 Southwest 6th Street Suite 210**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **5657**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.848<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**RUSSELL GEIGER**
**6093 S Akron Way**
**Greenwood Village, CO 80111-5228**

Date(s) debt was incurred _

Last 4 digits of account number  **9749**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.848<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.85 |
|---|---|---|---|

**RUSSELL J FERRARO JR**
**Ferraro and Ferraro**
**3601 E Ocean Boulevard Suite 201**
**Stuart, FL 34996**

Date(s) debt was incurred _

Last 4 digits of account number  **7698**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.848<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**RUSSELL JACOBS**
**De La O & Marko**
**3001 Southwest 3rd Avenue**
**Miami, FL 33129**

Date(s) debt was incurred _

Last 4 digits of account number  **4357**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.848 9**

**Nonpriority creditor's name and mailing address**

**RUSSELL L FORKEY PA**
**2888 E Oakland Park Boulevard**
**Ft Lauderdale, FL 33306**

Date(s) debt was incurred _

Last 4 digits of account number **5250**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.849 0**

**Nonpriority creditor's name and mailing address**

**RUSSELL LAW OFFICES PA**
**P.O. Box 2751**
**Orlando, FL 32802**

Date(s) debt was incurred _

Last 4 digits of account number **4394**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.849 1**

**Nonpriority creditor's name and mailing address**

**RUSSELL M ROBBINS PA**
**14160 NW 77th Court**
**Suite 22**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number **7717**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.849 2**

**Nonpriority creditor's name and mailing address**

**RUSSELL S ADLER**
**707 Southeast 3 Avenue Suite 101**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number **8754**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.849 3**

**Nonpriority creditor's name and mailing address**

**RUSSELL S JACOBS PA**
**20700 W. Dixie Highway**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number **3343**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.849 4**

**Nonpriority creditor's name and mailing address**

**RUSSELL S KOSS**
**245 N Tamiami Trail Suite A**
**Venice, FL 34285-1917**

Date(s) debt was incurred _

Last 4 digits of account number **6205**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | LTGF Business Trust | | Case number (if known) | 2:23-bk-01538 |
|---|---|---|---|---|
| | Name | | | |

---

**3.849 5**

Nonpriority creditor's name and mailing address
**RUSSELL T KAMRADT PA**
**1441 Sturbridge Court**
**Dunedin, FL 34698-2263**

Date(s) debt was incurred _

Last 4 digits of account number **7400**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.849 6**

Nonpriority creditor's name and mailing address
**RUSSELL W. HITCHCOCK**
**8721 Palisades Drive**
**Tampa, FL 33615-4924**

Date(s) debt was incurred _

Last 4 digits of account number **5841**

As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.849 7**

Nonpriority creditor's name and mailing address
**Ruster Law Group, P.L.L.C.**
**1693 Main Street**
**Suite C**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number **0211**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.849 8**

Nonpriority creditor's name and mailing address
**RUTHERFORD MULHALL PA**
**2600 N Military Trail 4th Floor**
**Boca Raton, FL 33431-6315**

Date(s) debt was incurred _

Last 4 digits of account number **434**

As of the petition filing date, the claim is: *Check all that apply.*    **$300.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.849 9**

Nonpriority creditor's name and mailing address
**RYAN & MARKS**
**3000-8 Hartley Road**
**Jacksonville, FL 32257**

Date(s) debt was incurred _

Last 4 digits of account number **8007**

As of the petition filing date, the claim is: *Check all that apply.*    **$375.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.850 0**

Nonpriority creditor's name and mailing address
**RYAN & RYAN**
**631 US Highway One Suite 100**
**North Palm Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number **0814**

As of the petition filing date, the claim is: *Check all that apply.*    **$125.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.850 1**

Nonpriority creditor's name and mailing address
**RYAN & RYAN LLC**
**700 E. Dania Beach Boulevard**
**3rd Floor**
**Dania Beach, FL 33004-3090**

Date(s) debt was incurred _

Last 4 digits of account number **1988**

As of the petition filing date, the claim is: *Check all that apply.*    **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**
_____

| 3.850 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RYAN A RAMSARAN PA**
**1270 Sweet Violet Court**
**West Palm Beach, FL 33415**

Date(s) debt was incurred _

Last 4 digits of account number  **2278**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.850 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Ryan D. Gesten, P.A.**
**6824 Griffin Road**
**Davie, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number  **6363**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.850 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RYAN P DUGAN PA**
**2223 McGregor Boulevard**
**Ft Myers, FL 33901**

Date(s) debt was incurred _

Last 4 digits of account number  **9047**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.850 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RYAN P ROOTH**
**11201 Park Boulevard Suite 21**
**Seminole, FL 33772**

Date(s) debt was incurred _

Last 4 digits of account number  **2380**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.850 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RYAN T DOSEN PL**
**520 Brickell Key Drive Suite O-205**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **1711**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.850 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Ryan W. Gambert, P.A.**
**240 N Washington Boulevard Suite 460**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number  **8455**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
         Name

Case number (if known)   **2:23-bk-01538**

---

| 3.850 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**S A RODDENBERY JR**
**3101 W Michigan Avenue Suite A**
**Pensacola, FL 32526**

Date(s) debt was incurred _

Last 4 digits of account number  **7131**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**S AVERY SMITH**
**5840 Red Bug Lake Road**
**Suite 350**
**Winter Springs, FL 32708**

Date(s) debt was incurred _

Last 4 digits of account number  **3486**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|

**S CURTIS KISER**
**5385 Wpa Road**
**Lamont, FL 32336-0810**

Date(s) debt was incurred _

Last 4 digits of account number  **4906**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**S DAVID SHEFFMAN**
**1111 Lincoln Road Suite 800**
**Miami Beach, FL 33139-2451**

Date(s) debt was incurred _

Last 4 digits of account number  **4452**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**S EMORY ROGERS**
**P.O. Box 7225**
**West Palm Beach, FL 33405**

Date(s) debt was incurred _

Last 4 digits of account number  **2369**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**S GEORGE TRAGER**
**1090 Kane Concourse 1 Suite 201**
**Bay Harbor, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number  **8478**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**S HOWARD ADELMAN**
**2975 Myrtle Oak Circle**
**Davie, FL 33328-6740**

Date(s) debt was incurred _

Last 4 digits of account number  **1910**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.851 5**

Nonpriority creditor's name and mailing address

**S HOWARD ORNER**
**2855 University Drive Suite 110**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number  **1097**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.851 6**

Nonpriority creditor's name and mailing address

**S KIRBY MONCRIEF**
**P.O. Box 4848**
**Sanford, FL 32772-4848**

Date(s) debt was incurred _

Last 4 digits of account number  **4611**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.851 7**

Nonpriority creditor's name and mailing address

**S NICKY MITCHELL-POPE PA**
**11221 Southwest 20th Street**
**Miramar, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number  **3925**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.851 8**

Nonpriority creditor's name and mailing address

**S PHILIP MALSPEIS**
**6319 Northwest 24th Street**
**Boca Raton, FL 33434-4317**

Date(s) debt was incurred _

Last 4 digits of account number  **2475**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.851 9**

Nonpriority creditor's name and mailing address

**S RAY GILL PA**
**P.O. Box 337**
**Ocala, FL 32678-0337**

Date(s) debt was incurred _

Last 4 digits of account number  **5232**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.852 0**

Nonpriority creditor's name and mailing address

**S SY SHERR**
**523 S Washington Boulevard**
**Sarasota, FL 34236-7104**

Date(s) debt was incurred _

Last 4 digits of account number  **6885**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Debtor   **LTGF Business Trust**                                          Case number (if known)   **2:23-bk-01538**
_____Name_____

| 3.852 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**S THOMAS PADGETT PA**
P.O. Box 673
Keego Harbor, MI 48320

Date(s) debt was incurred _

Last 4 digits of account number  **4347**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Member___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**SABRINA M BATEH PA**
13055 Sandwedge Court
Jacksonville, FL 32224-8419

Date(s) debt was incurred _

Last 4 digits of account number  **4841**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Member___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**SACHER MARTINI & SACHER PA**
2334 Ponce de Leon Boulevard
Suite 250
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number  **3751**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Member___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Sachs & La Seur, P.A.**
1394 County Highway 283s Building 4
Santa Rosa Beach, FL 32459

Date(s) debt was incurred _

Last 4 digits of account number  **8870**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Member___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|

**SACHS SAX CAPLAN PL**
6111 Broken Sound Parkway
Suite 200
Boca Raton, FL 33487

Date(s) debt was incurred _

Last 4 digits of account number  **8175**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Member___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**SADER & LEMAIRE PA**
224 Commercial Boulevard
Suite 310
Lauderdale By The Sea, FL 33308

Date(s) debt was incurred _

Last 4 digits of account number  **6652**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Member___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 |
|---|---|---|---|

**SAFRON ROONEY & DZURAK**
P.O. Box 400
Punta Gorda, FL 33951-0400

Date(s) debt was incurred _

Last 4 digits of account number  **2001**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Member___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __LTGF Business Trust__                                   Case number (if known)   __2:23-bk-01538__
Name

| 3.852 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Sagacity Legal, P.L.L.C.**
**121 Lucina Drive**
**Hypoluxo, FL 33462**

Date(s) debt was incurred  _

Last 4 digits of account number  __0418__

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.852 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**SAGE TITLE & ESCROW SERVICES**
**2809 Poinsettia Avenue**
**West Palm Beach, FL 33407-5426**

Date(s) debt was incurred  _

Last 4 digits of account number  __5436__

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.853 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**SAGRE LAW FIRM PA**
**5201 Blue Lagoon Drive 8th Floor**
**Miami, FL 33126**

Date(s) debt was incurred  _

Last 4 digits of account number  __3934__

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.853 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
|---|---|---|---|

**SALA & GOMEZ PA**
**260 Crandon Boulevard Suite 14**
**Key Biscayne, FL 33149**

Date(s) debt was incurred  _

Last 4 digits of account number  __8701__

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.853 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Salas Law Firm, P.A.**
**dba JP Salas Law**
**2601 E. Oakland Park Blvd., Suite 406**
**Ft. Lauderdale, FL 33306**

Date(s) debt was incurred  _

Last 4 digits of account number  __0830__

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.853 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**SALAZAR & KELLY LAW GROUP PA**
**2587 N Orange Blossom Trail**
**Kissimmee, FL 34744**

Date(s) debt was incurred  _

Last 4 digits of account number  __8246__

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**
_____

---

| 3.853 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**SALEEBY RANSIER PA**
Attn: Richard E. Saleeby
359 S. County Road
Palm Beach, FL 33480-4472

Date(s) debt was incurred  _

Last 4 digits of account number  **1948**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**SALEM LAW GROUP PA**
P.O. Box 3399
Tampa, FL 33601-3399

Date(s) debt was incurred  _

Last 4 digits of account number  **4834**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**SALLEY FEINBERG HAMES & HINTZE**
P.O. Box 4923
Orlando, FL 32802-4923

Date(s) debt was incurred  _

Last 4 digits of account number  **7741**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**SALLY CARNEY BUSSELL**
Sally Carney Bussell P.A.
201 E Government Street
Pensacola, FL 32501

Date(s) debt was incurred  _

Last 4 digits of account number  **1967**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**SALLY N SAWH**
4575 Sabal Palm Road
Miami, FL 33137

Date(s) debt was incurred  _

Last 4 digits of account number  **2286**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**SALLY S BENSON**
11211 Prosperity Fms Road
Suite C-111
Palm Beach Gardens, FL 33410

Date(s) debt was incurred  _

Last 4 digits of account number  **6803**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.854 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**Salmon Title & Law**
**10100 W. Sample Road**
**Suite 403**
**Coral Springs, FL 33065**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0657**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.854 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**SALPETER GITKIN LLP**
**3864 Sheridan Street**
**Hollywood, FL 33021**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4958**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.854 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$600.00** |
|---|---|---|---|

**SALTER FEIBER MURPHY HUTSON &**
**3940 NW 16th Boulevard**
**Building B**
**Gainesville, FL 32605-7399**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **588**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.854 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**SALVATORE D. DEFELICE**
**2637 N. Andrews Avenue**
**Ft. Lauderdale, FL 33311-2509**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4326**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.854 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.00** |
|---|---|---|---|

**SALVATORI WOOD & BUCKEL PL**
**2150 Goodlette Road North**
**6th Floor**
**Naples, FL 34102**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8135**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.854 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,976.02** |
|---|---|---|---|

**SAM C CALIENDO**
**3170 N. Federal Highway**
**Suite 116**
**Lighthouse Point, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3857**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

**3.854 6**

**Nonpriority creditor's name and mailing address**

**SAM COOPER HILL**
**P.O. Box 2113**
**Eureka Springs, AR 72632-2113**

Date(s) debt was incurred __

Last 4 digits of account number **2366**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.854 7**

**Nonpriority creditor's name and mailing address**

**SAM COSTA JR**
**1900 N Militry Trail Suite 102**
**Woodside Plaza**
**Boca Raton, FL 33431-8503**

Date(s) debt was incurred __

Last 4 digits of account number **6730**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.854 8**

**Nonpriority creditor's name and mailing address**

**SAM J GABRIEL**
**Gabriel Gabriel & Raymond L.L.C.**
**4601 Military Trail Unit B206**
**Jupiter, FL 33458**

Date(s) debt was incurred __

Last 4 digits of account number **1706**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$16,703.49**

---

**3.854 9**

**Nonpriority creditor's name and mailing address**

**Sam Karl, Esquire**
**9130 S Dadeland Boulevard Suite 1528**
**Miami, FL 33156**

Date(s) debt was incurred __

Last 4 digits of account number **8845**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.855 0**

**Nonpriority creditor's name and mailing address**

**SAM R ASSINI LLC**
**8695 College Parkway Suite 432**
**Ft Myers, FL 33919**

Date(s) debt was incurred __

Last 4 digits of account number **2215**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.855 1**

**Nonpriority creditor's name and mailing address**

**SAM W BOONE JR PA**
**4545 NW 8th Avenue**
**Suite A**
**Gainesville, FL 32605-4522**

Date(s) debt was incurred __

Last 4 digits of account number **4009**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.855 2**

**Nonpriority creditor's name and mailing address**

**SAM Y ALLGOOD JR**
**5645 Nebraska Avenue**
**New Port Richey, FL 34652**

Date(s) debt was incurred __

Last 4 digits of account number **2294**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$9,043.17**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.855 3**

**Nonpriority creditor's name and mailing address**
**SAMIRA GHAZAL**
**Samira Ghazal P.A.**
**1909 Southwest 27th Avenue**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number  **0397**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.855 4**

**Nonpriority creditor's name and mailing address**
**SAMOLE & BERGER PA**
**11270 SW 59 Avenue**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **7149**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.855 5**

**Nonpriority creditor's name and mailing address**
**SAMOUCE MURRELL & GAL PA**
**1415 Panther Lane Suite 343**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number  **5181**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.855 6**

**Nonpriority creditor's name and mailing address**
**SAMUEL A ROACH**
**Harris Barrette Mann & Dew**
**P.O. Box 2011**
**St Petersburg, FL 33731-2011**

Date(s) debt was incurred _

Last 4 digits of account number  **3922**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.855 7**

**Nonpriority creditor's name and mailing address**
**SAMUEL B BERGER**
**9417 Carlyle Avenue**
**Miami Beach, FL 33154-2445**

Date(s) debt was incurred _

Last 4 digits of account number  **1771**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$131.34**

---

**3.855 8**

**Nonpriority creditor's name and mailing address**
**SAMUEL B BRAHM**
**3621 Central Avenue**
**St Petersburg, FL 33713-8434**

Date(s) debt was incurred _

Last 4 digits of account number  **6154**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

Debtor   **LTGF Business Trust**                                 Case number (if known)   **2:23-bk-01538**
_____
Name

| | |
|---|---|
| **3.855 9** | **Nonpriority creditor's name and mailing address**  As of the petition filing date, the claim is: Check all that apply.   **$25.00** |

**3.855 9**

**Nonpriority creditor's name and mailing address**
**SAMUEL C AURILIO**
**840 US Highway One Suite 320**
**North Palm Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number  **6027**

As of the petition filing date, the claim is: Check all that apply.     **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.856 0**

**Nonpriority creditor's name and mailing address**
**SAMUEL D BALLEN**
**2295 Northwest Corporaate Boulevard Suit**
**Boca Raton, FL 33431-7373**

Date(s) debt was incurred _

Last 4 digits of account number  **5202**

As of the petition filing date, the claim is: Check all that apply.     **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.856 1**

**Nonpriority creditor's name and mailing address**
**SAMUEL D LOPEZ PA**
**1851 Northwest 125th Avenue Suite 331**
**Pembroke Pines, FL 33028**

Date(s) debt was incurred _

Last 4 digits of account number  **8024**

As of the petition filing date, the claim is: Check all that apply.     **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.856 2**

**Nonpriority creditor's name and mailing address**
**SAMUEL E DUKE**
**P.O. Box 3706**
**Lake Wales, FL 33859-3706**

Date(s) debt was incurred _

Last 4 digits of account number  **8392**

As of the petition filing date, the claim is: Check all that apply.     **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.856 3**

**Nonpriority creditor's name and mailing address**
**SAMUEL G EASTERBROOK III**
**State Attorney's Office**
**251 N Ridgewood Avenue**
**Daytona Beach, FL 32114-7505**

Date(s) debt was incurred _

Last 4 digits of account number  **7629**

As of the petition filing date, the claim is: Check all that apply.     **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.856 4**

**Nonpriority creditor's name and mailing address**
**SAMUEL HY SILVERGLATE**
**801 S University Drive Suite 500**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **6779**

As of the petition filing date, the claim is: Check all that apply.     **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.856 5**

**Nonpriority creditor's name and mailing address**
**SAMUEL I LEFF**
**2775 Sunny Isles Boulevard Suite 100**
**North Miami Beach, FL 33160-4007**

Date(s) debt was incurred _

Last 4 digits of account number  **2357**

As of the petition filing date, the claim is: Check all that apply.     **$6,915.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

**3.856 6**

**Nonpriority creditor's name and mailing address**
**SAMUEL J WEISS**
**1000 E Robinson Street**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **303**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.856 7**

**Nonpriority creditor's name and mailing address**
**SAMUEL L HELLER**
**1901 N Ocean Boulevard Suite 2-C**
**Ft Lauderdale, FL 33305**

Date(s) debt was incurred _

Last 4 digits of account number **5337**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.856 8**

**Nonpriority creditor's name and mailing address**
**SAMUEL L LEPRELL**
**Street Marks Place Suite 201**
**1930 San Marco Boulevard**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number **0280**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.856 9**

**Nonpriority creditor's name and mailing address**
**SAMUEL M PEEK**
**222 Government Street Suite D**
**Niceville, FL 32578**

Date(s) debt was incurred _

Last 4 digits of account number **4720**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.857 0**

**Nonpriority creditor's name and mailing address**
**SAMUEL M SILVER**
**5220 S. University Drive**
**Suite 210**
**Davie, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number **6226**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.857 1**

**Nonpriority creditor's name and mailing address**
**SAMUEL S BLUM**
**Samuel Spencer Blum Esquire**
**2666 Tigertail Avenue, Suite 106**
**Coconut Grove, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **6663**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.857 2**

**Nonpriority creditor's name and mailing address**
**SAMUEL S HENDERSON**
**1735 W Hibiscus Boulevard Suite 300**
**Melboure, FL 32901-2616**

Date(s) debt was incurred _

Last 4 digits of account number **7285**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|-------------------------|------------------------|-------------------|
| | Name | | |

---

**3.857.3**

**Nonpriority creditor's name and mailing address**
**SAMUEL S SOROTA**
**801 Northeast 167th Street Suite 308**
**North Miami Beach, FL 33162-3729**

Date(s) debt was incurred _

Last 4 digits of account number **6129**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$200.00

---

**3.857.4**

**Nonpriority creditor's name and mailing address**
**SAMUEL SHERADSKY, P.A.**
**3929 Ponce Deleon Blvd.**
**Miami, FL 33134-7323**

Date(s) debt was incurred _

Last 4 digits of account number **2596**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$716.68

---

**3.857.5**

**Nonpriority creditor's name and mailing address**
**SAMUEL STEEN**
**11392 Southwest 86th Lane**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number **860**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$100.00

---

**3.857.6**

**Nonpriority creditor's name and mailing address**
**SAMUEL SUSI**
**7806 Charney Lane**
**Boca Raton, FL 33496-1326**

Date(s) debt was incurred _

Last 4 digits of account number **8643**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.857.7**

**Nonpriority creditor's name and mailing address**
**SAMUEL V JOHNSON**
**13350 Ponderosa Way**
**Ft Myers, FL 33907**

Date(s) debt was incurred _

Last 4 digits of account number **5513**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$4,023.70

---

**3.857.8**

**Nonpriority creditor's name and mailing address**
**SANCHEZ & ASSOCIATES PA**
**P.O. Box 941703**
**Miami, FL 33194-1703**

Date(s) debt was incurred _

Last 4 digits of account number **5411**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.857.9**

**Nonpriority creditor's name and mailing address**
**SANCHEZ LAW GROUP PA**
**605 E Robinson Street**
**Suite 650**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **1701**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.858 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**SANCHEZ-MEDINA GONZALEZ &**
**1200 Brickell Avenue**
**Suite 950**
**Miami, FL 33131**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **8099**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.858 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.61 |
|---|---|---|---|

**SANDER MEDNICK**
**P.O. Box 364**
**Annapolis, MD 21404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **8228**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.858 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**SANDERS LAW GROUP PA**
**6931 4th Street North**
**St Petersburg, FL 33702**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **9886**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.858 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,115.79 |
|---|---|---|---|

**SANDERS MCEWAN MARTINEZ LUFF**
**P.O. Box 753**
**Orlando, FL 32802-0753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **18**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.858 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Sanders Title Company**
**6931 4th Street North**
**St Petersburg, FL 33702**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **6396**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.858 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**SANDOR F GENET & ASSOCIATES PA**
**99 Northeast 167th Street**
**North Miami Beach, FL 33162-3402**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **669**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.858 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**SANDRA B FERRELL**
**10910 Donamere Drive**
**Alpharetta, GA 30022**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member**

Last 4 digits of account number **4621**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.858 7**

Nonpriority creditor's name and mailing address
**SANDRA B. RIGGS**
**150 W. Flagler St., Suite 2001**
**Miami, FL 33130-1557**

Date(s) debt was incurred  _

Last 4 digits of account number  **2389**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.858 8**

Nonpriority creditor's name and mailing address
**SANDRA BONFIGLIO PA**
**105 Avenue of The Arts**
**Ft Lauderdale, FL 33312**

Date(s) debt was incurred  _

Last 4 digits of account number  **8171**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.858 9**

Nonpriority creditor's name and mailing address
**SANDRA BOSSO-PARDO**
**1615 Forum Pl Suite 500**
**West Palm Beach, FL 33401**

Date(s) debt was incurred  _

Last 4 digits of account number  **1600**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.859 0**

Nonpriority creditor's name and mailing address
**SANDRA DUCHEINE-BAKER**
**Ducheine Baker & Associates P.A.**
**9050 Pines Boulevard Suite 425**
**Pembroke Pines, FL 33024**

Date(s) debt was incurred  _

Last 4 digits of account number  **5190**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.859 1**

Nonpriority creditor's name and mailing address
**SANDRA G KRAWITZ PA**
**1001 Tullo Farm Road**
**Bridgewater, NJ 08801**

Date(s) debt was incurred  _

Last 4 digits of account number  **7604**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.859 2**

Nonpriority creditor's name and mailing address
**SANDRA G SMITH**
**6405 Northwest 18th Avenue**
**Gainesville, FL 32605**

Date(s) debt was incurred  _

Last 4 digits of account number  **1634**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor    **LTGF Business Trust**
_____    Case number (if known)    **2:23-bk-01538**
Name

---

| 3.859<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**SANDRA H PETERSON**
**905 Southwest Baya Drive**
**Lake City, FL 33025**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **5780**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**SANDRA J POMERANTZ**
**400 E Lake Mary Boulevard**
**Sanford, FL 32773-7127**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **4376**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**SANDRA LYNN SANDERS**
**203 W Oak Street**
**Arcadia, FL 34266**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **8657**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**SANDRA P PENAGOS PA**
**8950 Southwest 74 Court,**
**Suite 1610**
**Miami, FL 33156**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **6546**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**SANDRA W JOHNSON**
**2110 Park Street**
**Jacksonville, FL 32204**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **8967**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**SANDRA WISEMAN PA**
**P.O. Box 1896**
**Sarasota, FL 34230**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **9750**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$105.00** |
|---|---|---|---|

**SANFORD A MINKOFF**
**Lake County Attorney's Office**
**315 W. Main Street**
**Tavares, FL 32778**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **1714**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 1302 of 1581

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.860 0**

**Nonpriority creditor's name and mailing address**
**SANFORD N REINHARD**
**2875 Northeast 191st Street Suite 404**
**N Miami Beach, FL 33180-2803**

Date(s) debt was incurred  _
Last 4 digits of account number  **8651**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,420.87**

---

**3.860 1**

**Nonpriority creditor's name and mailing address**
**Santana Rodriguez Law, P.A.**
**3663 Southwest 8th Street Suite 208**
**Miami, FL 33135**

Date(s) debt was incurred  _
Last 4 digits of account number  **9540**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.860 2**

**Nonpriority creditor's name and mailing address**
**SANTIAGO A ALPIZAR PA**
**1699 Coral Way Suite 512**
**Miami, FL 33145-2860**

Date(s) debt was incurred  _
Last 4 digits of account number  **9243**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.860 3**

**Nonpriority creditor's name and mailing address**
**SANTIAGO DIEZ**
**1395 Brickell Avenue**
**Suite 800**
**Miami, FL 33131**

Date(s) debt was incurred  _
Last 4 digits of account number  **0009**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.860 4**

**Nonpriority creditor's name and mailing address**
**SANTIAGO J PADILLA**
**Law Offices Santiago J Padilla**
**1001 Brickell Bay Drive Suite 1704**
**Miami, FL 33131**

Date(s) debt was incurred  _
Last 4 digits of account number  **5082**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.860 5**

**Nonpriority creditor's name and mailing address**
**SANTIAGO J ROSELL**
**510 Gerona Avenue**
**Coral Gables, FL 33146-2715**

Date(s) debt was incurred  _
Last 4 digits of account number  **5949**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.860
6**

**Nonpriority creditor's name and mailing address**

**SANTINO & SABOL LAW GROUP**
**1675 Palm Beach Lakes Boulevard Suite 70**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **0159**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.860
7**

**Nonpriority creditor's name and mailing address**

**SANTO J SOTTILARE**
**2699 Sterling Road**
**Ft Lauderdale, FL 33312-6543**

Date(s) debt was incurred _

Last 4 digits of account number  **8186**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$7.17**

---

**3.860
8**

**Nonpriority creditor's name and mailing address**

**SAPURSTEIN & BLOCH PA**
**9700 S. Dixie Highway**
**Suite 1000**
**Miami, FL 33156-2800**

Date(s) debt was incurred _

Last 4 digits of account number  **8387**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.860
9**

**Nonpriority creditor's name and mailing address**

**SARA BARLI HERALD**
**800 Northwest 15th Street**
**Miami, FL 33136-1495**

Date(s) debt was incurred _

Last 4 digits of account number  **2611**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.861
0**

**Nonpriority creditor's name and mailing address**

**SARA DREILING MORIBER**
**1434 West 24th Street**
**Miami Beach, FL 33140-4523**

Date(s) debt was incurred _

Last 4 digits of account number  **7559**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.861
1**

**Nonpriority creditor's name and mailing address**

**Saracco Law LLC**
**520 Brevard Avenue**
**Cocoa, FL 32922**

Date(s) debt was incurred _

Last 4 digits of account number  **7854**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.861
2**

**Nonpriority creditor's name and mailing address**

**SARAGA & LIPSHY PA**
**201 NE 1st Avenue**
**Delray Beach, FL 33444**

Date(s) debt was incurred _

Last 4 digits of account number  **9576**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

Debtor  **LTGF Business Trust**                                    Case number (if known)  **2:23-bk-01538**
Name

---

| 3.861 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SARALYN NEMSER**
**12240 NE 14th Avenue**
**North Miami, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number  **9867**

As of the petition filing date, the claim is: *Check all that apply.*                        **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.861 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SARI L REEGLER**
**1521 S Tamiami Trail Suite 304**
**Venice, FL 34292-3567**

Date(s) debt was incurred _

Last 4 digits of account number  **5030**

As of the petition filing date, the claim is: *Check all that apply.*                        **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.861 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SARINO COSTANZO**
**10659 Northeast Quaybridge Court**
**Miami, FL 33138-2212**

Date(s) debt was incurred _

Last 4 digits of account number  **7056**

As of the petition filing date, the claim is: *Check all that apply.*                        **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.861 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sasha B. Berdeguer, P.A.**
**8603 S. Dixie Highway**
**Suite 205**
**Pinecrest, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **9207**

As of the petition filing date, the claim is: *Check all that apply.*                        **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.861 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SAUL CIMBLER**
**1320 S Dixie Highway Suite 750**
**Miami, FL 33146-2938**

Date(s) debt was incurred _

Last 4 digits of account number  **2178**

As of the petition filing date, the claim is: *Check all that apply.*                        **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.861 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SAUNDERS & SAUNDERS**
**2018 Lawson Road**
**Tallahassee, FL 32308**

Date(s) debt was incurred _

Last 4 digits of account number  **6560**

As of the petition filing date, the claim is: *Check all that apply.*                        **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.861 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SAUNDERS CURTIS GINESTRA &**
**4450 NW 126th Avenue**
**Suite 101**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number  **1278**

As of the petition filing date, the claim is: *Check all that apply.*                        **$32,120.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.862 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**SAUNDRA DURRENCE**
4701 NW 82nd Court
Ocala, FL 34482

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8372**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.862 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**SAUVOLA & ASSOCIATES PA**
1750 N Florida Mango Road Suite 200
West Palm Beach, FL 33409-5230

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2470**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.862 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**SAVAGE & ATLASS PL**
Harbour Centre
18851 Northeast 29th Avenue Suite 303
Aventura, FL 33180

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2247**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.862 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,091.67 |
|---|---|---|---|

**SAVAGE KRIM & SIMONS LAW OFFCS**
121 NW 3rd Street
Ocala, FL 34475-6640

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2109**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.862 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**SAWYER & SAWYER PA**
8913 Conroy Windermere Road
Orlando, FL 32835

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2237**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.862 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**SAX WILLINGER & GOLD**
600 S. Andrews Avenue
Suite 401
Fort Lauderdale, FL 33301

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6461**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.862 6**

**Nonpriority creditor's name and mailing address**
**SAXON & RICHARDSON P A**
**111 S Scott Street**
**Melbourne, FL 32901-1262**

Date(s) debt was incurred _

Last 4 digits of account number **5123**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$350.00**

---

**3.862 7**

**Nonpriority creditor's name and mailing address**
**SAXON GILMORE CARRAWAY &**
**201 E Kennedy Boulevard Suite 600**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number **8466**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.862 8**

**Nonpriority creditor's name and mailing address**
**SAXTON R. GASKIN, III, P.A.**
**1465 San Juan Court**
**Clearwater, FL 34616-6051**

Date(s) debt was incurred _

Last 4 digits of account number **6052**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$479.89**

---

**3.862 9**

**Nonpriority creditor's name and mailing address**
**SCHAFFEL AND SHEEHAN PA**
**Coral Springs Financial Plaza**
**3300 University Drive Suite 604**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number **4594**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$250.00**

---

**3.863 0**

**Nonpriority creditor's name and mailing address**
**SCHARLACKEN & ASSOCIATES PA**
**8142 Lowbank Drive**
**Naples, FL 34109-0774**

Date(s) debt was incurred _

Last 4 digits of account number **7883**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.863 1**

**Nonpriority creditor's name and mailing address**
**SCHARLIN LANZETTA & COHEN**
**1111 Brickell Avenue 29th Floor**
**Miami, FL 33131-3128**

Date(s) debt was incurred _

Last 4 digits of account number **1284**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$375.00**

---

**3.863 2**

**Nonpriority creditor's name and mailing address**
**Scheflin Law Group, P.A.**
**6099 Stirling Road**
**Suite 105**
**Davie, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number **7235**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.863**
**3**

Nonpriority creditor's name and mailing address
**SCHELLER & LEE PLC**
**1000 Legion Pl Suite 1518**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number  **4055**

As of the petition filing date, the claim is: Check all that apply.                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.863**
**4**

Nonpriority creditor's name and mailing address
**SCHENK & ASSOCIATES PLC**
**995 N Collier Boulevard**
**Marco Island, FL 34145**

Date(s) debt was incurred _

Last 4 digits of account number  **9587**

As of the petition filing date, the claim is: Check all that apply.                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.863**
**5**

Nonpriority creditor's name and mailing address
**Scheril Murray Powell**
**Doumar Allsworth Laystrom Et Al**
**1177 SE 3rd Avenue**
**Ft. Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **0007**

As of the petition filing date, the claim is: Check all that apply.                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.863**
**6**

Nonpriority creditor's name and mailing address
**SCHILIAN & WATARZ PA**
**7000 W. Palmetto Park Road**
**Suite 210**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number  **5337**

As of the petition filing date, the claim is: Check all that apply.                                    **$75.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.863**
**7**

Nonpriority creditor's name and mailing address
**SCHILLER KESSLER & GOMEZ PLC**
**7501 W Oakland Park Boulevard**
**Ft Lauderdale, FL 33319**

Date(s) debt was incurred _

Last 4 digits of account number  **9581**

As of the petition filing date, the claim is: Check all that apply.                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.863**
**8**

Nonpriority creditor's name and mailing address
**Schneider Law, L.L.C.**
**2856 E Oakland Park Boulevard**
**Ft. Lauderdale, FL 33306**

Date(s) debt was incurred _

Last 4 digits of account number  **0568**

As of the petition filing date, the claim is: Check all that apply.                                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8639**

**Nonpriority creditor's name and mailing address**
**SCHNUR & SCHNUR PA**
**7221 Southwest 7th Street**
**Plantation, FL 33317-3824**

Date(s) debt was incurred __

Last 4 digits of account number **4768**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.8640**

**Nonpriority creditor's name and mailing address**
**SCHOFIELD & SPENCER PA**
**1429 60th Avenue W.**
**Suite 300**
**Bradenton, FL 34207-4614**

Date(s) debt was incurred __

Last 4 digits of account number **4489**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.8641**

**Nonpriority creditor's name and mailing address**
**SCHOOLEY & ASSOCIATES INC**
**1635 N Bayshore Drive Suite 104**
**Miami, FL 33132**

Date(s) debt was incurred __

Last 4 digits of account number **8218**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8642**

**Nonpriority creditor's name and mailing address**
**SCHREIBER SCHREIBER &**
**5600 Sheridan Street**
**Hollywood, FL 33021-3240**

Date(s) debt was incurred __

Last 4 digits of account number **3692**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.8643**

**Nonpriority creditor's name and mailing address**
**SCHROPP BUELL & ELLIGETT PA**
**Landmark Centre Suite 2600**
**401 E Jackson Street**
**Tampa, FL 33602-5226**

Date(s) debt was incurred __

Last 4 digits of account number **6738**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8644**

**Nonpriority creditor's name and mailing address**
**SCHULTE ROTH & ZABEL**
**Phillips Point West Twr Suite 1002**
**777 S Flagler Drive**
**West Palm Beach, FL 33401-6124**

Date(s) debt was incurred __

Last 4 digits of account number **6978**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$761.14**

---

**3.8645**

**Nonpriority creditor's name and mailing address**
**SCHULTZ & ASSOCIATES PA**
**5656 Northwest Whitecap Road**
**Port St Lucie, FL 34986**

Date(s) debt was incurred __

Last 4 digits of account number **5523**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.864 6**

**Nonpriority creditor's name and mailing address**
**SCHULTZ & ASSOCIATES PA**
P.O. Box 1685
Safety Harbor, FL 34695-1685

Date(s) debt was incurred _

Last 4 digits of account number **8184**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.864 7**

**Nonpriority creditor's name and mailing address**
**SCHUMANN LAW GROUP PA**
Bonita Bay Executive Center
3451 Bonita Bay Boulevard Suite 200
Bonita Springs, FL 34134-4378

Date(s) debt was incurred _

Last 4 digits of account number **6823**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.864 8**

**Nonpriority creditor's name and mailing address**
**SCHUTT LAW FIRM PA**
1322 Southeast 46th Lane Suite 202
Cape Coral, FL 33904-8642

Date(s) debt was incurred _

Last 4 digits of account number **7546**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.864 9**

**Nonpriority creditor's name and mailing address**
**SCHUTZ LITIGATION LLC**
535 Central Avenue
St Petersburg, FL 33701

Date(s) debt was incurred _

Last 4 digits of account number **5586**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.865 0**

**Nonpriority creditor's name and mailing address**
**SCHWARTZ GOLD COHEN &**
54 SW Boca Raton Boulevard
Boca Raton, FL 33432

Date(s) debt was incurred _

Last 4 digits of account number **7835**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.865 1**

**Nonpriority creditor's name and mailing address**
**SCHWENKE & CARLSON, P.A.**
P.O. Box 23929
Ft. Lauderdale, FL 33307-3929

Date(s) debt was incurred _

Last 4 digits of account number **2093**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.865 | | | |
|---|---|---|---|
| 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |

**SCOTT & TAYLOR PA**
**505 S Flagler Drive Suite 1005**
**West Palm Beach, FL 33401**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8708**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | | | |
|---|---|---|---|
| 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**SCOTT A MARCUS**
**Becker & Poliakoff P.A.**
**121 Alhambra Plaza Suite 1000 (10 Fl)**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9416**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | | | |
|---|---|---|---|
| 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**SCOTT ALAN SALOMON**
**C/O Salomon & Mittelberg P.A.**
**2770 University Drive**
**Coral Springs, FL 33071**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7994**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | | | |
|---|---|---|---|
| 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**SCOTT BROWN**
**Scott Brown P.A.**
**100 S Ashley Drive Suite 2200**
**Tampa, FL 33602**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4428**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | | | |
|---|---|---|---|
| 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**SCOTT C TEPPER**
**120 E Granada Boulevard**
**Ormond Beach, FL 32176**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2514**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | | | |
|---|---|---|---|
| 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Scott C. Gherman, P.A.**
**902 Clint Moore Road**
**Suite 120**
**Boca Raton, FL 33487**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9381**

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8658**

**Nonpriority creditor's name and mailing address**
**SCOTT CHARLTON**
**P.O. Box 24268**
**Tampa, FL 33623-4268**

Date(s) debt was incurred  _

Last 4 digits of account number  **4958**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.8659**

**Nonpriority creditor's name and mailing address**
**SCOTT D CLARK PA**
**655 W Morse Boulevard Suite 212**
**Winter Park, FL 32789**

Date(s) debt was incurred  _

Last 4 digits of account number  **6399**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.8660**

**Nonpriority creditor's name and mailing address**
**SCOTT D LARUE**
**2401 W Bay Drive Suite 303**
**Largo, FL 33770-4923**

Date(s) debt was incurred  _

Last 4 digits of account number  **4677**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.8661**

**Nonpriority creditor's name and mailing address**
**SCOTT DARYL BINDER**
**5121 Ehrlich Road Suite 102-A**
**Tampa, FL 33624-2015**

Date(s) debt was incurred  _

Last 4 digits of account number  **8065**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.8662**

**Nonpriority creditor's name and mailing address**
**SCOTT E GORDON**
**C/O Lutz Bobo & Telfair**
**2 N Tamiami Trail Suite 500**
**Sarasota, FL 34236**

Date(s) debt was incurred  _

Last 4 digits of account number  **7630**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.8663**

**Nonpriority creditor's name and mailing address**
**SCOTT E SIMOWITZ**
**800 Corporate Drive Suite 510**
**Ft Lauderdale, FL 33334**

Date(s) debt was incurred  _

Last 4 digits of account number  **6950**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.8664**

**Nonpriority creditor's name and mailing address**
**SCOTT H LANGSTON**
**P.O. Box 1897**
**Lakeland, FL 33802-1897**

Date(s) debt was incurred  _

Last 4 digits of account number  **561**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**
_____

| 3.866 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**SCOTT HARRIS BRYAN BARRA**
**4400 PGA Boulevard**
**Suite 603**
**Palm Beach Gardens, FL 33410-6562**

Date(s) debt was incurred _

Last 4 digits of account number  **2196**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**SCOTT J PERDIGON PA**
**9100 S Dadeland Boulevard Suite 1701**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **9604**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**SCOTT JAY SENFT**
**126 S Federal Highway Suite 208**
**Dania, FL 33004**

Date(s) debt was incurred _

Last 4 digits of account number  **3879**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**SCOTT KRAMER**
**6650 W Indiantown Road Suite 200**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number  **8410**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**SCOTT L PESTCOE**
**Westside Corporate Center**
**150 S Pine Island Road Suite 540**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **6267**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**SCOTT LAW GROUP PLC**
**728 Wood Street**
**Dunedin, FL 34698**

Date(s) debt was incurred _

Last 4 digits of account number  **7445**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**

---

3.867
1

**Nonpriority creditor's name and mailing address**
**SCOTT LEGAL ASSOCIATES PA**
**99 Orange Street**
**St Augustine, FL 32084**

Date(s) debt was incurred _

Last 4 digits of account number  **2174**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

3.867
2

**Nonpriority creditor's name and mailing address**
**SCOTT LEVINE**
**1625 N. Commerce Parkway**
**Suite 225**
**Weston, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number  **7234**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

3.867
3

**Nonpriority creditor's name and mailing address**
**SCOTT M GRANT**
**3400 Tamiami Trail N Suite 201**
**Naples, FL 34103**

Date(s) debt was incurred _

Last 4 digits of account number  **3985**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

3.867
4

**Nonpriority creditor's name and mailing address**
**SCOTT M ROSEN**
**2559 Camelot Court**
**Cooper City, FL 33026-3648**

Date(s) debt was incurred _

Last 4 digits of account number  **8559**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

3.867
5

**Nonpriority creditor's name and mailing address**
**SCOTT R AUSTIN**
**100 Northeast Third Avenue Suite 1100**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **9780**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

3.867
6

**Nonpriority creditor's name and mailing address**
**SCOTT R BOATRIGHT**
**3128 Swooping Willow Court W**
**Jacksonville, FL 32223**

Date(s) debt was incurred _

Last 4 digits of account number  **0022**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

3.867
7

**Nonpriority creditor's name and mailing address**
**SCOTT R JAY**
**19500 Northeast 21st Court**
**Miami, FL 33179**

Date(s) debt was incurred _

Last 4 digits of account number  **7337**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8678**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **SCOTT ROSEN PA**<br>**150 S. Pine Island Road**<br>**Suite 300**<br>**Plantation, FL 33324** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **6896** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.8679**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **SCOTT STADLER PA**<br>**1750 University Drive Suite 202**<br>**Coral Springs, FL 33071** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **9472** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.8680**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **SCOTT SWEIGART**<br>**Law Office of Scott H Sweigart P.A.**<br>**6400 N Andrews Avenue Suite 340**<br>**Ft Lauderdale, FL 33309** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **9756** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.8681**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **Scott Torrie, P.A.**<br>**34931 US Highway 19 N**<br>**Suite 210**<br>**Palm Harbor, FL 34684** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **7210** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.8682**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|
| **SCOTT W FITZPATRICK PA**<br>**811 Cypress Village Boulevard Suite A**<br>**Sun City Center, FL 33573-6724** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **8547** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.8683**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **SCOTT W. PUTNEY**<br>**2501 Porter Street Northwest**<br>**Suite 716**<br>**Washington, DC 20008-1258** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **8586** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.868 4**

**Nonpriority creditor's name and mailing address**
**SCRUGGS & CARMICHAEL PA**
**4923 N.W. 43rd Street**
**Gainesville, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number **935**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$675.00**

---

**3.868 5**

**Nonpriority creditor's name and mailing address**
**Scruggs Carmichael & Wershow, P.A.**
**4923 N.W. 43rd Street**
**Gainesville, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number **935**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.868 6**

**Nonpriority creditor's name and mailing address**
**SEAN JAY GREENE**
**700 Southeast 3rd Avenue Suite 100**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number **2159**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.868 7**

**Nonpriority creditor's name and mailing address**
**SEAN L FISHER**
**Fisher & Davidson L.L.P.**
**1450 Madruga Avenue Suite 202**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **8522**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.868 8**

**Nonpriority creditor's name and mailing address**
**SEAN V DONNELLY**
**3708 W Euclid Avenue**
**Tampa, FL 33629**

Date(s) debt was incurred _

Last 4 digits of account number **3903**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.868 9**

**Nonpriority creditor's name and mailing address**
**Secure Title and Trust, L.L.C.**
**3650 NW 82nd Avenue**
**Suite 401**
**Doral, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number **9644**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.869 0**

**Nonpriority creditor's name and mailing address**
**Security Title & Escrow, Inc.**
**100 W. Cypress Creek Road**
**Suite 910**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number **3057**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | LTGF Business Trust | Case number (if known) | 2:23-bk-01538 |
|---|---|---|---|
| | Name | | |

---

**3.869 1**

**Nonpriority creditor's name and mailing address**
SEGAUL & STOLL PA
7805 SW 6th Court
Plantation, FL 33324

Date(s) debt was incurred _
Last 4 digits of account number  **6157**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.869 2**

**Nonpriority creditor's name and mailing address**
SEGREDO & WEISZ
Attn: Frank J. Segredo
6080 Bird Road Suite 5
Miami, FL 33155

Date(s) debt was incurred _
Last 4 digits of account number  **616**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

**3.869 3**

**Nonpriority creditor's name and mailing address**
SEIDLIN & TRENK PA
Suite 308-L Parkview Building
1876 N University Drive
Plantation, FL 33322

Date(s) debt was incurred _
Last 4 digits of account number  **7028**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.869 4**

**Nonpriority creditor's name and mailing address**
SEIDMAN PREWITT DIBELLO PA
1550 Madruga Avenue Suite 504
Coral Gables, FL 33146

Date(s) debt was incurred _
Last 4 digits of account number  **7881**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.869 5**

**Nonpriority creditor's name and mailing address**
Sejpal Law Firm, P.A.
14039 N Dale Mabry Highway
Tampa, FL 33618

Date(s) debt was incurred _
Last 4 digits of account number  **8589**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.869 6**

**Nonpriority creditor's name and mailing address**
SELLAR SEWELL RUSS SAYLOR
P.O. Box 492722
Leesburg, FL 34749-2722

Date(s) debt was incurred _
Last 4 digits of account number  **4493**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.869 7**

**Nonpriority creditor's name and mailing address**

**SELLERS & PREVATT**
**108 Howard Street W**
**Live Oak, FL 32064-2302**

Date(s) debt was incurred  _

Last 4 digits of account number  **0157**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$7,709.20

---

**3.869 8**

**Nonpriority creditor's name and mailing address**

**SELZ & MUVDI SELZ PA**
**500 University Boulevard**
**Suite 110**
**Jupiter, FL 33458**

Date(s) debt was incurred  _

Last 4 digits of account number  **5992**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.869 9**

**Nonpriority creditor's name and mailing address**

**SEMET LICKSTEIN MORGENSTERN**
**Nationsbank Tower**
**100 Southeast 2nd Street 17th Floor**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **6476**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$375.00

---

**3.870 0**

**Nonpriority creditor's name and mailing address**

**SEMPER WOODS PA**
**425 W Colonial Drive Suite 204**
**Orlando, FL 35804-6863**

Date(s) debt was incurred  _

Last 4 digits of account number  **5874**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.870 1**

**Nonpriority creditor's name and mailing address**

**SERBER & ASSOCIATES**
**Turnberry Plaza**
**2875 NE 191st Street, Suite 801**
**Aventura, FL 33180**

Date(s) debt was incurred  _

Last 4 digits of account number  **5247**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.870 2**

**Nonpriority creditor's name and mailing address**

**SERFATY & GARCIA PA**
**4770 BISCAYNE BLVD STE 1430**
**MIAMI, FL 33137**

Date(s) debt was incurred  _

Last 4 digits of account number  **2874**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.870 3**

**Nonpriority creditor's name and mailing address**

**Serfaty Law, P.A.**
**4770 Biscayne Boulevard**
**Suite 1430**
**Miami, FL 33137**

Date(s) debt was incurred  _

Last 4 digits of account number  **7204**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor    **LTGF Business Trust**
　　　　　　Name

Case number (if known)    **2:23-bk-01538**

---

| 3.870 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SERGIO ELIZALDE**
**101 S Alpine View Lane**
**Driggs, ID 83422**

Date(s) debt was incurred _

Last 4 digits of account number **1948**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.870 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SERGIO J GUZMAN**
**2440 Coral Way**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number **0593**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.870 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SETH D LUBIN**
**P.O. Box 822612**
**South Florida, FL 33082**

Date(s) debt was incurred _

Last 4 digits of account number **8988**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.870 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SETH I COHEN**
**5550 Glades Road**
**Suite 250**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **2129**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.870 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SETH KIMMEL**
**Seth Kimmel P.A.**
**2797 Oakbrook Lane**
**Weston, FL 33332**

Date(s) debt was incurred _

Last 4 digits of account number **2254**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.870 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

Sewar Legal, P.A.
**600 Cleveland Street**
**Suite 287**
**Clearwater, FL 33755**

Date(s) debt was incurred _

Last 4 digits of account number **1022**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.871 0**

**Nonpriority creditor's name and mailing address**
**SEYMOUR KAPLAN**
**1009 Sailors Reef**
**Ft. Collins, CO 80525-3149**

Date(s) debt was incurred _

Last 4 digits of account number **550**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$120.00**

---

**3.871 1**

**Nonpriority creditor's name and mailing address**
**Seymour N. Singer, P.A.**
**7401 Wiles Road**
**Suite 230**
**Coral Springs, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number **7983**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.871 2**

**Nonpriority creditor's name and mailing address**
**SHACKLEFORD FARRIOR**
**P.O. Box 3324**
**Tampa, FL 33601-3324**

Date(s) debt was incurred _

Last 4 digits of account number **2572**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,330.92**

---

**3.871 3**

**Nonpriority creditor's name and mailing address**
**Shafer Cohen, L.L.P.**
**5550 Glades Road**
**Suite 250**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **2129**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.871 4**

**Nonpriority creditor's name and mailing address**
**SHALLE STEPHEN FINE**
**2071 S Bayshore Drive Suite 602**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **1916**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.871 5**

**Nonpriority creditor's name and mailing address**
**SHALLOWAY & SHALLOWAY PA**
**1400 Centrepark Boulevard Suite 700**
**West Palm Beach, FL 33401-2109**

Date(s) debt was incurred _

Last 4 digits of account number **2392**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$150.00**

---

**3.871 6**

**Nonpriority creditor's name and mailing address**
**Shane M. Farnsworth, P.A.**
**70 SE 4th Avenue**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number **1000**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.871 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**SHANELL M SCHUYLER**
**2401 E Atlantic Boulevard Suite 400**
**Pompano Beach, FL 33062**

Date(s) debt was incurred  _

Last 4 digits of account number  **2052**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**SHANNON A GARVEY**
**1901 E Atlantic Boulevard**
**Pompano Beach, FL 33060-6562**

Date(s) debt was incurred  _

Last 4 digits of account number  **8966**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**SHANNON HOUK**
**17331 Carden Court**
**Ft Myers, FL 33908**

Date(s) debt was incurred  _

Last 4 digits of account number  **6911**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Shante Pressley**
**P.O. Box 2148**
**Orlando, FL 32802**

Date(s) debt was incurred  _

Last 4 digits of account number  **9585**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**SHAPIRO & FISHMAN**
**2424 N. Federal Highway**
**Suite 360**
**Boca Raton, FL 33431**

Date(s) debt was incurred  _

Last 4 digits of account number  **7522**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**SHAPIRO & WEIL**
**8925 Collins Avenue Unit 7h**
**Surfside, FL 33154**

Date(s) debt was incurred  _

Last 4 digits of account number  **6189**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.872 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**SHAPIRO BLASI WASSERMAN & GORA**
**7777 Glades Road Suite 400**
**Boca Raton, FL 33434**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2336**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.872 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Shapiro, P.A.**
**19 W. Flagler Street**
**Suite 516**
**Miami, FL 33130**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0685**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.872 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**SHAPO FREEDMAN & BLOOM PA**
**200 S Biscayne Boulevard Suite 4750**
**Southeast Financial Center**
**Miami, FL 33131-2368**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5156**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.872 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**SHARI J ELESSAR PA**
**The Dayson Group**
**5849 Okeechobee Boulevard Suite 201**
**West Palm Beach, FL 33414**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5605**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.872 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**SHARI N HINES PA**
**8363 S Coral Circle**
**Pompano Beach, FL 33058**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6974**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.872 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**SHARI OLEFSON**
**15 Southeast 9th Avenue**
**Ft Lauderdale, FL 33301**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5242**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.872 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19,451.00 |
|---|---|---|---|

**SHARIT BUNN & CHILTON PA**
**P.O. Box 9498**
**Winter Haven, FL 33883-9498**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8220**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**

---

**3.873 0**

**Nonpriority creditor's name and mailing address**
**Sharlas Law, PL**
**990 Biscayne Boulevard Suite 502**
**Miami, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number **9270**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.873 1**

**Nonpriority creditor's name and mailing address**
**Sharma Eminent Domain Lawyers, P.L.L.C.**
**3732 Winter Garden Vineland Road**
**Winter Garden, FL 34787-5483**

Date(s) debt was incurred _

Last 4 digits of account number **6820**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.873 2**

**Nonpriority creditor's name and mailing address**
**Sharon Ann Cox, P.A.**
**7310 W. McNab Road**
**Suite 209**
**Tamarac, FL 33321**

Date(s) debt was incurred _

Last 4 digits of account number **0709**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.873 3**

**Nonpriority creditor's name and mailing address**
**SHARON B LOGAN**
**P.O. Box 4258**
**Ormond Beach, FL 32175**

Date(s) debt was incurred _

Last 4 digits of account number **7747**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.873 4**

**Nonpriority creditor's name and mailing address**
**SHARON B RINEHIMER**
**C/O Rgf Environmental Group**
**3875 Fiscal Court Suite 100**
**West Palm Beach, FL 33404**

Date(s) debt was incurred _

Last 4 digits of account number **8054**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.873 5**

**Nonpriority creditor's name and mailing address**
**SHARON JANICE WALKER**
**6122 Washington Street Suite 3**
**Hollywood, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number **4136**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.873
6**

**Nonpriority creditor's name and mailing address**

**SHARON L MCCLOUD
2830 Northwest 41st Street Suite G1
Gainesville, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number **3793**

As of the petition filing date, the claim is: *Check all that apply.*    $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.873
7**

**Nonpriority creditor's name and mailing address**

**SHARON L SIMMONS
300 W Adams Street Suite 580
Jacksonville, FL 32202**

Date(s) debt was incurred _

Last 4 digits of account number **7834**

As of the petition filing date, the claim is: *Check all that apply.*    $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.873
8**

**Nonpriority creditor's name and mailing address**

**SHARON L. LANGER
111 N.W. First Avenue
Suite 212
Miami, FL 33128-1836**

Date(s) debt was incurred _

Last 4 digits of account number **6958**

As of the petition filing date, the claim is: *Check all that apply.*    $100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.873
9**

**Nonpriority creditor's name and mailing address**

**SHARON M ZUCCARO
3461 Bonita Bay Boulevard Suite 221
Bonita Springs, FL 34134**

Date(s) debt was incurred _

Last 4 digits of account number **6725**

As of the petition filing date, the claim is: *Check all that apply.*    $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.874
0**

**Nonpriority creditor's name and mailing address**

**SHARON P TALBOT PA
258 Seminole Avenue
Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number **7901**

As of the petition filing date, the claim is: *Check all that apply.*    $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.874
1**

**Nonpriority creditor's name and mailing address**

**SHARON R BOCK
301 N Olive Avenue 9th Floor
West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **3939**

As of the petition filing date, the claim is: *Check all that apply.*    $75.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.874
2**

**Nonpriority creditor's name and mailing address**

**SHARON REAGAN
201 Government Street
Pensacola, FL 32501**

Date(s) debt was incurred _

Last 4 digits of account number **0531**

As of the petition filing date, the claim is: *Check all that apply.*    $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.874 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**SHARON S JONES**
20930 Southwest 248th Street
Homestead, FL 33031

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **9877**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.874 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**SHARON S VANDER WULP PA**
712 Shamrock Boulevard
Venice, FL 34293

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **5917**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.874 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**SHARON S WALKER PA**
15150 NW 79th Court
Suite 195
Miami Lakes, FL 33016

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **4111**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.874 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**SHARP DIAMOND PA**
90 Almeria Avenue Suite 202
Coral Gables, FL 33134

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **2200**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.874 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**SHARYN D GARFIELD**
1440 Coral Ridge Drive Suite 184
Coral Springs, FL 33071-5433

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7830**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.874 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**SHAUGHNESSY & PEREZ PA**
P.O. Box 231
Orlando, FL 32802-0231

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **5879**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **LTGF Business Trust**                                    Case number (if known)   **2:23-bk-01538**
         Name

---

**3.8749**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **$25.00** |
| **Shaunda Brown Attorney & Counselor at La** | ■ Contingent |
| **P.O. Box 1750** | ☐ Unliquidated |
| **Apopka, FL 32704-1750** | ☐ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **0193** | Basis for the claim:  **Member** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.8750**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **$25.00** |
| **SHAYNA M BECHTEL PL** | ■ Contingent |
| **1000 SE Monterey Commons Boulevard** | ☐ Unliquidated |
| **Suite 106** | ☐ Disputed |
| **Stuart, FL 34996** | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** |
| Last 4 digits of account number  **3164** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.8751**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **$25.00** |
| **SHEEHAN & CELAYA PA** | ■ Contingent |
| **300 Dal Hall Boulevard** | ☐ Unliquidated |
| **Lake Placid, FL 33852** | ☐ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **7294** | Basis for the claim:  **Member** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.8752**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **$25.00** |
| **SHEEHE LEVINE CUNNINGHAM** | ■ Contingent |
| **201 S Biscayne Boulevard Suite 1800** | ☐ Unliquidated |
| **Miami, FL 33131** | ☐ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **7486** | Basis for the claim:  **Member** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.8753**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **$75.00** |
| **Shehadeh Giannamore, P.L.L.C.** | ■ Contingent |
| **620 S. Le Jeune Road** | ☐ Unliquidated |
| **Coral Gables, FL 33134** | ☐ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **7412** | Basis for the claim:  **Member** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.8754**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **$100.00** |
| **SHELDON BRUCE PALLEY** | ■ Contingent |
| **1497 Northwest 7th Street** | ☐ Unliquidated |
| **Miami, FL 33125-3640** | ☐ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **1695** | Basis for the claim:  **Member** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.8755**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **$25.00** |
| **SHELDON ENGELHARD** | ■ Contingent |
| **7369 Woodmont Court** | ☐ Unliquidated |
| **Boca Raton, FL 33434-3210** | ☐ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **6253** | Basis for the claim:  **Member** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.875 6**

Nonpriority creditor's name and mailing address

**SHELDON GOLDING**
**800 Southeast 3rd Avenue Suite 300**
**Ft Lauderdale, FL 33316-1152**

Date(s) debt was incurred _

Last 4 digits of account number  **7518**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.875 7**

Nonpriority creditor's name and mailing address

**SHELDON L WIND**
**5700 Memorial Highway Suite 102**
**Tampa, FL 33615**

Date(s) debt was incurred _

Last 4 digits of account number  **6327**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.875 8**

Nonpriority creditor's name and mailing address

**SHELL FLEMING DAVIS & MENGE**
**P.O. Box 1831**
**Pensacola, FL 32591-1831**

Date(s) debt was incurred _

Last 4 digits of account number  **3406**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,488.93**

---

**3.875 9**

Nonpriority creditor's name and mailing address

**SHELLEY B MAURICE**
**11076 S Military Trail**
**Boynton Beach, FL 33436-7217**

Date(s) debt was incurred _

Last 4 digits of account number  **3809**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.876 0**

Nonpriority creditor's name and mailing address

**SHELLEY B MUND**
**6715 Academy Road Northeast**
**Albuquerque, NM 87109-3365**

Date(s) debt was incurred _

Last 4 digits of account number  **6322**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.876 1**

Nonpriority creditor's name and mailing address

**SHELLEY HARRELL SHELTON PA**
**146 Avenue B Northwest**
**Winter Haven, FL 33881-4506**

Date(s) debt was incurred _

Last 4 digits of account number  **0449**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.876 2**

Nonpriority creditor's name and mailing address

**SHELLY O HALLEN**
**10450 Southwest 70th Avenue**
**Miami, FL 33156-3260**

Date(s) debt was incurred _

Last 4 digits of account number  **4069**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.876 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**SHENDELL & ASSOCIATES PA**
3650 N FEDERAL HWY #202
LIGHTHOUSE POINT, FL 33064

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7139**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.876 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**SHENDELL & POLLOCK PL**
621 Northwest 53rd Street Suite 310
Boca Raton, FL 33487

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4187**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.876 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**SHENNA A STEVENS**
15251 Northeast 18th Avenue Suite 3
North Miami Beach, FL 33162

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5460**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.876 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**SHEPARD & LESKAR PA**
100 NW 70TH AVE 1ST FL
PLANTATION, FL 33317

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8004**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.876 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Shepard, Smith, Kohlmyer & Hand, P.A.**
2300 Maitland Center Parkway
Suite 100
Maitland, FL 32751

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6887**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.876 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**SHEPPARD & SHEPPARD LLC**
2444 Greenbrier Court
Weston, FL 33327

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7889**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.876 9**

**Nonpriority creditor's name and mailing address**

**SHEPPARD BRETT STEWART HERSCH**
**9100 College Pointe Court**
**Ft Myers, FL 33919**

Date(s) debt was incurred _

Last 4 digits of account number  **118**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$525.00**

---

**3.877 0**

**Nonpriority creditor's name and mailing address**

**SHERI E NOTT PA**
**6751 N Federal Highway Suite 100**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number  **8944**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.877 1**

**Nonpriority creditor's name and mailing address**

**SHERI L GREEN**
**P.O. Box 221485**
**Hollywood, FL 33022-1485**

Date(s) debt was incurred _

Last 4 digits of account number  **2313**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.877 2**

**Nonpriority creditor's name and mailing address**

**SHERI L HAZELTINE & ASSOCIATES**
**800 Palm Trail Plaza Suite 300**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number  **1875**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.877 3**

**Nonpriority creditor's name and mailing address**

**SHERMAN & WALDMAN PA**
**440 S Andrews Avenue**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **8723**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.877 4**

**Nonpriority creditor's name and mailing address**

**SHERMAN M BROD**
**P.O. Box 18877**
**Tampa, FL 33679-8877**

Date(s) debt was incurred _

Last 4 digits of account number  **3733**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.877 5**

**Nonpriority creditor's name and mailing address**

**SHERMAN N SMITH III**
**2145 14th Avenue Suite 19**
**Vero Beach, FL 32960-4414**

Date(s) debt was incurred _

Last 4 digits of account number  **8225**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.877 6**

**Nonpriority creditor's name and mailing address**

**SHERRI K DEWITT**
**Dewitt Law Firm P.A.**
**P.O. Box 2625**
**Orlando, FL 32802-2625**

Date(s) debt was incurred _

Last 4 digits of account number  **2164**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.877 7**

**Nonpriority creditor's name and mailing address**

**SHERRI L ALLAN**
**731 Oak Avenue**
**Panama City, FL 32401**

Date(s) debt was incurred _

Last 4 digits of account number  **5207**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.877 8**

**Nonpriority creditor's name and mailing address**

**SHERRI R HELLER**
**18205 Biscayne Boulevard**
**Suite 2205**
**Aventura, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number  **2196**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.877 9**

**Nonpriority creditor's name and mailing address**

**SHERRY A STANLEY**
**Sherry A. Stanley P.A.**
**6821 Camarin Street**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number  **1300**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.878 0**

**Nonpriority creditor's name and mailing address**

**SHERRY L HYMAN**
**Admirals Corporate Center**
**3535 Military Trail, Suite 101**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number  **6202**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.878 1**

**Nonpriority creditor's name and mailing address**

**SHERYL A EDWARDS**
**1800 2nd Street Suite 720**
**Sarasota, FL 34236-5966**

Date(s) debt was incurred _

Last 4 digits of account number  **4917**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.878
2**

**Nonpriority creditor's name and mailing address**

**Shin Law Firm, P.A.
189 S. Orange Avenue
Suite 1650S
Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **9878**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.878
3**

**Nonpriority creditor's name and mailing address**

**SHIPLEY LAW FIRM
20110 U.S. Highway 441
Suite A
Mount Dora, FL 32757-6901**

Date(s) debt was incurred _

Last 4 digits of account number **2741**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.878
4**

**Nonpriority creditor's name and mailing address**

**SHIRLEY D WEISMAN
Radice Corporate Center - Cypress Crk
800 Corporate Drive Suite 510
Ft Lauderdale, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number **6488**

As of the petition filing date, the claim is: *Check all that apply.*

**$100.00**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.878
5**

**Nonpriority creditor's name and mailing address**

**SHLOMIT FURMAN PA
21121 Northeast 21st Pl
Miami, FL 33179**

Date(s) debt was incurred _

Last 4 digits of account number **9617**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.878
6**

**Nonpriority creditor's name and mailing address**

**Shochet Law Group
3900 Woodlake Boulevard
Suite 202
Greenacres, FL 33463**

Date(s) debt was incurred _

Last 4 digits of account number **6921**

As of the petition filing date, the claim is: *Check all that apply.*

**$50.00**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.878
7**

**Nonpriority creditor's name and mailing address**

**Sholtes Law, PLLC
604 Boston Avenue
Ft. Pierce, FL 34950**

Date(s) debt was incurred _

Last 4 digits of account number **0618**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | LTGF Business Trust | Case number (if known) | 2:23-bk-01538 |
|---|---|---|---|
| | Name | | |

---

**3.878 8**

**Nonpriority creditor's name and mailing address**
**SHOOK HARDY & BACON LLP**
**Miami Center Suite 2400**
**201 S Biscayne Boulevard**
**Miami, FL 33131-4332**

Date(s) debt was incurred _
Last 4 digits of account number  **5466**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.878 9**

**Nonpriority creditor's name and mailing address**
**SHUFFIELD LOWMAN & WILSON PA**
**Attn: Amanda Tighe**
**1000 Legion Place, Suite 1700**
**Orlando, FL 32801**

Date(s) debt was incurred _
Last 4 digits of account number  **9266**

As of the petition filing date, the claim is: *Check all that apply.*

$125.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.879 0**

**Nonpriority creditor's name and mailing address**
**SHUMAKER LOOP & KENDRICK LLP**
**101 E. Kennedy Boulevard**
**Suite 2800**
**Tampa, FL 33602-5152**

Date(s) debt was incurred _
Last 4 digits of account number  **3815**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.879 1**

**Nonpriority creditor's name and mailing address**
**Shupe & Dhawan, P.A.**
**888 SE 3rd Avenue**
**Suite 202**
**Ft Lauderdale, FL 33016**

Date(s) debt was incurred _
Last 4 digits of account number  **8506**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.879 2**

**Nonpriority creditor's name and mailing address**
**SHUTTS & BOWEN LLP**
**Attn: Beth Marley**
**200 S. Biscayne Boulevard, Suite 4100**
**Miami, FL 33131**

Date(s) debt was incurred _
Last 4 digits of account number  **2958**

As of the petition filing date, the claim is: *Check all that apply.*

$17,813.08

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.879 3**

**Nonpriority creditor's name and mailing address**
**Sibila Lage, PLLC**
**6301 Sunset Drive**
**Suite 203**
**South Miami, FL 33143**

Date(s) debt was incurred _
Last 4 digits of account number  **9935**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name                                                        Case number (if known)   **2:23-bk-01538**

---

| 3.879<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**SID C PETERSON JR**
**C/O DeLoach & Peterson P.A.**
**418 Canal Street**
**New Smyrna Beach, FL 32168**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7107**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.879<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**SIDNEY B ALEXANDER**
**3800 Washington Road Apt 302**
**West Palm Beach, FL 33405**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6136**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.879<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Sieg & Cole, P.A.**
**2945 Defuniak Street**
**Trinity, FL 34655**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6516**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.879<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**SIEGEL LIPMAN DUNAY &**
**5355 Town Center Road Suite 801**
**Boca Raton, FL 33486-1069**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **269**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.879<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**SIEGFRIED F KESSLER**
**P.O. Box 302**
**Shalimar, FL 32579**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6187**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.879<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**SIEGFRIED RIVERA LERNER**
**DBA Siegfried Rivera**
**201 Alhambra Circle, 11th Floor**
**Coral Gables, FL 33134**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3868**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.880<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**SIEMON & LARSEN PA**
**433 Plaza Real Suite 339**
**Boca Raton, FL 33432**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6733**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **LTGF Business Trust**
Name

Case number (if known)  **2:23-bk-01538**

| 3.880 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**SIEMON LARSEN & MARSH**
**Minzer Park**
**433 Plaza Real Suite 339**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number  **9111**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

| 3.880 2 | **Nonpriority creditor's name and mailing address** | | **$25.00** |

**Silberstein Law Firm, P.L.L.C.**
**P.O. Box 2342**
**Sarasota, FL 34230**

Date(s) debt was incurred _

Last 4 digits of account number  **9317**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.880 3 | **Nonpriority creditor's name and mailing address** | | **$75.00** |

**SILVER & SILVER**
**108 S Miami Avenue 2nd Floor**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number  **9386**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.880 4 | **Nonpriority creditor's name and mailing address** | | **$25.00** |

**SILVER LEVY FELDMAN BASS &**
**500 S Australian Avenue Suite 800**
**West Palm Beach, FL 33401-6237**

Date(s) debt was incurred _

Last 4 digits of account number  **7244**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.880 5 | **Nonpriority creditor's name and mailing address** | | **$25.00** |

**Silverberg | Brito, PLLC**
**1695 NW 110th Avenue**
**Suite 224**
**Doral, FL 33172**

Date(s) debt was incurred _

Last 4 digits of account number  **0887**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.880 6 | **Nonpriority creditor's name and mailing address** | | **$25.00** |

**SILVIA B ROJAS**
**Dade Branch Attorneys' Title**
**14791 Oak Lane**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number  **0232**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.880 7**

**Nonpriority creditor's name and mailing address**
**SILVIA M RODRIGUEZ**
**8335 Southwest 72nd Avenue Suite 302-D**
**Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number **0010**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.880 8**

**Nonpriority creditor's name and mailing address**
**SILVIA MCLAIN**
**883 Sweetwater Island Circle**
**Longwood, FL 32779-2354**

Date(s) debt was incurred _

Last 4 digits of account number **8023**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.880 9**

**Nonpriority creditor's name and mailing address**
**SIMMONS & CLYNE PA**
**145 Northwest Central Park Plaza 2nd Flo**
**Port St Lucie, FL 34986**

Date(s) debt was incurred _

Last 4 digits of account number **8963**

As of the petition filing date, the claim is: *Check all that apply.*

$75.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.881 0**

**Nonpriority creditor's name and mailing address**
**Simmons & Cook, PLLC**
**2080 McGregor Blvd.**
**Suite 101**
**Ft Myers, FL 33901**

Date(s) debt was incurred _

Last 4 digits of account number **8523**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.881 1**

**Nonpriority creditor's name and mailing address**
**SIMON & SCHMIDT**
**766 SE Fifth Avenue**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number **3170**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.881 2**

**Nonpriority creditor's name and mailing address**
**SIMON & SIMON**
**3400 Malone Drive Suite 309**
**Chamblee, GA 30341-2712**

Date(s) debt was incurred _

Last 4 digits of account number **5042**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.881 3**

**Nonpriority creditor's name and mailing address**
**SIMON & SIMON PA**
**16400 NW 2nd Avenue**
**Suite 203**
**Miami, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number **812**

As of the petition filing date, the claim is: *Check all that apply.*

$250.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.881 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**SIMON M HARRISON**
**222 Plaza Drive**
**Lehigh Acres, FL 33936-6018**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  8682

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**Simon M. Azarnia, P.A.**
**1820 Viaduct Palermo**
**Winter Park, FL 32789**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  8986

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |

**SIMON SCHINDLER & SANDBERG LLP**
**2650 Biscayne Boulevard**
**Miami, FL 33137**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  4086

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**SIMPSON & DELGADO**
**240 S. Atlantic Ave**
**Ormond Beach, FL 32176**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  1608

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**Simpson & Mena, P.A.**
**2250 SW 3rd Avenue**
**Suite 501**
**Miami, FL 33129**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  0058

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |

**SION W CARTER JR**
**2618 Timberlake Drive**
**Orlando, FL 32806-7329**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  3372

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.882 0**

**Nonpriority creditor's name and mailing address**
**SIVYER BARLOW & WATSON PA**
**401 E. Jackson Street**
**Suite 2225**
**Tampa, FL 33602**

Date(s) debt was incurred _
Last 4 digits of account number **6710**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.882 1**

**Nonpriority creditor's name and mailing address**
**SIXTO & ASSOCIATES PA**
**7975 NW 155th Street**
**Suite B**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _
Last 4 digits of account number **8444**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.882 2**

**Nonpriority creditor's name and mailing address**
**SKIP A DIRIENZO**
**Hochberg & Dirienzo P.A.**
**2946 E Commercial Boulevard**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _
Last 4 digits of account number **4302**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.882 3**

**Nonpriority creditor's name and mailing address**
**SKIP BERG**
**Berg & Kessler**
**1872 S. Tamiami Trail, Suite D**
**Venice, FL 34293**

Date(s) debt was incurred _
Last 4 digits of account number **4325**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,726.22**

---

**3.882 4**

**Nonpriority creditor's name and mailing address**
**SKIPPER LAW FIRM**
**P.O. Box 998**
**Gainesville, FL 32602-0998**

Date(s) debt was incurred _
Last 4 digits of account number **2054**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.882 5**

**Nonpriority creditor's name and mailing address**
**SKOBEL LAW PA**
**7475 SW 70th Lane**
**Gainesville, FL 32608**

Date(s) debt was incurred _
Last 4 digits of account number **6368**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor __LTGF Business Trust_____  Case number (if known) __2:23-bk-01538__
         Name

---

| 3.882 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**SLAUGHTER & GLADSON PA**
13710 S Highway 441 Suite 100
Lady Lake, FL 32159-4450

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __5993__

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.882 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**SLOTO & ASSOCIATES PL**
9100 S. Dadeland Boulevard
Suite 1607
Miami, FL 33156

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7184__

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.882 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |

**SLOTT BARKER & NUSSBAUM**
4035 Atlantic Blvd.
Jacksonville, FL 32207

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __6652__

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.882 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Smith & Associates**
Suite 202
1499 S Harbor City Boulevard
Melbourne, FL 32901

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7309__

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.883 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**SMITH & SCHNACKE LPA**
P.O. Box 1817
Dayton, OH 45401-1817

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __4013__

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.883 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**SMITH & SMITH ATTORNEYS AT LAW**
411 N. Washington Street
Perry, FL 32347

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __5501__

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.883 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |

**SMITH & SUPRASKI PA**
16666 NE 19th Avenue
Suite 113
North Miami Beach, FL 33162

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7144__

Basis for the claim: __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.883 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**SMITH GAMBRELL & RUSSELL LLP**
**50 N Laura Street Suite 2600**
**Jacksonville, FL 32202**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9719**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**SMITH HIATT & DIAZ PA**
**P.O. Box 19519**
**Ft Lauderdale, FL 33318**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7593**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**SMITH HOOD LOUCKS STOUT BIGMAN**
**444 Seabreeze Boulevard**
**Suite 900**
**Daytona Beach, FL 32118**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5842**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**SMITH HULSEY & BUSEY**
**1800 Wachovia Bank Tower**
**225 Water Street**
**Jacksonville, FL 32202**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6279**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475.00 |
|---|---|---|---|

**SMITH MACKINNON PA**
**255 Orange Avenue Suite 1200**
**Orlando, FL 32801**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5694**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**SMITH MCCORMICK PA**
**P.O. Box 3472**
**Riverview, FL 33569**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3013**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

| | |
|---|---|
| **3.883 9** | **Nonpriority creditor's name and mailing address** |

**SMITH SAUER & DEMARIA**
**510 E Zaragoza Street**
**Pensacola, FL 32502**

Date(s) debt was incurred _

Last 4 digits of account number  **5779**

As of the petition filing date, the claim is: *Check all that apply.*

**$450.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.884 0** | **Nonpriority creditor's name and mailing address** |

**SMITH THOMPSON SHAW & MANAUSA**
**3520 Thomasville Road**
**4th Floor**
**Tallahassee, FL 32308-3469**

Date(s) debt was incurred _

Last 4 digits of account number  **7701**

As of the petition filing date, the claim is: *Check all that apply.*

**$300.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.884 1** | **Nonpriority creditor's name and mailing address** |

**SMITH WILLIAMS & HUMPHRIES**
**712 S Oregon Avenue**
**Tampa, FL 33606-2543**

Date(s) debt was incurred _

Last 4 digits of account number  **7537**

As of the petition filing date, the claim is: *Check all that apply.*

**$380.77**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.884 2** | **Nonpriority creditor's name and mailing address** |

**SMITH, SMITH & WENDER, P.A.**
**190 W. Palmetto Park Road**
**Boca Raton, FL 33432-3828**

Date(s) debt was incurred _

Last 4 digits of account number  **5228**

As of the petition filing date, the claim is: *Check all that apply.*

**$175.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.884 3** | **Nonpriority creditor's name and mailing address** |

**Smoler & Associates, P.A.**
**2611 Hollywood Boulevard**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number  **9772**

As of the petition filing date, the claim is: *Check all that apply.*

**$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.884 4** | **Nonpriority creditor's name and mailing address** |

**SMOOT ADAMS EDWARDS & GREEN PA**
**8359 Stringfellow Road Unit 102**
**St James City, FL 33956-2910**

Date(s) debt was incurred _

Last 4 digits of account number  **6648**

As of the petition filing date, the claim is: *Check all that apply.*

**$5,788.02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.884 5** | **Nonpriority creditor's name and mailing address** |

**SMOOT ADAMS EDWARDS DORAGH**
**8359 Stringfellow Road Suite 102**
**Saint James City, FL 33956-2914**

Date(s) debt was incurred _

Last 4 digits of account number  **5947**

As of the petition filing date, the claim is: *Check all that apply.*

**$75.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8846**

Nonpriority creditor's name and mailing address
**SNELL & SNELL PA**
**436 N Peninsula Drive**
**Daytona Beach, FL 32118**

Date(s) debt was incurred _

Last 4 digits of account number **2553**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.8847**

Nonpriority creditor's name and mailing address
**SNELL LEGAL**
**160 E Granada Boulevard**
**Ormond Beach, FL 32176**

Date(s) debt was incurred _

Last 4 digits of account number **5512**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8848**

Nonpriority creditor's name and mailing address
**SNYDER & KIAR**
**7931 Southwest 45th Street**
**Davie, FL 33328-3011**

Date(s) debt was incurred _

Last 4 digits of account number **4382**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.8849**

Nonpriority creditor's name and mailing address
**SOARES LAW PLC**
**301 Crawford Boulevard Suite 206**
**Boca Raton, FL 33432-3762**

Date(s) debt was incurred _

Last 4 digits of account number **8556**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8850**

Nonpriority creditor's name and mailing address
**SOBERING WHITE & LUCZAK PA**
**558 W New England Suite 240**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number **4589**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.8851**

Nonpriority creditor's name and mailing address
**SOBI Title, L.L.C.**
**7900 Nova Drive**
**Suite 205**
**Davie, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **0359**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8852**

Nonpriority creditor's name and mailing address
**Sobota, P.L.**
**12555 Orange Drive**
**Davie, FL 33330**

Date(s) debt was incurred _

Last 4 digits of account number **7233**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

| 3.885 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**SOFIA POWELL-COSIO**
**1900 Southwest 3rd Avenue**
**Miami, FL 33129**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **1346**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Sokolof Remtulla, L.L.C.**
**224 Datura Street**
**Suite 515**
**West Palm Beach, FL 33401**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **9736**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**SOL ALEXANDER**
**2333 Brickell Avenue Suite 909**
**Miami, FL 33129-2411**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **1414**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**SOL H PROCTOR PA**
**1101 Blackstone Building**
**233 E Bay Street**
**Jacksonville, FL 32202**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **3893**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**SOLAMBIT LAW GROUP PLLC**
**Attn: Jenette V. Mathai**
**401 E Las Olas Boulevard Suite 1400**
**Ft Lauderdale, FL 33301-2218**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **2496**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Solaris Law Group, P.A.**
**7900 Nova Drive Suite 205**
**Davie, FL 33324**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member**

Last 4 digits of account number **7043**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8859**

Nonpriority creditor's name and mailing address
**Sole Law, P.L.L.C.**
**555 5th Avenue N.**
**St Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number  **9872**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.8860**

Nonpriority creditor's name and mailing address
**Soliman Law**
**415 Montgomery Road**
**Suite 141**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred _

Last 4 digits of account number  **9219**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8861**

Nonpriority creditor's name and mailing address
**SOLOMON & FURSHMAN LLP**
**1666 KENNEDY CAUSEWAY #302**
**NORTH BAY VILLAGE, FL 33141**

Date(s) debt was incurred _

Last 4 digits of account number  **0362**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8862**

Nonpriority creditor's name and mailing address
**SOLOMON BARUGH ZOBERMAN**
**2455 E Sunrise Boulevard Ph-E**
**Ft Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number  **6914**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8863**

Nonpriority creditor's name and mailing address
**Sonia Y. Amador, P.A.**
**13831 Southwest 59th Street Suite 201**
**Miami, FL 33183**

Date(s) debt was incurred _

Last 4 digits of account number  **7182**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.8864**

Nonpriority creditor's name and mailing address
**SONN & MITTELMAN PA**
**19495 Biscayne Blvd.**
**Suite 607**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number  **9242**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.8865**

Nonpriority creditor's name and mailing address
**SONYA K DAWS**
**Messer Caparello & Self P.A.**
**2618 Centenial Pl**
**Tallahassee, FL 32308-0572**

Date(s) debt was incurred _

Last 4 digits of account number  **6633**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.886 6**

**Nonpriority creditor's name and mailing address**
**SOOBADRA CAMILLE GAUTHIER PA**
**4270 Aloma Avenue Suite 124**
**Winter Park, FL 32792-9388**

Date(s) debt was incurred _

Last 4 digits of account number  **8801**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.886 7**

**Nonpriority creditor's name and mailing address**
**SORAYA HEVIA KASPER**
**3525 Northwest 7th Street**
**Miami, FL 33125**

Date(s) debt was incurred _

Last 4 digits of account number  **0501**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.886 8**

**Nonpriority creditor's name and mailing address**
**SORGINI & SORGINI**
**300 N. Federal Highway**
**Lake Worth Beach, FL 33460-3440**

Date(s) debt was incurred _

Last 4 digits of account number  **1083**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$325.00

---

**3.886 9**

**Nonpriority creditor's name and mailing address**
**Sosa Law, P.L.L.C.**
**757 NW 27 Avenue**
**Suite 202**
**Miami, FL 33125**

Date(s) debt was incurred _

Last 4 digits of account number  **0081**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.887 0**

**Nonpriority creditor's name and mailing address**
**South Florida Attorney Services, Inc.**
**990 Biscayne Boulevard Suite O-903**
**Miami, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number  **9025**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.887 1**

**Nonpriority creditor's name and mailing address**
**South Florida Law, P.L.L.C.**
**1920 E. Hallandale Beach Boulevard**
**Suite 900**
**Hallandale Beach, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number  **9082**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| Debtor | LTGF Business Trust | Case number (if known) | 2:23-bk-01538 |
|---|---|---|---|
| | Name | | |

---

**3.887 2**

**Nonpriority creditor's name and mailing address**
**SOUTH MILHAUSEN PA**
**1000 Legion Place**
**Suite 1200**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **1003**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.887 3**

**Nonpriority creditor's name and mailing address**
**Southtrust Law & Title, Inc.**
**1184 Eglin Parkway**
**Shalimar, FL 32579**

Date(s) debt was incurred _

Last 4 digits of account number **0186**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.887 4**

**Nonpriority creditor's name and mailing address**
**SPARLER & SPARLER PA**
**4200 S. Dixie Highway**
**West Palm Beach, FL 33405**

Date(s) debt was incurred _

Last 4 digits of account number **8881**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.887 5**

**Nonpriority creditor's name and mailing address**
**SPEAR & HOFFMAN**
**9700 S Dixie Highway Suite 610**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **5764**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$375.00**

---

**3.887 6**

**Nonpriority creditor's name and mailing address**
**SPENCER B GILBERT**
**403 Fernandina Street**
**Ft Pierce, FL 34949**

Date(s) debt was incurred _

Last 4 digits of account number **1843**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.887 7**

**Nonpriority creditor's name and mailing address**
**Spencer Bryant Siegel & Associates**
**DBA Siegel & Siegel**
**1600 S. Dixie Highway**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number **6803**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.887 8**

**Nonpriority creditor's name and mailing address**
**SPENCER GOLLAHON PA**
**P.O. Box 6453**
**Delray Beach, FL 33482-6453**

Date(s) debt was incurred _

Last 4 digits of account number **0446**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | LTGF Business Trust | Case number (if known) | 2:23-bk-01538 |
|---|---|---|---|
| | Name | | |

---

**3.8879**

**Nonpriority creditor's name and mailing address**
SPENCER LAW FIRM PLC
PO Box 14386
Tallahassee, FL 32317-4386

Date(s) debt was incurred _

Last 4 digits of account number  9210

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Member

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.8880**

**Nonpriority creditor's name and mailing address**
Spiro J. Verras, P.A.
31640 US Highway 19 N Suite 4
Palm Harbor, FL 34684

Date(s) debt was incurred _

Last 4 digits of account number  7773

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Member

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.8881**

**Nonpriority creditor's name and mailing address**
SPONSLER BENNETT JACOBS &
P.O. Box 3300
Tampa, FL 33605

Date(s) debt was incurred _

Last 4 digits of account number  3953

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Member

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.8882**

**Nonpriority creditor's name and mailing address**
SPOTTSWOOD SPOTTSWOOD &
500 Fleming Street
Key West, FL 33040

Date(s) debt was incurred _

Last 4 digits of account number  6816

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Member

Is the claim subject to offset? ■ No ☐ Yes

$225.00

---

**3.8883**

**Nonpriority creditor's name and mailing address**
SPRAKER & PRINZ PA
P.O. Box 1138
Stuart, FL 34995-1138

Date(s) debt was incurred _

Last 4 digits of account number  5197

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Member

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.8884**

**Nonpriority creditor's name and mailing address**
SPW Law Firm
8950 SW 74th Court
Suite 2201
Miami, FL 33156

Date(s) debt was incurred _

Last 4 digits of account number  0596

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Member

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | LTGF Business Trust | Case number (if known) | 2:23-bk-01538 |
|---|---|---|---|
| | Name | | |

---

**3.888 5**

**Nonpriority creditor's name and mailing address**

**Spyredes Law Firm, P.A.**
**4800 North Federal Highway Street E301**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **8903**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.888 6**

**Nonpriority creditor's name and mailing address**

**SQUADRON, ELLENOFF, MANDLER,**
**1001 South Bayshore Drive**
**Suite 2600**
**Miami, FL 33131-4940**

Date(s) debt was incurred _

Last 4 digits of account number **3791**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.888 7**

**Nonpriority creditor's name and mailing address**

**SQUIRE SANDERS & DEMPSEY**
**One Tampa City Center**
**201 N. Franklin Street, Suite 2100**
**Tampa, FL 33602-5164**

Date(s) debt was incurred _

Last 4 digits of account number **5285**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.888 8**

**Nonpriority creditor's name and mailing address**

**SQUIRE SANDERS & DEMPSEY LLP**
**200 S Biscayne Boulevard Suite 4100**
**Miami, FL 33131-2398**

Date(s) debt was incurred _

Last 4 digits of account number **205**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$20,099.16**

---

**3.888 9**

**Nonpriority creditor's name and mailing address**

**ST ARNOLD & STEARNS CHARTERED**
**1370 Pinehurst Road**
**Dunedin, FL 34698**

Date(s) debt was incurred _

Last 4 digits of account number **3715**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.889 0**

**Nonpriority creditor's name and mailing address**

**ST GEORGE & TEJERA**
**1735 Ponce De Leon Boulevard**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **441**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.889 1**

**Nonpriority creditor's name and mailing address**

**ST JOHN CORE FIROE & LEMME PA**
**Centurion Tower Suite 700**
**1601 Forum Place**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **1820**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | LTGF Business Trust | | Case number (if known) | 2:23-bk-01538 |
|---|---|---|---|---|
| | Name | | | |

---

**3.889 2**

**Nonpriority creditor's name and mailing address**
**ST JOHN ROSSIN BURR & LEMME**
**1601 Forum Pl Suite 701**
**West Palm Beach, FL 33401-8104**

Date(s) debt was incurred _

Last 4 digits of account number  **3890**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.889 3**

**Nonpriority creditor's name and mailing address**
**ST JOHNS LAW GROUP PA**
**104 Sea Grove Main Street**
**St Augustine, FL 32080**

Date(s) debt was incurred _

Last 4 digits of account number  **5646**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.889 4**

**Nonpriority creditor's name and mailing address**
**ST JULIEN P ROSEMOND JR**
**3654 Bayview Road**
**Coconut Grove, FL 33133-6503**

Date(s) debt was incurred _

Last 4 digits of account number  **3998**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$97.48**

---

**3.889 5**

**Nonpriority creditor's name and mailing address**
**St. Joseph's Title Agency, LLC**
**12585 New Brittany Boulevard**
**Suite F**
**Fort Myers, FL 33907**

Date(s) debt was incurred _

Last 4 digits of account number  **0792**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.889 6**

**Nonpriority creditor's name and mailing address**
**St. Louis Morris, P.A.**
**110 SE 6th Street**
**Suite 1709**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **0426**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.889 7**

**Nonpriority creditor's name and mailing address**
**STAACK SIMMS & HERNANDEZ PA**
**900 Drew Street Suite 1**
**Clearwater, FL 33755-4518**

Date(s) debt was incurred _

Last 4 digits of account number  **8523**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8898**

**Nonpriority creditor's name and mailing address**
**STACY FRANK**
**100 N Tampa Street**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number  **8079**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$53.35

---

**3.8899**

**Nonpriority creditor's name and mailing address**
**STACY J RITTER**
**4162 Northwest 73 Way**
**Coral Springs, FL 33065-2160**

Date(s) debt was incurred _

Last 4 digits of account number  **8711**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.8900**

**Nonpriority creditor's name and mailing address**
**STAFFORD & RIZZO-MANTELLI PA**
**1649 Northwest 136th Avenue**
**Sunrise, FL 33323**

Date(s) debt was incurred _

Last 4 digits of account number  **0429**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.8901**

**Nonpriority creditor's name and mailing address**
**STAN TRAPPE**
**P.O. Box 2526**
**Panama City, FL 32402-2526**

Date(s) debt was incurred _

Last 4 digits of account number  **7298**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.8902**

**Nonpriority creditor's name and mailing address**
**Standard Title Insurance Agency, Inc.**
**1860 Forest Hill Boulevard**
**Suite 107**
**West Palm Beach, FL 33406**

Date(s) debt was incurred _

Last 4 digits of account number  **4292**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.8903**

**Nonpriority creditor's name and mailing address**
**STANLEY A COHN**
**8695 Northwest 24th Court**
**Sunrise, FL 33322**

Date(s) debt was incurred _

Last 4 digits of account number  **7122**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.8904**

**Nonpriority creditor's name and mailing address**
**STANLEY A MCDONALD**
**2023 Pine Isle Lane**
**Naples, FL 34112-6170**

Date(s) debt was incurred _

Last 4 digits of account number  **3124**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$5,416.80

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.890
5**

**Nonpriority creditor's name and mailing address**

**STANLEY ANGEL, P.A.**
**1021 Ives Dairy Road Suite 111**
**North Miami Beach, FL 33179-2537**

Date(s) debt was incurred _

Last 4 digits of account number **7488**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.890
6**

**Nonpriority creditor's name and mailing address**

**STANLEY B LEWIS**
**P.O. Box 69-3692**
**Miami, FL 33150**

Date(s) debt was incurred _

Last 4 digits of account number **7620**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.890
7**

**Nonpriority creditor's name and mailing address**

**STANLEY BRODER**
**5000 Northwest 36th Street Suite C-411**
**Ft Lauderdale, FL 33319-6596**

Date(s) debt was incurred _

Last 4 digits of account number **213**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.890
8**

**Nonpriority creditor's name and mailing address**

**STANLEY D CAIDIN**
**4060 Inverrary Drive**
**Lauderhill, FL 33319**

Date(s) debt was incurred _

Last 4 digits of account number **2249**

**As of the petition filing date, the claim is:** *Check all that apply.*

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.890
9**

**Nonpriority creditor's name and mailing address**

**STANLEY E ISRAEL**
**450 N Park Road Suite 805**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **7560**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.891
0**

**Nonpriority creditor's name and mailing address**

**STANLEY E JOHNSON JR**
**P.O. Box 531481**
**Miami Shores, FL 33153**

Date(s) debt was incurred _

Last 4 digits of account number **5474**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.891
1**

**Nonpriority creditor's name and mailing address**

**STANLEY H APTE**
**5780 La Gorce Drive**
**Miami Beach, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number **2794**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.891 2**

**Nonpriority creditor's name and mailing address**
**STANLEY H KUPERSTEIN**
**C/O Boies Schiller & Flexner**
**100 Southeast 2nd Street Suite 2800**
**Miami, FL 33131-2124**

Date(s) debt was incurred _

Last 4 digits of account number **7921**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.891 3**

**Nonpriority creditor's name and mailing address**
**STANLEY HENDRICKS PA**
**1508 Pelican Cove Road**
**Sarasota, FL 34231-6777**

Date(s) debt was incurred _

Last 4 digits of account number **3659**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.891 4**

**Nonpriority creditor's name and mailing address**
**STANLEY HYMAN**
**P.O. Box 480458**
**Delray Beach, FL 33448-0458**

Date(s) debt was incurred _

Last 4 digits of account number **8269**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.891 5**

**Nonpriority creditor's name and mailing address**
**STANLEY J LIEBERFARB**
**Stanley J. Lieberfarb P.A.**
**1100 5th Avenue S Suite 405**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number **2265**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$7,217.38**

---

**3.891 6**

**Nonpriority creditor's name and mailing address**
**STANLEY J LIEBERFARB PA**
**270 Third Avenue North**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number **2265**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.891 7**

**Nonpriority creditor's name and mailing address**
**STANLEY J SOLOMON**
**49 Village Drive**
**Ormond Beach, FL 32174**

Date(s) debt was incurred _

Last 4 digits of account number **5283**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.891 8**

**Nonpriority creditor's name and mailing address**

**Stanley Law Center**
**115 Granada Court**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number **0828**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.891 9**

**Nonpriority creditor's name and mailing address**

**STANLEY M KRAWETZ**
**1800 Second Street Suite 880**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number **2738**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.892 0**

**Nonpriority creditor's name and mailing address**

**STANLEY M MILLER**
**2790 Sunset Pointe Road**
**Clearwater, FL 33759**

Date(s) debt was incurred _

Last 4 digits of account number **4898**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.892 1**

**Nonpriority creditor's name and mailing address**

**STANLEY M. ERSOFF**
**1439 W. Flagler Street**
**Miami, FL 33135-2208**

Date(s) debt was incurred _

Last 4 digits of account number **3056**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.892 2**

**Nonpriority creditor's name and mailing address**

**STANLEY T SZCZEBAK**
**301 E Commerical Boulevard**
**Ft Lauderdale, FL 33334-2411**

Date(s) debt was incurred _

Last 4 digits of account number **8721**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.892 3**

**Nonpriority creditor's name and mailing address**

**STANLEY W CAMPBELL JR**
**1915 Hollywood Boulevard Suite 206**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number **1534**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.892 4**

**Nonpriority creditor's name and mailing address**

**STANLEY WEISSMAN**
**5313 Steeple Chase**
**Boca Raton, FL 33496**

Date(s) debt was incurred _

Last 4 digits of account number **2611**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**

| 3.892 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,759.35 |
|---|---|---|---|

**STANLEY WINES BENNETT & HELMS**
**106 Avenue F Southwest**
**Winter Haven, FL 33880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **716**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**STANLEY WOLFMAN**
**1300 Bedford Drive Suite 103**
**Melbourne, FL 32940-1923**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **1961**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**STANTON & GASDICK PA**
**2034 Gatlin Avenue**
**Orlando, FL 32806**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4330**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Stanton Cronin Law Group, P.L.**
**6944 W. Linebaugh Avenue**
**Suite 102**
**Tampa, FL 33625**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8240**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**STAVROS TINGIRIDES PA**
**804 N Belcher Road Suite 100**
**Clearwater, FL 33765**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7288**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**STEAKLEY & SMITH PA**
**110 Front Street**
**Suite 300**
**Jupiter, FL 33477**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4596**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

| 3.893 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$625.00** |

**STEARNS WEAVER MILLER**
**Attn: Maria C. Vidal**
**150 W. Flagler Street, Suite 2200**
**Miami, FL 33130-1557**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **340**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.893 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50.00** |

**Stearns Weaver Miller Weissler Alhadeff**
**P.O. Box 3299**
**Tampa, FL 33601**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **340**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.893 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |

**STEDDOM & PLAYER PA**
**3391 E Silver Springs Boulevard Suite F**
**Ocala, FL 34470**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0254**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.893 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$125.00** |

**STEELE & HANSON**
**6102 Paradise Point Drive**
**Miami, FL 33157-2607**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2581**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.893 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |

**STEELE T WILLIAMS PA**
**1381 McAnsh Square**
**Sarasota, FL 34236**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7387**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.893 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |

**STEFANI K NOLAN PA**
**1616 Jork Road Suite 203**
**Jacksonville, FL 32207-2493**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9549**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.893 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$175.00** |

**STEGER & STEGER PA**
**603 SW Cleveland Avenue**
**Stuart, FL 34994-2221**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **6506**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.893 8**

**Nonpriority creditor's name and mailing address**
**STEIN SONNENSCHEIN HOCHMAN**
**40 Alexandria Boulevard Suite 1030**
**Oviedo, FL 32765-8910**

Date(s) debt was incurred _

Last 4 digits of account number **8346**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.893 9**

**Nonpriority creditor's name and mailing address**
**STEIN TOWZEY NELSON & WILLIAMS**
**1607 Dr. Martin Luther King Jr. Street N**
**St Petersburg, FL 33704-4203**

Date(s) debt was incurred _

Last 4 digits of account number **0320**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.894 0**

**Nonpriority creditor's name and mailing address**
**STELLA SUAREZ-RITA PL**
**814 W Lantana Road Suite 1**
**Lantana, FL 33462**

Date(s) debt was incurred _

Last 4 digits of account number **8838**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.894 1**

**Nonpriority creditor's name and mailing address**
**STENSTROM MCINTOSH COLBERT**
**1001 Heathrow Park Lane**
**Suite 4001**
**Lake Mary, FL 32746**

Date(s) debt was incurred _

Last 4 digits of account number **1487**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.894 2**

**Nonpriority creditor's name and mailing address**
**STEPHAN B. WIDMEYER**
**3443-C Tamiami Trail**
**Pt. Charlotte, FL 33952-8164**

Date(s) debt was incurred _

Last 4 digits of account number **7108**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

**3.894 3**

**Nonpriority creditor's name and mailing address**
**STEPHAN J ROSS**
**838 S Davis Boulevard**
**Tampa, FL 33606-4025**

Date(s) debt was incurred _

Last 4 digits of account number **3825**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.894
4**

**Nonpriority creditor's name and mailing address**

**STEPHAN J. FREEMAN**
P.O. Box 14373
St. Petersburg, FL 33733-4373

Date(s) debt was incurred _

Last 4 digits of account number  **3903**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.894
5**

**Nonpriority creditor's name and mailing address**

**STEPHAN KAYNE**
4850 N 33rd Court
Hollywood, FL 33021-2319

Date(s) debt was incurred _

Last 4 digits of account number  **7158**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.894
6**

**Nonpriority creditor's name and mailing address**

**STEPHAN L COHEN**
20801 Biscayne Boulevard
Suite 400
Aventura, FL 33180

Date(s) debt was incurred _

Last 4 digits of account number  **9901**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.894
7**

**Nonpriority creditor's name and mailing address**

**STEPHANIE A BALINT PA**
800 J Street Unit 426e
Sacramento, CA 95814-2518

Date(s) debt was incurred _

Last 4 digits of account number  **0575**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.894
8**

**Nonpriority creditor's name and mailing address**

**STEPHANIE A REINICKE**
P.O. Box 3948
Sarasota, FL 34230-3948

Date(s) debt was incurred _

Last 4 digits of account number  **5178**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.894
9**

**Nonpriority creditor's name and mailing address**

**STEPHANIE HARRIS PA**
1551 Forum Place
Suite 300 E
West Palm Beach, FL 33401

Date(s) debt was incurred _

Last 4 digits of account number  **8364**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.895
0**

**Nonpriority creditor's name and mailing address**

**STEPHANIE J STEWART PA**
P.O. Box 18246
Tampa, FL 33679-8246

Date(s) debt was incurred _

Last 4 digits of account number  **7308**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.895 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**STEPHANNIE L. DACOSTA**
**1980 No. Atlantic Ave.**
**Suite 602**
**Cocoa Beach, FL 32931-3274**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6201**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.895 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**STEPHANY S CARR**
**501 Goodlette Road Suite B-300**
**Naples, FL 33940**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6167**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.895 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**STEPHEN A BAKER**
**605 75th Avenue**
**St Petersburg Beach, FL 33706**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **0444**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.895 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**STEPHEN A FERRA**
**2380 Drew Street**
**Suite 2**
**Clearwater, FL 33765**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6043**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.895 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$395.63** |
|---|---|---|---|

**STEPHEN A FREEMAN PA**
**520 Brickell Key Drive Suite O-305**
**Miami, FL 33131-2620**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5607**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.895 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00** |
|---|---|---|---|

**STEPHEN A KRESS**
**Stephen A. Kress P.A.**
**P.O. Box 227400**
**Miami, FL 33222-7400**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **1332**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.895 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**STEPHEN A LONGO**
**14801 Greater Pines Boulevard**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number  **2847**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.895 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**STEPHEN A MENDELSOHN**
**5000 Town Center Circle Suite 400**
**Boca Raton, FL 33486**

Date(s) debt was incurred _

Last 4 digits of account number  **3356**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.895 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**STEPHEN A SCHORR**
**625 Northeast 3rd Avenue**
**Ft Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number  **3781**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.896 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**STEPHEN A SCOTT**
**P.O. Box 358867**
**Gainesville, FL 32635-8867**

Date(s) debt was incurred _

Last 4 digits of account number  **4361**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.896 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**STEPHEN A WAYNER**
**4111 Battersea Road**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number  **4182**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.896 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**STEPHEN B LEWALLEN PA**
**District Attorneys' Office**
**210 W Temple Street Suite 1800**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number  **5237**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.896 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**STEPHEN B ROSENTHAL**
**8142 N University Drive**
**Tamarac, FL 33321**

Date(s) debt was incurred _

Last 4 digits of account number  **5024**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.896 4**

**Nonpriority creditor's name and mailing address**
**STEPHEN C FRASIER**
**P.O. Box 775806**
**Steamboat Springs, CO 80477-5806**

Date(s) debt was incurred _

Last 4 digits of account number  **7214**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$12,271.52**

---

**3.896 5**

**Nonpriority creditor's name and mailing address**
**STEPHEN C PREUSS**
**501 S Boulevard**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number  **8177**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$2.16**

---

**3.896 6**

**Nonpriority creditor's name and mailing address**
**STEPHEN C PREUSS**
**13004 Shadow Run Boulevard**
**Riverview, FL 33569**

Date(s) debt was incurred _

Last 4 digits of account number  **8177**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☐ No ☐ Yes

**$100.00**

---

**3.896 7**

**Nonpriority creditor's name and mailing address**
**STEPHEN C WILLIS**
**Willis Law Firm**
**360 Gulf Shore Drive Unit C**
**Destin, FL 32541-5083**

Date(s) debt was incurred _

Last 4 digits of account number  **4112**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☐ No ☐ Yes

**$25.00**

---

**3.896 8**

**Nonpriority creditor's name and mailing address**
**STEPHEN COVERT**
**100 Paradise Harbor Boulevard Suite 506**
**North Palm Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number  **6059**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.896 9**

**Nonpriority creditor's name and mailing address**
**STEPHEN D CARLE**
**P.O. Box 548**
**Zephyrhills, FL 33539-0548**

Date(s) debt was incurred _

Last 4 digits of account number  **5826**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.897 0**

**Nonpriority creditor's name and mailing address**
**STEPHEN D FROMANG**
**1432 21st Street Suite E**
**Vero Beach, FL 32960**

Date(s) debt was incurred _

Last 4 digits of account number  **6080**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.897
1**

Nonpriority creditor's name and mailing address
**STEPHEN D MCCANN**
**2180 Immokalee Road Suite 306**
**Naples, FL 34110**

Date(s) debt was incurred  _

Last 4 digits of account number  **2508**

As of the petition filing date, the claim is: *Check all that apply.*                **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.897
2**

Nonpriority creditor's name and mailing address
**STEPHEN D PEARSON**
**14525 Southwest 92nd Court**
**Miami, FL 33176**

Date(s) debt was incurred  _

Last 4 digits of account number  **2499**

As of the petition filing date, the claim is: *Check all that apply.*                **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.897
3**

Nonpriority creditor's name and mailing address
**STEPHEN D THOMAS**
**1229 Central Avenue**
**St Petersburg, FL 33705-1652**

Date(s) debt was incurred  _

Last 4 digits of account number  **2126**

As of the petition filing date, the claim is: *Check all that apply.*                **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.897
4**

Nonpriority creditor's name and mailing address
**STEPHEN D THOMPSON**
**3949 Evans Avenue Suite 206**
**Ft Myers, FL 33901-9343**

Date(s) debt was incurred  _

Last 4 digits of account number  **6878**

As of the petition filing date, the claim is: *Check all that apply.*                **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.897
5**

Nonpriority creditor's name and mailing address
**STEPHEN D. THOMPSON, P.A.**
**3949 Evans Avenue, Suite 206**
**Ft. Myers, FL 33901-9343**

Date(s) debt was incurred  _

Last 4 digits of account number  **6878**

As of the petition filing date, the claim is: *Check all that apply.*                **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.897
6**

Nonpriority creditor's name and mailing address
**STEPHEN DEH SCHWARZ PA**
**2811 Tamiami Trail Suite S**
**Port Charlotte, FL 33952**

Date(s) debt was incurred  _

Last 4 digits of account number  **9033**

As of the petition filing date, the claim is: *Check all that apply.*                **$150.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.897 7**

**Nonpriority creditor's name and mailing address**
**STEPHEN E MAHLE**
**4840 Northwest 28th Avenue**
**Boca Raton, FL 33434**

Date(s) debt was incurred _

Last 4 digits of account number  **2056**

As of the petition filing date, the claim is: *Check all that apply.*                      **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.897 8**

**Nonpriority creditor's name and mailing address**
**STEPHEN E SILKOWSKI**
**550 W Water Street Suite 1313**
**Jacksonville, FL 32202-5114**

Date(s) debt was incurred _

Last 4 digits of account number  **8468**

As of the petition filing date, the claim is: *Check all that apply.*                      **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.897 9**

**Nonpriority creditor's name and mailing address**
**STEPHEN F BAKER**
**565 Avenue K SE**
**Winter Haven, FL 33880**

Date(s) debt was incurred _

Last 4 digits of account number  **6104**

As of the petition filing date, the claim is: *Check all that apply.*                      **$6,894.37**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.898 0**

**Nonpriority creditor's name and mailing address**
**STEPHEN F BROOME**
**920 1/2 Delaney Avenue**
**P.O. Box 560185**
**Orlando, FL 32856-0185**

Date(s) debt was incurred _

Last 4 digits of account number  **4839**

As of the petition filing date, the claim is: *Check all that apply.*                      **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.898 1**

**Nonpriority creditor's name and mailing address**
**STEPHEN F ELLIS PA**
**1800 2nd Street Suite 806**
**Sarasota, FL 34236-5992**

Date(s) debt was incurred _

Last 4 digits of account number  **7115**

As of the petition filing date, the claim is: *Check all that apply.*                      **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.898 2**

**Nonpriority creditor's name and mailing address**
**STEPHEN F VOIGT**
**2042 Bee Ridge Road**
**Sarasota, FL 34239**

Date(s) debt was incurred _

Last 4 digits of account number  **4984**

As of the petition filing date, the claim is: *Check all that apply.*                      **$4,500.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.898 3**

**Nonpriority creditor's name and mailing address**
**STEPHEN G BENEKE PA**
**1904 Drew Street**
**Clearwater, FL 34625-3023**

Date(s) debt was incurred _

Last 4 digits of account number  **4711**

As of the petition filing date, the claim is: *Check all that apply.*                      **$250.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.898 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STEPHEN G KOLODY**
**1560 Olmeda Way**
**Ft Myers, FL 33901-6820**

Date(s) debt was incurred _

Last 4 digits of account number  **4364**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.898 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STEPHEN G MELCER**
**120 E Palmetto Park Road Suite 400**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number  **131**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.898 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STEPHEN G WATTS PA**
**1446 Court Street**
**Clearwater, FL 33756-3912**

Date(s) debt was incurred _

Last 4 digits of account number  **5189**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.898 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STEPHEN G. DAVIDSON**
**333 Evernia**
**West Palm Beach, FL 33401-5403**

Date(s) debt was incurred _

Last 4 digits of account number  **3666**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$671.64**

---

| 3.898 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

Stephen G. Melcer, P.A.
**120 E Palmetto Park Road Suite 400**
**Boca Raton, FL 33432-4809**

Date(s) debt was incurred _

Last 4 digits of account number  **131**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.898 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STEPHEN H ARTMAN**
**925 S Florida Avenue**
**Lakeland, FL 33803**

Date(s) debt was incurred _

Last 4 digits of account number  **6564**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.899 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STEPHEN H HASKINS**
**P.O. Box 1776**
**Safety Harbor, FL 34695-1776**

Date(s) debt was incurred _

Last 4 digits of account number  **7192**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.899 1**

**Nonpriority creditor's name and mailing address**

**STEPHEN H KURVIN**
**7 South Lime Avenue**
**Sarasota, FL 34237-6105**

Date(s) debt was incurred _

Last 4 digits of account number **7824**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.899 2**

**Nonpriority creditor's name and mailing address**

**STEPHEN HEGEDUS ESQ PLC**
**2763 Sharpes Court**
**Orange Park, FL 32065-7485**

Date(s) debt was incurred _

Last 4 digits of account number **2445**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.899 3**

**Nonpriority creditor's name and mailing address**

**STEPHEN J ALLOCCO PA**
**5079 N Dixie Highway Suite 317**
**Oakland Park, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number **3360**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.899 4**

**Nonpriority creditor's name and mailing address**

**STEPHEN J LANKAU**
**DBA Lankau Law Group**
**330 S. Powerline Road**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number **2060**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.899 5**

**Nonpriority creditor's name and mailing address**

**STEPHEN J MITCHELL**
**One Tampa City Center Suite 2100**
**201 N Franklin Street**
**Tampa, FL 33602-5164**

Date(s) debt was incurred _

Last 4 digits of account number **7457**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.899 6**

**Nonpriority creditor's name and mailing address**

**STEPHEN J STRALEY PA**
**2699 Stirling Road Suite C207**
**Ft Lauderdale, FL 33312-6517**

Date(s) debt was incurred _

Last 4 digits of account number **6721**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.899 7**

**Nonpriority creditor's name and mailing address**

**Stephen J. Helfman (See Br1)**
**2665 S Bayshore Drive Suite 204**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **6637**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.8998**

**Nonpriority creditor's name and mailing address**
**STEPHEN JEFFREY BERLINSKY PA**
**637 8th Street**
**Clermont, FL 34711-2159**

Date(s) debt was incurred _

Last 4 digits of account number **0249**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.8999**

**Nonpriority creditor's name and mailing address**
**STEPHEN K BROOKS**
**123 1st Street N**
**Winter Haven, FL 33881**

Date(s) debt was incurred _

Last 4 digits of account number **1950**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.9000**

**Nonpriority creditor's name and mailing address**
**STEPHEN K MILLER PA**
**311 Northeast First Street**
**Gainesville, FL 32601-5310**

Date(s) debt was incurred _

Last 4 digits of account number **4643**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.9001**

**Nonpriority creditor's name and mailing address**
**STEPHEN L EVANS**
**104 N. Thomas Street**
**Plant City, FL 33563**

Date(s) debt was incurred _

Last 4 digits of account number **2311**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.9002**

**Nonpriority creditor's name and mailing address**
**STEPHEN L MACK**
**15951 Southwest 41st Street Suite 800**
**Weston, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number **5570**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.9003**

**Nonpriority creditor's name and mailing address**
**STEPHEN L MACKEY**
**6153 Golf Vista Way**
**Boca Raton, FL 33433-3949**

Date(s) debt was incurred _

Last 4 digits of account number **7704**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$125.00**

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.900 4**

**Nonpriority creditor's name and mailing address**
**STEPHEN L SKIPPER**
**7652 Ashley Park Court Suite 301**
**Orlando, FL 32835**

Date(s) debt was incurred _

Last 4 digits of account number  **4255**

**As of the petition filing date, the claim is:** *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.900 5**

**Nonpriority creditor's name and mailing address**
**STEPHEN L VINSON JR**
**1200 Brickell Avenue**
**Suite 920**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **3850**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.900 6**

**Nonpriority creditor's name and mailing address**
**STEPHEN M BELL**
**P.O. Box 422918**
**Kissimmee, FL 34742-2918**

Date(s) debt was incurred _

Last 4 digits of account number  **5923**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.900 7**

**Nonpriority creditor's name and mailing address**
**STEPHEN M BEYER**
**1200 N. Federal Highway**
**Suite 200**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number  **6314**

**As of the petition filing date, the claim is:** *Check all that apply.*

$12,640.32

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.900 8**

**Nonpriority creditor's name and mailing address**
**STEPHEN M BLACKBURN**
**412 NE 4th Street**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **8526**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.900 9**

**Nonpriority creditor's name and mailing address**
**STEPHEN M BULL**
**111 N. Orange Avenue**
**Suite 875**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number  **5682**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|-------------------------|------------------------|-------------------|
| | Name | | |

---

**3.901 0**

**Nonpriority creditor's name and mailing address**

**STEPHEN M FEIDELMAN**
**Pmb Suite 244**
**3389 Sheridan Street**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number  **4393**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.901 1**

**Nonpriority creditor's name and mailing address**

**STEPHEN M KNAPP**
**P.O. Box 6422**
**Lakeland, FL 33807-6422**

Date(s) debt was incurred _

Last 4 digits of account number  **2547**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.901 2**

**Nonpriority creditor's name and mailing address**

**STEPHEN M LEWEN**
**1251 Southwest 27th Street**
**Palm City, FL 34990-2761**

Date(s) debt was incurred _

Last 4 digits of account number  **3927**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.901 3**

**Nonpriority creditor's name and mailing address**

**STEPHEN M MAHER**
**2077 First Street Suite 206**
**Ft Myers, FL 33901**

Date(s) debt was incurred _

Last 4 digits of account number  **5959**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.901 4**

**Nonpriority creditor's name and mailing address**

**STEPHEN M MARTIN**
**500 S. Florida Avenue**
**Suite 460**
**Lakeland, FL 33801**

Date(s) debt was incurred _

Last 4 digits of account number  **5049**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.901 5**

**Nonpriority creditor's name and mailing address**

**STEPHEN M SPERLING**
**18 S Main Street**
**Gainesville, FL 32601**

Date(s) debt was incurred _

Last 4 digits of account number  **6529**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.901 6**

**Nonpriority creditor's name and mailing address**

**STEPHEN M STONE**
**725 N. Magnolia Avenue**
**Orlando, FL 32803-3808**

Date(s) debt was incurred _

Last 4 digits of account number  **3908**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

Debtor __LTGF Business Trust_____     Case number (if known) __2:23-bk-01538__
          Name

| 3.901 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**Nonpriority creditor's name and mailing address**
**Stephen M. Guttmann, Attorney**
**314 S. Baylen Street**
**Suite 203**
**Pensacola, FL 32502**

Date(s) debt was incurred _

Last 4 digits of account number  **9949**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.901 8**
**Nonpriority creditor's name and mailing address**
**STEPHEN NAVARETTA**
**1100 Southwest Street Lucie W Boulevard**
**Port St Lucie, FL 34986**

Date(s) debt was incurred _

Last 4 digits of account number  **4979**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.901 9**
**Nonpriority creditor's name and mailing address**
**STEPHEN P COLEMAN**
**7891 W Flagler Street Suite 309**
**Miami, FL 33144**

Date(s) debt was incurred _

Last 4 digits of account number  **5522**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.902 0**
**Nonpriority creditor's name and mailing address**
**STEPHEN P SMITH III**
**2601 University Boulevard W**
**Jacksonville, FL 32217-2112**

Date(s) debt was incurred _

Last 4 digits of account number  **4323**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.902 1**
**Nonpriority creditor's name and mailing address**
**Stephen P. Johnson P.L.L.C.**
**2134 Hollywood Boulevard**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number  **8716**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.902 2**
**Nonpriority creditor's name and mailing address**
**STEPHEN R GLADSTONE**
**7000 W. Palmetto Park Road**
**Suite 210**
**Boca Raton, FL 33433-3430**

Date(s) debt was incurred _

Last 4 digits of account number  **8601**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Member__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**
Name                                                          Case number (if known)    **2:23-bk-01538**

---

| 3.902 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**STEPHEN R MOORHEAD**
**4300 Bayou Boulevard Stes 12 & 13**
**Pensacola, FL 32504**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4333**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.902 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**STEPHEN R MOORHEAD**
**25 W Government Street**
**Pensacola, FL 32502-5813**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4333**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.902 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**STEPHEN R PHILLIPS**
**12230 Forest Hill Boulevard Suite 206**
**Wellington, FL 33414**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7187**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.902 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**STEPHEN ROBERT THOMPSON**
**1926 Trade Center Way Suite 4**
**Naples, FL 34109**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0994**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.902 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**STEPHEN S MATHISON**
**Stephen S. Mathison P.A.**
**5606 PGA Boulevard Suite 211**
**Palm Beach Gardens, FL 33418**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1659**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.902 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**STEPHEN S POCHE PA**
**1270 N Eglin Parkway Suite C-14**
**Shalimar, FL 32519**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2009**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.902 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |

**STEPHEN S SIEGEL**
**801 Maplewood Drive, Suite 3**
**Jupiter, FL 33458**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6098**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.903 0**

**Nonpriority creditor's name and mailing address**
**STEPHEN W SCRENCI PA**
**2700 N. Military Trail**
**Fountain Square, Suite 355**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **8638**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.903 1**

**Nonpriority creditor's name and mailing address**
**STEPHEN W TOOTHAKER**
**8390 Fort Clinch Avenue**
**Orlando, FL 32822**

Date(s) debt was incurred _

Last 4 digits of account number  **4802**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.903 2**

**Nonpriority creditor's name and mailing address**
**STEPHENS & STEPHENS**
**1093 A1A Beach Boulevard Suite 251**
**St Augustine, FL 32080-6733**

Date(s) debt was incurred _

Last 4 digits of account number  **130**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.903 3**

**Nonpriority creditor's name and mailing address**
**STEPHENS LAW FIRM PA**
**4507 Furling Lane**
**Suite 210**
**Destin, FL 32541**

Date(s) debt was incurred _

Last 4 digits of account number  **6900**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.903 4**

**Nonpriority creditor's name and mailing address**
**Sterling Law, L.L.C.**
**1314 E Las Olas Boulevard Suite 137**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **7546**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.903 5**

**Nonpriority creditor's name and mailing address**
**STERN & TANNENBAUM PA**
**1920 E Hallandale Beach Boulevard Suite**
**Hallandale, FL 33009-4722**

Date(s) debt was incurred _

Last 4 digits of account number  **6038**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$375.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.903 6**

**Nonpriority creditor's name and mailing address**
**Stern Zwelling, L.L.C.**
**7601 N. Federal Hwy**
**Suite 240-A**
**Boca Raton, FL 33487**

Date(s) debt was incurred _
Last 4 digits of account number **7273**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

$25.00

---

**3.903 7**

**Nonpriority creditor's name and mailing address**
**STERNSTEIN & RAINER PA**
**411 East College Avenue**
**Tallahassee, FL 32301-1507**

Date(s) debt was incurred _
Last 4 digits of account number **2722**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

$25.00

---

**3.903 8**

**Nonpriority creditor's name and mailing address**
**STETLER & SKRIVAN PL**
**Stetler & Skrivan PL**
**1421 Pine Ridge Road Suite 120**
**Naples, FL 34109**

Date(s) debt was incurred _
Last 4 digits of account number **6399**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

$25.00

---

**3.903 9**

**Nonpriority creditor's name and mailing address**
**STEVE BAIRSTOW**
**5520 Southeast 113th Street**
**Belleview, FL 34420**

Date(s) debt was incurred _
Last 4 digits of account number **6904**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

$25.00

---

**3.904 0**

**Nonpriority creditor's name and mailing address**
**STEVE GINESTRA**
**4524 N. Federal Highway**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _
Last 4 digits of account number **0599**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

$25.00

---

**3.904 1**

**Nonpriority creditor's name and mailing address**
**STEVE HAYMAN ESQ PA**
**6605 Gunn Highway**
**Tampa, FL 33625**

Date(s) debt was incurred _
Last 4 digits of account number **4897**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

$50.00

---

**3.904 2**

**Nonpriority creditor's name and mailing address**
**STEVE M WATKINS III**
**41 Commerce Street**
**Apalachicola, FL 32320**

Date(s) debt was incurred _
Last 4 digits of account number **5529**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|--------|--------------------------|--------------------------|-------------------|
| | Name | | |

---

**3.904 3**

**Nonpriority creditor's name and mailing address**
**STEVEN A FRANKEL PA**
**3660 Washington Lane**
**Hollywood, FL 33026-4629**

Date(s) debt was incurred _

Last 4 digits of account number **6594**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.904 4**

**Nonpriority creditor's name and mailing address**
**STEVEN A GREENSPAN**
**19495 Biscayne Boulevard Suite 411**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number **7873**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.904 5**

**Nonpriority creditor's name and mailing address**
**STEVEN A KRIEG**
**P.O. Box 9**
**Cocoa, FL 32923-0009**

Date(s) debt was incurred _

Last 4 digits of account number **7194**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.904 6**

**Nonpriority creditor's name and mailing address**
**STEVEN A MASON**
**5846 S. Flamingo Road**
**Suite 3160**
**Cooper City, FL 33330**

Date(s) debt was incurred _

Last 4 digits of account number **7272**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.904 7**

**Nonpriority creditor's name and mailing address**
**STEVEN A RAJTAR**
**1063 Maitland Center Commons Suite 100**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number **8152**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.904 8**

**Nonpriority creditor's name and mailing address**
**STEVEN A RAMUNNI**
**P.O. Box 1118**
**Labelle, FL 33975**

Date(s) debt was incurred _

Last 4 digits of account number **3963**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9049**

**Nonpriority creditor's name and mailing address**

**STEVEN A WAGNER**
**3275 W. Hillsboro Boulevard**
**Suite 205**
**Deerfield Beach, FL 33442**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5681**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9050**

**Nonpriority creditor's name and mailing address**

**STEVEN A WEINBERG**
**7805 Southwest 6th Court**
**Plantation, FL 33324**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7914**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.9051**

**Nonpriority creditor's name and mailing address**

**STEVEN A WILLIAMS**
**US Deeds P.A.**
**213 Brentshire Drive**
**Brandon, FL 33511**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4896**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9052**

**Nonpriority creditor's name and mailing address**

**STEVEN ALLEN SMILACK**
**Steven A. Smilack P.A.**
**712 E Mcnab Road**
**Pompano Beach, FL 33060**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2669**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9053**

**Nonpriority creditor's name and mailing address**

**STEVEN B ESQUINALDO**
**3706 N Roosevelt Boulevard Suite I**
**Key West, FL 33040**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2419**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9054**

**Nonpriority creditor's name and mailing address**

**STEVEN B FEREN**
**1886 N University Drive**
**Plantation, FL 33322**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7265**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.9055**

**Nonpriority creditor's name and mailing address**

**STEVEN B GREENFIELD PA**
**7000 W Palmetto Park Road Suite 307**
**Boca Raton, FL 33433**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7321**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.905 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**STEVEN B RACHLIN**
**9000 W Sheridan Street Suite 121**
**Pembroke Pines, FL 33024-8801**

Date(s) debt was incurred _

Last 4 digits of account number  **8704**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.905 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**STEVEN B SPRECHMAN PA**
**18305 Biscayne Boulevard Suite 213**
**N Miami Beach, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number  **4711**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| 3.905 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**STEVEN C SCHEINFELDT**
**9900 Stirling Road Suite 206**
**Hollywood, FL 33024-8065**

Date(s) debt was incurred _

Last 4 digits of account number  **3363**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.905 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steven C. Fraser, P.A.**
**Suite 201**
**221 W Hallandale Beach Boulevard**
**Hallandale Beach, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number  **8874**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| 3.906 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**STEVEN CARLYLE CRONIG PA**
**2525 Ponce De Leon Boulevard 4th Floor**
**Miami, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **7481**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

| 3.906 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**STEVEN CARTA**
**P.O. Box 1906**
**Ft Myers, FL 33902**

Date(s) debt was incurred _

Last 4 digits of account number  **4830**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**

---

| 3.906 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**STEVEN D BRAVERMAN**
**10189 Cleary Boulevard Suite 102**
**Plantation, FL 33324**

Date(s) debt was incurred  _

Last 4 digits of account number  **6091**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**STEVEN D ELIAS PA**
**2400 E Commercial Boulevard Suite 720**
**Ft Lauderdale, FL 33308-4026**

Date(s) debt was incurred  _

Last 4 digits of account number  **7106**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**STEVEN D FIELDMAN**
**1542 Golfside Drive**
**Winter Park, FL 32792-5138**

Date(s) debt was incurred  _

Last 4 digits of account number  **7661**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**STEVEN D LOSNER**
**Steven D. Losner P.A.**
**59 Northeast 15th Street**
**Homestead, FL 33030**

Date(s) debt was incurred  _

Last 4 digits of account number  **9411**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**STEVEN D MARCUS**
**Crown Center**
**1451 W Cypress Creek Road Suite 200**
**Ft Lauderdale, FL 33309-1953**

Date(s) debt was incurred  _

Last 4 digits of account number  **5908**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**STEVEN D RUBIN**
**980 N. Federal Highway**
**Suite 440**
**Boca Raton, FL 33432**

Date(s) debt was incurred  _

Last 4 digits of account number  **404**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.906 8**

Nonpriority creditor's name and mailing address
**STEVEN E COHEN**
**800 Northwest 62nd Street**
**Cypress Creek Road Suite 111**
**Ft Lauderdale, FL 33309-2039**

Date(s) debt was incurred  _

Last 4 digits of account number  **7685**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.906 9**

Nonpriority creditor's name and mailing address
**Steven E. Varela, PL**
**605 Lincoln Road Suite 400**
**Miami Beach, FL 33139**

Date(s) debt was incurred  _

Last 4 digits of account number  **7283**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.907 0**

Nonpriority creditor's name and mailing address
**STEVEN EISENBERG**
**3109 Sterling Road Suite 101**
**Ft Lauderdale, FL 33312**

Date(s) debt was incurred  _

Last 4 digits of account number  **8558**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.907 1**

Nonpriority creditor's name and mailing address
**STEVEN F JACKSON**
**2 Bay Club Drive Apt 17n**
**Bayside, NY 11360**

Date(s) debt was incurred  _

Last 4 digits of account number  **6900**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.907 2**

Nonpriority creditor's name and mailing address
**STEVEN F SAMILOW PA**
**1792 Bell Tower Lane**
**Weston, FL 33326**

Date(s) debt was incurred  _

Last 4 digits of account number  **0114**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.907 3**

Nonpriority creditor's name and mailing address
**STEVEN F SQUIRE**
**Steven F. Squire Chartered**
**625 Northeast 3rd Avenue**
**Ft Lauderdale, FL 33304**

Date(s) debt was incurred  _

Last 4 digits of account number  **0450**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,308.78**

---

**3.907 4**

Nonpriority creditor's name and mailing address
**STEVEN FINE**
**1520 Southeast 3rd Avenue**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred  _

Last 4 digits of account number  **4051**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$9,802.20**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.907 5**

Nonpriority creditor's name and mailing address
**STEVEN G GLUCKSMAN PA**
**221 E Osceola Street Suite 300**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number **1319**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.907 6**

Nonpriority creditor's name and mailing address
**STEVEN G GOERKE**
**1401 Southwest 10th Street**
**Ft Lauderdale, FL 33312-7276**

Date(s) debt was incurred _

Last 4 digits of account number **8531**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.907 7**

Nonpriority creditor's name and mailing address
**STEVEN G MILLER**
**4800 N Federal Highway**
**Suite 100-D**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **7780**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.907 8**

Nonpriority creditor's name and mailing address
**STEVEN G VITALE**
**211 S. Colorado Avenue**
**Suite 2**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number **0449**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.907 9**

Nonpriority creditor's name and mailing address
**STEVEN GARELLEK**
**700 S Federal Highway Suite 200**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number **8645**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.908 0**

Nonpriority creditor's name and mailing address
**STEVEN GERSON**
**150 N University Drive 3200**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **3900**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor    **LTGF Business Trust**
_____    Case number (if known)    **2:23-bk-01538**
Name

| | |
|---|---|
| **3.908** **1** | |

**Nonpriority creditor's name and mailing address**                                                                **As of the petition filing date, the claim is:** Check all that apply.                **$25.00**
**STEVEN H HIBBE**
**1005 S Alhambra Circle**                                                          ■ Contingent
**Coral Gables, FL 33146**                                                          ☐ Unliquidated
                                                                                    ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number  **4087**                          **Basis for the claim:**  **Member**

                                                                                    Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.908** **2** | |

**Nonpriority creditor's name and mailing address**                                                                **As of the petition filing date, the claim is:** Check all that apply.               **$200.00**
**STEVEN H JUDD**
**Judd Ulrich Scarlett Et Al P.A.**                                                 ■ Contingent
**2940 S Tamiami Trail**                                                            ☐ Unliquidated
**Sarasota, FL 34239-5105**                                                         ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number  **6802**                          **Basis for the claim:**  **Member**

                                                                                    Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.908** **3** | |

**Nonpriority creditor's name and mailing address**                                                                **As of the petition filing date, the claim is:** Check all that apply.                **$25.00**
**STEVEN H NATURMAN**
**9500 S Dadeland Boulevard Suite 610**                                             ■ Contingent
**Miami, FL 33156**                                                                 ☐ Unliquidated
                                                                                    ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number  **0177**                          **Basis for the claim:**  **Member**

                                                                                    Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.908** **4** | |

**Nonpriority creditor's name and mailing address**                                                                **As of the petition filing date, the claim is:** Check all that apply.                **$25.00**
**STEVEN H NATURMAN PA**
**9500 S. Dadeland Boulevard**                                                      ■ Contingent
**Suite 601**                                                                       ☐ Unliquidated
**Miami, FL 33156**                                                                 ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number  **0177**                          **Basis for the claim:**  **Member**

                                                                                    Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.908** **5** | |

**Nonpriority creditor's name and mailing address**                                                                **As of the petition filing date, the claim is:** Check all that apply.                **$25.00**
**STEVEN H SHULMAN PA**
**1900 Northwest Corporate Boulevard Suite**                                        ■ Contingent
**Boca Raton, FL 33431**                                                            ☐ Unliquidated
                                                                                    ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number  **4504**                          **Basis for the claim:**  **Member**

                                                                                    Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.908** **6** | |

**Nonpriority creditor's name and mailing address**                                                                **As of the petition filing date, the claim is:** Check all that apply.                **$25.00**
**STEVEN H ZAPATA**
**P.O. Box 9475**                                                                   ■ Contingent
**Coral Springs, FL 33075**                                                         ☐ Unliquidated
                                                                                    ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number  **5264**                          **Basis for the claim:**  **Member**

                                                                                    Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.908** **7** | |

**Nonpriority creditor's name and mailing address**                                                                **As of the petition filing date, the claim is:** Check all that apply.                **$25.00**
**STEVEN HERMAN**
**P.O. Box 2064**                                                                   ■ Contingent
**Dade City, FL 33526-2064**                                                        ☐ Unliquidated
                                                                                    ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number  **4995**                          **Basis for the claim:**  **Member**

                                                                                    Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.908 8**

**Nonpriority creditor's name and mailing address**
**STEVEN I ENGEL**
**60 Old Easton Tpke**
**Weston, CT 06883-2429**

Date(s) debt was incurred _

Last 4 digits of account number **3899**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$125.00**

---

**3.908 9**

**Nonpriority creditor's name and mailing address**
**STEVEN I GREENWALD**
**Boca Palm Professional Plaza**
**6971 N. Federal Highway, Suite 105**
**Boca Raton, FL 33487-1648**

Date(s) debt was incurred _

Last 4 digits of account number **315**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.909 0**

**Nonpriority creditor's name and mailing address**
**STEVEN I. WEISSMAN**
**169 E. Flagler St,Suite 1125**
**Alfred I. Dupont Building**
**Miami, FL 33131-1205**

Date(s) debt was incurred _

Last 4 digits of account number **6968**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.909 1**

**Nonpriority creditor's name and mailing address**
**STEVEN J JACOBSON PA**
**5701 N Pine Island Road Suite 320**
**Ft Lauderdale, FL 33321**

Date(s) debt was incurred _

Last 4 digits of account number **7865**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.909 2**

**Nonpriority creditor's name and mailing address**
**STEVEN J JACOVITZ**
**43 S Atlantic Avenue**
**Cocoa Beach, FL 32931**

Date(s) debt was incurred _

Last 4 digits of account number **6631**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.909 3**

**Nonpriority creditor's name and mailing address**
**STEVEN J RICHEY PA**
**P.O. Box 492460**
**Leesburg, FL 34749-2460**

Date(s) debt was incurred _

Last 4 digits of account number **5530**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.909**
**4**

**Nonpriority creditor's name and mailing address**
**STEVEN J ROMANELLO**
**11555 Heron Bay Boulevard Suite 200**
**Coral Springs, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number  **7610**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.909**
**5**

**Nonpriority creditor's name and mailing address**
**STEVEN J SAVIANO PA**
**980 N Federal Highway Suite 200**
**Boca Raton, FL 33432-2704**

Date(s) debt was incurred _

Last 4 digits of account number  **4433**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.909**
**6**

**Nonpriority creditor's name and mailing address**
**STEVEN J VANN**
**12740 Westport Circle**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number  **7793**

As of the petition filing date, the claim is: *Check all that apply.*    **$42.72**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.909**
**7**

**Nonpriority creditor's name and mailing address**
**Steven J. Bracci, P.A.**
**9015 Strada Stell Court Suite 102**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number  **7846**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.909**
**8**

**Nonpriority creditor's name and mailing address**
**STEVEN J. LEVIN**
**119 S. Palmetto Avenue**
**Daytona Beach, FL 32114-4319**

Date(s) debt was incurred _

Last 4 digits of account number  **7909**

As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.909**
**9**

**Nonpriority creditor's name and mailing address**
**STEVEN K BAIRD**
**5981 NE 6th Avenue**
**Miami, FL 33137**

Date(s) debt was incurred _

Last 4 digits of account number  **9008**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.910**
**0**

**Nonpriority creditor's name and mailing address**
**STEVEN K GROVER**
**1 E Broward Boulevard Suite 700**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **4069**

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.910 1**

**Nonpriority creditor's name and mailing address**
**STEVEN K JONAS**
**4914 State Road 54**
**New Port Richey, FL 34652**

Date(s) debt was incurred _

Last 4 digits of account number **6281**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.910 2**

**Nonpriority creditor's name and mailing address**
**STEVEN KOLODNY**
**300 E. Fifth Street Suite 5e**
**New York, NY 10003-8803**

Date(s) debt was incurred _

Last 4 digits of account number **8738**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.910 3**

**Nonpriority creditor's name and mailing address**
**STEVEN L BORNSTEIN**
**9900 Stirling Road**
**Suite 233**
**Cooper City, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number **0715**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.910 4**

**Nonpriority creditor's name and mailing address**
**STEVEN L CANTOR**
**Cantor & Morante**
**777 Brickell Avenue Suite 500**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **3946**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.910 5**

**Nonpriority creditor's name and mailing address**
**STEVEN L CRAIG**
**First Federal Building 2nd Floor**
**2701 Okeechobee Boulevard**
**West Palm Beach, FL 33409**

Date(s) debt was incurred _

Last 4 digits of account number **0579**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.910 6**

**Nonpriority creditor's name and mailing address**
**STEVEN L CRAIG**
**4500 PGA Boulevard**
**Suite 200**
**Palm Beach Gardens, FL 33418**

Date(s) debt was incurred _

Last 4 digits of account number **0579**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.910 7**

**Nonpriority creditor's name and mailing address**
**STEVEN L FRISCHER**
**7600 Red Road**
**Suite 305**
**South Miami, FL 33143-5408**

Date(s) debt was incurred _

Last 4 digits of account number **7650**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.910 8**

**Nonpriority creditor's name and mailing address**
**STEVEN L SPARKMAN**
**Steven L. Sparkman P.A.**
**P.O. Box 2058**
**Plant City, FL 33564-2058**

Date(s) debt was incurred _

Last 4 digits of account number **5951**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.910 9**

**Nonpriority creditor's name and mailing address**
**STEVEN L STUDYBAKER**
**215 Airport Pulling Road N**
**Naples, FL 34101-3502**

Date(s) debt was incurred _

Last 4 digits of account number **6704**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.911 0**

**Nonpriority creditor's name and mailing address**
**Steven L. Hayes, P.A.**
**P.O. Box 4929**
**Clearwater, FL 33758**

Date(s) debt was incurred _

Last 4 digits of account number **1126**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.911 1**

**Nonpriority creditor's name and mailing address**
**STEVEN L. SOMMERFIELD**
**50 West Chicago Avenue**
**Naperville, IL 60540-5302**

Date(s) debt was incurred _

Last 4 digits of account number **5137**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.911 2**

**Nonpriority creditor's name and mailing address**
**STEVEN LANDER PA**
**315 Southeast 7th Street Suite 100**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **9734**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.911 3**

**Nonpriority creditor's name and mailing address**
**STEVEN LEE PERRY**
**2400 Southeast Federal Highway Suite 400**
**Stuart, FL 34994-4556**

Date(s) debt was incurred _

Last 4 digits of account number **2693**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

---

| 3.911 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.00 |
|---|---|---|---|

**STEVEN LORNE DURKET**
**210 Crown Point Circle Suite 108**
**Longwood, FL 32779**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8617**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.911 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
|---|---|---|---|

**STEVEN LUBETSKY**
**10280 Camelback Lane**
**Boca Raton, FL 33498-4719**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8666**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.911 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

**STEVEN LULICH**
**Pobox 781390**
**Sebastian, FL 32978-1390**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8192**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.911 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
|---|---|---|---|

**STEVEN M AUERBACHER**
**301 E. Yamato Road**
**Suite 4120**
**Boca Raton, FL 33431**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2362**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.911 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
|---|---|---|---|

**STEVEN M CHAMBERLAIN PA**
**618 Northeast 1st Street**
**Gainesville, FL 32601**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7396**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.911 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
|---|---|---|---|

**STEVEN M CHARCHAT**
**848 Brickell Avenue Suite 1040**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7824**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **LTGF Business Trust**                                           Case number (if known)    **2:23-bk-01538**
_____
Name

| 3.912 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **STEVEN M GREENBLATT**<br>**P.O. Box 164**<br>**Franklin Square, NY 11010** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **6540** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.912 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **STEVEN M LEE PA**<br>**1000 Brickell Avenue**<br>**Suite 705**<br>**Miami, FL 33131** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **7054** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.912 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
| **STEVEN M PLATAU**<br>**4307 Sevilla Street**<br>**Tampa, FL 33629** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **8261** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.912 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
| **STEVEN M RIVKIN**<br>**3316 Griffin Road**<br>**Ft Lauderdale, FL 33312** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **7722** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.912 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **STEVEN M RUBERTONE**<br>**81 Hawthorne Pl**<br>**Manhasset, NY 11030** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **2495** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.912 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
| **STEVEN M SAMAHA**<br>**One Tampa City Center Suite 2600**<br>**Tampa, FL 33602** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **8183** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.912 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **STEVEN M SINGER PA**<br>**600 Corporate Drive**<br>**Suite 320**<br>**Ft. Lauderdale, FL 33334** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **3369** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.912 7**

**Nonpriority creditor's name and mailing address**
**STEVEN M STEPPER**
**1615 Forum Place Suite 200**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **2752**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.912 8**

**Nonpriority creditor's name and mailing address**
**STEVEN M STOLL PA**
**710 Northeast 24th Way**
**Ft Lauderdale, FL 33304-3527**

Date(s) debt was incurred _

Last 4 digits of account number **0529**

**As of the petition filing date, the claim is:** *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.912 9**

**Nonpriority creditor's name and mailing address**
**Steven M. Fried, P.A.**
**1600 S. Federal Highway**
**Suite 1151**
**Pompano Beach, FL 33062**

Date(s) debt was incurred _

Last 4 digits of account number **9209**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.913 0**

**Nonpriority creditor's name and mailing address**
**STEVEN MICHAEL LABRET**
**501 N. Magnolia Avenue**
**Suite A10-B**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **3960**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.913 1**

**Nonpriority creditor's name and mailing address**
**STEVEN OSTROW**
**1 Charles Street S Suite 9g**
**Boston, MA 02116-5431**

Date(s) debt was incurred _

Last 4 digits of account number **0587**

**As of the petition filing date, the claim is:** *Check all that apply.*

$5,501.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.913 2**

**Nonpriority creditor's name and mailing address**
**STEVEN P KUSHNER**
**14241 Metropolis Avenue Suite 100**
**Ft Myers, FL 33912**

Date(s) debt was incurred _

Last 4 digits of account number **2264**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **LTGF Business Trust** |
| | Name |

Case number (*if known*)   **2:23-bk-01538**

---

| 3.913<br>3 | **Nonpriority creditor's name and mailing address**<br>**STEVEN R COHEN**<br>**7951 Southwest 6th Street Suite 200**<br>**Plantation, FL 33324-3211** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **6190** | **Basis for the claim:  Member** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.913<br>4 | **Nonpriority creditor's name and mailing address**<br>**STEVEN R CROSS**<br>**12 Juniper Court**<br>**Lawrenceville, NJ 08648** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,029.54** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **401** | **Basis for the claim:  Member** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.913<br>5 | **Nonpriority creditor's name and mailing address**<br>**STEVEN R GREENBERG**<br>**2033 Main Street Suite 101**<br>**Sarasota, FL 34237-6049** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **8675** | **Basis for the claim:  Member** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.913<br>6 | **Nonpriority creditor's name and mailing address**<br>**STEVEN R JACOB**<br>**1325 S Congress Avenue Suite 236**<br>**Boynton Beach, FL 33426-5802** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **4120** | **Basis for the claim:  Member** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.913<br>7 | **Nonpriority creditor's name and mailing address**<br>**STEVEN R MCCAIN**<br>**P.O. Box 3779**<br>**Ft Pierce, FL 34948** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$175.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **6760** | **Basis for the claim:  Member** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.913<br>8 | **Nonpriority creditor's name and mailing address**<br>**Steven R. Kutner, P.A.**<br>**260 Lookout Place**<br>**Suite 205**<br>**Maitland, FL 32751** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **7329** | **Basis for the claim:  Member** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.913<br>9 | **Nonpriority creditor's name and mailing address**<br>**STEVEN REED COHEN**<br>**5599 S University Drive**<br>**Suite 303**<br>**Davie, FL 33328** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **0609** | **Basis for the claim:  Member** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **LTGF Business Trust**
Name

Case number (*if known*) **2:23-bk-01538**

---

| 3.914 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**STEVEN SCHWARZBERG PA**
Esperante Suite 210
222 Lakeview Avenue
West Palm Beach, FL 33401-6100

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number  **6791**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**STEVEN SERLE PA**
5820 N. Federal Highway
Boca Raton, FL 33487

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number  **0049**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**STEVEN SILVERMAN**
9500 S Dadeland Boulevard Suite 550
Miami, FL 33156

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number  **2367**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**STEVEN SILVERMAN PA**
9655 S Dixie Highway
Unit 310
Miami, FL 33156-2841

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number  **2367**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**STEVEN T SAMILJAN**
2135 S Congress Avenue Suite 3c
West Palm Beach, FL 33406

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number  **8484**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**STEVEN T UTRECHT**
1900 Glades Road Suite 245
Boca Raton, FL 33431

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member_

Last 4 digits of account number  **8074**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **LTGF Business Trust** |
| | Name |

Case number (if known)   **2:23-bk-01538**

---

**3.914 6**

**Nonpriority creditor's name and mailing address**
**STEVEN T WITTMER**
**2014 4th Street**
**Sarasota, FL 34237-4304**

Date(s) debt was incurred  _

Last 4 digits of account number  **5035**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.914 7**

**Nonpriority creditor's name and mailing address**
**STEVEN W EFFMAN**
**8000 Peters Road Suite 2**
**Plantation, FL 33324-4010**

Date(s) debt was incurred  _

Last 4 digits of account number  **6401**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.914 8**

**Nonpriority creditor's name and mailing address**
**STEVEN W LEDBETTER ATTORNEY AT**
**DBA Ledbetter Law Group**
**229 Pensacola Rd.**
**Venice, FL 34285**

Date(s) debt was incurred  _

Last 4 digits of account number  **4661**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.914 9**

**Nonpriority creditor's name and mailing address**
**STEVEN W MACRIS**
**Steven W. Macris P.A.**
**227 Pensacola Road**
**Venice, FL 34285-3237**

Date(s) debt was incurred  _

Last 4 digits of account number  **6236**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.915 0**

**Nonpriority creditor's name and mailing address**
**STEVEN W NECKMAN PA**
**1221 Brickell Avenue Suite 900**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **3961**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.915 1**

**Nonpriority creditor's name and mailing address**
**STEVEN W SIMON**
**200 S Biscayne Boulevard Suite 2500**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **7595**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.915 2**

**Nonpriority creditor's name and mailing address**
**Steven Zakharyayev, P.A.**
**2719 Hollywood Boulevard**
**Hollywood, FL 33020**

Date(s) debt was incurred  _

Last 4 digits of account number  **9464**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.915 3**

**Nonpriority creditor's name and mailing address**
**STEVENS & GOLDWYN PA**
**2 S University Drive Suite 315**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **7371**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.915 4**

**Nonpriority creditor's name and mailing address**
**STEVENS FAMILY REVOCABLE TRUST**
**1696 Grand Isle Boulevard**
**Viera, FL 32940**

Date(s) debt was incurred _

Last 4 digits of account number **1649**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$8,754.71**

---

**3.915 5**

**Nonpriority creditor's name and mailing address**
**STEWART & ASSOCIATES**
**5101 Ashley Phosphate Road**
**Suite 104 Pmb 169**
**N Charleston, SC 29418**

Date(s) debt was incurred _

Last 4 digits of account number **453**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.915 6**

**Nonpriority creditor's name and mailing address**
**STEWART EVANS STEWART & EMMONS**
**P.O. Box 628600**
**Orlando, FL 32862-8600**

Date(s) debt was incurred _

Last 4 digits of account number **9769**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$337.50**

---

**3.915 7**

**Nonpriority creditor's name and mailing address**
**STEWART G GREENBERG**
**11440 N Kendall Drive Suite Ph 400**
**Miami, FL 33176-1044**

Date(s) debt was incurred _

Last 4 digits of account number **156**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.915 8**

**Nonpriority creditor's name and mailing address**
**STEWART M MIRMELLI**
**100 Southeast 2nd Street Suite 2610**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **0724**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.915 9**

**Nonpriority creditor's name and mailing address**
**STICHTER RIEDEL BLAIN &**
**110 E Madison Street Suite 200**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number **2890**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor   **LTGF Business Trust**
_____
Name

Case number *(if known)*   **2:23-bk-01538**

---

| 3.916 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Stivers Djebelli, L.L.C.**
**2100 Coral Way**
**Suite 701**
**Miami, FL 33145**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **9664**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.916 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**STOCK & ASSOCIATES**
**1800 Winchester Road N**
**St Petersburg, FL 33710-4937**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **0424**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.916 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Stockham Ackley, P.A.**
**707 N Franklin Street 2nd Floor**
**Tampa, FL 33602**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **8382**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.916 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**STOFFELS LAW GROUP**
**6727 1st Avenue S Suite 104**
**St Petersburg, FL 33707**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **0223**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.916 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**STOK & ASSOCIATES PA**
**dba Stok, Kon + Braverman**
**1 E. Broward Boulevard, Suite 915**
**Fort Lauderdale, FL 33301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **5339**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.916 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**STOLZENBERG GELLES & FLYNN LLP**
**1533 Sunset Drive**
**Suite 150**
**Coral Gables, FL 33143**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Member__

Last 4 digits of account number  **2625**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor **LTGF Business Trust** | Case number (if known) **2:23-bk-01538** |
| Name | |

---

**3.916 6**

**Nonpriority creditor's name and mailing address**
**STONE & GERKEN PA**
**632 East Fifth Avenue**
**Mount Dora, FL 32757**

Date(s) debt was incurred  _

Last 4 digits of account number  **1006**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$125.00

---

**3.916 7**

**Nonpriority creditor's name and mailing address**
**STONEBURNER BERRY GLOCKER**
**841 Prudential Drive Suite 1400**
**Jacksonville, FL 32207**

Date(s) debt was incurred  _

Last 4 digits of account number  **5525**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$75.00

---

**3.916 8**

**Nonpriority creditor's name and mailing address**
**STORCH & MORRIS PA**
**420 S Nova Road**
**Daytona Beach, FL 32114**

Date(s) debt was incurred  _

Last 4 digits of account number  **6763**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$75.00

---

**3.916 9**

**Nonpriority creditor's name and mailing address**
**STOVASH CASE & TINGLEY**
**220 N. Rosalind Avenue**
**Orlando, FL 32801**

Date(s) debt was incurred  _

Last 4 digits of account number  **2033**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.917 0**

**Nonpriority creditor's name and mailing address**
**STOWELL LAW FIRM**
**P.O. Box 11059**
**Tallahassee, FL 32302-3059**

Date(s) debt was incurred  _

Last 4 digits of account number  **5599**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$75.00

---

**3.917 1**

**Nonpriority creditor's name and mailing address**
**STRALEY & ROBIN**
**1510 W. Cleveland Street**
**Tampa, FL 33606**

Date(s) debt was incurred  _

Last 4 digits of account number  **9685**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$75.00

---

**3.917 2**

**Nonpriority creditor's name and mailing address**
**STRANG ADAMS PA**
**3339 Virginia Street**
**Suite 127**
**Miami, FL 33133**

Date(s) debt was incurred  _

Last 4 digits of account number  **6218**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

**3.917
3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Strategic Legal Solutions, L.L.C.**
7506 Appalachian Lane
Parkland, FL 33067

Date(s) debt was incurred _

Last 4 digits of account number **7063**

�} Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.917
4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**STRATTON SMITH**
611 W Azeele Street
Tampa, FL 33606

Date(s) debt was incurred _

Last 4 digits of account number **7055**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.917
5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

**STRAUGHN & TURNER PA**
P.O. Box 2295
Winter Haven, FL 33883-2295

Date(s) debt was incurred _

Last 4 digits of account number **8219**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.917
6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**

**STRAUS & EISLER PA**
10081 Pines Boulevard
Suite C
Pembroke Pines, FL 33024-6171

Date(s) debt was incurred _

Last 4 digits of account number **6977**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.917
7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**STRAUS & PATEL PA**
234 N. Westmonte Drive
Suite 3000B
Altamonte Springs, FL 32714

Date(s) debt was incurred _

Last 4 digits of account number **6110**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.917
8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**STRAWN MONAGHAN & METZGER PA**
54 NE 4th Avenue
Delray Beach, FL 33483

Date(s) debt was incurred _

Last 4 digits of account number **8124**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9179**

**Nonpriority creditor's name and mailing address**
**STRAYHORN & STRAYHORN**
**2125 First Street**
**Suite 200**
**Ft Myers, FL 33901**

Date(s) debt was incurred _
Last 4 digits of account number **460**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$375.00**

---

**3.9180**

**Nonpriority creditor's name and mailing address**
**STRICKLAND & DONADIO LLC**
**Donadio Law Office L.L.C.**
**301 Dunlawton Avenue**
**Port Orange, FL 32127**

Date(s) debt was incurred _
Last 4 digits of account number **8120**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$75.00**

---

**3.9181**

**Nonpriority creditor's name and mailing address**
**STROMBERG & TARONE PLC**
**180 Royal Palm Way Suite 201**
**Palm Beach, FL 33480**

Date(s) debt was incurred _
Last 4 digits of account number **6709**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.9182**

**Nonpriority creditor's name and mailing address**
**Stronghold Law, P.A.**
**6996 Piazza Grande Avenue**
**Suite 202**
**Orlando, FL 32835**

Date(s) debt was incurred _
Last 4 digits of account number **0554**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.9183**

**Nonpriority creditor's name and mailing address**
**STROOCK & STROOCK & LAVAN LLP**
**Wachovia Financial Center Suite 3160**
**200 S Biscayne Boulevard**
**Miami, FL 33131-2385**

Date(s) debt was incurred _
Last 4 digits of account number **6884**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$500.00**

---

**3.9184**

**Nonpriority creditor's name and mailing address**
**STROSS LAW FIRM PA**
**1801 Pepper Tree Drive**
**Oldsmar, FL 34677**

Date(s) debt was incurred _
Last 4 digits of account number **4993**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.918 5**

**Nonpriority creditor's name and mailing address**
**STUART & WALKER PA**
P.O. Box 14004
Ft Lauderdale, FL 33302-4004

Date(s) debt was incurred _

Last 4 digits of account number **3889**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$275.00**

---

**3.918 6**

**Nonpriority creditor's name and mailing address**
**STUART A COHEN**
1601 N. Flamingo Road
Pembroke Pines, FL 33028

Date(s) debt was incurred _

Last 4 digits of account number **7498**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.918 7**

**Nonpriority creditor's name and mailing address**
**STUART A LIPSON**
16900 NE 19th Avenue
North Miami Beach, FL 33162-3110

Date(s) debt was incurred _

Last 4 digits of account number **9402**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.918 8**

**Nonpriority creditor's name and mailing address**
**STUART A RADER**
2101 Northwest Boca Raton Boulevard Suit
Boca Raton, FL 33431

Date(s) debt was incurred _

Last 4 digits of account number **8102**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

**3.918 9**

**Nonpriority creditor's name and mailing address**
**STUART A SCHECHTER**
16071 Vila Vizcaya Pl
Delray Beach, FL 33446-2342

Date(s) debt was incurred _

Last 4 digits of account number **6034**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.919 0**

**Nonpriority creditor's name and mailing address**
**STUART A TELLER**
Stuart A. Teller P.A.
7320 Griffin Road Suite 216
Davie, FL 33314

Date(s) debt was incurred _

Last 4 digits of account number **8719**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.919 1**

**Nonpriority creditor's name and mailing address**
**STUART D SLOAN**
Stuart D. Sloan P.A.
1311 Bedford Drive
Melbourne, FL 32940-1975

Date(s) debt was incurred _

Last 4 digits of account number **5837**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | LTGF Business Trust | Case number (if known) | 2:23-bk-01538 |
|--------|---------------------|------------------------|---------------|
| | Name | | |

| 3.919 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.84 |
|---|---|---|---|

**STUART F KARDEN**
**284 Oneida Terrace**
**Wellington, FL 33414-7802**

Date(s) debt was incurred _

Last 4 digits of account number **6479**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

| 3.919 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**STUART G ELLIOT**
**9601 S Dixie Highway**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **5491**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

| 3.919 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**STUART GOLANT**
**Suite 3300**
**2101 W Commercial Boulevard**
**Ft Lauderdale, FL 33309-3047**

Date(s) debt was incurred _

Last 4 digits of account number **4983**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

| 3.919 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**STUART H GITLITZ**
**1570 Madruga Avenue Suite 300**
**Coral Gables, FL 33146-3015**

Date(s) debt was incurred _

Last 4 digits of account number **8371**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

| 3.919 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**STUART J EDELMAN**
**1320 S Dixie Highway Suite 450**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number **4320**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

| 3.919 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**STUART J MAC IVER**
**Stuart J. Mac Iver P.A.**
**1177 Southeast 3rd Avenue**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number **9109**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.919 8**

**Nonpriority creditor's name and mailing address**
**STUART J STARR**
**315 Northeast 3rd Avenue Suite 200**
**Ft Lauderdale, FL 33301-1149**

Date(s) debt was incurred _

Last 4 digits of account number  **5952**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.919 9**

**Nonpriority creditor's name and mailing address**
**STUART M GOLD**
**Sax Willinger & Gold**
**5801 Northwest 151 Street Suite 307**
**Miami, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number  **8573**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.920 0**

**Nonpriority creditor's name and mailing address**
**STUART M ROSENBLUM PA**
**2230 Nursery Road Suite J121**
**Clearwater, FL 34624**

Date(s) debt was incurred _

Last 4 digits of account number  **8105**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$2.61**

---

**3.920 1**

**Nonpriority creditor's name and mailing address**
**STUART M SLUTSKY**
**2500 Weston Road Suite 404**
**Weston, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number  **8536**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.920 2**

**Nonpriority creditor's name and mailing address**
**STUART R MORRIS PA**
**Suite 205**
**7000 W Palmetto Park Road**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number  **7402**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.920 3**

**Nonpriority creditor's name and mailing address**
**STUART R. MANOFF**
**Suite 411 Lake Wyman Plaza**
**2424 N Federal Highway**
**Boca Raton, FL 33431-7746**

Date(s) debt was incurred _

Last 4 digits of account number  **8370**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.920 4**

**Nonpriority creditor's name and mailing address**
**STUART S ROSENTHAL**
**404 E Atlantic Boulevard Suite 101**
**Pompano Beach, FL 33060-6258**

Date(s) debt was incurred _

Last 4 digits of account number  **4237**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$9,209.95**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.920 5**

**Nonpriority creditor's name and mailing address**
**STUMP STOREY & CALLAHAN PA**
P.O. Box 3388
Orlando, FL 32802-3388

Date(s) debt was incurred _

Last 4 digits of account number **5193**

As of the petition filing date, the claim is: *Check all that apply.*                          **$75.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.920 6**

**Nonpriority creditor's name and mailing address**
**SUBIN ROSENBLUTH LOSEY BRENNAN**
P.O. Box 4950
Orlando, FL 32802-4950

Date(s) debt was incurred _

Last 4 digits of account number **0808**

As of the petition filing date, the claim is: *Check all that apply.*                          **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.920 7**

**Nonpriority creditor's name and mailing address**
**SULLIVAN ADMIRE & SULLIVAN**
2555 Ponce De Leon Boulevard
Suite 320
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number **1162**

As of the petition filing date, the claim is: *Check all that apply.*                          **$14,238.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.920 8**

**Nonpriority creditor's name and mailing address**
**Sultana Law, P.A.**
2699 Lee Road
Suite 110
Winter Park, FL 32789

Date(s) debt was incurred _

Last 4 digits of account number **8069**

As of the petition filing date, the claim is: *Check all that apply.*                          **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.920 9**

**Nonpriority creditor's name and mailing address**
**Sundarsingh Law, P.L.**
4440 PGA Boulevard
Suite 502
Palm Beach Gardens, FL 33410

Date(s) debt was incurred _

Last 4 digits of account number **9831**

As of the petition filing date, the claim is: *Check all that apply.*                          **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.921 0**

**Nonpriority creditor's name and mailing address**
**Sundial Title Agency, LLC**
4832 9th Avenue N
St. Petersburg, FL 33713

Date(s) debt was incurred _

Last 4 digits of account number **0992**

As of the petition filing date, the claim is: *Check all that apply.*                          **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.921 1**

**Nonpriority creditor's name and mailing address**
**Sundstrom Friedman & Fumero, L.L.P.**
7700 Congress Avenue Suite 2201
Boca Raton, FL 33487

Date(s) debt was incurred _

Last 4 digits of account number **8153**

As of the petition filing date, the claim is: *Check all that apply.*                          **$50.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.921
2**

**Nonpriority creditor's name and mailing address**
**Sunfish Title, LLC**
**1340 N US Highway One**
**Suite 135**
**Jupiter, FL 33469**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0968**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.921
3**

**Nonpriority creditor's name and mailing address**
**SUNNE & ASSOCIATES PA**
**1151 Northeast Cleveland Street**
**Clearwater, FL 33755**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8270**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$350.00**

---

**3.921
4**

**Nonpriority creditor's name and mailing address**
**Sunny Hillary**
**605 E. Robinson Street**
**Suite 300**
**Orlando, FL 32801**

**Date(s) debt was incurred** _

**Last 4 digits of account number  9257**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.921
5**

**Nonpriority creditor's name and mailing address**
**Sunshine Realty Title Services, L.L.C.**
**2719 Hollywood Boulevard**
**Hollywood, FL 33020**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7553**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.921
6**

**Nonpriority creditor's name and mailing address**
**Sure Title, L.L.C.**
**235 N Garden Avenue**
**Clearwater, FL 33755**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0194**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.921
7**

**Nonpriority creditor's name and mailing address**
**Surfside Law Company, L.L.C.**
**2758 E Atlantic Boulevard**
**Pompano Beach, FL 33062**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7229**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.921
8**

**Nonpriority creditor's name and mailing address**

**SURFUS & PROSCH
150 East Avenue S
Sarasota, FL 34237-7024**

Date(s) debt was incurred _

Last 4 digits of account number  **5044**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.921
9**

**Nonpriority creditor's name and mailing address**

**SUSAN AURORA LOPEZ
4400 N. Federal Highway
Suite 42
Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **2369**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.922
0**

**Nonpriority creditor's name and mailing address**

**SUSAN D PESEL
1825 NW Corporate Boulevard
Suite 110
Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **5504**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.922
1**

**Nonpriority creditor's name and mailing address**

**SUSAN DEETS PA
8900 SW 117 Avenue
Suite C208
Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number  **6443**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.922
2**

**Nonpriority creditor's name and mailing address**

**SUSAN E DURRE
4675 Ponce Deleon Boulevard Suite 302
Coral Gables, FL 33146-2113**

Date(s) debt was incurred _

Last 4 digits of account number  **5560**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.922
3**

**Nonpriority creditor's name and mailing address**

**SUSAN J BROTMAN PA
4400 N. Federal Highway
Suite 204
Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **7453**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$150.00

---

Debtor    **LTGF Business Trust**                                    Case number (if known)    **2:23-bk-01538**
_____
Name

| 3.922 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**SUSAN K ROBIN**
**W R Grace & Company**
**One Town Center Road**
**Boca Raton, FL 33486**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4998**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Susan Kang, P.A.**
**3170 N. Federal Highway**
**Suite 100**
**Lighthouse Point, FL 33064**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9364**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**SUSAN KLEIN SHAPIRO**
**1172 S Dixie Highway Pmb Suite 232**
**Coral Gables, FL 33146**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5067**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**SUSAN L EBERLE**
**320 N Magnolia Avenue A-9**
**Orlando, FL 32801**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9277**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**SUSAN L STOCKHAM-MOSCA**
**P.O. Box 7092**
**Sarasota, FL 34278-7092**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8349**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**SUSAN M FRANCESCHI**
**6132 So 380 W**
**Salt Lake City, UT 84107**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8458**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**SUSAN M GIRSCH**
**5095 Southwest 82nd Street**
**Miami, FL 33143-8503**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6545**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.923 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**SUSAN M ROSALES**
**Law Off of Susan M Rosales P.A.**
**10210 Collins Avenue Suite 106**
**Bal Harbour, FL 33154**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number**  **2325**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**SUSAN M WEINBERG**
**P.O. Box 812602**
**Boca Raton, FL 33481**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number**  **8729**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**SUSAN MARY CARDENAS**
**Stones & Cardenas**
**221 Simonton Street**
**Key West, FL 33040**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number**  **2192**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**SUSAN PENGE FILSON**
**2727 South Tamiami Trail**
**Sarasota, FL 34239-4507**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number**  **8424**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**SUSAN R GEIGER**
**5901 San Vicente Street**
**Coral Gables, FL 33146**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number**  **8548**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|

**SUSAN T RHODES**
**370 E Interlake Boulevard**
**Lake Placid, FL 33852**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member**

**Last 4 digits of account number**  **7758**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.923 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Susana Betancourt, P.A.**
**261 Navarre Avenue Suite 101**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7166**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**SUSANA D GONZALEZ PA**
**P.O. Box 3277**
**Tampa, FL 33601**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8207**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Susanne D. McCabe, PA**
**DBA McCabe Law Firm**
**900 N. Swallowtail Drive**
**Port Orange, FL 32129**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0858**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**SUTO & BALDOVIN PA**
**2424 N Federal Highway Suite 405**
**Boca Raton, FL 33431-7746**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7985**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**Sutton Law Group, P.A.**
**7721 SW 62nd Avenue**
**1st Floor**
**South Miami, FL 33143**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0135**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**SUZAN HERSKOWITZ SINGER**
**C/O Richard Goldstone**
**2717 W Cypress Creek Road Suite 800**
**Ft Lauderdale, FL 33309-1829**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4108**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**SUZANNE D LANIER**
**351 Wimbledon Lane**
**Naples, FL 34101**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1768**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

**3.924 4**

**Nonpriority creditor's name and mailing address**
**SUZANNE F LEVINE**
**18939 Twinberry Drive**
**Tampa, FL 33647-3419**

Date(s) debt was incurred _

Last 4 digits of account number **7889**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.924 5**

**Nonpriority creditor's name and mailing address**
**SUZANNE WEST**
**4641 Holly Lake Drive**
**Lake Worth, FL 33463-5371**

Date(s) debt was incurred _

Last 4 digits of account number **7406**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.924 6**

**Nonpriority creditor's name and mailing address**
**SWAINE & HARRIS PA**
**425 S. Commerce Avenue**
**Sebring, FL 33870**

Date(s) debt was incurred _

Last 4 digits of account number **4323**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$350.00**

---

**3.924 7**

**Nonpriority creditor's name and mailing address**
**Swaine, Harris & Wohl, P.A.**
**401 Dal Hall Boulevard**
**Lake Placid, FL 33852**

Date(s) debt was incurred _

Last 4 digits of account number **4323**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.924 8**

**Nonpriority creditor's name and mailing address**
**SWALM BOURGEAU & DAVIES PA**
**2375 Tamiami Trail N Suite 308**
**Naples, FL 34103**

Date(s) debt was incurred _

Last 4 digits of account number **5198**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.924 9**

**Nonpriority creditor's name and mailing address**
**SWALM MURRELL & SAMOUCE PA**
**2375 Tamiami Trail N Suite 308**
**Naples, FL 33940**

Date(s) debt was incurred _

Last 4 digits of account number **5253**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.925 0**

**Nonpriority creditor's name and mailing address**
**SWANN & HADDOCK PA (INACTIVE)**
**1031 W Morse Boulevard Suite 350**
**Winter Park, FL 32789-3774**

Date(s) debt was incurred _

Last 4 digits of account number **2906**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$8,255.72**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.925
1**

**Nonpriority creditor's name and mailing address**
**SWANN & HADLEY PA**
**P.O. Box 1961**
**Winter Park, FL 32790**

Date(s) debt was incurred _

Last 4 digits of account number  **9895**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$150.00**

---

**3.925
2**

**Nonpriority creditor's name and mailing address**
**SWEAT & OLSON PA**
**P.O. Box 2866**
**Lakeland, FL 33806**

Date(s) debt was incurred _

Last 4 digits of account number  **7524**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$75.00**

---

**3.925
3**

**Nonpriority creditor's name and mailing address**
**Sweeney Law, P.A.**
**800 Southeast Third Avenue 4th Floor**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **9915**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.925
4**

**Nonpriority creditor's name and mailing address**
**Sweigart Law Group, P.A.**
**12161 Ken Adams Way**
**Suite 123**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number  **9099**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.925
5**

**Nonpriority creditor's name and mailing address**
**SWIMMER LAW ASSOCIATES PA**
**1680 Michigan Avenue**
**Suite 1014**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number  **6773**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.925
6**

**Nonpriority creditor's name and mailing address**
**SYDNEY L WEINTRAUB**
**3030 Brickell Avenue**
**Miami, FL 33129-2816**

Date(s) debt was incurred _

Last 4 digits of account number  **2027**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.925 7**

**Nonpriority creditor's name and mailing address**
**SYDNEY P SMITH PA**
**690 S Shore Drive**
**Miami Beach, FL 33141-2406**

Date(s) debt was incurred _

Last 4 digits of account number  **7254**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.925 8**

**Nonpriority creditor's name and mailing address**
**SYLVAN B BURDICK**
**1110 N Olive Avenue**
**West Palm Beach, FL 33401-3514**

Date(s) debt was incurred _

Last 4 digits of account number  **578**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.925 9**

**Nonpriority creditor's name and mailing address**
**SYLVAN HOLTZMAN**
**2601 S Bayshore Drive Suite 600**
**Coconut Grove, FL 33133-5419**

Date(s) debt was incurred _

Last 4 digits of account number  **3544**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.926 0**

**Nonpriority creditor's name and mailing address**
**SYLVANUS A WELLS III**
**P.O. Box 265307**
**Daytona Beach, FL 32126-5307**

Date(s) debt was incurred _

Last 4 digits of account number  **6403**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.926 1**

**Nonpriority creditor's name and mailing address**
**SYLVIA A SPARLER**
**4100 S Dixie Highway Suite C**
**West Palm Beach, FL 33405**

Date(s) debt was incurred _

Last 4 digits of account number  **8881**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.926 2**

**Nonpriority creditor's name and mailing address**
**SYLVIA E HELDRETH**
**1215 Miramar Street**
**Cape Coral, FL 33904**

Date(s) debt was incurred _

Last 4 digits of account number  **7635**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.926 3**

**Nonpriority creditor's name and mailing address**
**SYLVIA GOLDEN NORRIS**
**1670 Stickney Point Road**
**Sarasota, FL 34231**

Date(s) debt was incurred _

Last 4 digits of account number  **4848**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| Debtor | **LTGF Business Trust** |
| | Name |

Case number (*if known*)   **2:23-bk-01538**

---

**3.926
4**

**Nonpriority creditor's name and mailing address**
**SYLVIA J TAYLOR**
**2211 Fruitville Road Suite A**
**Sarasota, FL 34237-6116**

Date(s) debt was incurred  _

Last 4 digits of account number  **5725**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.926
5**

**Nonpriority creditor's name and mailing address**
**SYMONS, CHERNA & WISEHEART**
**66 W. Flagler Street, Suite 600**
**Miami, FL 33130-1884**

Date(s) debt was incurred  _

Last 4 digits of account number  **7927**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.926
6**

**Nonpriority creditor's name and mailing address**
**Synergy Law Firm**
**5455 SW 8th Street**
**Suite 255**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **9229**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.926
7**

**Nonpriority creditor's name and mailing address**
**SYPRETT MESHAD RESNICK LIEB**
**1900 Ringling Boulevard**
**Sarasota, FL 34236**

Date(s) debt was incurred  _

Last 4 digits of account number  **3665**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$18,426.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.926
8**

**Nonpriority creditor's name and mailing address**
**T & S Title, LLC**
**1410 20th Street**
**Suite 214**
**Miami Beach, FL 33139**

Date(s) debt was incurred  _

Last 4 digits of account number  **0964**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.926
9**

**Nonpriority creditor's name and mailing address**
**T A BOROWSKI JR**
**Borowski & Traylor P.A.**
**25 W. Cedar Street, Suite 525**
**Pensacola, FL 32502**

Date(s) debt was incurred  _

Last 4 digits of account number  **4669**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**
_____

| | |
|---|---|
| 3.927<br>0 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**T BRADLEY MCRAE PA**
**318 E Duval Street**
**Lake City, FL 32055**

Date(s) debt was incurred  _

Last 4 digits of account number  **2363**

As of the petition filing date, the claim is: Check all that apply.    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.927
1

**Nonpriority creditor's name and mailing address**

**T DAVID MANN & ASSOCIATES**
**P.O. Box 1191**
**Pensacola, FL 32595**

Date(s) debt was incurred  _

Last 4 digits of account number  **5007**

As of the petition filing date, the claim is: Check all that apply.    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.927
2

**Nonpriority creditor's name and mailing address**

**T EDWARD AUSTIN JR**
**2970 Saint Johns Avenue Suite 6-A**
**Jacksonville, FL 32205-8729**

Date(s) debt was incurred  _

Last 4 digits of account number  **3091**

As of the petition filing date, the claim is: Check all that apply.    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.927
3

**Nonpriority creditor's name and mailing address**

**T ELAINE HOLMES**
**14502 N Dale Mabry Suite 200**
**Tampa, FL 33618**

Date(s) debt was incurred  _

Last 4 digits of account number  **9936**

As of the petition filing date, the claim is: Check all that apply.    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.927
4

**Nonpriority creditor's name and mailing address**

**T MICHAEL WOODS**
**Woods & Woods P.A.**
**612 E Colonial Drive Suite 190**
**Orlando, FL 32803-4650**

Date(s) debt was incurred  _

Last 4 digits of account number  **7280**

As of the petition filing date, the claim is: Check all that apply.    **$225.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.927
5

**Nonpriority creditor's name and mailing address**

**T NICHOLAS THOMES**
**400 Coral Lane**
**Key Largo, FL 33037-5115**

Date(s) debt was incurred  _

Last 4 digits of account number  **8435**

As of the petition filing date, the claim is: Check all that apply.    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.927
6

**Nonpriority creditor's name and mailing address**

**T RANDOLPH BUCK PA**
**7501 Northwest 4th Street Suite 203**
**Ft Lauderdale, FL 33317-2238**

Date(s) debt was incurred  _

Last 4 digits of account number  **164**

As of the petition filing date, the claim is: Check all that apply.    **$1,156.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9277**

**Nonpriority creditor's name and mailing address**

**T ROBERT ZOCHOWSKI**
**1001 N US Highway 1**
**Suite 206**
**Jupiter, FL 33477**

Date(s) debt was incurred _

Last 4 digits of account number **9924**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.9278**

**Nonpriority creditor's name and mailing address**

**T SAMANTHA CHECHELE PA**
**7127 1st Avenue S**
**St Petersburg, FL 33707**

Date(s) debt was incurred _

Last 4 digits of account number **5707**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.9279**

**Nonpriority creditor's name and mailing address**

**T WHITNEY STRICKLAND JR**
**P.O. Box 10508**
**Tallahassee, FL 32302-2508**

Date(s) debt was incurred _

Last 4 digits of account number **3610**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.9280**

**Nonpriority creditor's name and mailing address**

**T. DEAN PALMER**
**582 S. Washington Dr.**
**Mission Realty**
**Sarasota, FL 34236-1726**

Date(s) debt was incurred _

Last 4 digits of account number **4148**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$431.30

---

**3.9281**

**Nonpriority creditor's name and mailing address**

**T. Edmund Spinks, Esquire P.L.**
**713 Lithia Pinecrest Road**
**Brandon, FL 33511**

Date(s) debt was incurred _

Last 4 digits of account number **7154**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.9282**

**Nonpriority creditor's name and mailing address**

**TABAS FREEDMAN SOLOFF MILLER**
**One Flagler Building**
**14 Northeast First Avenue Penthouse**
**Miami, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number **3831**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.9283**

**Nonpriority creditor's name and mailing address**

**Tables Law Group, P.A.**
**3475 Sheridan Street Suite 301**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **9085**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.928 4**

Nonpriority creditor's name and mailing address

**TABOR & LAVARGNA PA**
P.O. Box 669243
Marietta, GA 30066

Date(s) debt was incurred _

Last 4 digits of account number **2064**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.928 5**

Nonpriority creditor's name and mailing address

**TAE KELLEY BRONNER PL**
Pmb 428
10006 Cross Creek Boulevard
Tampa, FL 33647-2595

Date(s) debt was incurred _

Last 4 digits of account number **2122**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.928 6**

Nonpriority creditor's name and mailing address

**TAHYA FUENMAYOR**
1401 Brickell Avenue Suite 500
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number **2521**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.928 7**

Nonpriority creditor's name and mailing address

**TALBOT W TRAMMELL**
650 Coral Way Suite 201
Miami, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number **4392**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.928 8**

Nonpriority creditor's name and mailing address

**TALIANOFF RUBIN & RUBIN**
8585 Sunset Drive Suite 105
Miami, FL 33143

Date(s) debt was incurred _

Last 4 digits of account number **0567**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.928 9**

Nonpriority creditor's name and mailing address

**TAMARA LYNNE NICOLA PA**
681 Goodlette Road N Suite 210
Naples, FL 34102

Date(s) debt was incurred _

Last 4 digits of account number **0529**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.929 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
|---|---|---|---|

**Tamaroff & Tamaroff, P.A.**
**2 S Biscayne Boulevard Ph 3800**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **9390**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
|---|---|---|---|

**TAMELA WISEMAN PA**
**P.O. Box 19393**
**Sarasota, FL 34276**

Date(s) debt was incurred _

Last 4 digits of account number **7261**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
|---|---|---|---|

**Tammi A. Calarco, P.A.**
**9699 NE 2nd Avenue**
**Miami Shores, FL 33138**

Date(s) debt was incurred _

Last 4 digits of account number **0673**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
|---|---|---|---|

**TAMMY B SALTZMAN**
**6400 Congress Avenue Suite 2700**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number **5806**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$125.00** |
|---|---|---|---|

**TAMPA LAW SOURCE PA**
**2445 Tampa Road**
**Unit I**
**Palm Harbor, FL 34683**

Date(s) debt was incurred _

Last 4 digits of account number **6540**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
|---|---|---|---|

**TANYA COMPARETTO**
**2000 East Edgewood Drive Suite 108**
**Lakeland, FL 33803**

Date(s) debt was incurred _

Last 4 digits of account number **1412**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25.00** |
|---|---|---|---|

**Tapanes Law, P.A.**
**9155 S. Dadeland Blvd.**
**Suite 1604**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **7926**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)   **2:23-bk-01538**

| | |
|---|---|
| **3.929 7** | |

**Nonpriority creditor's name and mailing address**
**TAPLIN & ASSOCIATES**
**1555 Palm Beach Lakes Boulevard**
**Suite 1510**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **5908**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$79.66**

---

| | |
|---|---|
| **3.929 8** | |

**Nonpriority creditor's name and mailing address**
**TARA MILLER DANE**
**1100 5th Avenue S Suite 201**
**Naples, FL 34102-6407**

Date(s) debt was incurred _

Last 4 digits of account number  **7187**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

| | |
|---|---|
| **3.929 9** | |

**Nonpriority creditor's name and mailing address**
**TARI L PETERSON**
**P.O. Box 17979**
**Tampa, FL 33682-7979**

Date(s) debt was incurred _

Last 4 digits of account number  **7722**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.930 0** | |

**Nonpriority creditor's name and mailing address**
**TAULER LAW FIRM PA**
**8300 Northwest 53rd Street Suite 101**
**Doral, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number  **1834**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.930 1** | |

**Nonpriority creditor's name and mailing address**
**Tavarez Law, P.A.**
**230 E. Monument Avenue**
**Suite A5**
**Kissimmee, FL 34741**

Date(s) debt was incurred _

Last 4 digits of account number  **0167**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| | |
|---|---|
| **3.930 2** | |

**Nonpriority creditor's name and mailing address**
**TAYLOR & TAYLOR PA**
**420 S. Lawrence Boulevard**
**Keystone Heights, FL 32656**

Date(s) debt was incurred _

Last 4 digits of account number  **5705**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|--------|--------------------------|------------------------|-------------------|
| | Name | | |

---

**3.930 3**

**Nonpriority creditor's name and mailing address**
**TAYLOR & VAN MATRE PA**
**P.O. Box 9396**
**Pensacola, FL 32513-9396**

Date(s) debt was incurred _

Last 4 digits of account number **551**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$350.00**

---

**3.930 4**

**Nonpriority creditor's name and mailing address**
**TAYLOR BRION BUKER & GREENE PA**
**C/O Arnaldo Velez P.A.**
**35 Almeria Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **2786**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$825.00**

---

**3.930 5**

**Nonpriority creditor's name and mailing address**
**TED J STARR**
**Starr Law Office P.A.**
**8181 US Highway 19 N**
**Pinellas Park, FL 33781**

Date(s) debt was incurred _

Last 4 digits of account number **5120**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.930 6**

**Nonpriority creditor's name and mailing address**
**TED P GALATIS**
**820 Oleander Drive**
**Plantation, FL 33317-1315**

Date(s) debt was incurred _

Last 4 digits of account number **1003**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$275.00**

---

**3.930 7**

**Nonpriority creditor's name and mailing address**
**TED P GALATIS JR**
**224 Commercial Boulevard**
**Suite 205**
**Lauderdale by the Sea, FL 33308-4443**

Date(s) debt was incurred _

Last 4 digits of account number **1753**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.930 8**

**Nonpriority creditor's name and mailing address**
**TED S MURRAY**
**1230 Winnock Boulevard Suite 3503**
**Houston, TX 77057-1743**

Date(s) debt was incurred _

Last 4 digits of account number **7032**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.930 9**

**Nonpriority creditor's name and mailing address**
**TEDD N WILLIAMS**
**P.O. Box 693**
**Bradenton, FL 34206-0693**

Date(s) debt was incurred _

Last 4 digits of account number **7278**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9310**

Nonpriority creditor's name and mailing address
**Teisha Powell Law Offices, P.A.**
**1314 E. Las Olas Boulevard**
**Suite 728**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **9244**

As of the petition filing date, the claim is: Check all that apply.    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9311**

Nonpriority creditor's name and mailing address
**Tejada Lacayo, P.A.**
**8950 SW 74th Court**
**Suite 2201**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **0510**

As of the petition filing date, the claim is: Check all that apply.    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9312**

Nonpriority creditor's name and mailing address
**Tejeda Law Group, P.A.**
**17687 NW 78th Avenue**
**Miami, FL 33015**

Date(s) debt was incurred _

Last 4 digits of account number **9668**

As of the petition filing date, the claim is: Check all that apply.    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9313**

Nonpriority creditor's name and mailing address
**TERA MENENDEZ**
**701 W Cypress Creek Road 3rd Floor**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number **5736**

As of the petition filing date, the claim is: Check all that apply.    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9314**

Nonpriority creditor's name and mailing address
**TERENCE J WATTERSON**
**11380 Prosperity Farms Road Suite 112**
**Palm Beach Gardens, FL 33410-3450**

Date(s) debt was incurred _

Last 4 digits of account number **6474**

As of the petition filing date, the claim is: Check all that apply.    **$175.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9315**

Nonpriority creditor's name and mailing address
**TERENCE LENAMON**
**100o Ponce De Leon Boulevard Suite 208**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **2382**

As of the petition filing date, the claim is: Check all that apply.    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.931 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**TERENCE M BROWN**
P.O. Drawer 40
Starke, FL 32091-0040

Date(s) debt was incurred _

Last 4 digits of account number  **8401**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.931 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**TERENCE MATTHEWS**
5190 26th Street W.
Suite D
Bradenton, FL 34207-2203

Date(s) debt was incurred _

Last 4 digits of account number  **7461**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.931 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**TERESA A NIGHTINGALE**
545 Avenue K Southeast
Winter Haven, FL 33880

Date(s) debt was incurred _

Last 4 digits of account number  **0324**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.931 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**TERESA BYRD MORGAN**
234 E Duval Street
Lake City, FL 32055

Date(s) debt was incurred _

Last 4 digits of account number  **4429**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.932 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**TERESA H HARRISON**
3353 Higel Avenue
Sarasota, FL 34242

Date(s) debt was incurred _

Last 4 digits of account number  **6863**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.932 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**TERESA M ALVAREZ PA**
6780 Coral Way
Miami, FL 33155

Date(s) debt was incurred _

Last 4 digits of account number  **6684**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.932 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**TERESA MARTIN-BOLADERES**
Centry Small Business Solution
275 Fontainebleau Boulevard Suite 115
Miami, FL 33172

Date(s) debt was incurred _

Last 4 digits of account number  **6628**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F       Schedule E/F: Creditors Who Have Unsecured Claims       Page 1413 of 1581

Debtor   **LTGF Business Trust**
_____
Name                                                           Case number (if known)   **2:23-bk-01538**

---

| 3.932<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**TERESA MARTINEZ-CEDENO**
**8390 W Flagler Street Suite 214**
**Miami, FL 33144**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **1268**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.932<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**TERESA ROHWEDDER**
**2191 Defense Highway Suite 102**
**Crofton, MD 21114-2487**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **0595**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.932<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,569.82 |
|---|---|---|---|

**TERESA SALDISE**
**2534 Southwest 12th Street**
**Miami, FL 33135-4816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **5136**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.932<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**TERESA WARD PA**
**245 E Washington**
**Monticello, FL 32344**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **8128**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.932<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**TERESITA H GARCIA PA**
**4101 Southwest 73rd Avenue**
**Miami, FL 33155**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **8558**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.932<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Teressa Maria Tylman, P.A.**
**P.O. Box 450163**
**Miami, FL 33245**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **8410**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.932<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Terra Law Firm, P.A.**
**14910 Winding Creek Court**
**Tampa, FL 33613**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Member**

Last 4 digits of account number  **9724**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name                                   Case number (if known)   **2:23-bk-01538**

---

| 3.933 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**TERRANCE J MULLIN**
**201 Alhambra Circle Suite 503**
**Coral Gables, FL 33134-5105**

Date(s) debt was incurred  _

Last 4 digits of account number  **6270**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.933 1 | **Nonpriority creditor's name and mailing address** | | $25.00 |

**TERRENCE F PYLE**
**707 Del Webb Boulevard W**
**Sun City Center, FL 33573**

Date(s) debt was incurred  _

Last 4 digits of account number  **4041**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.933 2 | **Nonpriority creditor's name and mailing address** | | $225.00 |

**TERRENCE F PYLE PA**
**P.O. Box 5869**
**Sun City Center, FL 33571**

Date(s) debt was incurred  _

Last 4 digits of account number  **490**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.933 3 | **Nonpriority creditor's name and mailing address** | | $200.00 |

**TERRENCE J MCGUIRE**
**Fassett Anthony & Taylor P.A.**
**1325 W Colonial Drive**
**Orlando, FL 32804**

Date(s) debt was incurred  _

Last 4 digits of account number  **7782**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.933 4 | **Nonpriority creditor's name and mailing address** | | $375.00 |

**TERRENCE T DARIOTIS**
**1695-6 Metropolitan Circle**
**Tallahassee, FL 32308**

Date(s) debt was incurred  _

Last 4 digits of account number  **7597**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.933 5 | **Nonpriority creditor's name and mailing address** | | $125.00 |

**TERRY & TERRY**
**2121 McGregor Boulevard**
**Ft Myers, FL 33901-3494**

Date(s) debt was incurred  _

Last 4 digits of account number  **5950**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.933**
**6**

Nonpriority creditor's name and mailing address

**TERRY L BELLE PA**
**P.O. Box 2668**
**Ft Myers, FL 33902-2668**

Date(s) debt was incurred _

Last 4 digits of account number  **4571**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.933**
**7**

Nonpriority creditor's name and mailing address

**TERRY L DEMEO**
**1776 S Jackson Street Suite 400**
**Denver, CO 80210-3804**

Date(s) debt was incurred _

Last 4 digits of account number  **6618**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.933**
**8**

Nonpriority creditor's name and mailing address

**TERRY LENICK**
**P.O. Box 430**
**Bonita Springs, FL 34133-0430**

Date(s) debt was incurred _

Last 4 digits of account number  **2429**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.933**
**9**

Nonpriority creditor's name and mailing address

**TERRY MCDAVID**
**P.O. Box 1328**
**Lake City, FL 32056-1328**

Date(s) debt was incurred _

Last 4 digits of account number  **4301**

As of the petition filing date, the claim is: *Check all that apply.*

$7,167.98

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.934**
**0**

Nonpriority creditor's name and mailing address

**TERRY V BROUGHTON**
**P.O. Box 1470**
**Ft Myers, FL 33902**

Date(s) debt was incurred _

Last 4 digits of account number  **1467**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.934**
**1**

Nonpriority creditor's name and mailing address

**TERRY V HAUSER**
**2699 S. Bayshore Drive, 7th Floor**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number  **1694**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.934**
**2**

Nonpriority creditor's name and mailing address

**Tesha Allison, P.A.**
**2200 N. Commerce Parkway**
**Suite 200**
**Weston, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number  **0022**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.934 3**

**Nonpriority creditor's name and mailing address**
**TEW BARNES & ATKINSON LLP**
P.O. Box 5124
Clearwater, FL 33758-5124

Date(s) debt was incurred _

Last 4 digits of account number **5565**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.934 4**

**Nonpriority creditor's name and mailing address**
**TEW CARDENAS LLP**
1441 Brickell Avenue 15th Floor
Miami, FL 33131-3407

Date(s) debt was incurred _

Last 4 digits of account number **0598**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.934 5**

**Nonpriority creditor's name and mailing address**
**THADDEUS D KIRKPATRICK**
9220 Bonita Springs Road Suite 225
Bonita Springs, FL 34135

Date(s) debt was incurred _

Last 4 digits of account number **4802**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.934 6**

**Nonpriority creditor's name and mailing address**
**THALER & THALER PA**
700 N Olive Avenue Suite 2
West Palm Beach, FL 33401

Date(s) debt was incurred _

Last 4 digits of account number **6990**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$475.00**

---

**3.934 7**

**Nonpriority creditor's name and mailing address**
**The Ackerman Law Firm, P.A.**
80 SW 8th Street
Suite 2000
Miami, FL 33130

Date(s) debt was incurred _

Last 4 digits of account number **0494**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.934 8**

**Nonpriority creditor's name and mailing address**
**The Andersen Firm, P.C.**
500 E Broward Boulevard Suite 1600
Ft Lauderdale, FL 33394

Date(s) debt was incurred _

Last 4 digits of account number **8709**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.934 9**

**Nonpriority creditor's name and mailing address**
**THE ANDERSON LEGAL GROUP LLC**
Dba Orlando Legal
800 N. Magnolia Avenue, Suite 1500
Orlando, FL 32803

Date(s) debt was incurred _

Last 4 digits of account number **6490**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

Debtor __LTGF Business Trust__
Name

Case number (if known) __2:23-bk-01538__

| | |
|---|---|
| **3.935 0** | |

Nonpriority creditor's name and mailing address
**The Andres Lopez Law Firm, P.A.**
**7351 Wiles Road, #101**
**Coral Springs, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number __0579__

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| **3.935 1** | |

Nonpriority creditor's name and mailing address
**The Associates.com, PA**
**1525 Prosperity Farms Road**
**Suite B**
**Lake Park, FL 33403**

Date(s) debt was incurred _

Last 4 digits of account number __0029__

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| | |
|---|---|
| **3.935 2** | |

Nonpriority creditor's name and mailing address
**THE BARRISTER GROUP PA**
**600 NW 183rd Street**
**Miami Gardens, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number __7593__

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| **3.935 3** | |

Nonpriority creditor's name and mailing address
**THE BARTHET FIRM**
**200 S Biscayne Boulevard Suite 1800**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number __0005__

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| | |
|---|---|
| **3.935 4** | |

Nonpriority creditor's name and mailing address
**The Bauer Law Office, P.A.**
**814 Ponce De Leon Boulevard**
**Suite 210**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number __8487__

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| | |
|---|---|
| **3.935 5** | |

Nonpriority creditor's name and mailing address
**THE BELLEH LAW FIRM PA**
**1801 Northeast 123rd Street Suite 409**
**Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number __1637__

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.935 6**

**Nonpriority creditor's name and mailing address**

**The Botros Law Firm, P.A.**
**North Tower 1101**
**1101 Brickell Avenue**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **7467**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.935 7**

**Nonpriority creditor's name and mailing address**

**THE BRAY LAW FIRM LLC**
**2555 Ponce De Leon Boulevard**
**Suite 600**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **0419**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.935 8**

**Nonpriority creditor's name and mailing address**

**THE BRENNAN LAW FIRM**
**P.O. Box 2706**
**Orlando, FL 32802**

Date(s) debt was incurred _

Last 4 digits of account number **7814**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.935 9**

**Nonpriority creditor's name and mailing address**

**THE BRUTUS LAW GROUP PA**
**16801 Northeast 6th Avenue**
**North Miami Beach, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number **4417**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.936 0**

**Nonpriority creditor's name and mailing address**

**THE BURGESS LAW FIRM PA**
**2149 N Commerce Parkway**
**Weston, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number **7092**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.936 1**

**Nonpriority creditor's name and mailing address**

**THE BUSINESS & REAL ESTATE**
**132 Southwest 9th Street**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number **8533**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.936 2**

**Nonpriority creditor's name and mailing address**

**The Cardama Law Group, P.A.**
**401 S Rosalind Avenue**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **7256**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

---

**3.936 3**

Nonpriority creditor's name and mailing address
**THE CARNEY LEGAL GROUP PA**
**135 SE 5th Avenue**
**Suite 202**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number **8999**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.936 4**

Nonpriority creditor's name and mailing address
**The Citron Law Firm, P.A.**
**11555 Heron Bay Boulevard Suite 200**
**Coral Springs, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number **7429**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.936 5**

Nonpriority creditor's name and mailing address
**THE COOPER LAW FIRM**
**100 West Call Street**
**Starke, FL 32091**

Date(s) debt was incurred _

Last 4 digits of account number **6443**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.936 6**

Nonpriority creditor's name and mailing address
**THE CRAWFORD FAMILY TRUST**
**1215 E Broward Boulevard**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **1488**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.936 7**

Nonpriority creditor's name and mailing address
**THE CRENSHAW LAW FIRM PA**
**1109 S Congress Avenue Suite D**
**West Palm Beach, FL 33406-5100**

Date(s) debt was incurred _

Last 4 digits of account number **5829**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.936 8**

Nonpriority creditor's name and mailing address
**The Curran Law Firm, P.A.**
**601 Heritage Drive**
**Suite 224**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number **7999**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.936 9**

Nonpriority creditor's name and mailing address

**The Del Toro Law Group, L.L.C.**
**525 SW Camden Avenue**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number **0504**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.937 0**

Nonpriority creditor's name and mailing address

**THE DELLUTRI LAW GROUP PA**
**3002 Del Prado Boulevard S Unit A**
**Cape Coral, FL 33904**

Date(s) debt was incurred _

Last 4 digits of account number **6668**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.937 1**

Nonpriority creditor's name and mailing address

**THE DUFFEY LAW FIRM**
**2300 Glades Road**
**Suite 460W**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **6225**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

**3.937 2**

Nonpriority creditor's name and mailing address

**THE ELDER LAW FIRM PA**
**4199 N Dixie Highway Suite 2**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **8194**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$125.00

---

**3.937 3**

Nonpriority creditor's name and mailing address

**THE ELKINS-MACDONALD LAW**
**1150 Louisiana Avenue Suite 5b**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number **0427**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.937 4**

Nonpriority creditor's name and mailing address

**THE ESPINOSA LAW FIRM PA**
**1470 Northwest 107th Avenue Suite E**
**Miami, FL 33172**

Date(s) debt was incurred _

Last 4 digits of account number **6379**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.937 5**

Nonpriority creditor's name and mailing address

**THE ESTATE OF KERRY R SCHWENKE**
**1209 N Olive Avenue**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **2665**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.937 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**THE FARR GROUP PL**
**7479 Conroy Windermere Road Suite D**
**Orlando, FL 32835**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6471**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**THE FARRAR LAW FIRM**
**109 N Palafox Street**
**Pensacola, FL 32502**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4128**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**The Farrell Firm, PLLC**
**3502 Henderson Blvd.**
**Suite 206**
**Tampa, FL 33609**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **0723**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**THE FERGUSON FIRM PLLC**
**41 W 27th Street**
**Riviera Beach, FL 33404**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2892**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**The Ferguson Firm, P.L.L.C.**
**2826 Broadway Avenue**
**Suite 102**
**Riviera Beach, FL 33404**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **9050**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**THE FINCK LAW GROUP PA**
**4040 Commercial Way**
**Spring Hill, FL 34606**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2086**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.938 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**The Firm Law Group, Inc.**
**14100 Palmetto Frontage Road**
**Suite 370**
**Miami Lakes, FL 33016**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9694**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**THE FLORIDA LEGAL ADVOCACY**
**445 NE 8th Avenue**
**Ocala, FL 34470**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6597**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**THE FLORIDA REAL ESTATE FIRM**
**1000 Quayside Terrace**
**Suite 806**
**Miami, FL 33138**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6226**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**The Florida Real Estate Law Firm, PLLC**
**12000 Biscayne Boulevard**
**Suite 221**
**Miami, FL 33181**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0998**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**The Fraga Law Firm**
**17670 Northwest 78th Avenue Suite 212**
**Miami, FL 33015**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8099**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**THE FRANKLIN GROUP PA**
**20350 W Country Club Drive Suite 125**
**Aventura, FL 33180**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2591**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.938 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**The Freeland Eddie Law Group P.A.**
**1400 Dr. Martin Luther King Jr. Way**
**Suite 101**
**Sarasota, FL 34234**

Date(s) debt was incurred  _

Last 4 digits of account number  **0960**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**The Funes Law Firm, P.A.**
**223 E Flager Street 606**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **9293**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**The Getzan Law Firm**
**178 SE Hernando Avenue**
**Lake City, FL 32025**

Date(s) debt was incurred  _

Last 4 digits of account number  **9720**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**The Golden Attorneys, Inc.**
**1141 E. Blue Heron Boulevard**
**Suite 1**
**Riviera Beach, FL 33404**

Date(s) debt was incurred  _

Last 4 digits of account number  **1651**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**The Great Empire Title, L.L.C.**
**1888 Northwest 7th Street**
**Miami, FL 33125**

Date(s) debt was incurred  _

Last 4 digits of account number  **7297**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**The Griffith Law Firm, P.A.**
**2655 Le Jeune Road**
**Suite 1110**
**Coral Gables, FL 33134**

Date(s) debt was incurred  _

Last 4 digits of account number  **6898**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**The Hamisch Law Firm, P.L.L.C.**
**5659 Strand Court Suite 108**
**Naples, FL 34110**

Date(s) debt was incurred  _

Last 4 digits of account number  **7910**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**

Name

Case number (if known) **2:23-bk-01538**

---

| | | |
|---|---|---|
| **3.939 5** | **Nonpriority creditor's name and mailing address** <br> **THE HART LAW FIRM** <br> **Miami Center 22nd Floor** <br> **201 S Biscayne Boulevard** <br> **Miami, FL 33131** | **$25.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number  9370**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.939 6** | **Nonpriority creditor's name and mailing address** <br> **The Harvey Firm, PLLC** <br> **3560 Cardinal Point Drive** <br> **Suite 202** <br> **Jacksonville, FL 32257** | **$25.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number  0983**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.939 7** | **Nonpriority creditor's name and mailing address** <br> **THE HENDRY LAW FIRM PA** <br> **2164 W First Street** <br> **Suite B** <br> **Ft Myers, FL 33901** | **$350.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number  6565**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.939 8** | **Nonpriority creditor's name and mailing address** <br> **The Henin Law Firm. PLLC** <br> **1079 W. Morse Boulevard** <br> **Suite C** <br> **Winter Park, FL 32789** | **$25.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number  0853**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.939 9** | **Nonpriority creditor's name and mailing address** <br> **The Hernandez Legal Group, PLLC** <br> **11410 N. Kendall Drive** <br> **Suite 311** <br> **Miami, FL 33176** | **$75.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number  0833**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.940 0** | **Nonpriority creditor's name and mailing address** <br> **THE HOGAN LAW FIRM LLC** <br> **PO Box 485** <br> **Brooksville, FL 34605** | **$50.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number  2497**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.940**
**1**

Nonpriority creditor's name and mailing address

**THE HON JOHN E ROBERTS**
**P.O. Box 854**
**Marianna, FL 32446-0854**

Date(s) debt was incurred _

Last 4 digits of account number  **5978**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.940**
**2**

Nonpriority creditor's name and mailing address

**THE HON KENNETH B BELL**
**P.O. Box 13147**
**Pensacola, FL 32591-3147**

Date(s) debt was incurred _

Last 4 digits of account number  **2500**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.940**
**3**

Nonpriority creditor's name and mailing address

**THE HON THOMAS D SAWAYA**
**4527 Southeast 2nd Pl**
**Ocala, FL 34471-3208**

Date(s) debt was incurred _

Last 4 digits of account number  **6611**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.940**
**4**

Nonpriority creditor's name and mailing address

**THE HONORABLE MARTIN D KAHN**
**9344 Northwest 48th Doral Terrace**
**Miami, FL 33178-2070**

Date(s) debt was incurred _

Last 4 digits of account number  **2192**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.940**
**5**

Nonpriority creditor's name and mailing address

**THE HORVAT LAW FIRM PLLC**
**15715 S. Dixie Highway**
**Suite 224**
**Palmetto Bay, FL 33157**

Date(s) debt was incurred _

Last 4 digits of account number  **6549**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.940**
**6**

Nonpriority creditor's name and mailing address

**The Houston Law Firm, PL**
**12651 S Dixie Highway Suite 207**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **8246**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.940**
**7**

Nonpriority creditor's name and mailing address

**The Johnson Firm, P.A.**
**P.O. Box 1056**
**Ocoee, FL 34761**

Date(s) debt was incurred _

Last 4 digits of account number  **8941**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.940
8**

**Nonpriority creditor's name and mailing address**

**THE KARP LAW FIRM PA**
**2875 PGA Boulevard Suite 100**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

**Last 4 digits of account number  7536**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.940
9**

**Nonpriority creditor's name and mailing address**

**The Kennelly Law Firm, PL**
**4006 S Macdill Avenue**
**Tampa, FL 33611**

Date(s) debt was incurred _

**Last 4 digits of account number  8784**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.941
0**

**Nonpriority creditor's name and mailing address**

**THE KLEINFELD LAW FIRM**
**8788 Southwest 8th Street**
**Miami, FL 33174**

Date(s) debt was incurred _

**Last 4 digits of account number  7206**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.941
1**

**Nonpriority creditor's name and mailing address**

**THE KRAMER LAW FIRM PA**
**950 N Collier Boulevard**
**Suite 101**
**Marco Island, FL 34145**

Date(s) debt was incurred _

**Last 4 digits of account number  331**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$212.07

---

**3.941
2**

**Nonpriority creditor's name and mailing address**

**The Larned Law Group, P.A.**
**12734 Kenwood Lane**
**Suite 39**
**Ft. Myers, FL 33907**

Date(s) debt was incurred _

**Last 4 digits of account number  0937**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.941
3**

**Nonpriority creditor's name and mailing address**

**THE LAW FIRM OF**
**3034 University Parkway**
**Sarasota, FL 34243**

Date(s) debt was incurred _

**Last 4 digits of account number  2242**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**
_____

| 3.941 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **The Law Firm of Alex Rivero, P.A.**<br>**950 S Pine Island Road**<br>**Suite A150**<br>**Plantation, FL 33324** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Member** | |
| **Last 4 digits of account number  9009** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.941 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **The Law Firm of Douglas Denning, P.L.L.C**<br>**2821 Thaxton Drive Suite 29**<br>**Palm Harbor, FL 34684** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Member** | |
| **Last 4 digits of account number  9951** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.941 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **THE LAW GROUP PL**<br>**8949 Southeast Bridge Road Suite 140**<br>**Hobe Sound, FL 33455** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Member** | |
| **Last 4 digits of account number  2146** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.941 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **THE LAW OFC OF ISAACS WILLIAMS**<br>**2655 N Ocean Drive Suite 502**<br>**Riviera Beach, FL 33404** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Member** | |
| **Last 4 digits of account number  8753** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.941 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **THE LAW OFCS OF CARL H WINSLOW**<br>**106 Hancock Bridge Parkway W Suite D15**<br>**Cape Coral, FL 33991-2092** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Member** | |
| **Last 4 digits of account number  7745** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.941 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| **The Law Off of Michael J. Owen, P.L.L.C.**<br>**615 W. De Leon Street**<br>**Tampa, FL 33606** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Member** | |
| **Last 4 digits of account number  9306** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.942 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
| **THE LAW OFFC OF BOB ARNOLD PA**<br>**80 SW 8th Street**<br>**Suite 2000**<br>**Miami, FL 33130** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Member** | |
| **Last 4 digits of account number  4221** | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.942 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**THE LAW OFFC OF MICHAEL R**
**5340 Northwest 103rd Way**
**Coral Springs, FL 33076**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4344**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.942 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**THE LAW OFFC OF RUTH E JOHNSON**
**8925 Southwest 148th Street Suite 200**
**Miami, FL 33176**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4122**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.942 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.00** |

**THE LAW OFFCS OF PAUL BURKHART**
**800 Village Square Crossing Suite 115**
**Palm Beach Gardens, FL 33410**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6381**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.942 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**THE LAW OFFICE OF**
**115 Smith Lane**
**Ronkonkoma, NY 11779-1724**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5527**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.942 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**THE LAW OFFICE OF**
**2477 E Commercial Boulevard**
**Ft Lauderdale, FL 33308**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4909**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.942 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**THE LAW OFFICE OF**
**4524 Gun Club Road Suite 104**
**West Palm Beach, FL 33415**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4645**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.942
7**

**Nonpriority creditor's name and mailing address**

**THE LAW OFFICE OF**
**2624 Brompton Court**
**Orlando, FL 32833-5519**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2706**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.942
8**

**Nonpriority creditor's name and mailing address**

**THE LAW OFFICE OF**
**125 S State Road 7 Suite 104-336**
**West Palm Beach, FL 33414**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2476**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.942
9**

**Nonpriority creditor's name and mailing address**

**THE LAW OFFICE OF**
**625 W Union Street Suite 2**
**Jacksonville, FL 32202**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8927**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.943
0**

**Nonpriority creditor's name and mailing address**

**THE LAW OFFICE OF**
**7450 Griffin Road Suite 260**
**Davie, FL 33314**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8925**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.943
1**

**Nonpriority creditor's name and mailing address**

**THE LAW OFFICE OF**
**2002 Del Prado Boulevard S Suite 101**
**Cape Coral, FL 33990**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7170**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.943
2**

**Nonpriority creditor's name and mailing address**

**THE LAW OFFICE OF**
**818 Southeast 4th Street Suite 202**
**Ft Lauderdale, FL 33301**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6465**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.943
3**

**Nonpriority creditor's name and mailing address**

**The Law Office of Anthony J. Barrows, LL**
**540 Key Deer Boulevard**
**Big Pine Key, FL 33043**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8377**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.943 4**

Nonpriority creditor's name and mailing address

**THE LAW OFFICE OF AUGUST C**
**1720 Harrison Street**
**Suite 6 C-W**
**Hollywood, FL 33020-6839**

Date(s) debt was incurred _

Last 4 digits of account number  **2185**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.943 5**

Nonpriority creditor's name and mailing address

**THE LAW OFFICE OF BEN ZAERI PA**
**390 W State Road 434 Suite 102**
**Longwood, FL 32750**

Date(s) debt was incurred _

Last 4 digits of account number  **4616**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.943 6**

Nonpriority creditor's name and mailing address

**THE LAW OFFICE OF BRETT A HYDE**
**959 N Cocoa Boulevard Suite 2**
**Cocoa, FL 32922**

Date(s) debt was incurred _

Last 4 digits of account number  **4240**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.943 7**

Nonpriority creditor's name and mailing address

**The Law Office of Bridgette E. Bonet, P.**
**1900 N. Bayshore Drive**
**Unit 1A-126**
**Miami, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number  **0695**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.943 8**

Nonpriority creditor's name and mailing address

**The Law Office of Catherine Cole, P.A.**
**12161 Ken Adams Way**
**Suite 110-Ff**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number  **9739**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.943 9**

Nonpriority creditor's name and mailing address

**The Law Office of Charles B. King, L.L.C**
**56 Myrtle Road**
**Naples, FL 34108**

Date(s) debt was incurred _

Last 4 digits of account number  **7717**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.944 0**

**Nonpriority creditor's name and mailing address**
**The Law Office of Claudel Trajan, P.A.**
**803 Lake Avenue**
**Lake Worth, FL 33460**

Date(s) debt was incurred _

Last 4 digits of account number **0951**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.944 1**

**Nonpriority creditor's name and mailing address**
**The Law Office of Cristina M. Ortiz, P.A**
**8950 SW 74th Court**
**Suite 2201**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **8603**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.944 2**

**Nonpriority creditor's name and mailing address**
**THE LAW OFFICE OF DANA Y MOORE**
**P.O. Box 4745**
**Winter Haven, FL 33885-4745**

Date(s) debt was incurred _

Last 4 digits of account number **4384**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.944 3**

**Nonpriority creditor's name and mailing address**
**The Law Office of Daniel C. Guarnieri, P**
**100 Wallace Avenue Suite 360**
**Sarasota, FL 34237**

Date(s) debt was incurred _

Last 4 digits of account number **9438**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.944 4**

**Nonpriority creditor's name and mailing address**
**The Law Office of Danisa M. Borges, P.A.**
**DBA Borges Law**
**5940 SW 73 Street, Suite 101**
**South Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number **0994**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.944 5**

**Nonpriority creditor's name and mailing address**
**The Law Office of Eric Scott Brumfield, AET II**
**7270 NW 12th Street, Suite 545**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number **7934**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

Debtor   **LTGF Business Trust**                                    Case number (*if known*)   **2:23-bk-01538**
_____
Name

| 3.944 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Law Office of Erika Sexson**
**2300 Marsh Point Road**
**Suite 202**
**Neptune Beach, FL 32266**

Date(s) debt was incurred _

Last 4 digits of account number  **1045**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.944 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**THE LAW OFFICE OF EUNICE PUGA**
**10637 N. Kendall Drive**
**Suite 7-B**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number  **5717**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.944 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Law Office of Gustavo Sardina, P.A.**
**3162 Commodore Plaza Suite 3e**
**Coconut Grove, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number  **7856**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.944 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Law Office of Howard L. Schwartz, P.**
**7781 NW Beacon Square Boulevard**
**Suite 102**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number  **8532**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.945 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**THE LAW OFFICE OF JAMAR JORDAN**
**1756 N Bayshore Drive Suite 20-F**
**Miami, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number  **9589**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.945 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Law Office of Jeffrey D. Ostlie, P.A**
**19 E. Central Boulevard**
**3rd Floor**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number  **7078**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.945<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**The Law Office of Jennifer B. Levy**
**5401 S. Kirkman Road**
**Suite 310**
**Orlando, FL 32819**

Date(s) debt was incurred  _

Last 4 digits of account number  **0712**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.945<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**The Law Office of Joseph Hughes, P.A.**
**515 E. Las Olas Blvd.**
**Suite 120**
**Ft Lauderdale, FL 33301-4261**

Date(s) debt was incurred  _

Last 4 digits of account number  **9516**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.945<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**The Law Office of Justin Rickman**
**780 Almond Street**
**Clermont, FL 34711**

Date(s) debt was incurred  _

Last 4 digits of account number  **9924**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.945<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**The Law Office of Kenneth M. Gordon**
**525 Northlake Boulevard**
**Suite 1**
**North Palm Beach, FL 33408**

Date(s) debt was incurred  _

Last 4 digits of account number  **8401**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.945<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**The Law Office of Latonia D. Jackson, P.**
**P.O. Box 261153te 220**
**Miami, FL 33126-0021**

Date(s) debt was incurred  _

Last 4 digits of account number  **7786**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.945<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**The Law Office of Leighton J. Hyde, P.A.**
**3630 W Kennedy Boulevard**
**Tampa, FL 33609**

Date(s) debt was incurred  _

Last 4 digits of account number  **8441**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9458**

**Nonpriority creditor's name and mailing address**

**THE LAW OFFICE OF LONG H DUONG**
**Second Floor**
**11 Northwest 33rd Court**
**Gainesville, FL 32607**

Date(s) debt was incurred  _

Last 4 digits of account number  **2414**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9459**

**Nonpriority creditor's name and mailing address**

**The Law Office of Lucy C. Collins, P.A.**
**P.O. Box 20186**
**Panama City Beach, FL 32413**

Date(s) debt was incurred  _

Last 4 digits of account number  **9658**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9460**

**Nonpriority creditor's name and mailing address**

**The Law Office of M. Bivins, PLLC**
**P.O. Box 61431**
**Jacksonville, FL 32236**

Date(s) debt was incurred  _

Last 4 digits of account number  **0824**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9461**

**Nonpriority creditor's name and mailing address**

**The Law Office of Mark A. Gotlieb, P.A.**
**1200 N. Federal Highway**
**Suite 200**
**Boca Raton, FL 33432**

Date(s) debt was incurred  _

Last 4 digits of account number  **0627**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9462**

**Nonpriority creditor's name and mailing address**

**THE LAW OFFICE OF MARY E TRASK**
**16500 Burnt Store Road**
**Suite A-104**
**Punta Gorda, FL 33955**

Date(s) debt was incurred  _

Last 4 digits of account number  **1605**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9463**

**Nonpriority creditor's name and mailing address**

**The Law Office of Michael L. Keiber, P.A**
**2557 US Route 27 S.**
**Sebring, FL 33870**

Date(s) debt was incurred  _

Last 4 digits of account number  **6859**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9464**

**Nonpriority creditor's name and mailing address**

**The Law Office of Odelia Goldberg**
**1270 SW 26th Avenue**
**Ft Lauderdale, FL 33312**

Date(s) debt was incurred  _

Last 4 digits of account number  **8250**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.946 5**

**Nonpriority creditor's name and mailing address**
**THE LAW OFFICE OF PAUL A**
**225 S Olive Avenue**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **6124**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.946 6**

**Nonpriority creditor's name and mailing address**
**The Law Office of Paul A. Gionis, PLLC**
**1299 Main Street**
**Suite C**
**Dunedin, FL 34698**

Date(s) debt was incurred _

Last 4 digits of account number  **7243**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.946 7**

**Nonpriority creditor's name and mailing address**
**The Law Office of Philip Stecco, P.A.**
**4020 Southwest 108th Terrace**
**Davie, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number  **9183**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.946 8**

**Nonpriority creditor's name and mailing address**
**The Law Office of Ralph R. Deas, P.A.**
**108 Central Avenue NW**
**Jasper, FL 32025**

Date(s) debt was incurred _

Last 4 digits of account number  **9640**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.946 9**

**Nonpriority creditor's name and mailing address**
**The Law Office of Raymond A. Calderin, P**
**5760 NW 72 Avenue**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number  **0659**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.947 0**

**Nonpriority creditor's name and mailing address**
**The Law Office of Rolando E. Rodriguez**
**1900 S Harbor City Boulevard Suite 333**
**Melbourne, FL 32901**

Date(s) debt was incurred _

Last 4 digits of account number  **8200**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.947**
**1**

**Nonpriority creditor's name and mailing address**
**The Law Office of Ronald J. Conte, P.L.**
**5850 T.G. Lee Boulevard**
**Suite 180**
**Orlando, FL 32822**

Date(s) debt was incurred _

Last 4 digits of account number **8190**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.947**
**2**

**Nonpriority creditor's name and mailing address**
**THE LAW OFFICE OF RUIZ AND**
**3471 N Federal Highway Suite 505**
**Ft Lauderdale, FL 33306**

Date(s) debt was incurred _

Last 4 digits of account number **6356**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.947**
**3**

**Nonpriority creditor's name and mailing address**
**The Law Office of Samantha C. Joseph, PA**
**14274 E. Fish Eagle Dr.**
**Jacksonville, FL 32226**

Date(s) debt was incurred _

Last 4 digits of account number **1049**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.947**
**4**

**Nonpriority creditor's name and mailing address**
**THE LAW OFFICE OF SERENA**
**401 E Las Olas Boulevard Suite 130**
**Ft Lauderdale, FL 33301-2477**

Date(s) debt was incurred _

Last 4 digits of account number **9194**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.947**
**5**

**Nonpriority creditor's name and mailing address**
**THE LAW OFFICE OF THOMAS M**
**2701 NE 14th Street Causeway**
**Suite 3**
**Pompano Beach, FL 33062**

Date(s) debt was incurred _

Last 4 digits of account number **8322**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.947**
**6**

**Nonpriority creditor's name and mailing address**
**The Law Office of Thomas Normandeau**
**1800 W University Avenue**
**Suite 420**
**Gainesville, FL 32603**

Date(s) debt was incurred _

Last 4 digits of account number **0299**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.947**
**7**

**Nonpriority creditor's name and mailing address**
**The Law Office of Travis Koon, P.L.L.C.**
**284 Southwest Baya Drive Suite 101**
**Lake City, FL 32025**

Date(s) debt was incurred _

Last 4 digits of account number **7736**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor    **LTGF Business Trust**                                            Case number (if known)    **2:23-bk-01538**
_____Name_____

| | |
|---|---|
| **3.9478** | |

**Nonpriority creditor's name and mailing address**                     **As of the petition filing date, the claim is:** Check all that apply.        **$25.00**
**The Law Office of V. Mayweather, P.L.L.C**
**501 N. Magnolia Avenue**                                          ■ Contingent
**Orlando, FL 32801**                                               ☐ Unliquidated
                                                                    ☐ Disputed
Date(s) debt was incurred  _
                                                                    **Basis for the claim:  Member**
Last 4 digits of account number  **9550**
                                                                    Is the claim subject to offset?  ■ No   ☐ Yes

---

| |
|---|
| **3.9479** |

**Nonpriority creditor's name and mailing address**                     **As of the petition filing date, the claim is:** Check all that apply.        **$25.00**
**The Law Office of Yana A. Manotas, P.A.**
**1221 Brickell Avenue**                                            ■ Contingent
**Suite 900**                                                       ☐ Unliquidated
**Miami, FL 33131**                                                 ☐ Disputed
Date(s) debt was incurred  _
                                                                    **Basis for the claim:  Member**
Last 4 digits of account number  **9723**
                                                                    Is the claim subject to offset?  ■ No   ☐ Yes

---

| |
|---|
| **3.9480** |

**Nonpriority creditor's name and mailing address**                     **As of the petition filing date, the claim is:** Check all that apply.        **$25.00**
**THE LAW OFFICES OF**
**3020 NE 32nd Avenue**                                             ■ Contingent
**Suite 226**                                                       ☐ Unliquidated
**Ft Lauderdale, FL 33308**                                         ☐ Disputed
Date(s) debt was incurred  _
                                                                    **Basis for the claim:  Member**
Last 4 digits of account number  **6186**
                                                                    Is the claim subject to offset?  ■ No   ☐ Yes

---

| |
|---|
| **3.9481** |

**Nonpriority creditor's name and mailing address**                     **As of the petition filing date, the claim is:** Check all that apply.        **$25.00**
**THE LAW OFFICES OF**
**12000 Biscayne Boulevard Suite 401**                              ■ Contingent
**North Miami, FL 33181**                                           ☐ Unliquidated
                                                                    ☐ Disputed
Date(s) debt was incurred  _
                                                                    **Basis for the claim:  Member**
Last 4 digits of account number  **5836**
                                                                    Is the claim subject to offset?  ■ No   ☐ Yes

---

| |
|---|
| **3.9482** |

**Nonpriority creditor's name and mailing address**                     **As of the petition filing date, the claim is:** Check all that apply.        **$25.00**
**THE LAW OFFICES OF**
**7040 W Palmetto Park Suite 4-634**                                ■ Contingent
**Boca Raton, FL 33433**                                            ☐ Unliquidated
                                                                    ☐ Disputed
Date(s) debt was incurred  _
                                                                    **Basis for the claim:  Member**
Last 4 digits of account number  **9578**
                                                                    Is the claim subject to offset?  ■ No   ☐ Yes

---

| |
|---|
| **3.9483** |

**Nonpriority creditor's name and mailing address**                     **As of the petition filing date, the claim is:** Check all that apply.        **$25.00**
**THE LAW OFFICES OF**
**P.O. Box 261142**                                                 ■ Contingent
**Tampa, FL 33685-1142**                                            ☐ Unliquidated
                                                                    ☐ Disputed
Date(s) debt was incurred  _
                                                                    **Basis for the claim:  Member**
Last 4 digits of account number  **8324**
                                                                    Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.948 4**

**Nonpriority creditor's name and mailing address**
**THE LAW OFFICES OF**
**10800 Biscayne Boulevard**
**Suite 650**
**North Miami, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number **7827**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.948 5**

**Nonpriority creditor's name and mailing address**
**THE LAW OFFICES OF A PAOLI PA**
**1720 Harrison Street**
**Suite 8C**
**Hollywood, FL 33020-6828**

Date(s) debt was incurred _

Last 4 digits of account number **4540**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.948 6**

**Nonpriority creditor's name and mailing address**
**The Law Offices of A.K. Esquire, PLLC**
**2737 E. Oakland Park Boulevard**
**Suite A**
**Fort Lauderdale, FL 33306**

Date(s) debt was incurred _

Last 4 digits of account number **0969**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.948 7**

**Nonpriority creditor's name and mailing address**
**The Law Offices of Alonso and Ali, P.A.**
**8501 SW 124th Avenue**
**Suite 203A**
**Miami, FL 33183**

Date(s) debt was incurred _

Last 4 digits of account number **0859**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.948 8**

**Nonpriority creditor's name and mailing address**
**The Law Offices of Carter J. Adams, P.A.**
**290 Cypress Gardens Boulevard**
**Winter Haven, FL 33884**

Date(s) debt was incurred _

Last 4 digits of account number **0865**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.948 9**

**Nonpriority creditor's name and mailing address**
**The Law Offices of Charles E.**
**20 South Rose Avenue Suite 3b**
**Kissimmee, FL 34741**

Date(s) debt was incurred _

Last 4 digits of account number **8212**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.949 0**

**Nonpriority creditor's name and mailing address**

**THE LAW OFFICES OF FRANK**
Frank Comparetto Jr.
2000 E. Edgewood Drive, Suite 108
Lakeland, FL 33803-3638

Date(s) debt was incurred _

Last 4 digits of account number **4365**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.949 1**

**Nonpriority creditor's name and mailing address**

**THE LAW OFFICES OF GISSELLE**
3182 W 76th Street
Hialeah, FL 33018-3886

Date(s) debt was incurred _

Last 4 digits of account number **2348**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.949 2**

**Nonpriority creditor's name and mailing address**

**The Law Offices of H. William Vazquez, P**
5401 S. Kirkman Road
Suite 310
Orlando, FL 32819

Date(s) debt was incurred _

Last 4 digits of account number **7208**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.949 3**

**Nonpriority creditor's name and mailing address**

**The Law Offices of Hernan Cortes Rodrigu**
P.O. Box 421877
Kissimmee, FL 32742-1877

Date(s) debt was incurred _

Last 4 digits of account number **7584**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.949 4**

**Nonpriority creditor's name and mailing address**

**The Law Offices of J. Paul Fanning, P.A.**
415 N Laurel Drive
Margate, FL 33063

Date(s) debt was incurred _

Last 4 digits of account number **0049**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.949 5**

**Nonpriority creditor's name and mailing address**

**THE LAW OFFICES OF JASON A**
1792 Bell Tower Lane
Weston, FL 33326

Date(s) debt was incurred _

Last 4 digits of account number **6196**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.949 6**

**Nonpriority creditor's name and mailing address**

**THE LAW OFFICES OF JOSEPH P**
14261 Commerce Way
#103
Miami Lakes, FL 33016

Date(s) debt was incurred _

Last 4 digits of account number **5521**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.949 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**The Law Offices of Joy P. Ewertz, P.A.**
P.O. Box 547381
Orlando, FL 32854

Date(s) debt was incurred  _

Last 4 digits of account number  **7198**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.949 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**The Law Offices of La'Trese K. Mcphee, P**
3350 Southwest 148th Avenue Suite 110
Miramar, FL 33027

Date(s) debt was incurred  _

Last 4 digits of account number  **8280**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.949 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**The Law Offices of Markeishia L. Smith,**
131 N. 6th Street
Haines City, FL 33844

Date(s) debt was incurred  _

Last 4 digits of account number  **0980**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.950 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**The Law Offices of Ramirez, P.L.L.C.**
5246 Southwest 8th Street Suite 206-B
Coral Gables, FL 33134

Date(s) debt was incurred  _

Last 4 digits of account number  **8419**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.950 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**The Law Offices of Robert J. Longchamps,**
4440 PGA Boulevard
Suite 600
Palm Beach Gardens, FL 33410

Date(s) debt was incurred  _

Last 4 digits of account number  **6429**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.950 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**THE LAW OFFICES OF RONALD E**
2332 Galiano Street 2nd Floor
Coral Gables, FL 33134

Date(s) debt was incurred  _

Last 4 digits of account number  **6243**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.950 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**The Law Offices of Stephanie A. Cruz, P.**
**14100 Palmetto Frontage road**
**#100**
**Miami Lakes, FL 33016**

Date(s) debt was incurred  _

Last 4 digits of account number  **0222**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.950 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**The Law Offices of Travis R. Walker, P.A**
**1235 SE Indian Street**
**Suite 101**
**Stuart, FL 34997**

Date(s) debt was incurred  _

Last 4 digits of account number  **7573**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.950 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**The Law Offices of Trujillo and Zamora,**
**d/b/a Tru Legal**
**7900 NW 155th Street, Suite 104**
**Miami Lakes, FL 33016-5844**

Date(s) debt was incurred  _

Last 4 digits of account number  **0762**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.950 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**THE LAW OFFICES OF VAN NESS &**
**46 N Washington Boulevard Suite 9**
**Sarasota, FL 34236**

Date(s) debt was incurred  _

Last 4 digits of account number  **7721**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.950 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**The Law Offices of Walker Dixon, P.A.**
**1001 Cypress Creek Road**
**Suite 306A**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred  _

Last 4 digits of account number  **9869**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| 3.950 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**The Lee Law Firm, PL**
**121 S Orange Avenue Suite 1270**
**Orlando, FL 32801**

Date(s) debt was incurred  _

Last 4 digits of account number  **7139**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.9509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**THE LEGAIR LAW FIRM PA**
5240 S. University Drive
Suite 102
Davie, FL 33328

Date(s) debt was incurred _
Last 4 digits of account number  2505

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**The Lieberman Law Firm, P.A.**
20801 Biscayne Boulevard
Suite 304
Miami, FL 33180

Date(s) debt was incurred _
Last 4 digits of account number  7851

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**THE LIT LAW GROUP PA**
2364 Boy Scout Road Suite 200
Clearwater, FL 33763

Date(s) debt was incurred _
Last 4 digits of account number  6638

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |

**THE LUCKEY LAW FIRM PA**
P.O. Box 1820
Labelle, FL 33975

Date(s) debt was incurred _
Last 4 digits of account number  4701

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**The Lyons Law Group, P.A.**
4103 Little Road
New Port Richey, FL 34655

Date(s) debt was incurred _
Last 4 digits of account number  8227

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**The Marecki Law Firm, P.A.**
8461 Lake Worth Road
Suite 209
Lake Worth, FL 33467

Date(s) debt was incurred _
Last 4 digits of account number  9298

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |

**THE MCCOLLUM LAW FIRM PL**
129 S Commerce Avenue
Sebring, FL 33870-3602

Date(s) debt was incurred _
Last 4 digits of account number  4686

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | LTGF Business Trust | Case number (if known) | 2:23-bk-01538 |
|---|---|---|---|
| | Name | | |

---

**3.951 6**

**Nonpriority creditor's name and mailing address**
**The Metka Law Firm, P.A.**
**1135 East Avenue**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number  **8669**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.951 7**

**Nonpriority creditor's name and mailing address**
**THE MILLHORN LAW FIRM**
**13710 US 441 Suite 100**
**Lady Lake, FL 32159**

Date(s) debt was incurred _

Last 4 digits of account number  **6599**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.951 8**

**Nonpriority creditor's name and mailing address**
**THE MOORE LAW FIRM PA**
**P.O. Box 746**
**Niceville, FL 32588**

Date(s) debt was incurred _

Last 4 digits of account number  **5434**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.951 9**

**Nonpriority creditor's name and mailing address**
**THE MORALES LAW FIRM PA**
**1100 5th Avenue S Suite 201**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number  **8682**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.952 0**

**Nonpriority creditor's name and mailing address**
**The Morgan Law Group, P.A.**
**55 Merrick Way**
**Suite 404**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **9434**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.952 1**

**Nonpriority creditor's name and mailing address**
**THE MOXAM LAW GROUP PA**
**9569 Southwest 1st Court**
**Coral Springs, FL 33071-7390**

Date(s) debt was incurred _

Last 4 digits of account number  **4812**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.952 2**

**Nonpriority creditor's name and mailing address**
**The Nazareth Law Firm, P.A.**
**625 E Colonial Drive**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number **6502**

**As of the petition filing date, the claim is:** *Check all that apply.*

�järvi Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.952 3**

**Nonpriority creditor's name and mailing address**
**The Nye-Schmitz Law Firm, P.A.**
**3447 Pine Ridge Road**
**Suite 101**
**Naples, FL 34109-3927**

Date(s) debt was incurred _

Last 4 digits of account number **8655**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.952 4**

**Nonpriority creditor's name and mailing address**
**THE OFFICES OF PATRICE PALDINO**
**1160 N 13th Square**
**Vero Beach, FL 32960-2100**

Date(s) debt was incurred _

Last 4 digits of account number **9302**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.952 5**

**Nonpriority creditor's name and mailing address**
**The Orlando Law Group**
**12301 Lake Underhill Road Suite 213**
**Orlando, FL 32828**

Date(s) debt was incurred _

Last 4 digits of account number **8295**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.952 6**

**Nonpriority creditor's name and mailing address**
**THE PAPPAS LAW FIRM PA**
**225 E Robinson Street Suite 540**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **6573**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.952 7**

**Nonpriority creditor's name and mailing address**
**The Paulter Law Firm, P.L.L.C.**
**166 Lookout Place**
**Suite 200**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number **0178**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.952 8**

**Nonpriority creditor's name and mailing address**
**The Perazzo Law Firm, P.A.**
**16666 NE 19th Avenue**
**Suite 110**
**North Miami Beach, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number **9996**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**
_____

---

| 3.952 9 | **Nonpriority creditor's name and mailing address**<br>**The Perry Law Group, L.L.C.**<br>**37 N. Orange Avenue**<br>**Suite 500**<br>**Orlando, FL 32801**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **9926** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |
|---|---|---|---|

---

| 3.953 0 | **Nonpriority creditor's name and mailing address**<br>**THE PLANTE LAW GROUP PLC**<br>**806 N. Armenia Avenue**<br>**Tampa, FL 33609**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **2598** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |
|---|---|---|---|

---

| 3.953 1 | **Nonpriority creditor's name and mailing address**<br>**The Powell Law Firm, P.A.**<br>**18001 Old Cutler Road Suite 646**<br>**Palmetto Bay, FL 33157**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **7123** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |
|---|---|---|---|

---

| 3.953 2 | **Nonpriority creditor's name and mailing address**<br>**The Premier Legal Group**<br>**1799 Northeast 164th Street Suite 117**<br>**North Miami Beach, FL 33162**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **9757** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |
|---|---|---|---|

---

| 3.953 3 | **Nonpriority creditor's name and mailing address**<br>**The Pryor Law Group, P.A.**<br>**4901 NW 17th Way**<br>**Suite 605**<br>**Ft. Lauderdale, FL 33309**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **0908** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |
|---|---|---|---|

---

| 3.953 4 | **Nonpriority creditor's name and mailing address**<br>**THE PURDY LAW GROUP PA**<br>**1022 W Martin Luther King Boulevard**<br>**Seffner, FL 33584**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **2549** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Member**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |
|---|---|---|---|

---

| | |
|---|---|
| Debtor | **LTGF Business Trust** |
| | Name |

Case number (if known) **2:23-bk-01538**

---

**3.953 5**

**Nonpriority creditor's name and mailing address**

**THE REAL ESTATE CLOSING CENTER**
**921 W 46th Street**
**Miami Beach, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number **6264**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.953 6**

**Nonpriority creditor's name and mailing address**

**THE REAL ESTATE LAW FIRM PLC**
**Courvoisier Courts**
**701 Brickell Key Boulevard Suite Cu-1**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **7851**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.953 7**

**Nonpriority creditor's name and mailing address**

**THE RHODES LAW FIRM**
**370 E. Interlake Boulevard**
**Lake Placid, FL 33852**

Date(s) debt was incurred _

Last 4 digits of account number **7758**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.953 8**

**Nonpriority creditor's name and mailing address**

**The Richards Law Group, P.L.L.C.**
**146 S. Atlantic Avenue**
**Ormond Beach, FL 32176**

Date(s) debt was incurred _

Last 4 digits of account number **6835**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.953 9**

**Nonpriority creditor's name and mailing address**

**THE RILEY LAW FIRM PA**
**4805 W Laurel Street Suite 230**
**Tampa, FL 33607**

Date(s) debt was incurred _

Last 4 digits of account number **4262**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.954 0**

**Nonpriority creditor's name and mailing address**

**THE RINALDO LAW FIRM PA**
**1102 S Florida Avenue**
**Lakeland, FL 33803**

Date(s) debt was incurred _

Last 4 digits of account number **1830**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.954 1**

**Nonpriority creditor's name and mailing address**

**THE ROBERT LAW GROUP LLC D/B/A**
**155 Northeast 96th Street**
**Miami Shores, FL 33138**

Date(s) debt was incurred _

Last 4 digits of account number **7860**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.954 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**THE RUDY J VAZMINA LAW GROUP**
**2014 Fourth Street**
**Sarasota, FL 34237-4304**

Date(s) debt was incurred _

Last 4 digits of account number  **4768**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.954 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**THE SANDLER LAW GROUP PL**
**5110 Eisenhower Boulevard Suite 102**
**Tampa, FL 33634**

Date(s) debt was incurred _

Last 4 digits of account number  **0593**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.954 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**The Sarmina Cetraro Law Group, P.A.**
**12550 Biscayne Boulevard Suite 800**
**Miami, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number  **7587**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.954 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|

**THE SAVAGE-GASTON LAW FIRM PA**
**5401 S Kirkman Road Suite 310**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number  **7211**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.954 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**THE SCHIFFMAN LAW GROUP PA**
**2875 Northeast 191st Street Suite 404**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number  **5000**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.954 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |
|---|---|---|---|

**THE SCHWEIKHARDT LAW FIRM PA**
**900 Sixth Avenue S Suite 203**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number  **4944**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9548**

**Nonpriority creditor's name and mailing address**

**The Seagrave Law Office, P.L.L.C.**
**100 Cessna Boulevard**
**Suite 1A**
**Port Orange, FL 32128**

Date(s) debt was incurred _

Last 4 digits of account number  **8978**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.9549**

**Nonpriority creditor's name and mailing address**

**THE SHAMS LAW FIRM PA**
**Suite 110**
**1015 Maitland Commons Boulevard**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number  **5516**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.9550**

**Nonpriority creditor's name and mailing address**

**The Siddiqi Law Firm, P.A.**
**12039 SW 132nd Court**
**Suite 30**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number  **7039**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.9551**

**Nonpriority creditor's name and mailing address**

**The Skeen Law Group, P.A.**
**2450 Hollywood Boulevard**
**Suite 105**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number  **9338**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.9552**

**Nonpriority creditor's name and mailing address**

**THE SOLOMON LAW GROUP PA**
**1881 W Kennedy Boulevard**
**Tampa, FL 33606-1606**

Date(s) debt was incurred _

Last 4 digits of account number  **8713**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.9553**

**Nonpriority creditor's name and mailing address**

**The Spiller Firm, PL**
**P.O. Box 2295**
**Jacksonville, FL 32203**

Date(s) debt was incurred _

Last 4 digits of account number  **7240**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

| 3.955 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**The Stiell Law Firm, P.A.**
PO Box 5423
Tallahassee, FL 32314

Date(s) debt was incurred _

Last 4 digits of account number **0623**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.955 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**The Strems Law Firm, P.A.**
2555 Ponce De Leon Boulevard Suite 210
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number **8764**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.955 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**The Sulte Law Firm, P.A.**
3416 W Swann Avenue
Tampa, FL 33609

Date(s) debt was incurred _

Last 4 digits of account number **8743**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.955 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**THE THOMAS LAW FIRM**
1100 Northeast 163rd Street Suite 402
North Miami Beach, FL 33162

Date(s) debt was incurred _

Last 4 digits of account number **0536**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.955 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**THE THOMAS LAW GROUP PA**
445 E Palmetto Park Road
Boca Raton, FL 33432

Date(s) debt was incurred _

Last 4 digits of account number **2131**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.955 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**THE THOMAS LAW GROUP PA**
445 East Palmetto Park Road
Boca Raton, FL 33432

Date(s) debt was incurred _

Last 4 digits of account number **2122**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.956 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**THE TORRE LAW FIRM PL**
921 N Pennsylvania Avenue
Winter Park, FL 32789

Date(s) debt was incurred _

Last 4 digits of account number **6583**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

**3.956 1**

Nonpriority creditor's name and mailing address
**THE TR LEWIS LAW GROUP PA**
**2200 Wilson Boulevard Suite 102-50**
**Arlington, VA 22201**

Date(s) debt was incurred  _

Last 4 digits of account number  **0309**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.956 2**

Nonpriority creditor's name and mailing address
**THE TREUSCH LAW GROUP PA**
**449 W Silverstar Road Unit 845**
**Ocoee, FL 34761-8035**

Date(s) debt was incurred  _

Last 4 digits of account number  **6628**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.956 3**

Nonpriority creditor's name and mailing address
**THE TULLO LAW FIRM PLLC**
**2202 N West Shore Boulevard Suite 200**
**Tampa, FL 33607**

Date(s) debt was incurred  _

Last 4 digits of account number  **2499**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.956 4**

Nonpriority creditor's name and mailing address
**THE UNGER LAW GROUP PL**
**Metz Law Firm P.A.**
**15930 US Highway 441 Suite B**
**Eustis, FL 32726**

Date(s) debt was incurred  _

Last 4 digits of account number  **4336**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.956 5**

Nonpriority creditor's name and mailing address
**THE WALLACE LAW GROUP PL**
**2500 Quantum Lakes Drive**
**Suite 203**
**Boynton Beach, FL 33426**

Date(s) debt was incurred  _

Last 4 digits of account number  **6379**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.956 6**

Nonpriority creditor's name and mailing address
**THE WALTON LAW FIRM**
**200 S. Biscayne Boulevard**
**Suite 2790**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **8686**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9567**

**Nonpriority creditor's name and mailing address**
**The Weber Law Group, P.L.L.C.**
**401 E Las Olas Boulevard**
**Suite 1400**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _
Last 4 digits of account number **8477**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.9568**

**Nonpriority creditor's name and mailing address**
**THE WEITZ LAW FIRM PA D/B/A**
**18305 Biscayne Boulevard Suite 214**
**Aventura, FL 33160**

Date(s) debt was incurred _
Last 4 digits of account number **7168**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.9569**

**Nonpriority creditor's name and mailing address**
**The Winig Law Firm, P.A.**
**The Barrister's Building**
**1615 Forum Place Suite 3a**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _
Last 4 digits of account number **8000**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.9570**

**Nonpriority creditor's name and mailing address**
**THE WOODS GROUP LLC**
**5201 Blue Lagoon Drive Suite 340**
**Miami, FL 33126**

Date(s) debt was incurred _
Last 4 digits of account number **9702**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.9571**

**Nonpriority creditor's name and mailing address**
**The Young Law Firm of Florida, L.L.C.**
**1115 E Livingston Street**
**Orlando, FL 32803**

Date(s) debt was incurred _
Last 4 digits of account number **9100**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.9572**

**Nonpriority creditor's name and mailing address**
**THE ZEINI LAW FIRM**
**3361 Rouse Road Suite 120**
**Orlando, FL 32817**

Date(s) debt was incurred _
Last 4 digits of account number **2190**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.9573**

**Nonpriority creditor's name and mailing address**
**THE ZEINI LAW FIRM**
**422 S. Alafaya Trail**
**Suite 17**
**Orlando, FL 32828**

Date(s) debt was incurred _
Last 4 digits of account number **8716**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.957
4**

**Nonpriority creditor's name and mailing address**

**THEODORE C STEFFENS**
**160 Shiloh Circle**
**Durango, CO 81301**

Date(s) debt was incurred _

Last 4 digits of account number  **5157**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.957
5**

**Nonpriority creditor's name and mailing address**

**THEODORE C TAUB PA**
**P.O. Box 405**
**Tampa, FL 33601**

Date(s) debt was incurred _

Last 4 digits of account number  **3955**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.957
6**

**Nonpriority creditor's name and mailing address**

**THEODORE F BRILL PA**
**300 South Pine Island Road Suite 237**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **196**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.957
7**

**Nonpriority creditor's name and mailing address**

**THEODORE F ZENTNER**
**220 S Ridgewood Avenue Suite 250**
**Daytona Beach, FL 32114-1871**

Date(s) debt was incurred _

Last 4 digits of account number  **1183**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.957
8**

**Nonpriority creditor's name and mailing address**

**THEODORE H VAN DEVENTER**
**1550 Coluso Drive**
**Winter Garden, FL 34787**

Date(s) debt was incurred _

Last 4 digits of account number  **8359**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.957
9**

**Nonpriority creditor's name and mailing address**

**THEODORE J RECHEL**
**2913 Busch Lake Boulevard**
**Tampa, FL 33614-1860**

Date(s) debt was incurred _

Last 4 digits of account number  **4801**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.958 0**

**Nonpriority creditor's name and mailing address**

**THEODORE K EGNER**
**3067 E Commercial Boulevard**
**Suite 203**
**Ft Lauderdale, FL 33308-4311**

Date(s) debt was incurred _

Last 4 digits of account number **4997**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.958 1**

**Nonpriority creditor's name and mailing address**

**THEODORE M BURT**
**P.O. Box 308**
**Trenton, FL 32693**

Date(s) debt was incurred _

Last 4 digits of account number **6889**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.958 2**

**Nonpriority creditor's name and mailing address**

**Theodore M. Simon Counselor at Law**
**5476 Enclave Crossing Way**
**Suite T-1**
**Delray Beach, FL 33484**

Date(s) debt was incurred _

Last 4 digits of account number **9563**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.958 3**

**Nonpriority creditor's name and mailing address**

**THEODORE N TAYLOR**
**202 S Collins Street Suite 1**
**Plant City, FL 33563-5532**

Date(s) debt was incurred _

Last 4 digits of account number **8139**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.958 4**

**Nonpriority creditor's name and mailing address**

**THEODORE PARKER**
**Parker & Associates P.A.**
**1800 2nd Street, Suite 819**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number **6590**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.958 5**

**Nonpriority creditor's name and mailing address**

**THEODORE R BAYER**
**Dadeland Towers**
**9400 S Dadeland Boulevard Suite 300**
**Miami, FL 33156-2832**

Date(s) debt was incurred _

Last 4 digits of account number **4513**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.958 6**

**Nonpriority creditor's name and mailing address**

**THEODORE R GAY**
**Department of Professional Regulation**
**401 Northwest 2nd Avenue Suite N607**
**Miami, FL 33128**

Date(s) debt was incurred _

Last 4 digits of account number **4733**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.958 7**

**Nonpriority creditor's name and mailing address**

**THEODORE R NELSON**
**P O Box 54-6530**
**Surfside, FL 33154-2040**

Date(s) debt was incurred _

Last 4 digits of account number **0352**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.958 8**

**Nonpriority creditor's name and mailing address**

**THEODORE R SCHOFNER**
**2117 Indian Rocks Road**
**Largo, FL 34644**

Date(s) debt was incurred _

Last 4 digits of account number **6969**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.958 9**

**Nonpriority creditor's name and mailing address**

**THEODORE SWAEBE PA**
**2260 Southwest 8th Street Suite 203**
**Miami, FL 33135**

Date(s) debt was incurred _

Last 4 digits of account number **9420**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.959 0**

**Nonpriority creditor's name and mailing address**

**THEODORE W GEITHMAN**
**2290 Buckskin Drive**
**Englewood, FL 34223-2209**

Date(s) debt was incurred _

Last 4 digits of account number **5317**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,454.39**

---

**3.959 1**

**Nonpriority creditor's name and mailing address**

**THEODORE W GEITHMAN**
**2290 Buckskin Drive**
**Englewood, FL 34223**

Date(s) debt was incurred _

Last 4 digits of account number **5317**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.959 2**

**Nonpriority creditor's name and mailing address**

**THEODORE ZELMAN**
**Edgemont Office Park**
**5633 Naples Boulevard**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number **6133**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.959 3**

Nonpriority creditor's name and mailing address
**THERESA A BOWMAN PA**
**14339 Smith Sundy Road**
**Delray Beach, FL 33448**

Date(s) debt was incurred _

Last 4 digits of account number **7295**

As of the petition filing date, the claim is: Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.959 4**

Nonpriority creditor's name and mailing address
**THERESA G PIZZO**
**205 N Pine Street**
**North Massapequa, NY 11758-2809**

Date(s) debt was incurred _

Last 4 digits of account number **8756**

As of the petition filing date, the claim is: Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.959 5**

Nonpriority creditor's name and mailing address
**THERESA PETERSON**
**2425 Hollywood Boulevard**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number **3829**

As of the petition filing date, the claim is: Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.959 6**

Nonpriority creditor's name and mailing address
**THERREL BAISDEN PA**
**Accounting Department**
**One Southeast 3rd Avenue Suite 2950**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **289**

As of the petition filing date, the claim is: Check all that apply.

$52,487.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.959 7**

Nonpriority creditor's name and mailing address
**THOMAS & THOMAS PA**
**242 Chase Avenue**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number **6233**

As of the petition filing date, the claim is: Check all that apply.

$12,740.45

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.959 8**

Nonpriority creditor's name and mailing address
**THOMAS A BARBA**
**1470 Southwest 21st Lane**
**Boca Raton, FL 33486**

Date(s) debt was incurred _

Last 4 digits of account number **5987**

As of the petition filing date, the claim is: Check all that apply.

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.959 9**

Nonpriority creditor's name and mailing address
**THOMAS A EDWARDS**
**P.O. Box 331122**
**Miami, FL 33233**

Date(s) debt was incurred _

Last 4 digits of account number **7884**

As of the petition filing date, the claim is: Check all that apply.

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.960 0**

**Nonpriority creditor's name and mailing address**

**THOMAS A FOGT**
**736 Colorado Avenue**
**Stuart, FL 34994-3018**

Date(s) debt was incurred _

Last 4 digits of account number  **6979**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$125.00**

---

**3.960 1**

**Nonpriority creditor's name and mailing address**

**THOMAS A HASIS**
**P.O. Box 5968**
**Lighthouse Point, FL 33074**

Date(s) debt was incurred _

Last 4 digits of account number  **6852**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.960 2**

**Nonpriority creditor's name and mailing address**

**THOMAS A MOSELEY**
**1724 Manatee Avenue W.**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number  **8193**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.960 3**

**Nonpriority creditor's name and mailing address**

**THOMAS A ROMAN PA**
**2196 Main Street Suite L**
**Dunedin, FL 34698-5650**

Date(s) debt was incurred _

Last 4 digits of account number  **8179**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$350.00**

---

**3.960 4**

**Nonpriority creditor's name and mailing address**

**THOMAS A SPEER**
**P.O. Box 1364**
**Sanford, FL 32772-1364**

Date(s) debt was incurred _

Last 4 digits of account number  **5816**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.960 5**

**Nonpriority creditor's name and mailing address**

**THOMAS A THOMAS JR**
**4271 N Pine Island Road**
**Sunrise, FL 33351**

Date(s) debt was incurred _

Last 4 digits of account number  **7957**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.960 6**

**Nonpriority creditor's name and mailing address**

**THOMAS A TILSON**
**48 Northeast 15th Street 2nd Floor**
**Homestead, FL 33030-4507**

Date(s) debt was incurred _

Last 4 digits of account number  **0601**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.960 7**

**Nonpriority creditor's name and mailing address**

**THOMAS A TRUEX**
**3716 Southwest 64th Avenue**
**Davie, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number  **0323**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.960 8**

**Nonpriority creditor's name and mailing address**

**THOMAS A. SMITH**
**308 S. Fielding Avenue**
**Tampa, FL 33606-2225**

Date(s) debt was incurred _

Last 4 digits of account number  **4006**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.960 9**

**Nonpriority creditor's name and mailing address**

**THOMAS AND THOMAS PA**
**1917 Harrison Street**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number  **7956**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.961 0**

**Nonpriority creditor's name and mailing address**

**THOMAS B DRAGE JR**
**P.O. Box 87**
**Orlando, FL 32802-0087**

Date(s) debt was incurred _

Last 4 digits of account number  **5108**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.961 1**

**Nonpriority creditor's name and mailing address**

**THOMAS BALIKES**
**2301 Southwest 7th Avenue**
**Miami, FL 33129-1942**

Date(s) debt was incurred _

Last 4 digits of account number  **6450**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.961 2**

**Nonpriority creditor's name and mailing address**

**THOMAS C HOUCK**
**475 Minutemen Causeway**
**Cocoa Beach, FL 32931**

Date(s) debt was incurred _

Last 4 digits of account number  **7421**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.961 3**

**Nonpriority creditor's name and mailing address**
**THOMAS C JENNINGS III**
**Repka & Jennings, P.A.**
**711 Pinellas Street**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number **2330**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.961 4**

**Nonpriority creditor's name and mailing address**
**THOMAS C LITTLE**
**Thomas C. Little P.A.**
**2123 Northeast Coachman Road Suite A**
**Clearwater, FL 34625-2616**

Date(s) debt was incurred _

Last 4 digits of account number **7252**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.961 5**

**Nonpriority creditor's name and mailing address**
**THOMAS C O'BANNON**
**2411 Southeast 30th Street**
**Melrose, FL 32666-5106**

Date(s) debt was incurred _

Last 4 digits of account number **2057**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.961 6**

**Nonpriority creditor's name and mailing address**
**THOMAS C PALMER**
**3301 Tamiami Trail E Building F**
**Naples, FL 34112-4962**

Date(s) debt was incurred _

Last 4 digits of account number **7508**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.961 7**

**Nonpriority creditor's name and mailing address**
**THOMAS C RANEW JR PA**
**P.O. Box 956**
**Silver Springs, FL 34489-0956**

Date(s) debt was incurred _

Last 4 digits of account number **7255**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$350.00**

---

**3.961 8**

**Nonpriority creditor's name and mailing address**
**THOMAS C RAUCH**
**201 West Big Beaver Road Suite 600**
**Troy, MI 48084**

Date(s) debt was incurred _

Last 4 digits of account number **4982**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor     **LTGF Business Trust**
_____
Name

Case number (if known)     **2:23-bk-01538**

| | |
|---|---|
| **3.9619** | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **3.9619** | |

**Nonpriority creditor's name and mailing address**
**THOMAS C SANTORO**
**1700 Wells Road Suite 5**
**Orange Park, FL 32073**

Date(s) debt was incurred _

Last 4 digits of account number  **0503**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.9620**

**Nonpriority creditor's name and mailing address**
**THOMAS C TYLER JR PA**
**981 Ridgewood Avenue Suite 104**
**Venice, FL 34292**

Date(s) debt was incurred _

Last 4 digits of account number  **7616**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.9621**

**Nonpriority creditor's name and mailing address**
**THOMAS C VALENTINE**
**1800 Second Street Suite 803**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number  **2100**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.9622**

**Nonpriority creditor's name and mailing address**
**THOMAS C WALSER**
**7015 Beracasa Way Suite 201**
**Boca Raton, FL 33433-3453**

Date(s) debt was incurred _

Last 4 digits of account number  **8553**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$70.00

---

**3.9623**

**Nonpriority creditor's name and mailing address**
**THOMAS C WILKINSON**
**P.O. Box 138**
**Marianna, FL 32447**

Date(s) debt was incurred _

Last 4 digits of account number  **4927**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.9624**

**Nonpriority creditor's name and mailing address**
**THOMAS D LARDIN**
**1901 W Cypress Creek Road**
**Suite 415 Bank Atlantic Building**
**Ft Lauderdale, FL 33309-1864**

Date(s) debt was incurred _

Last 4 digits of account number  **1035**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.9625**

**Nonpriority creditor's name and mailing address**
**THOMAS D LUMPKIN II**
**2655 Le Jeune Road**
**5th Floor**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **6720**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.962 6**

**Nonpriority creditor's name and mailing address**

**THOMAS D RIELLY PA**
**3418 Poinsettia Avenue**
**West Palm Beach, FL 33407**

Date(s) debt was incurred _

Last 4 digits of account number  **7803**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.962 7**

**Nonpriority creditor's name and mailing address**

**THOMAS D WOODSON**
**P.O. Box 580809**
**Orlando, FL 32858-0809**

Date(s) debt was incurred _

Last 4 digits of account number  **4737**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.962 8**

**Nonpriority creditor's name and mailing address**

**THOMAS D WRIGHT**
**9711 Overseas Highway**
**Marathon, FL 33050**

Date(s) debt was incurred _

Last 4 digits of account number  **3785**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.962 9**

**Nonpriority creditor's name and mailing address**

**THOMAS D WRIGHT**
**340 N Causeway**
**New Smyrna Beach, FL 32169**

Date(s) debt was incurred _

Last 4 digits of account number  **6676**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.963 0**

**Nonpriority creditor's name and mailing address**

**THOMAS D. STAFFORD**
**2201 N. Andrews Ave.**
**Ft Lauderdale, FL 33311-3922**

Date(s) debt was incurred _

Last 4 digits of account number  **5374**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.963 1**

**Nonpriority creditor's name and mailing address**

**THOMAS DAVISON IV**
**9510 SW 63rd Court**
**Pinecrest, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **7255**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor __LTGF Business Trust_____     Case number (if known)  __2:23-bk-01538__
           Name

---

| 3.963 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**THOMAS E ALLISON**
**1401 61st Street S**
**St Petersburg, FL 33707-3246**

Date(s) debt was incurred _

Last 4 digits of account number  **6896**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.963 3 | Nonpriority creditor's name and mailing address | | **$125.00** |
|---|---|---|---|

**THOMAS E CONE JR**
**150 Whitaker Road**
**Suite A**
**Lutz, FL 33549-5789**

Date(s) debt was incurred _

Last 4 digits of account number  **0772**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.963 4 | Nonpriority creditor's name and mailing address | | **$25.00** |
|---|---|---|---|

**THOMAS E DOSS III**
**P.O. Box 196248**
**Winter Springs, FL 32719-6248**

Date(s) debt was incurred _

Last 4 digits of account number  **7444**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.963 5 | Nonpriority creditor's name and mailing address | | **$100.00** |
|---|---|---|---|

**THOMAS E HUNT PA**
**1528 Northeast 16th Avenue**
**Ft Lauderdale, FL 33304-4849**

Date(s) debt was incurred _

Last 4 digits of account number  **5903**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.963 6 | Nonpriority creditor's name and mailing address | | **$25.00** |
|---|---|---|---|

**THOMAS E MALONEY**
**3050 N. Horseshoe Drive**
**Suite 105**
**Naples, FL 34104**

Date(s) debt was incurred _

Last 4 digits of account number  **0818**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.963 7 | Nonpriority creditor's name and mailing address | | **$275.00** |
|---|---|---|---|

**THOMAS E MOOREY**
**1430 Royal Palm Square Boulevard**
**Suite 105**
**Ft Myers, FL 33919-1071**

Date(s) debt was incurred _

Last 4 digits of account number  **6073**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.963 8 | Nonpriority creditor's name and mailing address | | **$25.00** |
|---|---|---|---|

**THOMAS E SCOTT**
**4120 Cedar Creek Road**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number  **4334**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Member__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.9639**

Nonpriority creditor's name and mailing address
**THOMAS E SHIPP JR & ASSOCS PA**
4707 Southeast 9th Place
Cape Coral, FL 33904

Date(s) debt was incurred _

Last 4 digits of account number **7998**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.9640**

Nonpriority creditor's name and mailing address
**THOMAS E STONE**
P.O. Box 292
Madison, FL 32340

Date(s) debt was incurred _

Last 4 digits of account number **8056**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.9641**

Nonpriority creditor's name and mailing address
**THOMAS E STROUD**
33 Southeast 4th Street Suite 102
Boca Raton, FL 33432

Date(s) debt was incurred _

Last 4 digits of account number **6413**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.9642**

Nonpriority creditor's name and mailing address
**THOMAS E THOBURN**
319 River Edge Boulevard
Suite 218
Cocoa, FL 32922-7964

Date(s) debt was incurred _

Last 4 digits of account number **4970**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$175.00

---

**3.9643**

Nonpriority creditor's name and mailing address
**THOMAS E WHEELER JR**
1940 Street Mary Avenue
Pensacola, FL 32501

Date(s) debt was incurred _

Last 4 digits of account number **8005**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.9644**

Nonpriority creditor's name and mailing address
**THOMAS F COX**
Cox & Sanchez
PO Box 40008
St Petersburg, FL 33743

Date(s) debt was incurred _

Last 4 digits of account number **8491**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.964 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**THOMAS F DIORIO**
**1765 Via Contessa**
**Winter Park, FL 32789**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Last 4 digits of account number  7589**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.964 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**THOMAS F KIESEL**
**P.O. Drawer 1000**
**Ft Myers, FL 33902-1000**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Last 4 digits of account number  4780**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.964 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**THOMAS F LUKEN**
**3081 E. Commercial Boulevard,**
**Suite 200A**
**Ft Lauderdale, FL 33308**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Last 4 digits of account number  5561**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.964 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**THOMAS F PANZA**
**3600 N. Federal Highway**
**Ft Lauderdale, FL 33308-6225**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Last 4 digits of account number  7961**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.964 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**THOMAS F RIZZO**
**1101 Periwinkle Way Suite 110**
**Sanibel Island, FL 33957**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Last 4 digits of account number  7463**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.965 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**THOMAS F SCHLOTZHAUER**
**15564 Southwest 113th Street**
**Miami, FL 33196**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Last 4 digits of account number  4317**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.965 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $907.54 |
|---|---|---|---|

**THOMAS F WOODS**
**3301 Thomasville Road Suite 300**
**Tallahassee, FL 32312**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Last 4 digits of account number  3810**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.965
2**

**Nonpriority creditor's name and mailing address**

**THOMAS G ALBERTS**
**300 Aragon Avenue Suite 250**
**Coral Gables, FL 33134-5040**

Date(s) debt was incurred  _

Last 4 digits of account number  **0528**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.965
3**

**Nonpriority creditor's name and mailing address**

**THOMAS G ECKERTY**
**12734 Kenwood Lane**
**Suite 89**
**Ft Myers, FL 33907-5638**

Date(s) debt was incurred  _

Last 4 digits of account number  **7671**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$100.00**

---

**3.965
4**

**Nonpriority creditor's name and mailing address**

**THOMAS G HOLLEY**
**P.O. Box 268**
**Chipley, FL 32428-0268**

Date(s) debt was incurred  _

Last 4 digits of account number  **3829**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$100.00**

---

**3.965
5**

**Nonpriority creditor's name and mailing address**

**THOMAS G KANE**
**174 W Comstock Avenue Suite 106**
**Winter Park, FL 32789-4347**

Date(s) debt was incurred  _

Last 4 digits of account number  **6833**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$200.00**

---

**3.965
6**

**Nonpriority creditor's name and mailing address**

**THOMAS G MORTON JR**
**6050 North 9th Avenue**
**Pensacola, FL 32504-8203**

Date(s) debt was incurred  _

Last 4 digits of account number  **321**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$200.00**

---

**3.965
7**

**Nonpriority creditor's name and mailing address**

**THOMAS G PYE PA**
**Crocker Plaza Suite 301**
**5355 Town Center Road**
**Boca Raton, FL 33486-1068**

Date(s) debt was incurred  _

Last 4 digits of account number  **8303**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$100.00**

---

**3.965
8**

**Nonpriority creditor's name and mailing address**

**THOMAS G REED III PA**
**316 S Baylen Street Suite 220**
**Pensacola, FL 32501-5908**

Date(s) debt was incurred  _

Last 4 digits of account number  **7762**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$375.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9659**

**Nonpriority creditor's name and mailing address**

**THOMAS G SANDER**
**Hagan Building**
**17635 S Dixie Highway**
**Miami, FL 33157**

Date(s) debt was incurred _

Last 4 digits of account number **9246**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.9660**

**Nonpriority creditor's name and mailing address**

**THOMAS G SHERMAN**
**218 Almeria Avenue**
**Coral Gables, FL 33134-5904**

Date(s) debt was incurred _

Last 4 digits of account number **4879**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.9661**

**Nonpriority creditor's name and mailing address**

**THOMAS GROENDYKE**
**3082 Northwest 30th Way**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **0759**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,067.56**

---

**3.9662**

**Nonpriority creditor's name and mailing address**

**THOMAS H THURLOW JR**
**18 Banyan Road**
**Stuart, FL 34996**

Date(s) debt was incurred _

Last 4 digits of account number **0476**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,739.10**

---

**3.9663**

**Nonpriority creditor's name and mailing address**

**THOMAS H WAKEFIELD**
**104 Crandon Boulevard Suite 400**
**Key Biscayne, FL 33149-1542**

Date(s) debt was incurred _

Last 4 digits of account number **3842**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.9664**

**Nonpriority creditor's name and mailing address**

**THOMAS H WARLICK**
**316 E Pine Street**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **6820**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,151.36**

---

**3.9665**

**Nonpriority creditor's name and mailing address**

**THOMAS H WARLICK PA**
**316 E Pine Street**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **6820**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$20.37**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.966 6**

Nonpriority creditor's name and mailing address
**Thomas H. Tukdarian, P.A.**
**7575 Dr. Phillips Boulevard Suite 360**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number **8049**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.966 7**

Nonpriority creditor's name and mailing address
**THOMAS J BAIRD**
**11891 US Highway One Suite 100**
**North Palm Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number **6505**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.966 8**

Nonpriority creditor's name and mailing address
**THOMAS J DOWDELL III**
**P.O. Box 522736**
**Marathon Shores, FL 33052-2376**

Date(s) debt was incurred _

Last 4 digits of account number **3231**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.966 9**

Nonpriority creditor's name and mailing address
**THOMAS J HESS PA**
**3105 NW 107th Avenue**
**Suite 602-B**
**Doral, FL 33172**

Date(s) debt was incurred _

Last 4 digits of account number **7517**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.967 0**

Nonpriority creditor's name and mailing address
**THOMAS J KORGE**
**230 Palermo Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **8411**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.967 1**

Nonpriority creditor's name and mailing address
**THOMAS J PALMIERI**
**340 Minorca Avenue**
**Suite 1**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **3821**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.967 2**

Nonpriority creditor's name and mailing address
**THOMAS J PRICE**
**104 Jasmine Lane**
**Lagrange, GA 30241-8358**

Date(s) debt was incurred __

Last 4 digits of account number **6583**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.967 3**

Nonpriority creditor's name and mailing address
**THOMAS J SASSER**
**P.O. Box 2907**
**West Palm Beach, FL 33402**

Date(s) debt was incurred __

Last 4 digits of account number **2364**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.967 4**

Nonpriority creditor's name and mailing address
**THOMAS J SHEA III**
**8401 Jr. Manor Drive**
**Suite 100**
**Tampa, FL 33634**

Date(s) debt was incurred __

Last 4 digits of account number **4455**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.967 5**

Nonpriority creditor's name and mailing address
**THOMAS J SIRECI JR**
**402 Appelrouth Lane**
**Key West, FL 33040**

Date(s) debt was incurred __

Last 4 digits of account number **4205**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.967 6**

Nonpriority creditor's name and mailing address
**THOMAS J SKOLA**
**501 Brickell Key Drive Suite 300**
**Miami, FL 33131-2624**

Date(s) debt was incurred __

Last 4 digits of account number **7107**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.967 7**

Nonpriority creditor's name and mailing address
**THOMAS J STOLTZNER**
**Biscayne Plaza**
**13616 S Tamiami Trail**
**North Port, FL 34287-2055**

Date(s) debt was incurred __

Last 4 digits of account number **8695**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$493.13**

---

**3.967 8**

Nonpriority creditor's name and mailing address
**THOMAS J TEDESCO JR**
**321 W. Davie Boulevard**
**Ft Lauderdale, FL 33315**

Date(s) debt was incurred __

Last 4 digits of account number **8281**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9679**

Nonpriority creditor's name and mailing address
**THOMAS J THOMAS**
**1155 US Highway 1 Suite 304**
**Juno Beach, FL 33408-1430**

Date(s) debt was incurred _

Last 4 digits of account number  **4722**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.9680**

Nonpriority creditor's name and mailing address
**THOMAS J. DONNELLY**
**1172 Brownell St., Suite 1**
**Donnelly Prof. Center**
**Clearwater, FL 34616-5711**

Date(s) debt was incurred _

Last 4 digits of account number  **6976**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.9681**

Nonpriority creditor's name and mailing address
**THOMAS K BOARDMAN**
**P.O. Box 2197**
**Labelle, FL 33975-1027**

Date(s) debt was incurred _

Last 4 digits of account number  **7254**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.9682**

Nonpriority creditor's name and mailing address
**THOMAS K FARLEY**
**P.O. Box 7278**
**Port St Lucie, FL 34985**

Date(s) debt was incurred _

Last 4 digits of account number  **2672**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.9683**

Nonpriority creditor's name and mailing address
**THOMAS L BROWN**
**18779 Southeast River Ridge Road**
**Tequesta, FL 33469-8107**

Date(s) debt was incurred _

Last 4 digits of account number  **6110**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,905.45**

---

**3.9684**

Nonpriority creditor's name and mailing address
**THOMAS L CAMPBELL**
**406 N 2nd Street**
**Ft Pierce, FL 34950-3002**

Date(s) debt was incurred _

Last 4 digits of account number  **4956**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.9685**

Nonpriority creditor's name and mailing address
**THOMAS L DAVID**
**4800 S Lejeune Road**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number  **6907**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9686**

Nonpriority creditor's name and mailing address

**THOMAS L HARRIS**
**9500 S. Dadeland Boulevard**
**Suite 600**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number  **0343**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9687**

Nonpriority creditor's name and mailing address

**THOMAS L NEWMAN**
**One Royal Palm Pl Suite 304**
**1877 S Federal Highway**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number  **2516**

As of the petition filing date, the claim is: *Check all that apply.*

**$6,544.07**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9688**

Nonpriority creditor's name and mailing address

**THOMAS L ROLLE**
**P.O. Box 1164**
**W Palm Beach, FL 33402-1164**

Date(s) debt was incurred _

Last 4 digits of account number  **8376**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9689**

Nonpriority creditor's name and mailing address

**THOMAS L. BOLL**
**1401 S. Florida Avenue Suite 201**
**Lakeland, FL 33803-2292**

Date(s) debt was incurred _

Last 4 digits of account number  **3657**

As of the petition filing date, the claim is: *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9690**

Nonpriority creditor's name and mailing address

**THOMAS M BRADY**
**P.O. Box 12584**
**Pensacola, FL 32591-2584**

Date(s) debt was incurred _

Last 4 digits of account number  **3421**

As of the petition filing date, the claim is: *Check all that apply.*

**$375.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9691**

Nonpriority creditor's name and mailing address

**THOMAS M CLARK PA**
**2400 E. Commercial Boulevard**
**Suite 820**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **0706**

As of the petition filing date, the claim is: *Check all that apply.*

**$6,032.09**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

**3.969 2**

**Nonpriority creditor's name and mailing address**

**THOMAS M DACHELET PA**
**P.O. Box 2486**
**Ft Lauderdale, FL 33303-2486**

Date(s) debt was incurred _

Last 4 digits of account number  **7631**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.969 3**

**Nonpriority creditor's name and mailing address**

**THOMAS M DRYDEN PL**
**1705 Colonial Boulevard**
**Suite B-3**
**Ft Myers, FL 33907-1141**

Date(s) debt was incurred _

Last 4 digits of account number  **8694**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.969 4**

**Nonpriority creditor's name and mailing address**

**THOMAS M EGAN**
**2107 SE 3rd Avenue**
**Ocala, FL 34471**

Date(s) debt was incurred _

Last 4 digits of account number  **8621**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.969 5**

**Nonpriority creditor's name and mailing address**

**THOMAS M FITZGIBBONS**
**2750 Ringling Boulevard Suite 4**
**Sarasota, FL 34237**

Date(s) debt was incurred _

Last 4 digits of account number  **146**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.969 6**

**Nonpriority creditor's name and mailing address**

**THOMAS M O'BRIEN**
**P.O. Box 9061**
**Coral Springs, FL 33075**

Date(s) debt was incurred _

Last 4 digits of account number  **5095**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.969 7**

**Nonpriority creditor's name and mailing address**

**THOMAS M WICH**
**620 California Federal Twr**
**2400 E Commercial Boulevard**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number  **8322**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.969 8**

**Nonpriority creditor's name and mailing address**

**Thomas N. Silverman, P.A.**
**3801 PGA Blvd.**
**Suite 902**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number  **0978**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9699**

Nonpriority creditor's name and mailing address

**THOMAS O MICHAELS PA**
**1370 Pinehurst Road**
**Dunedin, FL 34698**

Date(s) debt was incurred _

Last 4 digits of account number  **8597**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9700**

Nonpriority creditor's name and mailing address

**Thomas O. Ingram, PL**
**2223 Oak Street**
**Jacksonville, FL 32204**

Date(s) debt was incurred _

Last 4 digits of account number  **7746**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9701**

Nonpriority creditor's name and mailing address

**THOMAS P BELL**
**3573 Street James Drive**
**Southport, NC 28461**

Date(s) debt was incurred _

Last 4 digits of account number  **5786**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9702**

Nonpriority creditor's name and mailing address

**THOMAS P CALLAN**
**P.O. Box 568887**
**Orlando, FL 32856**

Date(s) debt was incurred _

Last 4 digits of account number  **4606**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9703**

Nonpriority creditor's name and mailing address

**THOMAS P EVANS**
**C/O Fraley & Fraley**
**501 E Kennedy Boulevard Suite 1225**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number  **0144**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9704**

Nonpriority creditor's name and mailing address

**THOMAS P MCLENNON JD**
**1460 S McCall Road Suite 4f**
**Englewood, FL 34223**

Date(s) debt was incurred _

Last 4 digits of account number  **7794**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**                                                Case number (if known) **2:23-bk-01538**
        _____
        Name

---

**3.970 5**

**Nonpriority creditor's name and mailing address**

**THOMAS P NICHOLS PA**
**800 Douglas Road Suite 201**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **4730**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.970 6**

**Nonpriority creditor's name and mailing address**

**THOMAS P PAGE**
**390 N Orange Avenue Suite 1300**
**Orlando, FL 32801-1641**

Date(s) debt was incurred _

Last 4 digits of account number **1814**

As of the petition filing date, the claim is: *Check all that apply.*                    **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.970 7**

**Nonpriority creditor's name and mailing address**

**THOMAS P. QUINN**
**2841 North Ocean Boulevard**
**Apt. 409**
**Ft Lauderdale, FL 33308-7568**

Date(s) debt was incurred _

Last 4 digits of account number **3450**

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,033.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.970 8**

**Nonpriority creditor's name and mailing address**

**THOMAS R ALLEN PA**
**108 E Hillcrest Street**
**Orlando, FL 32801-1210**

Date(s) debt was incurred _

Last 4 digits of account number **9427**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.970 9**

**Nonpriority creditor's name and mailing address**

**THOMAS R NELL**
**P.O. Box 182**
**East Berlin, PA 17316-0182**

Date(s) debt was incurred _

Last 4 digits of account number **8745**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.971 0**

**Nonpriority creditor's name and mailing address**

**THOMAS R OLSEN PA**
**2518 Edgewater Drive Suite 1**
**Orlando, FL 32804-4406**

Date(s) debt was incurred _

Last 4 digits of account number **789**

As of the petition filing date, the claim is: *Check all that apply.*                    **$275.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.971 1**

**Nonpriority creditor's name and mailing address**

**THOMAS R ROGERS**
**900 Fox Valley Drive**
**Sweetwater Square Suite 200**
**Longwood, FL 32779-2552**

Date(s) debt was incurred _

Last 4 digits of account number **419**

As of the petition filing date, the claim is: *Check all that apply.*                    **$250.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**
_____

| 3.971 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**THOMAS R SHAHADY**
**100 Northeast 3 Avenue Suite 850**
**Ft Lauderdale, FL 33301-1156**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.971 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**THOMAS R TATUM**
**P.O. Box 522**
**Ft Lauderdale, FL 33302-2248**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **163**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.971 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**THOMAS R TEDCASTLE**
**208 House Office Building**
**Tallahassee, FL 32301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6716**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.971 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**THOMAS R TJADEN**
**7165 Prosperity Circle**
**Sarasota, FL 34238**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **2591**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.971 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**THOMAS S MARTINO**
**1602 N Florida Avenue**
**Tampa, FL 33602**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **4038**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.971 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**THOMAS S RECICAR PA**
**306 Live Oak Drive**
**Vero Beach, FL 32963**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7101**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

**3.9718**

Nonpriority creditor's name and mailing address
**THOMAS S RUTHERFORD**
**11016 N Dale Mabry Highway Suite 201**
**Tampa, FL 33618-3871**

Date(s) debt was incurred _

Last 4 digits of account number  **6739**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.9719**

Nonpriority creditor's name and mailing address
**THOMAS SALE JR**
**P.O. Box 426**
**Panama City, FL 32402**

Date(s) debt was incurred _

Last 4 digits of account number  **1495**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.9720**

Nonpriority creditor's name and mailing address
**THOMAS T COON JR**
**888 S. Andrews Avenue**
**Suite 204**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number  **6625**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.9721**

Nonpriority creditor's name and mailing address
**THOMAS T. GRIMMETT, P.A.**
**P.O. Box 14218**
**Ft Lauderdale, FL 33302-4218**

Date(s) debt was incurred _

Last 4 digits of account number  **2538**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.9722**

Nonpriority creditor's name and mailing address
**THOMAS V CLOSE**
**12230 Forest Hill Boulevard Suite 122**
**Wellington, FL 33414-5773**

Date(s) debt was incurred _

Last 4 digits of account number  **8652**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.9723**

Nonpriority creditor's name and mailing address
**THOMAS V SICILIANO PA**
**980 N. Federal Highway**
**Suite 440**
**Boca Raton, FL 33432-2704**

Date(s) debt was incurred _

Last 4 digits of account number  **6195**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$150.00

---

**3.9724**

Nonpriority creditor's name and mailing address
**THOMAS W CONELY III**
**P.O. Drawer 1367**
**Okeechobee, FL 34973-1367**

Date(s) debt was incurred _

Last 4 digits of account number  **6191**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.972 5**

**Nonpriority creditor's name and mailing address**

**THOMAS W DANAHER**
**401 E Jackson Street Suite 2400**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number **1231**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.972 6**

**Nonpriority creditor's name and mailing address**

**THOMAS W GARRARD**
**306 E Olympia Avenue**
**Punta Gorda, FL 33950-3838**

Date(s) debt was incurred _

Last 4 digits of account number **4380**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.972 7**

**Nonpriority creditor's name and mailing address**

**THOMAS W KENWORTHY**
**11833 Southwest 81st Road**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **5578**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.972 8**

**Nonpriority creditor's name and mailing address**

**THOMAS W REZANKA**
**2672 W Lake Road**
**Palm Harbor, FL 34684**

Date(s) debt was incurred _

Last 4 digits of account number **8432**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.972 9**

**Nonpriority creditor's name and mailing address**

**THOMAS W RUGGLES**
**603 Indian Rocks Road**
**Belleair, FL 34616-2056**

Date(s) debt was incurred _

Last 4 digits of account number **1313**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.973 0**

**Nonpriority creditor's name and mailing address**

**THOMPSON & BROOKS**
**6812 Sheldon Road**
**Tampa, FL 33615**

Date(s) debt was incurred _

Last 4 digits of account number **6810**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

| Debtor | LTGF Business Trust | Case number (if known) | 2:23-bk-01538 |
|---|---|---|---|
| | Name | | |

**3.973**
**1**

**Nonpriority creditor's name and mailing address**
**THOMPSON & FOOTE PA**
**2580 Southwest 50th Boulevard**
**Gainesville, FL 32608**

Date(s) debt was incurred _

Last 4 digits of account number  **3941**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.973**
**2**

**Nonpriority creditor's name and mailing address**
**THOMPSON & SHIRK PA**
**4089 Tamiami Trail N.**
**Suite A201**
**Naples, FL 34103**

Date(s) debt was incurred _

Last 4 digits of account number  **4697**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.973**
**3**

**Nonpriority creditor's name and mailing address**
**THOMPSON & THOMAS PA**
**1801 Indian Road**
**Suite 100**
**West Palm Beach, FL 33409**

Date(s) debt was incurred _

Last 4 digits of account number  **1919**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.973**
**4**

**Nonpriority creditor's name and mailing address**
**THOMPSON GOODIS THOMPSON**
**700 Central Avenue Suite 500**
**St Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number  **8584**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.973**
**5**

**Nonpriority creditor's name and mailing address**
**Thomson Law Offices LLC**
**402 Flagler Avenue**
**New Smyrna Beach, FL 32169**

Date(s) debt was incurred _

Last 4 digits of account number  **0874**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.973**
**6**

**Nonpriority creditor's name and mailing address**
**THORN WHITTINGTON LLP**
**100 N Tampa Street Suite 1900**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number  **5567**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.973**
**7**

**Nonpriority creditor's name and mailing address**
**THORNTON & TORRENCE PA**
**6709 Ridge Road Suite 106**
**Port Richey, FL 34668**

Date(s) debt was incurred _

Last 4 digits of account number  **3871**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*) **2:23-bk-01538**

---

**3.9738**

Nonpriority creditor's name and mailing address
**THORNTON DAVID MURRAY RICHARD**
**10471 Southwest 126 Street**
**Miami, FL 33176-4749**

Date(s) debt was incurred _

Last 4 digits of account number  **4341**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.9739**

Nonpriority creditor's name and mailing address
**THORNTON LAW GROUP PA**
**Pmb 423**
**13176 N Dale Mabry Highway**
**Tampa, FL 33618-2406**

Date(s) debt was incurred _

Last 4 digits of account number  **9698**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.9740**

Nonpriority creditor's name and mailing address
**THORNTON O BEAZELL**
**P.O. Box 60091**
**Ft Myers, FL 33906-6091**

Date(s) debt was incurred _

Last 4 digits of account number  **5863**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.9741**

Nonpriority creditor's name and mailing address
**THURLOW THURLOW & GIACHINO PA**
**P.O. Box 106**
**Stuart, FL 34995-0106**

Date(s) debt was incurred _

Last 4 digits of account number  **1145**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.9742**

Nonpriority creditor's name and mailing address
**TILDEN R SCHOFIELD PA**
**5103 Circle 132a**
**Wildwood, FL 34785**

Date(s) debt was incurred _

Last 4 digits of account number  **6891**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.9743**

Nonpriority creditor's name and mailing address
**Tiller & Rivera Law, P.A.**
**301 Clematis Street Suite 3000**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **7434**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

| 3.974 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
| **TIM A SHANE PA**<br>**4400 N Federal Highway Suite 307**<br>**Boca Raton, FL 33431** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **7197** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.974 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
| **TIM H WARREN**<br>**Le Soulano-Fabian**<br>**Quartier Ticot 65170**<br>**Orlando, FL 65170** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **5520** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.974 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
| **TIM MORAN**<br>**300 S Hyde Park Avenue Suite 150**<br>**Tampa, FL 33606** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **5830** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.974 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
| **TIM MORELL**<br>**1933 Tom-A-Toe Road**<br>**Boynton Beach, FL 33426-9317** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **5887** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.974 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
| **TIMOTHY A BURLEIGH**<br>**P.O. Box 550**<br>**Dover-Foxcroft, ME 04426** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **7121** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.974 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
| **TIMOTHY A FISCHER**<br>**P.O. Box 878**<br>**Ocala, FL 34478** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **3619** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.975 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
| **TIMOTHY A WEAVER PA**<br>**8285 Navarre Parkway**<br>**Navarre, FL 32566** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **9787** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.975<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**TIMOTHY C CAMPBELL PA**
228 E 4th Street
Panama City, FL 32401

Date(s) debt was incurred _

Last 4 digits of account number  **8375**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.975<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**TIMOTHY C FOSTER**
P.O. Box 656
Stuart, FL 33995-0656

Date(s) debt was incurred _

Last 4 digits of account number  **7801**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.975<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**TIMOTHY C LINCOLN**
46 Northeast 6th Street
Miami, FL 33132

Date(s) debt was incurred _

Last 4 digits of account number  **4923**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.975<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**TIMOTHY C SCHULER**
DBA Schuler Law & Title Services
8200 Seminole Boulevard
Seminole, FL 33772

Date(s) debt was incurred _

Last 4 digits of account number  **8069**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.975<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**TIMOTHY D LUCERO**
Law Office of Timothy D Lucero P.A.
10693 Wiles Road Suite 159
Coral Springs, FL 33067-2014

Date(s) debt was incurred _

Last 4 digits of account number  **4525**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.975<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**TIMOTHY D PADGETT**
d/b/a Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

Date(s) debt was incurred _

Last 4 digits of account number  **2399**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**

Name

Case number (if known) **2:23-bk-01538**

| 3.975.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**TIMOTHY G GLASS PA**
**700 S. Rosemary Avenue**
**Suite 204**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number **2850**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.975.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**TIMOTHY G SANDER**
**One Datran Center Suite 1009**
**9100 S Dadeland Boulevard**
**Miami, FL 33156-7866**

Date(s) debt was incurred _

Last 4 digits of account number **4903**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.975.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**TIMOTHY H WELLS**
**P.O. Box 155**
**Bonifay, FL 32425-0155**

Date(s) debt was incurred _

Last 4 digits of account number **0281**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.976.0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**TIMOTHY HILLEY ATTORNEY AT LAW**
**619 E Nelson Avenue Suite A**
**Defuniak Springs, FL 32433-1982**

Date(s) debt was incurred _

Last 4 digits of account number **0225**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.976.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**TIMOTHY J BARRIE**
**1447 Natalie Drive Apt 179**
**Ann Arbor, MI 48105-2926**

Date(s) debt was incurred _

Last 4 digits of account number **6533**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.976.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**TIMOTHY J COTTER**
**599 Tamiami Trail N Suite 313**
**Naples, FL 34101-1252**

Date(s) debt was incurred _

Last 4 digits of account number **9018**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.976.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**TIMOTHY J LUBRANO**
**1011 Fairwinds Circle Apt 307**
**Plant City, FL 33567-1046**

Date(s) debt was incurred _

Last 4 digits of account number **2076**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**
_____

| | |
|---|---|
| **3.976 4** **Nonpriority creditor's name and mailing address** | **$50.00** |

**TIMOTHY J SLOAN PA**
**427 McKenzie Avenue**
**Panama City, FL 32401**

Date(s) debt was incurred  _

Last 4 digits of account number  **6133**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.976 5** **Nonpriority creditor's name and mailing address** | **$100.00** |

**TIMOTHY J. HMIELEWSKI**
**One E. Broward Blvd. Suite 1503**
**Ft. Lauderdale, FL 33301-1804**

Date(s) debt was incurred  _

Last 4 digits of account number  **6393**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.976 6** **Nonpriority creditor's name and mailing address** | **$100.00** |

**TIMOTHY J. PAYNE**
**P.O. Box 14723**
**Ft Lauderdale, FL 33302-4723**

Date(s) debt was incurred  _

Last 4 digits of account number  **7283**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.976 7** **Nonpriority creditor's name and mailing address** | **$100.00** |

**TIMOTHY JONES**
**Lee County Attorney's Office**
**2115 2 Street Rm 620**
**Ft Myers, FL 33901-3094**

Date(s) debt was incurred  _

Last 4 digits of account number  **5406**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.976 8** **Nonpriority creditor's name and mailing address** | **$25.00** |

**TIMOTHY K ANDERSON**
**480 Maplewood Drive**
**Suite 5**
**Jupiter, FL 33458**

Date(s) debt was incurred  _

Last 4 digits of account number  **3542**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.976 9** **Nonpriority creditor's name and mailing address** | **$25.00** |

**TIMOTHY K DOUGLAS**
**P.O. Box 1560**
**Flagler Beach, FL 32136**

Date(s) debt was incurred  _

Last 4 digits of account number  **8016**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LTGF Business Trust**                                Case number (if known)  **2:23-bk-01538**
_____
Name

| 3.977 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |

**Nonpriority creditor's name and mailing address**
**TIMOTHY K MAHON PA**
**2929 E Commercial Boulevard**
**Penthouse E**
**Ft Lauderdale, FL 33308-4214**

Date(s) debt was incurred _

Last 4 digits of account number  **4917**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.977 1 |

**Nonpriority creditor's name and mailing address**
**TIMOTHY K MARIANI PA**
**1550 S Highland Avenue**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number  **662**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.977 2 |

**Nonpriority creditor's name and mailing address**
**TIMOTHY KEMPER**
**3820 Crawford Avenue**
**Miami, FL 33143-5523**

Date(s) debt was incurred _

Last 4 digits of account number  **5281**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.977 3 |

**Nonpriority creditor's name and mailing address**
**TIMOTHY L BAILEY**
**2335 E Atlantic Boulevard Suite 301**
**Pompano Beach, FL 33062-5244**

Date(s) debt was incurred _

Last 4 digits of account number  **6987**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.977 4 |

**Nonpriority creditor's name and mailing address**
**TIMOTHY M HORSTING**
**11555 Heron Bay Boulevard Suite 200**
**Coral Springs, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number  **0734**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.977 5 |

**Nonpriority creditor's name and mailing address**
**TIMOTHY P HOBAN**
**Timothy P. Hoban P.A.**
**2752 Dora Avenue**
**Tavares, FL 32778-4977**

Date(s) debt was incurred _

Last 4 digits of account number  **0714**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.977 6 |

**Nonpriority creditor's name and mailing address**
**TIMOTHY P KELLY**
**1016 Lasalle Street**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number  **2631**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**                                    Case number (if known)  **2:23-bk-01538**
_____
Name

---

| 3.977 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**TIMOTHY PATRICK DRISCOLL PA**
**310 Belleair Drive Northeast**
**St Petersburg, FL 33704-2437**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **6245**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.977 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**TIMOTHY W COX**
**324 Datura Street Suite 200**
**West Palm Beach, FL 33401-5415**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **0647**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.977 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**TIMOTHY W GENSMER**
**2831 Ringling Boulevard Suite 202-A**
**Sarasota, FL 34237**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **8991**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.978 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**TIMOTHY W ROGERS**
**1628 San Marco Boulevard Suite 8**
**Jacksonville, FL 32207**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **5389**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.978 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**TINA M TURNER**
**P.O. Box 250742**
**Holly Hill, FL 32125**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **9127**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.978 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**Title & Abstract Agency of America, Inc.**
**4902 Eisenhower Boulevard**
**Suite 295**
**Tampa, FL 33634**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Member**

Last 4 digits of account number  **7299**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **LTGF Business Trust**                                    Case number (if known)   **2:23-bk-01538**
_____
Name

| 3.978 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**3.978 3**

Nonpriority creditor's name and mailing address
**Title Answers, a Law Firm, P.L.L.C.**
**7260 SW 39 Terrace**
**Suite B**
**Miami, FL 33155**

Date(s) debt was incurred _
Last 4 digits of account number **8129**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.978 4**

Nonpriority creditor's name and mailing address
**Title Guaranty Agency, Inc.**
**2248 First Street**
**Ft Myers, FL 33901**

Date(s) debt was incurred _
Last 4 digits of account number **9971**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.978 5**

Nonpriority creditor's name and mailing address
**Titlemark, L.L.C.**
**1000 W. Kennedy Boulevard**
**Suite 200**
**Tampa, FL 33606**

Date(s) debt was incurred _
Last 4 digits of account number **6490**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.978 6**

Nonpriority creditor's name and mailing address
**TITO S SMITH**
**P.O. Box 1354**
**Palatka, FL 32178**

Date(s) debt was incurred _
Last 4 digits of account number **4063**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.978 7**

Nonpriority creditor's name and mailing address
**TITTLE & KAIRALLA PA**
**360 Columbia Drive**
**Suite 100**
**West Palm Beach, FL 33409**

Date(s) debt was incurred _
Last 4 digits of account number **7122**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.978 8**

Nonpriority creditor's name and mailing address
**TITTLE & TITTLE PA**
**828 Palmetto Terrace**
**Oviedo, FL 32765-9464**

Date(s) debt was incurred _
Last 4 digits of account number **1297**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$7,675.52**

---

**3.978 9**

Nonpriority creditor's name and mailing address
**Tobin & Reyes, P.A.**
**225 NE Mizner Boulevard**
**Suite 510**
**Boca Raton, FL 33432**

Date(s) debt was incurred _
Last 4 digits of account number **8450**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9790**

**Nonpriority creditor's name and mailing address**
**TOBY A TURBYFILL**
**8084 W McNab Road Suite 440**
**N Lauderdale, FL 33068-4255**

Date(s) debt was incurred  _

Last 4 digits of account number  **3624**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.9791**

**Nonpriority creditor's name and mailing address**
**TOD ANDREW WESTON PA**
**51 E. Commercial Boulevard**
**Ft Lauderdale, FL 33334**

Date(s) debt was incurred  _

Last 4 digits of account number  **6255**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.9792**

**Nonpriority creditor's name and mailing address**
**Todd Brown and Brown Law Firm, P.A.**
**1451 W. Cypress Creek Road**
**Suite 300**
**Ft. Lauderdale, FL 33309**

Date(s) debt was incurred  _

Last 4 digits of account number  **0999**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.9793**

**Nonpriority creditor's name and mailing address**
**TODD M SAUNDERS**
**555 Northeast 34th Street Suite 1610**
**Miami, FL 33137**

Date(s) debt was incurred  _

Last 4 digits of account number  **8038**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.9794**

**Nonpriority creditor's name and mailing address**
**TODD S ROTH PA**
**11824 Northwest 69th Pl**
**Parkland, FL 33076**

Date(s) debt was incurred  _

Last 4 digits of account number  **7751**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.9795**

**Nonpriority creditor's name and mailing address**
**TODD SCHWARTZ**
**8695 College Parkway Suite 2564**
**Ft Myers, FL 33919**

Date(s) debt was incurred  _

Last 4 digits of account number  **8528**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.979 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**Tolson & Associates, P.A.**
**462 Kingsley Avenue**
**Suite 101**
**Orange Park, FL 32073**

Date(s) debt was incurred _

Last 4 digits of account number **9430**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.979 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**TOM BENHAM**
**380 Interstate N Parkway Suite 108**
**Atlanta, GA 30339-2205**

Date(s) debt was incurred _

Last 4 digits of account number **8530**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.979 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**TOM GROGAN**
**850 Central Avenue Suite 205**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number **5958**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.979 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**TOM H BILLIRIS**
**P.O. Box 2006**
**Palm Harbor, FL 34682-2006**

Date(s) debt was incurred _

Last 4 digits of account number **3406**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.980 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**TOM K DOUGHERTY**
**735 Almond Street Suite A**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number **5039**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.980 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**TOM R MOORE**
**P.O. Box 13442**
**Tallahassee, FL 32317**

Date(s) debt was incurred _

Last 4 digits of account number **3935**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.980 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Tonelli Law PLLC**
**1238 E. Concord Street**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number **0826**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.980 3**

**Nonpriority creditor's name and mailing address**

**TONI A HORNE**
**5425 Park Central Court**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number **2231**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.980 4**

**Nonpriority creditor's name and mailing address**

**TONY SIMPSON PA**
**P.O. Box 287**
**Shalimar, FL 32579**

Date(s) debt was incurred _

Last 4 digits of account number **7089**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.980 5**

**Nonpriority creditor's name and mailing address**

**TORRENS LAW FIRM LLC**
**8045 NW 155th Street**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number **3062**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.980 6**

**Nonpriority creditor's name and mailing address**

**TORRES & VADILLO LLP**
**11402 NW 41st Street**
**Suite 202**
**Miami, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number **5633**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.980 7**

**Nonpriority creditor's name and mailing address**

**TORRES BENET PA**
**16622 Ashton Green Drive**
**Lutz, FL 33558**

Date(s) debt was incurred _

Last 4 digits of account number **2600**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.980 8**

**Nonpriority creditor's name and mailing address**

**TOWNSEND & BRANNON**
**608 W. Horatio Street**
**Tampa, FL 33606-4104**

Date(s) debt was incurred _

Last 4 digits of account number **7452**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9809**

**Nonpriority creditor's name and mailing address**

**TOWNSEND & TOWNSEND**
**P.O. Box 420847**
**Kissimmee, FL 34742-0847**

Date(s) debt was incurred _

Last 4 digits of account number  **4138**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.9810**

**Nonpriority creditor's name and mailing address**

**TRACEY SKINNER BROWN**
**2199 Ponce De Leon Boulevard Suite 301**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **9830**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.9811**

**Nonpriority creditor's name and mailing address**

**TRACI C STEEN**
**6896 15th Avenue N**
**St Petersburg, FL 33710**

Date(s) debt was incurred _

Last 4 digits of account number  **4436**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.9812**

**Nonpriority creditor's name and mailing address**

**TRACI KRATISH PA**
**141 Northwest 117th Terrace**
**Plantation, FL 33325**

Date(s) debt was incurred _

Last 4 digits of account number  **2875**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.9813**

**Nonpriority creditor's name and mailing address**

**TRACY HAUCK**
**1499 S Harbor City Boulevard Suite 202**
**Melbourne, FL 32901**

Date(s) debt was incurred _

Last 4 digits of account number  **3933**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.9814**

**Nonpriority creditor's name and mailing address**

**TRACY J ROSENHOLTZ PA**
**1515 N. University Drive**
**Suite 118**
**Coral Springs, FL 33071**

Date(s) debt was incurred _

Last 4 digits of account number  **7703**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.9815**

**Nonpriority creditor's name and mailing address**

**TRACY J THOMAS**
**317 Elmira Boulevard Northeast**
**Port Charlotte, FL 33952**

Date(s) debt was incurred _

Last 4 digits of account number  **5198**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor   **LTGF Business Trust**

Name

Case number (if known)   **2:23-bk-01538**

---

| 3.981 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TRACY L KRAMER**
**80 Southwest 8th Street Suite 3300**
**Miami, FL 33130-3013**

Date(s) debt was incurred  _

Last 4 digits of account number  **5883**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.981 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TRACY LAW FIRM PA**
**1511 Prosperity Farms Road Suite 300**
**Lake Park, FL 33403**

Date(s) debt was incurred  _

Last 4 digits of account number  **4088**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.981 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tragos, Sartes & Tragos, PLLC**
**601 Cleveland Street**
**Suite 800**
**Clearwater, FL 33755**

Date(s) debt was incurred  _

Last 4 digits of account number  **0794**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| 3.981 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Transactional Law Firm of Florida, P.L.L**
**14900 Southwest 30th Suite 277704**
**Miramar, FL 33027**

Date(s) debt was incurred  _

Last 4 digits of account number  **9336**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.982 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Trayber Raikhelson Law Group, PLLC**
**2750 NE 185th Street**
**Suite 206**
**Aventura, FL 33180**

Date(s) debt was incurred  _

Last 4 digits of account number  **1453**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| 3.982 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TREISER & COLLINS PL**
**3080 Tamiami Trail E.**
**Naples, FL 34112**

Date(s) debt was incurred  _

Last 4 digits of account number  **5004**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.982 2**

**Nonpriority creditor's name and mailing address**
**TRENAM KEMKER SCHARF BARKIN**
**P.O. Box 1102**
**Tampa, FL 33601-1102**

Date(s) debt was incurred __

Last 4 digits of account number **7583**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

**3.982 3**

**Nonpriority creditor's name and mailing address**
**TREVOR V LAMB**
**P.O. Box 290399**
**Port Orange, FL 32129-0399**

Date(s) debt was incurred __

Last 4 digits of account number **4359**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.982 4**

**Nonpriority creditor's name and mailing address**
**TRICIA ANN BLAIR PA**
**18350 Northwest 2nd Avenue Suite 500**
**Miami, FL 33169**

Date(s) debt was incurred __

Last 4 digits of account number **9069**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.982 5**

**Nonpriority creditor's name and mailing address**
**TRICKEL & LEIGH PA**
**1031 W Morse Boulevard Suite 350**
**Winter Park, FL 32789**

Date(s) debt was incurred __

Last 4 digits of account number **265**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$10,711.63**

---

**3.982 6**

**Nonpriority creditor's name and mailing address**
**TRINKLE REDMAN SWANSON COTON**
**121 N. Collins Street**
**Plant City, FL 33563-3311**

Date(s) debt was incurred __

Last 4 digits of account number **1359**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$40,718.88**

---

**3.982 7**

**Nonpriority creditor's name and mailing address**
**TRIPP SCOTT PA**
**P.O. Box 14245**
**Ft Lauderdale, FL 33302-4245**

Date(s) debt was incurred __

Last 4 digits of account number **5730**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$11,345.67**

---

**3.982 8**

**Nonpriority creditor's name and mailing address**
**Tritt & Associates, P.A.**
**707 Peninsular Place**
**Jacksonville, FL 32204**

Date(s) debt was incurred __

Last 4 digits of account number **8771**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

**3.9829**

**Nonpriority creditor's name and mailing address**
**TRIVEDI & ASSOCIATES**
**733 W Colonial Drive**
**Orlando, FL 32804**

Date(s) debt was incurred _
Last 4 digits of account number **1774**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9830**

**Nonpriority creditor's name and mailing address**
**TROIANO & ROBERTS PA**
**317 S. Tennessee Avenue**
**Lakeland, FL 33801**

Date(s) debt was incurred _
Last 4 digits of account number **1336**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$12,890.63**

---

**3.9831**

**Nonpriority creditor's name and mailing address**
**True Freedom Title, LLC**
**7900 Oak Lane**
**Suite 400-4118**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _
Last 4 digits of account number **1454**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9832**

**Nonpriority creditor's name and mailing address**
**TRUEBLOOD LAW GROUP**
**P.O. Box 1270**
**Moore Haven, FL 33471**

Date(s) debt was incurred _
Last 4 digits of account number **2667**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9833**

**Nonpriority creditor's name and mailing address**
**TRUJILLO & ASSOCIATES PA**
**6800 Southwest 40th Street Suite 198**
**Miami, FL 33155**

Date(s) debt was incurred _
Last 4 digits of account number **2546**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9834**

**Nonpriority creditor's name and mailing address**
**TUCKER & ASSOCIATES PA**
**P.O. Box 3274**
**Ocala, FL 32678-3274**

Date(s) debt was incurred _
Last 4 digits of account number **8256**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$653.89**

---

**3.9835**

**Nonpriority creditor's name and mailing address**
**TUCKER & PRETSCHNER PA**
**P.O. Box 356**
**Sarasota, FL 34236-0356**

Date(s) debt was incurred _
Last 4 digits of account number **2991**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.983 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**TUCKER & TIGHE PA**
**800 E. Broward Boulevard**
**Suite 710**
**Ft Lauderdale, FL 33301-2034**

Date(s) debt was incurred _

Last 4 digits of account number  **6644**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**TUKDARIAN & UNCAPHER PA**
**P.O. Box 949**
**Orlando, FL 32802**

Date(s) debt was incurred _

Last 4 digits of account number  **0201**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**TULA MICHELE HAFF**
**135 N. 6th Street**
**2nd Floor**
**Haines City, FL 33844-4247**

Date(s) debt was incurred _

Last 4 digits of account number  **7179**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**TURCO LEGAL**
**4440 PGA Boulevard Suite 600**
**Palm Beach Gardens, FL 33410-6542**

Date(s) debt was incurred _

Last 4 digits of account number  **5603**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**TURNER & LYNN PA**
**Ocean Reef**
**7 Barracuda Lane**
**Key Largo, FL 33037**

Date(s) debt was incurred _

Last 4 digits of account number  **8461**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Twig, Turf, & Trusts, LLC**
**1512 E. Broward Boulevard**
**Suite 204A**
**Ft. Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **0633**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,288.17 |
|---|---|---|---|

**TWOROGER PROFESSIONAL**
**9860 Riverview Drive**
**Micco, FL 32976-3121**

Date(s) debt was incurred _

Last 4 digits of account number  **5781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.984 3**

Nonpriority creditor's name and mailing address
**TYLER A GOLD PA**
**1250 S Pine Island Road S-450**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **0346**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.984 4**

Nonpriority creditor's name and mailing address
**Tyler S. Van Vorhees Law, L.L.C.**
**300 E Highway 50**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number  **7927**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.984 5**

Nonpriority creditor's name and mailing address
**ULIANO & RYS PA**
**505 E Jackson Street Suite 201-A**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number  **6476**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.984 6**

Nonpriority creditor's name and mailing address
**UNGER LOCKWOOD & LEHRMAN PA**
**1801 N Pine Island Road Suite 101**
**Plantation, FL 33322**

Date(s) debt was incurred _

Last 4 digits of account number  **7114**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.984 7**

Nonpriority creditor's name and mailing address
**Universal Title Company**
**1200 Brickell Avenue Suite 1230**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **5195**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.984 8**

Nonpriority creditor's name and mailing address
**UPCHURCH BAILEY & UPCHURCH**
**P.O. Drawer 3007**
**St Augustine, FL 32085-3007**

Date(s) debt was incurred _

Last 4 digits of account number  **2013**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,565.53**

---

**3.984 9**

Nonpriority creditor's name and mailing address
**URBAN J.W. PATTERSON**
**341 3rd Street South**
**St. Petersburg, FL 33701-4228**

Date(s) debt was incurred _

Last 4 digits of account number  **4481**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor   **LTGF Business Trust**
Name

Case number (if known)   **2:23-bk-01538**

---

**3.985 0**

Nonpriority creditor's name and mailing address
**URBAN THIER FEDERER & JACKSON**
**200 S Orange Avenue Suite 2025**
**Orlando, FL 32801-3410**

Date(s) debt was incurred  _

Last 4 digits of account number  **1946**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.985 1**

Nonpriority creditor's name and mailing address
**USA Law Group**
**111 NE 1st Street**
**9th Floor**
**Miami, FL 33132**

Date(s) debt was incurred  _

Last 4 digits of account number  **9632**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.985 2**

Nonpriority creditor's name and mailing address
**UTA S GROVE**
**Uta S. Grove P.A.**
**2451 Mcmullen Booth Road Suite 231**
**Clearwater, FL 33759**

Date(s) debt was incurred  _

Last 4 digits of account number  **2697**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.985 3**

Nonpriority creditor's name and mailing address
**Uta S. Grove**
**Grove & Cintron P.A.**
**2600 E. Bay Drive, Suite 220**
**Largo, FL 33771**

Date(s) debt was incurred  _

Last 4 digits of account number  **7405**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.985 4**

Nonpriority creditor's name and mailing address
**Uzquiano Law Group, P.A.**
**8660 W. Flagler Street**
**Suite 121**
**Miami, FL 33144**

Date(s) debt was incurred  _

Last 4 digits of account number  **0741**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.985 5**

Nonpriority creditor's name and mailing address
**V ALFRED ETHERIDGE JR**
**841 Tanbark Drive Apt 103**
**Naples, FL 33963-8578**

Date(s) debt was incurred  _

Last 4 digits of account number  **7508**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.985 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,560.30** |

**V J VOORHEIS PA**
**1995 E Oakland Park Boulevard Suite 105**
**Ft Lauderdale, FL 33306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5351**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |

**V PATTON KEE**
**P.O. Box 716**
**Auburndale, FL 33823-0716**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3894**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**VAL L OSINSKI**
**9600 W Sample Road Suite 304**
**Coral Springs, FL 33065**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **4647**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |

**VAL R PATARINI**
**P.O. Box 608**
**Wauchula, FL 33873-0608**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **3003**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Valdes Law, P.A.**
**3191 Coral Way**
**Suite 623**
**Miami, FL 33145**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9681**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |

**VALDES-FAULI BISCHOFF KRISS &**
**2 S Biscayne Boulevard Suite 3400**
**Miami, FL 33131-1803**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5588**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Valencia & Torres Law, PLLC**
**7715 NW 48th Street**
**Suite 390**
**Doral, FL 33166**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0832**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.986
3**

Nonpriority creditor's name and mailing address
**VALENCIA RICHARDS HAYES**
**923 S Del Prado Boulevard Suite 207**
**Cape Coral, FL 33990**

Date(s) debt was incurred _

Last 4 digits of account number **6394**

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$50.00

---

**3.986
4**

Nonpriority creditor's name and mailing address
**VALENTINE GABALDON**
**328 4th Street**
**West Palm Beach, FL 33401-4206**

Date(s) debt was incurred _

Last 4 digits of account number **3910**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$400.58

---

**3.986
5**

Nonpriority creditor's name and mailing address
**VALERIA ARIAS PA**
**8356 Bird Road**
**Suite H**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number **8074**

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$25.00

---

**3.986
6**

Nonpriority creditor's name and mailing address
**VALERIE J DAVIS PA**
**P.O. Box 2487**
**Sarasota, FL 34230-2487**

Date(s) debt was incurred _

Last 4 digits of account number **166**

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$100.00

---

**3.986
7**

Nonpriority creditor's name and mailing address
**VALERIE LINNEN**
**P.O. Box 330339**
**Atlantic Beach, FL 32233**

Date(s) debt was incurred _

Last 4 digits of account number **6282**

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$25.00

---

**3.986
8**

Nonpriority creditor's name and mailing address
**VALVANO & COOPER LLC**
**1 Kalisa Way Suite 101**
**Paramus, NJ 07652**

Date(s) debt was incurred _

Last 4 digits of account number **8942**

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$25.00

---

**3.986
9**

Nonpriority creditor's name and mailing address
**VAN HOUTEN PONDER & HAHL PA**
**P.O. Box 2325**
**Daytona Beach, FL 32115**

Date(s) debt was incurred _

Last 4 digits of account number **9182**

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$50.00

---

Debtor **LTGF Business Trust**
Name

Case number (*if known*)  **2:23-bk-01538**

---

**3.9870**

Nonpriority creditor's name and mailing address
**VAN NESS LAW FIRM PA**
**1239 E. Newport Center Drive**
**Suite 110**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number  **9196**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$100.00**

---

**3.9871**

Nonpriority creditor's name and mailing address
**Van Ness Law Group**
**46 N Washington Boulevard Suite 9**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number  **6622**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.9872**

Nonpriority creditor's name and mailing address
**VAN WINKLE & SAMS PA**
**3859 Bee Ridge Road**
**Suite 202**
**Sarasota, FL 34233**

Date(s) debt was incurred _

Last 4 digits of account number  **1817**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$100.00**

---

**3.9873**

Nonpriority creditor's name and mailing address
**VANCE & MILLER**
**400 Julia Street Suite B**
**Titusville, FL 32796-3523**

Date(s) debt was incurred _

Last 4 digits of account number  **8442**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$50.00**

---

**3.9874**

Nonpriority creditor's name and mailing address
**Vanessa M. Bertran, P.A.**
**55 Alhambra Plaza**
**8th Floor**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **7357**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.9875**

Nonpriority creditor's name and mailing address
**Varajao Law, P.A.**
**111 2nd Avenue NE**
**Suite 900**
**St Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number  **0281**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.987 6**

Nonpriority creditor's name and mailing address

**VARGAS & ZION PA**
**8201 Peters Road Suite 4000**
**Ft Lauderdale, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **4277**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.987 7**

Nonpriority creditor's name and mailing address

**Vasallo Sloane, PL**
**301 E Pine Street Suite 250**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number  **7222**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.987 8**

Nonpriority creditor's name and mailing address

**Vassallo Bilotta Friedman & Davis**
**1401 Forum Way**
**Suite 501**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **6919**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.987 9**

Nonpriority creditor's name and mailing address

**VASTOLA & ASSOCIATES**
**789 S Federal Highway Suite 310**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number  **1717**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.988 0**

Nonpriority creditor's name and mailing address

**VEGA BROWN & STANLEY PA**
**2345 Stanford Court Suite 603**
**Naples, FL 34112**

Date(s) debt was incurred _

Last 4 digits of account number  **2243**

As of the petition filing date, the claim is: *Check all that apply.*

$75.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.988 1**

Nonpriority creditor's name and mailing address

**VELAZQUEZ & ASSOCIATES PA**
**900 W 49th Street Suite 430**
**Hialeah, FL 33012**

Date(s) debt was incurred _

Last 4 digits of account number  **8870**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.988 2**

Nonpriority creditor's name and mailing address

**VELLON LAW FIRM PL**
**1706 E Semoran Boulevard Suite 102**
**Apopka, FL 32703**

Date(s) debt was incurred _

Last 4 digits of account number  **5373**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (if known)    **2:23-bk-01538**
_____

| 3.988 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**VENKATA SUDHEER PATURI**
**1850 North Alafaya Trail**
**Unit 1A/1**
**Orlando, FL 32826**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9522**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.988 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Vera + Skiscim PL**
**P. O. Box 1074**
**Winter Park, FL 32790**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **0856**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.988 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**VERA S SKUHERSKY**
**205 W Enid Drive**
**Key Biscayne, FL 33149-2004**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8170**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.988 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Veritas Title, Inc.**
**4055 Central Avenue**
**St. Petersburg, FL 33713**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2849**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.988 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**VERNA POPO PA**
**1110 Brickell Avenue**
**Suite 430**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **2809**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.988 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**VERNIS & BOWLING OF MIAMI PA**
**1680 Northeast 135th Street**
**Miami, FL 33181**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7234**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9889**

Nonpriority creditor's name and mailing address

**VERNIS & BOWLING OF NORTH FL**
**4309 Salisbury Road**
**Jacksonville, FL 32216**

Date(s) debt was incurred _

Last 4 digits of account number **4827**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.9890**

Nonpriority creditor's name and mailing address

**VERONICA ANDERSON**
**805 Kirkman Road Suite 204**
**Orlando, FL 32811**

Date(s) debt was incurred _

Last 4 digits of account number **7028**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.9891**

Nonpriority creditor's name and mailing address

**VERONICA E DONNELLY**
**Office of The Attorney General**
**400 S Monroe Street Suite PI-01**
**Tallahassee, FL 32399-6536**

Date(s) debt was incurred _

Last 4 digits of account number **6123**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.9892**

Nonpriority creditor's name and mailing address

**VICKI J JUNOD**
**1100 S Federal Highway**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number **6054**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.9893**

Nonpriority creditor's name and mailing address

**VICTOR A DIAZ**
**2600 Maitland Center Parkway Suite 330**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number **2343**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.9894**

Nonpriority creditor's name and mailing address

**VICTOR A MARTINEZ**
**201 E Kennedy Boulevard Suite 950**
**Tampa, FL 33602-5826**

Date(s) debt was incurred _

Last 4 digits of account number **9880**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.9895**

Nonpriority creditor's name and mailing address

**VICTOR H DE YURRE**
**230 SW 62nd Avenue**
**Miami, FL 33144**

Date(s) debt was incurred _

Last 4 digits of account number **7727**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9896**

**Nonpriority creditor's name and mailing address**
**VICTOR HUGO RAMS & ASSOCIATES**
**5840 W Flagler Street**
**Miami, FL 33144**

Date(s) debt was incurred _

Last 4 digits of account number **7237**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9897**

**Nonpriority creditor's name and mailing address**
**VICTOR L STOSIK**
**703 Waterford Way Suite 800**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number **6763**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.9898**

**Nonpriority creditor's name and mailing address**
**VICTOR P DEBIANCHI JR**
**1720 Harrison Street**
**Suite 6Ce**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number **7563**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.9899**

**Nonpriority creditor's name and mailing address**
**VICTOR RONES PA**
**16105 NE 18th Avenue**
**North Miami Beach, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number **2670**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9900**

**Nonpriority creditor's name and mailing address**
**VICTORIA P BEHM**
**405 Second Street S Suite C**
**Safety Harbor, FL 34695**

Date(s) debt was incurred _

Last 4 digits of account number **5089**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9901**

**Nonpriority creditor's name and mailing address**
**Viera Yague, P.L.L.C.**
**10723 SW 104th Street**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number **0350**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.990
2**

**Nonpriority creditor's name and mailing address**
**VILA PADRON & DIAZ PA**
**201 Alhambra Circle**
**Suite 702**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **1014**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.990
3**

**Nonpriority creditor's name and mailing address**
**VILLAMANAN & BABINSKY PA**
**160 S Hibiscus Drive**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number  **7230**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.990
4**

**Nonpriority creditor's name and mailing address**
**Villanueva & Bajandas, L.L.P.**
**1000 Brickell Avenue Suite 200**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **9148**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.990
5**

**Nonpriority creditor's name and mailing address**
**VINCENT A O'BRIEN**
**8903 Regents Park Drive Suite 110**
**Tampa, FL 33647**

Date(s) debt was incurred _

Last 4 digits of account number  **5029**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.990
6**

**Nonpriority creditor's name and mailing address**
**VINCENT A SICA PA**
**804 W Imogene Street**
**Arcadia, FL 34266**

Date(s) debt was incurred _

Last 4 digits of account number  **0399**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.990
7**

**Nonpriority creditor's name and mailing address**
**Vincent B. Flor, P.A.**
**201 Alhambra Circle**
**Suite 503**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **0068**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.990
8**

**Nonpriority creditor's name and mailing address**
**VINCENT J OWOC**
**4801 S. University Drive**
**Suite 203**
**Davie, FL 33328-3835**

Date(s) debt was incurred _

Last 4 digits of account number  **5849**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

Case number (if known)  **2:23-bk-01538**

---

| 3.990 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**VINCENT J PIAZZA PA**
Suite 104 Congress Center
1325 S Congress Avenue
Boynton Beach, FL 33426

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7508**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.991 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**VINCENT J PROFACI**
932 Centre Circle Suite 1000
Altamonte Springs, FL 32714

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4250**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.991 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**VINCENT JAMES ZENGA**
3380 Fairlane Farms Road Suite 12
Wellington, FL 33414-8764

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6183**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.991 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**VINCENT M CAPEZZERA**
1527 Drury Court
St Augustine, FL 32092-1084

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2646**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.991 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**VINCENT M MANGINO**
1980 N Atlantic Avenue Suite 402
Cocoa Beach, FL 32931

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7920**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.991 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.21 |
|---|---|---|---|

**VINCENT MEADE, JR.**
2117 Hollywood Blvd. Suite 333
Hollywood, FL 33020-6737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3508**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.991 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**VINCENT P ANDREANO**
11413 Northwest 20th Court
Coral Springs, FL 33071

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4163**

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.991 6**

**Nonpriority creditor's name and mailing address**

**VINCENT SAMMARCO**
P.O. Box 841026
Pembroke Pines, FL 33084-0326

Date(s) debt was incurred _

Last 4 digits of account number **8317**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.991 7**

**Nonpriority creditor's name and mailing address**

**VIRGINIA B PUDER**
Park Plaza
75 Main Street
Millburn, NJ 07041-4107

Date(s) debt was incurred _

Last 4 digits of account number **5582**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.991 8**

**Nonpriority creditor's name and mailing address**

**Virginia Lee Perez**
1600 Ponce De Leon Boulevard
Suite 1018
Coral Gables, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number **0646**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.991 9**

**Nonpriority creditor's name and mailing address**

**VIRGINIA M STULLENBERG**
Virginia M. Stullenberg P.A.
848 Brickell Key Drive Suite 803
Miami, FL 33131

Date(s) debt was incurred _

Last 4 digits of account number **6735**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.992 0**

**Nonpriority creditor's name and mailing address**

**Vito M. Roppo, P.A.**
5633 Strand Boulevard Suite 310
Naples, FL 34110

Date(s) debt was incurred _

Last 4 digits of account number **9046**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.992 1**

**Nonpriority creditor's name and mailing address**

**VIVIAN C RODRIGUEZ**
330 Southwest 27th Avenue Suite 603
Miami, FL 33134

Date(s) debt was incurred _

Last 4 digits of account number **5150**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor __LTGF Business Trust_____   Case number (if known) __2:23-bk-01538__
          Name

| 3.992 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**VIVIAN D LAGER**
**2500 Airport Road S Suite 311**
**Naples, FL 34112-4882**

Date(s) debt was incurred _

Last 4 digits of account number __2353__

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

| 3.992 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**VIVIAN DE JESUS**
**P.O. Box 193240**
**San Juan, PR 00919-3240**

Date(s) debt was incurred _

Last 4 digits of account number __6903__

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

| 3.992 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**VIVIAN J URBIETA**
**148 Rosales Court**
**Coral Gables, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number __3807__

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

| 3.992 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.69 |
|---|---|---|---|

**VIVIAN MORAN**
**15 Alcantarra Avenue**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number __7647__

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

| 3.992 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**VIVIAN R RIVEIRO PA**
**7950 NW 155th Street**
**Suite 104**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number __8372__

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

| 3.992 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**VOGLER ASHTON PLLC**
**1771 Manatee Avenue W**
**Bradenton, FL 34205-5924**

Date(s) debt was incurred _

Last 4 digits of account number __8755__

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

| 3.992 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Voight, P.A.**
**7680 Universal Boulevard**
**Suite 565**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number __7929__

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Member__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9929**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **VOLK LAW OFFICES PA** | ■ Contingent | |
| **Volk Law Offices P.A.** | ☐ Unliquidated | |
| **1901 S. Harbor City Boulevard, Suite 700** | ☐ Disputed | |
| **Melbourne, FL 32901** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **7375** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9930**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **Vollrath Law, P.A.** | ■ Contingent | |
| **1757 W. Broadway** | ☐ Unliquidated | |
| **Suite 3** | ☐ Disputed | |
| **Oviedo, FL 32765** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **9005** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9931**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|
| **VOSE LAW FIRM LLC** | ■ Contingent | |
| **324 W Morse Boulevard** | ☐ Unliquidated | |
| **Winter Park, FL 32789** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **5430** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9932**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|
| **W BRADLEY MUNROE PA** | ■ Contingent | |
| **239 E. Virginia Street** | ☐ Unliquidated | |
| **Tallahassee, FL 32301** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **5118** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9933**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **W CRAIG EAKIN** | ■ Contingent | |
| **2900 E Oakland Park Boulevard** | ☐ Unliquidated | |
| **Ft Lauderdale, FL 33306** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **3917** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9934**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|
| **W CRIT SMITH** | ■ Contingent | |
| **3520 Thomasville Road Floor 4** | ☐ Unliquidated | |
| **Tallahassee, FL 32308-3478** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Member** | |
| Last 4 digits of account number  **7635** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.993 5**

**Nonpriority creditor's name and mailing address**

**W CROSBY FEW**
**501 E Kennedy Boulevard Suite 1401**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number  **4093**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.993 6**

**Nonpriority creditor's name and mailing address**

**W DANIEL KEARNEY**
**1335 US Highway 301 Suite D**
**Palmetto, FL 34221-4183**

Date(s) debt was incurred _

Last 4 digits of account number  **3987**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.993 7**

**Nonpriority creditor's name and mailing address**

**W DENIS SHELLEY**
**313 S Palmetto Avenue**
**Daytona Beach, FL 32114-4919**

Date(s) debt was incurred _

Last 4 digits of account number  **8457**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.993 8**

**Nonpriority creditor's name and mailing address**

**W E BISHOP JR**
**7743 Southwest Highway 200**
**Ocala, FL 34476**

Date(s) debt was incurred _

Last 4 digits of account number  **4381**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.993 9**

**Nonpriority creditor's name and mailing address**

**W E RODDENBERRY**
**1937 Quay Dock Road**
**Vero Beach, FL 32967-5959**

Date(s) debt was incurred _

Last 4 digits of account number  **4143**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.994 0**

**Nonpriority creditor's name and mailing address**

**W E WINDERWEEDLE JR**
**5546 Lake Howell Road**
**Winter Park, FL 32792**

Date(s) debt was incurred _

Last 4 digits of account number  **207**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.994 1**

**Nonpriority creditor's name and mailing address**

**W EMORY DAUGHERTY**
**567 Sea Pine Lane**
**Deerfield Beach, FL 33442-1304**

Date(s) debt was incurred _

Last 4 digits of account number  **7751**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.994
2**

**Nonpriority creditor's name and mailing address**

**W FLEMMING WARD**
**P.O. Box 412**
**Defuniak Springs, FL 32433-0412**

Date(s) debt was incurred  _

Last 4 digits of account number  **4838**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.994
3**

**Nonpriority creditor's name and mailing address**

**W GEORGE ALLEN**
**800 Southeast 3rd Avenue Penthouse**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred  _

Last 4 digits of account number  **3220**

As of the petition filing date, the claim is: *Check all that apply.*

$125.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.994
4**

**Nonpriority creditor's name and mailing address**

**W GRADY HUIE**
**143 Miami Avenue E**
**Venice, FL 34285-2407**

Date(s) debt was incurred  _

Last 4 digits of account number  **6992**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.994
5**

**Nonpriority creditor's name and mailing address**

**W GRAY DUNLAP**
**6866 28th Street S**
**St Petersburg, FL 33712-5506**

Date(s) debt was incurred  _

Last 4 digits of account number  **3053**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.994
6**

**Nonpriority creditor's name and mailing address**

**W J VAUGHN**
**P.O. Box 370**
**Melbourne, FL 32902-0370**

Date(s) debt was incurred  _

Last 4 digits of account number  **2247**

As of the petition filing date, the claim is: *Check all that apply.*

$7,268.47

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.994
7**

**Nonpriority creditor's name and mailing address**

**W JAMES GOODING III**
**1531 SE 36th Avenue**
**Ocala, FL 34471-4936**

Date(s) debt was incurred  _

Last 4 digits of account number  **0617**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.994
8**

**Nonpriority creditor's name and mailing address**

**W JUSTIN COTTRELL PA**
**5147 Castello Drive**
**Naples, FL 34103-8929**

Date(s) debt was incurred  _

Last 4 digits of account number  **6675**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9949**

**Nonpriority creditor's name and mailing address**
**W KEVIN RUSSELL PA**
**14295 S. Tamiami Trail**
**North Port, FL 34287**

Date(s) debt was incurred _

Last 4 digits of account number  **4269**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.9950**

**Nonpriority creditor's name and mailing address**
**W KIRK BROWN**
**P.O. Box 38006**
**Tallahassee, FL 32315**

Date(s) debt was incurred _

Last 4 digits of account number  **6251**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.9951**

**Nonpriority creditor's name and mailing address**
**W LAWRENCE LARCHE**
**120 E Palmetto Park Road Suite 150**
**Boca Raton, FL 33432-4835**

Date(s) debt was incurred _

Last 4 digits of account number  **5142**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.9952**

**Nonpriority creditor's name and mailing address**
**W LEE BAYNARD JR**
**925 42nd Avenue N**
**St Petersburg, FL 33703-4531**

Date(s) debt was incurred _

Last 4 digits of account number  **4127**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.9953**

**Nonpriority creditor's name and mailing address**
**W LEE KING JR**
**210 Orange Avenue**
**Ft Pierce, FL 34950**

Date(s) debt was incurred _

Last 4 digits of account number  **9811**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.9954**

**Nonpriority creditor's name and mailing address**
**W MANLY PA**
**10 Southwest South River Drive Suite 171**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number  **4523**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.995 5**

**Nonpriority creditor's name and mailing address**

**W MICHAEL BRINKLEY JR**
**Suite 1500**
**350 E Las Olas Boulevard**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred  _

Last 4 digits of account number  **0807**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

$25.00

---

**3.995 6**

**Nonpriority creditor's name and mailing address**

**W MORGAN SPEER**
**8461 Lake Worth Road Suite 238**
**Lake Worth, FL 33467**

Date(s) debt was incurred  _

Last 4 digits of account number  **4502**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

$25.00

---

**3.995 7**

**Nonpriority creditor's name and mailing address**

**W PAUL BAUMGART**
**6941 Northwest 6th Court**
**Plantation, FL 33317**

Date(s) debt was incurred  _

Last 4 digits of account number  **8574**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

$25.00

---

**3.995 8**

**Nonpriority creditor's name and mailing address**

**W RICHARD THOREEN**
**620 N Wymore Road Suite 210**
**Maitland, FL 32751**

Date(s) debt was incurred  _

Last 4 digits of account number  **6900**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

$25.00

---

**3.995 9**

**Nonpriority creditor's name and mailing address**

**W RODGERS MOORE**
**1900 Glades Road Suite 401**
**Boca Raton, FL 33431**

Date(s) debt was incurred  _

Last 4 digits of account number  **2442**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

$25.00

---

**3.996 0**

**Nonpriority creditor's name and mailing address**

**W ROY WILKES**
**202 Dal Hall Boulevard**
**Lake Placid, FL 33852-6598**

Date(s) debt was incurred  _

Last 4 digits of account number  **4058**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

$25.00

---

**3.996 1**

**Nonpriority creditor's name and mailing address**

**W RUSSELL SNYDER PA**
**351 W Venice Avenue**
**Venice, FL 34285-2004**

Date(s) debt was incurred  _

Last 4 digits of account number  **5149**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☒ No  ☐ Yes

$5,619.29

---

Debtor **LTGF Business Trust**                                    Case number (if known) **2:23-bk-01538**
_____
Name

| 3.996<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**W SCOTT EUBANKS JR**
P.O. Box 500
**Wellborn, FL 32094**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number **3546**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**W SCOTT WYNN**
P.O. Box 447
**Groveland, FL 34736-0447**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number **8307**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**W TAYLOR MOORE**
P.O. Box 507
**Tallahassee, FL 32302-0507**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number **6278**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**W THOMAS COPELAND PA**
208 S Range Street
**Madison, FL 32340-2438**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number **6462**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**W THOMAS LOVETT**
W Thomas Lovett P.A.
801 N Magnolia Avenue Suite 301
**Orlando, FL 32803**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number **3872**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**W THOMAS WACKEEN**
P.O. Box 66
**Stuart, FL 34995-0066**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number **6775**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**W TODD NEAL**
P.O. Box 12591
**Lake Park, FL 33403-0591**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number **7143**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.996 9**

**Nonpriority creditor's name and mailing address**
**W W HAMPTON**
**P O Box 355**
**Gainesville, FL 32602-0355**

Date(s) debt was incurred  _

Last 4 digits of account number  **595**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.997 0**

**Nonpriority creditor's name and mailing address**
**W WADE WALLACE**
**10221 W Emerald Coast Parkway Suite 26**
**Destin, FL 32550**

Date(s) debt was incurred  _

Last 4 digits of account number  **2329**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.997 1**

**Nonpriority creditor's name and mailing address**
**W WESLEY MARSTON**
**P.O. Box 1070**
**Gainesville, FL 32602**

Date(s) debt was incurred  _

Last 4 digits of account number  **8214**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.997 2**

**Nonpriority creditor's name and mailing address**
**W WM ELLSWORTH JR**
**P.O. Box 7667**
**Lakeland, FL 33807-7667**

Date(s) debt was incurred  _

Last 4 digits of account number  **3270**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.997 3**

**Nonpriority creditor's name and mailing address**
**W. L. KIRK, JR.**
**P.O. Box 1873**
**Orlando, FL 32802-1873**

Date(s) debt was incurred  _

Last 4 digits of account number  **4010**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.997 4**

**Nonpriority creditor's name and mailing address**
**W. M. CHANFRAU**
**P.O. Box 3156**
**Daytona Beach, FL 32118-0156**

Date(s) debt was incurred  _

Last 4 digits of account number  **5577**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.997
5**

Nonpriority creditor's name and mailing address

**W. RONALD CHAFFIN
3021 Emathla St.
Miami, FL 33133-3224**

Date(s) debt was incurred _

Last 4 digits of account number **5782**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.997
6**

Nonpriority creditor's name and mailing address

**W. VAN SHARMAN
2117 B Lakewood Club Dr.South
St Petersburg, FL 33712**

Date(s) debt was incurred _

Last 4 digits of account number **4465**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$145.10**

---

**3.997
7**

Nonpriority creditor's name and mailing address

**Waddell & Waddell, P.A.
1108-A N. 12th Avenue
Pensacola, FL 32501**

Date(s) debt was incurred _

Last 4 digits of account number **9639**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.997
8**

Nonpriority creditor's name and mailing address

**WADE B COYE
730 Vassar Street
Orlando, FL 32804-4921**

Date(s) debt was incurred _

Last 4 digits of account number **7797**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.997
9**

Nonpriority creditor's name and mailing address

**WADE C PETERSON
Wade C. Peterson P.A.
211 N Krome Avenue
Homestead, FL 33030**

Date(s) debt was incurred _

Last 4 digits of account number **8657**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.998
0**

Nonpriority creditor's name and mailing address

**WADE F JOHNSON JR
4255 Tidewater Drive
Orlando, FL 32812-7949**

Date(s) debt was incurred _

Last 4 digits of account number **9351**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.998
1**

Nonpriority creditor's name and mailing address

**WADIE A ZACCA
8900 Southwest 107th Avenue Suite 205
Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number **8888**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.998 2**

**Nonpriority creditor's name and mailing address**

**WADSWORTH HUOTT LLP**
**One Flagler Building**
**14 NE 1st Avenue, 10th Floor**
**Miami, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number  **2306**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.998 3**

**Nonpriority creditor's name and mailing address**

**WAGGONER & BRUEHL PA**
**5400 Pine Island Road**
**Suite D**
**Bokeelia, FL 33922-3254**

Date(s) debt was incurred _

Last 4 digits of account number  **232**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.998 4**

**Nonpriority creditor's name and mailing address**

**WALDENSE D MALOUF**
**700 Delaware Avenue**
**Palm Harbor, FL 34683**

Date(s) debt was incurred _

Last 4 digits of account number  **4474**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.998 5**

**Nonpriority creditor's name and mailing address**

**WALKER & ASSOCIATES ATTORNEYS**
**1053 MaitInd Center Cmns Boulevard Suite**
**Maitland, FL 32751-7431**

Date(s) debt was incurred _

Last 4 digits of account number  **7929**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.998 6**

**Nonpriority creditor's name and mailing address**

**Walker Law Firm, P.A.**
**500 S. Australian Avenue**
**Suite 600**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number  **6923**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.998 7**

**Nonpriority creditor's name and mailing address**

**WALLACE & MELLINGER PA**
**225 Northeast Mizner Boulevard Suite 300**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number  **8564**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.998 8**

**Nonpriority creditor's name and mailing address**

**WALLACE C VON ARX III**
**P.O. Box 1567**
**Ft Myers, FL 33902-1567**

Date(s) debt was incurred _

Last 4 digits of account number  **7675**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.9989**

**Nonpriority creditor's name and mailing address**

**WALLACE L LEWIS JR**
**Miami Center Suite 32000**
**201 S Biscayne Boulevard**
**Miami, FL 33131-2399**

Date(s) debt was incurred _

Last 4 digits of account number **7707**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.9990**

**Nonpriority creditor's name and mailing address**

**Wallace Law, P.A.**
**4440 PGA Boulevard**
**Suite 600**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number **8479**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.9991**

**Nonpriority creditor's name and mailing address**

**WALLACE N. MAER**
**419 S.W. 29th Road**
**Miami, FL 33129-2622**

Date(s) debt was incurred _

Last 4 digits of account number **882**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.9992**

**Nonpriority creditor's name and mailing address**

**WALLACE W KENNEDY**
**P.O. Box 2300**
**Vail, CO 81658**

Date(s) debt was incurred _

Last 4 digits of account number **7702**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$10,501.28**

---

**3.9993**

**Nonpriority creditor's name and mailing address**

**WALLER & SCHARBER PA**
**P.O. Box 1668**
**Dade City, FL 33526-1668**

Date(s) debt was incurred _

Last 4 digits of account number **5740**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.9994**

**Nonpriority creditor's name and mailing address**

**WALLER AND MITCHELL**
**5332 Main Street**
**New Port Richey, FL 34652**

Date(s) debt was incurred _

Last 4 digits of account number **5812**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.9995**

**Nonpriority creditor's name and mailing address**
**Walsh Banks, P.L.L.C.**
P.O. Box 2271
Orlando, FL 32802

Date(s) debt was incurred _

Last 4 digits of account number  **8756**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9996**

**Nonpriority creditor's name and mailing address**
**WALSH THEISSEN & BOYD PA**
C/O Heinrich Gordon Et Al
Suite 1000 - 500 E Broward Boulevard
Ft Lauderdale, FL 33394

Date(s) debt was incurred _

Last 4 digits of account number  **3732**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9997**

**Nonpriority creditor's name and mailing address**
**WALTER A ANON**
7975 NW 155th Street
Suite A
Miami Lakes, FL 33016

Date(s) debt was incurred _

Last 4 digits of account number  **6861**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9998**

**Nonpriority creditor's name and mailing address**
**WALTER BUTCKA**
P.O. Box 8001
Sanford, FL 32772-8001

Date(s) debt was incurred _

Last 4 digits of account number  **6101**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9999**

**Nonpriority creditor's name and mailing address**
**WALTER E NOTTEBAUM**
6990 Southwest 56th Street
Miami, FL 33155-5629

Date(s) debt was incurred _

Last 4 digits of account number  **4450**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10000**

**Nonpriority creditor's name and mailing address**
**WALTER E STEVENS**
13605 S Dixie Highway Suite 136-414
Miami, FL 33176-7252

Date(s) debt was incurred _

Last 4 digits of account number  **8205**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10001**

**Nonpriority creditor's name and mailing address**
**WALTER G WOODS**
Walter G. Woods Chartered
32 Castle Hill Way
Stuart, FL 34996

Date(s) debt was incurred _

Last 4 digits of account number  **1543**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.100 02**

**Nonpriority creditor's name and mailing address**
**WALTER J FOLEY**
P.O. Box 16606
Ft Lauderdale, FL 33318

Date(s) debt was incurred _

Last 4 digits of account number **733**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$243.36**

---

**3.100 03**

**Nonpriority creditor's name and mailing address**
**WALTER L SCHAFER JR**
P.O. Box 1040
Dunedin, FL 34697-1040

Date(s) debt was incurred _

Last 4 digits of account number **6567**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.100 04**

**Nonpriority creditor's name and mailing address**
**WALTER LESLIE ELLIS**
4405 Southwest 72nd Drive
Palm City, FL 32990

Date(s) debt was incurred _

Last 4 digits of account number **5239**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.100 05**

**Nonpriority creditor's name and mailing address**
**WALTER O BAZEMORE**
408 W Herring Street
Plant City, FL 33566-3120

Date(s) debt was incurred _

Last 4 digits of account number **3684**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.100 06**

**Nonpriority creditor's name and mailing address**
**WALTER P CAREY**
1217 Cape Coral Parkway E
Cape Coral, FL 33904-9604

Date(s) debt was incurred _

Last 4 digits of account number **0120**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.100 07**

**Nonpriority creditor's name and mailing address**
**WALTER R BLAKE**
Walter R. Blake P.A.
1881 University Drive Suite 100
Coral Springs, FL 33071-6095

Date(s) debt was incurred _

Last 4 digits of account number **4427**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$31,653.14**

---

**3.100 08**

**Nonpriority creditor's name and mailing address**
**WALTER S MCLIN III**
PO BOX 491357
LEESBURG, FL 34749

Date(s) debt was incurred _

Last 4 digits of account number **8356**

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.100 09**

**Nonpriority creditor's name and mailing address**
**WALTER T ROSE JR PA**
P.O. Box 321255
Cocoa Beach, FL 32931

Date(s) debt was incurred _

Last 4 digits of account number  **3182**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

**3.100 10**

**Nonpriority creditor's name and mailing address**
**WALTER W SYLVESTER**
P.O. Box 7075
Boca Raton, FL 33431-0075

Date(s) debt was incurred _

Last 4 digits of account number  **3754**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.100 11**

**Nonpriority creditor's name and mailing address**
**WALTERS COSTANZO RUSSELL ZYNE**
12515 N Kendall Drive Suite 324
Miami, FL 33186

Date(s) debt was incurred _

Last 4 digits of account number  **871**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

**3.100 12**

**Nonpriority creditor's name and mailing address**
**WALTERS LEVINE KLINGSMITH**
1800 Second Street Suite 808
Sarasota, FL 34236

Date(s) debt was incurred _

Last 4 digits of account number  **2828**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.100 13**

**Nonpriority creditor's name and mailing address**
**WALTON H MCMICHAEL**
P.O. Box 1543
Tampa, FL 33601-1543

Date(s) debt was incurred _

Last 4 digits of account number  **8535**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.100 14**

**Nonpriority creditor's name and mailing address**
**WALTON LANTAFF SCHROEDER &**
9350 S Dixie Highway
10th Floor
Miami, FL 33156

Date(s) debt was incurred _

Last 4 digits of account number  **5175**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$225.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.100**
**15**

**Nonpriority creditor's name and mailing address**
**WAMPLER BUCHANAN & BREEN PA**
**1 Southeast 3rd Avenue Suite 1700**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **4075**

As of the petition filing date, the claim is: *Check all that apply.*                    **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100**
**16**

**Nonpriority creditor's name and mailing address**
**WANDA I RUFIN PA**
**1529 Southwest 1st Street**
**Miami, FL 33135**

Date(s) debt was incurred _

Last 4 digits of account number  **6620**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100**
**17**

**Nonpriority creditor's name and mailing address**
**WANDA PISTELLA**
**7515 Abbey Glen**
**Lakewood Ranch, FL 34202-2423**

Date(s) debt was incurred _

Last 4 digits of account number  **8579**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100**
**18**

**Nonpriority creditor's name and mailing address**
**WARCHOL MERCHANT & ROLLINGS**
**P.O. Box 100767**
**Cape Coral, FL 33910**

Date(s) debt was incurred _

Last 4 digits of account number  **7742**

As of the petition filing date, the claim is: *Check all that apply.*                    **$300.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100**
**19**

**Nonpriority creditor's name and mailing address**
**WARD & KETCHERSID PA**
**1241 Airport Road**
**Suite H**
**Destin, FL 32541**

Date(s) debt was incurred _

Last 4 digits of account number  **7037**

As of the petition filing date, the claim is: *Check all that apply.*                    **$75.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100**
**20**

**Nonpriority creditor's name and mailing address**
**WARD DAMON POSNER PHETERSON**
**4420 Beacon Circle**
**Suite 100**
**West Palm Beach, FL 33407-3270**

Date(s) debt was incurred _

Last 4 digits of account number  **3598**

As of the petition filing date, the claim is: *Check all that apply.*                    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100**
**21**

**Nonpriority creditor's name and mailing address**
**Ward Law Firm, PL**
**1201 Chichester Street**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number  **7212**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **LTGF Business Trust** |
| | Name |

Case number (if known)  **2:23-bk-01538**

---

**3.100 22**

**Nonpriority creditor's name and mailing address**
**WARD ROVELL & VAN EEPOEL PA**
P.O. Box 71
Tampa, FL 33601-0071

Date(s) debt was incurred _

Last 4 digits of account number  **7648**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.100 23**

**Nonpriority creditor's name and mailing address**
**WARDEN LAW FIRM**
Office of The General Counsel
3900 Commonwealth Boulevard Suite M535
Tallahassee, FL 32399

Date(s) debt was incurred _

Last 4 digits of account number  **6054**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.100 24**

**Nonpriority creditor's name and mailing address**
**WARDKIM LLLP**
One Financial Plaza Suite 2600
Ft Lauderdale, FL 33396

Date(s) debt was incurred _

Last 4 digits of account number  **2316**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.100 25**

**Nonpriority creditor's name and mailing address**
**WARFEL GOLDBERG WALDOCH &**
2015 Centre Point Boulevard Suite 105
Tallahassee, FL 32308

Date(s) debt was incurred _

Last 4 digits of account number  **5143**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.100 26**

**Nonpriority creditor's name and mailing address**
**Warman Law Office, P.A.**
1995 E. Oakland Park Boulevard
Suite 315
Ft. Lauderdale, FL 33306

Date(s) debt was incurred _

Last 4 digits of account number  **0677**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.100 27**

**Nonpriority creditor's name and mailing address**
**WARNER S OLDS**
6000 N Ocean Boulevard Apt 9h
Ft Lauderdale, FL 33308-2302

Date(s) debt was incurred _

Last 4 digits of account number  **5947**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.100 28**

**Nonpriority creditor's name and mailing address**

**Warren Bilchik, P.A.**
**255 Alhambra Circle**
**Suite 414**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **7400**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.100 29**

**Nonpriority creditor's name and mailing address**

**WARREN E WILLIAMS**
**P.O. Box 3444**
**Orlando, FL 32802-3444**

Date(s) debt was incurred _

Last 4 digits of account number **6239**

As of the petition filing date, the claim is: *Check all that apply.*                    **$200.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.100 30**

**Nonpriority creditor's name and mailing address**

**WARREN J KOZLOW**
**Warren J. Kozlow P.A.**
**5850 Coral Ridge Drive Suite 201**
**Coral Springs, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number **6191**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.100 31**

**Nonpriority creditor's name and mailing address**

**WARREN M CASON**
**P.O. Box 1288**
**Tampa, FL 33601-1288**

Date(s) debt was incurred _

Last 4 digits of account number **2017**

As of the petition filing date, the claim is: *Check all that apply.*                    **$7,812.61**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.100 32**

**Nonpriority creditor's name and mailing address**

**WARREN P GAMMILL**
**44 W Flagler Street Suite 1050**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number **5867**

As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.100 33**

**Nonpriority creditor's name and mailing address**

**WARREN R TRAZENFELD**
**3225 Aviation Avenue Suite 600**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **7608**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.100 34**

**Nonpriority creditor's name and mailing address**

**WARREN ROSMARIN**
**2850 Van Ness Street Northwest Apt 330**
**Washington, DC 20008**

Date(s) debt was incurred _

Last 4 digits of account number **6808**

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,722.13**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **LTGF Business Trust**
Name

Case number (if known) **2:23-bk-01538**

---

| 3.100 35 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**WARWICK R FURR II PA**
**22 E Main Street**
**Avon Park, FL 33825**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4098**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 36 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**WASSERMAN & THOMAS PA**
**12550 Biscayne Boulevard Suite 403**
**Miami, FL 33181**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1533**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 37 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Waters & Associates, P.A.**
**117 S Gadsden Street**
**Tallahassee, FL 32301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6843**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 38 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Waterstone Title, LLC**
**7050 W. Palmetto Park Road**
**#15-249**
**Boca Raton, FL 33433**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1068**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 39 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**WATSON & ASSOCIATES PA**
**DBA Law Office Of John A. Watson**
**2501 E Commercial Boulevard, Suite 208**
**Ft. Lauderdale, FL 33308-1066**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4124**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 40 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**WATSON & OSBORNE PA**
**208 Ponte Vedra Park Drive Suite 101**
**Ponte Vedra Beach, FL 32082**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5924**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 41 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**WATSON & WATSON PA**
**P.O. Box 358686**
**Gainesville, FL 32635-8686**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8583**

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.100 42**

**Nonpriority creditor's name and mailing address**
**Watson Sewell, P.L.**
**5410 E. County Highway 30-A**
**Suite 201**
**Seagrove Beach, FL 32459**

Date(s) debt was incurred _

Last 4 digits of account number  **9543**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.100 43**

**Nonpriority creditor's name and mailing address**
**WATSON SOILEAU DELEO &**
**P.O. Box 236007**
**Cocoa, FL 32923**

Date(s) debt was incurred _

Last 4 digits of account number  **7628**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.100 44**

**Nonpriority creditor's name and mailing address**
**WATSON TITLE INSURANCE AGENCY**
**Reo Department**
**1999 N University Drive Suite 300**
**Coral Springs, FL 33071**

Date(s) debt was incurred _

Last 4 digits of account number  **6475**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.100 45**

**Nonpriority creditor's name and mailing address**
**WATTERSON & ZAPPOLO PA**
**4100 Rca Boulevard Suite 100**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number  **7895**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.100 46**

**Nonpriority creditor's name and mailing address**
**Waugh Law, P.A.**
**201 E. Pine Street**
**Suite 315**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number  **0160**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.100 47**

**Nonpriority creditor's name and mailing address**
**WAYNE B BLOCK**
**1826 Ponce De Leon Boulevard**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **3880**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.100 48**

Nonpriority creditor's name and mailing address
**WAYNE C NELSON**
**37242 Geiger Road**
**Zephyrhills, FL 33541-1860**

Date(s) debt was incurred _

Last 4 digits of account number **2862**

As of the petition filing date, the claim is: *Check all that apply.*                     **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 49**

Nonpriority creditor's name and mailing address
**WAYNE J BOYER**
**1968 Bayshore Boulevard**
**Dunedin, FL 34698-2500**

Date(s) debt was incurred _

Last 4 digits of account number **5643**

As of the petition filing date, the claim is: *Check all that apply.*                     **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 50**

Nonpriority creditor's name and mailing address
**WAYNE L ALLEN**
**700 N Wickham Road Suite 107**
**Melbourne, FL 32935**

Date(s) debt was incurred _

Last 4 digits of account number **7925**

As of the petition filing date, the claim is: *Check all that apply.*                     **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 51**

Nonpriority creditor's name and mailing address
**WAYNE LARUE SMITH**
**The Smith Law Firm**
**509 Whitehead Street**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number **4577**

As of the petition filing date, the claim is: *Check all that apply.*                     **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 52**

Nonpriority creditor's name and mailing address
**WAYNE M RICHARDS**
**Law Office of Wayne M Richards P.A.**
**P.O. Box 8125**
**West Palm Beach, FL 33407**

Date(s) debt was incurred _

Last 4 digits of account number **3604**

As of the petition filing date, the claim is: *Check all that apply.*                     **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 53**

Nonpriority creditor's name and mailing address
**WAYNE P CASTELLO**
**2772 Northwest 43rd Street Suite W**
**Gainesville, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number **7764**

As of the petition filing date, the claim is: *Check all that apply.*                     **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 54**

Nonpriority creditor's name and mailing address
**WAYNE P DEAN JR**
**P.O. Box 57**
**Ocoee, FL 34761**

Date(s) debt was incurred _

Last 4 digits of account number **6598**

As of the petition filing date, the claim is: *Check all that apply.*                     **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.100 55**

**Nonpriority creditor's name and mailing address**
**WAYNE R COULTER**
**5438 Spring Hill Drive**
**Spring Hill, FL 34606-4559**

Date(s) debt was incurred _

Last 4 digits of account number **7506**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$14,081.89

---

**3.100 56**

**Nonpriority creditor's name and mailing address**
**WAYNE R KRUER**
**600 Whitehead Street Suite 301**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number **5832**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.100 57**

**Nonpriority creditor's name and mailing address**
**WAYNE R MALANEY**
**2846-A Remington Green Lane**
**Tallahassee, FL 32308-3757**

Date(s) debt was incurred _

Last 4 digits of account number **7889**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.100 58**

**Nonpriority creditor's name and mailing address**
**WAYNE S TIMMERMAN**
**101 S Franklin Street Suite 101**
**Tampa, FL 33602-5350**

Date(s) debt was incurred _

Last 4 digits of account number **2723**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.100 59**

**Nonpriority creditor's name and mailing address**
**WEAVER & MCCLENDON**
**P.O. Box 466**
**Lake Wales, FL 33859-0466**

Date(s) debt was incurred _

Last 4 digits of account number **6006**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$225.00

---

**3.100 60**

**Nonpriority creditor's name and mailing address**
**WEAVER MCCLENDON & PENROD LLP**
**P.O. Box 466**
**Lake Wales, FL 33859-0466**

Date(s) debt was incurred _

Last 4 digits of account number **6006**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$75.00

---

**3.100 61**

**Nonpriority creditor's name and mailing address**
**WEAVER WEAVER & PETRIE PA**
**P.O. Box 14663**
**Ft Lauderdale, FL 33302-4663**

Date(s) debt was incurred _

Last 4 digits of account number **5864**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$2,072.13

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.100
62**

**Nonpriority creditor's name and mailing address**
**WEBB & O'QUINN**
**C/O Robert O'Quinn**
**1805 Copeland Street**
**Jacksonville, FL 32204**

Date(s) debt was incurred __

Last 4 digits of account number **2686**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$350.00**

---

**3.100
63**

**Nonpriority creditor's name and mailing address**
**WEBBER HINDEN MCLEAN &**
**4430 SW 64th Avenue**
**Davie, FL 33314**

Date(s) debt was incurred __

Last 4 digits of account number **1764**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$21,341.98**

---

**3.100
64**

**Nonpriority creditor's name and mailing address**
**Weber Crabb & Wein, P.A.**
**5453 Central Avenue**
**St Petersburg, FL 33710**

Date(s) debt was incurred __

Last 4 digits of account number **8790**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.100
65**

**Nonpriority creditor's name and mailing address**
**WECK & STONE PA**
**3600 Galt Ocean Drive Apt 16a**
**Ft Lauderdale, FL 33308-7607**

Date(s) debt was incurred __

Last 4 digits of account number **3292**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,863.58**

---

**3.100
66**

**Nonpriority creditor's name and mailing address**
**WECK AND WECK**
**3600 Galt Ocean Drive Apt 16a**
**Ft Lauderdale, FL 33308-7607**

Date(s) debt was incurred __

Last 4 digits of account number **1490**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$175.00**

---

**3.100
67**

**Nonpriority creditor's name and mailing address**
**Wedderburn & Jacobs, P.A.**
**6100 Hollywood Boulevard**
**Suite 201**
**Hollywood, FL 33024**

Date(s) debt was incurred __

Last 4 digits of account number **8398**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.100
68**

**Nonpriority creditor's name and mailing address**
**Wedge Associates, L.L.C.**
**12180 S. Shore Boulevard**
**Suite 101-A**
**Wellington, FL 33414**

Date(s) debt was incurred __

Last 4 digits of account number **8148**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.100 69**

**Nonpriority creditor's name and mailing address**
**WEIFFENBACH & KAKLIS**
**538 12th Street W**
**Bradenton, FL 34205**

Date(s) debt was incurred _

Last 4 digits of account number **4480**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.100 70**

**Nonpriority creditor's name and mailing address**
**WEIL GOTSHAL & MANGES LLP**
**1395 Brickell Avenue Suite 1200**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **8282**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$323.75**

---

**3.100 71**

**Nonpriority creditor's name and mailing address**
**Weinberg Wheeler Hudgins Gunn & Dial, L.**
**3350 Virginia Street**
**Suite 500**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **9616**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.100 72**

**Nonpriority creditor's name and mailing address**
**WEINER & CUMMINGS**
**1428 Brickell Avenue 4th Floor**
**Miami, FL 33131-3409**

Date(s) debt was incurred _

Last 4 digits of account number **5971**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.100 73**

**Nonpriority creditor's name and mailing address**
**WEINER & LYNNE PA**
**10 Southeast 1st Avenue Suite C**
**Delray Beach, FL 33444**

Date(s) debt was incurred _

Last 4 digits of account number **8443**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.100 74**

**Nonpriority creditor's name and mailing address**
**WEINSTEIN & SCHARF**
**1999 University Drive**
**Suite 402**
**Coral Springs, FL 33071-6069**

Date(s) debt was incurred _

Last 4 digits of account number **564**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.100 75**

**Nonpriority creditor's name and mailing address**

**WEINSTEIN ZIMMERMAN & HANDIN**
**3111 University Drive Suite 605**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number  **483**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$250.00

---

**3.100 76**

**Nonpriority creditor's name and mailing address**

**WEIR LEE KING JR (SEE BR #3)**
**Allo Plaza South**
**10884 S Federal Highway**
**Port St Lucie, FL 34952**

Date(s) debt was incurred _

Last 4 digits of account number  **9811**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.100 77**

**Nonpriority creditor's name and mailing address**

**WEISBERG & ASSOCIATES PA**
**21301 Powerline Road**
**Suite 100**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number  **6689**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.100 78**

**Nonpriority creditor's name and mailing address**

**WEISBURD EISEN & POSSENTI PA**
**2751 Executive Park Drive**
**Suite 104**
**Weston, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number  **3698**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.100 79**

**Nonpriority creditor's name and mailing address**

**WEISS HANDLER ANGELOS &**
**One Boca Place**
**2255 Glades Road**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **396**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.100 80**

**Nonpriority creditor's name and mailing address**

**WEISS SEROTA HELFMAN**
**200 E. Broward Blvd.**
**Suite 1900**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **6637**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$225.00

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.100 81**

**Nonpriority creditor's name and mailing address**
**Weissman Nowack Curry & Wilco, P.C.**
**One Biscayne Tower Suite 2610**
**2 S Biscayne Boulevard**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **8090**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.100 82**

**Nonpriority creditor's name and mailing address**
**WEITZ & SCHWARTZ PA**
**900 SE 3rd Avenue**
**Suite 204**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred _

Last 4 digits of account number **6092**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.100 83**

**Nonpriority creditor's name and mailing address**
**WELBAUM GUERNSEY HINGSTON**
**DBA Welbaum Guernsey**
**7740 SW 104 Street**
**Pinecrest, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **5519**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.100 84**

**Nonpriority creditor's name and mailing address**
**WELCH & DOOLEY**
**P.O. Box 445**
**Lakeland, FL 33802**

Date(s) debt was incurred _

Last 4 digits of account number **1611**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$109.84**

---

**3.100 85**

**Nonpriority creditor's name and mailing address**
**WELLBAUM & EMERY PA**
**686 N. Indiana Avenue**
**Englewood, FL 34223**

Date(s) debt was incurred _

Last 4 digits of account number **2209**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.100 86**

**Nonpriority creditor's name and mailing address**
**WELTON & WILLIAMSON PA**
**1414 County Highway 283 S Unit B**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred _

Last 4 digits of account number **9466**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.100 87**

**Nonpriority creditor's name and mailing address**
**WENDEL & CHRITTON CHARTERED**
**3237 Cleveland Heights Boulevard**
**Lakeland, FL 33803-4567**

Date(s) debt was incurred _

Last 4 digits of account number **2953**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.100 88**

**Nonpriority creditor's name and mailing address**
**WENDELL BRUCE HAYS PA**
**307 Park Avenue N**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number **5748**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.100 89**

**Nonpriority creditor's name and mailing address**
**WENDY ANDERSON PA**
**1353 Palmetto Avenue**
**Suite 100**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number **6840**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.100 90**

**Nonpriority creditor's name and mailing address**
**Wendy Mitchler, Attorney at Law**
**2856 NE 24th Court**
**Ft Lauderdale, FL 33305**

Date(s) debt was incurred _

Last 4 digits of account number **7442**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.100 91**

**Nonpriority creditor's name and mailing address**
**WEPMAN AND WEPMAN PA**
**16 Spring Hollow Circle**
**Attn: Warren S Wepman**
**Ashville, NC 28808**

Date(s) debt was incurred _

Last 4 digits of account number **519**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$200.00

---

**3.100 92**

**Nonpriority creditor's name and mailing address**
**WERSHOW & SCHNEIDER**
**204 Southeast First Street**
**Gainesville, FL 32601**

Date(s) debt was incurred _

Last 4 digits of account number **7812**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$275.00

---

**3.100 93**

**Nonpriority creditor's name and mailing address**
**WESLEY A LAUER**
**P.O. Drawer 3948**
**West Palm Beach, FL 33402-3948**

Date(s) debt was incurred _

Last 4 digits of account number **4785**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

$100.00

---

Debtor **LTGF Business Trust**                    Case number (if known) **2:23-bk-01538**
      Name

---

| 3.100 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WESLEY M ROBINSON**
**d/b/a Robinson Law Firm**
**260 Cranwood Drive**
**Key Biscayne, FL 33149**

Date(s) debt was incurred _

Last 4 digits of account number **9845**

**As of the petition filing date, the claim is:** *Check all that apply.*                **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WESLEY R HARVIN**
**Suite 200**
**800 Southeast Monterey Commons**
**Boulevard**
**Stuart, FL 34996**

Date(s) debt was incurred _

Last 4 digits of account number **6021**

**As of the petition filing date, the claim is:** *Check all that apply.*                **$225.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WESLEY R STACKNIK**
**8050 Seminole Mall**
**Suite 325 Office Center**
**Seminole, FL 34642-4712**

Date(s) debt was incurred _

Last 4 digits of account number **7335**

**As of the petition filing date, the claim is:** *Check all that apply.*                **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WESOLOSKI CARLSON PA**
**848 Brickell Avenue Suite 300**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **8255**

**As of the petition filing date, the claim is:** *Check all that apply.*                **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**West Florida Law, P.A.**
**21 S Tarragona Street**
**Suite 103**
**Pensacola, FL 32502**

Date(s) debt was incurred _

Last 4 digits of account number **9238**

**As of the petition filing date, the claim is:** *Check all that apply.*                **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WESTCHASE LAW GROUP PA**
**12027 Whitmarsh Lane**
**Tampa, FL 33626**

Date(s) debt was incurred _

Last 4 digits of account number **2449**

**As of the petition filing date, the claim is:** *Check all that apply.*                **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LTGF Business Trust**
_____
Name                                          Case number (if known)   **2:23-bk-01538**

---

| 3.101 00 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **Weston Title & Escrow, Inc.** | ■ Contingent | |
| **2500 Weston Road** | ☐ Unliquidated | |
| **Suite 209** | ☐ Disputed | |
| **Weston, FL 33331** | | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Member** | |
| **Last 4 digits of account number  9399** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.101 01 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **WETHERINGTON HAMILTON HARRISON** | ■ Contingent | |
| **812 W. Dr. MLK Jr. Blvd** | ☐ Unliquidated | |
| **Suite 101** | ☐ Disputed | |
| **Tampa, FL 33603** | | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Member** | |
| **Last 4 digits of account number  3761** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.101 02 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **WEYTS LAW GROUP PA** | ■ Contingent | |
| **600 Brickell Avenue Suite 1725** | ☐ Unliquidated | |
| **Miami, FL 33131** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Member** | |
| **Last 4 digits of account number  5901** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.101 03 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **WHARTON LAW GROUP PA** | ■ Contingent | |
| **P.O. Box 621172** | ☐ Unliquidated | |
| **Oviedo, FL 32762-1172** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Member** | |
| **Last 4 digits of account number  7428** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.101 04 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,740.50** |
| **WHEELER & TRAVISS PA** | ☐ Contingent | |
| **P.O. Box 1396** | ☐ Unliquidated | |
| **Winter Haven, FL 33882-1396** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Member** | |
| **Last 4 digits of account number  2748** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.101 05 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| **Wherry Law, P.A.** | ■ Contingent | |
| **420 SW 19th Street** | ☐ Unliquidated | |
| **Ft Lauderdale, FL 33315** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Member** | |
| **Last 4 digits of account number  7384** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.101 06 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **WHIBBS RAYBOUN & STONE PA** | ■ Contingent | |
| **801 W RAMONA ST UNIT C** | ☐ Unliquidated | |
| **PENSACOLA, FL 32501** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  **Member** | |
| **Last 4 digits of account number  5264** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.101 07**

Nonpriority creditor's name and mailing address

**WHITE & BROWN PA**
P.O. Box 560945
Miami, FL 33256-0945

Date(s) debt was incurred _

Last 4 digits of account number  **4732**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$375.00**

---

**3.101 08**

Nonpriority creditor's name and mailing address

**WHITE & CASE**
200 S Biscayne Boulevard
Suite 4900
Miami, FL 33131-2346

Date(s) debt was incurred _

Last 4 digits of account number  **7811**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$275.00**

---

**3.101 09**

Nonpriority creditor's name and mailing address

**WHITE & CROUCH PA**
5303 Southwest 91st Drive Suite 200
Gainesville, FL 32608

Date(s) debt was incurred _

Last 4 digits of account number  **6273**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$375.00**

---

**3.101 10**

Nonpriority creditor's name and mailing address

**WHITSON & WHITSON PA**
140 Island Way Suite 301
Clearwater, FL 33767

Date(s) debt was incurred _

Last 4 digits of account number  **5534**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$225.00**

---

**3.101 11**

Nonpriority creditor's name and mailing address

**WHITTAKER AND WHITTAKER PA**
1065 Northeast 125th Street Suite 300
North Miami, FL 33161

Date(s) debt was incurred _

Last 4 digits of account number  **0028**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.101 12**

Nonpriority creditor's name and mailing address

**WHITTAKER, STUMP & WEBSTER**
201 N. Magnolia Ave. Suite 300
Orlando, FL 32801-1828

Date(s) debt was incurred _

Last 4 digits of account number  **31**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.101 13**

**Nonpriority creditor's name and mailing address**
**WHITTEMORE & RAMSBERGER**
**One Beach Drive Southeast Suite 205**
**St Petersburg, FL 33701-3952**

Date(s) debt was incurred _

Last 4 digits of account number **6323**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$350.00**

---

**3.101 14**

**Nonpriority creditor's name and mailing address**
**Wicker Smith O'Hara McCoy & Ford, P.A.**
**2800 Ponce De Leon Boulevard**
**Suite 800**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **9840**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$75.00**

---

**3.101 15**

**Nonpriority creditor's name and mailing address**
**WICKMAN LAW GROUP PL**
**46 N. Washington Boulevard**
**Suite 15**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number **2689**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.101 16**

**Nonpriority creditor's name and mailing address**
**Widerman Malek, P.L.**
**1990 W. New Haven Avenue**
**Suite 201**
**Melbourne, FL 32904**

Date(s) debt was incurred _

Last 4 digits of account number **9236**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.101 17**

**Nonpriority creditor's name and mailing address**
**WIGDER & DIAZ LLLP**
**5301 N Federal Highway Suite 220**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number **6388**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.101 18**

**Nonpriority creditor's name and mailing address**
**WIGHTMAN & WEIDEMEYER PA**
**501 S Fort Harrison Avenue Suite 1**
**Clearwater, FL 33516**

Date(s) debt was incurred _

Last 4 digits of account number **855**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$250.00**

---

**3.101 19**

**Nonpriority creditor's name and mailing address**
**WILFRID WHITNEY**
**17639 S Dixie Highway**
**Miami, FL 33157-5423**

Date(s) debt was incurred _

Last 4 digits of account number **8505**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.101 20**

**Nonpriority creditor's name and mailing address**
**Wilkerson and Rood, P.A.**
**505 E. New York Avenue**
**Suite 9**
**Deland, FL 32724**

Date(s) debt was incurred _

Last 4 digits of account number **0025**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 21**

**Nonpriority creditor's name and mailing address**
**WILKINSON & SADORF PA**
**P.O. Box 8102**
**Madeira Beach, FL 33738-8102**

Date(s) debt was incurred _

Last 4 digits of account number **4256**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 22**

**Nonpriority creditor's name and mailing address**
**WILL ROGERS HELTON JR**
**924 Railford Road**
**Starke, FL 32091**

Date(s) debt was incurred _

Last 4 digits of account number **7686**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 23**

**Nonpriority creditor's name and mailing address**
**WILLA A FEARRINGTON**
**515 N Flagler Drive Suite 600**
**West Palm Beach, FL 33401-4323**

Date(s) debt was incurred _

Last 4 digits of account number **5860**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 24**

**Nonpriority creditor's name and mailing address**
**WILLARD E GETMAN**
**567 Lazy Meadow Drive E**
**Jacksonville, FL 32225**

Date(s) debt was incurred _

Last 4 digits of account number **6471**

**As of the petition filing date, the claim is:** *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 25**

**Nonpriority creditor's name and mailing address**
**WILLARD S RADCLIFFE**
**1598 E Pine Lake Circle**
**Montgomery, TX 77316-2756**

Date(s) debt was incurred _

Last 4 digits of account number **8496**

**As of the petition filing date, the claim is:** *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.101 26**

**Nonpriority creditor's name and mailing address**
**WILLET A BOYER III**
**18 Northwest Third Avenue**
**Ocala, FL 32670-6602**

Date(s) debt was incurred _

Last 4 digits of account number **0873**

**As of the petition filing date, the claim is:** Check all that apply.                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101 27**

**Nonpriority creditor's name and mailing address**
**WILLIAM A BLOCK**
**P.O. Box 1885**
**Johnson City, TN 37605-1885**

Date(s) debt was incurred _

Last 4 digits of account number **4034**

**As of the petition filing date, the claim is:** Check all that apply.                    **$2,172.36**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101 28**

**Nonpriority creditor's name and mailing address**
**WILLIAM A DICUS PA**
**P.O. Box 38**
**Dunedin, FL 34697-0038**

Date(s) debt was incurred _

Last 4 digits of account number **4568**

**As of the petition filing date, the claim is:** Check all that apply.                    **$50.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101 29**

**Nonpriority creditor's name and mailing address**
**WILLIAM A DOOLEY PA**
**2042 Bee Ridge Road**
**Sarasota, FL 34239**

Date(s) debt was incurred _

Last 4 digits of account number **0995**

**As of the petition filing date, the claim is:** Check all that apply.                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101 30**

**Nonpriority creditor's name and mailing address**
**WILLIAM A FRIEDER**
**3714 Wicklow Circle**
**Tallahassee, FL 32308-3216**

Date(s) debt was incurred _

Last 4 digits of account number **3537**

**As of the petition filing date, the claim is:** Check all that apply.                    **$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101 31**

**Nonpriority creditor's name and mailing address**
**WILLIAM A GREENBERG**
**P.O. Box 300310**
**Fern Park, FL 32730**

Date(s) debt was incurred _

Last 4 digits of account number **1802**

**As of the petition filing date, the claim is:** Check all that apply.                    **$175.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101 32**

**Nonpriority creditor's name and mailing address**
**WILLIAM A HAMILTON III**
**Hamilton & Buttner P.A.**
**4729 Highway 17 Suite 203**
**Orange Park, FL 32003**

Date(s) debt was incurred _

Last 4 digits of account number **3876**

**As of the petition filing date, the claim is:** Check all that apply.                    **$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.101 33**

**Nonpriority creditor's name and mailing address**
**WILLIAM A INGRAHAM JR**
**P.O. Box 370098**
**Miami, FL 33137-0098**

Date(s) debt was incurred _

Last 4 digits of account number **2275**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.101 34**

**Nonpriority creditor's name and mailing address**
**WILLIAM A JOHNSON**
**21 Suntree Pl Suite 100**
**Melbourne, FL 32940**

Date(s) debt was incurred _

Last 4 digits of account number **6101**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.101 35**

**Nonpriority creditor's name and mailing address**
**WILLIAM A KEYES JR**
**P.O. Drawer 790**
**Ft Myers, FL 33902-0790**

Date(s) debt was incurred _

Last 4 digits of account number **0600**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$5,388.62**

---

**3.101 36**

**Nonpriority creditor's name and mailing address**
**WILLIAM A LORD**
**4176 Burns Road**
**Palm Beach Gardens, FL 33410-4606**

Date(s) debt was incurred _

Last 4 digits of account number **5970**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$26,135.51**

---

**3.101 37**

**Nonpriority creditor's name and mailing address**
**WILLIAM A MEYER**
**Servico Centre South**
**1601 Belvedere Road Suite 407**
**West Palm Beach, FL 33406-1587**

Date(s) debt was incurred _

Last 4 digits of account number **7887**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$137.50**

---

**3.101 38**

**Nonpriority creditor's name and mailing address**
**WILLIAM A PARSONS**
**2001 S Ridgewood Avenue**
**South Daytona, FL 32119-2240**

Date(s) debt was incurred _

Last 4 digits of account number **1845**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.101 39**

**Nonpriority creditor's name and mailing address**
**WILLIAM A POST**
**P.O. Box 2426 Pmb 11237**
**Pensacola, FL 32513-2426**

Date(s) debt was incurred _

Last 4 digits of account number **5867**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.101**
**40**

**Nonpriority creditor's name and mailing address**
**WILLIAM A SABA**
**240 S. Pineapple Avenue**
**Suite 702**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number  **6262**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$10,768.22**

---

**3.101**
**41**

**Nonpriority creditor's name and mailing address**
**WILLIAM A SEACREST**
**245 Pinewood Drive**
**Tallahassee, FL 32303-4837**

Date(s) debt was incurred _

Last 4 digits of account number  **6845**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.101**
**42**

**Nonpriority creditor's name and mailing address**
**WILLIAM A SPENCE**
**730 S Atlantic Avenue Suite 103**
**Ormond Beach, FL 32176-7828**

Date(s) debt was incurred _

Last 4 digits of account number  **8741**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.101**
**43**

**Nonpriority creditor's name and mailing address**
**WILLIAM A ZEIHER**
**2448 Northeast 27th Avenue**
**Ft Lauderdale, FL 33305**

Date(s) debt was incurred _

Last 4 digits of account number  **2462**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.101**
**44**

**Nonpriority creditor's name and mailing address**
**William A. Fleck, P.A.**
**8895 N. Military Trail**
**Suite 102E**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number  **9105**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.101**
**45**

**Nonpriority creditor's name and mailing address**
**WILLIAM AKERS III**
**120 E. Granada Boulevard**
**Ormond Beach, FL 32176-6630**

Date(s) debt was incurred _

Last 4 digits of account number  **5747**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$3,859.87**

---

**3.101**
**46**

**Nonpriority creditor's name and mailing address**
**WILLIAM B STERN**
**5909 S University Drive**
**Davie, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number  **1879**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$9,841.23**

---

Debtor  **LTGF Business Trust**                                  Case number (if known)  **2:23-bk-01538**
_____                         _____
Name

---

| 3.101 47 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **WILLIAM B. MORRISON** | ■ Contingent | |
| **60 Corporate Woods** | ☐ Unliquidated | |
| **Rochester, NY 14623-1453** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **1427** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.101 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
| **WILLIAM C CONWAY** | ■ Contingent | |
| **3633 Northeast 23rd Avenue** | ☐ Unliquidated | |
| **Ft Lauderdale, FL 33308** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **4342** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.101 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
| **WILLIAM C GREGG III** | ■ Contingent | |
| **611 E Druid Road Suite 308** | ☐ Unliquidated | |
| **Clearwater, FL 34616-3919** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **7003** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.101 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
| **WILLIAM C GUTHRIE JR** | ■ Contingent | |
| **P.O. Box 350489** | ☐ Unliquidated | |
| **Jacksonville, FL 32235-0489** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **1777** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.101 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
| **WILLIAM C HALDIN JR** | ■ Contingent | |
| **520 E Fort King Street Suite B2** | ☐ Unliquidated | |
| **Ocala, FL 34471-2266** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **7401** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.101 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **WILLIAM C MCINTYRE** | ■ Contingent | |
| **4207 SW High Meadows Avenue** | ☐ Unliquidated | |
| **Palm City, FL 34990-3726** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **6901** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.101 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
| **WILLIAM C PORTER PA** | ■ Contingent | |
| **10211 W Sample Road Suite 106** | ☐ Unliquidated | |
| **Coral Springs, FL 33065** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **7522** | Basis for the claim:  **Member** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

| 3.101 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.20 |
|---|---|---|---|

**WILLIAM C SUSSMAN**
P.O. Box 565175
Miami, FL 33256-5175

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __7478__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.101 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**WILLIAM C WALKER JR**
School Board of Breverd County
2700 Street Johns Street
Melbourne, FL 32940

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __5760__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.101 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**WILLIAM CASTRILLO**
Pmb 260
247 Southwest 8th Street
Miami, FL 33130-7847

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __3288__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.101 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**WILLIAM D ANDERSON JR**
William D. Anderson Jr. P.A.
P.O. Box 288
Stuart, FL 34995-0288

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __4022__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.101 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**WILLIAM D BEAMER**
200 Southeast 6th Street Suite 605
Ft Lauderdale, FL 33301

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __5930__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.101 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,986.00 |
|---|---|---|---|

**WILLIAM D RICKER JR**
703 Lariat Lane
Rolla, MO 65401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number __6854__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.101 60**

**Nonpriority creditor's name and mailing address**
**WILLIAM D ROWLAND**
**P.O. Box 3703**
**Winter Park, FL 32790-3703**

Date(s) debt was incurred _

Last 4 digits of account number **3191**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.101 61**

**Nonpriority creditor's name and mailing address**
**WILLIAM D RYALS**
**525 Tyson Lane**
**Roswell, GA 30076**

Date(s) debt was incurred _

Last 4 digits of account number **7010**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.101 62**

**Nonpriority creditor's name and mailing address**
**WILLIAM D SLICKER**
**5503 38th Avenue N.**
**St Petersburg, FL 33710**

Date(s) debt was incurred _

Last 4 digits of account number **1516**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.101 63**

**Nonpriority creditor's name and mailing address**
**WILLIAM D SOMAN**
**9000 Arvida Drive**
**Miami, FL 33156-2306**

Date(s) debt was incurred _

Last 4 digits of account number **6705**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.101 64**

**Nonpriority creditor's name and mailing address**
**WILLIAM D TUCKER**
**2805 E Oakland Park Boulevard Suite 386**
**Ft Lauderdale, FL 33306-0181**

Date(s) debt was incurred _

Last 4 digits of account number **7588**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.101 65**

**Nonpriority creditor's name and mailing address**
**William D. Chalek**
**201 Kenmure Drive**
**Flat Rock, NC 28731**

Date(s) debt was incurred _

Last 4 digits of account number **4058**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.101 66**

**Nonpriority creditor's name and mailing address**
**WILLIAM D. JOHNSON**
**1907 Calumet Street**
**Clearwater, FL 34625-1108**

Date(s) debt was incurred _

Last 4 digits of account number **7233**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.101 67**

**Nonpriority creditor's name and mailing address**

**WILLIAM DU FRESNE**
**Hcr 74 Box 22006**
**75 Night Hawk Trail**
**El Prado, NM 87529**

Date(s) debt was incurred _

Last 4 digits of account number  **8053**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.101 68**

**Nonpriority creditor's name and mailing address**

**WILLIAM E BLYLER**
**William E. Blyler P.A.**
**112 Gordon Road**
**Pisgah Forest, NC 28768-9612**

Date(s) debt was incurred _

Last 4 digits of account number  **7116**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.101 69**

**Nonpriority creditor's name and mailing address**

**WILLIAM E CORLEY III**
**4004 San Clerc Road**
**Jacksonville, FL 32217-4306**

Date(s) debt was incurred _

Last 4 digits of account number  **2253**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.101 70**

**Nonpriority creditor's name and mailing address**

**WILLIAM E DAVIS**
**Buchanan Ingersoll**
**100 Southeast 2nd Street Suite 2100**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **3997**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.84**

---

**3.101 71**

**Nonpriority creditor's name and mailing address**

**WILLIAM E EATON JR**
**1001 N Federal Highway Suite 500**
**Jupiter, FL 33477**

Date(s) debt was incurred _

Last 4 digits of account number  **6794**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.101 72**

**Nonpriority creditor's name and mailing address**

**WILLIAM E HAWKINS JR PL**
**1340 US Highway One Suite 102**
**Jupiter, FL 33469**

Date(s) debt was incurred _

Last 4 digits of account number  **4064**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

| 3.101 73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |
|---|---|---|---|
| | **WILLIAM E LOUCKS** P.O. Box 15200 Daytona Beach, FL 32115 | ■ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number **0920** | Basis for the claim: **Member** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|
| | **WILLIAM E MOSCHELL** 19 West Flagler Street 1209 Biscayne Building Miami, FL 33130-4428 | ■ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number **930** | Basis for the claim: **Member** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|
| | **WILLIAM E SHENKO JR** 16521 San Carlos Boulevard Suite 160 Ft Myers, FL 33908 | ■ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number **7613** | Basis for the claim: **Member** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|
| | **WILLIAM E SHOCKETT** 25 W Flagler Street Suite 711 Miami, FL 33130-1718 | ■ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number **6926** | Basis for the claim: **Member** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|
| | **WILLIAM E SOLOMON** 1515 University Drive Suite 204-C Coral Springs, FL 33071 | ■ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number **9888** | Basis for the claim: **Member** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|
| | **WILLIAM E STOCKMAN** Deboest Knudsen Et Al P.O. Box 1470 Ft Myers, FL 33902-1470 | ■ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number **6179** | Basis for the claim: **Member** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|
| | **WILLIAM E TAYLOR** P.O. Box 17134 Tampa, FL 33682-7134 | ■ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number **6109** | Basis for the claim: **Member** Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.101 80**

**Nonpriority creditor's name and mailing address**

**WILLIAM E WHITLEY PA**
**Rt 2 Box 945**
**High Springs, FL 32643-9317**

Date(s) debt was incurred _

Last 4 digits of account number **7789**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.101 81**

**Nonpriority creditor's name and mailing address**

**WILLIAM F BARNES III**
**2215 N Military Trail Suite M**
**W Palm Beach, FL 33409-2901**

Date(s) debt was incurred _

Last 4 digits of account number **7251**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.101 82**

**Nonpriority creditor's name and mailing address**

**WILLIAM F BREWTON**
**13929 3rd Street**
**Dade City, FL 33525-5020**

Date(s) debt was incurred _

Last 4 digits of account number **2251**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$3,597.27**

---

**3.101 83**

**Nonpriority creditor's name and mailing address**

**WILLIAM F GALLESE**
**2104 Southeast Rays Way**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number **4316**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.101 84**

**Nonpriority creditor's name and mailing address**

**WILLIAM F GARCIA**
**4805 Mendenhall Drive**
**Tampa, FL 33603**

Date(s) debt was incurred _

Last 4 digits of account number **2539**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.101 85**

**Nonpriority creditor's name and mailing address**

**WILLIAM F MAHER**
**5534 Edgemont Drive**
**Alexandria, VA 22310-1312**

Date(s) debt was incurred _

Last 4 digits of account number **4448**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.101 86**

**Nonpriority creditor's name and mailing address**

**WILLIAM F MURPHY**
**2125 Biscayne Boulevard Suite 205**
**Miami, FL 33137**

Date(s) debt was incurred _

Last 4 digits of account number **7808**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.101 87**

**Nonpriority creditor's name and mailing address**

**WILLIAM F POOLE IV**
**195 Wekiva Springs Road Suite 204**
**Longwood, FL 32779-3696**

Date(s) debt was incurred _

Last 4 digits of account number **4441**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.101 88**

**Nonpriority creditor's name and mailing address**

**WILLIAM F SEITZ**
**633 S. Andrews Avenue**
**Suite 101**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **8743**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.101 89**

**Nonpriority creditor's name and mailing address**

**WILLIAM F SULLIVAN**
**2211 E Sample Road Suite 204**
**Lighthouse Point, FL 33064**

Date(s) debt was incurred _

Last 4 digits of account number **5752**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.101 90**

**Nonpriority creditor's name and mailing address**

**WILLIAM F UBER JR**
**P.O. Box 1056**
**Dunedin, FL 34697-1056**

Date(s) debt was incurred _

Last 4 digits of account number **6367**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.101 91**

**Nonpriority creditor's name and mailing address**

**WILLIAM F ZAMER**
**1421 E Oaklakd Park Boulevard**
**Suite 200**
**Oakland Park, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number **4092**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$3,013.48**

---

**3.101 92**

**Nonpriority creditor's name and mailing address**

**WILLIAM F. GNASS**
**2051 E. Dunn Road**
**Merced, CA 95340-9345**

Date(s) debt was incurred _

Last 4 digits of account number **6923**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**

---

| 3.101 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**WILLIAM F. HATHAWAY**
P.O. Drawer H
New Smyrna Beach, FL 32070

Date(s) debt was incurred _

Last 4 digits of account number  **4054**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,058.60 |

**WILLIAM F. HUNTER, JR.**
1930 Tyler Street
Hollywood, FL 33020-4517

Date(s) debt was incurred _

Last 4 digits of account number  **2706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**WILLIAM G COLLINS II**
6150 69th Street
Vero Beach, FL 32967-5107

Date(s) debt was incurred _

Last 4 digits of account number  **8357**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**WILLIAM G MORRIS**
P.O. Box 2056
Marco Island, FL 34146-2056

Date(s) debt was incurred _

Last 4 digits of account number  **7783**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**WILLIAM G NOE JR**
599 Atlantic Boulevard Suite 6
Atlantic Beach, FL 32233

Date(s) debt was incurred _

Last 4 digits of account number  **0511**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**WILLIAM G POVLITZ**
1207 Third Street S Suite 5
Naples, FL 33940

Date(s) debt was incurred _

Last 4 digits of account number  **9969**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**WILLIAM G. DAYTON**
P.O. Box 1883
Dade City, FL 33526-1883

Date(s) debt was incurred _

Last 4 digits of account number  **7829**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.102 00**

**Nonpriority creditor's name and mailing address**
**William G. Morris, P.A.**
**P.O. Box 2056**
**Marco Island, FL 34146-2056**

Date(s) debt was incurred _

Last 4 digits of account number **7783**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.102 01**

**Nonpriority creditor's name and mailing address**
**WILLIAM GERALD HAMM**
**1007 Jenks Avenue**
**Panama City, FL 32401**

Date(s) debt was incurred _

Last 4 digits of account number **4318**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.102 02**

**Nonpriority creditor's name and mailing address**
**WILLIAM GUNDLACH**
**2780 E Oakland Park Boulevard**
**Ft Lauderdale, FL 33306-1605**

Date(s) debt was incurred _

Last 4 digits of account number **2460**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$21,218.53**

---

**3.102 03**

**Nonpriority creditor's name and mailing address**
**WILLIAM GUY DAVIS JR**
**730 Bayfront Parkway Suite 4-B**
**Pensacola, FL 32502-6250**

Date(s) debt was incurred _

Last 4 digits of account number **2279**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.102 04**

**Nonpriority creditor's name and mailing address**
**WILLIAM H ALBORNOZ**
**901 Ponce De Leon Boulevard**
**Suite 204**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **1678**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.102 05**

**Nonpriority creditor's name and mailing address**
**WILLIAM H BARTLETT**
**P.O. Box 3542**
**St Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number **1587**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$118.76**

---

**3.102 06**

**Nonpriority creditor's name and mailing address**
**WILLIAM H BATALLAS**
**4801 Linton Boulevard Suite 11a-602**
**Delray Beach, FL 33445-6500**

Date(s) debt was incurred _

Last 4 digits of account number **4397**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Debtor   **LTGF Business Trust**                          Case number (if known)   **2:23-bk-01538**
         Name

---

| 3.102<br>07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**WILLIAM H CAUTHEN PA**
**215 Joanna Avenue**
**Tavares, FL 32778-3217**

Date(s) debt was incurred  _

Last 4 digits of account number  **7539**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102<br>08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**WILLIAM H GRACE**
**P.O. Box 2119**
**Ft Myers, FL 33902-2119**

Date(s) debt was incurred  _

Last 4 digits of account number  **0705**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102<br>09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,487.36 |
|---|---|---|---|

**WILLIAM H GRIMDITCH JR**
**P.O. Box 50210**
**Lighthouse Point, FL 33074-0210**

Date(s) debt was incurred  _

Last 4 digits of account number  **4078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102<br>10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**WILLIAM H HILL JR**
**2106 Sawgrass Village**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred  _

Last 4 digits of account number  **8163**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102<br>11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**WILLIAM H LAPORTE**
**502 S Perdon Boulevard**
**Crestview, FL 32536-4238**

Date(s) debt was incurred  _

Last 4 digits of account number  **8253**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102<br>12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**WILLIAM H MILES PA**
**8115 Jose Circle West**
**Jacksonville, FL 32217**

Date(s) debt was incurred  _

Last 4 digits of account number  **9944**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102<br>13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**WILLIAM H MORRISON**
**7100 S US Highway 17-92**
**Fern Park, FL 32730**

Date(s) debt was incurred  _

Last 4 digits of account number  **5372**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.102 14**

**Nonpriority creditor's name and mailing address**

**WILLIAM H NAMACK III**
**Macleod McGinnes & Bowman P.A.**
**P.O. Box 2386**
**Sarasota, FL 34230**

Date(s) debt was incurred _

Last 4 digits of account number **3117**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.102 15**

**Nonpriority creditor's name and mailing address**

**WILLIAM H SHIELDS**
**1601 Jackson Street**
**Ft Myers, FL 33901-2912**

Date(s) debt was incurred _

Last 4 digits of account number **0434**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.102 16**

**Nonpriority creditor's name and mailing address**

**WILLIAM H SNED JR**
**3030 S Dixie Highway Suite 5**
**West Palm Beach, FL 33405-1539**

Date(s) debt was incurred _

Last 4 digits of account number **376**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$8,807.29**

---

**3.102 17**

**Nonpriority creditor's name and mailing address**

**WILLIAM H WACK**
**202 Riverbend Drive Suite D**
**Altamonte Springs, FL 32714-4627**

Date(s) debt was incurred _

Last 4 digits of account number **5297**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.102 18**

**Nonpriority creditor's name and mailing address**

**WILLIAM H WEBSTER**
**302 Southard Street Suite 102**
**Key West, FL 33040-6537**

Date(s) debt was incurred _

Last 4 digits of account number **5623**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.102 19**

**Nonpriority creditor's name and mailing address**

**WILLIAM H. GRANT, III**
**859 Park Avenue**
**Orange Park, FL 32073-4151**

Date(s) debt was incurred _

Last 4 digits of account number **8029**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.102 20**

**Nonpriority creditor's name and mailing address**

**WILLIAM HERSMAN**
**10631 SW 88th Street**
**Suite 210**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number **6069**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.102
21**

**Nonpriority creditor's name and mailing address**

**WILLIAM I LIVINGSTON**
**Palm Coast Holdings Inc.**
**One Corporate Drive Suite 3a**
**Palm Coast, FL 32137-4715**

Date(s) debt was incurred _

Last 4 digits of account number  **5324**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.102
22**

**Nonpriority creditor's name and mailing address**

**WILLIAM I STEARN**
**1111 Donnelly Street**
**Mount Dora, FL 32757**

Date(s) debt was incurred _

Last 4 digits of account number  **5642**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.102
23**

**Nonpriority creditor's name and mailing address**

**WILLIAM J ANDERSON**
**101 NE 3rd Avenue**
**Suite 1500**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **9425**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.102
24**

**Nonpriority creditor's name and mailing address**

**WILLIAM J BARNES**
**426 Manor Avenue**
**Cranford, NJ 07016**

Date(s) debt was incurred _

Last 4 digits of account number  **6144**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.102
25**

**Nonpriority creditor's name and mailing address**

**WILLIAM J BOYCE**
**275 96th Avenue N Suite 5**
**St Petersburg, FL 33702-2526**

Date(s) debt was incurred _

Last 4 digits of account number  **8886**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.102
26**

**Nonpriority creditor's name and mailing address**

**WILLIAM J BROWN**
**7777 Brickell Avenue Suite 1114**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **4435**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Debtor **LTGF Business Trust**                                    Case number (if known)   **2:23-bk-01538**
_____
Name

| | |
|---|---|
| **3.102**<br>**27** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

**WILLIAM J DEAS**
**2215 River Boulevard**                                     ■ Contingent
**Jacksonville, FL 32204**                                   ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred _
                                                             **Basis for the claim:**  **Member**
Last 4 digits of account number  **0821**
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.102**<br>**28** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

**WILLIAM J DIPETRILLO**
**400 Southeast 8th Street**                                 ■ Contingent
**Ft Lauderdale, FL 33316**                                  ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred _
                                                             **Basis for the claim:**  **Member**
Last 4 digits of account number  **5142**
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.102**<br>**29** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    **$2,072.72**

**WILLIAM J FULLER III**
**DBA Fuller Law Firm**                                      ☐ Contingent
**1058 N. Tamiami Trail, Ste 108-268**                       ☐ Unliquidated
**Sarasota, FL 34236**                                       ☐ Disputed

Date(s) debt was incurred _
                                                             **Basis for the claim:**  **Member**
Last 4 digits of account number  **5732**
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.102**<br>**30** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    **$25.00**

**WILLIAM J GARDNER**
**William J. Gardner P.A.**                                  ■ Contingent
**7280 W Palmetto Park Road Suite 208n**                     ☐ Unliquidated
**Boca Raton, FL 33433**                                     ☐ Disputed

Date(s) debt was incurred _
                                                             **Basis for the claim:**  **Member**
Last 4 digits of account number  **2161**
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.102**<br>**31** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    **$1,527.90**

**WILLIAM J GOLDWORN**
**9748 Malvern Drive**                                       ☐ Contingent
**Tamarac, FL 33321**                                        ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred _
                                                             **Basis for the claim:**  **Member**
Last 4 digits of account number  **1229**
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.102**<br>**32** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    **$200.00**

**WILLIAM J GREEN**
**P.O. Box 12602**                                           ■ Contingent
**Pensacola, FL 32574-2602**                                 ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred _
                                                             **Basis for the claim:**  **Member**
Last 4 digits of account number  **8080**
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.102**<br>**33** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    **$5,786.68**

**WILLIAM J HUDSON JR**
**309 Morgan Road**                                          ☐ Contingent
**Taos, NM 87571**                                           ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred _
                                                             **Basis for the claim:**  **Member**
Last 4 digits of account number  **4825**
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.102 34**

**Nonpriority creditor's name and mailing address**
**WILLIAM J KIMPTON PA**
**605 Palm Boulevard**
**Suite B**
**Dunedin, FL 34698**

Date(s) debt was incurred _

Last 4 digits of account number **5478**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$8,093.59**

---

**3.102 35**

**Nonpriority creditor's name and mailing address**
**WILLIAM J MCCABE**
**Shepherd McCabe & Cooley**
**1450 State Road 434 West Suite 200**
**Longwood, FL 32750-3880**

Date(s) debt was incurred _

Last 4 digits of account number **4975**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.102 36**

**Nonpriority creditor's name and mailing address**
**WILLIAM J MCPHARLIN**
**Berkley S Building**
**3015 N. Ocean Boulevard, Suite 122**
**Ft Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number **4024**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.102 37**

**Nonpriority creditor's name and mailing address**
**WILLIAM J MILLER JR**
**P.O. Box 10508**
**Tallahassee, FL 32302**

Date(s) debt was incurred _

Last 4 digits of account number **7524**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.102 38**

**Nonpriority creditor's name and mailing address**
**WILLIAM J MOTYCZKA**
**13410 Southwest 128th Street**
**Park Place At Kendall**
**Miami, FL 33186-5800**

Date(s) debt was incurred _

Last 4 digits of account number **8441**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.102 39**

**Nonpriority creditor's name and mailing address**
**WILLIAM J NIELANDER**
**172 E. Interlake Boulevard**
**Lake Placid, FL 33852**

Date(s) debt was incurred _

Last 4 digits of account number **3314**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.102 40**

**Nonpriority creditor's name and mailing address**

**WILLIAM J O'CONNOR JR**
**699 W Royal Palm Road**
**Boca Raton, FL 33486**

Date(s) debt was incurred  _

Last 4 digits of account number  **2888**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.102 41**

**Nonpriority creditor's name and mailing address**

**WILLIAM J PAYNE**
**421 Coral Cove Drive**
**Juno Beach, FL 33408**

Date(s) debt was incurred  _

Last 4 digits of account number  **7277**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.102 42**

**Nonpriority creditor's name and mailing address**

**WILLIAM J PIQUETTE**
**158 Southwest 52nd Street**
**Cape Coral, FL 33914-7128**

Date(s) debt was incurred  _

Last 4 digits of account number  **852**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.102 43**

**Nonpriority creditor's name and mailing address**

**WILLIAM J ROBERTS JR**
**1009 Southwest Main Boulevard Suite 130**
**Lake City, FL 32025**

Date(s) debt was incurred  _

Last 4 digits of account number  **415**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.102 44**

**Nonpriority creditor's name and mailing address**

**WILLIAM J ROBERTS PA**
**Goodwyne & Roberts P.A.**
**1924 Temple Drive**
**Tallahassee, FL 32303**

Date(s) debt was incurred  _

Last 4 digits of account number  **8792**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.102 45**

**Nonpriority creditor's name and mailing address**

**WILLIAM J SEGAL**
**20801 Biscayne Boulevard Suite 304**
**North Miami Beach, FL 33180**

Date(s) debt was incurred  _

Last 4 digits of account number  **6326**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.102 46**

**Nonpriority creditor's name and mailing address**

**WILLIAM J THOMPSON**
**Thompson Law Firm P.A.**
**6804 Porto Fino Circle**
**Ft Myers, FL 33912-7139**

Date(s) debt was incurred  _

Last 4 digits of account number  **5038**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

Debtor    **LTGF Business Trust**
_____
Name

Case number (*if known*)    **2:23-bk-01538**
_____

| 3.102 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**WILLIAM J TROY**
**7103 Southwest 102 Avenue**
**Miami, FL 33173-1364**

Date(s) debt was incurred _

Last 4 digits of account number **6339**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 48 |

**WILLIAM J VOGES**
**275 Clyde Morris Boulevard**
**Ormond Beach, FL 32174**

Date(s) debt was incurred _

Last 4 digits of account number **1566**

As of the petition filing date, the claim is: *Check all that apply.*    $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 49 |

**WILLIAM J. TANNEY**
**2454 McMullen Booth Rd. Suite 501a**
**Clearwater, FL 34619-1334**

Date(s) debt was incurred _

Last 4 digits of account number **2737**

As of the petition filing date, the claim is: *Check all that apply.*    $200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 50 |

**WILLIAM J. WALSH**
**3067 E. Commercial Blvd.**
**Ft Lauderdale, FL 33308-4311**

Date(s) debt was incurred _

Last 4 digits of account number **6186**

As of the petition filing date, the claim is: *Check all that apply.*    $100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 51 |

**WILLIAM JAMES DIETZ**
**334 S Wymore Road Suite B**
**Winter Park, FL 32789-3363**

Date(s) debt was incurred _

Last 4 digits of account number **9164**

As of the petition filing date, the claim is: *Check all that apply.*    $25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 52 |

**WILLIAM K BENNETT**
**721 1st Avenue N**
**St Petersburg, FL 33701-3603**

Date(s) debt was incurred _

Last 4 digits of account number **6686**

As of the petition filing date, the claim is: *Check all that apply.*    $200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.102**
**53**

**Nonpriority creditor's name and mailing address**

**WILLIAM L EPSTEIN PA**
**Bank of America Building**
**2000 Glades Road, Suite 300**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **7558**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**
**54**

**Nonpriority creditor's name and mailing address**

**WILLIAM L MIMS JR**
**320 N Magnolia Avenue Suite A-9**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **1936**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**
**55**

**Nonpriority creditor's name and mailing address**

**WILLIAM L RANDOL JR**
**762 SW Falcon Street**
**Palm City, FL 34990-4025**

Date(s) debt was incurred _

Last 4 digits of account number **3739**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**
**56**

**Nonpriority creditor's name and mailing address**

**WILLIAM L RICHARDS JR**
**P.O. Box 392**
**Mount Dora, FL 32756**

Date(s) debt was incurred _

Last 4 digits of account number **6876**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**
**57**

**Nonpriority creditor's name and mailing address**

**WILLIAM L ROSS JR**
**221 N Causeway Suite A**
**New Smyrna Beach, FL 32169-5239**

Date(s) debt was incurred _

Last 4 digits of account number **4393**

As of the petition filing date, the claim is: *Check all that apply.*

$5,957.05

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**
**58**

**Nonpriority creditor's name and mailing address**

**WILLIAM L VINSON**
**110 S Levis Avenue**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred _

Last 4 digits of account number **499**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**
**59**

**Nonpriority creditor's name and mailing address**

**WILLIAM L. LYMAN, P.A.**
**1935 Drew Street**
**Clearwater, FL 34625-3029**

Date(s) debt was incurred _

Last 4 digits of account number **6860**

As of the petition filing date, the claim is: *Check all that apply.*

$275.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.102
60**

**Nonpriority creditor's name and mailing address**

**WILLIAM LEWIN II**
**4617 Garfield**
**Hollywood, FL 33021-5335**

Date(s) debt was incurred _

Last 4 digits of account number  **4061**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102
61**

**Nonpriority creditor's name and mailing address**

**WILLIAM M BUSTAMANTE**
**2655 S Le Jeune Road**
**Suite 413**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **5611**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102
62**

**Nonpriority creditor's name and mailing address**

**WILLIAM M COBB**
**P.O. Box 2925**
**Vero Beach, FL 32961**

Date(s) debt was incurred _

Last 4 digits of account number  **4992**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102
63**

**Nonpriority creditor's name and mailing address**

**WILLIAM M FORD PA**
**Suite 134**
**1128 Royal Palm Beach Boulevard**
**Royal Palm Beach, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number  **1676**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102
64**

**Nonpriority creditor's name and mailing address**

**WILLIAM M HOWARD**
**1333 S University Drive Suite 201**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number  **8025**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102
65**

**Nonpriority creditor's name and mailing address**

**WILLIAM M LEDERER**
**P.O. Box 8448**
**Greenville, NC 27835-8448**

Date(s) debt was incurred _

Last 4 digits of account number  **4091**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102
66**

**Nonpriority creditor's name and mailing address**

**WILLIAM M POWELL**
**3515 Del Prado Boulevard Suite 101**
**Cape Coral, FL 33904**

Date(s) debt was incurred _

Last 4 digits of account number  **6991**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.102 67**

**Nonpriority creditor's name and mailing address**
**WILLIAM M VAZQUEZ**
**5550 Glades Road Suite 401**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **8529**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102 68**

**Nonpriority creditor's name and mailing address**
**WILLIAM M WINKEL**
**7301 S. Dixie Highway**
**West Palm Beach, FL 33405**

Date(s) debt was incurred _

Last 4 digits of account number  **4244**

As of the petition filing date, the claim is: *Check all that apply.*

$100.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102 69**

**Nonpriority creditor's name and mailing address**
**WILLIAM M. LASLEY**
**215 N. Olive Avenue, Suite 130**
**West Palm Beach, FL 33401-4713**

Date(s) debt was incurred _

Last 4 digits of account number  **8663**

As of the petition filing date, the claim is: *Check all that apply.*

$50.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102 70**

**Nonpriority creditor's name and mailing address**
**WILLIAM M. STERN**
**1750 North Maitland Avenue**
**Maitland, FL 32751-3353**

Date(s) debt was incurred _

Last 4 digits of account number  **6932**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102 71**

**Nonpriority creditor's name and mailing address**
**WILLIAM MANIKAS**
**639 E. Ocean Avenue**
**Suite 307**
**Boynton Beach, FL 33435-5016**

Date(s) debt was incurred _

Last 4 digits of account number  **8420**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102 72**

**Nonpriority creditor's name and mailing address**
**WILLIAM MCCARTHY PA**
**2298 NW 2nd Avenue**
**Suite 15**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **7273**

As of the petition filing date, the claim is: *Check all that apply.*

$25.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.102**
**73**

**Nonpriority creditor's name and mailing address**
**WILLIAM N GAMBERT**
**2102 S Ridgewood Avenue Suite 7**
**Edgewater, FL 32141**

Date(s) debt was incurred _

Last 4 digits of account number **5238**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.102**
**74**

**Nonpriority creditor's name and mailing address**
**WILLIAM N HANDLER**
**5670 Corporate Way**
**West Palm Beach, FL 33407**

Date(s) debt was incurred _

Last 4 digits of account number **9776**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.102**
**75**

**Nonpriority creditor's name and mailing address**
**WILLIAM O BOYD**
**P.O. Box 895**
**Mt Dora, FL 32757-0895**

Date(s) debt was incurred _

Last 4 digits of account number **6429**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.102**
**76**

**Nonpriority creditor's name and mailing address**
**WILLIAM O'NEIL**
**520 Harbor Gate Way**
**Longboat Key, FL 34228**

Date(s) debt was incurred _

Last 4 digits of account number **4601**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.102**
**77**

**Nonpriority creditor's name and mailing address**
**WILLIAM P GREGORY PA**
**715 W Swann Avenue**
**Tampa, FL 33606**

Date(s) debt was incurred _

Last 4 digits of account number **6032**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.102**
**78**

**Nonpriority creditor's name and mailing address**
**WILLIAM P O'MALLEY**
**200 N Washington Avenue**
**Scranton, PA 18503-1551**

Date(s) debt was incurred _

Last 4 digits of account number **2195**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.102**
**79**

**Nonpriority creditor's name and mailing address**
**WILLIAM P. DONEY**
**1615 Forum Place**
**200 Barristers Building**
**West Palm Beach, FL 33401-2314**

Date(s) debt was incurred _

Last 4 digits of account number **6351**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| Debtor | **LTGF Business Trust** | | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.102 80**

**Nonpriority creditor's name and mailing address**

**WILLIAM P. HEALY**
**1634 N.E. 18th Place**
**Gainesville, FL 32609-3926**

Date(s) debt was incurred _

Last 4 digits of account number  **6279**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$100.00**

---

**3.102 81**

**Nonpriority creditor's name and mailing address**

**WILLIAM P. OWEN**
**1004 Berryhill Road**
**Milton, FL 32570-4604**

Date(s) debt was incurred _

Last 4 digits of account number  **4319**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$2,425.37**

---

**3.102 82**

**Nonpriority creditor's name and mailing address**

**WILLIAM PATRICK KELLY JR**
**325 S Biscayne Boulevard Suite 3420**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **4819**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.102 83**

**Nonpriority creditor's name and mailing address**

**WILLIAM R ALEXANDER PA**
**713 W New York Avenue**
**Deland, FL 32720**

Date(s) debt was incurred _

Last 4 digits of account number  **0168**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$75.00**

---

**3.102 84**

**Nonpriority creditor's name and mailing address**

**WILLIAM R BARKER**
**801 N Magnolia Avenue Suite 416**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number  **7450**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.102 85**

**Nonpriority creditor's name and mailing address**

**WILLIAM R BOOSE III**
**Boose Casey Ciklin**
**P.O. Box 4626**
**West Palm Beach, FL 33402-4626**

Date(s) debt was incurred _

Last 4 digits of account number  **6115**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25.00**

---

**3.102 86**

**Nonpriority creditor's name and mailing address**

**WILLIAM R BOOSE III**
**P.O. Box 4626**
**West Palm Beach, FL 33402-4626**

Date(s) debt was incurred _

Last 4 digits of account number  **6115**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

**$100.00**

---

Debtor **LTGF Business Trust**                                    Case number (if known) **2:23-bk-01538**
_____
Name

| 3.102 87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**WILLIAM R DICKEY**
P.O. Box 3928
Seminole, FL 33775-3928

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6831**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**WILLIAM R H BROOME**
Airport Professional Centre
2465 Mercer Avenue, Suite 207
West Palm Beach, FL 33401

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7057**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,525.06** |

**WILLIAM R KORP**
Two North Tamiami Trail Suite 500
Sarasota, FL 34236

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5979**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**WILLIAM R LISCH**
William R. Lisch P.A.
1111 MLK. Avenue W., Suite F
Bradenton, FL 34205

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5345**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**WILLIAM R LYLE JR**
3605 - 211th Pl
Ne Redmond, WA 98053

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **5278**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$225.00** |

**WILLIAM R MERKLE PA**
4589 S Lake Drive
Boynton Beach, FL 33436

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7919**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **LTGF Business Trust**
_____
Name

Case number (if known)   **2:23-bk-01538**

---

| 3.102 93 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM R NORTHCUTT**
**Atlantis Professional Center**
**2194 Highway A1A, Suite 306**
**Indian Harbour Beach, FL 32937-4932**

Date(s) debt was incurred _

Last 4 digits of account number **6587**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

| 3.102 94 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM R PENUEL PA**
**13361 Atlantic Boulevard**
**Jacksonville, FL 32225**

Date(s) debt was incurred _

Last 4 digits of account number **4386**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| 3.102 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM R SMITH**
**8191 College Parkway Suite 204**
**Ft Myers, FL 33919-5110**

Date(s) debt was incurred _

Last 4 digits of account number **4360**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| 3.102 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM R. NORTHCUTT**
**2194 Highway A1a, Suite 306**
**Indian Harbour Beach, FL 32937-4932**

Date(s) debt was incurred _

Last 4 digits of account number **6587**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| 3.102 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM RAMBAUM PA**
**3684 Tampa Road**
**Suite 2**
**Oldsmar, FL 34677**

Date(s) debt was incurred _

Last 4 digits of account number **6842**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$125.00**

---

| 3.102 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM ROACH JR**
**300 S Pine Island Road Suite 266**
**Plantation, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number **5813**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

| 3.102 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM ROBERT LEONARD**
**Suite 402 - 633 S Andrews Avenue**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **1787**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

Debtor  **LTGF Business Trust**
_____
Name

Case number (*if known*)  **2:23-bk-01538**
_____

| 3.103 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM S FOSTER**
**Anchors Smith Grimsley**
**909 Mar Walt Drive Suite 1014**
**Fort Walton Beach, FL 32547**

Date(s) debt was incurred _

Last 4 digits of account number  **4022**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM S HOWELL JR**
**1727 S County Highway 393**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred _

Last 4 digits of account number  **8040**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM S JONASSEN**
**P.O. Box 366**
**Indian Rocks Beach, FL 33785**

Date(s) debt was incurred _

Last 4 digits of account number  **2763**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM S KRAMER**
**980 N Federal Highway Suite 440**
**Boca Raton, FL 33432-2704**

Date(s) debt was incurred _

Last 4 digits of account number  **3646**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$25.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM S RIKER**
**428 Porter Street**
**Manchester, CT 06040-5511**

Date(s) debt was incurred _

Last 4 digits of account number  **5943**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM S RUBENSTEIN**
**2525 N State Road 7 Suite 209**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number  **4931**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$100.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **LTGF Business Trust**
_____
    Name

Case number (if known)    **2:23-bk-01538**

---

| 3.103 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM S WOOD**
**P.O. Box 3365**
**Tequesta, FL 33469-0365**

Date(s) debt was incurred _

Last 4 digits of account number **2920**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.103 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM SCHWEIKHARDT**
**900 6th Avenue S Suite 203**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number **4944**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$6,278.66**

---

| 3.103 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM SELMI JR**
**306 Northwest 5th Street**
**Okeechobee, FL 34972-2565**

Date(s) debt was incurred _

Last 4 digits of account number **8627**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| 3.103 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM T BASFORD JR**
**4330 Raggedy Point Road**
**Orange Park, FL 32073-7856**

Date(s) debt was incurred _

Last 4 digits of account number **3092**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.103 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM T CHARNOCK III**
**13129 Springhill Drive**
**Springhill, FL 34609**

Date(s) debt was incurred _

Last 4 digits of account number **4527**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.103 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM T CONNER**
**3368 Edgecliffe Drive**
**Orlando, FL 32806**

Date(s) debt was incurred _

Last 4 digits of account number **8031**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.103 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILLIAM T EDY**
**P.O. Box 150760**
**Cape Coral, FL 33915-0760**

Date(s) debt was incurred _

Last 4 digits of account number **5994**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.103
13**

**Nonpriority creditor's name and mailing address**

**WILLIAM T PRESTON**
**DBA The Preston Law Firm**
**605 S. Orange Street**
**New Smyrna Beach, FL 32168**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6447**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$25.00

---

**3.103
14**

**Nonpriority creditor's name and mailing address**

**WILLIAM TIMOTHY O'TOOLE**
**1215 E Broward Boulevard**
**Ft Lauderdale, FL 33301**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8119**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$25.00

---

**3.103
15**

**Nonpriority creditor's name and mailing address**

**WILLIAM TURKISH**
**P.O. Box 2156**
**Clearwater, FL 33757-2156**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7656**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$200.00

---

**3.103
16**

**Nonpriority creditor's name and mailing address**

**WILLIAM V EMERY III**
**1870 Silver Fern Road**
**Port Orange, FL 32128-6741**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3756**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$200.00

---

**3.103
17**

**Nonpriority creditor's name and mailing address**

**WILLIAM V LINNE**
**127 S Palafox Pl**
**Pensacola, FL 32501-5629**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8440**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$25.00

---

**3.103
18**

**Nonpriority creditor's name and mailing address**

**WILLIAM W CALDWELL**
**P.O. Box 3686**
**Vero Beach, FL 32964-3686**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5810**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$75.00

---

**3.103
19**

**Nonpriority creditor's name and mailing address**

**WILLIAM W CARPENTER**
**1416 E Robinson Street**
**Orlando, FL 32801**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3505**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Member**

Is the claim subject to offset? ☑ No  ☐ Yes

$25.00

---

| Debtor | **LTGF Business Trust** | | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|---|
| | Name | | | |

---

**3.103 20**

**Nonpriority creditor's name and mailing address**

**WILLIAM W DOUGLAS**
**10707 66th Street N Suite 7**
**Pinellas Park, FL 34666-2336**

Date(s) debt was incurred _

Last 4 digits of account number **8427**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.103 21**

**Nonpriority creditor's name and mailing address**

**WILLIAM W FERNANDEZ**
**250 Panama Road East**
**Winter Springs, FL 32708-3516**

Date(s) debt was incurred _

Last 4 digits of account number **6738**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.103 22**

**Nonpriority creditor's name and mailing address**

**WILLIAM W GALLOGLY**
**1778 Sternwheel Drive**
**Jacksonville, FL 32223**

Date(s) debt was incurred _

Last 4 digits of account number **4250**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.103 23**

**Nonpriority creditor's name and mailing address**

**WILLIAM W MITCHELL**
**237 Bal Cross Drive**
**Bal Harbor, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number **5167**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.103 24**

**Nonpriority creditor's name and mailing address**

**WILLIAM W. CORRY**
**P.O. Box 527**
**Tallahassee, FL 32302-0527**

Date(s) debt was incurred _

Last 4 digits of account number **6117**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.103 25**

**Nonpriority creditor's name and mailing address**

**WILLIAM W. MONTJOY**
**P.O. Box 986**
**Tallahassee, FL 32302-0986**

Date(s) debt was incurred _

Last 4 digits of account number **6521**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

Debtor __LTGF Business Trust_____     Case number (if known)   __2:23-bk-01538__
                    Name

---

| 3.103 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**WILLIAM WARD AKSOMITAS**
1837 12th Fairway
Wellington, FL 33414

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4844__

Basis for the claim:  __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**WILLIAM WATSON TRICK JR PA**
1216 E. Atlantic Boulevard
Suite 7
Pompano Beach, FL 33060

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __6940__

Basis for the claim:  __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.66 |

**WILLIAMS & CHAPMAN**
Public Defender's Office
301 N Olive Avenue
West Palm Beach, FL 33401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __939__

Basis for the claim:  __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Williams & Coleman, P.A.**
701 E. Tennessee Street
Tallahassee, FL 32308

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0601__

Basis for the claim:  __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |

**WILLIAMS GAUTIER GWYNN**
P.O. Box 4128
Tallahassee, FL 32315-4128

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3602__

Basis for the claim:  __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**WILLIAMS MCGUIRE & BRAGG**
P.O. Box 3626
Orlando, FL 32802

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __6398__

Basis for the claim:  __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**WILLIAMS MOORE LAW FIRM PA**
1701 Jim Redman Parkway
Plant City, FL 33563

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3004__

Basis for the claim:  __Member__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

| 3.103 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,134.86 |
|---|---|---|---|

**WILLIAMS PARKER HARRISON**
**50 Central Avenue**
**Eighth Floor**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **170**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**WILLIAMS RISTOFF & PROPER PLC**
**4532 US Highway 19**
**New Port Richey, FL 34652-4964**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **5767**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**WILLIAMS SCHIFINO MANGIONE &**
**P.O. Box 380**
**Tampa, FL 33601**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7009**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**WILLIAMS SMITH & SUMMERS PA**
**380 W. Alfred Street**
**Tavares, FL 32778-3298**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **7086**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**WILLIAMSON DIAMOND & CATON PA**
**9075 Seminole Boulevard**
**Seminole, FL 33772-3150**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **8959**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Willis & Oden, PL**
**2121 S Hiawassee Road**
**Suite 116**
**Orlando, FL 32835**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member**

Last 4 digits of account number  **9999**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.103 39**

**Nonpriority creditor's name and mailing address**

**WILLITS & LINZNER PA**
**1001 W Cypress Creek Road Suite 320**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number **6883**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 40**

**Nonpriority creditor's name and mailing address**

**WILMA CARRILLO**
**P.O. Box 7097**
**Lakeland, FL 33807-7097**

Date(s) debt was incurred _

Last 4 digits of account number **6913**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 41**

**Nonpriority creditor's name and mailing address**

**WILMA D STEVENSON PA**
**7111 Northwest 45th Street**
**Ft Lauderdale, FL 33319**

Date(s) debt was incurred _

Last 4 digits of account number **0084**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 42**

**Nonpriority creditor's name and mailing address**

**WILMER H MITCHELL**
**130 E Government Street**
**Pensacola, FL 32501-5802**

Date(s) debt was incurred _

Last 4 digits of account number **5214**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.103 43**

**Nonpriority creditor's name and mailing address**

**WILSON & WILLIAMS PA**
**P.O. Box 908**
**Ocala, FL 34478-0908**

Date(s) debt was incurred _

Last 4 digits of account number **0683**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 44**

**Nonpriority creditor's name and mailing address**

**WILSON ELSER MOSKOWITZ EDELMAN**
**100 Southeast Second Street Suite 3800**
**Miami, FL 33131-2126**

Date(s) debt was incurred _

Last 4 digits of account number **2683**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.103 45**

**Nonpriority creditor's name and mailing address**

**WILSON HARRELL FARRINGTON**
**307 S. Palafox Street**
**Pensacola, FL 32504**

Date(s) debt was incurred _

Last 4 digits of account number **7396**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.103 46**

**Nonpriority creditor's name and mailing address**

**WILSON JAFFER PA**
**27 S Orange Avenue Suite 1**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number **14**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$275.00**

---

**3.103 47**

**Nonpriority creditor's name and mailing address**

**WINDELS MARX LANE & MITTENDORF**
**9990 Coconut Road Suite 101**
**Bonita Springs, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **2424**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$75.00**

---

**3.103 48**

**Nonpriority creditor's name and mailing address**

**WINDERWEEDLE HAINES WARD &**
**P.O. Box 880**
**Winter Park, FL 32790-0880**

Date(s) debt was incurred _

Last 4 digits of account number **5391**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$10,854.67**

---

**3.103 49**

**Nonpriority creditor's name and mailing address**

**Windsor Title Services, Inc.**
**3191 Coral Way**
**Suite 106**
**Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number **7942**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.00**

---

**3.103 50**

**Nonpriority creditor's name and mailing address**

**WINSTON R DAVIS**
**117 W Wyndham Court**
**Longwood, FL 32779**

Date(s) debt was incurred _

Last 4 digits of account number **7104**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$100.00**

---

**3.103 51**

**Nonpriority creditor's name and mailing address**

**WINTER & SCHAUM PA**
**2300 Corporate Boulevard Northwest Suite**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **8375**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$50.00**

---

**3.103 52**

**Nonpriority creditor's name and mailing address**

**WINTTER & ASSOCIATES PA**
**2239 Hollywood Boulevard**
**Hollywood, FL 33020-6707**

Date(s) debt was incurred _

Last 4 digits of account number **6079**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member**

Is the claim subject to offset? ☒ No ☐ Yes

**$200.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.103 53**

**Nonpriority creditor's name and mailing address**
**WITTE & CRAIG PA**
**2211 E. Sample Road**
**Suite 203**
**Lighthouse Point, FL 33064**

Date(s) debt was incurred  _

Last 4 digits of account number  **7150**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.103 54**

**Nonpriority creditor's name and mailing address**
**WM H GARLAND & ASSOCIATES P A**
**537 10th Street W**
**Bradenton, FL 34205-7719**

Date(s) debt was incurred  _

Last 4 digits of account number  **317**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.103 55**

**Nonpriority creditor's name and mailing address**
**WM MICHAEL HOPP**
**P.O. Box 207**
**Placida, FL 33946-0207**

Date(s) debt was incurred  _

Last 4 digits of account number  **5545**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 56**

**Nonpriority creditor's name and mailing address**
**WM ROD MITCHELL**
**Wm Rod Mitchell P.A.**
**P.O. Box 30056**
**Pensacola, FL 32503**

Date(s) debt was incurred  _

Last 4 digits of account number  **8878**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.103 57**

**Nonpriority creditor's name and mailing address**
**WM ROYALL MIDDELTHON JR**
**201 S Biscayne Blfd 34th Floor**
**Miami, FL 33131**

Date(s) debt was incurred  _

Last 4 digits of account number  **4177**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 58**

**Nonpriority creditor's name and mailing address**
**WM SAMUEL MCALILEY II**
**P.O. Box 121**
**St Augustine, FL 32085**

Date(s) debt was incurred  _

Last 4 digits of account number  **7438**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.103 59**

**Nonpriority creditor's name and mailing address**
**WNF LAW PL D/B/A**
**1111 Brickell Avenue**
**Suite 2200**
**Miami, FL 33131**

Date(s) debt was incurred _
Last 4 digits of account number **9744**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$150.00**

---

**3.103 60**

**Nonpriority creditor's name and mailing address**
**WOLF BLOCK SCHORR &**
**12 Floor Packard Building**
**15th & Chestnut Street**
**Philadelphia, PA 33416**

Date(s) debt was incurred _
Last 4 digits of account number **7640**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$300.00**

---

**3.103 61**

**Nonpriority creditor's name and mailing address**
**WOLFSON & STARKMAN**
**1500 San Remo Avenue Suite 125**
**Coral Gables, FL 33146**

Date(s) debt was incurred _
Last 4 digits of account number **5542**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.103 62**

**Nonpriority creditor's name and mailing address**
**WOLLMAN GEHRKE & SOLOMON PA**
**3501 Bonita Bay Boulevard Suite 3**
**Bonita Springs, FL 34134**

Date(s) debt was incurred _
Last 4 digits of account number **7928**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.103 63**

**Nonpriority creditor's name and mailing address**
**WOOD & MURPHY**
**Suite B-201**
**11211 Prosperity Farms Road**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _
Last 4 digits of account number **4617**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.103 64**

**Nonpriority creditor's name and mailing address**
**WOODBRIDGE & SALAZAR LLP**
**255 Alhambra Circle Suite 705**
**Coral Gables, FL 33134**

Date(s) debt was incurred _
Last 4 digits of account number **8512**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.103 65**

**Nonpriority creditor's name and mailing address**
**WOODROW A WALLEN**
**7900 Northwest 27th Avenue Suite 109-N**
**Miami, FL 33147-4902**

Date(s) debt was incurred _
Last 4 digits of account number **6819**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$148.58**

---

Debtor **LTGF Business Trust**
_____
Name

Case number (if known) **2:23-bk-01538**
_____

| 3.103 66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**Woodstock Law Firm, P.A.**
**8010 N. University Drive**
**Tamarac, FL 33321**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **0548**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**WOODWARD PIRES & LOMBARDO PA**
**9990 COCONUT ROAD #101**
**BONITA SPRINGS, FL 34135-8488**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **5229**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,234.09** |
|---|---|---|---|

**WOTITZKY WOTITZKY ROSS &**
**1107 W. Marion Avenue**
**Unit 111**
**Punta Gorda, FL 33950-5372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **427**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**Wright & Casey, P.A.**
**340 N Causeway**
**New Smyrna Beach, FL 32169**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **6676**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**WRIGHT & SHAW PA**
**923 Del Prado Boulevard**
**Suite 205**
**Cape Coral, FL 33990**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **8034**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**WRIGHT MOULTON**
**5041 Bayou Boulevard Suite 300**
**Pensacola, FL 32503-2503**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Member__

Last 4 digits of account number **7120**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.103 72**

**Nonpriority creditor's name and mailing address**

**WRIGHT MUIR PA**
**P.O. Box 450249**
**Sunrise, FL 33345**

Date(s) debt was incurred _

Last 4 digits of account number **1879**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 73**

**Nonpriority creditor's name and mailing address**

**WYCKOFF LAW FIRM PA**
**4909 Manatee Avenue W.**
**Bradenton, FL 34209**

Date(s) debt was incurred _

Last 4 digits of account number **2764**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.103 74**

**Nonpriority creditor's name and mailing address**

**WYNNE M CASTEEL JR**
**621 S. Federal Highway**
**Suite 10**
**Ft Lauderdale, FL 33301-3145**

Date(s) debt was incurred _

Last 4 digits of account number **1990**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.103 75**

**Nonpriority creditor's name and mailing address**

**XAVIER J FERNANDEZ**
**3491 Gandy Boulevard N**
**Pinellas Park, FL 34665-2657**

Date(s) debt was incurred _

Last 4 digits of account number **107**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.103 76**

**Nonpriority creditor's name and mailing address**

**YALE MANOFF PA**
**4400 N Federal Highway**
**Suite 210**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number **9277**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 77**

**Nonpriority creditor's name and mailing address**

**Yankwitt Law Firm, P.L.L.C.**
**2800 W State Road 84 Suite 118**
**Ft Lauderdale, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number **9507**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 78**

**Nonpriority creditor's name and mailing address**

**YANOWITCH LAW PA**
**255 Alhambra Circle Suite 700**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **9666**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.103 79**

**Nonpriority creditor's name and mailing address**
**YCM Law & Title, PLLC**
**3471 N. Federal Highway**
**Suite 506**
**Fort Lauderdale, FL 33306**

Date(s) debt was incurred _

Last 4 digits of account number  **0842**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.103 80**

**Nonpriority creditor's name and mailing address**
**YEBOAH LAW OFFICES PA**
**401 E Las Olas Boulevard Suite 1400**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  **8310**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.103 81**

**Nonpriority creditor's name and mailing address**
**Yediel Kadosh, P.A.**
**14 Northeast 1st Avenue Suite 805**
**Miami, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number  **8605**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.103 82**

**Nonpriority creditor's name and mailing address**
**YELEN & YELEN PA**
**1104 Ponce De Leon Boulevard**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **665**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,199.35**

---

**3.103 83**

**Nonpriority creditor's name and mailing address**
**Yerger | Tyler, P.A.**
**1570 Shadowlawn Drive**
**Naples, FL 34104**

Date(s) debt was incurred _

Last 4 digits of account number  **8071**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.103 84**

**Nonpriority creditor's name and mailing address**
**YERGEY & YERGEY**
**Attention: David A. Yergey III**
**211 N. Magnolia Avenue**
**Orlando, FL 32801-1805**

Date(s) debt was incurred _

Last 4 digits of account number  **4**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ■ No  ☐ Yes

**$275.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.103 85**

**Nonpriority creditor's name and mailing address**
**YESNER & BOSS PL**
**9800 4th Street N Suite 402**
**St Petersburg, FL 33702**

Date(s) debt was incurred _

Last 4 digits of account number **9766**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 86**

**Nonpriority creditor's name and mailing address**
**YOLANDA MELLON SUAREZ**
**6006 Yarwell Drive**
**Houston, TX 77096-4721**

Date(s) debt was incurred _

Last 4 digits of account number **6975**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 87**

**Nonpriority creditor's name and mailing address**
**YOLLY ROBERSON**
**Roberson & Associates**
**900 Northeast 195th Street Apt 408**
**Miami, FL 33179**

Date(s) debt was incurred _

Last 4 digits of account number **9907**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 88**

**Nonpriority creditor's name and mailing address**
**Yormack, P.A.**
**1825 Ponce de Leon Boulevard**
**Suite 632**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **1091**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 89**

**Nonpriority creditor's name and mailing address**
**Young DeLoach, P.L.L.C.**
**1115 E Livingston Street**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number **6965**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 90**

**Nonpriority creditor's name and mailing address**
**YOUNG FRANKLIN MERLIN ET AL PA**
**17071 W Dixie Highway**
**North Miami Beach, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number **6039**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.103 91**

**Nonpriority creditor's name and mailing address**
**YOUNG T TINDALL**
**3814 W Park Road**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **7088**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.103 92**

**Nonpriority creditor's name and mailing address**

**YOUNG VAN ASSENDERP & VARNADOE**
**P.O. Box 1833**
**Tallahassee, FL 32302-1833**

Date(s) debt was incurred _

Last 4 digits of account number **6437**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$4,002.30**

---

**3.103 93**

**Nonpriority creditor's name and mailing address**

**Your Towne Law, P.A.**
**P.O. Box 560520**
**Orlando, FL 32856**

Date(s) debt was incurred _

Last 4 digits of account number **7559**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 94**

**Nonpriority creditor's name and mailing address**

**YVETTE MACIAS**
**3162 Commadore Plaza Unit 3ab**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number **3759**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 95**

**Nonpriority creditor's name and mailing address**

**YVONNE B WRIGHT**
**5605 Northwest 108th Way**
**Coral Springs, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number **5962**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 96**

**Nonpriority creditor's name and mailing address**

**YVONNE E REED**
**P.O. Box 14335**
**Ft Lauderdale, FL 33302-4335**

Date(s) debt was incurred _

Last 4 digits of account number **8697**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 97**

**Nonpriority creditor's name and mailing address**

**Z PAOLA GUERRERO**
**9900 Southwest 107th Avenue Suite 101**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number **6167**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.103 98**

**Nonpriority creditor's name and mailing address**

**ZACHARY R WHITE PA**
**220 E Madison Street Suite 1222**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number **8005**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.103 99**

Nonpriority creditor's name and mailing address
**Zachary S. McWilliams, P.A.**
**5975 Sunset Drive**
**Suite 801**
**South Miami, FL 33143**

Date(s) debt was incurred _

Last 4 digits of account number **0205**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.104 00**

Nonpriority creditor's name and mailing address
**ZACK HANZMAN PONCE TUCKER**
**One International Pl**
**100 Southeast 2nd Street Suite 2800**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **5885**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.104 01**

Nonpriority creditor's name and mailing address
**ZACUR & GRAHAM PA**
**P.O. Box 14409**
**St Petersburg, FL 33733-4409**

Date(s) debt was incurred _

Last 4 digits of account number **2895**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$375.00**

---

**3.104 02**

Nonpriority creditor's name and mailing address
**ZAEDY R POZO**
**Gables International Plaza**
**2655 Le Jeune Road, Suite 804**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number **8459**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.104 03**

Nonpriority creditor's name and mailing address
**Zalman Law, P.A.**
**7050 Montrico Drive**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number **9824**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.104 04**

Nonpriority creditor's name and mailing address
**Zandro E. Palma, P.A.**
**9100 S. Dadeland Boulevard**
**Suite 1500**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number **0649**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.104 05**

**Nonpriority creditor's name and mailing address**
**ZARINA RAJA PA**
**3101 S Ocean Drive Suite 908**
**Hollywood, FL 33019**

Date(s) debt was incurred _

Last 4 digits of account number **0454**

As of the petition filing date, the claim is: *Check all that apply.*   **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.104 06**

**Nonpriority creditor's name and mailing address**
**ZEBERSKY & PAYNE LLP**
**110 Southeast 6th Street Suite 2150**
**Ft Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number **3745**

As of the petition filing date, the claim is: *Check all that apply.*   **$50.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.104 07**

**Nonpriority creditor's name and mailing address**
**Zeig Law Firm, PLLC**
**3475 Sheridan Street**
**Suite 310**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number **9674**

As of the petition filing date, the claim is: *Check all that apply.*   **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.104 08**

**Nonpriority creditor's name and mailing address**
**ZEMEL & KAUFMAN PA**
**19101 Mystic Pointe Drive Suite 1005**
**Aventura, FL 33180-4516**

Date(s) debt was incurred _

Last 4 digits of account number **4154**

As of the petition filing date, the claim is: *Check all that apply.*   **$225.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.104 09**

**Nonpriority creditor's name and mailing address**
**ZENDEGUI LAW GROUP PA**
**1111 Kane Concourse**
**Suite 310**
**Bay Harbor Islands, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number **2468**

As of the petition filing date, the claim is: *Check all that apply.*   **$25.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.104 10**

**Nonpriority creditor's name and mailing address**
**ZEWADSKI & WHITELOCK PA**
**3245 5th Avenue N**
**St Petersburg, FL 33713-7611**

Date(s) debt was incurred _

Last 4 digits of account number **2536**

As of the petition filing date, the claim is: *Check all that apply.*   **$350.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.104 11**

**Nonpriority creditor's name and mailing address**
**ZIEGLER & GINSBURG PA**
**14722 Southwest 82nd Court**
**Miami, FL 33158**

Date(s) debt was incurred _

Last 4 digits of account number **7344**

As of the petition filing date, the claim is: *Check all that apply.*   **$50.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **LTGF Business Trust** | Case number (*if known*) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

---

**3.104 12**

**Nonpriority creditor's name and mailing address**

**ZIMMERMAN KISER & SUTCLIFFE PA**
**P.O. Box 3000**
**Orlando, FL 32802-3000**

Date(s) debt was incurred _

Last 4 digits of account number  **7971**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$509.62**

---

**3.104 13**

**Nonpriority creditor's name and mailing address**

**ZIMMERMAN ZIMMERMAN &**
**737 E. Atlantic Boulevard**
**Pompano Beach, FL 33060**

Date(s) debt was incurred _

Last 4 digits of account number  **1532**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$150.00**

---

**3.104 14**

**Nonpriority creditor's name and mailing address**

**ZIMMET & QUARLES PA**
**434 N Halifax Drive Suite 2**
**Daytona Beach, FL 32118-4016**

Date(s) debt was incurred _

Last 4 digits of account number  **116**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.104 15**

**Nonpriority creditor's name and mailing address**

**ZIMMET UNICE SALZMAN & HEYMAN**
**2570 Coral Landings Boulevard Suite 201**
**Palm Harbor, FL 34684-5123**

Date(s) debt was incurred _

Last 4 digits of account number  **4085**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.104 16**

**Nonpriority creditor's name and mailing address**

**Zinzow Law, L.L.C.**
**8750 Hawbuck Street**
**Trinity, FL 34655**

Date(s) debt was incurred _

Last 4 digits of account number  **7051**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.104 17**

**Nonpriority creditor's name and mailing address**

**ZOHER M GHADIALI**
**2769 Seabreeze Drive S**
**St Petersburg, FL 33707-3933**

Date(s) debt was incurred _

Last 4 digits of account number  **6679**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member**

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

| Debtor | **LTGF Business Trust** | Case number (if known) | **2:23-bk-01538** |
|---|---|---|---|
| | Name | | |

| 3.104 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**ZORRILLA & ASSOCIATES PL**
**2655 Le Jeune Road Suite 805-10**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **6096**

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Zumpano Castro, P.L.L.C.**
**500 S. Dixie Highway**
**Suite 302**
**Coral Gables, FL 33146**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **7921**

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**ZUMPANO PATRICIOS & WINKER PA**
**312 Minorca Avenue**
**Coral Gables, FL 33134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member**

Last 4 digits of account number  **8016**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 5,677,976.41 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 5,677,976.41 |

**Fill in this information to identify the case:**

Debtor name    **LTGF Business Trust**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **2:23-bk-01538**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Services Agreement dated December 12, 2015** | |
| State the term remaining | **Attorneys' Title Fund Services, LLC 6545 Corporate Centre Blvd Orlando, FL 32833** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Operating Agreement for Attorneys' Title Fund Services, LLC** | |
| State the term remaining | **Old Republic National Title Holding Company 3000 Bayport Dr. #1000 Tampa, FL 33607** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Joint Venture Agreement by and between Attorneys' Title Fund Services, LLC; Old Repoublic National Title Holding Company, Attorneys' Title Insurance Fund dated July 1, 2009** | |
| State the term remaining | **Old Republic National Title Holding Company 3000 Bayport Dr. #1000 Tampa, FL 33607** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **LTGF Business Trust**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **2:23-bk-01538**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name  **LTGF Business Trust**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **2:23-bk-01538**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy           04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $86,682.92 |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $105,065.00 |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $131,505.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor **LTGF Business Trust** _____    Case number *(if known)* **2:23-bk-01538**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.   **Please see attached bank statements.** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **John H. Simmons**<br>**1601 Jackson St #200**<br>**Fort Myers, FL 33901**<br>**President** | **10/30/22** | **$18.28** | **50% of Affordable Care Act Rebate received from Florida Blue.** |
| 4.2.   **John H. Simmons**<br>**1601 Jackson St #200**<br>**Fort Myers, FL 33901**<br>**President** | **bi-weekly payments** | **$50,000.00** | **annual salary received in bi-weekly payments for the previous year** |
| 4.3.   **Gerard A. McHale**<br>**1601 Jackson St., Ste. 200**<br>**Fort Myers, FL 33901**<br>**Chief Liquidating Officer** | **10/06/23** | **$25,000.00** | **retainer** |

5.  **Repossessions, foreclosures, and returns**
List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor  **LTGF Business Trust**                              Case number *(if known)*  **2:23-bk-01538**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Zimmett and Zimmett, PA vs. Attorneys Title Insurance Fund**<br>**2018-CA-007622-O** | **business transactions** | **9th Judicial Circuit**<br>**Orange County, FL** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Johnson, Pope, Bokor, Ruppel & Burns, LLP**<br>**400 N Ashley Dr. #3100**<br>**Tampa, FL 33602** | **Retainer** | **10/13/2023** | **$50,000.00** |
| **Email or website address**<br>**mikem@jpfirm.com** | | | |
| **Who made the payment, if not debtor?**<br>**Debtor** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |
|---|---|---|---|

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **6545 Corporate Centre Blvd Orlando, FL 32822** | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor    **LTGF Business Trust**                                                      Case number *(if known)* **2:23-bk-01538**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| **25.1.  ATIF, Inc.** | | EIN:   59-2633824 |
| | | From-To |
| **25.2.  Fund Insurance Solutions, LLC**<br>**6545 Corporate Centre Blvd**<br>**Orlando, FL 32822** | | EIN:   45-1630109<br><br>From-To |
| **25.3.  Attorneys Title Guaranty Fund, Inc.**<br>**7600 E Eastman Ave., Ste. 130**<br>**Denver, CO 80231** | | EIN:   84-0513007<br><br>From-To   **Debtor's interest was sold in May 2020** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| **26a.1.  John H. Simmons**<br>**1601 Jackson St #200**<br>**Fort Myers, FL 33901** | |
| **26a.2.  Charles A. Krblich**<br>**Charles A Krblich, PA**<br>**1119 Southeast Third Ave**<br>**Fort Lauderdale, FL 33316** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor   **LTGF Business Trust**                                          Case number (if known) **2:23-bk-01538**

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **John H. Simmons**<br>**1601 Jackson St #200**<br>**Fort Myers, FL 33901** | |
| 26c.2. **Charles A. Krblich**<br>**Charles A Krblich, PA**<br>**1119 Southeast Third Ave**<br>**Fort Lauderdale, FL 33316** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gerard A. McHale | 1601 Jackson St., Ste. 200<br>Fort Myers, FL 33901 | Chief Liquidating Officer | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| John H. Simmons | 1601 Jackson St #200<br>Fort Myers, FL 33901 | President, Treasuerer, and Executive Secretary - 0% ownership interest | through 10/16/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Please see attached list. | | Trustee - 0% ownership interest | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

| Debtor | **LTGF Business Trust** | Case number *(if known)* | **2:23-bk-01538** |

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **John H. Simmons**<br>**1601 Jackson St #200**<br>**Fort Myers, FL 33901** | **$18.28** | **12/30/22** | **Affordable Care Act Rebate from Florida Blue** |
| | Relationship to debtor<br>**President** | | | |
| 30.2. | **John H. Simmons**<br>**1601 Jackson St #200**<br>**Fort Myers, FL 33901** | **Annual Salary of $50,000** | **paid in bi-weekly installments over the previous year** | **annual salary** |
| | Relationship to debtor<br>**President** | | | |
| 30.3. | **Gerard A. McHale**<br>**1601 Jackson St., Ste. 200**<br>**Fort Myers, FL 33901** | **$25,000** | **10/06/23** | **retainer** |
| | Relationship to debtor<br>**Chief Liquidating Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Attorneys' Title Insurance Fund & Subs** | **EIN:   59-0565258** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **LTGF Business Trust**                                    Case number *(if known)*   **2:23-bk-01538**

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____**1/17/2024**_____

_____          **Gerard A. McHale**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Chief Liquidating Officer**

---

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
■ Yes

### #28 – Current Officer

| Name | Address | Position/Nature Int. | % Int |
|------|---------|----------------------|-------|
| **Gerard A. McHale** | 1601 Jackson St. Suite 200<br>Fort Myers, FL  33901 | CLO/Chief Liquidating Officer<br>(no interest) | 0% |

### #29 – Former Officer and Trustees

| Name | Address | Position/Nature Int. | % Int |
|------|---------|----------------------|-------|
| **Charles S. Isler, III** | P.O. Box 27032<br>Panama City, FL 32411 | Trustee (no interest) | 0% |
| **Duane C. Romanello** | 1919 Blanding Blvd Suite 8<br>Jacksonville, FL 32210 | Trustee (no interest) | 0% |
| **John H. Simmons** | 1601 Jackson St. Suite 200<br>Fort Myers, FL  33901 | President, Treasurer<br>Executive Secretary<br>(no interest) | 0% |
| **Julius J. Zschau** | 1910 Saddle Hill Rd N<br>Dunedin, FL  34698 | Trustee (no interest) | 0% |
| **Kristopher E. Fernandez** | 114 S. Fremont Avenue<br>Tampa, FL  33606 | Trustee (no interest) | 0% |
| **Patricia Nugent** | 2455 E. Sunrise Blvd., Suite 807<br>Fort Lauderdale, FL  33304 | Trustee (no interest) | 0% |
| **Richard A. Miller** | P.O. Box 8169<br>Lakeland, FL 33802 | Trustee (no interest) | 0% |
| **Robert A. Burson** | P.O. Box 1620<br>Stuart, FL  34995 | Trustee (no interest) | 0% |
| **Shannon L. Widman** | 113 Botany Blvd<br>Santa Rosa Beach, FL 32459 | Trustee (no interest) | 0% |
| **Stephen L Mackey** | 6153 Golf Vista Way<br>Boca Raton, FL   33433 | Trustee (no interest) | 0% |
| **Thomas D. Wright** | 9711 Overseas Highway<br>Marathon, FL 33050 | Trustee (no interest) | 0% |

Citibank CBO Services     038
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F016

000
CITIBANK, N. A.
**Account**
████ 87061
**Statement Period**
Dec 1 - Dec 31, 2023
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
Page 1 of 3

ATTORNEYS' TITLE INSURANCE FUND
POB POB 811162
BOCA RATON          FL 33481

## CitiBusiness® ACCOUNT AS OF DECEMBER 31, 2023

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $23,233.27 |
| **Savings** | $18.51 |
| **Checking Plus** | ----- |

| Checking | Balance |
|---|---|
| CitiBusiness Streamlined Checking | $23,233.27 |
| **Savings** | **Balance** |
| CitiBusiness IMMA | $18.51 |
| **Total Checking and Savings at Citibank** | **$23,251.78** |

## SERVICE CHARGE SUMMARY FROM NOVEMBER 1, 2023 THRU NOVEMBER 30, 2023

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #** ████ | | | |
| Average Daily Collected Balance | | | $7,055.51 |
| DEPOSIT SERVICES<br>CHECKS, DEP ITEMS/TICKETS, ACH<br>**WAIVE | 10 | .4500 | 4.50 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |
| **CITIBUSINESS IMMA #** ████ | | | |
| Average Daily Collected Balance | | | $343,154.70 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

████

| | Beginning Balance: | $2,912.45 |
|---|---|---|
| | Ending Balance: | $23,233.27 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/04 | TRANSFER CREDIT<br>TRANSFER FROM IMMA          Dec 04<br>009147387074 VIA CBusOL Re # 067337 | | 25,000.00 | 27,912.45 |
| 12/06 | ACH DEBIT<br>INTUIT *     QBooks Onl 7962632     Dec 06 | 60.00 | | 27,852.45 |

ATTORNEYS' TITLE INSURANCE FUND          Account ██████████          Page 2 of 3          001/R1/04F016
Statement Period:  Dec 1 - Dec 31, 2023

## CHECKING ACTIVITY                                                                 **Continued**

| Date | Description | Debits | Credits | Balance |
|------|-------------|-------:|--------:|--------:|
| 12/14 | ACH DEBIT | 77.62 | | 27,774.83 |
| | ATTORNEYS TITLE  IMPOUND    FL573      Dec 14 | | | |
| 12/14 | ACH DEBIT | 439.88 | | 27,334.95 |
| | ATTORNEYS TITLE  IMPOUND    FL573      Dec 14 | | | |
| 12/14 | ACH DEBIT | 1,630.37 | | 25,704.58 |
| | ATTORNEYS TITLE  IMPOUND    FL573      Dec 14 | | | |
| 12/14 | DEBIT CARD      Card Ending in 9116 | 115.00 | | 25,589.58 |
| | USPS PO 11085602 604 BABOCA RATON  16LUS0519 | | | |
| 12/18 | DEBIT CARD PURCH Card Ending in 9116 | 86.42 | | 25,503.16 |
| | LH0HPW16         009116 Dec 18 | | | |
| | VBS*VONAGE BUSINESS  866-901-0242  GA 23349 | | | |
| 12/22 | TRANSFER DEBIT | 17.00 | | 25,486.16 |
| | TRANSFER TO IMMA           Dec 22 | | | |
| | VIA CBUSOL      REFERENCE # 055767 | | | |
| 12/28 | ACH DEBIT | 182.70 | | 25,303.46 |
| | ATTORNEYS TITLE  IMPOUND    FL573      Dec 28 | | | |
| 12/28 | ACH DEBIT | 439.76 | | 24,863.70 |
| | ATTORNEYS TITLE  IMPOUND    FL573      Dec 28 | | | |
| 12/28 | ACH DEBIT | 1,630.43 | | 23,233.27 |
| | ATTORNEYS TITLE  IMPOUND    FL573      Dec 28 | | | |
| | **Total Debits/Credits** | **4,679.18** | **25,000.00** | |

## SAVINGS ACTIVITY

### CitiBusiness IMMA

**9147387074**                                      **Beginning Balance:**     $343,181.97
                                                    **Ending Balance:**         $18.51

| Date | Description | Debits | Credits | Balance |
|------|-------------|-------:|--------:|--------:|
| 12/04 | TRANSFER DEBIT | 25,000.00 | | 318,181.97 |
| | TRANSFER TO CHECKING           Dec 04 | | | |
| | VIA CBUSOL       REFERENCE # 067337 | | | |
| 12/22 | TRANSFER CREDIT | | 17.00 | 318,198.97 |
| | TRANSFER FROM CHECKING         Dec 22 | | | |
| | 009147387061 VIA CBusOL Re # 055767 | | | |
| 12/22 | SERVICE CHARGES | 17.00 | | 318,181.97 |
| | FEE FOR DOMESTIC FUNDS TRANSFER | | | |
| 12/22 | CBUSOL TRANSFER DEBIT | 318,181.97 | | 0.00 |
| | WIRE TO LTGF DIP Case 2:23-BK-01538-FMD | | | |
| 12/29 | INTEREST EARNED | | 18.51 | 18.51 |
| | **Total Debits/Credits** | **343,198.97** | **35.51** | |

Interest earned year to date  $371.43

| Your CitiBusiness IMMA Account Rates | | | | | | |
|---|---|---|---|---|---|---|
| For Balances of | $0 to $24,999 | $25,000 to $49,999 | $50,000 to $99,999 | $100,000 to $499,999 | $500,000 to $999,999 | $1,000,000 to $9,999,999 | $10,000,000 and over |
| 12/01 - 12/18 | 0.100% | 0.100% | 0.100% | 0.100% | 1.200% | 1.200% | 1.200% |
| 12/19 - 12/31 | 0.100% | 0.100% | 0.100% | 0.100% | 1.000% | 1.000% | 1.000% |

ATTORNEYS' TITLE INSURANCE FUND       Account ███████████       Page 3 of 3       001/R1/04F016
                                      Statement Period:  Dec 1 - Dec 31, 2023

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:       YOU CAN CALL:              YOU CAN WRITE:

Checking                        877-528-0990               CitiBusiness
Insured Money Market            For TTY:We accept 711 or   100 Citibank Drive
                                other Relay Service.       San Antonio, TX 78245-9966

For change in address, call your account officer or visit your branch.

© 2023 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

# citibank

**CitiBusiness**®

Citibank CBO Services    038
P.O. Box 6201
Sioux Falls, SD 57117-6201

00041838 BB CCC 334 JSW1#5NC AM1  06K 0

001/R1/04F016

000
CITIBANK, N. A.
**Account**
███████ 7061
**Statement Period**
Nov 1 - Nov 30, 2023
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
Page 1 of 2

ATTORNEYS' TITLE INSURANCE FUND
POB POB 811162
BOCA RATON        FL 33481

---

## CitiBusiness® ACCOUNT AS OF NOVEMBER 30, 2023

### Relationship Summary:

| | |
|---|---|
| Checking | $2,912.45 |
| Savings | $343,181.97 |
| Checking Plus | ----- |

| Checking | Balance |
|---|---|
| CitiBusiness Streamlined Checking | $2,912.45 |

| Savings | Balance |
|---|---|
| CitiBusiness IMMA | $343,181.97 |
| **Total Checking and Savings at Citibank** | **$346,094.42** |

---

## SERVICE CHARGE SUMMARY FROM OCTOBER 1, 2023 THRU OCTOBER 31, 2023

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING # ███ 7061** | | | |
| Average Daily Collected Balance | | | $19,972.40 |
| DEPOSIT SERVICES | | | |
| CHECKS, DEP ITEMS/TICKETS, ACH | 10 | .4500 | 4.50 |
| **WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |
| **CITIBUSINESS IMMA # ███ 7074** | | | |
| Average Daily Collected Balance | | | $362,478.80 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

---

## CHECKING ACTIVITY

### CitiBusiness Streamlined Checking
███ 7061

| | | |
|---|---|---|
| **Beginning Balance:** | | $11,784.76 |
| **Ending Balance:** | | $2,912.45 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/02 | ACH DEBIT<br>ATTORNEYS TITLE  IMPOUND   FL573      Nov 02 | 77.62 | | 11,707.14 |
| 11/02 | ACH DEBIT<br>ATTORNEYS TITLE  IMPOUND   FL573      Nov 02 | 439.76 | | 11,267.38 |
| 11/02 | ACH DEBIT<br>ATTORNEYS TITLE  IMPOUND   FL573      Nov 02 | 1,630.43 | | 9,636.95 |

ATTORNEYS' TITLE INSURANCE FUND

Account ████ 7061          Page 2 of 2
Statement Period:  Nov 1 - Nov 30, 2023

001/R1/04F016

## CHECKING ACTIVITY                                                    Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 11/06 | ACH DEBIT<br>INTUIT *      QBooks Onl 8797977      Nov 06 | 60.00 | | 9,576.95 |
| 11/13 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 17.00 | | 9,559.95 |
| 11/13 | CBUSOL TRANSFER DEBIT<br>MGA4419746 | 2,400.00 | | 7,159.95 |
| 11/16 | DEBIT CARD PURCH Card Ending in 9116<br>M9CT5QV5              009116 Nov 15<br>VBS*VONAGE BUSINESS  866-901-0242 GA 23319 | 86.42 | | 7,073.53 |
| 11/16 | ACH DEBIT<br>ATTORNEYS TITLE  IMPOUND    FL573    Nov 16 | 10.35 | | 7,063.18 |
| 11/16 | ACH DEBIT<br>ATTORNEYS TITLE  IMPOUND    FL573    Nov 16 | 439.76 | | 6,623.42 |
| 11/16 | ACH DEBIT<br>ATTORNEYS TITLE  IMPOUND    FL573    Nov 16 | 1,630.43 | | 4,992.99 |
| 11/30 | ACH DEBIT<br>ATTORNEYS TITLE  IMPOUND    FL573    Nov 30 | 10.35 | | 4,982.64 |
| 11/30 | ACH DEBIT<br>ATTORNEYS TITLE  IMPOUND    FL573    Nov 30 | 439.76 | | 4,542.88 |
| 11/30 | ACH DEBIT<br>ATTORNEYS TITLE  IMPOUND    FL573    Nov 30 | 1,630.43 | | 2,912.45 |
| | **Total Debits/Credits** | **8,872.31** | **0.00** | |

## SAVINGS ACTIVITY

CitiBusiness IMMA

████ 7074

| | | Beginning Balance: | | $343,153.76 |
|---|---|---|---|---|
| | | Ending Balance: | | $343,181.97 |
| Date | Description | Debits | Credits | Balance |
| 11/30 | INTEREST EARNED | | 28.21 | 343,181.97 |

Interest earned year to date  $352.92

| Your CitiBusiness IMMA Account Rates | | | | | | | |
|---|---|---|---|---|---|---|---|
| For Balances of | $0<br>to<br>$24,999 | $25,000<br>to<br>$49,999 | $50,000<br>to<br>$99,999 | $100,000<br>to<br>$499,999 | $500,000<br>to<br>$999,999 | $1,000,000<br>to<br>$9,999,999 | $10,000,000<br>and over |
| 11/01 - 11/30 | 0.100% | 0.100% | 0.100% | 0.100% | 1.200% | 1.200% | 1.200% |

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:                    YOU CAN WRITE:

Checking                                        877-528-0990                      CitiBusiness
Insured Money Market                    For TTY:We accept 711 or     100 Citibank Drive
                                                    other Relay Service.             San Antonio, TX 78245-9966

For change in address, call your account officer or visit your branch.

© 2023 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

# citibank®

**CitiBusiness**®

Citibank CBO Services   038
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/20F016

00010727 BB CCC 304 JSW1#5/C AM1 1 0VA 0

001
CITIBANK, N. A.
**Account**
████████7061
**Statement Period**
**Oct 1 - Oct 31, 2023**
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
Page 1  of  6

00014659
DC10

ATTORNEYS' TITLE INSURANCE FUND
POB POB 811162
BOCA RATON          FL 33481

---

## CitiBusiness® ACCOUNT AS OF OCTOBER 31, 2023

### Relationship Summary:

| | |
|---|---|
| Checking | $11,784.76 |
| Savings | $343,153.76 |
| Checking Plus | ----- |

| Checking | Balance |
|---|---|
| CitiBusiness Streamlined Checking | $11,784.76 |

| Savings | Balance |
|---|---|
| CitiBusiness IMMA | $343,153.76 |

| **Total Checking and Savings at Citibank** | **$354,938.52** |
|---|---|

> Fraudsters are increasingly targeting mailed checks to alter the dollar amount and payee
> information. Follow this link for recommendations to better protect your funds:
> www.online.citi.com/JRS/popups/CheckWashing.pdf

---

## SERVICE CHARGE SUMMARY FROM SEPTEMBER 1, 2023 THRU SEPTEMBER 30, 2023

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #**████████**7061** | | | |
| Average Daily Collected Balance | | | $55,909.88 |
| DEPOSIT SERVICES | | | |
| CHECKS, DEP ITEMS/TICKETS, ACH | 12 | .4500 | 5.40 |
| **WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |
| **CITIBUSINESS IMMA #**████████**7074** | | | |
| Average Daily Collected Balance | | | $393,092.81 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

---

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
████████**7061**

| | |
|---|---|
| **Beginning Balance:** | $46,908.30 |
| **Ending Balance:** | $11,784.76 |

63

ATTORNEYS' TITLE INSURANCE FUND

Account ████ 7061    Page 2 of 6
Statement Period: Oct 1 - Oct 31, 2023

001/R1/20F016

## CHECKING ACTIVITY                                                    Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|-------:|--------:|--------:|
| 10/05 | ELECTRONIC CREDIT<br>ATFS PAY GROUP  AP PAYMENT FSPG-  00607 Oct 05 | | 8,333.00 | 55,241.30 |
| 10/05 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 17.00 | | 55,224.30 |
| 10/05 | CBUSOL TRANSFER DEBIT<br>MGA4410936 | 9,600.00 | | 45,624.30 |
| 10/05 | ACH DEBIT<br>ATTORNEYS TITLE  IMPOUND  FL573      Oct 05 | 77.62 | | 45,546.68 |
| 10/05 | ACH DEBIT<br>ATTORNEYS TITLE  IMPOUND  FL573      Oct 05 | 439.76 | | 45,106.92 |
| 10/05 | ACH DEBIT<br>ATTORNEYS TITLE  IMPOUND  FL573      Oct 05 | 1,630.43 | | 43,476.49 |
| 10/06 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 17.00 | | 43,459.49 |
| 10/06 | CBUSOL TRANSFER DEBIT<br>McHale CLO | 25,000.00 | | 18,459.49 |
| 10/06 | ACH DEBIT<br>INTUIT *      QBooks Onl 9859095      Oct 06 | 60.00 | | 18,399.49 |
| 10/13 | TRANSFER CREDIT<br>TRANSFER FROM IMMA              Oct 13<br>009147387074 VIA CBusOL Re # 050427 | | 50,000.00 | 68,399.49 |
| 10/13 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 17.00 | | 68,382.49 |
| 10/13 | CBUSOL TRANSFER DEBIT<br>WIRE TO Johnson Pope Bokor Ruppel BurnsLLP | 50,000.00 | | 18,382.49 |
| 10/16 | DEBIT CARD PURCH Card Ending in 9116<br>9JV2D66S              009116 Oct 16<br>BOCA POST OFFICE    BOCA RATON  FL 23286 | 38.60 | | 18,343.89 |
| 10/17 | DEBIT CARD PURCH Card Ending in 9116<br>TC05Q1W5              009116 Oct 17<br>VBS*VONAGE BUSINESS  866-901-0242 GA 23288 | 52.89 | | 18,291.00 |
| 10/18 | BILL PAYMENT<br>JOHNSON POPE BOKOR RUPPEL & BU 010002  BA | 4,365.00 | | 13,926.00 |
| 10/19 | ACH DEBIT<br>ATTORNEYS TITLE  IMPOUND  FL573      Oct 19 | 26.40 | | 13,899.60 |
| 10/19 | ACH DEBIT<br>ATTORNEYS TITLE  IMPOUND  FL573      Oct 19 | 439.76 | | 13,459.84 |
| 10/19 | ACH DEBIT<br>ATTORNEYS TITLE  IMPOUND  FL573      Oct 19 | 1,630.43 | | 11,829.41 |
| 10/24 | DEBIT CARD PURCH Card Ending in 9116<br>C*7RD66S              009116 Oct 24<br>BOCA POST OFFICE    BOCA RATON  FL 23294 | 9.65 | | 11,819.76 |
| 10/27 | CHECK NO:     5028 | 35.00 | | 11,784.76 |
| | **Total Debits/Credits** | **93,456.54** | **58,333.00** | |

## SAVINGS ACTIVITY

### CitiBusiness IMMA

████ 7074

| | | | Beginning Balance: | $393,122.97 |
|---|---|---|---|---|
| | | | Ending Balance: | $343,153.76 |

| Date | Description | Debits | Credits | Balance |
|------|-------------|-------:|--------:|--------:|
| 10/13 | TRANSFER DEBIT<br>TRANSFER TO CHECKING              Oct 13<br>VIA CBUSOL        REFERENCE # 050427 | 50,000.00 | | 343,122.97 |
| 10/31 | INTEREST EARNED | | 30.79 | 343,153.76 |
| | **Total Debits/Credits** | **50,000.00** | **30.79** | |

Interest earned year to date  $324.71

| Your CitiBusiness IMMA Account Rates | | | | | | |
|---|---|---|---|---|---|---|
| For Balances of | $0<br>to<br>$24,999 | $25,000<br>to<br>$49,999 | $50,000<br>to<br>$99,999 | $100,000<br>to<br>$499,999 | $500,000<br>to<br>$999,999 | $1,000,000<br>to<br>$9,999,999 | $10,000,000<br>and over |
| 10/01 - 10/31 | 0.100% | 0.100% | 0.100% | 0.100% | 1.200% | 1.200% | 1.200% |

# citibank®

**CitiBusiness®**

ATTORNEYS' TITLE INSURANCE FUND

Account ███ 7061          Page 3 of 6
Statement Period: Oct 1 - Oct 31, 2023

001/R1/20F016

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking<br>Insured Money Market | 877-528-0990<br>For TTY:We accept 711 or<br>other Relay Service. | CitiBusiness<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.

© 2023 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

( Purposely left blank )

63

ATTORNEYS' TITLE INSURANCE FUND

Account ████7061          Page 4 of 6
Statement Period:  Oct 1 - Oct 31, 2023

001/R1/20F016

**( Purposely left blank )**

# citibank®

**CitiBusiness®**

ATTORNEYS' TITLE INSURANCE FUND

Account ████7061          Page 5 of 6
Statement Period:  Oct 1 - Oct 31, 2023

001/R1/20F016

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # ████7061



Ck Date: 10/27/2023 Ck No: 5028 Amt: $35.00

Ck Date: 10/27/2023 Ck No: 5028 Amt: $35.00

**citibank**

CitiBusiness®

Citibank CBO Services      038
P.O. Box 6201
Sioux Falls, SD 57117-6201

00010719 BB CCC 272 JSW1#5IC AM1 3 T77.0

001/R1/2DF016

001
CITIBANK, N. A.
**Account**
▮▮▮▮▮**061**
**Statement Period**
**Sep 1 - Sep 30, 2023**
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
Page 1 of 6

ATTORNEYS' TITLE INSURANCE FUND
POB POB 811162
BOCA RATON            FL 33481

## CitiBusiness® ACCOUNT AS OF SEPTEMBER 30, 2023

**Relationship Summary:**

| | |
|---|---|
| Checking | $46,908.30 |
| Savings | $393,122.97 |
| Checking Plus | ----- |

Effective Immediately, the Payment Processing Hierarchy and Uncollected Funds and Overdrawn Balances sections of the CitiBusiness Client Manual, U.S. Market have been updated to provide clarity around fees charged to your account in the case of your account being overdrawn. For full details of the changes, please visit www.citi.com/accountagreementsandnotices and click on Small Business Account Agreements and Notices and review the "Amendments to the CitiBusiness Client Manual".

| Checking | Balance |
|---|---|
| CitiBusiness Streamlined Checking | $46,908.30 |

| Savings | Balance |
|---|---|
| CitiBusiness IMMA | $393,122.97 |

| **Total Checking and Savings at Citibank** | **$440,031.27** |
|---|---|

## SERVICE CHARGE SUMMARY FROM AUGUST 1, 2023 THRU AUGUST 31, 2023

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #▮▮▮▮7061** | | | |
| Average Daily Collected Balance | | | $54,732.91 |
| DEPOSIT SERVICES<br>  CHECKS, DEP ITEMS/TICKETS, ACH<br>**WAIVE | 11 | .4500 | 4.95 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |
| **CITIBUSINESS IMMA #▮▮▮7074** | | | |
| Average Daily Collected Balance | | | $393,058.35 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
▮▮▮▮7061

| | |
|---|---|
| **Beginning Balance:** | $53,523.81 |
| **Ending Balance:** | $46,908.30 |

001/R1/20F016

ATTORNEYS' TITLE INSURANCE FUND

Account ▮▮▮7061    Page 2 of 6
Statement Period: Sep 1 - Sep 30, 2023

## CHECKING ACTIVITY                                                      Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/05 | ACH DEBIT<br>CAPITAL ONE    ONLINE PMT 3S9XBD10X87EKKB Sep 05 | 85.11 | | 53,438.70 |
| 09/05 | ACH DEBIT<br>CAPITAL ONE    CRCARDPMT 3S9H3KTHQT75Q57 Sep 05 | 85.11 | | 53,353.59 |
| 09/06 | ACH DEBIT<br>INTUIT *    QBooks Onl 1282447    Sep 06 | 60.00 | | 53,293.59 |
| 09/07 | ACH DEBIT<br>ATTORNEYS TITLE IMPOUND    FL573    Sep 07 | 77.62 | | 53,215.97 |
| 09/07 | ACH DEBIT<br>ATTORNEYS TITLE IMPOUND    FL573    Sep 07 | 439.76 | | 52,776.21 |
| 09/07 | ACH DEBIT<br>ATTORNEYS TITLE IMPOUND    FL573    Sep 07 | 1,630.43 | | 51,145.78 |
| 09/08 | ELECTRONIC CREDIT<br>ATFS PAY GROUP   AP PAYMENT FSPG-  00607 Sep 08 | | 8,508.00 | 59,653.78 |
| 09/18 | DEBIT CARD PURCH Card Ending in 9116<br>J6YKL66S            009116 Sep 18<br>BOCA POST OFFICE    BOCA RATON   FL 23258 | 9.65 | | 59,644.13 |
| 09/18 | DEBIT CARD PURCH Card Ending in 9116<br>3ZNKHSW5            009116 Sep 18<br>VBS*VONAGE BUSINESS  866-901-0242 GA 23258 | 53.29 | | 59,590.84 |
| 09/21 | ACH DEBIT<br>ATTORNEYS TITLE IMPOUND    FL573    Sep 21 | 10.35 | | 59,580.49 |
| 09/21 | ACH DEBIT<br>ATTORNEYS TITLE IMPOUND    FL573    Sep 21 | 439.76 | | 59,140.73 |
| 09/21 | ACH DEBIT<br>ATTORNEYS TITLE IMPOUND    FL573    Sep 21 | 1,630.43 | | 57,510.30 |
| 09/26 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 17.00 | | 57,493.30 |
| 09/26 | CBUSOL TRANSFER DEBIT<br>MGA4407580 | 6,600.00 | | 50,893.30 |
| 09/28 | BILL PAYMENT<br>CHARLES A KRBLICH PA    010001  BA | 3,950.00 | | 46,943.30 |
| 09/29 | CHECK NO:    5027 | 35.00 | | 46,908.30 |
| | **Total Debits/Credits** | **15,123.51** | **8,508.00** | |

## SAVINGS ACTIVITY

### CitiBusiness IMMA

▮▮▮7074

| | | Beginning Balance: | | $393,090.66 |
|---|---|---|---|---|
| | | Ending Balance: | | $393,122.97 |
| Date | Description | Debits | Credits | Balance |
| 09/29 | INTEREST EARNED | | 32.31 | 393,122.97 |

Interest earned year to date  $293.92

| Your CitiBusiness IMMA Account Rates | | | | | | | |
|---|---|---|---|---|---|---|---|
| For Balances of | $0<br>to<br>$24,999 | $25,000<br>to<br>$49,999 | $50,000<br>to<br>$99,999 | $100,000<br>to<br>$499,999 | $500,000<br>to<br>$999,999 | $1,000,000<br>to<br>$9,999,999 | $10,000,000<br>and over |
| 9/01 - 9/30 | 0.100% | 0.100% | 0.100% | 0.100% | 1.200% | 1.200% | 1.200% |

**citibank®**

**CitiBusiness®**

ATTORNEYS' TITLE INSURANCE FUND

Account ████ 7061    Page 3 of 6
Statement Period: Sep 1 - Sep 30, 2023

001/R1;20F016

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:

Checking
Insured Money Market

YOU CAN CALL:

877-528-0990
For TTY:We accept 711 or
other Relay Service.

YOU CAN WRITE:

CitiBusiness
100 Citibank Drive
San Antonio, TX 78245-9966

For change in address, call your account officer or visit your branch.

© 2023 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

( Purposely left blank. )

EDLR406H 1076 0522 CFM033 07 230930 PAGE 00002 OF 00003    13679    0-5

63

**( Purposely left blank )**

ATTORNEYS' TITLE INSURANCE FUND

Account ▮▮▮▮7061    Page 5 of 6
Statement Period: Sep 1 - Sep 30, 2023

001/R1/20F016

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # ▮▮▮▮7061



Ck Date: 09/29/2023 Ck No: 5027 Amt: $35.00

ATTORNEYS' TITLE INSURANCE FUND

Account ▮▮▮▮   Page 6 of 6
Statement Period: Sep 1 - Sep 30, 2023

001/R1/20F016



Ck Date: 09/29/2023 Ck No: 5027 Amt: $35.00

## United States Bankruptcy Court
### Middle District of Florida

In re    **LTGF Business Trust**                                                    Case No.    **2:23-bk-01538**

                                                    Debtor(s)                      Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

  -NONE-

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Liquidating Officer** of the Florida Business Trust named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    1/17/2024                              Signature    *Gerard A. McHale*
                                                            **Gerard A. McHale**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders