# United States Bankruptcy Court
## Middle District of Florida

In re   **LTGF Business Trust**

Debtor(s)

Case No.   **2:23-bk-01538**

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **LTGF Business Trust**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 19, 2024**

Date

**/s/ Michael C. Markham**

**Michael C. Markham**

Signature of Attorney or Litigant

Counsel for   **LTGF Business Trust**

**Johnson, Pope, Bokor,**
 **Ruppel & Burns, LLP**
**400 N Ashley Dr. #3100**
**Tampa, FL 33602**
**813-225-2500 Fax:813-223-7118**
**mikem@jpfirm.com**